| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | DOUGLAS R. BRITTON (188769)<br>BRIAN O'MARA (229737) |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 4 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 5 | dougb@csgrr.com<br>bo'mara@csgrr.com |
| 6 | |
| 7 | [Proposed] Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAUREEN BACKE, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>     vs.<br><br>NOVATEL WIRELESS, INC., et al.,<br><br>                          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 08-CV-01689-H(RBB)<br><br><u>CLASS ACTION</u><br><br>THE PENSION FUND GROUP'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL<br><br>DATE:            December 15, 2008<br>TIME:            10:30 a.m.<br>COURTROOM:  13 |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on December 15, 2008, at 10:30 a.m., in the Courtroom of the Honorable Marilyn L. Huff, Courtroom 13, Fifth Floor, United States District Court, 940 Front Street, San Diego, California 92101, class members Plumbers' & Pipefitters' Local #562 Pension Fund ("Plumbers & Pipefitters") and Western Pennsylvania Electrical Employees Pension Fund ("Electrical Employees") (collectively, the "Pension Fund Group") will, and hereby does, move this Court under §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), for entry of an order:  (1) consolidating related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing the Pension Fund Group as lead plaintiff for the class; and (3) approving the Pension Fund Group's selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as lead counsel.  This Motion is made on the grounds that the Pension Fund Group is entitled to the presumption that it is the "most adequate plaintiff." *See* 15 U.S.C. §78u-4(a)(3)(B).  Further, the Pension Fund Group has selected and retained counsel with vast experience in prosecuting securities class actions to serve as lead counsel.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Brian O. O'Mara, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED:  November 17, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DOUGLAS R. BRITTON
BRIAN O. O'MARA

s/ BRIAN O. O'MARA
BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

Document1

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on November 17, 2008, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on November 17, 2008. |

  s/ BRIAN O. O'MARA
  BRIAN O. O'MARA

  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
  655 West Broadway, Suite 1900
  San Diego, CA  92101-3301
  Telephone:  619/231-1058
  619/231-7423 (fax)

  E-mail:bo'mara@csgrr.com

## Mailing Information for a Case 3:08-cv-01689-H-RBB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)