COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
ERIC I. NIEHAUS (239023)
COTY R. MILLER (255703)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@csgrr.com
lolts@csgrr.com
ericn@csgrr.com
cmiller@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN BACKE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NOVATEL WIRELESS, INC., et al.,<br><br>    Defendants. | Lead Case No. 08-CV-01689-H(RBB)<br><br>(**Consolidated**)<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION<br><br>DATE:     April 26, 2010<br>TIME:     10:30 a.m.<br>PLACE:  Courtroom 13<br>             The Honorable Marilyn L. Huff |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on April 26, 2010 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above-entitled court located at 880 Front Street, San Diego, California, Lead Plaintiffs Plumbers & Pipefitters' Local 562 Pension Fund and Western Pennsylvania Electrical Employees Pension Fund will, and hereby do, move the Court for an order granting Lead Plaintiffs' Motion for Class Certification ("Motion") in the above-captioned matter.

This Motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure, and is based upon this notice and motion, the accompanying memorandum of law in support thereof, the Declaration of Douglas R. Britton in Support of Lead Plaintiffs' Motion and exhibits thereto, the papers, pleadings, and records on file herein, and on such other matters as may properly come before this Court.

DATED: January 11, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DOUGLAS R. BRITTON
LUCAS F. OLTS
ERIC I. NIEHAUS
COTY R. MILLER


              s/ DOUGLAS R. BRITTON
              DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
PATRICK O'HARA
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

1
2  HOLZER HOLZER & FISTEL, LLC
   COREY D. HOLZER
3  MICHAEL I. FISTEL, JR.
   MARSHALL P. DEES
4  200 Ashford Center North, Suite 300
   Atlanta, GA  30338
5  Telephone:  770/392-0090
   770/392-0029 (fax)
6
   Additional Counsel for Plaintiff
7  I:\KathyJ\Novatel\Novatel_Not of Motion Class Cert.doc
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2010.

    s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:08-cv-01689-H-RBB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis Biffar**
  tbiffar@jonesday.com,fswallace@jonesday.com

- **Douglas R Britton**
  DougB@csgrr.com,ldeem@csgrr.com

- **Marshall P. Dees**
  mdees@holzerlaw.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com,dhotnog@holzerlaw.com

- **Lionel Z Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Michael M Goldberg**
  mgoldberg@glancylaw.com,info@glancylaw.com

- **Sabrina S. Kim**
  skim@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Eric Landau**
  elandau@jonesday.com,kamarkwick@jonesday.com

- **Coty Rae Miller**
  cmiller@csgrr.com,e_file_sd@csgrr.com

- **Matthew P Montgomery**
  e_file_sd@csgrr.com

- **Eric I Niehaus**
  EricN@csgrr.com,ericniehaus@hotmail.com

- **Brian O O'Mara**
  bo'mara@csgrr.com,e_file_sd@csgrr.com

- **Lucas F. Olts**
  lolts@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

- 4 -