# TABLE OF CONTENTS FOR EXHIBITS

| Exhibit | Description | Page |
|---------|-------------|------|
| 1. | Declaration of Bjorn I. Steinholt, CFA, dated January 8, 2010 | 5 |
| 2. | Plumbers & Pipefitters' Local 562 Pension Fund's Novatel Wireless, Inc. stock trades | 500 |
| 3. | Western Pennsylvania Electrical Employees Pension Fund's Novatel Wireless, Inc. stock trades | 529 |
| 4. | Coughlin Stoia Geller Rudman & Robbins LLP firm resumé | 576 |

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAUREEN BACKE, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 08-CV-01689-H (RBB) |
| Plaintiff, | ) ) | **DECLARATION OF BJORN I. STEINHOLT, CFA** |
| vs. | ) ) | |
| NOVATEL WIRELESS, INC.; PETER V. LEPARULO; GEORGE B. WEINERT; ROBERT M. HADLEY; SLIM S. SOUISSI; and CATHERINE F. RATCLIFFE , | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Exhibit 1
Page 5

## I.   INTRODUCTION AND QUALIFICATIONS

1.      I am a Principal at Financial Markets Analysis, LLC ("FMA"), an economic consulting and valuation firm with offices in San Diego, California and Princeton, New Jersey. FMA provides financial analyses and related economic consulting services.  We are frequently asked to prepare reports and expert testimony regarding the various economic issues that typically arise in securities class actions.

2.      I received a Master of International Business degree from the University of San Diego and a Bachelor of Science, Computer Science degree from California State University, Long Beach. I have earned the professional designation Chartered Financial Analyst awarded by the CFA Institute.  I have been retained on numerous occasions to provide my expert opinions relating to market efficiency, materiality, loss causation and economic damages in securities class actions similar to this litigation.  A summary of my background and qualifications is attached as Exhibit A to this report.

3.      My compensation is based on the number of hours worked times my billable rate, currently $450 per hour.

## II.   OVERVIEW OF ASSIGNMENT

4.      In connection with plaintiff's motion for class certification, plaintiff's counsel has requested that I examine and discuss the economic issues relating to market efficiency and loss causation in this matter.  First, I have been asked to examine whether the market in which Novatel Wireless, Inc. ("Novatel" or the "Company") common stock traded from February 27, 2007 through November 10, 2008 (the "Class Period") was impersonal, open, well-developed, and efficient, in that the market price of the Company's common stock during this time period reflected the publicly available information concerning Novatel.  Second, I have been asked to opine on whether the alleged misrepresentations in this case contained, or omitted, important information that a reasonable investor would have wanted to consider prior to making an investment decision, and whether the

- 1 -

Exhibit 1
Page 6

alleged misrepresentations caused economic losses to investors who purchased Novatel common stock during the Class Period.

5.      My opinions in this matter are based on my professional experience, as well as my review of a substantial amount of information, including: (a) Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint"); (b) Public filings by Novatel with the United States Securities and Exchange Commission ("SEC") on Form 10-Ks, 10-Qs, 8-Ks, Prospectuses and Proxies during the relevant time period; (c) Company press releases and conference call transcripts; (d) Securities analyst reports regarding Novatel and its industry; (e) Contemporaneous media reports regarding Novatel and its industry; (f) Price and volume data for Novatel common stock, market and industry indices; (g) Novatel common stock ownership by reporting institutions during the Class Period from Thomson Financial; (h) Short interest in Novatel common stock during the Class Period from Bloomberg; and (i) Articles, court decisions and other relevant information cited in the text, or in footnotes to the text, of this report.

6.      This report is based on the evidence I have reviewed to date.  Additional information may be added or I may modify my conclusions based on additional evidence or the opinions provided by the defendants' experts.

- 2 -

Exhibit 1
Page 7

### III.   MARKET EFFICIENCY

7.      For the past 40 years, the efficient capital market hypothesis ("ECMH") has held an important place in financial and economic theory.  The most commonly held form is known as the "semi-strong" form and holds that securities markets incorporate all available public information into the respective securities prices.  Consequently, in an efficient market, investors rely on the market price of a security to reflect all the available public information regarding that security.  The semi-strong form of the ECMH has been empirically validated in numerous studies.[1]

8.      The relevance of market efficiency for securities class action lawsuits, such as this one, relates to the issue of reliance based on the fraud-on-the-market theory.  As explained in *Basic Inc. v. Levinson*, 485 U.S. 224, 241-42 (1988) (quoting *Peil v. Speiser*, 806 F.2d 1154, 1160-61 (3d Cir. 1986)):

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business. . . . Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements. . . .  The causal connection between the defendants' fraud and the plaintiffs' purchase of stock in such a case is no less significant than in a case of direct reliance on misrepresentations."

*Basic* goes on to conclude:

> An investor who buys or sells stock at the price set by the market does so in reliance on the integrity of that price. Because most publicly available information is reflected in market price, an investor's reliance on any public material misrepresentations, therefore, may be presumed for purposes of a Rule 10b-5 action.

*Id*. at 247.

9.      The fraud-on-the market theory relies on what is commonly called informational efficiency, *i.e.*, that the price of the relevant security will quickly change to incorporate new and

---

[1]      *See* Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, Vol. 25, Issue 2 (May 1970); and Eugene F. Fama, "Market efficiency, long-term returns, and behavioral finance," *Journal of Financial Economics*, Vol. 49 (1998).

- 3 -

Exhibit 1
Page 8

material information, thereby reflecting the market participants' consensus regarding fair value given the available public mix of information.[2]  In other words, the relevant issue is whether the price of the security quickly incorporates new material information, such as the information allegedly misrepresented and the information revealing the relevant truth.  One academic paper explains the relevant issue as follows:[3]

> Financial economists have shown repeatedly that stock prices react quickly to the release of important new information; though they may differ in their interpretations of this evidence, they do agree it exists.  Even prominent financial economists with divergent interpretations of the evidence on market efficiency share similar views on how stock prices react to new information.

> *        *        *

> A plaintiff need show only that the misstatement affected the security return – by testing for an abnormal return either at the time the misstatement was made or when the fact that it was a misstatement became known to the public – and that the abnormal return was statistically significant.

> *        *        *

> [C]ourts should examine whether a misstatement caused a security to trade at an artificially high or low price.  The inquiry devolves then into whether and how rapidly the market responded to the alleged misstatement.  Financial economists can answer this question.  As a result, courts may avoid the almost impossible task of identifying efficiency and concentrate instead on the relatively simple task of determining the stock return associated with a misstatement and whether it is statistically significant.  If so, the court should conclude that the misstatement distorted the market price – that it was material – and presume reliance.

*Id.*, 77 Va. L. Rev. 1017, 1025, 1029, 1049.

---

[2]      This does not mean that all market participants agree on what the true value of the common stock is, as evidenced by the fact that some investors sell as others buy.  Rather, it means that the respective investors' view of the common stock's true value drives their purchases and sales (*i.e.*, the demand and supply for the stock), which in turn becomes the basis for the consensus price set by the overall market.

[3]      Jonathan Macey, Geoffrey Miller, Mark Mitchell & Jeffry Netter, "Lessons From Financial Economics: Materiality, Reliance, and Extending the Reach of *Basic v. Levinson*," *Va. L. Rev.* (August 1991).

Exhibit 1
Page 9

The *Cammer* Factors

10.     In *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989), the court analyzed the criteria that should be met from a legal point of view to show that shares of common stock traded in an efficient market.  First, the security should trade in an open market in which a large number of investors can buy or sell the security.  Second, it should trade in a developed market with a relatively high level of activity and frequency, and for which trading information (*e.g.*, price and volume) is widely available.  It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes).

11.     During the Class Period, Novatel's shares traded in an open and developed market. More specifically, Novatel common stock traded on the NASDAQ Global Select Market (formerly the NASDAQ National Market).[4]  NASDAQ is one of the largest and most sophisticated securities markets in the world, and had more than 3,000 listed companies that generated an average daily share volume of more than 2 billion during 2007 and 2008.[5]  Market efficiency is commonly presumed for securities that trade on the NASDAQ Global Select Market.[6]  Consequently, the fact that Novatel's common stock traded on the NASDAQ Global Select Market supports my opinion that it traded in an efficient market.

---

[4]     Novatel, 2007 Form 10-K filed with the SEC, cover page.

[5]     The Nasdaq Stock Market, Inc., 2008 Form 10-K filed with the SEC, page 53.

[6]     According to one authority: "'We think that, at a minimum, there should be a presumption – –probably conditional for class determination – – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System (now the NASDAQ Global Select Market).'"  *Cammer*, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, §8.6 (Aug. 1988)).

Exhibit 1
Page 10

12.     The *Cammer* court also provided five company-specific factors, often referred to as the *Cammer* factors, to test whether the market for a specific security was efficient in a fraud-on-the market context.  The *Cammer* factors are as follows:

(a)     Whether the security traded at a large weekly volume;

(b)     Whether analysts followed and reported on the security;

(c)     Whether the security had market makers and whether there was the potential for arbitrage activity;

(d)     Whether the company was eligible to file SEC Form S-3; and

(e)     Whether there are empirical facts showing a cause-and-effect relationship between unexpected corporate events or financial information releases, and an immediate response in the security's price.

711 F. Supp. 1264.

13.     The first four *Cammer* factors – factors (a) though (d) in the paragraph above – provide indirect evidence of market efficiency.  In other words, they provide evidence that the competitive economic environment which facilitates market efficiency is in place.  The fifth *Cammer* factor – factor (e) in the paragraph above – provides direct evidence of market efficiency, *i.e.*, it demonstrates that new material information was quickly incorporated into the stock price. Below, I examine each of the *Cammer* factors individually.

Factor 1:  Weekly Volume

14.     Trading volume is a good indicator of a well-developed market.  During the Class Period, Novatel had a reported trading volume of more than 556 million shares with a dollar trading volume exceeding $8.7 billion.  Average reported daily trading volume during the Class Period was more than 1.28 million shares with an average daily dollar volume of more than $20.2 million.  *See* Exhibit B attached hereto.  This demonstrates that there were a substantial number of willing buyers and sellers who traded Novatel common stock on a daily basis during the Class Period, thereby

- 6 -

Exhibit 1
Page 11

providing liquidity for the stock.  The amount of daily trading volume during the Class Period supports my opinion that Novatel's common stock traded in an efficient market.

15.     One authority has stated that "[t]urnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[7]  During the Class Period, Novatel's shares outstanding ranged from approximately 30.2 million shares to more than 32.7 million shares, while its weekly trading volume ranged from approximately 1.5 million to more than 20 million shares.  In other words, during the Class Period, Novatel's weekly turnover averaged 20%, far exceeding the 2% benchmark used by some courts to justify a strong presumption of market efficiency.  *See* Exhibit C attached hereto.

Factor 2:  Analyst Coverage

16.     Analyst coverage generally refers to securities analysts who followed Novatel and wrote research reports on the Company for public consumption.[8]  I have identified at least 18 firms that provided research coverage on Novatel during 2007 and 2008: Avondale Partners, Craig-Hallum Capital Group, J.P. Morgan Securities, Merriman Curhan Ford & Co., Morgan Joseph & Co., Research Capital Corporation, Thomas Weisel Partners, Montgomery & Co., Dundee Securities Corp., Cowen & Co., CIBC, Piper Jaffray & Co., Scotia Capital, ThinkEquity Partners, Ativo Research, Matrix USA, Oppenheimer & Co. and JMP Securities.[9]  The importance of analyst

---

[7]     *Cammer*, 711 F. Supp. at 1293 (quoting Bromberg, *Supra* note 6).

[8]     Analysts issuing research reports for public consumption are commonly referred to as sell-side analysts.  In addition, public companies are also followed by a presumably much larger number of so-called buy-side analysts, or analysts who work for investment firms and whose research is generally used internally by these firms to make investment decisions.  The number of buy-side analysts of a particular company is not publicly known.

[9]     *See* analyst reports included in Event Chronology attached hereto as Exhibit D.

Exhibit 1
Page 12

coverage, as it relates to market efficiency, is two-fold.  First, it provides definitive evidence that securities analysts did, in fact, monitor Novatel and provide investors with investment research on the Company.  Second, it shows that there was enough demand from investors for research on Novatel to provide an economic justification for doing the investment research on the Company. The substantial analyst coverage of the Company supports my opinion that Novatel's common stock traded in an efficient market.

Factor 3:  Market Makers and Arbitrage

17.     For NASDAQ traded shares, the matching of buy and sell orders are made by market makers.  When an order imbalance occurs, market makers increase the demand for a stock by lowering the ask price, or increase the supply of a stock by increasing the bid price. As investors react to new information, this mechanism ensures that the price of the security changes to reflect investors' collective interpretation of the new information.  Consequently, market makers provide a key function in making the market in a security efficient.  From February 2007 through November 2008, there were 59 different market makers in Novatel's stock.  *See* Exhibit E attached hereto.  This evidence supports my conclusion that Novatel's common stock traded in an efficient market.

18.     Regarding the potential for arbitrage, millions of Novatel's shares were available to be sold short (in other words, borrowed and sold in the hope that they could be repurchased at a lower price at a later date).  Short-selling enables investors to act on negative information about a company, even if they do not own shares in the company, and is often used by arbitrageurs.  In other words, short selling is one way investors can act on negative information, ensuring that such information becomes reflected in the stock price.  During the Class Period, the short interest in Novatel's common stock ranged from 5.47 million shares to more than 12.7 million shares.  *See* Exhibit F attached hereto.  The large number of shares sold short during the Class Period also supports my opinion that Novatel common stock traded in an efficient market.

- 8 -

Exhibit 1
Page 13

19.     It should be noted that *Cammer* factor three relates to the presence of sophisticated investors, not just market makers.  Thus, an analysis of institutional investors is also relevant to *Cammer* factor three.  The *Cammer* court stated: [10]

> Third, it could be alleged the stock had numerous market makers.  The existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level.

Sophisticated investors are investors who are able to quickly evaluate new information and understand its potential impact on the value of a security, and who then take appropriate investment actions causing the new information to become reflected in the price of the security.  Thus, the presence of sophisticated investors is an important factor ensuring that a security is traded in an efficient market.

20.     Institutional investors are such sophisticated investors.  Consequently, I examined available information on institutional ownership of Novatel common stock during the Class Period.  This information is only available for certain large institutions on a quarterly basis, and is therefore not a complete list of all sophisticated investors who may have owned Novatel common stock during the Class Period.  The available institutional information indicates that, reporting institutions owned from 30.78 million shares to 40.82 million shares of the shares in public hands (shares outstanding plus short interest).  *See* Exhibit G attached hereto.  The fact that millions of Novatel shares were owned by large, sophisticated institutions further supports my opinion that the Company's stock traded in an efficient market.

Factor 4:  Eligibility to File on SEC Form S-3

21.     To be eligible to file Form S-3, a company has to be an SEC reporting company for 12 months, and have $75 million in voting stock held by non-affiliates (average during 60-day

---

[10]     *Cammer*, 711 F. Supp. at 1286-87.

Exhibit 1
Page 14

period prior to filing). Novatel went public in 2000 and its market capitalization exceeded $100 million throughout the entire Class Period. In other words, Novatel was eligible to file on Form S-3 during the Class Period. Eligibility to file on Form S-3 is one factor the *Cammer* court considered indicative of market efficiency.

Factor 5:  Price Reaction to New Material Information

22.     The direct test of market efficiency relates to whether a stock price quickly reacts to unexpected new material information. While *Cammer* factors one through four discussed above provide evidence that the competitive environment that facilitates market efficiency was in place during the Class Period, the last *Cammer* factor calls for some empirical evidence that Novatel's stock price quickly incorporated new, material information. The *Cammer* court explains the relevance of this factor as follows. [11]

> Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price. This, after all, is the essence of an efficient market and the foundation for the fraud on the market theory.

23.     To analyze Novatel's stock price movements in reaction to new material information, I put together an event chronology summarizing the relevant analyst reports available to me, as well as the key media accounts regarding the Company during the entire Class Period. The chronology provides a good summary of the public mix of information regarding Novatel that was publicly available to investors during the relevant time period. Furthermore, for each day during the Class Period, I analyzed Novatel's stock price movement using the event study methodology. [12] An event

---

[11]     *Cammer*, 711 F. Supp. at 1287.

[12]     For a detailed explanation of the event study methodology, *see* John Campbell, Andrew Lo & Craig MacKinley, *The Econometrics of Financial Markets*, Chapter 4, Princeton University Press, 151 (2007); and Mark Mitchell & Jeffry Netter, "The role of financial economics in securities fraud cases: applications at the securities and exchange commission," *Business Lawyer* (Feb. 1994).

- 10 -

Exhibit 1
Page 15

study is essentially a statistical analysis that can be used to assess whether a price movement following an event is statistically significant.[13]  The NASDAQ Composite Index was selected to control for market factors.[14]  I then performed a regression analysis to determine the historical relationship between Novatel and the NASDAQ Composit Index during a control period, *i.e.*, period with normal price returns unaffected by the event(s) examined.[15]  Novatel's actual price movement was then compared to the predicted stock price movement based on the historical statistical relationship with the NASDAQ Composit Index.  The difference between Novatel's actual price movement on the event day and its predicted price movement is the abnormal price movement, or abnormal return, *i.e.*, the Company-specific price return net of market factors.  Statistical significance was then assessed by calculating the t-statistic (abnormal return divided by the standard error – or standard deviation, which is the expected abnormal return during the control period).  The magnitude of the t-statistic was used to determine statistical significance, *i.e.*, the likelihood of the price return occurring simply by chance as opposed to new company-specific information.  My event chronology combining my summary of the public mix of information with my assessment of statistical significance for each day during the Class Period is attached as Exhibit D.

_____

[13]     A statistically significant price movement is one that is unlikely to have occurred simply by chance, and is therefore a price movement likely caused by the event.  A stock price increase (or decrease) is defined as being statistically significant at the 90%, 95% or 99% level of confidence if it is greater than 90%, 95% or 99% of the price increases (or decreases) in a random sample, respectively, after adjusting for market factors.

[14]     The NASDAQ Composit Index and the NASDAQ Telecom Index were selected by Novatel as the appropriate market and industry indices against which to measure its stock price performance.  Novatel 2008 Form 10-K, page 23.  Adding the NASDAQ Telecom Index to my analysis would not improve the explanatory power of the regression, and is not included in my analysis.

[15]     For my purposes, I used a control period one year prior to the Class Period.  The regression analysis is attached hereto as Exhibit H.

- 11 -

Exhibit 1
Page 16

24.     Based on my analysis of the public mix of information, and my analysis of Novatel's stock price movement for each day during the Class Period, I concluded that Novatel's stock price reacted quickly to new, material information.  In other words, during the Class Period, Novatel's stock price performed as one would expect in an efficient market.[16]  Furthermore, I found no evidence of market inefficiency.  My review and analysis of the public mix of information during the Class Period further supports my conclusion that the market for Novatel's common stock was efficient during the Class Period.

25.     Based on my review and analysis of all the evidence discussed above, it is my opinion that the market for Novatel's common stock during the Class Period was impersonal, open, well-developed, and efficient, in that the market price of the Company's common stock during this time period reflected the publicly available information concerning Novatel.

## IV.     LOSS CAUSATION

26.     Loss causation relates to the existence of economic losses that can be causally connected to some alleged fraudulent conduct.  Simply put, it relates to losses caused by fraud-related factors as opposed to non-fraud-related factors.  From an economic point of view, a loss caused by fraud-related factors is the difference between an investor's: a) actual loss, less b) loss that still would have been incurred even in the absence of the alleged fraudulent conduct.[17]  In other words, if an investor lost $100, but would still have lost $40 even in the absence of the alleged fraud, then the loss attributable to the alleged fraud is $60 ($100 less $40 equals $60).  Below, I will discuss the issue of loss causation from an economic point of view in greater detail.

---

[16]     Certain price returns following specific fraud-related events identified in the Complaint are also discussed in greater detail in the loss causation section below.

[17]     This is the same economic principle used in event studies when calculating the abnormal returns, discussed above, to quantify the impact of an event.

- 12 -

Exhibit 1
Page 17

27.     Generally, plaintiffs allege that defendants made certain misrepresentations that concealed an undisclosed, material truth (including the foreseeable economic consequences that flow from this material truth).  The misrepresentations are deemed to be material if they, and their concealment of the relevant truth, would have been considered important by reasonable investors making investment decisions.  Material misrepresentations artificially inflate the stock price and, thereby, caused public investors to overpay for their shares, *i.e.*, the price paid for the shares exceeds their true value reflecting the relevant truth concealed by the fraud.  The artificial stock price inflation is then reduced or eliminated as information reflecting the relevant truth concealed by the fraud (including the foreseeable economic consequences thereof) is revealed, thereby causing economic losses to public investors who overpaid for their shares and are now unable to recover this overpayment in the market place.[18]  Importantly, the resulting economic losses are losses that would not have occurred had the relevant truth not been fraudulently concealed, as alleged by plaintiffs. Below I discuss the issues regarding materiality and loss causation in greater detail.

<u>Materiality</u>

28.     Material information is often defined as information that a reasonable investor would want to consider prior to making an investment decision.  In *Basic*, the Supreme Court quoted *TSC Indus., Inc. v. Northway, Inc.*, 426 U.S. 438 (1976), which stated that a fact is material "if there is a substantial likelihood that a reasonable shareholder would consider it important" in making an investment decision or if it would have "significantly altered the 'total mix' of information made available" to the shareholder.[19]  The issues that are important to investors, *i.e.*, the information that

---

[18]     As one court recently explained, "to establish loss causation this disclosed information must reflect part of the 'relevant truth' – the truth obscured by the fraudulent statements."  *Alaska Elec. Pension Fund v. Flowserve Corp.*, 572 F.3d 221, 230 (5th Cir. 2009).

[19]     *Basic*, 485 U.S. at 231-32 (quoting *TSC*, 426 U.S. at 449).

Exhibit 1
Page 18

reasonable investors would want to consider prior to making an investment decision, are usually factors that impact the value of an investment.

29.     From an economic point of view, the value of an investment is based on the expected future cash flows of that investment, including the timing and associated risk of such cash flows.[20] Securities analysts typically look at the historical accrual earnings of a company as one indication of that company's future cash flows.[21]  A company's historical performance is therefore one important factor that a reasonable investor would want to consider to asses a company's ongoing earnings power prior to making an investment in the company.  Another relevant factor is how well a company's products meet the needs of its customers compared to its competitors, both with respect to performance and price.  Inferior products, either due to performance or price, would be expected to lose market share to superior products, and, as a consequence, generate less future cash flows. Simply put, any information that has future cash flow implications would be important to a reasonable investor because changes in future cash flows impact the value of an investment.

30.     In this case, plaintiff alleges that: a) Novatel's financial results were false and misleading because the Company was prematurely shipping product to meet or exceed its forecasts, and because defendants failed to disclose that the Company was violating both its own revenue cut-off procedures and GAAP; b) defendants fraudulently concealed that Sprint would discontinue further orders for the Company's 720 USB card by the end of July 2007; and c) defendants failed to timely disclose that Novatel's product mix did not adequately meet the needs of its customers,

---

[20]     *See* Richard A. Brealy & Stewart C. Myers, *Principles of Corporate Finance: Chapter 4 - The Value of Common Stock*, 7th Ed., McGraw-Hill (2003).

[21]     In fact, academic research has shown that historical earnings based on accrual accounting can be a better predictor of future cash flows than historical cash flows.  *See, e.g.*, Patricia Dechow, S.P. Kothari & Ross Watts, "The relation between earnings and cash flows," *Journal of Accounting & Economics*, Vol. 25 (1998).

- 14 -

Exhibit 1
Page 19

thereby causing it to lose considerable market share.  Complaint, ¶¶57, 62, 66, 73, 80.  Each of these allegations had future cash flow implications for the Company.  The foreseeable economic consequence of prematurely shipping product to meet or exceed current forecasts is that customers will end up with excess inventory, harming shipments of product in future periods, thereby negatively impacting future revenues, earnings and cash flows.  The foreseeable economic consequence of Sprint discontinuing further orders for the Company's 720 USB card by the end of July 2007 is that revenues and earnings from the discontinued orders will not materialize, thereby negatively impacting future revenues, earnings and cash flows.  The foreseeable economic consequence of Novatel's product mix not adequately meeting the needs of its customers causing it to lose considerable market share is that future sales to these customers will be harmed, thereby negatively impacting future revenues, earnings and cash flows.  Based on the above, it is my opinion that the information allegedly misrepresented by defendants in this case had future cash flow implications, and, therefore, was information that a reasonable investor would have wanted to consider prior to making an investment decision in the Company.

31.    Plaintiff's alleges that defendants made numerous false and misleading statements during the Class Period.  Complaint, ¶¶51-80.  The materiality of the alleged misrepresentations can be demonstrated either by: a) a statistically significant price increase following a misrepresentation, or b) a statistically significant price decline at the time of a disclosure of the relevant truth.  It should be noted that the absence of a price increase following a misrepresentation does not necessarily mean that the alleged false and misleading statements were immaterial to investors.  This is so because stock price evidence to demonstrate materiality at the time of a misrepresentation will only be available in cases where defendants make an affirmative misrepresentation relative to market

- 15 -

Exhibit 1
Page 20

expectations.[22]   As a result, it is frequently necessary to demonstrate the materiality of a misrepresentation by analyzing the stock price reaction following a disclosure of the relevant truth.[23] Still, based on my analysis of the allegedly false and misleading statements identified in the Complaint, there were statistically significant price increases following certain allegedly misleading statements, discussed below.

May 1, 2007

32.    On May 1, 2007, after the market closed, Novatel reported "record" 1Q07 results driven by "strong" sales, claimed that the Company was "perfectly positioned" to take advantage of the growth in the 3G Wireless market, and represented that there was "very strong demand" for their first generation products.  The Company press release stated:

> NOVATEL WIRELESS REPORTS RECORD RESULTS DRIVEN BY STRONG SALES ACROSS MULTI-PRONGED 3G PRODUCT PORTFOLIO;
> First Quarter Revenue Increases 174% Year Over Year and 43% Sequentially
> GAAP EPS of $0.34 Per Share and Non-GAAP EPS of $0.40 Per Share
> 2007 Non-GAAP EPS Guidance Increases by Over 50% to $1.00 to $1.05 Per Share.
>
> *   *   *
>
> "Our first quarter performance was the best in Company history, with record sales, strong gross margins and impressive operating leverage," commented Brad Weinert, Novatel Wireless' acting Chief Executive Officer. "Sales were even higher than forecasted in our revised guidance due to strong end-of-the-quarter momentum for newly introduced ExpressCards and Ovation USB devices. During the quarter,

---

[22]    For example, if investors expect a company to report earnings of $1 per share, and the company falsely reports earnings of $1 per share even though its actual earnings are only $0.60 cents per share, the stock price would not be expected to increase.  However, this does not mean that the overstatement of earnings per share by $0.40 cents was immaterial, it just means that the materiality of the overstatement cannot be assessed based on the price reaction because this price reaction only reflects the difference between investors' expectations ($1/share) and false earnings reported (also $1/share), not the difference between the truth ($0.60 cents/share) and the false earnings reported ($1/share).

[23]    The statistically significant stock price declines following the disclosures of the relevant truth are discussed in the next section below, and also demonstrate the materiality of the alleged misrepresentations listed in the Complaint.

- 16 -

Exhibit 1
Page 21

shipments of the Company's ExpressCards – the most successful new product introduction in our history – grew to almost $50 million in sales. Additionally, some initial stocking orders for Ovation USB modems, previously expected to be shipped in Q2, were shipped within the quarter contributing to the higher-than-expected revenue. Over the last month, we have received more follow-on orders for Ovation devices and are seeing strong demand across our multi-pronged 3G product portfolio, offering clear evidence of the success of our diversification strategy and the increasing demand for innovative wide-area wireless data solutions."

On the 1Q07 conference call, defendant Leparulo stated:

> The markets for 3G wireless is taking off and believe we're perfectly positioned to take advantage of that growth.

Also, on the 1Q07 conference call, defendant Weinert stated:

> We certainly see very strong demand for [our first generation] products and we're leading the way, we're certainly in a leadership position, in both the express card and the USB markets and we're adding a lot of value with the next generation, so I certainly would expect to be able to continue to demand a premium because of the quality and the class of the products.

33.     According to plaintiff's allegations, the above representations were false and misleading because the Company: a) was prematurely shipping product to meet or exceed its forecasts; b) concealed that Sprint would discontinue further orders for the Company's 720 USB card by the end of July 2007; and, c) failed to disclose that Novatel's product mix did not adequately meet the needs of its customers which was causing it to lose market share.   Complaint, ¶57. Following the 1Q07 announcement, on May 2, 2007, Novatel's stock price closed at $19.94 per share, an increase of 6.6% from the prior trading day on reported volume of more than 5.3 million shares, or more than 5 times the median volume during the Class Period.  This price increase was statistically significant at the 95% level of confidence.  Based on the above, it is my opinion that defendants' allegedly false statements relating to 1Q07 caused Novatel's stock price to increase on May 2, 2007, and to trade at artificially inflated prices.

- 17 -

Exhibit 1
Page 22

<u>August 6, 2007</u>

34.     On August 6, 2007, after the market closed, Novatel reported "strong" 2Q07 results and claimed that the demand for its products was also "strong," and that the Company was "well positioned" to capitalize on the demand, including demand related to the introduction of WiMAX. The Company press release stated:

> NOVATEL WIRELESS REPORTS STRONG SECOND QUARTER FINANCIAL RESULTS;
> Revenue Grows 113% Year Over Year, Gross Margins Increase As Company Raises 2007 Guidance.
>
> *   *   *
>
> "Results for the second quarter 2007 continued to demonstrate that Novatel Wireless is executing ahead of plan and capitalizing on the growing worldwide demand for 3G wireless broadband access solutions," commented Brad Weinert, president of Novatel Wireless. "Demand is strong across a wide range of products including Ovation USB devices, Merlin PC and Express cards, and Expedite embedded modems. Adoption of USB wireless modems has been a primary growth driver with over $85 million in sales in the nine months since its introduction. In the second half, we will introduce a number of exciting new products, including our next generation USB devices, in both the U.S. and Europe. At the same time, we are investing in R&D efforts in a number of key areas, ranging from new software products to new technologies."

On the 2Q07 conference call, defendant Leparulo stated:

> With innovative products and strong partnerships, we're well positioned to continue to capitalize on this demand and our progress is evident in our second quarter results.

Also, on the 2Q07 conference call, defendant Weinert stated:

> We had an exceptionally strong first half of the year with Sprint, and our competitors also did well, a clear testament to a growing market opportunity and expanding market for wireless data products. We think these trends will continue as we sell a broader range of products into our core customers, our focus not just being on fulfilling expanding customer demand and taking market share, but seizing the best opportunities with the most differentiated products and leveraging our R&D efforts to sell multiple products into our end customers.
>
> We believe our results over the past 6 months demonstrate our success in these efforts. In the second half of the year, we continue to expect strong results driven by both continuing demand for existing products and the introduction of new products.

- 18 -

Exhibit 1
Page 23

\* \* \*

While the exact timeline is still unclear and it is still a little early to go into detail on our design effort, we fully expect to be well positioned as WiMAX moves into volume demand which isn't expected until later in 2008. Our recent results demonstrate that we are executing on plan and capitalizing on the tremendous opportunities that lie ahead of the Company.

35.     According to plaintiff's allegations, the above representations were false and misleading because the Company: a) was prematurely shipping product to meet or exceed its forecasts; and b) failed to disclose that Novatel's product mix did not adequately meet the needs of two of its customers which was causing it to lose market share. Complaint, ¶62. Following the 2Q07 announcement, on August 7, 2007, Novatel's stock price closed at $22.69 per share, an increase of 6.2% from the prior trading day on reported volume of more than 2.9 million shares, or more than 2.8 times the median volume during the Class Period. This price increase was statistically significant at the 95% level of confidence. Based on the above, it is my opinion that defendants' allegedly false statements relating to 2Q07 caused Novatel's stock price to increase on August 7, 2007, and to trade at artificially inflated prices.

36.     The above statistically significant price increases on days when defendants made allegedly false and misleading statements is strong evidence (at the 95% level of confidence) that the misrepresentations were material and caused Novatel's stock price to trade at levels above where it would have traded absent these misrepresentations. As explained in greater detail above, because the stock price evidence to demonstrate the materiality of false statements and/or omissions is only available in cases where defendants make affirmative misrepresentations relative to market expectations, it is also necessary to analyze the price declines following disclosures of the relevant truth. I will do so below.

- 19 -

Exhibit 1
Page 24

<u>Disclosures of the Relevant Truth</u>

37.     Loss causation relates to the question of whether an alleged fraud caused plaintiffs to suffer economic losses.  In 2005, in *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005), the Supreme Court considered the issue of loss causation in securities cases.  The *Dura* opinion stated that "an inflated purchase price will not itself constitute or proximately cause the relevant economic loss," because "if, say, the purchaser sells the shares quickly before the relevant truth begins to leak out, the misrepresentation will not have led to any loss."[24]  In other words, there has to be some causal relationship between the alleged misrepresentations and the economic loss plaintiffs seek to recover.  One academic article provides the following, post-*Dura*, definition of loss causation:[25]

> Loss causation exists whenever fraud leads the stock price to be higher than it should be, the buyer pays "too much" for the stock, and the buyer is unable to recover that overpayment in the marketplace.

38.     A key part of examining the issue of loss causation is to analyze the actual stock price reaction when the relevant truth is fully or partially revealed.  The relevant truth relates to the information plaintiffs allege defendants fraudulently concealed during the class period, including the foreseeable economic consequences thereof.  Below is my review and analysis of the key disclosures plaintiffs allege revealed new information related to the relevant truth, including: a) Sprint's discontinuation of the Company's 720 USB card; b) excess inventory at customers due to prematurely shipping products; c) loss of market share from customers' need for lower priced product; and d) false and misleading financial results.  Complaint, ¶¶123-130.

---

[24]     *Dura*, 544 U.S. at 342.

[25]     Madge Thorsen, Richard Kaplan & Scott Hakala, "Rediscovering the Economics of Loss Causation," *Journal of Business and Securities Law,* Vol. 6, Issues 1 & 2, 95 (Spring 2006).

- 20 -

Exhibit 1
Page 25

<u>July 20, 2007</u>

39.     On July 20, 2007, the market learned that Sprint would discontinue further orders for the Company's 720 USB card.  A July 20, 2007, Craig-Hallum analyst report discusses the impact of this revelation on Novatel's stock price:

> Confusion Surrounding NVTL's Presence at Sprint Creates Buying Opportunity. Reiterate BUY and $30 Price Target.
>
>     NVTL shares were off sharply this morning, we believe in response to a rumor that NVTL may lose market share at Sprint, who was a 38% customer for NVTL in Q1. We agree with the notion making the rounds indicating that the popular EU720 USB card from NVTL will in fact be end-of-lifed at Sprint as early as next week, however our sources have indicated that Sprint has ample inventory and that the cards will continue to be sold at Sprint stores likely through the end of August. We further believe that NVTL will begin shipping the new smaller form factor USB product in August (earlier than expected) and that the cards will likely begin showing up on Sprint shelves in early September, immediately after the EU720 inventory sells out.  We understand this transition has been jointly planned for some time by NVTL and Sprint. As a result, we think there will be little or no gap in the sales of the two cards and as a result, no loss of market share. We remind investors that NVTL gets paid on sell-in to customers and that if it indeed ships the next-gen USB card in August as we believe, it would be a full month ahead of what we and others believed. Further, we are not aware of a comparable small form factor USB product by Sierra Wireless and as a result, believe NVTL will continue to get the lion's share of Sprint's business. In addition, we think Verizon Wireless will also begin offering NVTL's new card in September.

40.     According to plaintiff's allegations, Sprint's discontinuation of Novatel's 720 USB card had been known by defendants much earlier, and, consequently, should also have been disclosed by defendants much earlier.  Complaint, ¶125.  While the Craig-Hallum analyst report discusses the negative impact of the Sprint cancellation on Novatel's stock price, the report also argued that this decline represented a buying opportunity.  This is consistent with Novatel's stock price trading sharply down more than 10% in the early hours on July 20, then rebounding somewhat later in the trading session.  Attached as Exhibit I is a graph of Novatel's intra-day prices.  Still, on July 20, 2007, Novatel's stock price closed at $27.05 per share, a decrease of 4.7% from the prior trading day on reported volume of almost 4 million shares, or more than 3.8 times the median

- 21 -

Exhibit 1
Page 26

volume during the Class Period.  This price decline was statistically significant at the 90% level of confidence using a one-tailed test.

<u>February 20, 2008</u>

41.     On February 20, 2008, after the market had closed, Novatel reported its 4Q07 results that were largely in-line with investors' expectations.  However, the Company also provided disappointing 1Q08 revenue guidance of $110 million, and 1Q08 earnings guidance of 27 cents per share (non-GAAP).  On the conference call, the Company explained that the lower guidance related to customers reducing excess inventory.  Specifically, defendant  Leparulo stated:

> We believe that the major North American carriers are looking to significantly consolidate vendors down to two suppliers.  This allows them to have more volume leverage over suppliers, keep tighter inventory and have greater quality control.  The feedback that we've received is that the carriers are clearly recognizing that the cost of support and repair problems for many low-performing devices quickly erases the benefits of the lower-priced units.  While they want a reasonable price, they are now willing to give market share commitments so that they can get both value and quality at the lower end of the market. . .  Over the short-term, this may have some modest impact as carriers flush through competitors' products as they consolidate vendors and lower inventory, but longer-term, it will have some obvious benefits.

> \*   \*   \*

> Clearly, the current emphasis is on driving the most data subscriptions possible and advertising dollars and subsidies have pushed lower-end products, where we historically have not put our emphasis.

> Even yesterday, we saw evidence of this shift with Verizon's announcement of its low-cost data plan, moving from 59 to $39 a month.  This is a positive move that increases our addressable market.

42.     Numerous analyst reports discussed Novatel's disappointing guidance for 1Q08, and the Company's reasons for the soft guidance.  For example, on February 21, 2008, a Craig-Hallum analyst report stated:

> NVTL offered soft Q1 guidance, including revenue of $110 million (vs. our $120 million estimate) and pro forma EPS of $0.27 vs. our $0.35 estimate. Management blamed expected softness on the decisions by major U.S. customers (Verizon and

<center>- 22 -</center>

Exhibit 1
Page 27

Sprint) to reduce the number of PC card vendors they use going forward and as a result, the customers need to pare inventory in Q1.

Also on February 21, 2008, a Research Capital analyst report stated:

> Novatel provided Q1 sales guidance of US$110 mm versus our estimate of US$120.9 mm and consensus at US$119.5 mm. The company is witnessing an inventory rebalance in Q1 at some retail locations of its North American carrier customers (Sprint and Verizon), as those carriers flush out some legacy products.

43.     On February 21, 2008, a Bloomberg article discussed the price decline in Novatel's stock following the Company's disappointing guidance.  It stated:

> Feb. 21 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data-access cards for personal computers, fell the most in more than five years in Nasdaq trading after its first-quarter profit forecast trailed analysts' average estimate.
>
> Novatel dropped $3.17, or 23 percent, to $10.69 at 4 p.m. New York time in Nasdaq Stock Market composite trading for the biggest decline since October 2002. The stock has lost more than one third of its value this year.
>
> First-quarter profit excluding some items will be 27 cents a share on revenue of $110 million, the San Diego-based company said yesterday in a statement sent after U.S. markets closed. Seven analysts estimated 33 cents a share, on average, on the same basis in a Bloomberg survey. Analysts predicted revenue of $119.5 million.

44.     According to plaintiff's allegations, the key reasons for the disappointing 1Q08 guidance had been known by defendants earlier, and, consequently, should also have been disclosed by defendants earlier.  Complaint, ¶126.  On February 21, 2008, Novatel's stock price closed at $10.69 per share, a decrease of 4.7% from the prior trading day on reported volume of almost 4 million shares, or more than 3.8 times the median volume during the Class Period.  This price decline was statistically significant at the 99% level of confidence.

<u>April 14, 2008</u>

45.     On April 14, 2008, after the market had closed, Novatel reported preliminary 1Q08 results that were substantially below the guidance provided on February 20, 2008.  The Company press release stated:

- 23 -

Exhibit 1
Page 28

SAN DIEGO, CA — April 14, 2008 — Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today reported preliminary financial results for the first quarter ended March 31, 2008 and announced that its board of directors has appointed Peter V. Leparulo, the company's current chairman of the board, as chief executive officer, effective immediately. Mr. Leparulo previously served as the company's CEO from January 2003 to November 2006.

Revenues for the first quarter are expected to be approximately $91 million, lower than the company's prior guidance of $110 million. GAAP earnings per share are expected to be in the range of $0.13 to $0.15 and non-GAAP EPS is expected to be between $0.16 and $0.18 per share.

"We are very disappointed with our first quarter results," said Peter Leparulo. "Approximately $10 million of the shortfall was attributable to a delayed launch of the MC930D with a major European carrier customer. Additionally, we had lower than expected sales of our enterprise-class MC727 USB products to one major customer. We are between product launch cycles for our USB devices and demand in the current environment has shifted toward lower end products. We continue to see solid demand for our first generation MCD3000 USB products selling into this market shift, and we expect our second generation USB products to become the low end promotional offering as we introduce our third generation products mid-year."

46.    On the conference call, the Company discussed the reasons for the 1Q08 shortfall.

Among other things, defendant Leparulo stated:

I'm very disappointed to report preliminary results for the first quarter which are below our expectations. Currently, we expect to report revenues of approximately $91 million, GAAP EPS in the range of $0.13 to $0.15 per share, and non-GAAP EPS of $0.16 to $0.18 per share.

The revenue shortfall was a result of a number of factors. First, one of our carrier partners in Europe delayed the launch of our MC930D products into their network. That delay, which was due to technical issues unrelated to our products, pushed back approximately $10 million in orders. We have already begun shipping these orders in the new quarter.

Secondly, we are between product cycles with one of our key partners. Demand has shifted to lower-end products at many carriers. And while our MCD3000 continues to sell well, sales of our Enterprise class MC727 products were lower than expected at one key customer.

Compounding these two issues, we clearly did not adequately execute both from an operations basis and with our sales effort, especially toward the end of the quarter. In some cases, we did not have the right products for the right customers. We were also not able to close other pieces of business in a timely fashion before the quarter end.

- 24 -

Exhibit 1
Page 29

Everyone around this table agrees that better execution is required for this unforgiving market, where carriers are looking to maintain leaner inventories.

47.    Numerous analyst reports discussed Novatel's disappointing 1Q08 results, and the Company's reasons for the shortfall.  For example, on April 15, 2008, an Avondale Partners analyst report stated:

NVTL pre-released negative results for 1Q08, expecting revenues of $91M vs. $110M prior guidance. This follows disappointing guidance given for 1Q08 when reporting its last quarter. We see the market for cellular modem continuing to expand, but we believe that execution issues at NVTL are costing the company market share. At the same time, visibility is limited and management's credibility is in question.

\* \* \*

Sources of the Underperformance - NVTL attributed this quarter's $19M revenue underperformance to two factors: $10M from its delayed launch of the MC930D HSUPA USB modem at a European carrier (O2) due to software-related issues, and the remainder from weaker sales of MC727 EV-DO Rev. A USB modems to a carrier (Verizon), which NVTL attributed to a failure to execute on the sales side. This failure to execute at Verizon was likely an upside opportunity for SWIR. Notably, the component shortage did not contribute to the shortfall, and the weakness did not appear to be at all market-related.

On April 15, 2008, a Craig-Hallum analyst report stated:

NVTL blamed the miss on an order push into Q2 from Q1 of $10 million from O2 (U.K. carrier). O2 had problems getting its dashboard software to work correctly. NVTL mentioned on the call it is currently shipping this order to O2.

Weakness at Verizon Wireless, especially at the enterprise where NVTL is strong, was also a factor as NVTL is caught between upgrade cycles to the next generation USB product. With most of the USB products now looking similar, NVTL needs to speed up its launch plans for its next generation software feature rich products. In the meantime, carriers are opting for the cheapest solutions.

Also on April 15, 2008, a Dundee Capital Markets analyst report stated:

Novatel's disappointing performance is the result of poor execution on multiple levels – new product launches, sales management, and operations. As a result the company is losing market share at its key customers and despite the continued strong market growth, sales are headed in the other direction.

- 25 -

Exhibit 1
Page 30

48.     On April 15, 2008, a Bloomberg article discussed the price decline in Novatel's stock following the Company's disappointing 1Q08 results.  It stated:

> April 15 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data-access cards for personal computers, fell 22 percent in Nasdaq trading after reporting first-quarter profit and sales that missed its forecasts.
>
> *   *   *
>
> Novatel fell $2.25 to $7.76 at 4 p.m. New York time on the Nasdaq Stock Market, the biggest drop since February. The stock has declined 52 percent this year.

49.     According to plaintiff's allegations, the key reasons for the disappointing 1Q08 results had been known by defendants earlier, and, consequently, should also have been disclosed by defendants earlier.  Complaint, ¶127.  On April 15, 2008, Novatel's stock price closed at $7.76 per share, a decline of more than 22% from the prior trading day on reported volume of more than 12.6 million shares, or more than 12 times the median volume during the Class Period.  This price decline was statistically significant at the 99% level of confidence.

August 19, 2008

50.     On August 19, 2008, after the market closed, Novatel reported preliminary 2Q08 results that were substantially below expectations.  The Company press release stated:

> Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today reported preliminary financial results for the second quarter ended June 30, 2008. As discussed below, these preliminary results are subject to change as a result of the previously announced review by our Audit Committee of the Company's revenue cut-off procedures, internal control and accounting related to certain customer contracts.
>
> Revenues for the second quarter of 2008 are expected to be approximately $89.8 million compared to $97.4 million in the second quarter of the prior year. Net income on a generally accepted accounting principles (GAAP) basis is expected to be approximately $25,000, or $0.00 per diluted share, compared to GAAP net income of $8.0 million, or $0.25 per diluted share, in the prior year period. As a result of the ongoing accounting review, second quarter results include $3.4 million of revenues that were previously disclosed as part of the Company's first quarter financial results announced on May 1, 2008. This revenue adjustment increased estimated GAAP net income in the second quarter of 2008 by $131,000.

- 26 -

Exhibit 1
Page 31

GAAP net income for the second quarter of 2008 is expected to include $1.5 million in stock-based compensation expenses on a pre-tax basis, or $0.03 per diluted share. GAAP net income for the prior year period included $2.5 million in stock-based compensation expenses on a pre-tax basis, or $0.06 per diluted share. Excluding FAS 123R stock-based compensation charges, second quarter 2008 non-GAAP net income is expected to be $1.0 million, or $0.03 per diluted share, compared to non-GAAP net income of $9.8 million, or $0.31 per diluted share, for the prior year period. Second quarter GAAP and non-GAAP results, on a pre-tax basis, include: an inventory valuation write-down of $1.7 million in cost of goods sold; a bad debt reserve of $900,000 in G&A; and fees and expenses related to outside professionals in connection with the accounting review of $2.6 million in G&A.

* * *

During the course of the review to date, six transactions have undergone further accounting review, principally as to whether these shipments were recognized as revenue in the appropriate quarter. These shipments involved aggregate revenues of $9.1 million and pre-tax income of $1.1 million. As discussed above, the review has resulted in a preliminary determination to move approximately $3.4 million of revenues from the first quarter to the second quarter of 2008.

* * *

"We are continuing to work closely with our independent auditors," said Kenneth Leddon, chief financial officer for Novatel Wireless. "The Audit Committee review is primarily focused on the timing of certain revenue and income and could result in revenue and income moving from one quarter or year to another. Although this process has taken us longer and is more expensive than we initially expected, it is important to commit the time and resources required to ensure a thorough and comprehensive review and implement appropriate remedial measures."

51.     Numerous analyst reports discussed Novatel's disappointing 2Q08 results, and the

Company's reasons for the shortfall.  For example, on August 20, 2008, a Dundee Capital Markets

analyst report stated:

Legacy Products Kill Another Quarter: Revenues declined 8% to $89.8MM, mainly because of softening demand at both Verizon and Sprint and a heavy dependence on low-priced legacy products. As a result GMs remained under pressure, dropping another 200bps from the previous quarter to 26% (net of inventory write-down) and well below its target of 28% to 30%. EPS for the quarter was nil as inventory write-downs and additional G&A expenses wiped out profitability, net of these extraordinary items EPS came in at $0.11 vs. our estimate of $0.10.

- 27 -

Exhibit 1
Page 32

Accounting Review Puts Additional Pressure: Self initiated review of its revenue recognition policies thus far has uncovered $3.4MM of revenues that were inappropriately recognized in Q1FY08 (moved into Q2FY08). The review is still ongoing and may identify additional issues. In addition to the added uncertainty, the costs associated with the review are starting to add up - $2.6MM in Q2FY08 with another $1.2MM to $1.5MM expected in Q3FY08. As a result of this review the company has delayed the filing of its 10Q for both Q1/Q2FY08.

Furthermore, an August 20, 2008 Caig-Hallum analyst report stated:

Q2 Results Mixed, Weak Q3 Guidance Leads to Mgmt Credibility Problem, Accounting Issues Persist. Lowering Estimates Significantly, Cutting Rating to Accumulate and Lowering Price Target to $10.

\* \* \*

Continued Accounting Issues Start to Raise Concern. NVTL continues to work through accounting issues in regards to revenue cut-off procedures, internal controls, and accounting related to certain customer accounts. As a result of this, the company has not filed their Q108 and Q208 10-Qs. While we don't believe significant changes to revenue will be made, the extra accounting and legal costs are beginning to be a concern.

Management Credibility Becoming a Question. Q3 guidance was significantly below the Street's and our expectations. We had numerous conversations with management during the June quarter in which they were very upbeat on the 2H08 outlook, including Q3. Since we believe management honestly felt the back half of the year was going to be strong, the poor guidance starts to bring into question their forecasting ability.

Similarly, an August 20, 2008, Research Capital analyst report stated:

The overall macro environment remains solid despite cautious tones, with noted strong channel sell through and healthy channel inventory levels. This lead to a better-than-expected Q2 top line. Unfortunately, Novatel is caught up in an accounting review to examine past revenue recognition practices; this in turn is eating into profits. With a delayed product transition, much to our disappointment, and further accounting reviews, Q3 does not promise to be the turning point.

Also on August 20, 2008, a Cowen & Company analyst report stated:

Accounting Inquiry Continues. NVTL indicates the ongoing audit of its revenue recognition procedures has been both more costly and taken longer to complete than expected. The sums involved, approximately ~$9.1MM in six transactions (of which at least $3.4MM has been moved from 1Q08 into 2Q08), will result in historical results being restated, though overall changes still look to be relatively modest.

- 28 -

Exhibit 1
Page 33

52.     On August 20, 2008, a Bloomberg article discussed the price decline in Novatel's stock following the Company's disappointing 2Q08 results.  It stated:

> Aug. 20 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data-access cards for personal computers, fell the most in almost six years in Nasdaq trading after reporting preliminary second-quarter profit that missed some analysts' estimates.
>
> *   *   *
>
> An accounting review by an internal committee and outside consultants cost $2.6 million. Because of the review, the company said the preliminary results may be subject to change.

53.     According to plaintiff's allegations, the key reasons for the disappointing 2Q08 results had been known by defendants earlier, and, consequently, should also have been disclosed by defendants earlier.  Complaint, ¶128.  On August 20, 2008, Novatel's stock price closed at $6.29 per share, a decline of more than 25% from the prior trading day on reported volume of more than 7.2 million shares, or almost 7 times the median volume during the Class Period.  This price decline was statistically significant at the 99% level of confidence.

54.     Based on the above, it is my opinion that: a) the allegedly false and misleading statements contained, or omitted, information that a reasonable investor would have wanted to consider prior to making an investment decision, and caused Novatel's common stock to trade at artificially inflated prices during the Class Period; and b) when the relevant truth was publicly disclosed, Novatel's stock price declined, causing Class members to suffer economic damages as a result of the alleged fraud.

## V.     CONCLUSION

55.     Based on my review and analysis of the available information, as well as my professional experience, it is my opinion that:

- 29 -

Exhibit 1
Page 34

- The market for Novatel's common stock during the Class Period was impersonal, open, well-developed, and efficient, in that the market price of the Company's common stock during this time period reflected the publicly available information concerning Novatel.

- The allegedly false and misleading statements contained, or omitted, information that a reasonable investor would have wanted to consider prior to making an investment decision and caused Novatel's common stock to trade at artificially inflated prices during the Class Period.

- When the relevant truth was publicly disclosed, Novatel's stock price declined, causing Class members to suffer economic damages as a result of the alleged fraud.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of January, 2010, in San Diego, California.

Respectfully submitted,

_____
BJORN I. STEINHOLT, CFA

- 30 -

Exhibit 1
Page 35

# Exhibit A

Exhibit 1
Page 36

# Bjorn I. Steinholt, CFA

Financial Markets Analysis, L.L.C
9909 Mira Mesa Boulevard, Suite 260, San Diego, CA 92131
Telephone: (858) 549-4900  •  Facsimile: (858) 549-9317

---

## Employment History

- **2000 - Present   Financial Markets Analysis, LLC, San Diego, California**

*Founding Member*. Mr. Steinholt provides a broad range of capital markets consulting, including financial and economic analyses relating to mergers and acquisitions, initial public offerings, fairness opinions and private placements. His practice area includes the valuation of whole businesses, financial securities and intangible assets. Furthermore, he provides consulting relating to complex securities litigations.

- **1998 - 2000    Business Valuation Services, Inc., San Diego, California**

*Principal*. Mr. Steinholt provided valuations of businesses and financial securities, including common stock, warrants, options, preferred stock, debt instruments and partnership interests, of companies in a myriad of industries. In addition, he performed valuations of intangible assets such as patents, trademarks, software, customer lists, work force and licensing agreements. Mr. Steinholt provided financial and economic analyses for a variety of purposes relating to mergers and acquisitions, initial public offerings, fairness opinions, bank financing, financial reporting requirements, tax-related issues, general advisory services and shareholder disputes.

- **1990 - 1998    Princeton Venture Research, Inc., San Diego, California**

*Senior Vice President*. Mr. Steinholt was a co-manager of Princeton Venture Research's San Diego office where he provided various financial and economic analyses for venture capital, investment banking and consulting assignments, including shareholder disputes. Among other things, he helped identify and evaluate prospective emerging technology companies in need of venture capital funding. In addition, Mr. Steinholt performed financial analyses related to market, industry and company economics and provided business valuation services involving different types of securities, including derivative securities.

- **1988 - 1989   University of San Diego, San Diego, California**

*Research Assistant -- Graduate Fellow*. Mr. Steinholt assisted with research regarding the performance of international equity markets following the 1987 stock market crash. He also developed computer programs related to the portfolio theory, including risk minimization and portfolio optimization based on quadratic programming techniques.

Page   1

Exhibit 1
Page 37

**Testimony**

*In re: Qwest Communications Securities Litigation* (United States District Court for the District of Colorado), QwestDex Hearing, January 28, 2003.

*In re: CBT Group PLC Securities Litigation* (United States District Court, Northern District of California, San Jose Division), Deposition, November 5, 2003.

*In re: America West Securities Litigation* (United States District Court, District of Arizona), Deposition, October 28, 2004.

*In re: Howard Yue vs. New Focus* (Superior Court of the State of California, County of Santa Clara), Deposition, July 28, 2005 and August 9, 2005.

*In re: AB Liquidating Corp., fka Adaptive Broadband Corporation v. Ernst & Young, LLP* (American Arbitration Association), Arbitration, March 23, 2006.

*In re: AOL Time Warner, Inc. Securities and "ERISA" Litigation, Consolidated Opt-Out Action* (United States District Court, Southern District of New York), Deposition, September 28, 2006.

*In re: Ohio Public Employees Retirement System vs. Richard Parsons, et al.* (Court of Common Pleas of Franklin County, Ohio), Deposition, March 22, 2007.

*In re: Flowserve Corporation Securities Litigation* (United States District Court, Northern District of Texas, Dallas Division), Deposition, June 15, 2007.

*In re: Oracle Corporation Securities Litigation* (United States District Court, Northern District of California), Deposition, July 2, 2007.

*In re: NeoPharm, Inc. Securities Litigation* (United States District Court, Northern District of Illinois, Eastern Division), Deposition, January 22, 2008.

*In re: HealthSouth Corporation Securities Litigation* (United States District Court, Northern District of Alabama, Southern Division), Deposition, February 1, 2008.

*In re: Advo, Inc. Securities Litigation* (United States District Court, District of Connecticut), Deposition, September 16, 2008.

*In re: HealthSouth Corporation Securities Litigation* (United States District Court, Northern District of Alabama, Southern Division), Deposition, January 30, 2009.

*In re: Huffy Corporation Securities Litigation* (United States District Court, Southern District of Ohio, Western Division (at Dayton)), Deposition, November 12, 2009.

Exhibit 1
Page 38

<u>**Formal Education**</u>

- **Master of International Business**
  University of San Diego, 1989

- **Bachelor of Science, Computer Science Engineering**
  California State University, Long Beach, 1987

<u>**Accreditations and Affiliations**</u>

- **Chartered Financial Analyst**
  CFA Institute

- **Sivilingeniør** - (Norwegian graduate level engineering designation)
  University of Trondheim, Norway

- **Member, CFA Institute**

- **Member, Financial Analysts Society of San Diego**

Exhibit 1
Page 39

# Exhibit B

Exhibit 1
Page 40

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|------|--------------------|-------------------|-------------------|
| 2/27/2007 | 1,477,368 | $12.76 | $18,851,216 |
| 2/28/2007 | 3,901,661 | $13.21 | $51,540,942 |
| 3/1/2007 | 1,075,449 | $13.18 | $14,174,418 |
| 3/2/2007 | 1,646,526 | $13.33 | $21,948,192 |
| 3/5/2007 | 1,709,534 | $13.33 | $22,788,088 |
| 3/6/2007 | 2,204,512 | $13.97 | $30,797,033 |
| 3/7/2007 | 1,486,866 | $13.97 | $20,771,518 |
| 3/8/2007 | 1,183,531 | $14.19 | $16,794,305 |
| 3/9/2007 | 1,285,651 | $14.08 | $18,101,966 |
| 3/12/2007 | 1,002,091 | $14.12 | $14,149,525 |
| 3/13/2007 | 759,558 | $14.09 | $10,702,172 |
| 3/14/2007 | 1,104,337 | $14.57 | $16,090,190 |
| 3/15/2007 | 1,349,796 | $14.58 | $19,680,026 |
| 3/16/2007 | 1,063,439 | $14.74 | $15,675,091 |
| 3/19/2007 | 704,774 | $14.61 | $10,296,748 |
| 3/20/2007 | 1,409,112 | $14.99 | $21,122,589 |
| 3/21/2007 | 958,168 | $14.96 | $14,334,193 |
| 3/22/2007 | 1,622,751 | $15.24 | $24,730,725 |
| 3/23/2007 | 1,232,125 | $15.18 | $18,703,658 |
| 3/26/2007 | 8,084,095 | $17.03 | $137,672,138 |
| 3/27/2007 | 1,926,404 | $17.04 | $32,825,924 |
| 3/28/2007 | 1,668,646 | $16.53 | $27,582,718 |
| 3/29/2007 | 1,303,801 | $16.13 | $21,030,310 |
| 3/30/2007 | 961,769 | $16.04 | $15,426,775 |
| 4/2/2007 | 825,808 | $15.99 | $13,204,670 |
| 4/3/2007 | 1,988,370 | $16.86 | $33,523,918 |
| 4/4/2007 | 865,498 | $16.65 | $14,410,542 |
| 4/5/2007 | 669,919 | $16.78 | $11,241,241 |
| 4/9/2007 | 688,864 | $16.82 | $11,586,692 |
| 4/10/2007 | 625,683 | $16.87 | $10,555,272 |
| 4/11/2007 | 987,065 | $16.96 | $16,740,622 |
| 4/12/2007 | 1,025,278 | $17.03 | $17,460,484 |
| 4/13/2007 | 873,874 | $17.43 | $15,231,624 |
| 4/16/2007 | 1,062,076 | $17.41 | $18,490,743 |
| 4/17/2007 | 1,309,579 | $17.38 | $22,760,483 |
| 4/18/2007 | 951,842 | $17.19 | $16,362,164 |
| 4/19/2007 | 831,563 | $16.80 | $13,970,258 |
| 4/20/2007 | 757,216 | $16.81 | $12,728,801 |
| 4/23/2007 | 865,859 | $17.22 | $14,910,092 |
| 4/24/2007 | 1,206,255 | $17.51 | $21,121,525 |
| 4/25/2007 | 2,002,409 | $16.65 | $33,340,110 |
| 4/26/2007 | 1,037,501 | $17.05 | $17,689,392 |
| 4/27/2007 | 3,034,296 | $18.36 | $55,709,675 |
| 4/30/2007 | 2,048,145 | $18.19 | $37,255,758 |
| 5/1/2007 | 2,807,517 | $18.71 | $52,528,643 |
| 5/2/2007 | 5,384,452 | $19.94 | $107,365,973 |
| 5/3/2007 | 1,223,312 | $19.75 | $24,160,412 |
| 5/4/2007 | 1,279,816 | $19.98 | $25,570,724 |
| 5/7/2007 | 910,887 | $20.14 | $18,345,264 |
| 5/8/2007 | 1,191,802 | $19.95 | $23,776,450 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|---|---|---|---|
| 5/9/2007 | 1,333,941 | $19.92 | $26,572,105 |
| 5/10/2007 | 1,217,384 | $19.50 | $23,738,988 |
| 5/11/2007 | 807,166 | $20.00 | $16,143,320 |
| 5/14/2007 | 678,408 | $19.54 | $13,256,092 |
| 5/15/2007 | 831,644 | $19.24 | $16,000,831 |
| 5/16/2007 | 776,502 | $19.43 | $15,087,434 |
| 5/17/2007 | 3,108,098 | $21.53 | $66,917,350 |
| 5/18/2007 | 1,453,273 | $21.11 | $30,678,593 |
| 5/21/2007 | 920,734 | $21.85 | $20,118,038 |
| 5/22/2007 | 1,029,911 | $21.49 | $22,132,787 |
| 5/23/2007 | 809,611 | $21.44 | $17,358,060 |
| 5/24/2007 | 1,320,936 | $21.37 | $28,228,402 |
| 5/25/2007 | 1,334,207 | $22.18 | $29,592,711 |
| 5/29/2007 | 929,151 | $22.04 | $20,478,488 |
| 5/30/2007 | 1,641,539 | $22.91 | $37,607,658 |
| 5/31/2007 | 1,304,036 | $23.23 | $30,292,756 |
| 6/1/2007 | 1,294,428 | $23.52 | $30,444,947 |
| 6/4/2007 | 789,959 | $23.66 | $18,690,430 |
| 6/5/2007 | 1,783,502 | $25.04 | $44,658,890 |
| 6/6/2007 | 1,740,733 | $24.43 | $42,526,107 |
| 6/7/2007 | 1,139,618 | $24.47 | $27,886,452 |
| 6/8/2007 | 3,747,101 | $24.05 | $90,117,779 |
| 6/11/2007 | 2,045,139 | $24.17 | $49,431,010 |
| 6/12/2007 | 1,591,959 | $23.69 | $37,713,509 |
| 6/13/2007 | 1,705,521 | $24.59 | $41,938,761 |
| 6/14/2007 | 1,214,390 | $24.78 | $30,092,584 |
| 6/15/2007 | 1,363,309 | $24.98 | $34,055,459 |
| 6/18/2007 | 1,049,107 | $24.73 | $25,944,416 |
| 6/19/2007 | 802,245 | $24.86 | $19,943,811 |
| 6/20/2007 | 875,787 | $24.70 | $21,631,939 |
| 6/21/2007 | 790,765 | $25.20 | $19,927,278 |
| 6/22/2007 | 1,133,298 | $24.71 | $28,003,794 |
| 6/25/2007 | 1,376,172 | $25.22 | $34,707,058 |
| 6/26/2007 | 1,470,683 | $24.71 | $36,340,577 |
| 6/27/2007 | 987,498 | $25.72 | $25,398,449 |
| 6/28/2007 | 1,094,756 | $26.01 | $28,474,604 |
| 6/29/2007 | 1,442,332 | $26.02 | $37,529,479 |
| 7/2/2007 | 1,190,570 | $25.79 | $30,704,800 |
| 7/3/2007 | 512,619 | $25.76 | $13,205,065 |
| 7/5/2007 | 2,531,606 | $24.38 | $61,720,554 |
| 7/6/2007 | 1,417,885 | $24.75 | $35,092,654 |
| 7/9/2007 | 843,002 | $24.79 | $20,898,020 |
| 7/10/2007 | 1,199,120 | $25.16 | $30,169,859 |
| 7/11/2007 | 645,617 | $25.45 | $16,430,953 |
| 7/12/2007 | 1,870,950 | $27.19 | $50,871,131 |
| 7/13/2007 | 894,994 | $27.75 | $24,836,084 |
| 7/16/2007 | 1,055,449 | $27.59 | $29,119,838 |
| 7/17/2007 | 1,729,791 | $28.75 | $49,731,491 |
| 7/18/2007 | 1,516,611 | $27.88 | $42,283,115 |
| 7/19/2007 | 1,481,409 | $28.37 | $42,027,573 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|------|--------------------:|------------------:|------------------:|
| 7/20/2007 | 3,987,793 | $27.05 | $107,869,801 |
| 7/23/2007 | 1,462,216 | $26.99 | $39,465,210 |
| 7/24/2007 | 1,206,094 | $26.52 | $31,986,819 |
| 7/25/2007 | 1,106,840 | $26.65 | $29,497,286 |
| 7/26/2007 | 1,612,687 | $25.43 | $41,010,630 |
| 7/27/2007 | 4,118,053 | $22.92 | $94,385,363 |
| 7/30/2007 | 1,890,402 | $23.30 | $44,046,367 |
| 7/31/2007 | 2,864,710 | $21.53 | $61,677,206 |
| 8/1/2007 | 3,063,420 | $20.83 | $63,811,039 |
| 8/2/2007 | 2,104,855 | $22.06 | $46,433,101 |
| 8/3/2007 | 1,167,771 | $21.65 | $25,282,242 |
| 8/6/2007 | 2,133,676 | $21.36 | $45,575,319 |
| 8/7/2007 | 2,905,852 | $22.69 | $65,933,782 |
| 8/8/2007 | 2,757,482 | $22.06 | $60,830,053 |
| 8/9/2007 | 2,162,385 | $21.08 | $45,583,076 |
| 8/10/2007 | 1,465,174 | $22.37 | $32,775,942 |
| 8/13/2007 | 2,037,987 | $22.26 | $45,365,591 |
| 8/14/2007 | 1,342,015 | $21.59 | $28,974,104 |
| 8/15/2007 | 948,409 | $21.15 | $20,058,850 |
| 8/16/2007 | 1,922,017 | $20.89 | $40,150,935 |
| 8/17/2007 | 867,869 | $21.22 | $18,416,180 |
| 8/20/2007 | 467,044 | $21.33 | $9,962,049 |
| 8/21/2007 | 683,612 | $20.89 | $14,280,655 |
| 8/22/2007 | 1,048,132 | $22.46 | $23,541,045 |
| 8/23/2007 | 1,063,799 | $23.24 | $24,722,689 |
| 8/24/2007 | 560,380 | $23.48 | $13,156,602 |
| 8/27/2007 | 518,015 | $23.09 | $11,960,966 |
| 8/28/2007 | 562,802 | $22.44 | $12,629,277 |
| 8/29/2007 | 476,890 | $23.25 | $11,087,693 |
| 8/30/2007 | 492,377 | $22.78 | $11,216,348 |
| 8/31/2007 | 488,765 | $22.84 | $11,163,393 |
| 9/4/2007 | 569,583 | $22.58 | $12,861,184 |
| 9/5/2007 | 1,264,512 | $23.90 | $30,221,837 |
| 9/6/2007 | 646,185 | $24.19 | $15,631,215 |
| 9/7/2007 | 730,374 | $23.51 | $17,171,093 |
| 9/10/2007 | 431,521 | $23.30 | $10,054,439 |
| 9/11/2007 | 611,352 | $24.15 | $14,764,151 |
| 9/12/2007 | 552,907 | $24.36 | $13,468,815 |
| 9/13/2007 | 724,137 | $23.66 | $17,133,081 |
| 9/14/2007 | 964,908 | $23.23 | $22,414,813 |
| 9/17/2007 | 892,930 | $22.96 | $20,501,673 |
| 9/18/2007 | 2,054,016 | $24.79 | $50,919,057 |
| 9/19/2007 | 1,013,424 | $24.24 | $24,565,398 |
| 9/20/2007 | 859,821 | $23.52 | $20,222,990 |
| 9/21/2007 | 713,993 | $23.31 | $16,643,177 |
| 9/24/2007 | 736,817 | $22.98 | $16,932,055 |
| 9/25/2007 | 675,596 | $23.74 | $16,038,649 |
| 9/26/2007 | 904,528 | $24.30 | $21,980,030 |
| 9/27/2007 | 1,106,865 | $23.48 | $25,989,190 |
| 9/28/2007 | 1,094,533 | $22.65 | $24,791,172 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|---|---|---|---|
| 10/1/2007 | 999,414 | $23.41 | $23,396,282 |
| 10/2/2007 | 748,312 | $23.50 | $17,585,332 |
| 10/3/2007 | 1,933,809 | $24.91 | $48,171,182 |
| 10/4/2007 | 767,135 | $25.08 | $19,239,746 |
| 10/5/2007 | 1,250,584 | $25.85 | $32,327,596 |
| 10/8/2007 | 1,742,927 | $26.69 | $46,518,722 |
| 10/9/2007 | 934,250 | $26.72 | $24,963,160 |
| 10/10/2007 | 919,168 | $26.15 | $24,036,243 |
| 10/11/2007 | 1,379,832 | $26.13 | $36,055,010 |
| 10/12/2007 | 919,377 | $26.42 | $24,289,940 |
| 10/15/2007 | 1,163,085 | $25.80 | $30,007,593 |
| 10/16/2007 | 901,092 | $24.88 | $22,419,169 |
| 10/17/2007 | 1,102,944 | $24.79 | $27,341,982 |
| 10/18/2007 | 1,264,452 | $24.88 | $31,459,566 |
| 10/19/2007 | 1,059,679 | $23.85 | $25,273,344 |
| 10/22/2007 | 1,367,110 | $24.52 | $33,521,537 |
| 10/23/2007 | 1,162,720 | $24.53 | $28,521,522 |
| 10/24/2007 | 3,591,960 | $22.43 | $80,567,663 |
| 10/25/2007 | 1,978,798 | $22.47 | $44,463,591 |
| 10/26/2007 | 1,301,401 | $23.95 | $31,168,554 |
| 10/29/2007 | 1,089,068 | $25.17 | $27,411,842 |
| 10/30/2007 | 1,176,375 | $25.49 | $29,985,799 |
| 10/31/2007 | 1,255,587 | $26.00 | $32,645,262 |
| 11/1/2007 | 856,784 | $24.64 | $21,111,158 |
| 11/2/2007 | 1,426,000 | $25.00 | $35,650,000 |
| 11/5/2007 | 2,417,927 | $26.42 | $63,881,631 |
| 11/6/2007 | 8,058,487 | $21.72 | $175,030,338 |
| 11/7/2007 | 3,695,645 | $22.05 | $81,488,972 |
| 11/8/2007 | 1,863,226 | $21.32 | $39,723,978 |
| 11/9/2007 | 1,481,961 | $20.99 | $31,106,361 |
| 11/12/2007 | 2,379,972 | $19.51 | $46,433,254 |
| 11/13/2007 | 1,841,316 | $20.29 | $37,360,302 |
| 11/14/2007 | 1,573,281 | $18.76 | $29,514,752 |
| 11/15/2007 | 5,058,124 | $16.51 | $83,509,627 |
| 11/16/2007 | 1,768,285 | $16.85 | $29,795,602 |
| 11/19/2007 | 1,319,609 | $16.84 | $22,222,216 |
| 11/20/2007 | 1,228,999 | $16.44 | $20,204,744 |
| 11/21/2007 | 1,067,776 | $15.70 | $16,764,083 |
| 11/23/2007 | 589,835 | $15.54 | $9,166,036 |
| 11/26/2007 | 1,457,640 | $15.16 | $22,097,822 |
| 11/27/2007 | 1,476,479 | $15.48 | $22,855,895 |
| 11/28/2007 | 1,873,936 | $16.11 | $30,189,109 |
| 11/29/2007 | 1,068,085 | $15.89 | $16,971,871 |
| 11/30/2007 | 1,120,480 | $15.54 | $17,412,259 |
| 12/3/2007 | 1,012,557 | $15.32 | $15,512,373 |
| 12/4/2007 | 852,615 | $15.51 | $13,224,059 |
| 12/5/2007 | 893,240 | $15.91 | $14,211,448 |
| 12/6/2007 | 1,063,546 | $16.69 | $17,752,710 |
| 12/7/2007 | 811,251 | $16.92 | $13,726,367 |
| 12/10/2007 | 925,147 | $17.19 | $15,903,277 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|---|---|---|---|
| 12/11/2007 | 1,119,068 | $16.87 | $18,878,677 |
| 12/12/2007 | 882,132 | $17.03 | $15,022,708 |
| 12/13/2007 | 612,662 | $17.01 | $10,421,381 |
| 12/14/2007 | 656,145 | $16.93 | $11,108,535 |
| 12/17/2007 | 659,011 | $16.27 | $10,722,109 |
| 12/18/2007 | 929,101 | $16.38 | $15,218,674 |
| 12/19/2007 | 429,572 | $16.39 | $7,040,685 |
| 12/20/2007 | 606,110 | $16.92 | $10,255,381 |
| 12/21/2007 | 919,139 | $17.11 | $15,726,468 |
| 12/24/2007 | 295,884 | $17.09 | $5,056,658 |
| 12/26/2007 | 369,118 | $17.06 | $6,297,153 |
| 12/27/2007 | 443,178 | $16.30 | $7,223,801 |
| 12/28/2007 | 424,436 | $16.18 | $6,867,374 |
| 12/31/2007 | 671,529 | $16.20 | $10,878,770 |
| 1/2/2008 | 1,008,047 | $15.28 | $15,402,958 |
| 1/3/2008 | 755,954 | $15.40 | $11,641,692 |
| 1/4/2008 | 961,970 | $14.43 | $13,881,227 |
| 1/7/2008 | 1,167,846 | $13.60 | $15,882,706 |
| 1/8/2008 | 1,046,321 | $12.78 | $13,371,982 |
| 1/9/2008 | 1,935,871 | $14.19 | $27,470,009 |
| 1/10/2008 | 960,387 | $14.00 | $13,445,418 |
| 1/11/2008 | 1,581,550 | $14.50 | $22,932,475 |
| 1/14/2008 | 1,679,344 | $15.66 | $26,298,527 |
| 1/15/2008 | 823,346 | $15.18 | $12,498,392 |
| 1/16/2008 | 958,979 | $15.18 | $14,557,301 |
| 1/17/2008 | 955,014 | $14.79 | $14,124,657 |
| 1/18/2008 | 1,130,860 | $15.02 | $16,985,517 |
| 1/22/2008 | 1,198,584 | $15.59 | $18,685,925 |
| 1/23/2008 | 906,194 | $15.46 | $14,009,759 |
| 1/24/2008 | 989,556 | $16.11 | $15,941,747 |
| 1/25/2008 | 845,393 | $15.58 | $13,171,223 |
| 1/28/2008 | 651,676 | $15.11 | $9,846,824 |
| 1/29/2008 | 493,933 | $15.30 | $7,557,175 |
| 1/30/2008 | 982,198 | $15.73 | $15,449,975 |
| 1/31/2008 | 681,006 | $16.00 | $10,896,096 |
| 2/1/2008 | 849,263 | $16.25 | $13,800,524 |
| 2/4/2008 | 493,977 | $15.99 | $7,898,692 |
| 2/5/2008 | 795,946 | $15.62 | $12,432,677 |
| 2/6/2008 | 684,222 | $15.22 | $10,413,859 |
| 2/7/2008 | 1,649,525 | $14.52 | $23,951,103 |
| 2/8/2008 | 721,582 | $14.02 | $10,116,580 |
| 2/11/2008 | 759,344 | $14.21 | $10,790,278 |
| 2/12/2008 | 1,055,208 | $14.20 | $14,983,954 |
| 2/13/2008 | 692,073 | $14.58 | $10,090,424 |
| 2/14/2008 | 1,534,269 | $13.36 | $20,497,834 |
| 2/15/2008 | 850,135 | $13.35 | $11,349,302 |
| 2/19/2008 | 1,031,177 | $13.58 | $14,003,384 |
| 2/20/2008 | 2,206,755 | $13.86 | $30,585,624 |
| 2/21/2008 | 11,139,243 | $10.69 | $119,078,508 |
| 2/22/2008 | 2,056,742 | $10.84 | $22,295,083 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|---|---|---|---|
| 2/25/2008 | 1,778,608 | $11.43 | $20,329,489 |
| 2/26/2008 | 1,444,150 | $11.39 | $16,448,869 |
| 2/27/2008 | 1,877,316 | $11.61 | $21,795,639 |
| 2/28/2008 | 1,209,102 | $10.93 | $13,215,485 |
| 2/29/2008 | 1,160,716 | $10.58 | $12,280,375 |
| 3/3/2008 | 1,236,595 | $10.64 | $13,157,371 |
| 3/4/2008 | 1,319,195 | $10.58 | $13,957,083 |
| 3/5/2008 | 1,137,653 | $10.43 | $11,865,835 |
| 3/6/2008 | 1,633,795 | $10.77 | $17,595,972 |
| 3/7/2008 | 1,199,426 | $10.80 | $12,953,801 |
| 3/10/2008 | 1,434,871 | $10.22 | $14,664,382 |
| 3/11/2008 | 1,385,977 | $10.70 | $14,829,954 |
| 3/12/2008 | 1,198,176 | $9.98 | $11,957,796 |
| 3/13/2008 | 1,873,621 | $9.78 | $18,324,013 |
| 3/14/2008 | 2,486,968 | $8.88 | $22,084,276 |
| 3/17/2008 | 1,690,045 | $8.65 | $14,618,889 |
| 3/18/2008 | 1,665,768 | $9.09 | $15,141,831 |
| 3/19/2008 | 1,904,028 | $9.15 | $17,421,856 |
| 3/20/2008 | 1,361,265 | $8.98 | $12,224,160 |
| 3/24/2008 | 1,747,168 | $9.98 | $17,436,737 |
| 3/25/2008 | 742,459 | $9.99 | $7,417,165 |
| 3/26/2008 | 656,745 | $10.03 | $6,587,152 |
| 3/27/2008 | 538,943 | $9.96 | $5,367,872 |
| 3/28/2008 | 457,672 | $9.73 | $4,453,149 |
| 3/31/2008 | 740,687 | $9.68 | $7,169,850 |
| 4/1/2008 | 1,133,421 | $10.39 | $11,776,244 |
| 4/2/2008 | 1,149,033 | $10.72 | $12,317,634 |
| 4/3/2008 | 878,456 | $10.56 | $9,276,495 |
| 4/4/2008 | 1,293,747 | $10.84 | $14,024,217 |
| 4/7/2008 | 865,759 | $10.96 | $9,488,719 |
| 4/8/2008 | 1,659,785 | $10.78 | $17,892,482 |
| 4/9/2008 | 1,796,678 | $10.19 | $18,308,149 |
| 4/10/2008 | 3,691,182 | $10.48 | $38,683,587 |
| 4/11/2008 | 2,276,125 | $10.02 | $22,806,773 |
| 4/14/2008 | 1,266,141 | $10.01 | $12,674,071 |
| 4/15/2008 | 12,837,970 | $7.76 | $99,622,647 |
| 4/16/2008 | 3,978,932 | $8.20 | $32,627,242 |
| 4/17/2008 | 1,462,812 | $8.24 | $12,053,571 |
| 4/18/2008 | 1,406,551 | $8.41 | $11,829,094 |
| 4/21/2008 | 1,398,666 | $8.58 | $12,000,554 |
| 4/22/2008 | 1,245,735 | $8.67 | $10,800,522 |
| 4/23/2008 | 760,969 | $8.51 | $6,475,846 |
| 4/24/2008 | 879,570 | $8.57 | $7,537,915 |
| 4/25/2008 | 855,218 | $8.80 | $7,525,918 |
| 4/28/2008 | 1,279,890 | $8.93 | $11,429,418 |
| 4/29/2008 | 983,352 | $9.03 | $8,879,669 |
| 4/30/2008 | 1,067,481 | $8.92 | $9,521,931 |
| 5/1/2008 | 1,511,630 | $9.14 | $13,816,298 |
| 5/2/2008 | 3,020,947 | $8.39 | $25,345,745 |
| 5/5/2008 | 1,170,303 | $8.51 | $9,959,279 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|------|--------------------|-------------------|-------------------|
| 5/6/2008 | 839,707 | $8.69 | $7,297,054 |
| 5/7/2008 | 942,689 | $8.85 | $8,342,798 |
| 5/8/2008 | 651,248 | $9.01 | $5,867,744 |
| 5/9/2008 | 826,295 | $9.09 | $7,511,022 |
| 5/12/2008 | 859,386 | $9.29 | $7,983,696 |
| 5/13/2008 | 735,996 | $9.34 | $6,874,203 |
| 5/14/2008 | 884,268 | $9.13 | $8,073,367 |
| 5/15/2008 | 785,144 | $9.45 | $7,419,611 |
| 5/16/2008 | 913,082 | $9.17 | $8,372,962 |
| 5/19/2008 | 1,957,523 | $9.73 | $19,046,699 |
| 5/20/2008 | 753,775 | $9.60 | $7,236,240 |
| 5/21/2008 | 1,125,329 | $9.31 | $10,476,813 |
| 5/22/2008 | 672,908 | $9.84 | $6,621,415 |
| 5/23/2008 | 517,583 | $9.80 | $5,072,313 |
| 5/27/2008 | 1,038,604 | $10.20 | $10,593,761 |
| 5/28/2008 | 1,296,228 | $10.40 | $13,480,771 |
| 5/29/2008 | 1,219,784 | $10.22 | $12,466,192 |
| 5/30/2008 | 780,572 | $10.31 | $8,047,697 |
| 6/2/2008 | 1,167,530 | $10.19 | $11,897,131 |
| 6/3/2008 | 3,320,790 | $10.88 | $36,130,195 |
| 6/4/2008 | 3,061,376 | $11.41 | $34,930,300 |
| 6/5/2008 | 1,347,467 | $11.59 | $15,617,143 |
| 6/6/2008 | 2,055,832 | $11.94 | $24,546,634 |
| 6/9/2008 | 1,526,994 | $11.78 | $17,987,989 |
| 6/10/2008 | 1,020,378 | $11.57 | $11,805,773 |
| 6/11/2008 | 864,502 | $11.31 | $9,777,518 |
| 6/12/2008 | 924,137 | $11.48 | $10,609,093 |
| 6/13/2008 | 609,067 | $11.93 | $7,266,169 |
| 6/16/2008 | 869,157 | $11.88 | $10,325,585 |
| 6/17/2008 | 512,315 | $11.84 | $6,065,810 |
| 6/18/2008 | 668,891 | $11.47 | $7,672,180 |
| 6/19/2008 | 815,439 | $11.53 | $9,402,012 |
| 6/20/2008 | 709,333 | $11.36 | $8,058,023 |
| 6/23/2008 | 750,335 | $11.51 | $8,636,356 |
| 6/24/2008 | 1,244,036 | $11.95 | $14,866,230 |
| 6/25/2008 | 1,554,686 | $12.32 | $19,153,732 |
| 6/26/2008 | 1,471,524 | $11.30 | $16,628,221 |
| 6/27/2008 | 1,748,202 | $11.01 | $19,247,704 |
| 6/30/2008 | 1,002,634 | $11.13 | $11,159,316 |
| 7/1/2008 | 1,162,526 | $10.98 | $12,764,535 |
| 7/2/2008 | 961,619 | $10.68 | $10,270,091 |
| 7/3/2008 | 843,713 | $10.52 | $8,875,861 |
| 7/7/2008 | 1,134,817 | $10.68 | $12,119,846 |
| 7/8/2008 | 640,640 | $10.84 | $6,944,538 |
| 7/9/2008 | 602,016 | $10.32 | $6,212,805 |
| 7/10/2008 | 1,325,912 | $10.00 | $13,259,120 |
| 7/11/2008 | 1,274,736 | $9.99 | $12,734,613 |
| 7/14/2008 | 611,282 | $9.84 | $6,015,015 |
| 7/15/2008 | 1,296,116 | $10.09 | $13,077,810 |
| 7/16/2008 | 849,950 | $10.80 | $9,179,460 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|---|---|---|---|
| 7/17/2008 | 708,533 | $10.84 | $7,680,498 |
| 7/18/2008 | 724,700 | $10.71 | $7,761,537 |
| 7/21/2008 | 679,675 | $10.51 | $7,143,384 |
| 7/22/2008 | 1,191,949 | $10.51 | $12,527,384 |
| 7/23/2008 | 1,077,341 | $10.33 | $11,128,933 |
| 7/24/2008 | 1,949,774 | $9.66 | $18,834,817 |
| 7/25/2008 | 1,144,192 | $9.37 | $10,721,079 |
| 7/28/2008 | 834,003 | $9.27 | $7,731,208 |
| 7/29/2008 | 762,632 | $9.60 | $7,321,267 |
| 7/30/2008 | 723,354 | $9.84 | $7,117,803 |
| 7/31/2008 | 629,518 | $9.35 | $5,885,993 |
| 8/1/2008 | 726,089 | $9.54 | $6,926,889 |
| 8/4/2008 | 393,733 | $9.50 | $3,740,464 |
| 8/5/2008 | 532,368 | $9.72 | $5,174,617 |
| 8/6/2008 | 723,342 | $9.96 | $7,204,486 |
| 8/7/2008 | 868,168 | $9.80 | $8,508,046 |
| 8/8/2008 | 1,388,032 | $9.11 | $12,644,972 |
| 8/11/2008 | 914,579 | $9.29 | $8,496,439 |
| 8/12/2008 | 839,732 | $9.16 | $7,691,945 |
| 8/13/2008 | 906,440 | $9.15 | $8,293,926 |
| 8/14/2008 | 379,536 | $9.24 | $3,506,913 |
| 8/15/2008 | 779,090 | $9.15 | $7,128,674 |
| 8/18/2008 | 1,303,652 | $8.92 | $11,628,576 |
| 8/19/2008 | 1,490,436 | $8.40 | $12,519,662 |
| 8/20/2008 | 7,230,885 | $6.29 | $45,482,267 |
| 8/21/2008 | 2,224,412 | $6.32 | $14,058,284 |
| 8/22/2008 | 1,259,083 | $6.27 | $7,894,450 |
| 8/25/2008 | 1,194,927 | $6.16 | $7,360,750 |
| 8/26/2008 | 773,094 | $6.25 | $4,831,838 |
| 8/27/2008 | 739,383 | $6.25 | $4,621,144 |
| 8/28/2008 | 579,981 | $6.25 | $3,624,881 |
| 8/29/2008 | 449,407 | $6.23 | $2,799,806 |
| 9/2/2008 | 592,023 | $6.15 | $3,640,941 |
| 9/3/2008 | 561,833 | $6.20 | $3,483,365 |
| 9/4/2008 | 963,176 | $6.18 | $5,952,428 |
| 9/5/2008 | 837,839 | $6.22 | $5,211,359 |
| 9/8/2008 | 543,092 | $6.19 | $3,361,739 |
| 9/9/2008 | 906,567 | $6.10 | $5,530,059 |
| 9/10/2008 | 944,773 | $6.37 | $6,018,204 |
| 9/11/2008 | 980,283 | $6.14 | $6,018,938 |
| 9/12/2008 | 329,094 | $6.10 | $2,007,473 |
| 9/15/2008 | 318,315 | $5.86 | $1,865,326 |
| 9/16/2008 | 763,855 | $5.89 | $4,499,106 |
| 9/17/2008 | 1,414,665 | $5.85 | $8,275,790 |
| 9/18/2008 | 1,733,586 | $6.20 | $10,748,233 |
| 9/19/2008 | 1,501,002 | $6.62 | $9,936,633 |
| 9/22/2008 | 619,826 | $6.31 | $3,911,102 |
| 9/23/2008 | 746,423 | $6.18 | $4,612,894 |
| 9/24/2008 | 897,903 | $6.13 | $5,504,145 |
| 9/25/2008 | 819,509 | $6.44 | $5,277,638 |

**Novatel Wireless Securities Litigation**
Analysis of Daily Volume

| Date | Reported Volume (1) | Closing Price (1) | Dollar Volume (2) |
|------|------|------|------|
| 9/26/2008 | 571,718 | $6.29 | $3,596,106 |
| 9/29/2008 | 620,845 | $5.98 | $3,712,653 |
| 9/30/2008 | 555,477 | $6.06 | $3,366,191 |
| 10/1/2008 | 1,110,589 | $6.33 | $7,030,028 |
| 10/2/2008 | 582,980 | $6.10 | $3,556,178 |
| 10/3/2008 | 1,279,065 | $6.17 | $7,891,831 |
| 10/6/2008 | 758,277 | $5.92 | $4,489,000 |
| 10/7/2008 | 566,568 | $5.48 | $3,104,793 |
| 10/8/2008 | 689,729 | $5.43 | $3,745,228 |
| 10/9/2008 | 880,926 | $5.11 | $4,501,532 |
| 10/10/2008 | 1,043,753 | $5.27 | $5,500,578 |
| 10/13/2008 | 977,600 | $5.60 | $5,474,560 |
| 10/14/2008 | 581,536 | $5.11 | $2,971,649 |
| 10/15/2008 | 471,972 | $4.75 | $2,241,867 |
| 10/16/2008 | 830,938 | $4.82 | $4,005,121 |
| 10/17/2008 | 782,237 | $4.56 | $3,567,001 |
| 10/20/2008 | 507,231 | $4.66 | $2,363,696 |
| 10/21/2008 | 483,833 | $4.52 | $2,186,925 |
| 10/22/2008 | 328,546 | $4.40 | $1,445,602 |
| 10/23/2008 | 476,523 | $4.16 | $1,982,336 |
| 10/24/2008 | 545,714 | $4.15 | $2,264,713 |
| 10/27/2008 | 404,694 | $4.36 | $1,764,466 |
| 10/28/2008 | 608,215 | $4.48 | $2,724,803 |
| 10/29/2008 | 410,516 | $4.86 | $1,995,108 |
| 10/30/2008 | 273,110 | $5.07 | $1,384,668 |
| 10/31/2008 | 1,092,305 | $5.21 | $5,690,909 |
| 11/3/2008 | 586,755 | $5.55 | $3,256,490 |
| 11/4/2008 | 414,145 | $5.37 | $2,223,959 |
| 11/5/2008 | 540,919 | $5.14 | $2,780,324 |
| 11/6/2008 | 585,247 | $5.00 | $2,926,235 |
| 11/7/2008 | 429,631 | $5.32 | $2,285,637 |
| 11/10/2008 | 337,171 | $5.37 | $1,810,608 |
| Total: | 556,304,642 | | $8,754,669,653 |
| Average: | 1,287,742 | | $20,265,439 |

(1) Source: Bloomberg
(2) Daily Reported Volume times Closing Price

# Exhibit C

Exhibit 1
Page 50

**Novatel Wireless Securities Litigation**
Analysis of Weekly Volume

| Date | Reported Weekly Volume (1) | Shares Outstanding | Source (2) | Turnover (3) |
|---|---|---|---|---|
| 3/2/2007 | 9,604,787 | 30,253,896 | 2006 Form-10K | 32% |
| 3/9/2007 | 7,870,094 | 30,253,896 | | 26% |
| 3/16/2007 | 5,279,221 | 30,253,896 | | 17% |
| 3/23/2007 | 5,926,930 | 30,253,896 | | 20% |
| 3/30/2007 | 13,944,715 | 30,253,896 | | 46% |
| 4/6/2007 | 4,349,595 | 30,211,000 | 1Q '07 Form-10Q | 14% |
| 4/13/2007 | 4,200,764 | 30,211,000 | | 14% |
| 4/20/2007 | 4,912,276 | 30,211,000 | | 16% |
| 4/27/2007 | 8,146,320 | 30,211,000 | | 27% |
| 5/4/2007 | 12,743,242 | 30,422,945 | 1Q '07 Form-10Q | 42% |
| 5/11/2007 | 5,461,180 | 30,422,945 | | 18% |
| 5/18/2007 | 6,847,925 | 30,422,945 | | 23% |
| 5/25/2007 | 5,415,399 | 30,422,945 | | 18% |
| 6/1/2007 | 5,169,154 | 30,422,945 | | 17% |
| 6/8/2007 | 9,200,913 | 30,422,945 | | 30% |
| 6/15/2007 | 7,920,318 | 30,422,945 | | 26% |
| 6/22/2007 | 4,651,202 | 30,422,945 | | 15% |
| 6/29/2007 | 6,371,441 | 30,422,945 | | 21% |
| 7/6/2007 | 5,652,680 | 31,635,000 | 2Q '07 Form-10Q | 18% |
| 7/13/2007 | 5,453,683 | 31,635,000 | | 17% |
| 7/20/2007 | 9,771,053 | 31,635,000 | | 31% |
| 7/27/2007 | 9,505,890 | 31,635,000 | | 30% |
| 8/3/2007 | 11,091,158 | 31,635,000 | | 35% |
| 8/10/2007 | 11,424,569 | 32,261,939 | 2Q '07 Form-10Q | 35% |
| 8/17/2007 | 7,118,297 | 32,261,939 | | 22% |
| 8/24/2007 | 3,822,967 | 32,261,939 | | 12% |
| 8/31/2007 | 2,538,849 | 32,261,939 | | 8% |
| 9/7/2007 | 3,210,654 | 32,261,939 | | 10% |
| 9/14/2007 | 3,284,825 | 32,261,939 | | 10% |
| 9/21/2007 | 5,534,184 | 32,261,939 | | 17% |
| 9/28/2007 | 4,518,339 | 32,261,939 | | 14% |
| 10/5/2007 | 5,699,254 | 32,464,000 | 3Q '07 Form-10Q | 18% |
| 10/12/2007 | 5,895,554 | 32,464,000 | | 18% |
| 10/19/2007 | 5,491,252 | 32,464,000 | | 17% |
| 10/26/2007 | 9,401,989 | 32,464,000 | | 29% |
| 11/2/2007 | 5,803,814 | 32,521,597 | 3Q '07 Form-10Q | 18% |
| 11/9/2007 | 17,517,246 | 32,521,597 | | 54% |
| 11/16/2007 | 12,620,978 | 32,521,597 | | 39% |
| 11/23/2007 | 4,206,219 | 32,521,597 | | 13% |
| 11/30/2007 | 6,996,620 | 32,521,597 | | 22% |
| 12/7/2007 | 4,633,209 | 32,521,597 | | 14% |
| 12/14/2007 | 4,195,154 | 32,521,597 | | 13% |
| 12/21/2007 | 3,542,933 | 32,521,597 | | 11% |
| 12/28/2007 | 1,532,616 | 32,521,597 | | 5% |
| 1/4/2008 | 3,397,500 | 32,602,000 | 2007 Form-10K | 10% |
| 1/11/2008 | 6,691,975 | 32,602,000 | | 21% |
| 1/18/2008 | 5,547,543 | 32,602,000 | | 17% |
| 1/25/2008 | 3,939,727 | 32,602,000 | | 12% |
| 2/1/2008 | 3,658,076 | 32,602,000 | | 11% |
| 2/8/2008 | 4,345,252 | 32,602,000 | | 13% |

**Novatel Wireless Securities Litigation**
Analysis of Weekly Volume

| Date | Reported Weekly Volume (1) | Shares Outstanding | Source (2) | Turnover (3) |
|---|---|---|---|---|
| 2/15/2008 | 4,891,029 | 32,602,000 | | 15% |
| 2/22/2008 | 16,433,917 | 32,756,554 | 2007 Form-10K | 50% |
| 2/29/2008 | 7,469,892 | 32,756,554 | | 23% |
| 3/7/2008 | 6,526,664 | 32,756,554 | | 20% |
| 3/14/2008 | 8,379,613 | 32,756,554 | | 26% |
| 3/21/2008 | 6,621,106 | 32,756,554 | | 20% |
| 3/28/2008 | 4,142,987 | 32,756,554 | | 13% |
| 4/4/2008 | 5,195,344 | 32,091,000 | 1Q '08 Form-10Q | 16% |
| 4/11/2008 | 10,289,529 | 32,091,000 | | 32% |
| 4/18/2008 | 20,952,406 | 32,091,000 | | 65% |
| 4/25/2008 | 5,140,158 | 32,091,000 | | 16% |
| 5/2/2008 | 7,863,300 | 32,091,000 | | 25% |
| 5/9/2008 | 4,430,242 | 32,091,000 | | 14% |
| 5/16/2008 | 4,177,876 | 32,091,000 | | 13% |
| 5/23/2008 | 5,027,118 | 32,091,000 | | 16% |
| 5/30/2008 | 4,335,188 | 32,091,000 | | 14% |
| 6/6/2008 | 10,952,995 | 32,091,000 | | 34% |
| 6/13/2008 | 4,945,078 | 32,091,000 | | 15% |
| 6/20/2008 | 3,575,135 | 32,091,000 | | 11% |
| 6/27/2008 | 6,768,783 | 32,091,000 | | 21% |
| 7/4/2008 | 3,970,492 | 30,764,000 | 2Q '08 Form-10Q | 13% |
| 7/11/2008 | 4,978,121 | 30,764,000 | | 16% |
| 7/18/2008 | 4,190,581 | 30,764,000 | | 14% |
| 7/25/2008 | 6,042,931 | 30,764,000 | | 20% |
| 8/1/2008 | 3,675,596 | 30,764,000 | | 12% |
| 8/8/2008 | 3,905,643 | 30,764,000 | | 13% |
| 8/15/2008 | 3,819,377 | 30,764,000 | | 12% |
| 8/22/2008 | 13,508,468 | 30,764,000 | | 44% |
| 8/29/2008 | 3,736,792 | 30,764,000 | | 12% |
| 9/5/2008 | 2,954,871 | 30,764,000 | | 10% |
| 9/12/2008 | 3,703,809 | 30,764,000 | | 12% |
| 9/19/2008 | 5,731,423 | 30,764,000 | | 19% |
| 9/26/2008 | 3,655,379 | 30,764,000 | | 12% |
| 10/3/2008 | 4,148,956 | 30,764,000 | | 13% |
| 10/10/2008 | 3,939,253 | 30,764,000 | | 13% |
| 10/17/2008 | 3,644,283 | 30,764,000 | | 12% |
| 10/24/2008 | 2,341,847 | 30,764,000 | | 8% |
| 10/31/2008 | 2,788,840 | 30,764,000 | | 9% |
| 11/7/2008 | 2,556,697 | 30,326,192 | 2Q '08 Form-10Q | 8% |
| 11/14/2008 | 1,710,273 | 30,326,192 | | 6% |
| | | | **Average Weekly Turnover:** | **20%** |

(1) Source: Bloomberg
(2) Weekly Volume divided by Shares Outstanding

# Exhibit D

Exhibit 1
Page 53

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---------------------------------------------------------------------------------|
| 1/3/2007 | 1,017,296 | $9.75 | 0.83% | n.a. | *Date: Jan 3 2007  6:00:07  Wire: Business Wire (BUS)*<br>**Novatel Wireless Announces Windows Vista-Ready Wireless Broadband Access Products**<br>SAN DIEGO--(BUSINESS WIRE)--January 03, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that they, in collaboration with Microsoft, have developed WWAN modem hardware and software drivers that are certified for the Windows Vista operating system. To achieve this critical milestone, Novatel Wireless' products successfully passed a series of stringent tests at Microsoft's Windows Hardware Quality Laboratories (WHQL).<br>   "Novatel Wireless has worked closely with Microsoft to ensure the best performance and most reliable Windows Vista experience through our diversified line of EV-DO and HSDPA WWAN products," said Slim Souissi, senior vice president and chief technology officer for Novatel Wireless. "Windows Vista WHQL certification gives OEMs, operators and consumers complete confidence that their WWAN investment will be future-proof."<br>   WHQL certification sets a high bar for quality and reliability, and is considered an essential part of the purchase decision by many business and home users. This certification allows Novatel Wireless, as well as its wireless carrier and OEM customers, to display the Certified for Windows Vista logo on retail packages for branded products. The logo assures customers that Novatel Wireless products will provide easy plug-and-play installation when used with the Windows Vista operating system. The WHQL certification also means the Novatel Wireless modules are approved for integration into laptop PCs by manufacturers seeking the Certified for Windows Vista logo for their products. |
| 1/4/2007 | 1,303,846 | $10.15 | 4.10% | n.a. | |
| 1/5/2007 | 1,763,724 | $10.40 | 2.46% | n.a. | *January 5, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*<br>**NVTL/SWIR - Option Pre-Release Shows Margin Improvement**<br>Action<br>Option, the Belgium-based competitor to NVTL and SWIR, pre-released 2006 results this morning. 4Q06 revenues are now projected at EUR 62M vs. prior guidance of EUR 82M, following an HSDPA software problem at a key supplier. While this could also be a problem for SWIR, which has 50%+ exposure to HSDPA, the outlook for NVTL and SWIR appears brighter based on Option's success at generating 15%+ EBITDA margins, ahead of 14-15% guidance despite the revenue shortfall. We reiterate our Market Outperform ratings on NVTL/SWIR, but we believe that NVTL is a highly attractive opportunity.<br><br>*January 5, 2007 Morgan Joseph - Erik Zamkoff, James Leahy*<br>**Novatel Wireless, Inc. - Expecting Strong Growth and Improving Operating Leverage in 2007; Buy**<br>Investment Highlights:<br> * Expect Novatel to realize strong revenue growth, improved operating leverage. New product launches drove better-than-expected 3Q06 revenue growth and strong 4Q06 revenue guidance, despite limited operating leverage due to component shortages and launch costs. Going forward, we expect modest card sales growth and accelerating sales of new products (embedded modules, ExpressCards, and Ovation), which could drive better-than-expected 2007 revenues. Novatel is also highly focused on cost controls, including ramping production with an additional contract manufacturer, which should drive improved operating leverage in 2007. We reiterate our Buy rating and $15.00 target.<br> * New manufacturer increases sales capacity at lower costs. In 4Q06, Novatel began ramping production with a second contract manufacturer, Inventec Appliances. This should lead to both gradual cost reductions as production ramps and more favorable pricing from its current manufacturer, LG (066570 - KRW57,600 - KSE). We believe the additional capacity indicates increasing demand from Novatel's carrier customers for its more diversified product portfolio.<br> * Expect modest card sales growth, accelerating new product sales in 2007. In 2007, we forecast card revenue growth of 6.2% as unit volume growth of 21.8% is offset by anticipated ASP declines of 12.8%. We also expect ExpressCard and embedded revenue growth of 160.5% and 149.4%. Novatel is now shipping embedded modules to four laptop OEMs and expects its embedded solutions to be in over 35 models by the end of 2007. Finally, we forecast Ovation revenue growth of 78.7%.<br>Next-generation Ovation shipments to Sprint (S - $19.65 - NYSE) began in 3Q07 and we expect Ovation to grow as a percentage of |

Exhibit 1<br>Page 54

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | revenues going forward as North American traction expands and European sales grow.<br> * Increasing 2007 estimates. 4Q06E revenues and GAAP EPS remain $62.0mm and $0.03; cash EPS and gross margins remain $0.06 and 26.7%. 2006E revenue remains $203mm (Novatel reduced 3Q06 revenues by $0.4mm) while GAAP EPS, cash EPS, and gross margins remain ($0.04), $0.10, and 25.5%. 2007E revenues and cash EPS move to $265.5mm and $0.45 from $262.0mm and $0.44 while GAAP EPS and gross margins remain $0.17 and 28.3%.<br> * Our price target is $15.00. Novatel trades at a 2007E P/E multiple of 22.7x; our target generates a 33.6x multiple (and a 96.0% PE/growth ratio). Novatel trades at a 2007E EV/Sales multiple of 0.8x vs. 0.9x for competitor Sierra Wireless (SWIR - $13.36 - NASDAQ - Hold; see report published October 27, 2006); our target generates a 1.4x multiple. |
| | | | | | *January 5, 2007 Piper Jaffray & Co. -  T. Michael Walkley, Amit Kapur*<br>**Novatel Wireless, Inc. - Channel Checks, Introducing 08 Estimates**<br>KEY POINTS:<br>Channel checks indicate solid PC card trends at Sprint, but maintain Market Perform on continued near-term margin concerns.<br> * Our monthly channel checks (see today's note entitled "Monthly Channel Checks: Healthy 3G Trends") suggest strong sell-through of EV-DO PC cards at both Verizon Wireless and Sprint.<br> * We believe Verizon Wireless' retail channel demand shifted slightly toward Novatel during the quarter, although we believe the majority of PC card demand comes from business channels where we believe Novatel retains solid mindshare among Verizon B2B reps. We believe Verizon Wireless remains on-track to ship EV-DO Rev A in volume during 2007, and this technology upgrade enabled Sierra Wireless to re-enter this leading carrier as a significant competitor to Novatel Wireless. However, we believe the faster data speeds provided by Rev A should also stimulate industry adoption of PC cards and OEM modules, and we believe such growth will support Novatel Wireless' growth over the next few years.<br> * In addition, our checks indicated Novatel Wireless enjoyed improving share and strong sales at Sprint retail channels, as a strong Sprint broadband marketing campaign drove solid Q406 sales. We believe Novatel Wireless continues facing competition at Sprint from Sierra Wireless, with Sierra having more mindshare at B2B channels than in consumer channels. Nevertheless, we believe Novatel Wireless' solid share at Sprint Nextel should help support near-term EV-DO shipments.<br> * While we were encouraged by our channel checks indicating solid sell through trends for Novatel products, we remain cautious that the company's gross margin and operating margin remain under pressure. While we believe the company could make progress toward its longer-term goals of 30% gross margins and 10% operating margins, we are maintaining our Q406 estimates despite solid industry trends.<br> * We have left our 2006 and 2007 estimates basically unchanged and are introducing a 2008 proforma EPS estimates of $0.59.<br>Investment Recommendation:<br>We are maintaining our $10 price target, which is based on the shares trading at 17x our 2008 EPS estimate, which is in line with peer multiples. While we believe the company is capable of solid revenue growth, we remain concerned over the sustainability of longer run earnings growth due to increased competition and intense pricing pressure.<br>Risks To Achievement Of Target Price:<br>Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.<br>Company Description:<br>Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions. |
| 1/8/2007 | 864,388 | $10.52 | 1.15% | n.a. | *Date: Jan 8 2007  6:01:02 Wire: Business Wire (BUS)*<br>**Novatel Wireless Announces Strategic New Initiative with the Development of Multiple Mobile Computing Applications and Services**<br>**  - Second Phase of Company's Growth and Diversification Strategy Will Extend Value-Added Applications and Services to Operators and Vertical Markets Creating New Revenue Streams**<br>SAN DIEGO--(BUSINESS WIRE)--January 08, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless |

Exhibit 1<br>Page 55

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

broadband access solutions, today announced the development of new mobility applications and platforms to enable end-to-end, value-added services in conjunction with its broadband mobile computing platforms. The new portfolio of innovative solutions will allow wireless operators, notebook OEMs and vertical markets to offer additional benefits and services to their customers.

   The new service offerings will be based upon three core components:

   (1) Novatel Wireless' web-based applications server which securely communicates with any remote mobile clients, such as notebooks, smartphones and other wireless devices

   (2) Novatel Wireless' HSDPA and EV-DO embedded modules hosting the company's generated protocols and value-added applications for wireless network operators, OEMs and vertical markets

   (3) Novatel Wireless' mobility platform which is a key enabler  to provide a complete solution, with software and services providing end-to-end functionality

   The Novatel Wireless servers will work within current network architectures and ensure secure communication, authentication, provisioning and billing across the entire wireless network. The client technology will be supported on all Novatel Wireless wide-area network (WAN) modules, and, together with the server technology and applications, will allow operators to offer new services to their end users. Novatel Wireless will bring this development initiative to both its carrier and OEM channels and will support the technology across all its broadband access markets, including mobile computing, machine to machine (M2M), and additional vertical markets.

   Initial applications that will be developed will address the following areas:

   * Location Based Services, using assisted and standalone GPS  client technology that will be supported on Novatel Wireless broadband access devices

   * Enhanced Wireless Notebook Capabilities, which allow wireless WAN-enabled notebooks to act as complete mobile communication devices, using Novatel generated technology protocols, Novatel client servers, and Novatel generated applications

   * Computer Asset Tracking, which allows IT Managers to securely track their mobile computer assets over wireless WAN, remote protection of corporate data, and remote control and diagnostics of mobile devices

   * IP-based Voice and Multimedia Applications, that will allow peer-to-peer VoIP, push-to-talk, push-to-view and other advanced multimedia applications

   "Building on the success of the first phase of our diversification strategy, we are now extending our technology and offering innovative, new end-to-end solutions for our customers," said Peter Leparulo, Executive Chairman of Novatel Wireless. "Leveraging our own extensive expertise in wireless data and our existing channels and relationships, we have developed applications, protocols, servers, and clients and architected a complete platform to allow operators, OEMs and vertical markets to offer a broad range of services and provide a powerful application environment through those platforms. Driving this effort is our partnership with global technology leaders who will play a key role in these next-phase growth initiatives."

*Date: Jan 8 2007  12:00:12 Wire: Business Wire (BUS)*
**Novatel Wireless Announces WWAN Support of Microsoft Active Notifications Application**
**Novatel Wireless WWAN Modules to Enable Real-Time Connection to E-mail and Calendars while the PC sleeps**
SAN DIEGO--(BUSINESS WIRE)--January 08, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced product availability for Microsoft's new Active Notifications software on WWAN modules equipped with HSDPA and EV-DO technologies. Novatel Wireless' modules will enable real-time email and calendar connections between Microsoft Exchange Server and the mobile PC.

   "Along with Microsoft, Novatel Wireless is pleased to bring this new innovation to our OEM partners,"said Brad Weinert, acting chief executive officer and chief operating officer for Novatel Wireless. "Integrated WWAN laptops that are equipped with Active Notifications provide a powerful platform for an always-on user experience."

   The Microsoft Active Notifications software alerts users to incoming e-mail and calendar appointments while the computer is in sleep mode. Users will be able to take immediate action when important events occur. No longer does the user need to manually connect to the network and check for email or changes to his/her calendar. In order to provide these notifications in real time, the WWAN modules from Novatel Wireless connect wirelessly through HSDPA and EV-DO networks to the Microsoft Exchange Server, securely

Exhibit 1
Page 56

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | connecting and storing user information and filter policies. |
| | | | | |    The Microsoft Active Notifications application aims to create new end-to-end mobile PC usage scenarios for users on the move while the PC is in sleep mode. |
| | | | | |    The following Active Notifications features are offered for various scenarios while conserving battery life: |
| | | | | |    * Outside of Office - Around the Office - In a Meeting |
| | | | | |    * Always Connected |
| | | | | |    * Calendar Notifications |
| | | | | |    * Real-Time Email notifications |
| | | | | |    * Privacy Filter Settings |
| | | | | |    "Windows Vista is designed to fit people's lives and our work with Novatel Wireless helps us deliver on the promise of personal computing," said Dave Wascha, director of partner marketing communications for Windows Client at Microsoft Corp. "With the PC being the most powerful and versatile device in the home, customers win when a wide range of devices - gaming consoles, phones, set-top boxes, networked appliances and mobile devices - work well with the PC. By working closely with Novatel Wireless we are offering an improved user experience for our joint customers." |
| | | | | |    Active Notifications software is scheduled for release in the first quarter, 2007. For more information, visit ww.novatelwireless.com. |
| 1/9/2007 | 1,447,698 | $10.73 | 2.00% | n.a. | |
| 1/10/2007 | 487,054 | $10.76 | 0.28% | n.a. | |
| 1/11/2007 | 461,964 | $10.81 | 0.46% | n.a. | |
| 1/12/2007 | 743,111 | $10.82 | 0.09% | n.a. | *Date: Jan 12 2007  17:39:37 Wire: Washington Service (WSA)* |
| | | | | | **Hadley Robert M, Vice Pres., Sells 15,000 ON 1/12/07 Of NVTL** |
| 1/16/2007 | 696,756 | $10.73 | -0.83% | n.a. | |
| 1/17/2007 | 614,665 | $10.80 | 0.65% | n.a. | |
| 1/18/2007 | 507,952 | $10.63 | -1.57% | n.a. | |
| 1/19/2007 | 581,057 | $10.84 | 1.98% | n.a. | *Date: Jan 19 2007  22:19:40 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Hadley Robert M Files To Sell 15,000 Share** |
| 1/22/2007 | 642,471 | $10.76 | -0.74% | n.a. | |
| 1/23/2007 | 758,752 | $11.13 | 3.44% | n.a. | |
| 1/24/2007 | 742,480 | $11.29 | 1.44% | n.a. | |
| 1/25/2007 | 1,004,715 | $10.94 | -3.10% | n.a. | |
| 1/26/2007 | 970,567 | $11.00 | 0.55% | n.a. | |
| 1/29/2007 | 629,943 | $11.32 | 2.91% | n.a. | |
| 1/30/2007 | 732,695 | $11.42 | 0.88% | n.a. | |
| 1/31/2007 | 1,296,004 | $11.29 | -1.14% | n.a. | |
| 2/1/2007 | 1,268,210 | $11.54 | 2.21% | n.a. | *Date: Feb 1 2007  8:30:09 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless to Present at Thomas Weisel Partners Technology Conference** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--February 01, 2007 Novatel Wireless, (Nasdaq:NVTL) today announced participation in the following event with the financial community: |
| | | | | |    Thomas Weisel Partners Technology Conference |
| | | | | |    Presentation Date: Monday, February 5, 2007 |
| | | | | |    Time: 2:40 p.m. PT |
| | | | | |    Presenter: Brad Weinert, acting chief executive officer and Dan Halvorson, vice president & chief financial officer |
| | | | | |    Location: Fairmont Hotel, San Francisco, CA |

Exhibit 1
Page 57

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

*Date: Feb 1 2007  9:00:14 Wire: PR Newswire: U.S. (PRN)*
**Verizon Wireless and Novatel Wireless Launch EV-DO Rev. A USB Modem - First Rev. A USB Modem Offering for Verizon**
Wireless Customers

   BASKING RIDGE, N.J. and SAN DIEGO, Feb. 1 /PRNewswire/ -- Verizon Wireless, operator of the nation's most reliable national wireless broadband network, and Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today announced the Feb. 2 availability of the USB720, the first CDMA 1x Evolution-Data Optimized (EV-DO) Revision A (Rev. A) USB wireless modem from Verizon Wireless.  The compact USB720 wireless modem is compatible with all the latest notebooks, desktops and handhelds via an industry standard USB interface.

   "With the USB standard available in virtually all computing devices in the marketplace, the USB720 offers Verizon Wireless customers the tremendous flexibility of using a USB port for wireless connectivity," said Rob Hadley, senior vice president of worldwide sales and marketing for Novatel Wireless. "Providing Verizon Wireless' first EV-DO Rev. A USB modem shows Novatel Wireless' commitment to developing the most advanced and valuable wireless broadband access solutions.  We are pleased that Verizon Wireless has selected us as a supplier for EV-DO Rev. A products."

   In conjunction with this announcement of the USB720, Verizon Wireless today announced enhancements to its network to provide BroadbandAccess customers with the increased speeds of Rev. A technology in portions of Illinois, Florida, Massachusetts, Utah and Virginia. Customers in Verizon Wireless' enhanced wireless broadband coverage areas will typically experience average download speeds of 450-800 kilobits per second (kbps) and average upload speeds of 300-400 kbps.  To the busy professional, the enhanced speeds will translate into the ability to download a 1 Megabyte e-mail attachment -- the equivalent of a small PowerPoint(R) presentation or a large PDF file – in less than 15 seconds and upload the same size file in less than 25 seconds.

   The USB720 is highly compact, measuring 3.52 x 1.49 x .69 inches (89.5 x 38 x 17.6 mm) and weighing a mere 1.6 ounces (45 g).  The modem is also fully compatible with the Verizon Wireless' enhanced and existing wireless broadband networks and the company's NationalAccess network (based on CDMA 1xRTT technology).  The modem has an advanced dual beam diversity antenna system design with an integrated flip antenna, which maximizes performance and strengthens network signal reception.  The USB720 works seamlessly with the Enterprise edition of VZAccess Manager software and supports Windows(R) (2000, XP, and Vista), and Mac OSX.

   Customers in Rev. A enhanced coverage areas who purchase the new USB720 and who are current subscribers to BroadbandAccess will enjoy the new improved speeds immediately -- there are no additional charges.  Customers with a Verizon Wireless voice plan of $39.99 or higher may sign up for unlimited BroadbandAccess with the new Rev. A speeds for an additional $59.99 monthly access. For customers without a voice plan, BroadbandAccess is available for $79.99 monthly access.

   The USB720 is $149.99 with a new two-year customer agreement or $199.99 with a new one-year customer agreement.  The USB720 is available immediately through Verizon Wireless' business sales channels and online at http://www.verizonwireless.com. The device will be available in Verizon Wireless Communications Stores, inclusive of those in Circuit City, on Feb. 20.

   For more information on Verizon Wireless data services, including BroadbandAccess and the USB720 wireless modem, customers can contact a Verizon Wireless business sales representative directly at 1-800-VZW-4-BIZ.

*February 1, 2007 Craig-Hallum - Anthony J. Stoss, Steve Dyer*
**Novatel Wireless, Inc. - Strength at SWIR Bodes Well for NVTL. Reiterate BUY and $12 Price Target.**
We believe Sierra Wireless' (SWIR) strong results posted last night will likely be echoed by NVTL when the company reports earnings later this month. SWIR delivered solid CQ406 outperformance but more notable was the company's 20% sequential top-line growth guidance for CQ107, well above what analysts were expecting ($82 million vs. prior consensus of $66.9 million). We are modeling a seasonal decline of $3 million in revenue for NVTL in Q107 ($61 million in Q406, to $58 million in Q107) and the SWIR results give us greater confidence that our estimates are likely materially conservative looking ahead.
We think the one blemish on an otherwise strong quarter by SWIR were gross margins of 26.2%, more than 200 bps below what most analysts had expected. We believe this is due to the company's considerable HSDPA business mix, which we believe made up close to

Exhibit 1
Page 58

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | 60% of SWIR's overall Q4 revenue. HSDPA has a lower gross margin than EV-DO cards and as a result, we believe NVTL's gross margin could surpass SWIR's for the first time in a long time. We note that in Q3, NVTL's EV-DO sales accounted for 69% of revenue while HSDPA accounted for 31%, a mix we would expect to remain relatively consistent. |
| | | | | | Overall, we expect NVTL to report Q406 results in late February and expect results to be nicely ahead of our estimates of $61 million in revenue and pro forma EPS of $0.07. We expect that in addition to strong PC card growth, the company will highlight robust growth of embedded modules to numerous laptop OEMs. In addition, we believe the company shipped Ovation to both Sprint and Verizon Wireless in the quarter. Given the company's ongoing strong revenue growth, we believe investors will focus their attention on the company's gross margins, which we are modeling at 26.5%. The company will begin moving a portion of its contract manufacturing from LG Innotek to IAC during Q1, which should benefit gross margins incrementally throughout 2007. An improving gross margin, combined with absence of the significant new product certification costs, should improve operating margins. As a result, these factors could propel the stock significantly higher as investors become satisfied that there is leverage in NVTL's model. |
| | | | | | Stock Opportunity |
| | | | | | Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry though as with any small technology company, the road will not always be straight. We think investors who can look past the near term have an opportunity to own a high-quality industry leader for an S&P multiple. |
| | | | | | We are reiterating our BUY rating and $12 price target, which is based on roughly 25x our fully taxed 2007 EPS estimate of $0.47/share. |
| | | | | | Risks |
| | | | | | We believe an investment in NVTL involves the following risks. |
| | | | | | * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions. |
| | | | | | * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers. |
| | | | | | * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results. |
| | | | | | * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results. |
| | | | | | * Tax Rate Uncertainty. There is some uncertainty regarding NVTL's tax rate as a result of the accounting treatment of the company's accumulated NOLs. Though the company has well in excess of $100 million in NOLs, our GAAP estimates conservatively assume a 35% tax rate pending a definitive review by auditors. |
| 2/2/2007 | 972,934 | $11.25 | -2.51% | n.a. | *Date: Feb 2 2007 17:12:25 Wire: Washington Service (WSA)* <br> **Hadley Robert M, Vice Pres., Sells 15,000 On 2/1/07 Of NVTL** |
| 2/5/2007 | 7,882,224 | $12.52 | 11.29% | n.a. | *Date: Feb 5 2007 8:30:10 Wire: Business Wire (BUS)* <br> **Novatel Wireless Reports Preliminary Fourth Quarter 2006 Results and Introduces 2007 Guidance** <br> SAN DIEGO--(BUSINESS WIRE)--February 05, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported preliminary and unaudited financial results for the fourth quarter ended December 31, 2006 <br> Revenues for the fourth quarter are expected to increase by over 56% year-over-year and by over 38% sequentially to approximately $76 million. Non-GAAP EPS, which excludes stock based compensation expense and the year-end true-up of the Company's net deferred tax assets, is expected to be $0.13 to $0.14 per diluted share using a preliminary tax rate of 30%. These results compare to previous guidance of revenues of $61 to $63 million and non-GAAP EPS of $0.06 to $0.07 per diluted share. |

Exhibit 1
Page 59

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

Fourth quarter revenue growth was driven by increased demand in all three prongs of Novatel Wireless' growth strategy -- PC cards, embedded solutions and Ovation fixed-mobile convergence products --with the Company's ExpressCard product introduction being the most successful in Company history. Non-PC card revenues more than doubled sequentially, accounting for approximately 30% of fourth quarter revenues, and offering further evidence of the success of the Company's diversification program that has expanded its customer base and is rapidly diversifying its revenue streams. Additionally, the Company's backlog was at record levels at the end of the fourth quarter, driven primarily by new orders for EV-DO Rev A products across all three prongs of its growth strategy.

Fourth quarter 2006 net and operating income were impacted by over $1 million in charges related to inventory provisions and an allowance for doubtful accounts receivable. Even with these charges, fourth quarter non-GAAP operating margin is expected to be approximately 6%, which represents a substantial sequential increase over the third quarter operating margin of approximately 2%. As of December 31, 2006, the Company increased its cash position to over $84 million, or over $2.80 per share from $80 million at September 30, 2006.

The Company currently expects its fourth quarter GAAP EPS to be in the range of, or above, previous guidance of $0.02 to $0.04 per diluted share, but it is still in the process of evaluating the factors impacting its actual tax rate for the period, including the year-end true-up of the Company's net deferred tax assets.

2007 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

The following table summarizes the Company's financial guidance for the year ending December 31, 2007. These estimates are based on the Company's current business outlook as of the date of this press release. Non-GAAP earnings per diluted share are based on a projected tax rate of 35% and exclude FAS 123R stock based compensation expenses.

| | |
|---|---|
| Revenues | $330 - $350 million |
| Operating Margin | 7% - 8% |
| Non-GAAP Earnings Per Share, Diluted | $0.55 - $0.65 |

Investment Conference

Novatel Wireless is presenting today, February 5, 2007, at 2:40 p.m. PT at the Thomas Weisel Partners Technology Conference at The Fairmont Hotel in San Francisco, CA. A live webcast of the presentation will be available at http://www.veracast.com/webcasts/twp/tech07/85112351.cfm. The link will also be accessible from the "Investor Relations" section of our website at www.novatelwireless.com.

Conference Call Information

Novatel Wireless will host a conference call for analysts and investors to discuss quarterly results on February 27, 2007 at 4:30 p.m. ET. A live webcast of the conference call will also be accessible from the "Investor Relations" section of our website at www.novatelwireless.com. Following the live webcast, an archived version will be available on our website.

*February 5, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. (NASDAQ:NVTL) - NVTL - Strong, Clean Quarter Pre-Released and 2007 Looking Bright**
Action
This morning, NVTL pre-released its expectations for 4Q06 and 2007, exceeding consensus and our estimates in both cases driven by strong underlying demand and operating leverage, and we are consequently increasing our 4Q06 and 2007 estimates. Trading at 19.1x 2007 EPS vs. peers at 20.2x, we reiterate our Market Outperform rating and $15 price target.
Key Details and Summary Perspectives
 * Positive Pre-Release - 4Q06 and 2007 expectations are summarized below.
  * Strong Demand Drives Sales - NVTL has indicated that its strong sales performance was driven by strong demand for all three of its product lines - data cards, embedded modems, and fixed-mobile convergence (FMC) products, and that non-data card revenues more than doubled sequentially. We believe that EV-DO sales are driving this performance across the board. Meanwhile, in FMC

Exhibit 1
Page 60

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

products, we believe NVTL will benefit from a new marketing campaign by Sprint as well as its recent customer win with Verizon.

   * Improved Operating Margins - We believe that NVTL is garnering operating leverage as it succeeds in controlling operating expenses while posting strong top-line gains. We are maintaining conservative gross margin expectations heading into 2007 and 2008, but we believe that NVTL has the potential to outperform on gross margins and see 10% operating margins.

   * Clean Results - Note that these results include $1M in write-offs to inventory and accounts receivable as NVTL cleans up its balance sheet. Given the rapid shifts in technology, we believe these kinds of write-offs should be considered a normal part of the business.

   * Increases to Estimates - We have increased our 4Q06 and 2007 estimates and initiated new 2008 estimates.
Further details are provided on the following page.
Details
Changes to Estimates
We are increasing our 4Q06 sales estimate to from $63.3M to $76.0M and our non-GAAP EPS estimate from $0.10 to $0.13, in line with guidance. We are also increasing our 2007 sales estimate from $260.9M to $340.0M and our non-GAAP EPS estimate from $0.50 to $0.59, in line with guidance.
In both cases, we have reduced our gross margin expectations, as we do not believe this quarter's results reflect gross margin expansion, though we do believe that NVTL has the potential to generate upside by improving its gross margins looking forward. We are reducing our 4Q06 gross margin expectations from 27% to 26% and our 2007 gross margin from 28% to 26%. However, we are projecting that operating expenses in 2007 will grow 25% while sales grow 57%.
Our new 2008 non-GAAP EPS estimate is $0.81, which reflects 36% y/y growth. We are expecting 35% top-line growth in 2008, or $459M in sales, and a further compression of gross margin from 26% in 2007 to 25% in 2008.
We are maintaining our $15 price target, as we believe that the sands can shift quickly in this rapidly emerging technology market. Our price target is now based on 25x our 2007 non-GAAP EPS estimate and 18.5x our 2008 estimate.
Company Description
Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures PC data cards, embedded modems for cellular networks, and desktop modems for cellular networks. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Orange, Vodafone, (European wireless carriers) and Sprint.
About 26% of sales were generated internationally and 74% domestically during 3Q06, but international sales have historically been greater than 50% of the total.
NVTL has approximately 170 employees and maintains its research and development office in Calgary, Alberta, Canada.
Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and Celestica in China.
Investment Thesis
We believe NVTL faces significant opportunities in the wireless broadband access market for two main
reasons:
   * Wireless Network Upgrades. NVTL should benefit from over $100B spent by wireless carriers globally buying spectrum and building 3G networks. Coverage and speed (see Speed graph) are improving to such an extent we expect carriers to aggressively market data plans and correspondingly lower prices, thus increasing awareness and subscriber growth, and consequently increasing carrier ROI and demand for NVTL's products.
   * Compelling Productivity Benefits and Accelerating Demand. According to Yankee Group, approximately 50M mobile workers exist in the U.S and Internet access and e-mail are imperative business tools. NVTL is positioned to benefit because its products enable mobile wireless access to the Internet and email wherever the wireless carrier has service. NVTL's financial future is closely tied to wireless broadband access for laptops, and the number of laptops sold globally is expected to grow from 60M (2005) to roughly 75M in 2006.

Exhibit 1
Page 61

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Price Target Justification

Our $15 price target is based on a P/E multiple of 25x our 2007 non-GAAP EPS estimate of $0.59 excluding options expense (see attached valuation for comparables). Note that this is a multiple of 18.5x 2008 EPS, and we believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

  \* Possibility of Pent-Up Demand from Vista Release - Microsoft has indicated a release date for its new Vista operating system in late January 2007. We believe that this delay might have led some laptop buyers to delay their purchases until after the release of Vista, which could lead to strong sales for NVTL upon its release.

  \* Possibility of Acquisition/Merger - NVTL is potentially a takeover target. With a broad CDMA-based product portfolio, NVTL is a good strategic fit for Option, which does not have a CDMA product line. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation with this industry would be a positive for all involved, as it would reduce the level of competition and strengthen negotiating power relative to the carriers.

  \* Operators Announce Rate Cuts for Data Plans. So far, we have seen an aggressive marketing plan by carriers that has included increased advertising and increased subsidies for data cards and embedded modems. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60. If the carriers begin cutting the pricing of these plans, we believe this could generate upside for NVTL.

  \* Laptop OEM contract announcements for embedded modems. So far, NVTL has announced wins with a number of major laptop OEMS to produce embedded modems, most notably Dell, but further announcements could trigger upside in NVTL, particularly among manufacturers that have not yet announced plans to incorporate embedded modems.

Risks

In addition to risks from demand for wireless broadband access not materializing; lumpy business results from being a book and ship business, and changes in technology the following risks apply:

  \* Barriers to Entry are Low and Competition is High. While competitive barriers to entry do exist (capital, development knowledge, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable and we believe the risk from increased competition is important to note. 1) Handset manufacturers could become competitors either by offering PC cards directly or by using the handset as a modem tethered to a laptop with a cord. 2) Wi-Fi services that are offered at hotels, airports and coffee shop type locations are a competitive concern to monitor. However, long-term we believe that the value of mobility offered by PC cards (being able to travel away from the hot-spot) and reliability will drive high-end PC card penetration.

  \* Manufacturing Dependence on Two Outsourcers for Product. NVTL outsources manufacturing to Invertec Appliance Corporation of Taiwan. NVTL also licenses Qualcomm components for its PC cards and could be harmed if this were discontinued. Should sourcing or other problems develop that cause delays in product delivery, NVTL's customer relationships could be impacted negatively.

  \* International Risk. Roughly two-thirds of NVTL's sales have historically been international and we expect meaningful European sales to continue. Standard international concerns such as currency fluctuation, accounts receivable collection, regulatory changes, trade barriers, economic risks, and political risks apply.

*February 5, 2007 Craig-Hallum - Anthony J. Stoss, Steven L. Dyer*
**Novatel Wireless, Inc NVTL Pre-Releases Big Q4, Guides for Bigger 2007. Reiterate BUY, Raising Price Target to $16.**
Investment Highlights

  \* Big Q4 Numbers. This morning, NVTL pre-released impressive results for Q4, saying it expects revenue of $76 million (vs. our $61 million estimate and company guidance of $61-63 million). Pro forma EPS (excl. stock comp) is expected to be in the range of $0.13-0.14 even with a more than $1 million inventory write down. Without it, EPS would have likely been in the range of $0.16-0.18. Preliminary operating margins of ~7% imply gross margins consistent with our expectations of roughly 26.5%. In addition, we were pleased to see the first quarter in several without significant new-product certification costs.

  \* Express Cards, Embedded Strong. Results were driven by exceptionally strong uptake of Express Cards, which the company called

Exhibit 1
Page 62

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

its most successful product launch ever. Likewise, roughly 30% of revenue (~$23 million) was comprised of non-PC card products. We believe embedded was particularly strong and believe the company shipped Ovation to both Sprint and Verizon Wireless in the quarter. In general, our checks indicated very strong quarters across the board from both Sprint and Verizon.

  * 2007 Guidance Exceed 2008 Consensus. To convey the magnitude of NVTL's 2007 guidance, we note that revenue guidance in the range of $330-350 million and pro forma EPS of $0.55-0.65 actually exceeds consensus First Call estimates for 2008. Our 2007 expectations of $261 million and pro forma EPS of $0.47 now move to $332 million and $0.61, respectively. We believe growth will be driven by embedded modules via a broad base of laptop customers as well as continued growth in PC cards, particularly given that Verizon and Sprint are both rolling out EV-DO Rev. A nationwide. In addition, we expect the pace of Ovation sales to quicken as networks continue to get faster.

  * Leverage Argument Answered. We believe the primary reason NVTL's shares have not traded higher given its exceptional revenue growth is due to the fact that operating leverage has been somewhat elusive over the past several quarters. With ~7% operating margins in Q406 and guidance for 7-8% this year, we believe the company has largely answered the argument that there's no money to be made in this business.

  * Stock is Cheap, Raising Estimates, Price Target. At current levels, NVTL shares trade for roughly 20x this year's raised EPS estimates. This is for a company that has guided top-line growth of roughly 60% and bottom line growth of more than 300% this year. As a result of the company's outlook, we are raising our Q406 estimates in line the pre-release and moving our 2007 estimates as outlined to the left. We are raising our $12 price target to $16, based on 25x our new 2007 EPS estimate of $0.61. The company is scheduled to report full Q4 results Feb. 27th.

Stock Opportunity

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry though as with any small technology company, the road will not always be straight. We think investors who can look past the near term have an opportunity to own a high-quality industry leader for an S&P multiple.

We are reiterating our BUY rating and raising our $12 price target to $16, which is based on roughly 25x our raised fully taxed 2007 EPS estimate of $0.61/share.

Risks

We believe an investment in NVTL involves the following risks.

  * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

  * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

  * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

  * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

  * Tax Rate Uncertainty. There is some uncertainty regarding NVTL's tax rate as a result of the accounting treatment of the company's accumulated NOLs. Though the company has well in excess of $100 million in NOLs, our GAAP estimates conservatively assume a 35% tax rate pending a definitive review by auditors.

*February 5, 2007 CIBC - Ittai Kidron, George Iwanyc*
**Novatel Wireless Inc.- Guidance Shows Confidence in 2007**

  This morning Novatel released strong preliminary 4Q06 results ($76M and EPS of $0.13-$0.14), well above our and consensus estimates. More important the company provided encouraging guidance for 2007, showing confidence in a strong ramp for both PC cards and embedded.

Exhibit 1
Page 63

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

We continue to believe Novatel's long-term growth will be driven primarily by embedded laptop sales. However, the strong results and outlook clearly show that the PC card opportunity remains robust as well. We see this being the case throughout 2007, driven by a strong carrier push for 3G.

Although we are growing more positive on Novatel, we remain cautious on ongoing price pressure and possible gross margin pressure in this inherently volatile market. Transitions have proven tricky and there are several ahead, particularly on the GSM side.

We're adjusting our 2006 sales and EPS estimates to $217.5M and $0.17 from $204.7M and $0.10 and our 2007 estimates to $344.7M and $0.62 from $250.0M and $048. We're initiating 2008 estimates at $396.1M and $0.87. Novatel will release its 4Q06 results on 2/27/07.

Strong Quarter and Outlook

This morning Novatel released preliminary December quarter results, which showed that the company is seeing strong traction with both its PC card and non-PC card products. Management now expects 4Q06 revenue of $76 million and pro forma earnings of $0.13-$0.14 per share, well above previous guidance and our $63.3 million and $0.07 (pro forma) and consensus of $62.5 million and $0.02 (GAAP) estimates. GAAP EPS is expected to range from $0.02 to $0.04, which includes more than $1 million in charges related to inventory provisions and allowance for doubtful accounts receivable.

Details were limited, with Novatel citing strength across all product segments including PC cards, embedded solutions and Ovation fixed-mobile convergence products sales. Non-PC card revenues more than doubled sequentially, accounting for approximately 30% of 4Q revenues. Evidence of Novatel's strong results follows similarly strong results from top competitor Sierra Wireless (SWIR-SP) last week.

We are encouraged by the positive growth for embedded and Ovation and we continue to believe Novatel's long-term growth will be driven primarily by embedded laptop sales. However, the strong results and outlook clearly show that the PC card opportunity remains robust as well. We see this being the case throughout 2007 driven by a strong carrier push with EV-DO Rev. A and faster speeds of HSDPA. In general, we see Novatel as a good way to tap into the positive outlook for 3G in 2007.

Although we are growing more positive on Novatel, we remain cautious on ongoing price pressure and possible gross margin pressure in this inherently volatile market. Transitions have proven tricky and there are several ahead, particularly on the GSM side.

We note that the strong ramp for Ovation was expected with Sprint (S-SP) and Verizon (VZ-SP) building initial inventory of the product. We continue to take a wait and see approach on the Ovation product line. The strong initial build in Europe, but poor end user adoption show that this is not a sure thing.

Guidance Shows Confidence in 2007

In addition to providing preliminary December results, Novatel provided encouraging guidance for 2007. Management expects 2007 revenues of $330- $350 million, an operating margin of 7%-8%, and pro forma earnings of $0.55- $0.65 per share, well above our $250 million and $0.48 and consensus of $258 and $0.18 (GAAP) estimates.

Novatel noted that its backlog was at record levels at the end of the quarter, driven primarily by new orders for EV-DO Rev A products. The strong EV-DO demand suggests that North America will remain the company's most important region, although given the strong growth expected we expect strong traction in Europe as well.

Raising Estimates

We are adjusting our estimates for Novatel as follows -
 * For 4Q06, we are raising our revenue and EPS estimates to $76.1 million and $0.14 from $63.3 million and $0.07.
 * For 2006, we are raising our revenue and EPS estimates to $217.5 million and $0.17 from $204.7 million and $0.10.
 * For 2007, we are raising our revenue and EPS estimates to $344.7 million and $0.62 from $250.0 million and $048.
 * We are initiating 2008 estimates at $396.1 million in sales and $0.87 per share in earnings.
Novatel will release its 4Q06 results on February 27

*February 5, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless, Inc. - Novatel Pre-Announces Strong Results, Provides Solid 2007 Guidance**
KEY POINTS:

Exhibit 1
Page 64

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Consistent with our channel checks indicating strong Novatel PC card sell through trends at Sprint and Verizon, Novatel pre-announced strong Q406 results and provided strong outlook for 2007. Given recent run in the stock and our updated estimates, we maintain market perform on valuation.

＊ Novatel Wireless pre-announced Q406 results with preliminary revenue of $76M and non-GAAP EPS of $0.13-$0.14 versus our estimates of $63M and $0.07.

＊ Consistent with our past two months of channel checks, (see today's note entitled "Monthly Channel Checks: Solid 3G Trends") Novatel posted strong Q406 results and record backlog, primarily by new orders for EV-DO Rev A products. We believe Novatel is well positioned at Sprint and Verizon, as these carriers upgrade mobile broadband product portfolios for EV-DO Rev A.

＊ Our January channel checks suggest strong sell-through of EV-DO PC cards at both Verizon Wireless and Sprint. We noted very strong EV-DO sales of Novatel products at the Sprint channel, as Novatel continues to enjoy very strong market share at Sprint. In fact, while many Sprint stores appeared slow during January, several store managers indicated PC cards were one of the best selling products during the month, as a strong Sprint broadband marketing campaign drove solid sales during January.

＊ We believe Verizon retail demand shifted slightly toward Novatel during Q406 and 2007, although we believe the majority of PC card demand comes from business channels where Novatel retains solid mindshare among Verizon B2B reps. We believe Verizon Wireless remains on-track to ship EV-DO Rev A in volume during 2007, and this technology upgrade enabled Sierra Wireless to re-enter this leading carrier as a significant competitor to Novatel. However, we believe the faster data speeds provided by Rev A should also stimulate industry adoption of PC cards and OEM modules, and we believe such growth will support Novatel Wireless' growth over the next few years.

＊ Consistent with our checks indicating increasing momentum for 3G data products, Novatel provided strong guidance for 2007. Novatel indicated record backlog exiting 2006 and provided 2007 guidance of revenue ranging from $330-$350M and Non-GAAP EPS of $0.55 to $0.65.

＊ Based on our channel checks indicating strong momentum for 3G mobile broadband products, Novatel's strong preliminary Q406 results, and strong 2007 outlook, we are raising our 2007 non-GAAP EPS estimates from $0.43 to $0.62 and our 2008 estimates from $0.59 to $0.75.

Investment Recommendation:
We are raising our price target to $13, which continues to be based on roughly 17x our revised 2008 EPS estimate, which is in-line with peer multiples.

Risks To Achievement Of Target Price:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

Company Description:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*05 February 2007 JP Morgan - Paul Coster, Amy Nam, Sameer Doctor*
**Novatel Wireless - Adj Ests On Solid 4Q Pre-Results, F07 Guidance**
Novatel announced preliminary 4QF06 results, beating our slightly above consensus estimates, and issued F07 guidance 50% above our prior sales estimate. Despite solid fundamentals, we continue to believe that strength is driven by sell-in to carriers and early adoption in the embedded PC market. Our concerns about eventual commoditization as well as disintermediation by PC OEMs have not receded, but Novatel (as well as peer Sierra Wireless) appear to be maintaining their lead at this time. Maintain Neutral.

＊ NVTL expects F4QF06 EPS of $0.13-0.14 comfortably ahead of our $0.07 PF / $0.03 GAAP estimate on $63M in sales (Street est $0.02 GAAP / $62.5M). The company is still evaluating its tax rate for F06, but nevertheless expects GAAP EPS to meet or beat prior guidance of $0.02- 0.04. The company saw strength in all three segments: wireless cards, embedded PC modules and the Ovation fixed-mobile broadband solutions.

＊ We are concerned that some of the wireless strength may be sell-in led, coupled with an upgrade cycle to HSDPA, and may not prove sustainable. Embedded PC modules are still in the early adoption stage, and, as volumes grow, we could see PC board makers

Exhibit 1
Page 65

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | attempt to bring the technology inhouse and on-board. We are clearly wrong about the timing of our negative commoditization thesis for the space; however, we have not seen conclusive evidence that would cause is to step away from our thesis. |
| | | | | | * Novatel's F07 guidance calls for $0.55-0.65 PF EPS of $330-350M in sales, well ahead of our $0.11 / $210.4M and Street $0.18/$258M estimates. We are raising our estimates, but remain below the range owing to our concern that 2H07 may disappoint if current strength is not sustained. |
| | | | | | * Maintain Neutral. We expect the stock to perform well in the near term owing to the results and guidance. However, we would look for evidence regarding the sustainability of current business fundamentals before getting more constructive on the stock. NVTL trades at 25.3 times our revised PF F07E EPS, a 14% premium to the mean of our coverage. |
| | | | | | Valuation and Rating Analysis |
| | | | | | We Rate NVTL Stock a Neutral. We expect the stock to perform well in the near term owing to the results and guidance. However, we would look for evidence regarding the sustainability of current business fundamentals before getting more constructive on the stock. NVTL trades at 25.3 times our revised PF F07E EPS, a 14% premium to the mean of our coverage. We believe better risk-reward tradeoffs can be found elsewhere in our coverage universe at present. |
| | | | | | Risks to our Rating |
| | | | | | The technology barriers to entry are modest for the CPC market, implying that new entrants could enter the space and force margins down. The PC card form factor is not protected, the UMTS standard is open, Qualcomm is prepared to license its CDMA based technology to all-comers, and the wireless operators are typically prepared to multisource CPC cards. WLAN and WIMAX technologies are thought likely to compete with cellular-based wireless wide area networks, possibly reducing the rate of CPC market growth. We assume that 3G operators will drop wireless data usage rates to about $30 -$40 per month (or lower) to stimulate demand, which we believe is price elastic. Failure to move to a more aggressive pricing structure might impede adoption and cause company specific growth targets to fall short of expectations. Novatel faces fierce competition from Sierra Wireless, Option Wireless, Sony Ericsson, Kyocera and potentially others, bringing down ASPs and gross margins. Ultimately, after-market solutions could be displaced by wireless modems that are integrated directly onto motherboards. Factors that could lead the stock to outperform our coverage mean include a faster than anticipated ramp in embedded module sales with OEM partners, a more accelerated deployment of HSDPA and next gen EVDO, pricing stability in next generation PC cards, thus nudging margins up to 30%+ levels, increased efficiencies in the certification process, and steady carrier adoption of next generation Ovation and PCI Express products. |
| 2/6/2007 | 2,135,944 | $12.03 | -3.91% | n.a. | Date: Feb 6 2007 6:00:11 Wire: Business Wire (BUS) **Novatel Wireless Launches EV-DO Rev. A ExpressCard Operating on Sprint Mobile Broadband Network - Rev. A ExpressCard Offers Location-Based Capabilities and Fast Speeds, Delivering on Greater Mobility to Sprint Customers** SAN DIEGO--(BUSINESS WIRE)--February 06, 2007Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced the commercial availability of the Novatel Wireless Rev. A ExpressCard(TM) for the Sprint Power Vision Network. This product offers A-GPS location-based capability and higher data speeds, providing Sprint users with increased mobility and productivity while maintaining contact with clients and colleagues. With the Merlin(TM) EX720 ExpressCard, Sprint customers in areas of EV-DO Rev. A coverage can achieve a mobile DSL-like experience. When used in markets with the technology upgrade the Merlin EX720 provides average upload speeds of 350-500 Kbps (compared with 50-70 Kbps of current EV-DO networks) and average download speeds of 600 Kbps-1.4 Mbps (from 400-700 Kbps). Through the location-based software capability, the users will be able to find nearby locations, such as restaurants, gas stations, banks etc., without having to input their current location. This is achieved with software that allows the ExpressCard to instinctively get a GPS reading. An automatically launched web browser, with a mapping software solution indicates the location of the user and provides results from the search query. "Being an industry leader with another commercially available EV-DO Rev. A ExpressCard underscores our commitment to delivering innovative, high-quality wireless products that enhance our customers' time to market advantage," said Rob Hadley, senior vice president of worldwide sales and marketing for Novatel Wireless. "With the Merlin EX720, Sprint customers can now utilize the |

Exhibit 1
Page 66

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

power of the first location-based services available on their EV-DO Rev. A network and we are pleased to work with Sprint in delivering this innovative solution to the market. This also begins our longer term growth initiatives of incorporating value-added applications into our products, and then extending our platforms and services into new end-to-end offerings."

The Merlin EX720 ExpressCard supports different operating systems and easily functions with Windows(R) (XP, 2000, Vista) and Mac(R) (10.4 or higher). This product is a smaller and lighter form factor than a traditional PCMCIA card and is designed for use in mobile computing notebooks that support the ExpressCard 34 and/or 54 interface.

The intuitive user interface via the Sprint Connection Manager is simple to install and allows for easy navigation through the card's cast features. Finally, the advanced dual band diversity antenna system design incorporates a flip-up antenna, maximizing data speed performance and allowing for stronger network signal reception.

The Novatel Wireless Merlin EX720 Rev. A ExpressCard will be available by late February in Sprint sales channels including retail stores and at www.sprint.com as the Merlin EX720 ExpressCard, a Sprint labeled and provisioned product.

*6 February 2007 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc.. - Raising Q4/06 Guidance -Outlook Looks Promising**
Event
 * Novatel Wireless raised Q4/06 guidance and provided preliminary 2007 guidance. We are raising our target to US$14.00 from US$11.00 and reiterate our ACCUMULATE recommendation.
HIGHLIGHTS
 * Raising guidance: For the third quarter in a row, Novatel raised its guidance for the upcoming quarter. For Q4, the company now expects revenue of about US$76 mm versus previous guidance of US$61-US$63 mm, essentially up 23% based on the mid-point. Consensus stood at US$62.5 mm, inline with our estimate. On the bottom line, the company is guiding to pro-forma EPS of US$0.13-US$0.14, double previous guidance of US$0.06-US$0.07. Consensus and our estimate were US$0.07. We estimate Q4 gross margins to be about 27%, up about 70bps Q/Q. This excludes the US$1 mm inventory/receivables charge that the company plans for Q4.
 * Strong sequential sales growth across all product lines: We believe the better-than-expected Q4 guidance is attributable to solid demand for all products. The company's non-modem-related revenues (i.e. modules, FMC, USB products) doubled Q/Q and now represent roughly 30% of the top line. We believe that the company benefited from next-generation laptop module shipments, particularly with Dell, ramping sales of Ovation in North America, and USB shipments at Sprint. Within the modem product line, we anticipate that the company did well with its ExpressCard devices at both Cingular and Verizon. Based on our recent channel checks, Novatel did well in both the Sprint and Verizon (namely enterprise) channels.
 * Raising Q4 estimates: We have accordingly revised our Q4/06 and 2007 estimates upward. We are now modeling revenues of US$76.1 mm and non- GAAP EPS of US$0.14 (Figure 1). We have also adjusted our 2007 and 2008 estimates to reflect the raised guidance.
 * 2007 full-year guidance looks encouraging: For the first time, we believe, in the company's history, Novatel is providing full-year guidance. For 2007, the company expects revenues in the range of US$330-US$350 mm (consensus currently at US$258 mm; we were at US$252 mm) and non- GAAP EPS of US$0.55-US$0.65 (consensus currently at US$0.41; we were at US$0.52). We estimate implied gross margins to be about 27%, inline with the Q4/06 exit rate. Novatel's 2007 guidance includes initial revenues from its recently announced new strategic initiative that revolves around deploying web-based applications servers and an enhanced mobileplatform. The new strategy offers LBS services, email notification, asset  tracking, and IP multimedia applications. While details for this new initiative are vague, we believe that the strategy will offer a recurring revenue stream, contributing by 2H/07. Overall, we are encouraged by Novatel's diversification plans.
 * Growing market in 2007: The strong 2007 guidance highlights the growing demand and solid fundamentals within the modem and module markets, and the company's strong revenue visibility/backlog exiting Q4/06. We do not believe it to be a case of Novatel necessarily stealing share from its key competitors, but rather prospering from a growing market. According to a recent report from Strategy Analytics, the market for WAN modem/modules is expected to grow 60% Y/Y in 2007, reaching unit sales of roughly 9million devices. This is roughly 7% better than our current estimate of 8.4  million, which we use in our model. The report also

Exhibit 1
Page 67

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

suggests about 15 million unit shipments by 2009 (a 29% 2-year CAGR), slightly higher than our 14.6 million estimate. We remain encouraged by the market growth.
Investment Conclusion
 * We are increasing our target price to US$14.00 based on 17x our 2008 adjusted EPS estimate from US$11.00 previously using a 15x multiple. The shares are currently trading at 22.9x our NTM EPS estimate (Figure 2). The multiple expansion reflects the company's strong momentum across all product lines, and its improving profitability. We maintain our ACCUMULATE recommendation.

*February 6, 2007 Thomas Weisel Partners - Hasan Imam*
**Novatel Wireless, Inc. NVTL (New Product Cycles Driving Revenue Growth and Operating Margin Recovery; Maintaining Overweight**
Executive Summary
 * Financial performance/guidance: NVTL pre-announced its December quarter (4Q06) and provided 2007 financial guidance on Monday, February 5, 2007, followed by a bullish presentation at TWP's Tech2007 Conference. Management now expects 4Q06 revenue to come in at approximately $76mn versus previous guidance of $61-63mn and pro forma diluted EPS to come in at $0.13-0.14 versus previous guidance of $0.06-0.07. We and consensus had been modeling revenue and pro forma diluted EPS of $63mn and $0.07, respectively. For 2007, management guided to revenue and EPS of $330-350mn and pro forma EPS of $0.55-0.65.
 * Key takeaways: (1) F4Q06 strength broad-based: Top-line growth in the December quarter was driven by strength in all three of NVTL's major product lines: PC Cards, Embedded Modules and Ovation Fixed Mobile. Within PC Cards, management highlighted record success of the new ExpressCard product line, as well as strong growth in 3.5G EV-DO Rev A sales. On the non-PC segments, including embedded modules and the Ovation Fixed Mobile product line, management revealed the combined revenue in these two segments more than doubled q/q. (2) Guidance for 2007 and conference comments indicate the product upgrade cycle has legs and the diversification strategy is paying off. Management's 52-60% y/y growth guidance for 2007 and bullish comments during TWP's Tech2007 Conference add to our conviction that the 4Q06 demand uptick for NVTL's three key product lines is not just a "one-quarter phenomenon", but has legs. Emphasizing this point, CEO Brad Weinert stated that the momentum in EV-DO Rev A card demand should continue while the Ovation product line will ramp through 2007 as U.S. operators deploy the products to leverage their high-capacity 3G/3.5G networks. We note that the current revenue momentum and margin stability is the result of management's active efforts to diversify its product base. (3) We hold a conservative view on gross margins, but expect the operating margin expansion as leverage kicks in. Historically, NVTL's gross margin has been volatile, influenced by multiple factors including competitive pressure on margins, higher component costs, inventory write-offs and distribution-related hiccups. As a result, we take a conservative view on gross margins, modeling a flattish q/q profile for 4Q06 and a slow ramp up through 2007. On the other hand, we take a more bullish view on operating margins given significant leverage in NVTL's operating model; we expect tight control of operating expenses by CFO Dan Halvorson to continue, with occasional spikes due to product certification costs for new customers and regions. As revenue growth approaches over 50% y/y in 2007, we do not expect operating expenses to ramp at the same rate; hence, barring an unforeseen collapse in gross margins, NVTL should enjoy significant operating margin expansion from the depressed 2006 levels. (4) Near term, we expect NVTL to deliver an up 1Q07, bucking normal seasonality. Our own industry checks and peer analysis, backed by NVTL management's comments of strong backlog in the PC card business, indicate a healthy uptick in 1Q07 revenues. We expect 5-10% q/q growth in 1Q07 sales.
Valuation - Maintain Overweight: Net net, we maintain a positive view on NVTL.
Earnings in 4Q06 highlight several positives in NVTL's prospects and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier 1 OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales are starting to ramp, doubling q/q in 4Q06. We believe that these positives should contribute 50%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the "perfect" combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 20.8x. As NVTL delivers on its growth

Exhibit 1
Page 68

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | guidance, we believe the shares could experience upside from current levels. |
| 2/7/2007 | 993,549 | $12.10 | 0.58% | n.a. | *Date: Feb 7 2007  17:27:30 Wire: Washington Service (WSA)*<br>**Hadley Robert M, Vice Pres., Sells 50,000 On 2/5/07 Of NVTL** |
| 2/8/2007 | 685,694 | $12.09 | -0.08% | n.a. | *February 8, 2007 Dundee Securities Corp. -  Arinder Mahal, CFA, Puneet Malhotra*<br>**Novatel Wireless - Delivers Impressive Preliminary Q4/06 Results and Provides Bullish Guidance for 2007**<br>EVENT (all numbers US$ unless otherwise noted)<br>On Feb 5, Novatel Wireless announced solid preliminary financial results for Q4/06 with revenues expected to be approximately $76 million, a YoY growth of over 56% and sequential growth of 38%, compared to Dundee estimates of $62.3 million and consensus estimates of $62.5 million. The company announced that non-GAAP EPS (which excludes stock based compensation and net deferred taxes) is expected to be $0.13 to $0.14 per share versus Dundee and consensus estimates of $0.07.<br>IMPACT: Positive -Impressive Quarter, Strong Guidance and Improving Profitability. The key Revenue drivers for the company's impressive quarter were the continued strength of Novatel's EV-DO PC Cards, and near doubling the sales of its non-PC Card products (OEM Modules and the Ovation product line).<br>Led by its PC cards, Rev A at Sprint and EV-DO Rev 0 at Verizon, Novatel continued to garner the majority of the share of the market at both these carriers -they were the top two customers in the quarter. We believe sales of EV-DO cards generated over $40 million in revenues, while sales of HSDPA (majority being Express cards) accounted for close to $13 million in revenue.<br>The favourable product mix (EV-DO and Express cards carry higher margins than HSDPA PC Cards, plus greater contribution of higher margin non-PC card products) resulted in an improvement of over 100bps (backing out inventory write-down) in the gross margin from the previous quarter.<br>Rating: The impressive results for Q4/06 and the upbeat outlook for '07 have increased our comfort level in the Company's strategy and execution ability, including traction in Europe with its Express cards. However, despite the bullish longer term outlook we remain cautious in the near-term. Our concern is primarily driven by the re-entry of Sierra Wireless (SWIR-Q, SW-T rated MARKET OUTPERFORM) with a key channel slot at Verizon (we believe NVTL generated $16-$18 million in revenues from Verizon in Q4/06). Loss of significant market share at Verizon would not only have a material impact on the top line, given the high operating leverage the impact on the bottom line would be magnified. Given this dynamic at a major customer we remain cautious until we get additional visibility.<br>We have adjusted our DCF model to account for the Q4/06 results and 2007guidance and are raising our 12-month price target to $13.75 (from $12.50); however, we are maintaining our MARKET NEUTRAL rating. Our valuation is based on a DCF (13%, 3%) and yields a P/E of 36x and 23x our 2007 GAAP and Pro-Forma estimates.<br>The company also improved its profitability in the quarter despite the impact to net income of charges related to inventory provisions and allowance for doubtful receivables. Novatel expects Q4/06 operating margins to be approximately 6%, representing a significant expansion from the 2% in Q3/06. The strong top line growth coupled with the bounce in gross margin had a magnified impact on operating margin, demonstrating the operating leverage of the business model.<br>In addition to a strong finish to the year, Novatel is heading into 2007 with record backlog and strong sell through. The company provided 2007 guidance of $330-$350 million in revenues, with non-GAAP EPS guidance of $0.55-$0.65 and an operating margin of 7% to 8%. This compares to prior consensus estimates of $258 million in revenues and non-GAAP EPS of $0.41, and Dundee estimates of $266.4 million and $0.50, respectively. |
| 2/9/2007 | 1,069,983 | $12.04 | -0.41% | n.a. | *Date: Feb 9 2007  22:24:19 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Hadley Robert M Files To Sell 15,000 Share**<br>Form 144 Filed At The Securities And Exchange Commission On 02/06/07<br>Approximate Date Of Sale: 02/01/07<br>Hadley Robert M, Vice President,Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 15,000 Shares Of Novatel |

Exhibit 1<br>Page 69

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Wireless Inc [NVTL] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 2/12/2007 | 935,717 | $11.77 | -2.24% | n.a. | |
| 2/13/2007 | 608,223 | $11.76 | -0.08% | n.a. | *Date: Feb 13 2007  3:02:01 Wire: Business Wire (BUS)* |

**Novatel Wireless Introduces New Family of HSDPA/HSUPA Products and Accessories -  Second-Generation Products Significantly Enhance User Capabilities and Deliver Performance Benefits to Network Operators 3GSM World Congress 2007**
BARCELONA, Spain--(BUSINESS WIRE)--February 13, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today introduced new, next-generation offerings in its high-speed download packet access/high-speed upload packet access (HSDPA/HSUPA) family of mobile broadband access products. The family of products includes the Merlin(TM) X950D ExpressCard(TM), the Ovation(TM) MC870D HSDPA USB Modem, the Expedite(R) EU870D embedded modules and the XUA-1 ExpressCard to USB Adapter.
  "Introducing new technologies like HSUPA, as well as diversity, equalization and GPS, simplifying installation and designing new form factors for ease-of-use, highly differentiates Novatel Wireless as a company that is tracking the evolving needs of users, OEMs and network operators, and mapping product innovation to those requirements," said Brad Weinert, acting CEO and COO of Novatel Wireless. "We will continue to deliver innovative products to the market that support our operators' and OEMs' increasing requirements, while continuing to offer added value by developing software solutions that take our devices to a new level of functionality for the user."
  The Merlin X950D ExpressCard is a next-generation global, tri-band HSUPA and quad-band EDGE/GPRS wireless modem. The card can be used in both ExpressCard/34 and 54 slots as well as with Novatel Wireless adapters in PCMCIA and USB slots. Unique to the Merlin X950D, full 2.1 Mbps HSUPA and HSDPA 7.2 Mbps is now a reality. A firmware upgrade will be available to deliver the full 2.1 Mbps HSUPA performance.
Mobile users, worldwide, can now enjoy full 3.5G capability in their wireless computing devices as well as utilize the GPS capability offered in the ExpressCard.
  The Ovation MC870D is a pocket-sized, HSDPA USB modem that delivers mobile broadband access with download speeds up to 7.2 Mbps. Available as an alternative to a PC card or ExpressCard, this modem connects to a USB slot allowing use in either laptop or desktop PCs. This product also includes the diversity and equalizer advanced receiver technology and is optimized for use in Europe with diversity on the 2100 MHz band.
  The embedded modules, Expedite EU870D, optimized for Europe, and Expedite EU860D, optimized for North America, can be integrated into laptops and other devices for 3G mobile data applications. These modules offer diversity, equalizer and both operate globally on 850, 1900 and 2100 MHz bands on HSDPA and UMTS networks. Users will now be able to enjoy the maximum performance possible, regardless of radio conditions or movement in and out of buildings due to the inclusion of the diversity and equalizer advanced receiver technologies. Network operators will also derive benefit from lowered demands on their network while delivering higher throughput performance and increasing network capacity.
  "By incorporating greater mobility, faster connectivity, location-based services, increased ease-of-use and installation, and user-friendly design into these new products, we are delivering a new level of mobile data connectivity. OEMs, operators and users alike benefit from access to products that take full advantage of current wireless technologies and deliver faster access and improved network performance," said Peter Balchin, general manager EMEA, of Novatel Wireless.
  To support the broadest possible use of the advantages of ExpressCards, the Novatel Wireless' Merlin XUA-1 allows customers that do not have ExpressCard slots to use the company's ExpressCards through the USB 2.0 ports on either their laptop or desktop PCs. The Y-cable design of the adapter delivers a boost for improved RF performance and delivers improved performance in fringe reception areas.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 2/14/2007 | 1,726,493 | $12.40 | 5.44% | n.a. | |
| 2/15/2007 | 491,237 | $12.29 | -0.89% | n.a. | |
| 2/16/2007 | 1,056,943 | $12.64 | 2.85% | n.a. | |

Exhibit 1
Page 70

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| 2/20/2007 | 529,326 | $12.60 | -0.32% | n.a. | *Date: Feb 20 2007  22:24:40  Wire: Washington Service (WSA)* |

**Novatel Wireless Inc: Hadley Robert M Files To Sell 50,000 Share**

Form 144 Filed At The Securities And Exchange Commission On 02/13/07

Approximate Date Of Sale: 02/05/07

Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 50,000 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*February 20, 2007 Thomas Weisel Partners - Hasan Imam*

**Novatel Wireless, Inc. NVTL - Expect In-Line 4Q06 and Strong Guidance for 1Q07; Product Upgrade  Cycle to Drive Revenue Growth and Margin Recovery Through 2007**

Executive Summary

 * Product upgrade cycle positions NVTL for growth during 2007: While NVTL faced significant headwinds in 1H06, suffering from steep price competition in Europe and a few execution "hiccups", we have held the view that 2H06 would pave the way to recovery and position the company for strong growth in 2007. Our positive outlook was anchored on the belief that suggested NVTL would benefit from a major 3G/3.5G related upgrade cycle in its different product lines; our recent checks and December quarter positive preannouncement bolster this view.

 * (1) PC cards: 3.5G upgrades at two major U.S. operators, Verizon Wireless and Sprint-Nextel, are driving demand for NVTL's EV-DO RevA cards, while smaller form-factor ExpressCard line-up is stimulating replacement demand. We expect this trend to continue, bolstered by rapid 3.5G HSPA upgrades along the GSM track in Europe and United States.

 * (2) Embedded modules: As the trend toward embedding wireless access modules into laptops begin to take hold, NVTL is enjoying solid growth in this segment. With traction at several of the top laptop OEMs, NVTL has been able to grow this segment from zero to an $11-12mn quarterly run-rate in two quarters. Our checks suggest healthy demand in the channel for 1H07.

 * (3) Ovation: After initial success in Europe, this product line lay dormant for much of 2006 as operator deployments paused; U.S. deployments has begun to breathe new life into this segment.

While sales are expected to be lumpy on a quarterly basis, for full 2007, we expect Ovation to be a growth engine, ramping to a $40-50mn product line on an annualized basis.

Competitive threats moderating near-to-intermediate term: While the threat of invasion by "the 800lb-gorillas", like NOK and ERIC, have been a perennial overhang on NVTL's prospects, no major wireless handset vendor has actually entered or expanded presence in these segments. In fact, NOK's recent scrapping of a joint development plan for HSDPA modules with Intel and smaller players like Kyocera retreating from the PC card market are positive developments, reducing competitive threats to NVTL. Net-net, we believe that given a period of rapid technological upgrades in wireless networks 2007-2008, and the time-to-market advantage NVTL enjoys in the embedded modules market, new entrants will generally find it difficult to gain toe-hold in the 3G/3.5G laptop access market in the near-to-intermediate term.

Previewing December quarter earnings:

 * Expect no real surprises for December quarter (F4Q06) on revenue or EPS, given preannouncement: Given management's positive preannouncement (see our February 6, 2007 note entitled, "New Product Cycles Driving Revenue Growth and Operating Margin Recovery; Maintain Overweight"), we expect in-line revenue and EPS for the December quarter; we are projecting $76mn and $0.13 ($0.08 including stock option expenses), respectively. Consensus is at $76mn and $0.05, including stock option expenses.

 * We hold a conservative view on gross margins but expect operating margin expansion as leverage kicks in: Historically, NVTL's gross margin has been volatile, influenced by multiple factors including competitive pressure on margins, higher component costs, inventory write-offs and distribution-related hiccups. As a result, we take a conservative view on gross margins, modeling a flattish q/q profile for F4Q06 and a slow ramp up through 2007. On the other hand, we have a more bullish view on operating margins given significant leverage in NVTL's operating model. Net-net, we expect operating expenses as a percentage of revenues to shrink toward 20% in the December quarter versus 24.3% in the September quarter, a 430bp improvement q/q, leading to an operating margin north of 6% in the December quarter.

Exhibit 1
Page 71

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | We expect bullish March quarter (F1Q07) guidance to reflect healthy backlog: Our own industry checks and peer analysis, backed by NVTL management's comments of strong backlog in the PC card business, indicate a healthy demand up tick in F1Q07, bucking normal seasonality. We would not be surprised if management guides for more than 10% q/q revenue growth; we are currently modeling a more conservative $80mn (up 5.3% q/q) and $0.13 ($0.08 including stock option expenses) for EPS. |
| | | | | | Introducing options expense adjusted estimates, in conformity with convention adopted by consensus (Note: our pro forma estimates remain unchanged): To date we have been excluding stock-based options related expenses from our pro forma estimates for NVTL; it now appears that consensus, or the majority of analysts publishing estimates, has adopted a convention that is inclusive of these charges. For the sake of comparison, we are establishing estimates that conform to this convention. For F4Q06, our estimate for diluted EPS including stock-based compensation is $0.08, for FY06 it is $0.01, for F1Q07 it is $0.08, and for FY07 it is $0.40. |
| | | | | | Investment Thesis/Valuation |
| | | | | | NVTL: Maintain Overweight: Net net, we maintain a positive view on NVTL. Earnings in 4Q06 highlight several positives in NVTL's prospects and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EVDO RevA; (2) the tier 1 OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales are beginning to ramp, doubling q/q in 4Q06. We believe that these positives should contribute 50%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the "perfect" combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued and are currently trading at 2007E P/E of 20.9x (31.8x including stock option expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. |
| 2/21/2007 | 1,458,339 | $12.56 | -0.32% | n.a. | |
| 2/22/2007 | 567,566 | $12.75 | 1.51% | n.a. | *22 February 2007 Research Capital Corporation - Nick Agostino* |
| | | | | | **Novatel Wireless Inc . - Q4/06 Preview -Guidance Sets the Tone** |
| | | | | | Event |
| | | | | | * Novatel Wireless is scheduled to report Q4/06 results after market close on February 27, 2007. |
| | | | | | Highlights |
| | | | | | * Q4 expectations: Novatel pre-announced its Q4 results on February 5, raising sales expectations to US$76 mm and guiding to higher adjusted EPS in the range of US$0.13-US$0.14. We expect the company to report Q4 sales of US$76.1 mm and adjusted earnings of US$0.14 (Figure 1). We estimate pro-forma Q4 gross margins to be approximately 27%, up about 70bps Q/Q. We estimate that Novatel ended the quarter with over US$86 mm in net cash, or approximately US$2.87 per share (about 23% of current share price). |
| | | | | | * Strength across entire product portfolio: Based on the Q4 preannouncement, the company benefited from solid demand for its nonmodem- related products, which should represent about 30% of total revenues. We believe that Novatel benefited from next-generation laptop module shipments, particularly with Dell, ramping sales of Ovation in North America, and USB shipments at Sprint. Within the modem product line, we anticipate that the company did well with its ExpressCard devices at both Cingular and Verizon. We have heard that demand for the ExpressCard form factor is strong. Based on recent channel checks, Novatel did well in both the Sprint and Verizon (namely enterprise) channels. |
| | | | | | * Q1 guidance could speak volumes: In conjunction with its Q4 preannouncement, for the first time in company history, we believe, Novatel provided full-year guidance. For 2007, the company expects revenues in the range of US$330-US$350 mm and non-GAAP EPS of US$0.55-US$0.65. We estimate implied gross margins to be about 27%, inline with our Q4/06 exitrate estimate. Using the mid-point of full-year guidance, revenues translate to US$85 mm per quarter and non-GAAP EPS amounts to US$0.15. In context of Novatel's full-year forecast, we are looking for Q1 revenue guidance in the range of US$72-US$74 mm and non-GAAP EPS guidance of US$0.11. We note that Q1 is historically a seasonally weak quarter for the company. If guidance is inline with our estimates, then we believe that management expects its top line to grow sequentially throughout the course of 2007. If on the other hand management guides toward revenues of US$79-US$80 mm, inline with preliminary consensus estimates, then we can infer one of two things: either management expects growth to slow during the latter part of 2007, or conversely, it could be an indication that full-year guidance is conservative. Q1 should set the tone for interpretation. |

Exhibit 1
Page 72

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | * Apple-Novatel module contract?: With Apple announcing driver support for Novatel's HSDPA and EV-DO ExpressCards, and advertising the products on its website, this could be an early indication of an Apple- Novatel module contract in the works. Apple is the #9 laptop vendor globally with ~3-4% market share.<br> * Conference call details: A conference call is scheduled for February 27 at 4:30 pm and can be accessed on the company's website at www.novatelwireless.com. Dial-in information is not yet available.<br>Investment Conclusion<br> * Overall, market fundamentals continue to strengthen. Carriers are providing ongoing device subsidies, launching aggressive marketing campaigns, and reducing monthly service fees. We value Novatel Wireless at 17x our adjusted 2008 EPS estimate of US$0.83, yielding a target price of US$14.00. We maintain our ACCUMULATE recommendation.<br>Looking for management to provide colour on its new diversification initiative: Novatel's 2007 guidance includes initial revenues from the company's recently announced new strategic initiative that revolves around deploying web-based applications servers and an enhanced mobile platform. The new strategy offers LBS services, email notification, asset tracking, and IP multimedia applications. While details for this new initiative are vague, we believe that the strategy will offer a recurring revenue stream, with contributions beginning in 2H/07. We expect more details on the call. |
| 2/23/2007 | 1,352,861 | $12.96 | 1.65% | n.a. | |
| 2/26/2007 | 1,503,783 | $12.99 | 0.23% | n.a. | |
| 2/27/2007 | 1,472,168 | $12.76 | -1.77% | n.a. | *Date: Feb 27 2007 16:05:03 Wire: Business Wire (BUS)*<br>**Novatel Wireless Reports Record Quarterly and Full Year Revenue- Fourth Quarter Revenue Increases 58% Year Over Year and 40% Sequentially - GAAP EPS of $0.08 Per Diluted Share and Non-GAAP EPS of $0.14 Per Diluted Share**<br>SAN DIEGO--(BUSINESS WIRE)--February 27, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported financial results for the fourth quarter and full year ended December 31, 2006.<br>  Revenue for the fourth quarter was up 40% sequentially to $77.0 million versus revenue of $55.1 million in the prior quarter and up 58% over revenue of $48.7 million reported in the same period last year. Fourth quarter GAAP net income was $2.4 million or $0.08 per diluted share. This compares to GAAP net income of $121,000 or $0.00 per diluted share in the prior year period. 2006 fourth quarter GAAP results reflect the fiscal year 2006 adoption of Statement of Financial Accounting Standards No.123R resulting in the expensing of $2.0 million of non-cash share-based compensation during the fourth quarter, or $0.06 per diluted share, net of taxes. Excluding the effect of these charges, non-GAAP net income was $4.4 million or $0.14 per diluted share for the fourth quarter of 2006<br>  GAAP and non-GAAP results for the three months ended December 31, 2006 include approximately $1.5 million in charges, net of taxes, related to inventory provisions and an allowance for doubtful accounts receivable.<br>  "We believe our record fourth quarter revenue reflects the underlying strength of our market and the success of our diversification strategy with approximately 30% of sales coming from non-PC card products," commented Brad Weinert, Novatel Wireless' acting Chief Executive Officer. "Wireless carriers are increasingly focusing on data as a key growth driver, as consumer and enterprise adoption continues to ramp. We have seen a broad increase in demand, especially for our latest generation EV-DO products from our customer base of many of the world's leading wireless operators and laptop manufacturers. This demand led to a 40% sequential increase in revenue in the fourth quarter and record backlog at the end of the year."<br>  "Our record backlog and strong Q1 order flow has increased our visibility and we are expecting sequential and year-over-year growth in what has historically been a seasonally softer first quarter for us," added Mr. Weinert. "Our focus is primarily on execution and innovation, as we continue to ramp to meet increasing demand in the marketplace, while increasing our R&D effort in absolute dollars to drive the next generation of wireless innovation."<br>  "Our business model has improved considerably," added Dan Halvorson, Novatel Wireless' Chief Financial Officer. "In the fourth quarter of 2006, gross margin increased and, even with the inventory charges, our operating margin more than tripled to 6.7% of sales, excluding share-based compensation charges, compared to the prior quarter, demonstrating the operating leverage in our model. Moving forward, we are focused on continuing to improve gross margin and operating margin." |

Exhibit 1<br>Page 73

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Revenue for the year ended December 31, 2006 was $218 million, a 35% increase from $161.7 million reported for the prior year. GAAP net income for 2006 was $253,000 or $0.01 per diluted share which compares to GAAP net income applicable to common shareholders of $11.1 million or $0.37 per diluted share for 2005. Non-GAAP net income for 2006 was $5.4 million, or $0.18 per diluted share, excluding the impact of the fiscal year 2006 adoption of Statement of Financial Accounting Standards No.123R resulting in the expensing of $5.1 million of non-cash share-based compensation, or $0.17 per diluted share, net of taxes.

Q1 and 2007 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

The following table summarizes the Company's financial guidance for the first quarter and fiscal year of 2007. These estimates are based on the Company's current business outlook as of the date of this press release. Non-GAAP earnings per diluted share are based on a projected tax rate of 35% and exclude FAS 123R stock-based compensation expenses.

First Quarter 2007:
Revenue                                        approximately $80 million
Non-GAAP Earnings Per Share, Diluted           approximately $0.16

Fiscal Year 2007:
Revenue                                        330-350 million
Non-GAAP Earnings Per Share, Diluted           $0.55 - $0.70

Conference Call

The Company will host a live conference call for equity analysts and investors today to discuss its quarterly and full year results at 4:30 p.m. ET. The conference call may be accessed by dialing 800-240-5318 for domestic callers and 303-262-2137 for international callers. The conference call will be webcast live on the Novatel Wireless website at www.novatelwireless.com, under the "Investor Relations" section. Following the live webcast, an archived version will be available on the Novatel Wireless website. A telephonic replay of the conference call will also be available approximately two hours after the call and will be accessible for two business days. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter pass code 11083768. International parties should call 303-590-3000 and enter pass code 11083768.

*Date: Feb 27 2007  17:43:24 Wire: Washington Service (WSA)*
**Souissi Slim S, Vice Pres., Sells 15,000 On 2/23/07 Of NVTL**

*Date: Feb 27 2007  18:39:00 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference(Transcript) NVTL US - Q4 2006 Earnings Call**
MANAGEMENT DISCUSSION SECTION
Operator
Good afternoon ladies and gentlemen and thank you for standing by. Welcome to the Novatel Wireless Fourth Quarter 2006 Conference Call. [Operator Instructions] I would now like to turn the conference over to Jill Isenthat [ph]. Please go ahead.
Company Representative
Good afternoon and thank you for joining us on today's conference to discuss Novatel Wireless' fourth quarter and fiscal year 2006 results. This call is also being broadcast live over the web and can be accessed in the Investor Relations section of the Novatel Wireless website at www.novatelwireless.com. With me on today's call are Peter Leparulo, Novatel Wireless's Executive Chairman of the Board; Brad Weinert, Acting Chief Executive Officer; Dan Halvorson, Chief Financial Officer; and Rob Hadley, SVP Worldwide Sales & Marketing.
After the market closed today, Novatel Wireless issued a press release discussing the results for its fourth quarter and fiscal year ended December 31, 2006. If you would like a copy of the release, you can access online at the company's website or you can call the Blue

Exhibit 1
Page 74

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Shirt Group at (415) 217-7722 and we will fax or email you a copy.

We would like to remind you that during the course of this conference call, Novatel Wireless Management may make forward-looking statements, including financial projections, statements as to the plans and objectives of management for future operations and statements as to the company's future economic performance, financial condition or results of operation. These forward-looking statements are not historical facts, but rather are based on the company's current expectations and beliefs. Words such as may, will, expect, intend, planned, believes, seeks, estimate, anticipates, projects, and similar words and phrases are intended to identify forward-looking statements. The company's actual results may differ materially from those projected in these forward-looking statements.

Now I would like to introduce Peter Leparulo, Executive Chairman of Novatel Wireless.

Peter Leparulo, Chief Executive Officer

Thanks very much, Jill. Good afternoon, everyone. Thanks for joining us on today's conference call to discuss our fourth quarter and fiscal year 2006 results. 2006 was a year of tremendous achievement in positioning Novatel for the future and I'm very pleased to report progress across all aspects of our business resulting in a breakout fourth quarter. Our first objective throughout 2006 was to position the company to generate substantial revenue growth in all its segments. I'm happy to report that in the fourth quarter revenue was the highest in company history with 40% sequential top line growth and 14 cents per diluted share, well ahead of plan. Revenue in the second half of the year grew at 53% over the first half and we enter 2007 with annual guidance reflecting 56% year-over-year revenue growth with solid profitability.

Our second objective throughout the year was to create multiple revenue drivers with a view towards more defensible revenue. This would be achieved principally from a vastly diversified product portfolio across PC Cards, Embedded Solutions and Fixed Mobile Convergence products and its distribution channels. I'm also happy to report that our Q4 growth was driven across a broad range of customers, geographic regions and technologies. As Dan will describe, 30% of our record Q$ revenue was generated outside PC Cards as Embedded Sales in our Ovation product portfolio both continued to ramp.

Also our top 10 customers now include Dell and Sony and many of our customers are distributing multiple products in our portfolio. We currently expect our now diversified revenue streams outside PC Cards to continue to comprise a growing portion of our overall revenue.

Our third objective was to develop new products with a greenfield point of entry, where there was a more favorable competitive landscape and where differentiation would lead to a more defensible position for the company. In the fourth quarter, our ExpressCard portfolio across both HSDPA and EV-DO became the most successful new product introduction in our history, and our Aviation Product Line accounted for 6% of our revenues. We believe products representing a full third of our product portfolio; continue to be the only products offered in our markets today.

Four, we wanted all of these efforts to generate solid profitability and a more elaborate business model. In the fourth quarter our business model approved in just about all categories, especially relative to some of our competitors. In addition to record revenue and non-GAAP VPS growth, gross margins expanded operating expenses demonstrated our operating leverage by decreasing to 20% of revenue. Operating margins more than tripled to 6.7% and net income improved to 7.5%. We also saw a substantial improvement in cash flow from operations in the fourth quarter and over $7 million in EBIT doc. We currently expect to see gross margins continue to expand through the first quarter. More importantly, we expect to continue to realize the leverage in our business model with solid earnings in from operations.

Fifth, while we expanded our market we and rapidly diversified we wanted to continue to innovate. I'm also happy to report that as a result of our fixed mobile conversation strategy we now address advanced networking and fixed portable and mobile environments. And as Brad will discuss, we continue to make progress on several strategic growth initiatives towards developing new mobility applications and platforms.

Most importantly, our outlook is highly encouraging. Each Route Three product groups; PC cards embedded and fixed rate conversions has a significant backlog going forward and our overall backlog at the end of the year was the highest in company history. Rather than elaborate further in our progress in the fourth quarter and future growth drivers, first we will have Dan run through them for everyone, Dan.

Thank you Peter, before I begin the discussion for the fourth quarter and fiscal 2006 results and unless specifically noted all comments

Exhibit 1
Page 75

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

exclude the impact of stock based compensation extent on [indiscernible] which we adopted effective January 1, 2006. Our net stocked based compensation expense was approximately $2 million in the fourth quarter 2006. Revenues for the fourth quarter were up 40% sequentially and 58% year-over-year to 77 million a significant increase over our original guidance of 61 to 63 million, for the year revenue increased by 35% to 218 million Our core PC business contributed 70% of Q4 revenue with embedded modules at 14% and fix mobile conversations products providing 16% of revenue.

Sequential growth was vaulted by the continued strong performance of our EV-DO products which accounted for 67% of revenue. HSDPA generated approximately 33% of sales. In the fourth quarter we shipped eighteen operators and seven OEMs in over thirty five countries, leaving customers in the quarter included Dell, Sony, Sprint, Verizon Wireless, and the Vodafone group of operating companies. From a geographic prospective domestic revenue accounted for approximately 64% of sales and international revenue was 36% of sales. Just like the impact of 1.5 million net charge related to obsolete inventory our gross margins increased to 26.7% and more importantly without these charges would have been an excess of 28% on a non-GAAP basis.

We are very pleased with our gross margin improvement, even with these charges and moving forward, we expect gross margins to continue to strengthen and solidify in upcoming quarters.

In the fourth quarter we are pleased to report operating margins more than tripled to 6.7% pointing to the strong leverage in our model. Operating expenses decreased 20% as a percentage of revenue down from 24.5% in the prior quarter. R&D expenses increased 8.2 million a modest $71,000 sequential increase. As a percentage of sales, R&D decreased to an impressive 10.6% of revenue down from 14.7 in the previous quarter. Sales and marketing expenses increased by $600,000 from Q3 to 3.8 million reflecting the higher sales but decreased to 4.9% as a percentage of revenue. G&A expenses increased by 1.3 million sequentially to 3.5 million and represented 4.5% of sales. G&A included a bad debt expense of approximately 700,000.

G&A will decrease in both absolute dollars as well as a percentage of revenue in the first quarter. Including the net share base compensation charges of 2 million we reported GAAP net income of approximately 2.4 million for the quarter. Our non-GAAP rep basis excluding the net non cash comp charges we reported 4.4 million or 14 cents per diluted share. Other bottom line metrics also improved as EBITDA was 7.3 million in the quarter, fourth quarter, more than doubling from the immediately preceding quarter and our free cash flow was impressive 5 million.

Now let's turn to our clean balance sheet. ARDs outstanding were approximately 57 days. A decrease from the prior quarter at 65 days despite the 40% top line growth. Our accounts receivable balance was about 48 million at December 31st up from 39 million from the prior quarter due to sequential increase in revenue. Inventory was up sequentially by over 8 million to 25.7 million reflecting the revenue increase and our record backlog with annualized inventory terms still at a very strong 8.7 times per year. At December 31st we had approximately 84 million in cash in investments with no debt. Our cash investments position represents a net increase of approximately 4 million from the prior quarter even with the increase in inventories and receivables.

Moving to guidance. We hit the first quarter with record backlog, momentum from new products in all threes prongs of our diversification strategy and a strong sales pipeline. For the first quarter we are currently projecting revenue of approximately 80 million and non-GAAP EPS of approximately $0.16 per diluted share. Given our backlog and the strong outlook for Q1, a seasonally softer quarter, we are increasingly comfortable with the high end of our guidance range of 330 to 350 million and are increasing the high end of our non-GAAP EPS range to 55 to $0.70 per share.

With that said I would now like to turn the call over to Brad.

Brad Weinert, Chief Operating Officer.

Thanks, Dan. This is an exciting time for Novatel Wireless. Our market is growing, our diversification strategy is paying clear dividends and we are executing on plan. We believe our results offer further evidence that the world is going wireless and is never going back. Users are demanding true mobility and the carriers have the network speeds and deployment to attract both consumers and enterprises. Mobility is becoming essential to individuals and corporations and wireless data has become increasingly important to carriers around the world who are looking for ways to drive revenue growth and increase ARPU. The strength of market demand is clearly evidenced by a rapid revenue growth, a record backlog and the underlying growth of the market.

We experienced sequential growth across all of our core technologies and the first phase of our diversification strategy has paid off, as we are now selling more products across more technologies to a broader set of customers. To illustrate, take Sprint and Verizon. 9

Exhibit 1
Page 76

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

months ago, we were selling one PC Card to each of these customers. Now we are selling 4 different products that are being used on their networks, PC Cards, Express Cards, our USB modem and our embedded OEM solutions.

Additionally, we are not solely reliant on carrier partners' marketing efforts to drive sales. But are partnering with Dell, Toshiba, Panasonic, Sony and other leading laptop vendors to sell both embedded solutions and Express Cards through their sales channels around the world. This is a fundamental shift in strategy and its given us multiple drivers in our business.

Moving forward, we intend to continue to grow our business and diversify our company. To achieve these goals, we are focused on 3 main objectives. Number 1, capitalizing on the success of our new product introductions. Number 2, continuing to expand our addressable market and move into higher value add products and services. And number 3, executing at a very high level to further leverage our business model and increase profitability.

In Q4, over 45% of our revenue came from new products, which were introduced in the second half of the year. Express Cards, a smaller, faster, more energy efficient form factor of PC Card has been our most successful new product introduction in our history, accounting for more than 24 million of sales in the fourth quarter alone. This product family has been selling through our carrier customers, such as Verizon and Sprint in the U.S., our OEM partners such as Dell and Sony and T-Mobile, Orange, Telefonica and Vodafone in Europe where in Q4 we increased the overall sales by approximately 50% sequentially.

Embedded sales continue to steadily increase with 24% growth over the immediately preceding quarter, with Dell as the largest driver there. During the quarter, we ramped the volume of Sony and Toshiba and announced another of our OEM partners, OQO a pioneer in the ultra-mobile PC space.

At the end of last year, there was a lot of focus on the Nokia-Intel partnership as a threat to our embedded business. We never saw it that way and we were not surprised that the collaboration ended recently. Competitors will continue to loom in this market, but we are already locking up business through 2008 and believe that the competitive barriers to entry, namely our core IT experience across both HSDPA and EV-DO technologies, deep relationships with the carriers and OEMs, willingness to address multi-dimensional facets of certification and OEM specific customizations are a much more formidable barrier than people think and much higher than they were a year ago.

In addition, our recent announcements regarding collaborative efforts with Microsoft and our value-added applications will further help to differentiate us and provide additional venues for new revenue streams.

Fixed mobile convergence was another clear growth area for us. While the carriers in Europe are still formulating their affluency [ph] strategies, we were pleased to see new orders from Europe during the fourth quarter.

Looking forward, the near term driver in FMC will be the U.S. market, where we've experienced a rapid increase in demand for our newly introduced USB modem. About the size of a small cell phone and offering download speeds of up to 3.1 megabits per second, this innovative product, which is available today from both Sprint and Verizon, is primarily a data line substitution alternative for users who do not have easy access to fixed lines or need some mobility.

We shipped over $12 million in product in Q4 and expect to see an increase in sales in the first half of the year, a key factor in our expectation that revenue will increase during a quarter that has been historically soft. The Q4 performance of our ExpressCards, embedded solutions and fixed-mobile convergence devices clearly point to a successful diversification strategy. In almost all of these areas we have been first to market with new products pointing out only to the success of our R&D effort and our close relationships with the operators roadmaps but also to the number of opportunities in the market place that allows us to be more selective where we spend our R&D dollars.

While the fourth quarter was a testament to the initial success of our diversification strategy, this was only the first phase and we are focused on further diversifying our product line of revenue opportunities. Recently we announced a full family of HSUPA products that 3Gesm Barcelona [ph] and we will also continue to lead the market with Rev A product introductions. Longer term we are developing new mobility applications and platforms to offer one stop, end to end solutions for our customer base. On this note, we were excited to jointly demonstrate support for active notifications applications with Microsoft. This application allows user to receive in-coming e-mail and update their calendar through a secondary low-power display while their computer is in standby mode without the need to manually connect to the network. In essence, providing the user with a RIM-like experience.

In order to provide these notification in real-time, the wireless broadband nodules from Novatel Wireless connect seamlessly through

Exhibit 1
Page 77

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

HSDPA and EV-DO networks from Microsoft exchange servers securely connecting and storing user information and filtepologies [ph]. We are pleased to announce that this feature is already available on selected Toshiba laptops. As we look into the first half of the year, execution remains our top focus given the strength of our order book and current visibility. In a quarter when sales accelerated rapidly, I am pleased that we were able to improve gross margins substantially, drive down operation expenses to 20% of sales, triple our operating margins to 6.7% of sales, increase cash by 4 million while building inventories for the first half orders already in hand, posting strong non-GAAP bottom line profits and building the highest backlog in company history. Continuing to execute an increasing profitability are my highest priorities in Novatel Wireless. We will continue to leverage our business model and operate the company to meet our customer's needs but also increasingly contribute to the profitability of the company.

We have lots of work ahead of us to accomplish our goals but I am pleased with our record Qn4 and excited about our strong outlook. We believe we are well positioned to continue to grow and improve our operating leverage and we enter the year with strong visibility and record order flow across the breadth of our business. With that said, Dan, Rob and I are happy to answer your questions. Operator? You can now open it up to questions.

Q&A

Operator [Operator Instructions] Our first question is from Hasan Imam with Thomas Weisel Partners. Please go ahead.

  < Q - Hasan Imam>: Thank you, great quarter. A couple of questions on your overall guidance. You made a comment that backlog is very strong going into Q1 which would indicate probably better than 80 million or 4% sequential growth so can you give us some color on what's going on there? Is it primarily seasonality? And then secondly in terms of full year guidance you've given a range. The question I have is how measured is that guidance and what's you level of confidence on that, and then I have a follow up.

  < A - Dan Halvorson>: Sure, Hasan, yeah. Thanks on the compliment. This is Dan. With regards to--so there's really if I just not repeat the question, I think you're asking 2 parts of the question, Q1 and I'll try and tie in Q1 guidance and '07. It's probably easier to start--let me start by 2007. On February 5th we pre-announced and gave annual guidance for the first time. It was Novatel's first time to give annual guidance. I think we are very measured in our approach. We have very strong visibility to what we think of as the first half, particularly first quarter and into the second quarter. When we think about the annual guidance for 2007, we think about the momentum in our space. We're in a space that has a kegger of well over 50%, the diversification that both Peter and Brad touched on, we mentioned our Greenfield approach with first to market on both USB and ExpressCards.

That differentiation leads us to more essential positions, and when we look at that coupled with our Q4 results, which I think were very solid, and throw that in with the Q1, Q2 backlog in order flow, it gives us the confidence to come out with, as you asked the question, very measured guidance for the year. Q3 and 4 we look at the space and we think that we're pretty comfortable with the annual guidance when you think about what we've done from last year to this year and then you hear 218 million in revenue and the EPS putting up $0.14. So that's -- I guess what I'd say is our guidance is measured, particularly relative to last year and relative to what we see in this space. So we'll look forward to quarterly updating you on that.

With regards to the tie-in of Q1, Q1 is typically down. As you indicated, it's a light -- it's certainly single-digit guidance compared to the 77 million. I think that's something that, again, I think we're bucking the trend of the seasonally softer down quarter, but I think at this point sitting here towards the end of February I think that's guidance that we're comfortable with and we look forward to updating you on the next call.

  < Q - Hasan Imam>: Okay, thanks, and then 1 other question on the margins. You didn't really make any comments on kind of gross margin and operating margin trajectory. Could you make some comments on that in terms of are we going to see slow but ramping gross margins and stronger operating margin because of leverage in the model? Would that be the right way to look at it?

  < A - Dan Halvorson>: I think that's the right way to look at it when you think about what we've talked about. We have talked about in this call kind of as reported with kind of all in 6.7% operating margins moving towards the 7 to 8 for the year, if you do the math, and you guys will do this and we can separately -- I'll be talking to people on models. But you'll look at it and I think you'll see that sequentially we're adding, even though it's the 4%, I think what I'm excited about is we have a 35% tax rate in Q1 compared with 30.7%. That's a $300,000 impact or 1 penny going negative against us. So as I look at the -- when I think of the 2 and when you guys have a chance to model this in, I think you'll see that, albeit measured, I think Q1 over Q4 and the rest of the year is -- you probably pecked it. I think it's steady. I would think that it's steady improvements and I think we're very pleased with the results, but I think as

Exhibit 1
Page 78

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

we go forward, very steady, very measured guidance and I think we'll see steady improvements.

    < Q - Hasan Imam>: So on that front, I mean if you look at it by kind of product segment on the gross margin front, given that you're Ovation product historically has been higher margin given the level of customization in software...

    < A - Dan Halvorson>: Right.

    < Q - Hasan Imam>: Wouldn't we expect, if that kind of ramps, for margin to ramp accordingly? Is there some other product line that's kind of pressing margins?

    < A>: Yes, so Hasan, the other part on that so yes on margins as you saw there's kind of a with and without as I indicated in my prepared script we ended up in excess of 28% GMs for the fourth quarter if you strip out the inventory provisions. We hate to comment too specific on our, the three prongs of our diversification strategy but it really comes down to I think you're right, when you think about the value added, the ovation, the fixed mobile convergence family, that typically carries more margins. Then also we have a mix between EV-DO and HSDPA and EV-DO typically carries a little stronger with HSDPA cost.

    < Q - Hasan Imam>: Gotcha and then I promise this is the last one and just a bookkeeping one. In terms of EPS guidance for Q1 and the full year, what would be the number if you include stock option expense? Is it about 5 cents a quarter?

    < A>: Yes, that's about right. I think Q4 was indicative. What people need to make sure is that the tax effected so I think that's 5 to 6 cents but I think 5 cents net, just use a 2 million run rate I think is a fair way to look at it. I think that's right about 5 cents a quarter between GAAP and non-GAAP.

    < Q - Hasan Imam>: Thank you and great quarter.

    < A>: Thank you.

Operator

Our next question comes from George Iwanyc from CIBC World Markets. Please go ahead.

    < Q - George Iwanyc>: Congratulations on the quarter. Dan, following up on the guidance question. Looking at your first quarter EPS guidance and the full year guidance, it looks relatively flat. What can you, what color can you give us on the R&D expenses that you anticipate?

    < A - Dan Halvorson>: Yes, I think, thanks for the complement to the team here. With regards to the flat, first thing is you kind of look at it and I think that I'm pleased to step back and say they're going from 77 to 80 or 3 million were to add 2 cents on a net basis and you pegged it. It really does come down to as we scale, you know, we kept it, as I indicated on my script, you look at R&D. R&D kept it right at 8 million $71,000 increase. I think going into Q1 we'll have additional R&D dollars increase as we expand our road map. Sales and marketing will continue to scale as we ramp revenue for '07. We've given a 50% plus 50% revenue guidance so between R&D and SG&A there will be I'd say meaningful but still trying to keep to our targets of the 20%. So I think that you'll see a pick up in gross margin dollars but and then you see negative effect of the work we're doing in R&D and SG&A in addition to don't forget that you've got about a penny impact on the catch rate.

    < Q - George Iwanyc>: Okay and then you commented on first quarter seasonality. What seasonal guidance do you expect through, what are normal seasonal guidance for the year?

    < A - Dan Halvorson>: I think that one I'll hand over to Rob and on seasonality.

    < A - Robert Hadley>: Normally what we see is we usually see a dip in Q1 from a seasonality perspective but I think the guidance that we've just provided will address that at least for Q1. Things are actually looking positive for Q1.

    < Q - George Iwanyc>: Okay and just touching on the competitive landscape. In Nokia and Intel undoing their relationship, how do you see other threats? Ericsson made an announcement recently. Do you have any comments on that or any of the other players on the embedded side?

    < A - Brad Weinert>: This is Brad. I think that as we talked about a little bit in the script there certainly will continue to be competitors in our new space but I think Novatel has also done a very good job of differentiating ourselves and adding value to the proposition for the OEM customers in particular. So you're seeing a lot of things that we're doing now from customization and value adds with software. And we're really diversifying ourselves there as well as continuing to lead the pack in terms of innovative solutions and new technologies. When you see these larger companies start to try to enter the market, they're typically trying to do so with fairly well -- well tried out older technologies. And really the market isn't ready for that right now. So we think we'll continue to

Exhibit 1
Page 79

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

see that from time to time. But we think we have a very defensible position going forward.

   < Q - George Iwanyc>: Okay and one final question, Peter, can you give us an update on the CEO search?

   < A - Peter Leparulo>: The CEO search I would characterize as proceeding at pace. Again as I mentioned on the last call that we're looking at both internal and external candidates. We're doing it through an internationally recognized search firm. It's a time consuming process. And as you might imagine at the end of the year the process becomes a little more -- a little bit choppier just because of the -- the time of year. But -- but right now I think I would characterize it as we are at the later stages rather than the earlier stages of bringing this to a successful completion.

   < Q - George Iwanyc>: Thank you.

Operator

Sure. Our next question comes from John Bright with Avondale Partners. Please go ahead.

   < Q - John Bright>: Thank you. Good afternoon gentlemen. Brad, how would you characterize the assumptions for competitive response to your success for the -- given that this first time out for guidance for 2007? Would you characterize your guidance as middle range, conservative, aggressive? What kind of assumptions are you making from a competitive response standpoint?

   < A - Brad Weinert>: Well John I think there's 3 drivers that have really led us to the point that we're at today. One is obviously diversification strategy and as we said, we're firing on all cylinders there. So overall just the uptake of the market in general, the fact that the overall market is growing at a very dramatic rate as was evidenced by some of the -- some of the other earnings that you've seen and in general the overall growth of the market. There is part of that that's planted. Then number two is I think that we have very, very strong visibility at the OEM level for 2007 with very accurate forecasts -- long term forecasts we've been actually quite surprised and pleased with the visibility into the OEM business has been very good and very accurate in terms of forecasting.

And I think lastly is the fact that we have additional drivers like we introduced at 3G and 3G and some in Barcelona which are new technologies like HSDPA which we are very excited about in the second half of the year. And the fact that we're seeing a lot of strong interest in our non-PC card platforms in new markets as well, like we alluded to on the call. In the non-traditional mobility market in more of the fixed -- fixed line substitution market. So there's a lot of drivers across a lot of different areas that lead us to believe that we have a very -- very good outlook for the year. And I would say that, yes we are probably somewhat measured. We probably would be cautioned only optimistic I guess would be a way to say it. But overall we have pretty good insight as to what's going to happen in '07.

   < Q - John Bright>: And how do you feel about the channel health of each of the segments right now? How much -- maybe if you had -- do you an idea of how much inventory the service providers are carrying?

   < A - Brad Weinert>: That's -- I'll start that and then I'll let Rob add some color to that. Because one of the beauties about our current business model is that the channel per say is very -- is very shallow. Most of our customers won't carry inventory. All of our OEMs are pretty much on a build to order basis. We supply a couple of weeks of inventory to companies like Dell and Toshiba. So it's more of a just-in-time system. Sprint and Verizon and all the carriers take certainly less than 90-days inventory and there's not any real stock type situation there. We're not really selling through indirect channels at this point. We don't have per se anything large in distribution. We do have some small distributors sprinkled throughout the world, but for the most part, we are -- as was indicated, we have about $25 million in inventory at this point if you look at our guidance to 80 million. That kind of gives an idea of the type of levels of inventory we're playing with here and if Rob has anything to add to that, please do.

   < A - Robert Hadley>: No, I think it's again just to close out on Brad's point. We monitor the inventory levels very closely and basically our OEMs and carriers are carrying little to no inventory. And we've got strong demand for the products. So we're basically strong selling and sell through.

   < Q - John Bright>: Okay. And Dan, on the gross margins, how should we look at the write-offs? We saw some write-offs in this quarter. Is this a continuing really operational piece of the business as you see it going forward to some degree? Or how should we look at these?

   < A - Dan Halvorson>: When I think of the Q4 write-offs, I really look at the whole year, John, and that's fair. I look at the full year and I think on 218 million, this company didn't have that big of what I would think of a "write-off." Each of the quarters had a little bit and this quarter is just wrapping up. But the key is, you're going to have transition of the technology, the UMTS transition to

Exhibit 1
Page 80

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

HSDPA and I think you could put it in operational as you like, that's why there's a balancing act of the reported 26.7 compared to what was in our view moving targets if you strip out the old legacy to excess of 28%. So I think our shipments are going to ebb and flow and I think they're going to scale right. So I don't know that I'd look at it as a bit build up that's going to be written off. I think we've gotten better. Brad just looked at our -- talked about our inventories levels. I think I would kind of look at it, there's a factor in, but it's a small factor.

   < Q - John Bright>: Okay. And then as far as directionally on the gross margins, we touched on this before Ovation probably being the best. Would you say directionally embedded and then data cards in that order?

   < A>: Yes, and within -- that's right. We -- it's just a little bit mixed, but I would -- Ovation and then data cards probably and then embedded, although the embedded and data cards -- there's a mix here between volumes and locality as well. So it's a new technology. So in general I think that the Ovation product lines have been the highest margin products and then you really have to break it down by volumes and by regions and technology.

But certainly, the mix is very good for us and we're very happy with the way it's all blending together. So the important thing is that if you look at our sales breakdown in the quarter, where 70% was PC Cards and 16% for Ovation and 14% for OEM. We were still able to have a very positive impact on gross margins, which really plays into more of what we're doing from an operational standpoint and also becoming more efficient at leveraging our business model going forward and contributing more to the bottom line. So as soon as you look at it in a holistic approach, it's a better than trying to -- even though we'll try and continue to talk about it, I think that the blend is really what we're looking at this point.

   < Q - John Bright>: Terrific. And then final question, for Brad, Peter; strategically speaking, I think Brad you address it in point 2, expanding your addressable market and I think looking for some increased avenues for diversifying your revenue streams. Can you elaborate on that please and then if you would, Peter, kind of fill in what role you're planning on playing on executing that strategy?

   < A>: Sure, John, that's a really good question. And as we'll be talking about before, and that would tell we'll continue to explore how we can add value to our customer base and be able to capitalize on that so that includes all of the stuff that we've been talking about in terms of software and adding value. We've started to demonstrate some applications publicly and we're going to continue to pursue revenue opportunities on location based services, security and those types of paradigms and certainly you'll be seeing more from us there and I think that equates very well into what Peter's doing and I'll let Peter elaborate a little bit more on that.

   < A - Peter Leparulo>: Sure, John, the -- in a nutshell the goal was for Novatel to move to what we -- we could move to the most powerful business models that we saw in the industry. That really is begin with platforms and getting the platforms out there and getting the distribution channels for those platforms cultivated. I think that you can see that we have multiple products across many, many channels right now with portfolio approaches and very powerful distribution channels. The next step is to take those and we've talked one on one about this, move those end-to-end solutions and move really up to the applications layer. That will result in different business models for us that will be supplemental.

Some of those will be tied to our hardware products some of them will not be. That requires putting in place technology alliances and some additional channels on it. That's principally what I'm working on -- if I were to characterize it as longer-term strategic growth initiatives and we did that framework looking at complimentary new assets as well, not just ones that we can do up organically as well as the channels for those. You've seen snippets of what we're trying to do going forward and those take place in terms of the R10's [ph] relationship with Microsoft which we think will actually be a feature set that will drive product -- additional products.

You'll see it in location based services, that's where you put in our new products, GPS capability and they operate to focus on how to create additional revenue streams and you'll see things like asset tracking and diagnostics through our products now that we have these channels in place and a lot of this sits on the secret of how we're going to do this is a lot of this requires frontware [ph] so the hardware requires the frontware [ph] moving up to the application requires embedding in the frontware [ph], a lot of it frankly -- a lot of these applications sit on the module so we think that we have the ingredients put together to do this and to make this look like a very different company six months down the road I think you will -- if we put this together there's a good possibility that we will be seeing non-unay [ph] revenue streams with Novatel.

   < Q - John Bright>: I heard you say 6 months down the road, are you associating the revenue streams to the 6 month timeframe?

   < A>: I think you will see greater visibility I mean these things are very difficult to predict and they will require a fair number of

Exhibit 1
Page 81

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

effort to get these channels in place and align as we want them. Our goal is not to just have these additional applications and differentiators simply be drivers to sell additional platforms and feature sets. We view these as being within different business models and we're putting the partnerships in place to do that so I think again I don't want to state it too strongly or definitively but I think you will start to see greater visibility and greater traction on this. We think there's a very robust market for mobile platforms and mobile applications that exist within those platforms that can be hosted by us and macro'ed. Basically for our channels, we'll be able to create additional revenue for our channels.

&lt; Q&gt;: Thank you gentlemen.

&lt; A&gt;: Thank you.

Operator

Ladies and gentlemen in the interest of time, please limit yourself to one question and one follow-up question. Our next question comes from Kevin Dede with Merriman. Please go ahead. Kevin Dede your line is open.

&lt; A&gt;: Are you there Kevin?

&lt; Q - Kevin Dede&gt;: Yes can you hear me.

&lt; A&gt;: Yes we are here.

&lt; Q - Kevin Dede&gt;: Sorry about that.

&lt; A&gt;: No problem.

&lt; Q - Kevin Dede&gt;: Hey let me offer my congrats. Very nicely done. You talked about shipping to 7 OEM customers but I think in the past you've talked about having as many as 9 OEM customer deals? Am I incorrect in thinking that or what is going on there?

&lt; A&gt;: Kevin I think we have, we've announced 6 to date and there are more on the way. I think that the '07 are the ones that we are currently actively working with. There are additional partners out there and multiple arrangements. So I think 7 is the right number to consider today. There hasn't been any major change I think we are actually continuing to pursue to adding them on but there hasn't been any dropped off if that is the question?

&lt; Q - Kevin Dede&gt;: Right.

&lt; A&gt;: The 7 reflects one that we think will be meaningful and robust for us.

&lt; A&gt;: There are certainly are additional ones that we have decided not to count because they are very custom low, lower volume customers.

&lt; Q - Kevin Dede&gt;: So I want you to know how much I appreciate your offering a view through the full course of the year but I'm kind of scratching my head wondering what happened when early November last year you thought revenues would be in the low side of the 60's and then a couple of months later, it is lot bigger than that. I'm glad that it is and I'm happy you are making the progress, I'm just kind of curious what sort of happened there and how that adjusted your predictive capability?

&lt; A - Dan Halvorson&gt;: Sure Kevin I'll handle that. This is Dan and thanks again for the credit. Listen on and on this and this is I think the 61 to 63 going to 77. You know that's easy, I've talked to a lot of you that are on the line now. I've talked a lot on this because we pre-announce and then we talked about it. So as we talked about, I use the word very measured so sitting in October putting together as a team, guidance you look at the revenue, what backlog looks like but at that point, the gate is really production. You've been around the company where we have had parts constraints, we have had production constraints.

We are bringing up the second CM [ph] so when you look at it, you look at what are your gates and the gates are not what Rob's team is doing, the gates that we were concerned about back in October were what are we looking at relative to production, parts, capacity. The last thing we want to do is stretch and miss. I think that this was very measured guidance and I think that we are very careful in our guidance, very mindful of where we have been, how fragile the business can be. And I think it turned out the way it good result.

&lt; A&gt;: Just to add some color to that Kevin too, the other thing which we can't take complete credit for is that some of the products have actually been just more successful than we initially anticipated and luckily we had the production capacity to ramp to it which was one of the good strategic decisions we made last year with adding a second CM [ph].

Certainly the ExpressCard business and now the USB business in North America has exceeded our expectations I think everybody would agree. So some of it was just really more business than we had forecasted and basically back to Dan's point, we did not know if were going to be able to produce what the customer wanted at the end of Q3 and into looking at the Q4.

Exhibit 1
Page 82

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< Q - Kevin Dede>: So is generally fair to assume that you based the full year view on the embedded side with up side coming from PC cards and the Ovation side?

< A>: Well I think we have really good visibility into the OEMs and I think they are our best visibility because they provide us with very long term forecasts and they've been to date very accurate. However, I think that that's just a part of it. I think that we also have done a lot of work. Rob's team has gone out and really gotten in touch with the customers and we have very good visibility into their road maps and plans for the rest of the year. We're tuned into the HSUPA launches in Europe. We're tuned into the strategy for UVDO revenue roll outs in North America. There are some emerging markets that we plan on addressing and some additional products that we have not announced yet that we think they are going to be exciting additions to our product portfolio as the year rolls out.

< Q - Kevin Dede>: Well very good, Brad. Thanks very much. I'll hop back in the queue.

< A>: Thanks, Kevin.

Operator
The next question comes from Mike Walkly [ph] with Piper Jaffray. Please go ahead.

< Q>: Right, thanks. Just a little more color on your record backlog. You said the biggest risk to the first half of the year was this execution against that backlog. Are there still any specific component shortages now that you're facing?

< A>: We can constantly have component issues that we deal with. That's part of the life of being in this business. We share components with cell phones and other high volume products and we use things like flash memory and certainly we use Qualcomm ship sets in all of our products at this point. That's all fairly well baked into the way do business today. We work in a, as I like to tell our customers, we have an eight week lead time world that we live in and we deal with 30 day POs. So we have to be very good with what we do. So that being said right now we don't have any major issues that we're concerned with outside of the normal day to day issues that come up with things like filters and memory chips and stuff like that but there's nothing on the horizon that would cause us any grave concern. We're ramping at our second CM. We've increased our overall capacity and we're pretty pleased with the outlook, especially for the first half of the year with our ability to execute.

< Q>: Okay great and one last question from me. On the Ovation product line very strong mix this quarter. Is that in your guidance for '07 would the mix be similar to Q4 levels or higher or lower?

< A>: Yes, we haven't gotten that specific but what we did say you might recall coming out of last quarter is we thought non PCP cards would be somewhere in a third of our business and I think that would hold between the OEM and the Ovation. So that's probably a good proxy as we think about it and we'll update you on the next call.

< Q>: Thank you very much.

Operator
Your next question comes from Tim Long with Bank of America Securities. Please go ahead.

< Q>: Hi it's Jeff Walkmore [ph] Sports MO [ph] and thanks for taking my question. No one has really asked about the pricing trend yet. What with the Rev A cards, are you seeing improved ASPs over what you saw maybe last year with EV-DO cards and likewise on the interest EPA side and then one second question on the international front. That revenue spiked nicely in the quarter. How do you see that developing during 2007 then?

< A>: Jeff, let me just comment on that. As far as looking at the pricing we do see normal pricing pressure, for example, in Europe but again I'd have to temper that or counter it with the broad portfolio that we recently introduced. Brad alluded to it at the 3GSM in Barcelona but the broad portfolio, the time to market the carrier relationships do help to counter some of the normal pressure that you would see from an ASD perspective. Again the product portfolio consisting of the ovation USB, the embedded modules, HSUPA support, the express cards with HSUPA support and the ancillary products that we offer with the ExpressCards, as well, such as the sleeves. These are -- this broad portfolio is well received in Europe and attributes to our ability to maintain ASPs is Europe, although we see normal pressure that we've discussed before in Europe. In North America the same thing applies. You certainly do -- you see pricing pressure, but again, it's not like we see in Europe with HSDPA, and in light of this, we've been able to expand the number of products that we offer to our EV-DO customers, and in particular, Sprint and Verizon. We've actually increased the number of products that are sold into each of those customers here in North America. Is that a direct sum of the questions on the pricing pressure

Exhibit 1
Page 83

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

and how we're addressing it?

   < Q>: Yes. That's helpful. Thanks. I appreciate that. What might -- if we're trying to model units and ASPs on annual basis, not even quarterly, what types of declines might you assume across the different segments?

   < A - Dan Halvorson>: I think -- Jeff, this is Dan. Overall, kind of, we've seen it get choppy. A year and a half ago we had some different issues with creditory pricing, but I think we've seen it be fairly what I think of regular. People ask me when I'm out on the road, "Do you get 20% of ASP reductions?" And we don't see it that extreme, particularly as Rob was just indicating with the portfolio approach and as we talk about, kind of, the greenfield, you have some first-market advantages. So in EBITDO I think you end up probably in a 10% range. HSDPA it might get a little choppier, but I think that's pretty good.

   < A - Brad Weinert>: And Jeff, I just wanted to add thing. This is Brad. On the OEM side, almost of our OEM relationships are longer-term contracts with fixed prices across the volumes and across the timeframes. So we have very good visibility into our product costs over the next 12 to 18 months on the OEM business, which allows us to give stronger guidance and have more visibility of what our margins are going to look like. It also helps us, from an operational standpoint, be able to drive to where we need product costs to be 12 months from now.

   < Q>: Great. That's helpful. And one on the second question. In terms of revenue development in the international markets, how should we think about that for '07?

   < A>: I think for '07 we've been, kind of, in this mode for awhile in kind of a 70 30, 65 35, so I think that as we think about it, that's probably the best proxy as we move forward.

   < Q>: Great. Thanks. Good luck, guys.

   < A>: Thank you.

Operator

Your next question comes from Kent Shaw [ph] with Buckhead Capital [ph]. Please go ahead.

   < Q>: Fantastic quarter, gentlemen. Just had a couple of quick questions. If you could just give a little bit more color, maybe, about the factors that have led to the operating margin improvements? And the progression in those specific factors? And do you think the same level of contribution to margin improvement is going to continue in the next 4 quarters?

   < A>: Sure. So [indiscernible] and thanks and appreciate you being on the call. So with regards to -- as we expand, if you think about it, one of things is, obviously, top line growth when you're looking at moving from the 55 million to 77 million, obviously that has a big impact. But then you look at the way we do things, and we talked a lot about managing controls and managing costs, keeping R&D flat, taking revenue up 22 million, keeping R&D flat, going ahead and scaling in sales and marketing G&A. So there's kind of an overall way we approach business. We measure it on a very micro level, but importantly on the macro level to help us keep the margins and improve the margins.

It's some of things that we've peppered throughout some of the comments I've said. The USB getting first to market, our greenfield approach on both USB and ExpressCards, that's led to differentiation for us. It's led us to a more defensible position. I think you saw that going from Q3 to Q4 with or with out the inventory write-off. And that's I don't really pour that on. So with or without that I think with regards to -- just overall we watch our headcounts. I mean the key drivers are our costs of products and our -- and employee. And we watch our net adds very carefully. So those are at the very high level. We -- Brad could probably elaborate on some of our certification, Slim Souissi our CTO has basically continued to work with his group and watch the costs within how do certification, how we do integration. So I think we've -- I think these numbers we feel like to some degree we're best of breed the way we do things. And Brad if you want to elaborate on -- or anybody wants to elaborate.

   < A - Brad Weinert>: Sure -- sure no problem. I think that to Dan's point that we've become a lot better at what we do. It think that'd be the simplest way that I would put it. We're leveraging more for less. Our operations team has gotten better at building product and we've also gotten better at being able to go out and do certifications and get products commercialized and to market more efficiently. And we're leveraging that. And as Dan alluded to, if you look at our R&D expenses as a percentage of sales, we're getting -- actually OpEx in general we're at 20% as opposed to 24% in the proceeding quarter. And we can -- we fully expect that to continue to move in a positive favor going forward even as we continue to scale. So we're taking a very measured approach internally as well and really just fine tuning this business to the point of being able to become more and more profitable. I think it's really just a holistic

Exhibit 1
Page 84

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

approach we've taken across the board to take this company to the next level in terms of leveraging our business and becoming profitable.

Operator

At this time we have time for one final question. The question comes from Paul Coster with J.P. Morgan. Please go ahead.

&lt; Q - Paul Coster&gt;: Great. Thanks very much. Since when you have a thin channel in venturing now, so presumably now when big orders come through from end customers you kind have a sense of where they're coming from and how big they are. And in any event you've been in the business a long time now. So the question is, what can you tell us about the end market sort of demand in terms of the demographics? Is it prosumer, business, large scale enterprise? Are there any industry verticals where think the adoption is particularly aggressive? That's my first question.

&lt; A - Brad Weinert&gt;: That's a good question Paul. This is Brad. I'll start and I think that Rob might be able to add some color. But it varies from product line to product line. Certainly in the embedded laptops we're seeing the majority of that go to enterprises. In fact I would say it's almost 100% enterprise especially in the Dell sales channels where they're focusing on enterprise sales. On the PC cards and the express cards, it's probably a very much a mix. Certainly all -- it's still a mobile professional market with heavily way in enterprises for the larger volume sales, which are the ones we typically have the most visibility into because a lot of times when you get into the higher volume sales it becomes a joint sales effort as opposed to inventory being pulled from a store. However that being said, we're seeing very good sell through at the Sprint and Verizon retail stores as well as we continually are filling them. They don't seem to be able to keep enough product on the shelves. And then lastly on the USB I think is the closest thing we have right now to a consumer product. And I think that's because it has the most widely ranging use of -- or usage profiles. It can be used not only in the classical ways for a mobile broadband connection, but we're also seeing it being used in fixed environments as well in the Soho [ph] market. And if Rob has anything to add to that –

&lt; A - Robert Hadley&gt;: I think Brad touched on the major segments where we're seeing demand. Probably just highlighted by the positive coverage and increased awareness for solutions in our portfolio as well, with the Express and the USB, looking at PC Magazine and CDnet Business Week map [ph] world, I mean just across the board there is heightened awareness and part of this is leaking into the prosumer, the home space as well.

&lt; Q - Paul Coster&gt;: Does this relate to the enterprise, do you sense that you're seeing still pilot projects or are you seeing sort of 1000-unit type sales as large enterprises deploy very broadly?

&lt; A&gt;: We see a mix of both, but we definitely do see and have visibility to some of the larger deployments inside the enterprise, yes, Paul.

&lt; Q - Paul Coster&gt;: Okay, great. Then my last question, Brad, in your prepared remarks you said that you felt like you'd locked up business through 2008. Can you just give us some sense what you mean by that because it sounds pretty positive?

&lt; A - Brad Weinert&gt;: Sure, we have contracts in place with some of our OEM customers that'll take us well into the 2008 model years. As you know the laptop manufacturers are a year ahead of everybody at least, so we're working on our q's and our p's right now to take us into -- I don't think I've got anybody going out to '09, but I certainly have some that are into the last quarter of '08 and we have been successful so far in maintaining some business and are very encouraged by what we've heard about some additional business which we don't currently have. So you'll be seeing more news on that as that goes forward but we certainly have OEM business in '08 locked up already.

Operator

We have a question from John Grubuth [ph], Coopernet Bain Capital Management [ph]. Please go ahead.

&lt; Q&gt;: Forgot about me. Question, with the fabulous quarter, gross margin in Q1, will that be above the adjusted gross margin with the inventory write-offs taken out?

&lt; A&gt;: I think, John, that's directly [ph] what we've said in our prepared comments and we would expect there to be some expansion there, so I think that's what we're going to...

&lt; Q&gt;: Well, given that and given that you've stressed that the first quarter is the seasonally low period normally, I'm a little confused on even just the high end of that deal [ph] 330 to 350, 55 to 70 cents, I can't get any lower than $0.70 and 350 at the low end let alone at the high end, so why is that low end even in the realm of possibility given that it's the start of the first quarter that you

Exhibit 1
Page 85

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | see? |

<A>: Sure, so I think that's fair and as I look at it and we should have the same analysis as I look at what we've given you, 350, you know we said 78% operating income and it depends on what you're putting for interest income and then please use the 35% tax rate, you should come out at 67, $0.68, so you should be well within the book end of -- the right side of the guidance of $0.70. The low end, of course, you know John if you think about it, albeit measured, I think that you know the last thing we want to do is pick a number 350 and $0.70. I think that as we sit here today the first half we're very half we're comfortable with and we think we need to be very measured in dealing with the second half, and albeit we look at the 50 plus percent compound annual growth rate in the space we play. So when you look at it I think clearly this is the first time to give guidance, annual guidance, and I think we think as a company that it should be measured, we think we've got some solid diversification but also we're mindful that there is competition in the space in which we operate.

<Q>: I understand. Let me ask a last question. Is 30% and 10% or gross and pre-tax operating margins, excuse me, are those in the realm of possibilities for at some point out a few quarters?

<A>: I think that given the annual guidance of the 8% operating income, obviously as we continue to execute and scale, we will update you on other quarters. Is it a possibility, particularly at the 10%, John as you allude to, we're almost there now, aren't we? And that's -- I understand the question, I understand the context of the question, but you'd almost say that we're pretty darn close to that. If you strip everything out, we're at 28 and we're, as I said in the prepared script, we're at 9%. So we're going to continue to invest in some R&D, but if the margins and the business is there, what we think, I think that towards the 30% should be there and certainly, even if it's 28, 29%, say 27 to 28, 29%, it's still going to give us a very healthy operating margin as we move forward and continue to control costs.

Operator
This concludes our question and answer session. I'd like to turn the call back to management for any closing remarks they may have.

Company Representative
Thank you everybody for supporting us and we look forward to talking to you on our next call. We appreciate your support. Thank you.

Operator
Ladies and gentlemen, this does conclude the Novatel Wireless Fourth Quarter 2006 Conference Call. You may now disconnect and thank you for using AT&T Teleconferencing.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 2/28/2007 | 3,901,661 | $13.21 | 3.53% | 1.14 | |

*Date: Feb 28 2007 7:27:16 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*
**Novatel Wireless Raised To `Buy' At Montgomery & Co: NVTL US**
   Princeton, New Jersey, Feb. 28 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``buy'' from ``hold'' by analyst Jason Tsai at Montgomery & Co. The price target is $16.00 per share.

*Date: Feb 28 2007 11:14:21 Wire: BLOOMBERG News (BN) --Natalie Gilbert*
**Novatel Wireless Raised to Market Outperform at Dundee: NVTL US**
Princeton, New Jersey, Feb. 28 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``market outperform'' from ``market neutral'' by analyst Arinder Mahal at Dundee Securities Corp. The price target is $15.50 per share.

*February 28, 2007 Cowen and Company - Matthew Hoffman , Jennifer Baxter*
**Novatel Wireless, Inc. - Strong Quarter; High Visibility**
Conclusion: Novatel's record 4Q06 results underscore the company's longterm diversification strategy and ensuing operating leverage. Better than expected uptake of new Express cards and fixed-mobile convergence products give the company strong visibility into 1Q07.
   * Solid Execution Delivers Slight Upside To Pre-Announced Levels. Healthy product acceptance drove revenue up 58% q/q to $77MM in 4Q06 reported last night. Earnings came in at the high end of the range at $0.14 (pro forma) edging out consensus of $0.13.

Exhibit 1
Page 86

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

The company had positively guided revenue and earnings to $76MM and $0.13-0.14 at that time.

  * Hitting On All Cylinders. All 3 product platforms - PC Cards, Embedded, and FMC (Ovation) contributed, with Express cards and FMC looking strongest. NVTL indicates backlog is at record levels exiting 4Q. Operating margins finally lifted to almost 7% on higher volumes and expense control. Inventory rose $9MM q/q, but the company's clear visibility into 1Q and lean channels mitigate our concerns. Cash rose $4MM sequentially to $84MM with no debt.

  * 1Q07 Visibility Drives Higher 2007 Guidance. Mgmt's high degree of visibility led to 1Q07 guidance of $80MM and $0.16 (pro forma) versus consensus of $76MM. The company conservatively maintained its FY07 top line guidance of $330-350MM (though issued a greater degree of confidence in the high-end of that range). Pro-forma EPS guidance moves to $0.55-0.70 (from $0.55-0.65) on continuing operating leverage.

  * Net - Consensus Rises On Confident Outlook. We are raising our proforma EPS estimates for FY07 and FY08 to $0.67 and $0.86 from $0.58 and $0.75 respectively. Our GAAP estimates below correct for $2MM/qtr stock option comp expense.

*February 28, 2007 CIBC - Ittai Kidron, George Iwanyc*
**Novatel Wireless Inc. - Executing to Plan**
Novatel delivered 4Q06 results in line with its upside pre-announcement with the details showing positive trends in all three business segments. Overall, we're positive on the company's forward prospects and view it as a good way to tap into what we see as a strong 2007 outlook for 3G.
The biggest surprise was the strong fixed wireless ramp. While we'll keep an eye on reorder patterns at Sprint and Verizon, there appears to be good support for the USB product. Guidance reflects growth from the strong 4Q06 levels, which should have a positive influence on gross margin.
Full-year EPS guidance appears cautious to us in light of 1Q06 targets and an improving gross margin outlook. But, we understand management's caution and remain particularly wary of product transitions, which are tricky to manage and open the market up for new competitive challenges.
We're raising our 2007 sales and EPS estimates to $348.8M and $0.70 from $344.7M and $0.62 and our 2008 to $400.8M and $0.88 from $396.1M and $0.87. We're comfortable setting our 2007 sales estimate near the high end of guidance and EPS estimate at the high end.
Strength In All Segments
Building on encouraging September results, Novatel delivered a strong December quarter. This isn't a surprise given the company's pre-announcement, but it is good to see confirmation that it is seeing positive trends in all business segments. First-quarter guidance suggests better than normal seasonality and gross margin expansion. Overall, we're positive on Novatel's forward prospects and see a generally favorable risk/reward tradeoff. We also see Novatel as a good way to tap into the positive outlook for 3G in 2007.
Full-year earnings guidance appears cautious to us (and suggests upside potential) in light of the 4Q06 results and anticipated first-quarter improvement. However, management's measured outlook highlights the possible unforeseen pitfalls of this marketBconstant price pressure in the carrier channel, a steady stream of technology transitions, and operating expenses that may need to ratchet up at times.
We remain particularly wary of product transitions, which are tricky to manage and open the market up for new competitive challenges. We believe the upcoming transition to HSUPA will be easier (at least from a R&D perspective, where we are taking down our estimates) than the HSDPA transition, but still introduces some uncertainty. Our Sector Performer rating primarily reflects this risk and acknowledges the normal volatility in this fast moving segment.
The biggest surprise in the results was the strong Ovation/fixed wireless ramp. A ramp was expected with Sprint (S-SP) and Verizon (VZ-SP) building initial inventory of the product (there were new orders in Europe as well), but the ramp was much stronger than we anticipated (not too far from double our target). While we will keep a keen eye on reorder patterns at Sprint and Verizon, there appears to be good support for the USB product in North America. We note that the new USB product is a much different product than the initial, truly fixed Ovation product offered in Europe and is seeing a different use pattern (it can be used as a PC card substitute). Management guided for 1H07 growth off the strong base seen in 4Q06 and noted good visibility. We believe that this can happen

Exhibit 1
Page 87

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

(driven by sales in North America) and note the positive influence on gross margin.

We continue to believe Novatel's key long-term growth catalyst will be embedded laptop sales, which saw a nice up tick in 4Q06. Embedded sales grew 29% sequentially and were primarily driven by Dell and Sony. With the company now listing six OEM partners and specifically noting that Toshiba and Panasonic are just starting to see a bigger ramp the outlook for this segment remains promising. However, we now expect a longer transition period for embedded to catch and eventually surpass PC card sales. We believe this could happen in 2009, but would not be surprised if it occurs at an even later point beyond 2010.

Supporting our expectation for a longer transition period is the strong PC Card results and outlook (particularly if you bundle the USB products in this category). We see this being the case throughout 2007 driven by a strong carrier push with EV-DO Rev. A and faster speeds of HSDPA.

Results and a First Look at 1Q07

Novatel delivered strong 4Q07 results with revenue of $77.0 million and earnings of $0.14 (including a $1.5 million charge for obsolete inventory). The results are in line with the company's pre-announcement and our estimates, but well above original guidance and our estimates at the beginning of 4Q06. The strong top line is coming from all three of Novatel's business segments with the company seeing ramping embedded module sales (up 29% QoQ), new Ovation/fixed wireless sales in North America (up 270% QoQ), and strong growth in PC cards (up 23% QoQ).

Despite the impact of a $1.5 million net charge related to obsolete inventory, Novatel's gross margin increased to 26.7% (vs. 26.3% in 3Q06). Gross margin would have been in excess of 28% if the charge is taken out and compares to our previous model of 27.1%. Management indicated that margins should continue to see a steady improvement.

Novatel expanded on the guidance given when it provided preliminary December results giving its first take on 1Q07 and adjusting the full-year 2007 outlook slightly. First quarter guidance calls for sales of $80 million, slightly above our prior $79.1 million estimate, and EPS guidance of $0.16, well above our prior $0.12 estimate. The key difference is the higher gross margin level and R&D expenses well below our previous target.

Management fine-tuned full-year guidance, holding to its revenue guidance of $330-$350 million, but directing investors to the higher end. Management remains comfortable with an operating margin of approximately 7%-8%, noted an improving gross margin outlook, and raised pro forma earnings expectations to $0.55-$0.70 from the previous $0.55-$0.65. Our previous estimates call for sales of $344.7 million and $0.62.

Long-term gross margin and operating targets are unchanged with Novatel targeting a 30% gross margin, a 20% OpEx level, and a 10% operating margin. Backlog was at a record level at the end of the quarter, driven primarily by new orders for EV-DO Rev A products. The strong EV-DO demand suggests that North America will remain the company's most important region, although as we expected the company saw a strong international ramp in 4Q07 (which we believe will continue). We believe first-half visibility is good and note that Novatel is already getting embedded design wins that will ship on 2008 laptops.

Fine Tuning Estimates

We are adjusting our estimates for Novatel as follows:
 * For 1Q07, we are adjusting our revenue and EPS estimates to $80.1 million and $0.16 from $79.1 million and $0.12.
 * For 2007, we are raising our revenue and EPS estimates to $348.8 million and $0.70 from $344.7 million and $0.62.
 * For 2008, we are adjusting our revenue and EPS estimates to $400.8 million and $0.88 from $396.1 million and $0.87.

*February 28, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. - NVTL - 4Q06 Outperforms Pre-Release, and 2007 Brighter than Ever Action**
Yesterday, NVTL released results ahead of expectations despite its 2/5/07 pre-release, with EPS coming in at $0.14, on the high end of $0.13 to $0.14 guidance, and revenues of $77M, ahead of $76M guidance. We believe that these are solid, clean results that reflect strong top-line growth driven by strong demand, as well as operating leverage that has driven EPS growth. Trading at 15.0x 2008 EPS vs. peers at 15.5x, we reiterate our Market Outperform rating and $15 price target.

Key Details and Summary Perspectives
 * Results - See the summary below. A complete variance, model, and comparative are attached. Strong Demand Drives Sales - NVTL

Exhibit 1
Page 88

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

has indicated that its strong sales performance was driven by strong demand for all three of its product lines - data cards, embedded modems, and fixed-mobile convergence (FMC) products, and that non-data card revenues more than doubled sequentially. We believe that EV-DO sales are driving this performance across the board. Meanwhile, in FMC products, we believe NVTL will benefit from a new marketing campaign by Sprint as well as its recent customer win with Verizon.

 * Improved Operating Margins - We believe that NVTL is garnering operating leverage as it succeeds in controlling operating expenses while posting strong top-line gains. We are maintaining conservative gross margin expectations heading into 2007 and 2008, but we believe that NVTL has the potential to outperform on gross margins and see 10% operating margins.

 * Clean Results - Note that these results include $1M in write-offs to inventory and accounts receivable as NVTL cleans up its balance sheet. Given the rapid shifts in technology, we believe these kinds of write-offs should be considered a normal part of the business.

Details

Looking Beyond the Quarter

Adjustments to Estimates. Following this quarter's results, we are leaving our revenue estimates unchanged, but we are increasing our C07 EPS estimate from $0.59 to $0.63 and our C08 estimate from $0.81 to $0.85 based primarily on higher gross margin expectations, which we have raised from 26.0% to 27.2% for C07 and from 25.0% to 26.0% for C08. Our rating and price target are unchanged.

OEM/Embedded Modems and Ovation Fixed-Mobile Convergence Revenues. Embedded modules made up 14% of revenues this quarter, while Ovation fixed-mobile convergence products made up 16%. We believe that NVTL is well-positioned in both of these non-PC card technologies, which help reduce volatility by providing revenue diversification, while also potentially delivering better gross margins, as we believe the market for these products is less competitive. Verizon has recently become an Ovation customer, while Sprint is pushing ahead with an Ovation marketing campaign.

Quarter in Review

Sales - Sales grew 58% y/y to $77.0M, ahead of the $76.0M pre-release. Sales growth was driven by strong embedded modem and fixed-mobile sales, representing 30% of the total vs. 20% sequentially, as well as solid data card revenues on both the EV-DO and HSDPA sides. Geographically, 64% of revenues were domestic vs. 58% y/y and 74% sequentially, as NVTL secured additional traction with its European customers after several quarters driven by U.S. growth. Similarly, U.S.-centered EV-DO sales fell from 69% of revenues last quarter to 67% this quarter. We continue to believe that NVTL benefits from a continuing market share battle among wireless carriers that has included increased marketing spending and subsidies for cards, as well as the potential for monthly data plan rate cuts going forward.

Gross Margin - Gross margin was 26.6% vs. our 26.0% estimate, 21.7% y/y, and 26.0% sequentially. We believe this increase is a result of a more favorable product mix and better gross margins over the course of product lifecycles following several new introductions last quarter.

Operating Expenses - Operating expenses came in at $17.9M, up 53% y/y and just ahead of our $17.7M estimate. G&A expense was the driver of this, coming in at $4.9M vs. our $4.0M estimate. We believe that sales growth will outpace that of op-ex as sales continue to ramp in 2007. Also, note that NVTL expenses most, if not all, of its product development work rather than capitalize it.

Taxes - NVTL's tax rate came in at 35.2% vs. our 30% projection and 30% guidance. The higher tax rate was worth approximately $0.01 to EPS.

Balance Sheet - NVTL's balance sheet remains strong, with no debt and $2.78 cash per share following an increase in total cash from $78.9M sequentially to $82.7M. DSOs fell to 56 days from 65 days sequentially as sales growth outpaced receivables. Inventory turns improved from 9.0x to 10.6x sequentially.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures PC data cards, embedded modems for cellular networks, and desktop modems for cellular networks. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest

Exhibit 1
Page 89

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

customers are Orange, Vodafone, (European wireless carriers) and Sprint.

About 36% of sales were generated internationally and 64% domestically during 4Q06, but international sales have historically been greater than 50% of the total.

NVTL has approximately 170 employees and maintains its research and development office in Calgary,Alberta, Canada.

Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea andCelestica in China.

Investment Thesis

We believe NVTL faces significant opportunities in the wireless broadband access market for two main reasons:

 * Wireless Network Upgrades. NVTL should benefit from over $100B spent by wireless carriers globally buying spectrum and building 3G networks. Coverage and speed are improving to such an extent that we expect carriers to aggressively market data plans and correspondingly lower prices, thus increasing awareness and subscriber growth, and consequently increasing carrier ROI and demand for NVTL's products.

 * Compelling Productivity Benefits and Accelerating Demand. According to Yankee Group, approximately 50M mobile workers exist in the U.S and Internet access and e-mail are imperative business tools. NVTL is positioned to benefit because its products enable mobile wireless access to the Internet and email wherever the wireless carrier has service. NVTL's financial future is closely tied to wireless broadband access for laptops, and the number of laptops sold globally is expected to grow from 60M (2005) to roughly 75M in 2006.

Price Target Justification

Our $15 price target is based on a P/E multiple of 24x our 2007 non-GAAP EPS estimate of $0.63 excluding options expense (see attached valuation for comparables). Note that this is a multiple of 18.5x 2008 EPS, and we believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

 * Possibility of Pent-Up Demand from Vista Release - Microsoft has indicated a release date for its new Vista operating system in late January 2007. We believe that this delay might have led some laptop buyers to delay their purchases until after the release of Vista, which could lead to strong sales for NVTL upon its release.

 * Possibility of Acquisition/Merger - NVTL is potentially a takeover target. With a strong CDMA-based product portfolio, NVTL is a good strategic fit for Option, which does not have a CDMA product line. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation with this industry would be a positive for all involved, as it would reduce the level of competition and strengthen negotiating power relative to the carriers.

 * Operators Announce Rate Cuts for Data Plans. So far, we have seen an aggressive marketing plan by carriers that has included increased advertising and increased subsidies for data cards and embedded modems. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60. If the carriers begin cutting the pricing of these plans, we believe this could generate upside for NVTL.

 * Laptop OEM contract announcements for embedded modems. So far, NVTL has announced wins with a number of major laptop OEMS to produce embedded modems, most notably Dell, but further announcements could trigger upside in NVTL, particularly among manufacturers that have not yet announced plans to incorporate embedded modems.

Risks

In addition to risks from demand for wireless broadband access not materializing; lumpy business results from being a book and ship business, and changes in technology the following risks apply:

 * Barriers to Entry are Low and Competition is High. While competitive barriers to entry do exist (capital, development knowledge, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable and we believe the risk from increased competition is important to note. 1) Handset manufacturers could become competitors either by offering PC cards directly or by using the handset as a modem tethered to a laptop with a cord. 2) Wi-Fi services that are offered at hotels, airports and coffee shop type locations are a competitive concern to monitor. However, long-term we believe that the value of mobility offered by PC cards (being able to travel away from the hot-spot) and reliability will drive high-end PC card penetration.

 * Manufacturing Dependence on Two Outsourcers for Product. NVTL outsources manufacturing to Invertec Appliance Corporation

Exhibit 1
Page 90

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

of Taiwan. NVTL also licenses Qualcomm components for its PC cards and could be harmed if this were discontinued. Should sourcing or other problems develop that cause delays in product delivery, NVTL's customer relationships could be impacted negatively.

    * International Risk. Roughly two-thirds of NVTL's sales have historically been international and we expect meaningful European sales to continue. Standard international concerns such as currency fluctuation, accounts receivable collection, regulatory changes, trade barriers, economic risks, and political risks apply.

*February 28, 2007 Craig-Hallum - Anthony J. Stoss, Steven L. Dyer*
**NVTL Q4 In-Line With Pre-Release. Raises 2007 EPS guidance from Pre-Release. Operating Leverage Beginning to Show. Reiterate BUY, $16 Price Target.**
Investment Highlights
    * Q4 In-Line With Pre-Release. NVTL's Q4 results were largely in-line with the company's February 5th pre-released results. Revenue of $77 million compared to preliminary $76 million estimates while pro forma EPS (excl. stock comp) came in at $0.14 despite a more than $1.5 million inventory write down. Without it, EPS would have likely been in the range of $0.16-0.18. Gross margin of 26.7% was in-line with our expectation and should continue to tick higher throughout the remainder of the year as thecompany has already launched with a second source for manufacturing in Q1 with better pricing. In addition, we were pleased to see the first quarter in several without significant newproduct certification costs.
    * Express Cards, Embedded Strong. Results were driven by exceptionally strong uptake of Express Cards (31% of Revs), which the company called its most successful product launch ever. Likewise, roughly 30% of revenue (~$23 million) was comprised of non-PC card products. We believe embedded was particularly strong and believe the company shipped Ovation to both Sprint and Verizon Wireless in the quarter. In general, our checks indicated very strong quarters across the board from both Sprint and Verizon.
    * 2007 Guidance Impressive. The company reiterated its impressive 2007 revenue guidance calling for revenue in the range of $330-350 million but upped its pro forma EPS to $0.55-0.70 from the prior $0.55-0.65 in the pre-release. We believe growth in 2007 will be driven by embedded modules via a broad base of laptop customers as well as continued strong growth in PC cards, particularly given that Verizon and Sprint are both rolling out EVDO Rev. A nationwide. In addition, we expect the pace of Ovation sales to quicken as networks continue to get faster.
    * Leverage Argument Answered. We believe the primary reason NVTL's shares have not traded higher despite its exceptional revenue growth is that operating leverage has been somewhat elusive over the past several quarters. With a 6.7% operating margin in Q406 and guidance for 7-8% this year, we believe the company has largely answered the argument that there's no money to be made in this business.
    * Raising Estimates, Stock is Cheap. We believe the current valuation of 19.0x estimated 2007 EPS is too low for a company that has guided top-line growth of roughly 60% and bottom line growth of more than 300% this year. We are reiterating our $16 price target, which is based on roughly 25x our new 2007 EPS estimate of $0.67.
Q4 Results, Analysis
NVTL reported Q4 revenue of $77 million and pro forma EPS of $0.14, both roughly in-line with the company's February 5th pre-release. Revenue growth was an impressive 58.1% YOY and 40% sequentially. Top-line results were again driven by strong EV-DO sales to Verizon Wireless and Sprint Nextel.
UMTS/HSDPA sales were 33% of card revenue, or approximately $25.4 million. Express cards were the big driver in the quarter accounting for $24 million in sales. Embedded revenue was up 24% sequentially (or roughly$10.2 million of total NVTL quarterly revenue). Major embedded customers in the quarter included Dell, Panasonic, Sony and Toshiba. Ovation accounted for $12 million of overall sales in the quarter. We believe the company shipped Ovation product primarily to both Verizon and Sprint in the quarter. More importantly, we expect Ovation sales to grow sequentially each quarter this year.
Gross margin of 26.7% was in-line with our 26.8% estimate. The company guided gross margins of 28% for Q107, largely we believe, as a result of moving some production to IAC. We believe IAC will be called on for about 25% of production in Q107. We believe gross margin should continue to move higher throughout this year as NVTL moves an increasing amount of production to IAC.

Exhibit 1
Page 91

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Moreover, we understand that LG (NVTL's long standing contract manufacturer) has "got the message" and has also responded with better pricing. In addition, we believe that the company likely won't experience the same level of new product certification costs this year, which should help operating margin considerably. Customer diversification remained good in the quarter as NVTL shipped to 18 carriers and seven OEMs in 35 countries. NVTL finished the quarter with $83 million in cash. The company produced $7 million in EBITDA in the quarter.

Looking ahead, the company guided Q1 revenue of $80 million vs. our $74million forecast and ahead of consensus estimates of $75 million. Pro Forma EPS guidance of $0.16 was better than our forecast of $0.12 and the street's $0.14 per share. The company ended Q406 with the highest backlog in company history and stated that gross margins should continue to climb throughout the year. 64% of sales were domestic and 36% international (largely Europe). 67% of sales were from EVDO products and 33% HSDPA. Sprint, Verizon Wireless, Dell, Sony and Vodafone were all top customers in the quarter. The company stated that there were no significant component shortages in the quarter and none are expected in the near-term. We expect the addition of a new contract manufacturer (IAC) largely in Q207 to begin to have a noticeable impact. We expect gross margins will show increased improvement in Q207 where we believe IAC could be producing over 30% of NVTL's products and offering better pricing than NVTL's current manufacturer. The company also stated on the call that it will be launching several new products holding large opportunity in 2H07. We believe these to be more software based products which would represent upside to gross margins as the year progresses.

Stock Opportunity

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry though as with any small technology company, the road will not always be straight. We think investors who can look past the near term have an opportunity to own a high-quality industry leader for an S&P multiple.

We are reiterating our BUY rating and $16 price target, which is based on roughly 25x our fully taxed 2007 EPS estimate of $0.67/share.

Risks

We believe an investment in NVTL involves the following risks.

 * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

 *  Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*February 28, 2007 Dundee Securities Corp. - Arinder Mahal, CFA, Puneet Malhotra*
**Novatel Wireless - Solid Q4/06 -Strengthening Business Model; Raising Target & Rating**
EVENT (All numbers US$ unless otherwise noted.)
Novatel reported Q4/06 results that were essentially in line with the preliminary announcement, however, well above the original guidance and expectations. Revenues for the quarter and year were $77 and $218 million respectively, representing a YoY growth of 58% for the quarter and 35% for the year. EPS for the quarter and year were $0.08 and $0.01 respectively, compared to above consensus Dundee estimates of $0.07 and $0.01.
IMPACT: Positive -Product Diversification Strategy Unfolding Nicely as New Products Drive the Top and Bottom Line.
Led by new products, Novatel delivered a blow-out quarter as revenues increased by close to 40% over the previous quarter and 58% over Q4/05. Products introduced (Express cards at $24 million and USB modems close to $10 million) in H2/06 accounted for 45% of

Exhibit 1
Page 92

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | the revenues. |

The Company's diversification strategy is starting to pay off with the non-PC card segment accounting for 30% of the revenues as both the Ovation product line (USB modems) and embedded modules continue to ramp. The higher margin new products coupled with continued strength in the higher margin EV-DO PC cards, resulted in an improvement of over 200 bps in gross margins. The combination of higher top line growth and GMs resulted in an over 3x (2% in Q3/06 to 6.7% in Q4/06) expansion in operating margins -demonstrating the leverage in the business model. (Cont on pg 2.)

OUTLOOK: Positive -As record backlog provides for sequential growth in a seasonally slow Q1 and solid visibility for 2007 In addition to a strong finish to the year, Novatel is heading into 2007 with record backlog and strong sell through. The Company provided Q1/07 guidance of revenues of $80 million and pro-forma EPS of $0.16, and 2007 guidance of $330-$350 million in revenues and non-GAAP EPS of $0.55-$0.70. After the preliminary announcement we were concerned about the shorter-term outlook, as Novatel did not provide Q1/07 guidance and instead broke away from the norm and issued guidance for the entire FY2007. Given the recent entry of Sierra in the Verizon channel we took a cautious approach for both Q1/07 and FY2007 until we got further visibility. Based on our discussions with several European carriers at the 3GSM conference and Novatel's notebook OEM customers, coupled with the record backlog, we are increasing our forecasts to be in line with the Company's guidance.

RATING: After a challenging H1/06, Novatel is starting to fire on all cylinders as its focus on new product development is beginning to pay off. With a solid position across key market segments including embedded modules, we believe Novatel is well positioned to take advantage of the rapidly growing W-WAN market. As a result of our higher forecasts, we are increasing our 12-month price target to US$15.50 (from US$13.75) and raising our rating to MARKET OUTPERFORM from Market Neutral. Our valuation is based on a DCF (13%, 3%) and yields a P/E of 23.6x and 18.8x our pro-forma EPS estimates for 2007 and 2008 respectively.

IMPACT (cont.)

Led by its market-first HSDPA Express Cards and Embedded modules, Novatel has made a come back in Europe as revenues increased sequentially by over 50% in Q4/06. We believe revenues in Europe for the quarter were close to $20 million. With an aggressive product roadmap including several market-first driving the top line, Novatel is starting to gain traction with new customers and solidify its position at existing key customers (it now has four products at key customers such as Sprint and Verizon compared to a single product nine months ago). Via its Express cards and embedded modules, the Company is back in carriers such as T-Mobile, Orange, Telefonica and Vodafone.

Financial Forecasts

Novatel is maintaining its revenue guidance (provided earlier this month) for 2007 in the range of $330-$350 million. However, it is increasing the upper end of its guidance for pro-forma EPS from $0.55-$0.65 to $0.55-$0.70 primarily driven by its expectations for steady improvements in gross margins. As readers of our note dated February 8, 2007 may recall, we had taken a cautious approach (due to the competitive dynamics at its key customer Verizon) in revising our estimates in light of the Company's guidance. Our thesis for the cautious approach was driven by the recent entry of Sierra Wireless into the Verizon channel and the lack of short-term visibility provided by Novatel. However, given the guidance of $80 million revenue and pro-forma EPS of $0.16 for Q1/07, which results in sequential growth coming off the seasonally strongest quarter, and based on our recent discussions with several key carriers and OEM customers, we are raising our forecasts for 2007 and 2008 in line with the upper end of the guidance. We believe there is the strong possibility of an upside surprise to our forecasts for Q1/07 based on our channel checks, and consistent with the strong backlog reported by the Company and its assessment of the guidance as being "measured". For 2007, we also believe our top line estimates could turn out to be conservative, primarily driven by the embedded modules market. During our recent discussions at the 3GSM conference with leading OEMs, we got the sense that most of the leading vendors are quite bullish regarding the embedded modules market in 2007.

Quarterly Review

Novatel Wireless reported strong Q4/06 results. The Company achieved quarterly revenues of $77.1 million, beating Dundee estimates of $76.4 million and consensus estimates of $76.1 million, as well as revised Company guidance of $76 million. Revenues for Q4/06 increased sequentially by 39% compared to $55.6 million in Q3/06, and 58% YoY from $48.7 million in Q4/05. Gross margin for the period was 26.7% compared to 26.3% in the previous quarter, and 26.4% for the same period in 2005. Gross margin was negatively

Exhibit 1
Page 93

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | impacted by a $1.5 million charge for an inventory writedown. The true gross margin after removing this one time charge was 28.7%. Reported net income for Q4/06 was $2.4 million or a fully diluted EPS of $0.08 versus a loss of $856K or EPS loss of $0.03 in Q3/06, and $121K (fully diluted EPS of nil) in Q4/05. On a pro-forma basis (which excludes the effects of stock based compensation) net income came in at $4.4 million or a fully diluted EPS of $0.14, compared to a $1.1 million or $0.04 per share in Q3/06 and $1.4 million or $0.04 per share in Q4/05. |

For FY2006, revenues increased by 35% to $218 million compared to $161.7 million in 2005. The revenues were in line with Dundee estimates of $217.8 million and Street expectations of $217.2 million. Gross margin decreased from 56% in 2005 to 35% in 2006. Reported net income in 2006 was $253K or diluted EPS of $0.01 versus net income of $11.1 million or EPS of $0.37 in 2005. On a pro-forma basis net income was $5.4 million or $0.18 per share in 2006, compared to $9.7 million or $0.32 per share in 2005. Reported EPS was in line with Dundee estimates of nil and above consensus estimates of ($0.01).

Highlights

Revenues and Gross Margin:

Novatel's strong top line growth in Q4/06 was driven across product and customer segments. PC cards continue to be the dominant product category generating $53.9 million or 70% of total revenues. However, the Company successfully diversified its revenue base by increasing non-PC card revenues from $11.7 million in Q3/06 to $23.1 million in the current quarter, a sequential growth of 98%. This represented an increase in overall contribution from 21% in the prior quarter to 30% in Q4/06.

 * Novatel's diversified product base included the contribution of 45% to total revenues from products introduced in H2/06. The Company successfully introduced its Express cards at its carrier customers and generated $24 million in revenues, while ramping up shipments of its embedded modules at Dell, Sony and Toshiba. Revenues from the Company's Ovation product segment increased by 270% as shipment for its USB modems commenced at its operators including Sprint and Verizon.

 * The Company's top customers consisted of Dell, Sprint, Verizon, Sony and Vodafone. We believe Sprint, Verizon and Dell each contributed more than 10% towards total revenues in the quarter, with Sprint and Verizon alone generating close to 50%. The Company's customer base included 18 operators and seven laptop manufacturers.

 * Gross margins in Q4/06 were 26.7% which were negatively impacted by a one-time inventory write-down of $1.5 million. Excluding the effects of one-time items, the true gross margin would have been 28.7%. The Company's gross margins benefited from increased shipments of higher margin Express cards and USB modems, coupled with a heavy contribution from higher margin EV-DO based product lines.

Revenues by Product Category:

EV-DO continues to be the Company's key revenue driver contributing 67% towards total revenues in the quarter. Contribution from the HSDPA segment increased in the quarter from 29% in Q3/06 to 33% in the current quarter, representing a 58.7% QoQ increase. Contribution from the Company's GSM/UMTS product line was negligible in the quarter.

 * The Company expects to roll out new technologies in the upcoming quarters with HSUPA launches in Europe and continued roll out on additional EV-DO networks in North America.

Revenues by Geography:

Although Novatel's domestic U.S. market continues to contribute a significant portion of total revenues (64% in Q4/06 vs. 74% in Q3/06), the Company has successfully increased revenues from its international operations in the current quarter.

 * Driven by increased sales of its Express cards at European carriers, the Company has increased revenues from the international region from $14.4 million in Q3/06 to $27.7 million in the current quarter, a growth of 91%. The Company has also ramped up shipments to its laptop OEM customers such as Sony and Toshiba, leading to increased revenue contribution from the international region.

Operating Expenses (OPEX):

Operating expenses including stock based compensation totaled $18.1 million in the quarter. The increase was primarily due to increased S&M and G&A expense as R&D remained relatively flat. S&M expense increased from $2.4 million in Q4/05 and $3.2 million in Q3/06 to $3.8 million in the current quarter. However, S&M decreased as a percentage of revenue from 5.7% to 4.9% as its operating leverage kicked in.

Exhibit 1
Page 94

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

G&A expenses also increased from $2.0 million in Q4/05 and $2.2 million in the prior quarter to $3.5 million in Q4/06. G&A included a one-time bad debt expense of $700K and is expected to decrease in the upcoming quarter.

R&D was relatively flat increasing from $7.3 million in Q4/05 and $8.1 million in Q3/06 to $8.2 million in Q4/06. Overall the Company was able to keep costs in control and reduce OPEX as a percentage of sales from 24.1% in Q4/05 and 29.3% in Q3/06 to 23.4% in the current quarter.

Operating margins continued their upward trend increasing from an operating loss of $1.7 million in Q3/06 to $2.5 million in the current quarter. The increase was primarily due to increased operating leverage due to strong growth in the Company's top line growth.

Balance Sheet:

Novatel continues to maintain a strong balance sheet with zero debt and cash and cash equivalents in excess of $82 million, increasing from $79 million in the prior quarter. The Company's strong backlog and robust sales pipeline has led to an increase in inventories from $16.9 million in the prior quarter to $25.7 million in the current quarter. Account receivables have also increased significantly from $39.6 million in Q3/06 to $47.8 million in the current quarter. Despite the increase, the Company has reduced days receivable from 65 days in Q3/06 to 56 days in the current quarter.

*February 28, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*

**Novatel Wireless, Inc. Novatel Slightly Raises Strong 2007 Guidance**

KEY POINTS:

Novatel announced strong Q406 results and increased the top-end of its 2007 EPS outlook due to strong near-term visibility. We are slightly raising our estimates and price target, but maintain Market Perform due to current share price.

  * Novatel Wireless announced Q406 results of $0.14 proforma EPS on revenue of $77M, in line with its February 5 pre-announcement.

  * However, Novatel provided strong Q107 guidance of proforma EPS of $0.16 on revenue of $80M versus our $0.13 and $79M estimates. We were encouraged by management commentary of improving gross margin trends, which is the primary reason Q107 guidance exceeded our estimates.

  * Management indicated confidence in achieving higher end of previously stated revenue guidance for 2007 of $330M-$350M and raised the proforma EPS guidance range from $0.55-$0.65 to $0.55-$0.70.

  * Novatel's strong top-line results were driven by growth in all product segments, including robust performance from Ovation. In fact, Ovation revenue of roughly $12M during Q406 was 2x our $6M estimate. Further, Novatel indicated record backlog entering 2007, in line with our expectations of strong HSPA and EV-DO Rev A product cycles.

  * Novatel reported sequential increase in gross margins from 26.3% to 26.7% and without a one-time inventory write down gross margin would have exceeded 28%. Further, operating leverage helped decrease operating expenses as a percent of revenue sequentially from 24.3% to 20.1%.

  * Consistent with our past two months of channel checks indicating increasing momentum for 3G data products (see our note entitled "Monthly Channel Checks: Solid 3G Trends"), we believe Novatel is well positioned at Sprint and Verizon, as these leading carriers upgrade product portfolios for EV-DO Rev A mobile broadband products.

  * Based on our channel checks indicating strong momentum for 3G mobile broadband products combined with Novatel's slightly better gross margin, we are raising our 2007 proforma EPS estimate from $0.62 to $0.70 and our 2008 estimate from $0.75 to $0.83.

Investment Recommendation:

Our price target move from $13 (17x FY08E EPS of $.075) to $14 (17x our new 2008 EPS estimate of $.83), due to our increased estimate.

Risks To Achievement Of Target Price:

Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

Company Description:

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

Exhibit 1
Page 95

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

*28 February 2007 Research Capital Corporation - Nick Agostino*
**NOVATEL Wireless Inc. - Q4/06 Results -No Real Surprises**
EVENT
 * Novatel Wireless reported Q4/06 results yesterday. We maintain our ACCUMULATE recommendation, but have increased our target price from US$14.00 to US$14.75.
HIGHLIGHTS
 * Q4 inline: Novatel reported Q4 revenues of US$77.0 mm, slightly above its recently raised guidance, our estimate, and consensus (Figure 1). Sales of EV-DO products were up, we estimate, over 40% Q/Q and represented about 67% of Q4 sales, due to strong demand across its entire product suite, in particular modules, ExpressCards, and the Ovation line. In fact, ExpressCards generated over US$24 mm in revenue, over 30% of sales. HSDPA products represented 33% of total revenues and increased, we estimate, nearly 60% Q/Q. Module sales represented roughly 14% of Q4 revenues, or ~US$11 mm versus US$8 mm in Q3, growing ~40% Q/Q. In the quarter, Novatel ramped module shipments to Toshiba and Sony, while shipments to its largest OEM customer Dell were ongoing. Novatel is currently in the process of securing module contracts that carry through 2008, which in our opinion is raising the barriers to entry in this growing market, making it harder for emerging competitors like Ericsson. Already we have seen Intel/Nokia enter and quickly exit the market before even introducing a product. Ovation accounted for roughly US$12 mm in revenues, or about 16% of the top line. Dell, Sprint, and Verizon remained 10% customers. Pricing pressures remain relatively unchanged, with the European market still more competitive than the North American market.
 * Gross margin improvement very encouraging: Gross margins showed a healthy Q/Q improvement, coming in at over 28% (excluding a US$1.5 mm inventory charge), benefiting from strong top-line growth and increased contributions from higher margin Ovation products and improving margins for newer products. Products introduced over the last 12 months represented roughly 45% of Q4 sales.
 * EPS inline: On the bottom line, the company reported GAAP EPS of US$0.08 and an adjusted EPS of US$0.14 (excluding stock option expenses). Adjusted EPS came in at the top end of guidance and inline with our estimate. The company ended the quarter with US$84.2 mm in cash on hand, or US$2.78 per share (22% of current share price).
 * Strong Q1 guidance: The company is guiding to Q1 revenues of US$80 mm, ahead of our expectations of US$73 mm. The company has strong visibility going into Q1 on the basis of robust demand for its product portfolio, a solid order backlog (highest in company history), low channel inventory levels, and strong channel sell-in/sell-through rates. Overall, the market for wireless modems and modules continues to grow at a rapid rate (CAGR >50%), supported by solid market fundamentals. This is reflected in the company's Q1 guidance, as well as its measured full-year guidance of US$330-US$350 mm, which the company reaffirmed on the call. Q1 has historically been the weakest quarter for Novatel, but we believe this seasonal trend no longer applies as the market  continues to expand.
 * On the bottom line, Novatel is guiding to EPS from continuing operations (excluding stock option expense) of US$0.16. Despite improving gross margins, which we forecast to be in the 28% range in 2007, we expect a step-up in R&D expenditures, coupled with a tax rate climbing to 35%, to put some drag on sequential profitability growth during 2007. We have incorporated these elements into our revised estimates for Q1/07, 2007, and 2008 (Figure 2). Overall, our annual estimates only change slightly.
 INVESTMENT CONCLUSION
 * Overall, market fundamentals continue to strengthen. Carriers are providing ongoing device subsidies, launching aggressive marketing campaigns, and reducing monthly service fees. We value Novatel Wireless at 17x our adjusted 2008 EPS estimate of US$0.86 (US$0.83 previously), yielding a new target price of US$14.75, up from US$14.00. We maintain our ACCUMULATE recommendation.

*February 28, 2007 Thomas Weisel Partners  - Hasan Imam*
**Novatel Wireless, Inc.  - Product Upgrade Cycle Driving Strong March Quarter and 2007 Outlook; Reiterate Overweight**
Executive Summary

Exhibit 1
Page 96

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

Financial performance: Novatel's 4Q revenue and EPS came in at $77.02mn and $0.08, respectively, generally in line with our estimates of $76mn and $0.08 and consensus estimates of $76mn and $0.05. We note that NVTL had already positively pre-announced its 4Q06 results, with management expecting revenue and EPS in of about $76mn and $0.08-0.09 (including options), respectively.

  * Discussion and conclusion-Product upgrade cycle positions NVTL for growth during 2007: 4Q06 bore no real surprises in terms of financials, given the earlier pre-announcement, but the earnings call certainly had some punch to it. While NVTL faced significant headwinds in 1H06, suffering from steep price competition in Europe and a few execution missteps, we have held the view that 2H06 would pave the way to recovery and position the company for strong growth in 2007. Our positive outlook was anchored on the belief that NVTL would benefit from a major 3G/3.5G related upgrade cycle in its different product lines; 4Q06 strength and 1Q07/2007 guidance bolster this view. We continue to expect strong revenue momentum and operating margin expansion.

  * Key takeaways: (1) No real surprises in 4Q06, with all metrics at the high end of pre-announced ranges. Revenues came in at $77.02mn, up 38.6% q/q and 58.2% y/y. For the second quarter in a row, all three product lines (PC cards, embedded modules and fixed-mobile convergence) contributed meaningfully to revenues, indicating that NVTL has achieved good diversity in its product base. (2) Profitability was achieved for the second straight quarter, a metric that we find very encouraging. Pro forma operating margin jumped to 6.7% from 1.9% last quarter as operating profits increased 378% q/q. This is despite a muted gross margin increase, essentially flattish at 26.7% versus 26.3% in 3Q06; we note that excluding an inventory-related adjustment, gross margin would have been higher at about 28%.

Guidance implies strong revenue ramp, we hold a conservative view on gross margin but expect operating margin expansion as leverage kicks in: Management issued 1Q07 revenue guidance of $80mn and non-GAAP EPS guidance of approximately $0.16 (implies $0.11 in options adjusted EPS). For 2007, management essentially maintained its previous guidance of revenues of $330-350mn but increased the high end of its pro forma EPS range by $0.05 to $0.55-$0.70 from $0.55-0.65 previously. Given that the company mentioned during the call that backlog was at record levels entering 1Q07, we feel there is a good chance that NVTL's 1Q07 revenue guidance is somewhat conservative. Consequently, we are revising our estimate upward by modeling revenue of $83mn and EPS of $0.12 for 1Q07 versus $80mn and $0.08, respectively, previously and revenue of $349mn and EPS of $0.46 for 2007 versus $345mn and $0.40, respectively, before (note our EPS estimates account for options expense of about $0.05 a quarter). We believe that while the gross margin will recover slowly through the year, the operating margin should expand at a healthy pace through 2007 as revenues ramp.

Valuation-Maintain Overweight: Net net, we maintain a positive view on NVTL. Earnings in 4Q06 highlight several positives in NVTL's prospects and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EVDO RevA; (2) the tier 1 OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales are beginning to ramp, quadrupling q/q in 4Q06. We believe that these positives should contribute 50%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the perfect combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 19.3x (27.8x including stock option expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels.

ADDITIONAL INFORMATION

  * Revenue breakdown: (1) PC cards (70% of sales at $53.9mn) grew 22.8% q/q with EVDO Rev A and HSDPA cards ramping strongly, offset by UMTS weakness. (2) Embedded modules (14% of sales at $10.8mn) grew 29.4% q/q. Management noted during the call that OEMS like DELL/Sony and operators like Sprint, Verizon Wireless and Vodafone made up its leading customers for the quarter. (3) Fixed-mobile convergence (16% of sales), which consists of the Ovation product, showed another quarter of strong ramp, growing 270% to $12.3mn from just $3.3mn in sales during 3Q06. By geography: The U.S. market accounted for 64% of sales with the remaining 36% coming from international markets.

  * Customers: NVTL shipped to 18 operators and seven OEMs in over 35 countries. Major customers for the quarter included OEMS like DELL/Sony and operators like Sprint, Verizon Wireless and Vodafone.

Exhibit 1
Page 97

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

*28 February 2007 JP Morgan - Paul Coster, Amy Nam, Sameer Doctor, Mark Strouse*

**Novatel Wireless - 4Q06 Results: Solid, Raising Estimates**

Novatel reported a solid 4Q, aligned with the 02/05 preannouncement. Guidance calls for strong growth heading into 07, owing to rapid adoption of embedded OEM solutions and PC Express cards. We remain skeptical that HSDPA/Rev A sales growth will continue at this pace, once early adopters have upgraded. Our upwardly revised estimates reflect our expectations that sales growth slows and margins decline through 2008. That said, NVTL's execution was excellent in 2006, and could lead to a meaningful competitive advantage if sustained, in our view. Maintain Neutral.

  * NVTL reported 4Q PF EPS aligned with the 02/05 preannouncement at $0.08 (PF $0.14) and aligned with consensus, but on stronger-than-expected revenue of $77mm. Gross margins of 26.6% (PF 26.7%, ex FAS 123 costs) were 190bps ahead of our 24.7% estimate, so scale and differentiation is currently offsetting commoditization.

  * 1Q07 guidance calls for PF EPS of $0.16 on sales of $80mm, ahead of our prior estimate of $0.10 PF on $73.9mm. The high end of 07 PF EPS guidance was raised by $0.05, which now stands at $0.55-0.70, on revenue of $330-350m. We are adjusting our 07 estimates, though we are below the bottom end of the range, and are introducing FY08 estimates.

  * Maintain Neutral. NVTL trades at 23.6 times our revised PF F07E EPS of $0.54, which we view as an appropriate valuation level in the context of the risks associated with this space. Our primary concern is centered on price and margin pressure as HSDPA and Rev A upgrades conclude and the technology matures.

Valuation and Rating Analysis

We Rate NVTL Stock a Neutral. We expect the stock to perform well in the near term owing to the results and guidance. However, we would look for evidence regarding the sustainability of current business fundamentals before getting more constructive on the stock. NVTL trades at 23.6 times our revised PF F07E EPS of $0.54. We believe better risk/reward tradeoffs can be found elsewhere in our

coverage universe at present.

Risks to our Rating

The technology barriers to entry are modest for the CPC market, implying that new entrants could enter the space and force margins down. The PC card form factor is not protected, the UMTS standard is open, Qualcomm is prepared to license its CDMA-based technology to all comers, and the wireless operators are typically prepared to multisource CPC cards. WLAN and WIMAX technologies are thought likely to compete with cellular-based wireless wide area networks, possibly reducing the rate of CPC market growth. We assume that 3G operators will drop wireless data usage rates to about $30-40 per month (or lower) to stimulate demand, which we believe is price elastic. Failure to move to a more aggressive pricing structure might impede adoption and cause company-specific growth targets to fall short of expectations. Novatel faces fierce competition from Sierra Wireless, Option Wireless, Sony Ericsson, Kyocera and potentially others, bringing down ASPs and gross margins. Ultimately, after-market solutions could be displaced by wireless modems that are integrated directly onto motherboards.

Factors that could lead the stock to outperform our coverage mean include a faster than anticipated ramp in embedded module sales with OEM partners, a more accelerated deployment of HSDPA and next gen EVDO, pricing stability in next generation PC cards, thus nudging margins up to 30%+ levels, increased efficiencies in the certification process, and steady carrier adoption of next generation Ovation and PCI Express products.

*February 28, 2007 Scotia Capital - Gus Papageorgiou, Geoff Darling*

**Novatel Wireless, Inc. (NVTL-Q US$12.76)**

Strong Quarter - As Expected

Event

  * Novatel released Q4 2006 results last night.

What It Means

  * Quarter comes in as expected: Novatel had pre-released partial Q4 results and came in at roughly these levels. Revenues were up 57% YOY, and 38% sequentially.

Exhibit 1
Page 98

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

\* Strong guidance: Q1 guidance of US$80M in revenue was slightly ahead of our expectations, as was GAAP EPS guidance of roughly US$0.10. We were expecting US$78.5M and US$0.08.

\* Record revenue, record order backlog, and strong fundamental conditions should result in a strong year: The company delivered its highest revenue quarter in history and is sitting on a record order backlog. Combined with an improving product portfolio, iversifying customer base, and strong end-market fundamentals, we believe Novatel should see a strong year.

Q4/06 Results – Strong Quarter as Expected

\* Q4 results were strong as expected: Exhibit 1 outlines Novatel's Q4 results. Roughly 70% of revenue came from PC cards, 14% from embedded modules and 10% from the Ovation product line. EVDO based technologies represented 67% of revenue and HSDPA represented 33%. The company shipped products to 18 operators and 7 OEMs in 35 countries. Sprint, Dell, Vodafone Group, Verizon and Sony were top customers in the quarter. Gross margin improvement was good to see. In the quarter the company took some inventory write-offs that, had they not occurred, would have put gross margins at 28%. Cash per share grew from US$2.70 to US$2.78 as cash flow in the quarter was positive.

Strong 2007 guidance reiterated: The company had previously provided strong 2007 guidance for revenue of between US$330M and US$350M and non-GAAP EPS of between US$0.55 to US$0.65, and reiterated this strong guidance (and raised top end of EPS to US$0.70) although it suggested it was more comfortable with the top end of this range. For Q1 guidance of US$80M in revenue and non-GAAP EPS of US$0.16, was slightly ahead of our estimates. Given the strong order backlog, coupled with the long lead times (18 months) for OEM business, the company is more comfortable delivering full year guidance estimates.

We note that although the company delivers non-GAAP EPS guidance we, as well as consensus, use GAAP EPS estimates to keep Novatel's numbers consistent with its closest comps. Novatel generates approximately US$0.05 - $0.06 per quarter in stock option compensation, which is the main difference between our GAAP and its non-GAAP forecasts.

Exhibit 2 contains our new estimates for Q1/07, 2007, and 2008.

Recommendation unchanged, target raised: We have raised our 1-year target to US$16.00, which is now based on 20x forward EPS estimates one year out (Q1/08E - Q4/08E) of US$0.80. With Novatel now on track to deliver positive earnings, we have reduced our valuation multiple from 22.5x in order to bring it in line with Sierra Wireless. In general the company had a great quarter. Revenue and earnings are moving in the right direction and gross margins, which have been stubbornly below 25% for this company historically, are also beginning to improve. Our only reservation for Novatel, and the industry itself, is the on-going pricing pressure and poor relative profitability. Although profitability improved, the company delivered a mere 3.2% EBIT margin on a GAAP basis. If it meets our profitability targets for the year, that figure will be roughly 5.4% (which includes expenses for stock compensation). We continue to believe the industry needs consolidation in order to deliver improved scale and profitability. Novatel has rarely been in a better position, and even though we do not believe it is in a position to consolidate the sector, we do believe it is in a strong negotiating position. For more details on our consolidation views, please see the January 24, 2006, edition of The Network entitled,
   "WWAN Industry Consolidation: Sooner Rather than Later."

*February 28, 2007 ThinkEquity Partners - Mike Burton*
**Novatel Wireless - NVTL Beats And Raises Estimates; Raising Price Target To $15**
THINK ACTION:
Novatel Wireless (NVTL) repeated its September-quarter performance byreporting December-quarter results on the high end of its pre announcement and provided unseasonably strong quarterly guidance. The primary reason for the revenue upside is the ramp in Ovation in North America and HSDPA cards, which we expect to be the most significant drivers of growth for the next several quarters. We are reiterating our Accumulate rating, establishing our 2008 estimates, and raising our price target from $12 to $15.
KEY POINTS:
Ovation/USB Modems: "Ovation" sales (USB Modems mostly; the bigger Access Gateway boxes saw some sales, but the majority of the "Ovation" family is EVDO USB modems at this point) drove much of the upside from the company's original guidance; Ovation surged to ~$12M in revenues or 16% of sales, up from just over $3M in sales in the prior quarter (we estimate Ovation Access gateways were just under $2M of the $12M total). Ovation EV-DO sales (USB modems) are benefiting primarily from the initial ramp

Exhibit 1
Page 99

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

to Sprint, and we expect the Verizon channel build-up to begin in earnest in the March quarter.

HSDPA Cards: The second-biggest driver in the quarter was the sequential increase in HSDPA card sales; we estimate that HSDPA PC Card sales were up ~65% sequentially to ~$20M from ~$12M last quarter, which easily offset the decline in UMTS Cards, which we believe had insignificant sales in the quarter down from just over $1M last quarter. HSDPA products (including Embedded modules) were ~$25M in the quarter or ~33% of revenues, up ~49% Q/Q for the second straight quarter.

Embedded Modules: Embedded module sales increased in dollar terms while slipping slightly as a percent of total sales; we estimate Embeddeds were >$10M in sales or 14% of total revenues, up from ~$8M. We believe that this business will be flat in the March quarter and should remain under 15% of sales. Embedded sales are split 50/50 between HSDPA and EVDO.

EV-DO Cards: We believe that EV-DO PC Card sales were up over 10% sequentially to ~$35M. EV-DO products (including Embedded modules and Ovation sales) were ~$52M in the quarter or ~67% of revenues, up 36% Q/Q.

The Quarter: NVTL reported revenues of $77.0M and Pro Forma EPS of $0.14, above the company' pre-announced guidance of $76M, and on the high-end of EPS guidance of $0.13-$0.14; our original estimates were $62.0M and $0.06, respectively. Gross margins were 26.7% (26.6% on a GAAP basis), versus our 26.8% estimate, which was inline the company's commentary last quarter for a 'slight improvement', and included 'write-offs' charges for legacy products; excluding these 'write-offs' NVTL's Pro Forma GMs would have been in excess of 28%. OPEX was higher than we anticipated at $15.4M vs. our $14.7M estimate; NVTL's reported OPEX included ~$700,000 in bad debt expense.

Estimates: We are raising our revenue estimates for the March quarter and going forward for the progress NVTL has made with USB Modem (Ovation) business.

 * March quarter: Our revenue estimate is increasing from $59.5M to $80.1M, and our EPS rises meaningfully from $0.04 (Pro Forma; excluding non-cash stock compensation expense) to $0.16. The upside to revenues is being driven primarily by better-than-expected Ovation sales, and the slightly higher GMs are also causing the upside to EPS.

 * CY2007: Our revenue estimate is increasing from $261.1M to $346.9M, and our EPS rises meaningfully from $0.27 (Pro Forma; excluding non-cash stock compensation expense) to $0.69. The upside to revenues is being driven primarily by better-than-expected Ovation sales; slightly higher GMs are also causing the upside to EPS.

 * CY2008: Our newly established estimates for 2008 are $387.5M (+12%), and Pro Forma EPS of $0.76 (+10%).

Valuation: At $13, NVTL shares trade at ~19x our increased 2007 EPS estimate. Our $15 price target is based off a 20x multiple of our 2008 EPS estimate of $0.76, which we believe is reasonable and inline with our view of the company's three-to-five-year growth rate of 20%.

RISKS TO PRICE TARGET:

 * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows down, there could be substantial risk to Novatel's short-term growth opportunities.

 * Market Adoption: The PC card industry has been relatively weak over the past three years due to the slow wireless networks that have been in place. We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will result in slower-than-expected growth for Novatel.

 * Increasing Competition: As this market continues to grow, increasing competition from other PC card vendors, handset OEMs and Asian OEMs/ODMs could cause significant pricing and margin for Novatel. Novatel's current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

COMPANY DESCRIPTION:

Novatel Wireless provides wireless broadband access solutions for a wide range of mobile applications. The company's products are concentrated on 3G (CDMA 1xEV-DO & UMTS/HSPA) technologies, with some legacy 2G products. NVTL's products include: wireless PC card modems for laptops, embedded wireless modules for laptop OEMs, fixed-mobile convergence routers, and communications software.

*February 28, 2007 Merriman Curhan Ford - Kevin Dede*
**Novatel Wireless, Inc. (NVTL) - Solid 4Q Driven By Strong Ev-Do Rev A Upgrade Cycle; Visibility Improves on Seven OEM Deals;**

Exhibit 1
Page 100

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | **Reiterate Buy** |
| | | | | | Investment Conclusion |
| | | | | | Improving sales trends, starting last summer, have continued through the March quarter, and Novatel raised the high end of its earnings guidance for FY07. Prior to the early February pre-release, the company had never issued annual guidance, but on account of the improved visibility afforded by the longer product cycles of its OEM customers, Novatel is comfortable offering a favorable view for FY07. We continue to believe Novatel differentiates itself from the competition by enabling additional functionality, and we continue to recommend its shares. |
| | | | | | Summary |
| | | | | | Sales of $77.0M beat pre-released $76.0M and our expectations in the full 4Q06 report issued last night. EPS of $0.14 beat our $0.13 estimate. Gross margin improved Q/Q to 26.7%, up 40 basis points on volume leverage. Although operating expenses increased 14% Q/ Q to $15.4M, sales growth of 40% provided operating leverage, as we expected. Sales were driven by Ev-Do Rev A upgrades at both Sprint and Verizon, and Ev-Do comprised about two-thirds of overall sales. International has started to rebound, accounting for 36% of sales, the highest percentage in FY06. |
| | | | | | * Nudging estimates up. Our new FY07 sales forecast stands at $344M — up 58% Y/Y and raised modestly from $340M; our EPS estimate of $0.65 is up from $0.60 and reflects greater expected leverage. Novatel maintained its earlier sales guidance, but raised the high end of its EPS guidance for FY07. |
| | | | | | * Technological edge bearing fruit. The added functionality of Novatel's products and design offer its customers avenues to differentiate themselves from their own competitors, and as such, we believe Novatel has become entrenched as a supplier, with some design wins that should contribute to sales through the end of 2008. |
| | | | | | * Reiterate Buy. Continued strength and improved visibility confirm our thesis on 3G adoption. Novatel sees the benefit of more data subscribers on faster networks where 3G ubiquity eclipses Wi-Fi's availability. We think we could see $14-15 per share over the next 12 months on 23x our new $0.65 FY07 EPS estimate. |
| 3/1/2007 | 1,075,449 | $13.18 | -0.23% | (0.01) | |
| 3/2/2007 | 1,646,526 | $13.33 | 1.14% | 0.80 | *Date: Mar 2 2007  16:26:22 Wire: Washington Service (WSA)* |
| | | | | | **Hadley Robert M,Vice Pres., Sells 15,000 On 3/1/07 Of NVTL** |
| | | | | | *Date: Mar 2 2007  16:35:04 Wire: Washington Service (WSA)* |
| | | | | | **Souissi Slim S,Vice Pres., Sells 15,000 On 3/1/07 Of NVTL** |
| | | | | | *March 2, 2007 Thomas Weisel Partners  - Hasan Imam* |
| | | | | | **Daily Cross Currents - Telecom Equipment News Flow & Impact for March 2, 2007** |
| | | | | | Investment Thesis/Valuation |
| | | | | | NVTL: Maintain Overweight. Net-net, we maintain a positive view on NVTL. Earnings in 4Q06 highlighted several positives in NVTL's prospects and validated our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the Tier-1 OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband settop box (Ovation) sales are beginning to ramp, quadrupling q/q in 4Q06. We believe that these positives should contribute 50%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the perfect combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 19.8x (28.7x including stock option expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. |
| 3/5/2007 | 1,706,759 | $13.33 | 0.00% | 0.27 | *Date: Mar 5 2007  8:30:11 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless to Present at 4th Annual Montgomery Technology Conference** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--March 05, 2007 Novatel Wireless, (Nasdaq: NVTL) today announced participation in the |

Exhibit 1
Page 101

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | following event with the financial community:<br>  4th Annual Montgomery Technology Conference<br>  Presentation Date: Tuesday, March 6, 2007<br>  Time: 8:00 a.m. PT<br>  Presenter: Dan Halvorson, Chief Financial Officer<br>  Location: Fairmont Miramar Hotel, Santa Monica, CA |
| | | | | | *Date: Mar 5 2007  8:30:11 Wire: Business Wire (BUS)*<br>**Novatel Wireless Appoints New Member to Board of Directors - Technology Industry Veteran Greg Lorenzetti Tapped to Join Novatel Wireless Board**<br>SAN DIEGO--(BUSINESS WIRE)--March 05, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced the appointment of Greg Lorenzetti to the company's Board of Directors. A seasoned technology professional, Lorenzetti brings over 20 years experience building technology companies and leading them through rapid growth at all stages of corporate cycles, both internationally and domestically.<br>  Mr. Lorenzetti is currently president of Titan Partners, LLC, a private equity and technology commercialization company. Lorenzetti has been a founding investor and principal in numerous technology companies.<br>  "Novatel Wireless is a recognized leader in broadband wireless data, and is exceptionally positioned for the next level of growth and diversification," said Lorenzetti. "I am thrilled to join the Board of Directors, and look forward to working with the entire Novatel team."<br>  "Greg's wealth of knowledge will be a strong asset to our organization," said Peter Leparulo, executive chairman of the Novatel Wireless Board of Directors. "As we continue to broaden our services and grow our customer base in the mobility solutions market, we look forward to Greg's leadership and expertise in guiding the Novatel Wireless team to even greater success."<br>  For more information on the Board of Directors, please visit http://investor.novatelwireless.com/bios.cfm. |
| 3/6/2007 | 2,201,329 | $13.97 | 4.80% | 1.16 | |
| 3/7/2007 | 1,486,866 | $13.97 | 0.00% | 0.06 | *Date: Mar 7 2007  18:23:16 Wire: Washington Service (WSA)*<br>**Hadley Robert M, Vice Pres., Sells 30,214 On 3/7/07 Of NVTL**<br><br>*Date: Mar 7 2007  22:23:39 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Souissi Slim S Files To Sell 45,000 Shares**<br><br>*Date: Mar 7 2007  22:23:56 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Hadley Robert M Files To Sell 45,000 Share**<br>Form 144 Filed At The Securities And Exchange Commission On 03/06/07<br>Approximate Date Of Sale: 03/01/07<br>Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 45,000 Shares Of Novatel Wireless Inc [NVTL] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 3/8/2007 | 1,183,331 | $14.19 | 1.57% | 0.36 | |
| 3/9/2007 | 1,285,209 | $14.08 | -0.78% | (0.35) | *March 9, 2007 Thomas Weisel Partners  - Hasan Imam*<br>**DAILY CROSS CURRENTS - Telecom Equipment News Flow & Impact for March 9, 2007**<br>INVESTMENT THESIS/VALUATION<br>NVTL: Maintain Overweight. Net-net, we maintain a positive view on NVTL. Earnings in 4Q06 highlighted several positives in NVTL's prospects and validated our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the Tier-1 OEM embedded modules business is beginning to contribute meaningful revenues; and |

Exhibit 1<br>Page 102

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | (3) residential wireless broadband settop box (Ovation) sales are beginning to ramp, quadrupling q/q in 4Q06. We believe that these positives should contribute 50%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the perfect combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 21.4x (30.8x including stock option expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. |
| 3/12/2007 | 1,001,985 | $14.12 | 0.28% | (0.14) | |
| 3/13/2007 | 742,947 | $14.09 | -0.21% | 0.48 | |
| 3/14/2007 | 1,103,727 | $14.57 | 3.41% | 0.94 | |
| 3/15/2007 | 1,349,796 | $14.58 | 0.07% | (0.13) | |
| 3/16/2007 | 1,063,439 | $14.74 | 1.10% | 0.42 | *Date: Mar 16 2007  17:26:02 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres., Sells 21,947 On 3/15/07 Of NVTL**<br><br>*Date: Mar 16 2007  17:31:25 Wire: Washington Service (WSA)*<br>**Ratcliffe Catherine,Vice Pres., Surrenders 3,217 On 3/15/07 Of NVTL**<br><br>*Date: Mar 16 2007  17:31:53 Wire: Washington Service (WSA)*<br>**Weinert George B, C.E.O., Surrenders 3,465 On 3/15/07 Of NVTL**<br><br>*Date: Mar 16 2007  17:34:34 Wire: Washington Service (WSA)*<br>**Hadley Robert M,Vice Pres., Surrenders 4,117 On 3/15/07 Of NVTL**<br><br>*Date: Mar 16 2007  17:36:59 Wire: Washington Service (WSA)*<br>**Halvorson Dan L, C.F.O., Surrenders 3,415 On 3/15/07 Of NVTL**<br><br>*Date: Mar 16 2007  17:40:25 Wire: Washington Service (WSA)*<br>**Leparulo Peter V, C.O.B., Surrenders 7,030 On 3/15/07 Of NVTL**<br><br>*Date: Mar 16 2007  17:42:07 Wire: Washington Service (WSA)*<br>**Ross Chris,Vice Pres., Surrenders 3,217 On 3/15/07 Of NVTL** |
| 3/19/2007 | 702,430 | $14.61 | -0.88% | (0.66) | |
| 3/20/2007 | 1,406,730 | $14.99 | 2.60% | 0.73 | *Date: Mar 20 2007  22:18:42 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Hadley Robert M Files To Sell 45,214 Share**<br>Form 144 Amendment Filed At The Securities And Exchange Commission On 03/14/07<br>Approximate Date Of Sale: 03/01/07<br>Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 45,214 Shares Of Novatel Wireless Inc [NVTL] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800<br><br>*March 20, 2007 Thomas Weisel Partners - Hasan Imam*<br>**NOVATEL WIRELESS, INC. Product Upgrade Cycle Driving Revenue Momentum and Enhancing Visibility; Raising Estimates Post European Non-Deal Road Show**<br>Executive Summary<br>Product upgrade cycle driving revenue momentum and enhancing visibility: Our recent checks with industry channel contacts as well as conversations with management indicate NVTL is enjoying momentum in all three product segments: (1) PC cards (70% of |

Exhibit 1
Page 103

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------|---------|----------|-------------|---------------------------------------------------------|
| | | | | | revenues) -Verizon and Sprint are driving demand for EV-DO Rev A cards, while on the GSM track, demand for HSPA cards in Europe is accelerating. Importantly, NVTL is benefiting from its lead in "express" form factor cards. We expect 1H07 shipments of the express cards to run north of $50mn. (2) Embedded modules (15% of revenues) -the trend toward embedding 3G/3.5G modules into laptops is gaining traction as both wireless operators and laptop OEMs are pushing sales. We expect NVTL can ship over $75mn (25% of overall revenues) worth of embedded modules. With embedded modules contracts ranging 18-24 months, this segment's sales are also enhancing management's visibility, in our view. (3) USB/Ovation (15% of revenues) -dormant for much of 2006 following initial success in Europe, we anticipate new life in this product segment as U.S. deployments kick off. Moreover, our channel checks indicate NVTL's new USB cards is generating strong demand at both Sprint and Verizon, with the latter recently qualifying the product. |
| | | | | | * Expect healthy margin expansion as NVTL benefits from benign pricing, new product launches and scale: While gross margins may be volatile on a quarterly basis, our analysis indicates a healthy pick up in operating margins through the year due to three contributing factors: (1) benign competitive dynamics (particularly in United States, where vendors appear to be maintaining price discipline) are helping gross margins; (2) new product introductions (including express cards, USB, EV-DO Rev A and HSDPA/HSUPA cards) are commanding higher margins; and (3) operating leverage is kicking in, as NVTL can support a revenue run-rate well north of $100mn per quarter without needing to significantly scale operating expenditures. We anticipate NVTL can achieve operating margins of 9-10% exiting 2007. |
| | | | | | Expect new product launches through the year; should act as positive catalysts for stock: We anticipate NVTL will announce several new software products and softwareapplications in 2007, keeping with its track record over the last two years. In particular, we  hope to see availability of the following products: (1) HSUPA cards -launched in Europe during 2Q07-3Q07; (2) a small form-factor USB device -50-60% smaller than the first generation devices, we expect the second generation form factor to stimulate demand; and (3)WiMax/CDMA dual mode cards -availability of this hybrid card by year-end 2007 is a "must" for the success of Sprint's WiMax service launch in 2008. It should also lay to rest the notion that Sprint's WiMax launch is a negative for NVTL. |
| | | | | | * Raising estimates; bias is toward higher revenues and earnings: As 1Q07 winds to a close, and our checks indicate a healthy demand and margin trajectory for NVTL, we are raising our estimates for 1H07. On a quarterly basis, we have increasing confidence that 1Q07 revenues will be up about 10% q/q, while gross margins are likely to be at or better than 28%. For 2Q07, we are modeling a flattish revenue trajectory as history suggests operators typically pause for a quarter after priming the channel with new products for two quarters in a row. Even a flat to slightly down 2Q07, however, would be impressive performance, in our view, as this would translate to 1H07 growth of 28% over 2H06 and 98% versus 1H06. |
| | | | | | Valuation: Maintain Overweight. Net-net, we maintain a positive view on NVTL because: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EVDO RevA; (2) the tier-1 OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box (Ovation) sales are beginning to ramp. We believe that these positives should contribute 60%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the "perfect" combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 20.5x (28.7x including stock option expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. |
| 3/21/2007 | 958,168 | $14.96 | -0.20% | (0.72) | *Date: Mar 21 2007  16:43:09 Wire: Washington Service (WSA)*<br>**Hadley Robert M, Vice Pres., Sells 73,334 On 3/20/07 Of NVTL** |
| | | | | | *March 21, 2007 Thomas Weisel Partners - Hasan Imam*<br>**DAILY CROSS CURRENTS - Telecom Equipment News Flow & Impact for March 21 2007**<br>Executive Summary<br>Every morning, we scour the news flow for items reported by the press and review proprietary data from our checks that may affect our universe. We assess whether the news is positive or negative for specific companies in our coverage and then rank the impact on those companies on a scale of 1 to 5, with 1 indicating that the development will have little to no impact and 5 indicating our |

Exhibit 1
Page 104

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | expectation of a significant impact. |
| | | | | | * Summary of today's call: Recent mobile WiMax news flow from the United States, Taiwan and Vietnam has highlighted traction in that technology. The list of developed and developing countries preparing to deploy mobile WiMax networks continues to grow; it currently includes Vietnam, Brazil, Taiwan, Korea, Japan and the United States. In our view, it is likely that mobile WiMax will emerge as an alternative wireless broadband technology to 3G/3.5G, with demand for infrastructure equipment hitting a positive inflection in 2008, and demand for access cards/handsets becoming meaningful in 2009. We expect Tier-1 equipment vendors (i.e., ERIC, MOT, NOK and NT) to play a major role in the WiMax equipment market, while Intel should benefit from network access chipsets. Source: Industry events and company report. |
| | | | | | Why is this important? |
| | | | | | Impact: (1) Infrastructure -The front runners in mobile WiMax are private companies, such as Alvarion and Navini Networks. Larger Tier-1 vendors ALU, NT, MOT, ERIC and NOK are aggressively funding R&D in the area and will be involved in major Tier-1 launches, such as the Sprint deployment in the United States. (2) Chipsets -While small trial-level chips are currently available from vendors such as Alvarion and Navini, Intel is the 800-pound gorilla in the room that has pushed the development and adoption of WiMax chips from the beginning. (3) PC cards -There has been speculation that adoption of WiMax would exclude PC card vendors; we disagree with this sentiment. Given the engineering constraints for noise isolation in a laptop motherboard environment as well as special software requirements, we expect niche vendors such as NVTL and Sierra Wireless to participate in the WiMax market through PC cards and embedded modules. In addition, during the initial years of WiMax deployments, many operators will require dual mode cards that roam on both WiMax and regular cellular networks, generating demand for these cards for vendors like NVTL. |
| | | | | | INVESTMENT THESIS/VALUATION |
| | | | | | NVTL: Maintain Overweight. Net-net, we maintain a positive view on NVTL because: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-1 OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box (Ovation) sales are beginning to ramp. We believe that these positives should contribute 60%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the "perfect" combination of revenue growth and margin recovery. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 21x (29.5x including stock option expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. |
| 3/22/2007 | 1,385,251 | $15.24 | 1.87% | 0.68 | |
| 3/23/2007 | 1,232,125 | $15.18 | -0.39% | (0.18) | |
| 3/26/2007 | 8,082,420 | $17.03 | 12.19% | 4.39 | *Date: Mar 26 2007  8:30:11 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Updates Financial Guidance for First Fiscal Quarter - First Quarter Revenues Expected to Eclipse $100 Million Non-GAAP EPS Expected Above $0.35 per Diluted Share** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--March 26, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today updated its guidance for the first quarter ending March 31, 2007. |
| | | | | | Revenues for the first quarter are expected to increase by over 150% year-over-year and by over 30% sequentially to above $100 million. Non-GAAP EPS, which excludes stock based compensation expense, is expected to be above $0.35 per diluted share. These expected results compare to previous guidance of revenues of $80 million and non-GAAP EPS of $0.16 per diluted share. |
| | | | | | "First quarter revenue and net income will be the highest in company history," commented Brad Weinert, acting chief executive officer and chief operating officer of Novatel Wireless. "We believe this is a clear indicator of the underlying strength of our market and the success of our growth and diversification strategy. Our first quarter performance is being driven by strong shipments of the Company's EV-DO Rev. A ExpressCards and over $30 million in revenues from the Company's higher margin Ovation product line, including both follow-on orders and initial stocking orders. Due to higher than expected demand for Ovation devices by our domestic customers, some initial stocking orders, previously expected to be shipped in Q2, were accelerated and will be shipped within the quarter contributing to the higher-than expected revenue." |
| | | | | | "With gross margins currently anticipated to be greater than 30% and strong leverage over operating expenses, we expect operating |

Exhibit 1
Page 105

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

margins to top 15% as we are still scaling our internal infrastructure to meet the increased demand," commented Dan Halvorson, Novatel Wireless' chief financial officer. "We look forward to providing more detail on our first quarter results and updating annual 2007 Guidance on our first quarter conference call scheduled for May 1st."

Conference Call Information

Novatel Wireless plans to host a conference call for analysts and investors to discuss full quarterly results on May 1st, 2007 at 4:30 p.m. ET. A live webcast of the conference call will also be accessible from the "Investor Relations" section of our website at www.novatelwireless.com. Following the live webcast, an archived version will be available on our website.

*Date: Mar 26 2007  11:11:41 Wire: BLOOMBERG News (BN) - Chris Fournier*
**Novatel Shares Surge as Company Raises First-Quarter Forecast**

March 26 (Bloomberg) -- Shares of Novatel Wireless Inc., whose products allow remote access to high-speed Internet networks, surged as much as 20 percent after the company raised its forecast for sales and profit.

First-quarter profit, excluding stock-based compensation expenses, will be 35 cents a share, more than double an earlier forecast of 16 cents, the San Diego-based company said today in a statement. Revenue will be $100 million in the quarter, compared with the Feb. 27 forecast for $80 million.

Higher-than-expected sales of ExpressCards for Internet access on laptop computers and Ovation USB modems led Novatel to increase its forecast. Quarterly revenue and net income will be ``the highest in company history,'' acting Chief Executive Officer Brad Weinert said in the statement.

Shares of Novatel advanced $1.12, or 7.4 percent, to $16.30 at 11 a.m. New York time in Nasdaq Stock Market trading, after rising as high as $18.15. They had gained 75 percent in the 12 months before today.

*Date: Mar 26 2007  11:39:37 Wire: BLOOMBERG News (BN) --Natalie Gilbert*
**Novatel Wireless Cut to `Market Perform' at Avondale: NVTL US**

Princeton, New Jersey, March 26 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``market perform'' from ``market outperform'' by analyst John F Bright at Avondale Partners LLC. The price target is $15.00 per share.

*Date: Mar 26 2007  17:58:30 Wire: BLOOMBERG News (BN) --Natalie Gilbert*
**Novatel Wireless Cut to `Market Neutral' at Dundee: NVTL US**

Princeton, New Jersey, March 26 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``market neutral'' from ``market outperform'' by analyst Arinder Mahal at Dundee Securities Corp. The 12-month price target is $18.00 per share.

*March 26, 2007 Avondale Partners - John F. Bright*
**Morning Meeting Summary - NVTL - Downgrading Based Solely on Valuation**
Consumer Products - Consumer Products Weekly
Novatel Wireless, Inc. (NVTL) Market Perform
NVTL shares closed Friday at $15.18, above our $15 target, off 2% from its 52-week high, up 57% YTD, and up 31% since we upgraded NVTL on 9/25/06 at $11.67 vs. 9% growth for the S&P 500 and 13% for the Russell 2000 during the same period. While our investment thesis still holds and we anticipate continued growth in demand for data cards and embedded modems, we do not believe that the risk-reward is compelling at these levels. Trading at 24.1x C07 EPS vs. peers at 20.7x, we are stepping to the sidelines with a Market Perform rating based solely on valuation.

*March 26, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. (NASDAQ:NVTL) -  Stepping to Sidelines Based Solely on Valuation**
Action
NVTL shares closed Friday at $15.18, above our $15 target, off 2% from its 52-week high, up 57% YTD, and up 31% since we

Exhibit 1
Page 106

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

upgraded NVTL on 9/25/06 at $11.67 vs. 9% growth for the S&P 500 and 13% for the Russell 2000 during the same period. While our investment thesis still holds and we anticipate continued growth in demand for data cards and embedded modems, we do not believe that the risk-reward is compelling at these levels. Trading at 24.1x C07 EPS vs. peers at 20.7x, we are stepping to the sidelines with a Market Perform rating based solely on valuation.

Key Details and Summary Perspectives

  * Fundamentals Remain Solid - As carriers continue to aggressively push data cards and embedded modems in an effort to gain market share, we believe that these products are seeing increased adoption and that NVTL is a key beneficiary. We also believe that NVTL is taking proactive steps to control costs, and that its business is currently on solid footing, particularly as it seeks to diversify revenues with Ovation sales and benefits from a comparatively strong position in the higher-margin, less competitive EV-DO Rev. A market vs. the more competitive HSDPA market.

  * No Change to Estimates or Price Target. We are not changing any of our estimates or our $15 price target for NVTL. We continue to expect EPS of $0.63 in C07 and $0.85 in C08, representing 35% EPS growth.

  * Volatility and Competition Remain Concerns - We believe that, while diversification helps to reduce volatility somewhat, NVTL's business model is inherently volatile due to the nature of product upgrade cycles and the book-and-ship nature of the business. Also, while NVTL is currently in a relatively strong competitive position, the risk of increased competition is an ongoing concern.

  * Enthusiasm Leading Up to CTIA May be Benefiting Shares - We also believe that some of the recent strength in NVTL stock may be a result of investor enthusiasm leading up to this week's CTIA conference and any potential announcements. If this is the case, some of this enthusiasm may diminish immediately following the conference.

  * Valuation and Recommendation. For C07E and C08E on a P/E basis, NVTL trades at 24.1x and 17.9x vs. SWIR trading at 19.6x and 15.0x and peer group multiples of 20.7x and 16.1x. Therefore, at these levels, we rate NVTL Market Perform.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures PC data cards, embedded modems for cellular networks, and desktop modems for cellular networks. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 36% of sales were generated internationally and 64% domestically during 4Q06, but international sales have historically been greater than 50% of the total.

NVTL has approximately 235 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

We believe NVTL faces significant opportunities in the wireless broadband access market for two main reasons:

  * Wireless Network Upgrades. NVTL should benefit from over $100B spent by wireless carriers globally buying spectrum and building 3G networks. Coverage and speed are improving to such an extent that we expect carriers to aggressively market data plans and correspondingly lower prices, thus increasing awareness and subscriber growth, and consequently increasing carrier ROI and demand for NVTL's products.

  * Compelling Productivity Benefits and Accelerating Demand. According to Yankee Group, approximately 50M mobile workers exist in the U.S and Internet access and e-mail are imperative business tools. NVTL is positioned to benefit because its products enable mobile wireless access to the Internet and email wherever the wireless carrier has service. NVTL's financial future is closely tied to wireless broadband access for laptops, and the number of laptops sold globally is expected to grow from roughly 75M in 2006 to 95M in 2007.

Price Target Justification

Our $15 price target is based on a P/E multiple of 24x our 2007 non-GAAP EPS estimate of $0.63 excluding options expense (see attached valuation for comparables). Note that this is a multiple of 18.5x 2008 EPS, and we believe this multiple is warranted as

Exhibit 1
Page 107

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

* Possibility of Acquisition/Merger - NVTL is potentially a takeover target. With a strong CDMA-based product portfolio, NVTL is a good strategic fit for Option, which does not have a CDMA product line.

NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation with this industry would be a positive for all involved, as it would reduce the level of competition and strengthen negotiating power relative to the carriers.

* Operators Announce Rate Cuts for Data Plans. So far, we have seen an aggressive marketing plan by carriers that has included increased advertising and increased subsidies for data cards and embedded modems. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60. If the carriers begin cutting the pricing of these plans, we believe this could generate upside for NVTL.

* Laptop OEM contract announcements for embedded modems. So far, NVTL has won contracts with a number of major laptop OEMS to produce embedded modems, most notably Dell, but further announcements could trigger upside in NVTL, particularly among manufacturers that have not yet announced plans to incorporate embedded modems.

Risks

In addition to risks from demand for wireless broadband access not materializing; lumpy business results from being a book and ship business, and changes in technology the following risks apply:

* Barriers to Entry are Low and Competition is High. While competitive barriers to entry do exist (capital, development knowledge, distribution channels, wireless carrier / laptop manufacturer relationships, and certification processes), they are not insurmountable and we believe the risk from increased competition is important to note. 1) Handset manufacturers could become competitors either by offering PC cards directly or by using the handset as a modem tethered to a laptop with a cord. 2) Wi-Fi services that are offered at hotels, airports and coffee shop type locations are a competitive concern to monitor. However, long-term we believe that the value of mobility offered by PC cards (being able to travel away from the hot-spot) and reliability will drive high-end PC card penetration.

* Manufacturing Dependence on Two Outsourcers for Product. NVTL outsources manufacturing to Inventec Appliance Corporation of Taiwan. NVTL also licenses Qualcomm components for its PC cards and could be harmed if this were discontinued. Should sourcing or other problems develop that cause delays in product delivery, NVTL's customer relationships could be impacted negatively.

* International Risk. Roughly two-thirds of NVTL's sales were historically international and we expect meaningful European sales to continue. Standard international concerns such as currency fluctuation, accounts receivable collection, regulatory changes, trade barriers, economic risks, and political risks apply.

*March 26, 2007 Craig-Hallum  - Anthony J. Stoss, Steven L. Dyer*

**Novatel Wireless, Inc. - Big Q1 Pre-Release Driven by Strength in Ovation to Verizon Wireless. Business Hitting on All Cylinders. Reiterate BUY, Raising Price Target to $19.**

INVESTMENT HIGHLIGHTS

* Big Q1 Pre-Release. NVTL pre-released impressive updated Q1 guidance this morning, calling for revenue of >$100 million and pro forma EPS of $0.35 vs. our prior estimates of $80 million and $0.16, respectively. Putting the two together, we arrive at gross margins of roughly 31% vs. our 28% estimate.

* Ovation Drives the Beat. The company indicated that the outperformance in the quarter is being driven by more than $30 million in Ovation orders due, we believe largely, to Verizon Wireless. We note that the Ovation revenue, part of which was stocking and part of which was follow-on in nature, represents more Ovation revenue than the company has recorded in all previous quarters combined. We think the Ovation revenue stream will continue to be substantial in future quarters and wouldn't be surprised to see additional carriers take the product going forward. In addition, the fact that Ovation is the highest-margin product in the company's portfolio should bode well for EPS throughout the year.

* Express Cards Strong. The company also noted strength in EVDO Rev. A Express cards, meaning Verizon Wireless and Sprint. NVTL has enjoyed its position as the sole provider of Rev. A Express cards to both Sprint and Verizon, though we note that Sierra

Exhibit 1
Page 108

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---------------------------------------------------------------------------------|

Wireless announced that it will have a Rev. A Express card at Sprint next month and we wouldn't be surprised to see Verizon follow suit. We believe NVTL should continue to get the lion's share of the business at Sprint as it has done historically and continue to compete for a significant portion at Verizon as well.

  *  ZTE, Sprint WiMax Announcement. Our industry sources have indicated that ZTE and Sprint will announce a partnership for WiMAX PC cards at CTIA this week. We think NVTL shares could potentially react negatively to the news though we believe the announcement is relatively insignificant given that no WiMAX network yet exists and also given our belief that NVTL will have a WiMAX presence if the technology ever takes off. We believe it will be at least mid-late 2008 before mobile WiMAX becomes operational in any universal form.

  *  Estimate Changes. We are raising our full year estimates to reflect the strong Q1 results. Our Q1 revenue goes from $80 million to $103 million and pro forma EPS moves from $0.16 to $0.36. We are trimming $5 million from Q2 given the company's indication that roughly $15 million of the Q1 increase was expected to be in Q2. We believe the company's business momentum can more than make up the other $10 million. We are leaving our Q3 and Q4 estimates alone; our full year moves from $340 million to $358 and pro forma EPS moves from $0.67 to $0.84.

We believe our numbers remain conservative as we are modeling lower gross margin and muted revenue growth in the back half of the year. We believe the company is in position to leap over both estimates if business continues to be this strong. We are raising our $16 price target to $19, which is based on roughly 23x our raised 2007 pro forma EPS estimate of $0.84.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry though as with any small technology company, the road will not always be straight. We think investors who can look past the near term have an opportunity to own a high-quality industry leader for an S&P multiple.

We are reiterating our BUY rating and raising our price target to $19, which is based on roughly 23x our fully taxed 2007 EPS estimate of $0.84/share.

RISKS

We believe an investment in NVTL involves the following risks.

  *Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

  * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

  * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

  * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*March 26, 2007 Cowen and Company - Matthew Hoffman, Jennifer Baxter*
**Novatel Wireless, Inc. - Boosts 1Q Guidance On Ovation, ExpressCards**
Conclusion: NVTL's stunning guidance for 1Q07 demonstrates the leverage possibilities present in the company's model and the growing acceptance of the company new products, namely Ovation and EV-DO Rev A ExpressCards. Management signaled it is likely to remain conservative on the June quarter guidance (although none was issued) by indicating some of its 2Q07 revenue did get pulled forward, contributing to the 1Q07 upside. We still see modest appreciation possible in the shares.

  * NVTL Crushes Guidance for 1Q07. NVTL positively updated its 1Q07 guidance this morning, indicating a new top line estimate above $100MM, a more than 25% beat on prior revenue expectations and well ahead of consensus of $81MM. More importantly, the top-line progress is also now generating bottom line performance with non-GAAP EPS guidance more than doubling from $0.16 to $0.35. Management did not updated 2Q07 guidance, but we are modeling 2Q down on major metrics until we see whether 1Q levels

Exhibit 1
Page 109

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

can continue.

  * Ovation Primary Driver to Upside, but Rev A Also Strong. The company's core business, represented by shipments of the new form factor EV-DO Rev A. ExpressCards, remains strong with shipments into Verizon Wireless likely accounting for some of the upside in the quarter. Separately, Verizon also seems to have accelerated its acceptance of the fixed-mobile convergence product Ovation with the company indicating some shipments have been pulled forward from 2Q.

  * Management Doing More With The Same. Management, led by acting CEO Brad Wienert and CFO Dan Halvorson, should be applauded for having built a company with a business model that is sustainable during lean periods and then generate significant profits during boom times. Such flexibility is key in the high-velocity businesses in which Novatel competes.

*March 26, 2007 Dundee Securities Corp - Arinder Mahal, CFA, Puneet Malhotra*
**Novatel Wireless - Pre-Announces a Blow-out Q1/07 as New Products Drive Top and Bottom Line; Raising Target**
EVENT (all numbers in US$ unless otherwise noted)
Novatel revised its guidance for Q1/07 significantly upwards as it continues to benefit from key new first-to-market products: EV-DO Rev A USB modems and Express Cards. It now expects Q1/07 revenues and non-GAAP EPS to be above $100MM and $0.35 compared to initial guidance of $80MM and $0.16 respectively. We were expecting revenues of $81.6MM and non-GAAP EPS of $0.16.
IMPACT: Positive -New Products Power the First $100MM Quarter in History and Drive Gross Margins Back Above 30%
The $20MM top line surprise is driven primarily by the company's EV-DO Rev A USB modems and Express Cards as it benefits from its first-to-market position. Revenues from its Ovation product line are expected to cross the $30MM mark, driven by Verizon accelerating its orders to build initial channel stock and Sprint continuing with strong follow-on orders. We were expecting Ovation revenues to be slightly above $15MM for the quarter; we believe the bulk of the additional $15MM was the result of Verizon pulling in orders into Q1 from Q2. The EV-DO Express Cards make up the remaining $5MM once again led by Verizon, as it introduced Novatel's Rev A Express Card in the quarter.
Revenues from the embedded modules continue to grow in line with expectations with Q1/07 likely being close to $15MM, and should continue to ramp as OEM customers release Rev A and HSUPA products later in the year. With the $30MM from Ovation and $15MM from embedded modules, Novatel's non-PC card business now accounts for over 45% of the total revenue up from 30% in Q4/06 -further supporting its product diversification strategy. In fact, we believe revenues from the traditional PC-Card (PCMCIA) segment declined in the quarter as an increasing number of customers chose the company's Express Card products.
With the shift to newer higher margin products coupled with higher top line, gross margins are expected to be above 30% (300bps increase from adjusted Q4/06) for Q1/07, driving operating margins to over 15% from 6.7% in Q4/06 -demonstrating the power of operating leverage.
RATING: Although the upside surprise in Q1/07 was primarily driven by key carriers pulling in orders from Q2/07 we believe the market for W-WAN data continues to strengthen as carriers in both North America and Europe aggressively roll out next-gen high speed networks, and more importantly introduce data friendly service pricing (e.g., Vodafone). As a result of the strong Q1/07 and market growth we are raising our forecasts for the company for both 2007 and 2008 (see Table 1); however, given large order pull into Q1, we are lowering our Q2/07 estimates.
We have adjusted our DCF model to account for revised Q1/07 guidance and our estimates, and are raising our 12-month price target to $18.00 (from $15.50). However, given the sharp share price appreciation, we are lowering our rating to MARKET NEUTRAL (from Market Outperform). Our valuation is based on a DCF (12%, 3%) and yields a P/E of 25.9x and 19.7x our 2008 GAAP and Pro-Forma estimates.

*March 26, 2007 Thomas Weisel Partners - Hasan Imam*
**NOVATEL WIRELESS, INC. NVTL - Positive March Quarter Pre-announcement Underscores Growth Story**
Executive Summary
NVTL updated its March (1Q07) financial guidance. The announcement came via a press release this morning, March 26. No

Exhibit 1
Page 110

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

conference call is pending.

What changed:

   * Revenue: positive move, with management now expecting top line to come in above $100mn (30%-plus q/q or 150-plus y/y growth), compared to prior guidance of $80mn. We had been modeling at $85mn. Management stated that higher than expected shipments of EV-DO Rev. A cards and over $30mn in higher-margin Ovation orders, including both followon and initial stocking orders, led to the increased revenue guidance. NVTL went on to say that better than forecasted demand from U.S. customers caused the company to pull some initial stocking orders for Ovation into 1Q07 from 2Q07.

   * Gross margins: positive move, with management now expecting gross margin at 30%-plus and operating margin surpassing 15%. We had been modeling 28% in gross margin and 9.4% in operating margin.

   * EPS: positive move, with new pro forma diluted EPS expected above $0.35, compared to earlier guidance of $0.16. We had been modeling at $0.19.

Our take:

   * Positive pre-announcement validates our view on NVTL: Our checks revealed that as 1Q07 wound to a close, demand for NVTL's products remained healthy and margin trajectory was positive. As this pre-announcement shows, NVTL was even able to surpass our Street-high expectations, which is a significant positive, in our view. While we note that some "pull forward" in Ovation sales is mainly a timing issue (i.e., some Ovation revenues were recognized in 1Q instead of 2Q as previously expected), we remain confident that 2Q trends continue to remain healthy and do not envision negative estimate revisions for 2Q07.

   * Revising 1Q07 estimates higher: In light of the pre-announcement, we are raising our 1Q07 revenue and EPS estimates to $104mn and $0.31(pro forma $0.36), respectively, from $85mn and $0.14 (pro forma $0.19). Our estimates are slightly higher than management guidance as we believe the company is still being somewhat conservative. For 2Q07, we are keeping our revenue and EPS estimates unchanged at $85mn and $0.14 (pro forma $0.19), respectively. We are also keeping our revenue trajectory unchanged as history suggests operators typically pause for a quarter after priming the channel with new products for two quarters in a row. Even a top line of $85mn for 2Q07, however, would be impressive performance, in our view, as this would translate to 1H07 growth of 43% over 2H06 and 120% versus 1H06.

Maintain Overweight: Net-net, we maintain a positive view on NVTL because: (1) 3.5G EVDO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO Rev. A; (2) tier-one OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box (Ovation) sales are beginning to ramp. We believe that these positives should contribute 60%-plus revenue growth in 2007 and lead to operating margin recovery. In our view, 2007 could bring about the "perfect" combination of revenue growth and margin recovery. As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. The shares are currently trading at 22.6x 2007E EPS.

*26 March 2007 JP Morgan - Paul Coster, Sameer Doctor, Mark Strouse*
**Novatel Wireless - Close to the Peak: 1Q Guidance Raised, Adj. Est.**
We are adjusting our estimates to align with upwardly-revised F1Q guidance. NVTL is benefiting from sell-in of EVDO Rev A cards and demand-pull for the USB-based Ovation product. We believe this is peak sell-in for the wireless modem industry, and that the growth-rate and margins decline from mid 2007 onwards, making investing in the space unattractive, unless one of the key suppliers develops a sustainable competitive advantage.

   * NVTL announced an upward revision to 1Q07 guidance, pointing to revenue of over $100m and PF EPS of $0.35 (prior guidance $80m rev/$0.16 PF EPS). Upside was driven by strength in EV-DO Rev A ExpressCards and over $30m in Ovation revenue, some of which is owing to pull-in of 2Q revenue. We believe Sprint is a very strong channel partner at this time.

   * We expect NVTL's revenue growth to decelerate in 2Q07 thru 2H07 as the sell in of HSDPA and EV-DO Rev A-product slows, channel inventory plateaus and the y/y modem unit growth rate declines into FY08. In this context, we expect price based competition to intensify, for ASPs to decline, and for GAAP operating margins to flatten out at 4% by FY08.

   * We have adjusted our 1Q07 estimates to align with guidance but have reduced our 2Q07 Ovation revenue to account for earlier than anticipated shipments. We are leaving our FY08 estimates unchanged at present.

Exhibit 1
Page 111

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | * We rate NVTL Neutral, with the stock trading at 22.7 times our PF 2007 EPS est of $0.72, an 8% discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which will lead to commoditization and margin pressure in mid 2007, especially as growth moderates. |
| | | | | | Valuation and Rating Analysis |
| | | | | | We rate NVTL Neutral, with the stock trading at 22.7 times our PF 2007 EPS est of $0.72, an 8% discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which will lead to commoditization and margin pressure in mid 2007, especially as growth moderates.. Longerterm, we remain concerned that the data card business might be cannibalized by embedded solutions, or that the standalone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. We believe better risk-reward tradeoffs can be found elsewhere in our coverage universe at present. |
| | | | | | Risks to our Rating |
| | | | | | The technology barriers to entry are modest for the CPC market, implying that new entrants could enter the space and force margins down. The PC card form factor is not protected, the UMTS standard is open, Qualcomm is prepared to license its CDMA based technology to all-comers, and the wireless operators are typically prepared to multisource CPC cards. WLAN and WIMAX technologies are thought likely to compete with cellular-based wireless wide area networks, possibly reducing the rate of CPC market growth. We assume that 3G operators will drop wireless data usage rates to about $30 -$40 per month (or lower) to stimulate demand, which we believe is price elastic. Failure to move to a more aggressive pricing structure might impede adoption and cause company specific growth targets to fall short of expectations. Novatel faces fierce competition from Sierra Wireless, Option Wireless, Sony Ericsson, Kyocera and potentially others, bringing down ASPs and gross margins. Ultimately, after-market solutions could be displaced by wireless modems that are integrated directly onto motherboards. Factors that could lead the stock to outperform our coverage mean include a faster than anticipated ramp in embedded module sales with OEM partners, a more accelerated deployment of HSDPA and next gen EVDO, pricing stability in next generation PC cards, thus nudging margins up to 30%+ levels, increased efficiencies in the certification process, and steady carrier adoption of next generation Ovation and PCI Express products. |
| 3/27/2007 | 1,925,929 | $17.04 | 0.06% | 0.17 | *March 27, 2007 Scotia Capital - Gus Papageorgiou, Geoff Darling* |
| | | | | | **Novatel Wireless, Inc. (NVTL-Q US$17.03) - Raising Q1 Estimates** |
| | | | | | Event |
| | | | | | * Novatel updated its guidance for Q1 2007 yesterday. |
| | | | | | What It Means |
| | | | | | * Q1 looks much better than expected: Novatel raised Q1 revenue guidance from US$80M to more than US$100M; we were in line with the street at US$80M. GAAP EPS is now expected to be roughly US$0.29, significantly better than the US$0.09 we had been looking for. |
| | | | | | * Revenue and profitability helped by lumpy sales of high-margin Ovation product line: Novatel is benefiting from strong demand for its Ovation product line and ExpressCards. The company's decision to be first-to-market with the ExpressCard form factor also appears to be helping its top line. |
| | | | | | * Raising estimates and target to reflect strong fundamentals: With an improving product portfolio, diversifying customer base, and strong end-market fundamentals, we continue to believe Novatel should enjoy a good year in 2007. |
| | | | | | Q1/07 Guidance Raised Materially – Expecting a Good Year for Novatel |
| | | | | | * Q1 guidance raised materially on much stronger than expected sell through: Citing strong shipments of EVDO RevA ExpressCards and initial/follow-on sales of its Ovation product line, Novatel materially raised Q1/07 guidance yesterday. Revenue is now expected to come in at more than US$100 million versus previous guidance of US$80 million; we were in line with the street at US$80 million. Adjusted EPS, which excludes an estimated US$0.06 per quarter of stock compensation expenses from the GAAP number, is now expected to be above US$0.35 compared to previous guidance for US$0.16. We were looking for GAAP EPS of US$0.09 versus consensus of US$0.10. We are raising our estimates for the year today and we expect consensus estimates to move towards or above the high end of the company's US$330 - US$350 million revenue and US$0.55 - US$0.70 adjusted EPS (which excludes stock |

Exhibit 1
Page 112

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|--------|

compensation expense).

\* Raising estimates to reflect better than expected ramp in high-margin Ovation sales - we are now slightly above the high-end of 2007 guidance range: Exhibit 1 summarizes the upward revisions to our Q1/07, 2007, and 2008 estimates for Novatel. We have taken up our Ovation and data card forecasts to reflect strong traction from the ExpressCard and Ovation product lines. We believe the company is benefiting from its first-to-market position in ExpressCards, although this may come under increasing pressure over the next few quarters as both Sierra Wireless and Option recently released similar offerings. For Ovation, we do not expect the company to sustain the US$30 million of Q1 sales into Q2, due to the fact that a portion of the sales were initial channel stocking shipments. However, better volumes from this higher margin product line are accretive to our margin and earnings estimates and in general we expect Ovation's contribution to the mix to increase over our forecast horizon.

Recommendation unchanged, target raised: We have raised our 1-year target to US$19.00, based on 20x our new forward EPS estimates one year out (Q1/08E - Q4/08E) of US$0.95. Novatel is coming off a strong Q4 and continues to build momentum with what is shaping up to be a very impressive Q1. In 2007 we expect the company to deliver almost 70% sales growth combined with steady improvement in margins and profitability. However, at current levels we would caution that Novatel continues to trade at a meaningful P/E premium to both Sierra and Option (see Exhibit 3), and as a result we see limited room for share price appreciation through multiple expansion. Also, one of our main reservations for Novatel, and the industry itself, is the on-going pricing pressure and poor relative profitability. We continue to believe the industry needs consolidation in order to deliver improved scale and profitability. Novatel has rarely been in a better position, and even though we do not believe it is in a position to consolidate the sector, we do believe it is in a strong negotiating position. For more details on our consolidation views, please see the January 24, 2006, edition of The Network entitled, "WWAN Industry Consolidation: Sooner Rather than Later."

*March 27, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless, Inc. - Novatel Updates Q107 Guidance On Strong Demand For Ovation, ExpressCards**
KEY POINTS:

\* Novatel raised guidance for Q107 due to strong demand for company's high-margin Ovation product line and continued strong shipments of EV-DO Rev. A ExpressCards. We are raising our estimates and price target, but maintain Market Perform due to current share price.

\* Novatel Wireless updated Q107 proforma EPS guidance to above $0.35 on expected revenues greater than $100M vs. its previous guidance and our estimates of $0.16/$80M.

\* Novatel indicated the high-margin Ovation product line is expected to generate over $30M in revenues during Q1 vs. our estimate of $11M, due to higher than expected demand and strong follow-on orders. However, we note the Ovation revenue upside is also driven in part by accelerated stocking orders, with some initial orders originally expected to ship in Q2, shipping instead during Q1.

\* While management did not update 2007 guidance or provide Q207 guidance, we are modeling a sequential decline in revenue and EPS, due to our belief Ovation sales decline after initial stocking orders.

\* Consistent with our recent channel checks indicating increasing momentum for 3G data products (see our March 2 note entitled "Monthly Channel Checks: Strong 3G Trends at Cingular; MOT Share Declining"), Novatel indicated strong shipments of EV-DO Rev. A ExpressCards also contributed to the stronger-than-expected revenue. We continue to believe Novatel remains well positioned at Sprint and Verizon, as these leading carriers upgrade product portfolios for EV-DO Rev. A mobile broadband products.

\* Novatel expects Q1 gross margin greater than 30% vs. our estimate of 27% and indicated strong leverage and scale should lead to operating margin above 15% vs. our estimate of 7.4%.

\* While we are impressed with leverage in the Novatel model and strong execution by the management team, we remain uncertain regarding the sustainability of the strong Ovation results. While we believe our Q207 estimates could prove conservative, we believe the shares currently reflect the strong product cycle for Novatel products. Therefore, we are maintaining our Market Perform rating.

\* Based on strong updated guidance combined with our channel checks indicating strong momentum for 3G mobile broadband, we are raising our 2007 proforma EPS estimates from $0.70 to $0.96 and our 2008 estimates from $0.83 to $1.01.

INVESTMENT RECOMMENDATION:

Exhibit 1
Page 113

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

We are raising our price target to $17, which is based on the shares trading at 17x our 2008 EPS estimate, which is in line with peer multiples. Our previous target of $15 was based on 17x our previous 2008 estimate of $0.83.

RISKS TO ACHIEVEMENT OF TARGET PRICE:

Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

COMPANY DESCRIPTION:

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*27 MARCH 2007 Research Capital Corporation -Nick Agostino*

**NOVATEL Wireless Inc.- Raising Guidance - Q1/07 Promises to be Outstanding**

EVENT

  * Novatel Wireless raised Q1/07 guidance. We are raising our target from US$14.75 to US$19.00 and reiterate our ACCUMULATE recommendation.

HIGHLIGHTS

  * Raising guidance: For the fourth quarter in a row, Novatel raised its guidance for the upcoming quarter. For Q1, the company now expects revenue of over US$100 mm (highest in company history) versus previous guidance of US$80 mm, a solid 25% increase. Consensus stood at US$79.2 mm, while we were looking for US$80.3 mm. On the bottom line, the company is guiding to pro-forma EPS of above US$0.35, more than double previous guidance of US$0.16. The raised guidance demonstrates the earnings leverage inherent in Novatel's business model. We had been looking for EPS of US$0.16, while consensus currently stands US$0.13.

  * Q1 Ovation demand an anomaly: The better-than-expected Q1 guidance is largely attributable to strong demand for Novatel's Ovation product line, as well as steady demand for its EV-DO and HSPA ExpressCards, particularly from Sprint and Verizon. While the original Ovation products introduced a couple of years ago were router-like fixed mobile convergence devices, the Ovation products currently gaining traction for Novatel are its USB form factor product series. The company is benefiting from its first-mover advantage with this form factor, similarly in the ExpressCard market. The company expects to realize over US$30 mm (at least 30% of Q1 sales) in Ovation revenues in Q1 versus about US$12 mm in Q4/06. Novatel is witnessing strong demand for its Ovation products and is accelerating shipments that were expected to ship in Q2 into the Q1 quarter. In North America, Novatel is currently shipping its USB-Ovation product to Sprint and Verizon. We believe the accelerated demand came from Verizon. Overall, the demand is impressive as we had been modeling Ovation revenues in Q1 of US$11 mm and US$12 mm in Q2. The Q1 amount surpasses our 1H/07 Ovation estimates. After speaking with Novatel management, we do not believe the Q1 run-rate will continue into Q2 and beyond. We believe Q1 is more of an anomaly. We expect the Ovation runrate to return to the US$12-US$14 mm range. We note that as a result of the strong Q1 Ovation demand, we have taken our Q2 Ovation estimate down slightly. Furthermore, we expect competition from Sierra and Option to weigh into Novatel's early success in the Ovation/USB and ExpressCard market in 2H/07. Witness yesterday's announcement that Sierra will begin supplying its AirCard 595U USB modem to Sprint in April.

  * Margins benefiting from a favourable product mix: Novatel expects to report gross margins of greater than 30% in Q1 versus 28.9% exiting Q4/06. The driver of the gross margin expansion is the increased contribution from higher-margin Ovation (we estimate gross margins for this product to be ~35%) and ExpressCards. We had been modeling 28%.

  * Raising estimates: We have accordingly raised our Q1/07 estimates higher, namely by increasing our Ovation estimates. Our estimates for the remainder of 2007 and for 2008 are revised higher to account for Novatel's strong ExpressCard demand, and our Ovation estimates move up marginally as well, except for Q2/07 which has been reduced. We raised our full-year gross margin estimates slightly to account for increased contributions from higher-margin products. Our new forecast is highlighted in Figure 1. We note that Novatel management provided no commentary on full-year 2007 guidance, despite the anticipated stellar Q1 results. We expect management to raise full-year 2007 sales of US$330-US$350 mm and non- GAAP EPS of US$0.55-US$0.70 when it reports Q1 on May 1, mainly to reflect the better-than-expected Q1 results.

INVESTMENT CONCLUSION

  * We increase our target price from US$14.75 to US$19.00 based on 19x our 2008 adjusted EPS estimate, using a 17x multiple. We

Exhibit 1
Page 114

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | increased our multiple to reflect the company's strong momentum, solid execution, and improving earnings growth. We reiterate our ACCUMULATE recommendation. The shares are currently trading at 19.3x our NTM EPSestimate (Figure 2). |
| 3/28/2007 | 1,667,866 | $16.53 | -2.99% | (0.94) | *Date: Mar 28 2007  6:00:06 Wire: Business Wire (BUS)* |

**Novatel Wireless Expands Expedite Family of Embedded Modules With New E725 3G EV-DO Express Mini Card - Highly Efficient, Broadband Design Delivers OEMs Consistent and  Reliable Throughput Performance and Incorporates GPS Technology CTIA Wireless 2007**
Booth # 4366
ORLANDO, Fla.--(BUSINESS WIRE)--March 28, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced the Expedite(R) E725 3.1 Mbps 3G Evolution-Data Optimized (EV-DO) PCI Express Mini Card for embedded applications. With the Expedite E725, Novatel Wireless now provides original equipment manufacturer (OEM) customers a wide variety of modules that can be easily integrated into 3G laptops and other wireless mobile devices to provide end-users with access to EV-DO broadband networks in both fixed and mobile environments. The integration expertise provided by Novatel Wireless reduces time-to-market, providing a significant competitive advantage for its OEM customers, which include the world's leading PC and laptop manufacturers that have amassed a combined U.S. market share of more than 50 percent.

   The Expedite E725 leverages 3G Code Division Multiple Access (CDMA) EV-DO Revision A (Rev. A) technology to provide users with data speeds up to 3.1 Mbps, which is faster than many wired broadband data services. The card enables manufacturers to stay one step ahead of the competition by offering their customers the ability to achieve fast, wireless broadband speed and LAN-like mobility to stay connected regardless of geographic location. The compact Expedite E725 has a highly efficient broadband design, automatic network switching capabilities and provides consistent and reliable throughput performance. In addition, its Assisted Global Positioning (A-GPS) functionality allows location data retrieval from GPS satellites and leverages GPS navigation and other location-based applications.

   According to Rob Hadley, senior vice president of worldwide sales and marketing, the E725, and the entire Expedite family of embedded modules clearly demonstrates the company's firm commitment to providing the OEM market with innovative, quality embedded solutions and expanding its OEM customer base.

   "We realize that product quality is extremely important to our OEM customers," said Hadley. "Novatel Wireless strives to provide OEMs with modules that are easy to integrate so they can bring their products to market more quickly. The Expedite E725 is a prime example of an embedded module built on proven technology that brings end-users fast broadband network access and extended coverage for full mobility. Manufacturers can continue to rely upon Novatel Wireless to provide a wide range of embedded modules and top-notch engineering expertise to help decrease product development cycles."

   The Expedite E725 is currently available and ships with a complete software development kit and application program interface. Pricing is dependent on quantity purchased. For more information, please visit http://www.novatelwireless.com or visit the Novatel Wireless booth (4366) at CTIA Wireless 2007.

*Date: Mar 28 2007  6:00:07 Wire: Business Wire (BUS)*
**Novatel Wireless Announces Plug-and-Play Software for Ovation MC870D USB Modem and Merlin X950D ExpressCard - Automatic Software Installation Decreases Technical Support Issues and Provides Better End-User Experience CTIA Wireless 2007**
 Booth #4366
ORLANDO, Fla.--(BUSINESS WIRE)--March 28, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced software upgrades to products in the Ovation(TM) and Merlin(TM) family of mobile broadband access solutions. The software enhancements eliminate manual software installation time for the Ovation MC870D pocket-sized HSDPA USB modem and the Merlin X950D HSUPA/HSDPA ExpressCard(TM), a smaller and faster version of the PCMCIA card that utilizes the ExpressCard/34 form factor. The software upgrade not only increases the ease-of-installation for both products, it also significantly decreases the burden on carrier technical support services.

Exhibit 1
Page 115

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

"We believe that both operators and end-users will be extremely pleased with the new upgrades to the Ovation USB modem and Merlin ExpressCard," said Rob Hadley, senior vice president, Worldwide Sales & Marketing. "Novatel is committed to delivering innovative products that not only provide value to our operator customers, but also enable the end-user to access broadband networks more quickly and easily. Novatel Wireless will continue to elevate the end-user experience by extending our innovative upgraded software solutions throughout our family of products."

The new, enhanced software for the Ovation MC870D and Merlin X950D eliminates the need to install drivers from a CD, which is the traditional process used by similar, competitive products. The driver information contained on each card is installed automatically the first time it is used, providing plug-and-play operation and accelerating broadband network access for the end-user.

Ovation MC870D USB Modem:
  * The Ovation MC870D is a pocket-sized, high-speed download packet access (HSUPA/HSDPA) USB modem that delivers mobile
      broadband access with download speeds up to 7.2 Mbps
  * Available as an alternative to a PC card or ExpressCard, the modem connects to a USB slot allowing use in either laptop or
desktop PCs
  * Device includes diversity and equalizer advanced receiver technology and is optimized for use in Europe with diversity on the
2100 MHz band

Merlin X950D ExpressCard:
  * The Merlin X950D ExpressCard is a next-generation global, tri-band (high-speed upload packet access) HSUPA/HSDPA and
quad-band EDGE/GPRS wireless modem
  * HSDPA Category 6 supports high-speed 3.5 Mbps downlink and 384 Kpbs uplink data packet access
  * The card can be used in both ExpressCard/34 and 54 slots as well as with Novatel Wireless adapters in PCMCIA and USB slots
  * Full 2.1 Mbps HSUPA upload and HSDPA 7.2 download Mpbs performance upgradeable
  * Full 3.5G and GPS capabilities

For more information, please visit http://www.novatelwireless.com or visit the Novatel Wireless booth (4366) at CTIA Wireless 2007

*Date: Mar 28 2007  12:53:30 Wire: Briefing.com  Global Menu (BRF)*
**NVTL: Novatel Wireless tgt raised to $18 from $15 at Avondale - following the co's pre-release of Q1 results earlier this week (16.60 -0.44)**

*March 28, 2007 Avondale Partners- John F. Bright (also as: Morning Meeting Summary)*
**NVTL -Pre-Release Shows Another Quarter of Outperformance; Raising PT to $18**
NVTL pre-released positive results for 1Q07 earlier this week, raising its non-GAAP EPS guidance from $0.16 to "above $0.35" and its sales guidance from $80M to "above $100M". We have consequently increased our estimates and raised our price target based on this information, though we do not believe sales are sustainable at this level near-term. While we believe NVTL continues to benefit from strong underlying demand for its products, we do not believe that the risk-reward is currently compelling. Trading at 20.8x C07 EPS vs. peers also at 20.8x, we maintain our Market Perform rating and raise our price target from $15 to $18.
Key Details and Summary Perspectives
  * Strong 1Q07 Results Pre-Released - NVTL pre-released 1Q07 results better than had previously been anticipated, raising its EPS guidance from $0.16 to "above $0.35" and its sales guidance from $80M to "above $100M". In addition, NVTL guided that its gross margins will be "greater than 30%" vs. 25-27% over the past three quarters, probably a function of product mix as NVTL saw a heavier weighting towards the higher-margin Ovation USB modems.
  * EV-DO Rev. A, Ovation Drive Outperformance - NVTL cited strong sales of EV-DO Rev. A ExpressCards, as well as an unexpectedly strong "over $30M" in Ovation modems. For comparison, Ovation sales appeared to be accelerating well in 4Q06 when they came in at ~$12M in sales. As NVTL noted that some of these orders were expected in 2Q07, we believe that some of this ordering is probably taking place to meet future demand and that sales will drop sequentially in 2Q07.

Exhibit 1
Page 116

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Competition Remains Long-Run Concern - Currently, we believe that the cellular modem industry is growing quickly enough that the key players have been able to focus on meeting demand without cutting deeply into one another's business. However, we believe that SWIR's announcement this week that it is launching a USB modem with Sprint is a telling indication that competition remains present and that NVTL's success with Ovation has not gone unnoticed by its competitors.

* Changes to Estimates and Price Target - In line with NVTL's guidance, we are raising our 1Q07 EPS estimate from $0.16 to $0.37 based on stronger revenues and gross margins, and we raised our C07 EPS from $0.63 to $0.82 as we adjusted our estimates for the remainder of 2007 slightly downward. We are raising our C08 EPS estimate from $0.85 to $0.99 based on stronger revenue expectations. We are also raising our price target from $15 to $18 based on 22x our new C07 EPS estimate.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures PC data cards, embedded modems for cellular networks, and desktop modems for cellular networks. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 36% of sales were generated internationally and 64% domestically during 4Q06, but international sales have historically been greater than 50% of the total. NVTL has approximately 235 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

We believe NVTL faces significant opportunities in the wireless broadband access market for two main reasons:

* Wireless Network Upgrades. NVTL should benefit from over $100B spent by wireless carriers globally buying spectrum and building 3G networks. Coverage and speed are improving to such an extent that we expect carriers to aggressively market data plans and correspondingly lower prices, thus increasing awareness and subscriber growth, and consequently increasing carrier ROI and demand for NVTL's products.

* Compelling Productivity Benefits and Accelerating Demand. According to Yankee Group, approximately 50M mobile workers exist in the U.S and Internet access and e-mail are imperative business tools. NVTL is positioned to benefit because its products enable mobile wireless access to the Internet and email wherever the wireless carrier has service. NVTL's financial future is closely tied to wireless broadband access for laptops, and the number of laptops sold globally is expected to grow from roughly 75M in 2006 to 95M in 2007.

Price Target Justification

Our $18 price target is based on a P/E multiple of 22x our 2007 non-GAAP EPS estimate of $0.82 excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

* Possibility of Acquisition/Merger - NVTL is potentially a takeover target. With a strong CDMA-based product portfolio, NVTL is a good strategic fit for Option, which does not have a CDMA product line. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation with this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, and deter new entrants.

* Operators Announce Rate Cuts for Data Plans. So far, we have seen an aggressive marketing plan by carriers that has included increased advertising and increased subsidies for data cards and embedded modems. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60. More recently, however, Sprint has begun testing a $30 data plans in a localized market as part of an unlimited voice service plan. If the carriers begin cutting the pricing of their plans, we believe this could generate upside for NVTL.

* Laptop OEM contract announcements for embedded modems. So far, NVTL has won contracts with a number of major laptop OEMS to produce embedded modems, most notably Dell, but further announcements could trigger upside in NVTL, particularly

Exhibit 1
Page 117

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | among manufacturers that have not yet announced plans to incorporate embedded modems. |
| | | | | | Risks |
| | | | | | In addition to risks from demand for wireless broadband access not materializing; lumpy business results from being a book and ship business, and changes in technology the following risks apply: |
| | | | | | * Barriers to Entry are Low and Competition is High. While competitive barriers to entry do exist (capital, development knowledge, distribution channels, wireless carrier / laptop manufacturer relationships, and certification processes), they are not insurmountable and we believe the risk from increased competition is important to note. 1) Handset manufacturers could become competitors either by offering PC cards directly or by using the handset as a modem tethered to a laptop with a cord. 2) Wi-Fi services that are offered at hotels, airports and coffee shop type locations are a competitive concern to monitor. However, long-term we believe that the value of mobility offered by PC cards (being able to travel away from the hot-spot) and reliability will drive high-end PC card penetration. |
| | | | | | * Manufacturing Dependence on Two Outsourcers for Product. NVTL outsources manufacturing to Inventec Appliance Corporation of Taiwan. NVTL also licenses Qualcomm components for its PC cards and could be harmed if this were discontinued. Should sourcing or other problems develop that cause delays in product delivery, NVTL's customer relationships could be impacted negatively. |
| | | | | | * International Risk. Roughly two-thirds of NVTL's sales were historically international and we expect meaningful European sales to continue. Standard international concerns such as currency fluctuation, accounts receivable collection, regulatory changes, trade barriers, economic risks, and political risks apply. |
| 3/29/2007 | 1,301,339 | $16.13 | -2.42% | (0.98) | *March 29, 2007 Rapid Ratings* |
| | | | | | **NOVATEL WIRELESS INC** |
| | | | | | Credit risk rating: MEDIUM |
| | | | | | Stock recommendation: SELL |
| | | | | | Share price data as at: March 28, 2007 |
| | | | | | Current Price:  USD 16.53 |
| | | | | | 1wk Avg Price: 16.21 |
| | | | | | 52wk high/low: 17.05 / 9.75 |
| | | | | | Current Score: C2* (51) |
| | | | | | Rating outlook: Stable |
| | | | | | *Date: Mar 29 2007  22:24:13 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Souissi Slim S Files To Sell 36,947 Shares** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 03/22/07 |
| | | | | | Approximate Date Of Sale: 03/15/07 |
| | | | | | Souissi Slim S, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 36,947 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 3/30/2007 | 961,769 | $16.04 | -0.56% | (0.32) | |
| 4/2/2007 | 825,642 | $15.99 | -0.31% | (0.19) | *Date: Apr 2 2007  22:19:14 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Hadley Robert M Files To Sell 73,334 Share** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 03/27/07 |
| | | | | | Approximate Date Of Sale: 03/20/07 |
| | | | | | Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 73,334 Shares Of Novatel Wireless Inc [NVTL] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| | | | | | *April 2, 2007 CIBC - Ittai Kidron, George Iwanyc* |

Exhibit 1
Page 118

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

**Novatel Wireless Inc. - Continuing to Execute**

We're raising our estimates for Novatel to reflect the stronger than expected USB Ovation ramp and overall positive trends for EV-DO shipments. While management didn't update 2007 guidance when it raised the 1Q07 outlook, we look for the top end of the range to be increased.

While most of the 1Q07 upside reflects pulled-in 2Q07 Ovation orders at both Sprint and Verizon, we believe overall trends for both PC card, Ovation, and embedded modules (ramping to expectations) are strong enough to support an outlook stronger than our previous estimates.

We expect gross margin to see a near-term peak in 1Q07 at around 32%, given a favorable mix on several levels. As mix normalizes to reflect a more normal sales level of the high-margin Ovation product and on a technology split basis, we believe margins in the 28%-29% area are sustainable.

We are raising our 1Q07 revenue and EPS estimates to $101.7 million and $0.36 from $80.1 million and $0.16, our 2007 estimates to $383.1 million and $1.00 from $348.8 million and $0.70, and our 2008 estimates to $432.7 million and $1.06 from $400.8 million and $0.88.

March Outlook Highlights Leverage

Following Novatel's positive preannouncement on March 26 and our meeting with management at CTIA, we are raising our estimates to reflect the stronger than expected USB Ovation ramp and overall positive trends for EV-DO Rev. A shipments. The company continues to execute well, especially with its new products. The one area that stands out in particular is the recently introduced USB Ovation product, which is finding a niche at top customers Sprint (S-SP) and Verizon (VZ-SP), although shipments should pull back now that the initial ramp has been completed at both carriers.

We remain positive on Novatel's prospects and look at the company as well levered to 3G growth, which we are bullish on. However we are cautious that the recent strong top line and operating performance may set investor expectations a bit high. Gross margin may see a near-term peak in the March quarter given a favorable mix on several levels and could pull back closer to management's long-term target in the high 20% to 30% area as mix normalizes. We also highlight that while the 1Q07 guidance highlights the strong leverage Novatel's business model can return, it could prove challenging to reproduce. We are modeling a pullback in margins to around 28%-29% and more tempered quarterly growth going forward, noting that recent sequential sales growth rates in excess of 30% for the December and March quarters aren't sustainable. At current share price levels, we see a relatively balanced risk/reward tradeoff consistent with our Sector Performer rating.

Highlighting the earnings trends is the excellent earnings leverage visible in 1Q07 and 2007, but more modest year-over-year earnings growth from 2007 to 2008. Pro forma EPS is ramping from $0.14 in 4Q06 to our $0.36 estimate in 1Q07. On a yearly rate, pro forma EPS is ramping sharply from $0.18 in 2006 to our estimates of $1.00 in 2007 and $1.06 in 2008.

Ovation Driving Upside

This is the second consecutive quarter that Novatel is showing upside from its Ovation segment, a category that includes a fixed wireless routing product and the newer USB solution, which doesn't include a router. The USB solution is benefiting from a much stronger than anticipated ramp, as Sprint quickly followed its initial ramp last quarter with reorders this quarter and with Verizon following Sprint with its own initial ramp, also primarily this quarter.

We believe that orders at both carriers that were scheduled to ship in 2Q were accelerated and moved into 1Q. As much as $15 million of the upside was from this pull-in. The reorders from Sprint suggest that the product is seeing acceptance, but we expect shipments to pull back to more moderate levels. While the pull-in of Ovation shipments is likely to have some impact on 2Q07, overall trends look strong enough to support a sales level higher than our previous 2Q07 estimates.

We believe a small amount of follow-up orders could be coming from Vodafone in Europe for the Ovation routing product. However, acceptance of this product is still limited and we remain cautious about projecting much growth in the future.

Raising Estimates

We remind investors that Novatel's March quarter guidance now calls for revenue to be above $100 million and pro forma EPS above $0.35. Gross margin is expected to be greater than 30% (we're modeling 32%) and operating margin would top 15% (we're modeling 15.4%). A favorable mix from the Ovation strength (about $30 million and more than twice our $12 million target) and strong EV-DO

Exhibit 1
Page 119

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Rev. A traction are helping margins, as well as leverage from the higher run rate.

We are raising our estimates for Novatel as follows:

 * For 1Q07, we are adjusting our revenue and EPS estimates to $101.7 million and $0.36 from $80.1 million and $0.16.

 * For 2007, we are raising our revenue and EPS estimates to $383.1 million and $1.00 from $348.8 million and $0.70.

 * For 2008, we are adjusting our revenue and EPS estimates to $432.7 million and $1.06 from $400.8 million and $0.88.

*April 2, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*

**Novatel Wireless, Inc. - Update From CTIA Meeting**

KEY POINTS:

Management indicated strong sales of its EV-DO Rev A USB product was the main driver for exceptional Q107 results. However, management maintained a conservative Q207 outlook due to Q107 channel fill.

 * During the CTIA show in Orlando, we met with Brad Weinert, acting CEO and COO, and Dan Halvorson, CFO of Novatel Wireless.

* Novatel indicated strong sales of its USB EV-DO Rev. A product to Verizon was the main driver of the strong Q107 results relative to its initial guidance. While management indicated strong USB sales to Sprint represented follow-on orders from strong Q406 sell-in, management indicated strong Verizon trends were in part due to pulling in Q2 orders. Therefore, management maintained its CY07 guidance and anticipates sequentially lower Q207 results.

 * However, our initial checks indicate strong retail demand for the USB products, and we would not be surprised if Novatel Wireless slightly raises its 2007 forecast when it reports on May 1. If the USB products continue to ramp in sales, then we believe this is positive for overall Novatel Wireless margin trends, as we believe the USB products carry over 30% gross margins.

 * Consistent with our recent channel checks indicating increasing momentum for 3G data products (see our March 2 note entitled " Monthly Channel Checks: Strong 3G Trends At Cingular; MOT Share Declining"), Novatel management indicated strong shipments of EV-DO Rev A ExpressCards also contributed to the stronger-than-expected revenue. We continue to believe Novatel remains well positioned at Sprint and Verizon, as these leading carriers upgrade product portfolios for EV-DO Rev A broadband products. Our checks indicate a dominant position at Sprint, and it will be interesting to see if Sierra Wireless's new USB product will lead to share shifts at the Sprint retail channel.

 * With Novatel working on an EV-DO Rev A and WiMAX combo card, we believe it will remain a leading Sprint supplier for many years.   *  Due to its strong share at Sprint and Verizon, we believe Novatel's margins should benefit as EV-DO products carry higher margins than HSDPA products. While Novatel management indicated it currently is not participating in Cingular's HSDPA product offering due to the intense price competition, Novatel plans to be a leader in HSUPA and use this technology to regain market share with leading GSM/WCDMA carriers.

 * While we are impressed with leverage in the Novatel model and strong execution by the management team, we remain uncertain regarding the sustainability of the strong Ovation results and believe the shares currently reflect the strong product cycle for Novatel products.

INVESTMENT RECOMMENDATION:

Due to the current share price, we maintain our Market Perform rating. Our $17 price target is based on the shares trading at roughly 17x our 2008 EPS estimate, which is in line with peer multiples.

RISKS TO ACHIEVEMENT OF TARGET PRICE:

Risks to our price target include increased competition, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

COMPANY DESCRIPTION:

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 4/3/2007 | 1,988,370 | $16.86 | 5.44% | 1.62 | *Date: Apr 3 2007  9:43:02 Wire: Business Wire (BUS)* <br> **Novatel Wireless Updates Progress on OEM Design Wins - Company Working with OEM Customers to Integrate its Embedded** |

Exhibit 1
Page 120

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | **Solutions into Twice Current Number of Laptop Models Carrying its Embedded Solutions** |

**Solutions into Twice Current Number of Laptop Models Carrying its Embedded Solutions**

SAN DIEGO--(BUSINESS WIRE)--April 03, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, announced that it has made substantial progress in commercialization of its next generation embedded modules across all major technologies. Based on platform launches currently planned by its OEM customers, the Company currently expects to see the number of laptop models which are available with its embedded modules to more than double during 2007. Supporting these initiatives, the Company's HSDPA E860D and E870D embedded modules for North American and European bandwidths have now received PTCRB, GCF, CE and FCC regulatory approvals, and have been certified by two tier-1 European carriers. The Company's next generation HSDPA PCI Express Mini Card portfolio provides for downlink data rates of up to 7.2 Mbps, offers receive diversity for enhanced fringe performance for Europe, Asia and North American networks, and allows for connectivity to all three SDPA/UMTS frequency bands and all four EDGE/GPRS bands used worldwide to ensure seamless global roaming on the best available network.

In addition, the Company also announced that its next generation EVDO Revision A module, the Expedite E725, has been approved by the FCC and CDG, and has now been certified by two top North American carriers. The dual-band Expedite E725 PCI Express Mini Card offers peak download data rates of 3.1 Mbps and peak upload data rates of 1.8 Mbps, and is compatible with EV-DO Release 0 and 1x networks for seamless connectivity.

These next generation embedded solutions deliver a rich user experience for integrated wireless capabilities and services, ranging from e-mail active notification, multimedia streaming, video telephony, mobile gaming, corporate network access and web browsing. In addition, all the Company's next generation modules support in-demand GPS technology for precise position location, allowing network operators and laptop manufacturers to differentiate their offerings and build new revenue streams.

These newest modules join the broad portfolio of Novatel Wireless embedded solutions integrated by original equipment manufacturers into laptop computers. Novatel Wireless expects to complete integration and begin shipments of the E860D, E870D and E725 modules to its OEM customers during the remainder of this year.

"These latest modules will be integrated into a variety of laptop platforms by tier-1 laptop manufacturers, and we expect that this next generation of modules will continue shipping in support of second generation design wins well into 2008," stated Brad Weinert, acting chief executive officer at Novatel Wireless. "These second generation design wins are an example of the strength of our unique value proposition for OEM customers worldwide. Novatel has a proven record of success in developing and commercializing our products in both HSDPA and EV-DO standards and in certifying and supporting both North American and European operators that none of our competitors can match."

*Date: Apr 3 2007  17:24:27 Wire: Washington Service (WSA)*
**SOUISSI SLIM S,VICE PRES., SELLS 15,000 ON 4/2/07 OF NVTL**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 4/4/2007 | 864,238 | $16.65 | -1.25% | (0.63) | |
| 4/5/2007 | 667,959 | $16.78 | 0.78% | 0.07 | |
| 4/9/2007 | 510,864 | $16.82 | 0.24% | 0.05 | |
| 4/10/2007 | 625,683 | $16.87 | 0.30% | (0.06) | *Date: Apr 10 2007  8:00:14 Wire: Business Wire (BUS)* |

*Date: Apr 10 2007  8:00:14 Wire: Business Wire (BUS)*
**Novatel Wireless OEMs and Tier-One European Operators Join Forces to Deliver Multi-Pronged 3G Product Portfolio - Company Expands European Footprint With Increasing Sales as Multiple Tier-One Operators Launch HSDPA Broadband Products Across Europe**

SAN DIEGO--(BUSINESS WIRE)--April 10, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that four tier-one operators and two OEM partners, including existing and new customers, have launched its next generation HSDPA product portfolio throughout Europe. The customer relationships have resulted in more than a 25 percent sequential increase in HSDPA EMEA sales in the first quarter of 2007.

The Company currently has five products commercialized for the European market across all product portfolio segments of PC and ExpressCards(TM), embedded modules and Ovation fixed mobile solutions. The Novatel Wireless Merlin(TM) XU870 HSDPA

Exhibit 1
Page 121

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | ExpressCard has now been launched by four tier-one European operators in seven countries, and will be made available by two tier-one OEM partners. In addition, the Company expects to continue its market leadership in Europe with this form factor by launching the Merlin X950D HSUPA ExpressCard. |
| | | | | | The Company also announced that it will bring its popular Ovation product line of fixed mobile solutions into Europe by launching a robust next generation Ovation MC870D platform with tier-1 European operators by the third quarter of 2007. Addressing fixed and mobile platforms at speeds up to 7.2 Mbps, the Ovation MC870D will have a diversity antenna for fringe coverage, an embedded connection manager, and GPS capability for location based services. By downloading a software application from the Novatel Wireless website, the MC870D will enable a bridge between local area and wide area networks through an embedded network module. As a result, multiple users will be able to connect through a single device to the wide area network. |
| | | | | | "We are very encouraged by the growing interest in the product portfolio for our European business, which has resulted in an increase in orders from new and existing tier-one operators in the market," said Brad Weinert, Acting CEO and COO of Novatel Wireless. "Having generated over $30 million in sales with our Ovation product line for EV-DO networks in the first quarter of 2007, we look forward to delivering a robust HSDPA version of this product line into the European market. We are very pleased that our trendsetting Ovation portfolio is quickly becoming a key strategy for our customers to address both the fixed and mobile markets and to increase their revenue by incorporating innovative features that support greater functionality and services." |
| | | | | | Samples of the Ovation MC870D are now ready for testing and lab submission. For additional information on the Ovation family of products, please visit: http://www.novatelwireless.com/products/ovation/index.html |
| | | | | | *Date: Apr 10 2007  17:38:36 Wire: Washington Service (WSA)*<br>**Leparulo Peter V, C.O.B., Surrenders 3,515 On 4/9/07 Of NVTL** |
| | | | | | *Date: Apr 10 2007  17:50:09 Wire: Washington Service (WSA)*<br>**Hadley Robert M,Vice Pres., Surrenders 2,058 On 4/9/07 Of NVTL** |
| | | | | | *Date: Apr 10 2007  17:52:06 Wire: Washington Service (WSA)*<br>**Halvorson Dan L, C.F.O., Surrenders 1,608 On 4/9/07 Of NVTL** |
| | | | | | *Date: Apr 10 2007  17:53:39 Wire: Washington Service (WSA)*<br>**Ratcliffe Catherine,Vice Pres., Surrenders 1,608 On 4/9/07 Of NVTL** |
| | | | | | *Date: Apr 10 2007  17:55:47 Wire: Washington Service (WSA)*<br>**Ross Chris,Vice Pres., Surrenders 1,608 On 4/9/07 Of NVTL** |
| | | | | | *Date: Apr 10 2007  17:58:26 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres., Surrenders 1,608 On 4/9/07 Of NVTL** |
| | | | | | *Date: Apr 10 2007  17:59:21 Wire: Washington Service (Wsa)*<br>**Weinert George B, C.E.O., Surrenders 1,668 On 4/9/07 Of NVTL** |
| 4/11/2007 | 987,065 | $16.96 | 0.53% | 0.35 | |
| 4/12/2007 | 1,025,278 | $17.03 | 0.41% | (0.16) | |
| 4/13/2007 | 873,874 | $17.43 | 2.35% | 0.67 | |
| 4/16/2007 | 1,061,564 | $17.41 | -0.11% | (0.42) | |
| 4/17/2007 | 1,309,579 | $17.38 | -0.17% | (0.12) | |
| 4/18/2007 | 951,842 | $17.19 | -1.09% | (0.40) | *Date: Apr 18 2007  8:30:08 Wire: Business Wire (BUS)* |

Exhibit 1
Page 122

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | **Novatel Wireless to Report First Quarter 2007 Results Tuesday,  May 1st, 2007** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--April 18, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, announced it will release financial results for the first quarter ended March 31, 2007 shortly after market close on Tuesday, May 1, 2007. Novatel will host a conference call and live webcast for analysts and investors at 4:30 p.m. ET that day to discuss the first quarter results. |
| | | | | |   For parties in the United States and Canada, call 800-257-7063 to access the conference call. International parties can access the call at 303-262-2140. |
| | | | | |   Novatel Wireless will offer a live webcast of the conference call, which will also include forward-looking information. The webcast will be accessible from the "Investor Relations" section of our website at www.novatelwireless.com. The webcast will be archived for a period of 30 days. A telephonic replay of the conference call will also be available two hours after the call and will run for two days. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter passcode 11088215. International parties should call 303-590-3000 and enter passcode 11088215. In addition, Novatel Wireless' press release will be accessible from Novatel Wireless' website before the conference call begins. |
| 4/19/2007 | 831,363 | $16.80 | -2.27% | (0.85) | |
| 4/20/2007 | 757,034 | $16.81 | 0.06% | (0.29) | |
| 4/23/2007 | 865,679 | $17.22 | 2.44% | 0.87 | *April 23, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera* |
| | | | | | **Communications Technology - SWIR & NVTL Earnings Preview** |
| | | | | | Overview |
| | | | | | SWIR is reporting this Thursday, April 26, while Option, the Belgium-based competitor to NVTL and SWIR, is reporting that same day. NVTL is reporting the following Tuesday, May 1. |
| | | | | | Key Expectation and Perspectives |
| | | | | | The following is an overview of our key expectations. Complete pre-call variances and models for each company and a comparative are also attached. |
| | | | | | NVTL |
| | | | | | Key Perspective: Expect results in line or somewhat above the pre-released numbers. Expect stock to trade largely on guidance. Look to hear update on CEO search and NVTL's position regarding WiMax. |
| | | | | | Conference Call : Tuesday, May 1, 2007 @ 4:30pm ET |
| 4/24/2007 | 1,185,855 | $17.51 | 1.68% | 0.55 | *April 24, 2007 Scotia Capital - Gus Papageorgiou, Geoff Darling* |
| | | | | | **Q1/07 Preview - Sierra & Novatel** |
| | | | | | Event |
| | | | | | * Sierra is scheduled to report Q1/07 results on April 26 after the close. Dialin for the 5:30 p.m. EDT conference call at 416-644-3416 or 800-732-9303. |
| | | | | | * Novatel is scheduled to report Q1/07 results on May 1 after the close. Dialin for the 4:30 p.m. EDT conference call at 800-257- 063. |
| | | | | | What It Means |
| | | | | | * WWAN industry fundamentals remain strong: Robust demand for highspeed mobile data services should continue and we expect the market for WWAN modems to grow from US$1.0B in 2006 to over US$2.0B by 2009. |
| | | | | | * Sierra - Expectations in line: Our US$82M revenue and US$0.12 EPS estimates are in line consensus and guidance. We expect to see further OEM/European progress and stable gross margins in the quarter. |
| | | | | | * Novatel - In line quarter expected: Our expectations for US$100M sales and EPS of US$0.28 are roughly in line with consensus and upwardly revised guidance (strong Ovation and ExpressCard sales were key drivers). |
| | | | | | * Still prefer Sierra over Novatel: Although the performance gap between the companies has narrowed in recent quarters, we continue to view Sierra's valuation as more compelling, with the shares trading at 22.4x forward P/E versus Novatel at 30.5x. |
| | | | | | WWAN Industry Fundamentals are Solid |

Exhibit 1
Page 123

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | * Things look good for WWAN industry: From a macro perspective we believe the trend towards adoption of Sierra and Novatel's products continues to look strong as mobile carriers globally launch and expand HSDPA and EVDO RevA networks. The overall market is growing and should continue to do so as more and more of the 2.7 billion mobile subscribers are covered with high-speed services. The market for cellular modems was roughly US$1.0 billion in 2006 and we expect this number to exceed US$2.0 billion by 2009. This growth is supported by fixed-mobile convergence and the expansion of the product category into embedded modules for laptops and eventually other consumer electronics devices. However, in general we expect this strong volume growth backdrop to be partially offset by competitive pricing pressure and gradual commoditization as the WWAN industry matures.<br>Novatel Q1/07: Strong Quarter Expected, Consistent with Raised Guidance<br> * Strong Q1 expected - in line with raised guidance: Exhibit 3 summarizes our expectations for Q1 relative to prior periods, consensus, and the upwardly revised guidance provided by the company on March 26. Strong shipments of EVDO RevA ExpressCards and initial/follow-on sales of its Ovation product line were the key drivers behind the company's guidance revision. During the quarter we raised our Ovation and data card forecasts to reflect better than expected traction from these product lines.<br> * Revenue and profitability helped by ExpressCards and lumpy sales of high margin Ovation product line: We believe Novatel is benefiting from its first- to- market position in ExpressCards, but we expect this segment to come under pressure as both Sierra and Option recently released similar offerings this past<br>quarter. As a reminder, the industry transition from the PC Card standard to ExpressCards is expected to occur gradually over the next two years with an extended period of overlap, so we expect most key modem vendors to support both standards during the transition. For the Ovation fixed-mobile convergence consoles, we do not see the record US$30 million in Q1 sales (disclosed with guidance revision) as sustainable into Q2 due to the fact that a portion of the sales were initial channel stocking shipments. However, better volumes from this higher margin product line are likely to help enhance Novatel's margin profile going forward. For Q2/07, our expectations are just shy of consensus (see Exhibit 4), due likely to our slightly more conservative stance on the Ovation run rate. Recommendation unchanged: We are encouraged by Novatel's strong results in recent quarters and the shares have also reacted favourably. With an improving product portfolio, diversifying customer base, and strong end-market fundamentals, we continue to believe Novatel should enjoy a good year in 2007.<br>Still Prefer Sierra over Novatel - Largely on Valuation<br> * Sierra's valuation more compelling at current levels: Although we believe both companies are well-positioned to capitalize on mobile data adoption, we view Sierra's valuation as more attractive. Sierra trades at a substantial P/E discount to Novatel (22.4x vs. 30.5x) despite offering a slightly larger net cash per share position (20% vs. 16.5%), similar growth trajectory, and more consistent profitability over the past 12 months. |
| 4/25/2007 | 2,002,409 | $16.65 | -4.91% | (2.17) | |
| 4/26/2007 | 1,034,301 | $17.05 | 2.40% | 0.75 | *26 APRIL 2007 Research Capital Corporation - Nick Agostino*<br>**NOVATEL Wireless Inc. - Q1/07 Preview -Quarter Will be Good, Guidance to Reflect a More Normalized Run-Rate**<br>EVENT<br> * Novatel Wireless will report Q1/07 results after market close on May 1.<br>HIGHLIGHTS<br> * Q1 expectations: Novatel pre-announced its Q1 results on March 26, raising sales expectations to over US$100 mm and guiding to adjusted EPS above US$0.35. We expect the company to report Q1 sales of US$102.4 mm and adjusted earnings of US$0.35, inline with consensus and guidance (Figure 1). We estimate Q1 gross margins to be about 30.4%, up about 150bps Q/Q and 640bps Y/Y, inline with management guidance of greater than 30%. The driver of the gross margin expansion is the increased contribution from higher margin Ovation products (we estimate gross margins for this product to be ~35%) and ExpressCards. We forecast operating margins of 15.1%, up 540bps Q/Q and 1,860bps Y/Y, highlighting the impressive earnings leverage inherent in Novatel's business model. We estimate that the company ended the quarter with over US$88 mm in net cash, or about US$2.90 per share (about 17% of current share price).<br> * Strong demand for Ovation and ExpressCards: Novatel has already indicated that it saw much better-than-expected demand in Q1 |

Exhibit 1
Page 124

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | for its Ovation product line (USB devices), as well as steady demand for its EVDO and HSDPA ExpressCards. The company expects to realize over US$30 mm (at least 30% of Q1 sales) in Ovation revenues versus about US$12 mm in Q4/06. Novatel witnessed strong demand for its Ovation products, particularly from Verizon, and accelerated shipments that were expected to take place in Q2 into the Q1 quarter. Based on our channel checks, we believe that Novatel was able to gain share at both Sprint and Verizon, in their respective enterprise and retail channels. At Verizon, we believe the share gain came largely at Pantech and Kyocera's expense. |
| | | | | | * Expect Q2 guidance to reflect a more normalized run-rate: We believe Q1 represented abnormal demand for Novatel's products. For Q2, we expect the company to return to a normalized run-rate that excludes theroughly US$15-US$20 mm in accelerated revenues Novatel garnered in Q1. |
| | | | | | We expect the Ovation run-rate to return to the US$12-US$14 mm range (versus +US$30 mm in Q1), and possibly slightly lower for Q2 in particular given the strong Q1 demand. We note that Sierra will begin shipping its USB modem to Sprint in April, and similarly with AT&T starting May 7 following yesterday's contract announcement with the latter carrier. |
| | | | | | Similarly, Option has begun shipping its new ExpressCard to AT&T and we expect Sierra to commence shipments of its ExpressCards shortly, targeting Sprint, Verizon, and AT&T. The increasing competition for the new form factors will erode Novatel's early-mover advantage, leading to the normalized run-rate for Q2. For Q2, we are currently modeling revenues of US$82.1 mm, adjusted EPS of US$0.16, and GAAP EPS of US$0.09, while consensus stands at revenues of US$81.4 mm, adjusted EPS of US$0.12, and GAAP EPS of US$0.11. |
| | | | | | * Expect company to raise full-year guidance: We note that Novatel management provided no commentary on its full-year 2007 guidance when it pre-announced Q1 results last month. Given that Q1 results will be better than originally anticipated, we expect management to raise its full-year guidance, which currently stands at sales in the range of US$330-US$350 mm and non-GAAP EPS of US$0.55-US$0.70. We are presently modeling sales of US$366.5 mm and adjusted EPS of US$0.88. |
| | | | | | * Conference call details: A conference call is scheduled for May 1 at 4:30 pm. |
| | | | | | INVESTMENT CONCLUSION |
| | | | | | * We value Novatel Wireless at 19x our adjusted 2008 EPS estimate of US$1.00, yielding a target price of US$19.00. The shares are currently trading at 18.9x our NTM EPS estimate. We maintain our ACCUMULATE recommendation. |
| 4/27/2007 | 3,032,636 | $18.36 | 7.68% | 2.76 | |
| 4/30/2007 | 2,047,402 | $18.19 | -0.93% | (0.04) | *30 April 2007 JP Morgan - Paul Coster, Sameer Doctor, Mark Strouse* |
| | | | | | **Novatel Wireless - 1Q07 Preview** |
| | | | | | We expect NVTL to report strong 1Q results and issue strong guidance. NVTL is benefiting from sell-in of EVDO Rev A/HSDPA cards and demand-pull for USB-based Ovation. That said, we believe that sell-in will peak in mid-07 and that growth-rate and margins will decline from that point on. Maintain Neutral. |
| | | | | | * NVTL reports 1Q07 results May 1st. The conference call is scheduled for 4.30 pm ET, dial-in: 1-800-257-7063. |
| | | | | | * We are looking for NVTL to report 1Q07 PF EPS of $0.35 ($0.29 GAAP) on sales of $101.6 million, aligned with the preannouncement made on March 26. We are looking for gross margins of 30.9%. |
| | | | | | * We expect 2Q07 guidance to align with our estimates of $0.13 PF EPS on $82.4m (Street: $0.10 on $83.4m). We believe near-term momentum remains good owing to channel sell-in; however, we believe 2Q marks the high water mark for this phase of the market development. In 2H07, we expect growth rates to slow and margins to decline. |
| | | | | | * We remain concerned that the recent wireless modem strength is due to sell-in and may not prove sustainable. Over the last year, we have been assessing end-market demand for data cards, and the results remain ambiguous. Some verticals are upgrading (e.g. field services, pharma sales), and enterprise adoption progressed to pilot adoption, but we have not detected a step-function increase in adoption in new verticals or in the general enterprise that underpins more aggressive growth expectations. |
| | | | | | * We rate NVTL Neutral, with the stock trading at 25.5 times our PF 2007 EPS est of $0.88, a 6% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which will lead to commoditization and margin pressure in mid 2007, especially as growth moderates. |
| | | | | | Valuation and Rating Analysis |

Exhibit 1
Page 125

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | We rate NVTL Neutral, with the stock trading at 25.5 times our PF 2007 EPS est of $0.72, an 6% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which will lead to commoditization and margin pressure in mid 2007, especially as growth moderates. Longer-term, we remain concerned that the data card business might be cannibalized by embedded solutions, or that the stand-alone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. We believe better risk-reward tradeoffs can be found elsewhere in our coverage universe at present. |
| | | | | | Risks to our Rating |
| | | | | | The technology barriers to entry are modest for the CPC market, implying that new entrants could enter the space and force margins down. The PC card form factor is not protected, the UMTS standard is open, Qualcomm is prepared to license its CDMA based technology to all-comers, and the wireless operators are typically prepared to multisource CPC cards. WLAN and WIMAX technologies are thought likely to compete with cellular-based wireless wide area networks, possibly reducing the rate of CPC market growth. We assume that 3G operators will drop wireless data usage rates to about $30 -$40 per month (or lower) to stimulate demand, which we believe is price elastic. Failure to move to a more aggressive pricing structure might impede adoption and cause company specific growth targets to fall short of expectations. Novatel faces fierce competition from Sierra Wireless, Option Wireless, Sony Ericsson, Kyocera and potentially others, bringing down ASPs and gross margins. Ultimately, after-market solutions could be displaced by wireless modems that are integrated directly onto motherboards. |
| | | | | | Factors that could lead the stock to outperform our coverage mean include a faster than anticipated ramp in embedded module sales with OEM partners, a more accelerated deployment of HSDPA and next gen EVDO, pricing stability in next generation PC cards, thus nudging margins up to 30%+ levels, increased efficiencies in the certification process, and steady carrier adoption of next generation Ovation and PCI Express products. |
| 5/1/2007 | 2,733,636 | $18.71 | 2.86% | 0.92 | *Date: May 1 2007  16:05:03 Wire: Business Wire (BUS)* **Novatel Wireless Reports Record Results Driven by Strong Sales Across Multi-Pronged 3G Product Portfolio** First Quarter Revenue Increases 174% Year Over Year and 43% Sequentially - GAAP EPS of $0.34 Per Share and Non-GAAP EPS of $0.40 Per Share -  2007 Non-GAAP EPS Guidance Increases by Over 50% to $1.00 to $1.05 Per Share SAN DIEGO--(BUSINESS WIRE)--May 01, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported financial results for the first quarter ended March 31, 2007. Revenue for the first quarter was up 43% sequentially to approximately $110 million versus revenue of $77 million in the prior quarter and up 174% over revenue of $40.2 million reported in the same period last year. First quarter GAAP net income was $10.1 million or $0.34 per diluted share. This compares to GAAP net loss of $1.3 million or a loss of $0.05 per diluted share in the prior year period. 2007 first quarter GAAP results include approximately $2.0 million of non-cash share-based compensation, or $0.06 per diluted share, net of taxes. Excluding the effect of these charges, non-GAAP net income was $12.1 million or $0.40 per diluted share for the first quarter of 2007. "Our first quarter performance was the best in Company history, with record sales, strong gross margins and impressive operating leverage," commented Brad Weinert, Novatel Wireless' acting Chief Executive Officer. "Sales were even higher than forecasted in our revised guidance due to strong end-of-the-quarter momentum for newly introduced ExpressCards and Ovation USB devices. During the quarter, shipments of the Company's ExpressCards -- the most successful new product introduction in our history -- grew to almost $50 million in sales. Additionally, some initial stocking orders for Ovation USB modems, previously expected to be shipped in Q2, were shipped within the quarter contributing to the higher-than-expected revenue. Over the last month, we have received more follow-on orders for Ovation devices and are seeing strong demand across our multi-pronged 3G product portfolio, offering clear evidence of the success of our diversification strategy and the increasing demand for innovative wide-area wireless data solutions." "The first quarter demonstrated the strong operating leverage in our model," added Dan Halvorson, Novatel Wireless' Chief Financial Officer. "Gross margin increased to 31.1%, benefiting from improved operational efficiencies and the increase in sales of our Ovation product line, and our operating margin more than doubled to 16.1% of sales, excluding share-based compensation charges. In the second quarter, we will continue to scale our internal infrastructure to meet the growth in our business and sector. Given our strong |

Exhibit 1
Page 126

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

operating leverage and impressive year-over-year revenue growth, we are raising our non-GAAP earnings guidance by over 50% for the year to $1.00 to $1.05 per diluted share."

Q2 and 2007 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

The following table summarizes the Company's financial guidance for the second quarter of 2007 and the year ending December 31, 2007. These estimates are based on the Company's current business outlook as of the date of this press release. Non-GAAP earnings per diluted share are based on a projected tax rate of 35% and exclude FAS 123R share-based compensation expenses.

Second Quarter 2007:
| | |
|---|---|
| Revenue | approximately $90 million |
| Non-GAAP Earnings Per Share, Diluted | $0.20 - $0.22 |

Fiscal Year 2007:
| | |
|---|---|
| Revenue | $380 million to $390 million |
| Non-GAAP Earnings Per Share, Diluted | $1.00 - $1.05 |

Conference Call

The Company will host a live conference call for equity analysts and investors today to discuss its quarterly and full year results at 4:30 p.m. ET. The conference call may be accessed by dialing 800-257-7063 for domestic callers and 303-262-2140 for international callers. The conference call will be webcast live on the Novatel Wireless website at www.novatelwireless.com, under the "Investor Relations" section. Following the live webcast, an archived version will be available on the Novatel Wireless website. A telephonic replay of the conference call will also be available approximately two hours after the call and will be accessible for two business days. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter passcode 11088215. International parties should call 303-590-3000 and enter passcode 11088215.

*01 May 2007 JP Morgan - Paul Coster, Sameer Doctor, Mark Strouse*
**Novatel Wireless - Raising Estimates on Strong 1Q07, Guidance; Still Cautious on Industry Outlook**
Novatel reported strong 1Q07 results, beating their preannouncement on top and bottom line, led by PC Express card and Ovation strength. We are raising estimates and believe the Street will have to as well, based on strong 2Q and FY07 guidance, though we remain below the range for FY07 due to ongoing margin and commoditization concerns. While skeptical about long-term industry dynamics, we acknowledge excellent execution by management.

 * F1Q07 results comfortably beat preannouncement, with GAAP EPS of $0.34 ($0.40 PF ex-options) on $109.8M in revenue, ahead of our estimate of $0.29 ($0.35 PF) on $101.6M. (Street ests: $0.28 on $98.3M). Ovation revenue represented 36% of sales, higher than we had expected, while PC cards were strong as well. Embedded revenue was below our expectations. Gross margin was in line at 30.9% (Table 1). The balance sheet is healthy, EBITDA was ~$20M, and free cash flow was about $15M.

 * We are raising estimates on strong guidance and execution. 2Q07 guidance calls for ex-options EPS of $0.20-0.22 on ~$90M in sales, and FY07 PF EPS of $1.00-1.05 on $380-390M. Management believes accelerating adoption and, potentially, new WiMax products could sustain strong growth in 2008. While we believe adoption could accelerate if data plan rates come down, plan rates have exhibited only modest declines so far. We remain skeptical about long-term industry prospects, given commoditization/margin risks. Our revised estimates (Table 2), while up significantly from prior levels, reflect our continuing concerns.

 * Maintain Neutral. NVTL trades at 19.3x our $0.97 PF F07E EPS, an 18% discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.

Valuation and Rating Analysis
We rate NVTL Neutral, with the stock trading at 19.3 times our PF 2007 EPS est of $0.97, an 18% discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products,

Exhibit 1
Page 127

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

which will likely lead to commoditization and margin pressure in mid 2007, especially as growth moderates. Longer term, we remain concerned that the data card business might be cannibalized by embedded solutions, or that the standalone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. Excellent execution notwithstanding, we believe better risk/reward tradeoffs can be found elsewhere in our coverage universe at present.

Risks to our Rating

The technology barriers to entry are modest for the CPC market, implying that new entrants could enter the space and force margins down. The PC card form factor is not protected, Qualcomm is prepared to license its CDMA-based technology to all comers, and the wireless operators are typically prepared to multisource CPC cards. WLAN and WIMAX technologies are thought likely to compete with cellular-based wireless wide area networks, possibly reducing the rate of CPC market growth. We assume that 3G operators will drop wireless data usage rates to about $30-40 per month (or lower) to stimulate demand, which we believe is price elastic. Failure to move to a more aggressive pricing structure might impede adoption and cause company-specific growth targets to fall short of expectations. Novatel faces fierce competition from Sierra Wireless, Option Wireless, Sony Ericsson, Kyocera and potentially others, bringing down ASPs and gross margins. Ultimately, after-market solutions could be displaced by wireless modems that are integrated directly onto motherboards.

Factors that could lead the stock to outperform our coverage mean include a faster than anticipated ramp in embedded module sales with OEM partners, a more accelerated deployment of HSDPA and next gen EVDO, pricing stability in nextgeneration PC cards, thus sustaining margins of 30%+ levels, increased efficiencies in the certification process, and steady carrier adoption of next-generation Ovation and PCI Express products.

*Date: May 1 2007  19:52:08 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference(Transcript) NVTL US**
Event Date: 05/01/2007
Company Name: Novatel Wireless
Event Description:Q1 2007 Earnings Call
Source: Novatel Wireless
MANAGEMENT DISCUSSION SECTION
 Operator:
Good afternoon ladies and gentlemen thank you so much for standing by. [ph]  Welcome to the Novatel Wireless First Quarter 2007 Conference Call.  During today's presentation all parties will be in a listen only mode.  Following the presentation the conference will be open for questions.  If you have a question please press the star followed by the 1 on your touchtone phone, if you would like to withdraw your question, please press the star followed by the 2.  If using speaker equipment, please note that you do need to lift the handset prior to making your selection.  As a reminder this conference is being recorded today of Tuesday, the first day of May, 2007.  I would now like to turn the conference over to Mrs. Jill LaStat  with the Blue Shirt Group, please go ahead.
 Company Representative:
 Good afternoon and thank you for joining us on today's conference call to discuss Novatel Wireless First Quarter 2007 results.  This call is also being broadcast live over the web and can be accessed in the Investor Relation  section of the Novatel Wireless website at www.novatelwireless.com.
  With me on today's call are Peter V. Leparulo, Chief Executive Chairman of  the Board; Brad Weinert, acting Chief Executive Officer; Dan L. Halvorson, Principal Accounting Officer and Treasurer and Robert M. Hadley, Sr. Vice President of Worldwide Sales & Marketing.
  After the market closed today, Novatel Wireless issued a press release discussing the results for its first quarter ending March 31, 2007.  If you would like a copy of the release you can access it online at the company's website or you can call The Blue Shirt Group at (415)-217-7722 and we will fax or email you a copy.
  We would like to remind you that during the course of this conference call, Novatel Wireless management may make forward-looking statements including financial projections, statements as to the plans and objectives of management for future operations and

Exhibit 1
Page 128

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

statements as to the company's future economic performance, financial conditions or results of operations.  These forward-looking statements are not historical facts, but rather based on the company's current expectations and beliefs.  Words such as may, will, expects, intends, plans, beliefs, seeks, estimates, anticipates, projects and similar words and phrases are intended to identify forward-looking statements.  The company's actual results may differ materially from those projected in these forward-looking statements. Now I would like to introduce  Peter V. Leparulo, Executive Chairman of Novatel Wireless.

  Peter V. Leparulo, Chairman:

  Thanks very much Jill [ph]. Good afternoon and thanks for joining us on today's conference call to discuss our first quarter 2007 results.  I'll begin by going through just a few of the major highlights from the first quarter.  Sequential revenue growth of a remarkable 43%, the two best new product family introductions in Novatel history, strong increases across both of our major geographic markets, grossed margins of 31%, operating margins of 16%. EBITDA of over $20 million, free-cash flow of almost $15 million and non-gap profits of 40 cents per share.

  The markets for 3G wireless is taking off and believe we're perfectly positioned to take advantage of that growth.  Our results clearly demonstrate the success of the first phase of our growth strategy.  With this strategy we set out to grow our business broadly across al of our segments.  In the first quarter PC and Express Cards increased 9% sequentially, embedded was up by 10%, and Innovation was up an impressive 220%.

  We also want to expand and diversify our product portfolio to have multiple Web New Drivers and a more potential revenue stream, in the first quarter non-PC Card revenues accounted for 46% of sales.  And finally we focused our product development efforts on products with more Greenfield revenue opportunities where we can experience more rapid revenue growth with clearly  differentiated products.  In Q1, two new product family introductions, ExpressCards innovation, accounted for over $85 million in sales.  These  accomplishments position the company for an exciting future, and we're very optimistic that we can build on our success in the first quarter.  Moving forward we're focused on expanding our addressable market, diversifying our revenue streams and developing new mobility applications and platforms. Our next generation of products will enrich the connectivity experience and go beyond the pipe to offer a additional applications and services as carriers focus on building world revenue streams. Our focus will be on internal and  external growth as we look to leverage our strong position with our carrier and technology partners. Brad is going to elaborate further on our progress in the first quarter and future growth drivers but first I'll turn it over to Dan to walk the financials for everyone.

  Dan L. Halvorson, Chief Financial Officer:

  Thank you Peter. Before I begin the discussion of the first quarter 2007 results, simply noted all comments exclude the impact of share based compensation expense under FAS 123 R which we adopted effective on January 1, 2006. Share based compensation expense net of taxes was approximately $2  million for the first quarter of 2007. Revenues for the first quarter were up 43% sequentially and 174% year over year to 110 million. A significant  increase over our advice guidance as we saw strong demand for ExpressCard innovation devices at the very end of the quarter. Our core PC card business contributes 54% of Q1 revenue with embedded modules of 10% and fixed mobile convergence products at 36% of revenue. Ovation orders included both repeat and initial stocking orders. Sequential growth was bolstered by the continued strong performance of our EV-DO products, which accounted for 77% of revenue.

  HSDPA generated approximately 23% of sales. While it was a smaller percentage of sales in Q1, HSDPA still grew by 22% on a sequential basis. Partly spurred by our reentry using our ExpressCard in the key customers like T-Mobile [ph]  and Orange [ph]. In the first quarter, we shipped to 11 operators and 9 OEMs  in 38 countries. Leaving customers in the quarter included Dell, Sony,  Sprint, Verizon Wireless and the Vodafone group of operating companies.

  With geographic perspective, domestic revenue accounted for approximately 79% of sales and an international revenue were 21% of sales. Gross margin  increased to 31% on a non-GAAP basis. In part reflecting the strong sales of our higher margin Ovation products. We're very pleased with our gross margin improvement. We are also pleased to report that operating margins more than doubled to 16% pointing to strong leverage in our model. As operating expenses decreased to 15% as a percentage of revenue down from 20% of  previous quarter. R&D expenses increased modestly by $200,000 from Q4 to 8.4 million. As a percentage of sales, R&D decreased to 7.6% down from 10.6% last quarter.  Sales and marketing expenses increased by 1.1 million from Q4 to  4.9 million reflecting the higher sales total but decreased to 4.4% as a   percentage of revenue.

Exhibit 1
Page 129

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

G&A decreased by $300,000 sequentially to 3.2 million and represented 2.9% of sales. We would expect both R&D and G&A expenses to increase in absolute dollars and as a percentage of sales as we catch up on some of the investments and continue to invest in the future.

Including the net share based compensation charges of 2 million; we reported GAAP net income of approximately 10.1 million or 34 cents per diluted share.

On a non-GAAP basis excluding the net non-cash compensation charges, we reported net income of 12 million or 40 cents per diluted share. Other bottom line metrics also improved as EBITDA was 20 million in Q1 nearly tripling the immediately preceding quarter and free cash flow was an impressive 14.6 million.

Now lets turn to our balance sheet. [ph] AR [ph] days outstanding were approximately 51 days, a decrease on the prior quarter at 57 days despite 43% top line growth. Our ER balance was 61 million at March 31st, up from 48 million in the prior quarter due to the sequential increase in revenue.

Inventory was up modestly by about 1.5 million to 27.2 million reflecting the revenue increase while annualized inventory turns are very strong 11 times per year. At March 31st, 2007, we had approximately 91 million in cash and investments with no debt. Our cash investments position represented a net increase of approximately 7 million from the prior quarter even with the increase in inventories and receivables.

Moving to guidance. We entered the second quarter with momentum for our new products in all three prongs of our diversification strategy and a strong sales pipeline. We believe the underlying fundamentals of our market are strong and currently expect revenues of approximately 90 million in the second quarter with non-GAAP EPS of 20, 22 cents per share. Given the positive momentum in the market place we are also raising our guidance for the full year to 380 to 390 million, an increase of over 40 million from previous estimates. Given our greater operating leverage on our higher projected basis sales, we are also raising our non-GAAP EPS range to $1 to $1.05 per diluted share, an over 50% increase from previous guidance. With that, I will now turn the call over to Brad.

Brad Weinert, Acting Chief Executive Officer and Chief Operating Officer: Thanks Dan. [indiscernible] The first quarter was an important milestone for the company. It offered clear evidence of the growth of our market place, the successful diversification of our business, the impact of broader distribution and the operating leverage in our business model. Moving forward, our focus is on capitalizing on the growing opportunities in the market place today while positioning the company aggressively for the . Our whole industry is seeing a notable pick up in demand as Wireless WAN technology has crossed over a threshold to become a more mainstream technology. The wider availability of EV-DO Rev A and advanced HSDPA networks have had a major impact on adoption rates and we expect next-generation HSUPA and EV-DO Rev B to further this trend. Clearly, enterprises are starting to order 3G products in greater volume and we are seeing growing consumer acceptance for the mobile worker. We are very encouraged that this growth is happening even at advance of carriers reducing monthly rate plan costs. [ph] To capitalize in these trends, we've set out over a year ago to radically transform Novatel Wireless from a company focused on one product to one with multiple revenue streams from a wider range of products. In Q1 NUM PC card products accounted for over 50 million in sales and we now expect that they will provide over 40% of revenues in 2007, up from 18% last year. Building on our strong first quarter, we are investing heavily in developing the next generation of products that will further drive our growth. In PC cards we have introduced HSUPA with our first product to market the X950D ExpressCard to be released this summer. In the embedded market, we have made substantial progress in commercializing next generation embedded modules across all major technologies, and we now expect to see the number of laptop models with our modules more than double during 2007. HSDPA 7.2 upgradeable and EV-DO Rev A modules have gone through all of the necessary approvals, and have already been certified at five carriers.

These next generation modules, which we expect to be shipping well into 2008, also support in demand GPS technology for precise position locating allowing network operators and laptop manufacturers differentiate their offerings and build new revenue streams. In Ovation, we have had great success with our USB devices, which carriers are using to target a multitude of new customers,including ultra mobile PCs, Apple laptops, PDAs, and traditional desktop PCs.

Looking to the future, we have two major upcoming milestones: first, we expect to launch a robust, next generation Ovation MC950D platform, a HSUPA capable device with speeds of up to 7.2 meg up length and 2.0 meg down length. We expect to launch with tier one in European operators in the summer with significant revenue ramp in Q3.

Exhibit 1
Page 130

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

We believe the design for Ovation USB device is an excellent fit for the European market. Later in the year, we will also introduce a new form factor of our Ovation USB modem in the US, which will significantly shrink the package size, have state of the art design, and add a whole host of new functions. These new products should continue to drive our top line results throughout the remainder of the year, and we continue to look for additional means to drive future growth and expand our addressable market.

As we've discussed in the past, we are working with leading carriers and laptop manufacturers on providing new mobility applications and platforms.

Additionally, we are also looking at new technologies like WiMAX to further future growth. WiMAX is clearly on a roadmap, although we do not see significant revenue opportunities for us, or any of our competition, until well into 2008. While WiMAX develops, we are also continuing to work and lead the way with the next generation of cellular technologies, like HSUPA and EV-DO Rev B. I'm pleased with our record first quarter, and excited about our strong outlook. Our R&D effort is in high gear, and the next generation of solutions will be rolling out over the next six months.

The first quarter clearly demonstrated the strength of our market and the operating leverage in our business model. We are firmly focused on executing over the short term, while building a more diverse and even more exciting Novatel Wireless for the future. With that said, Dan, Rob, and I are happy to answer your questions. Operator, you can now open it up to questions.

Q&A

Operator:

Thank you, sir. [Operator Instructions] Ladies and gentlemen, we will begin the question and answer session. Our first question comes from Hasan Imam with Thomas Weisel Partners, please go ahead.

< Q - Hasan Imam>: Thank you. Congrats on a great quarter and importantly, great executing. My question really centers around guidance: Danny, in terms of your full year guidance range of 380 to 390 that implies sequentially flat to slightly up third and fourth quarter. It's still impressive, given the strength in the first half, but I'm wondering are you leaving some room or that's the best visibility you have for now.

< A>: Yes. Hasan first of all, thanks for the compliment on behalf of the management team and all the employees here at Novatel. You know, it has been quite an execution this quarter, so thanks for that recognition. With regards to guidance, you know, we talked about this and I think you and a couple of other analyst had the question, you know, with regards to guidance, you know, we think well, Q2 guidance is meaningful guidance but when we think of the full year guidance, you know, when I go back to February when we introduced the annual guidance of 330 to 350 million and EPS of 55 to 65 cents, and then later in the month, raised it by another nickel. You know, now we're raising the bottom line by 50%. I think that it's a measured guidance.

I think as we look at it, we're very excited as in Peter's opening remarks, you know, that the space is taking off and that said though, I think Novatel's determination of calling guidance for the second half of the year for Q3 and 4 is fairly measured in the way we're going to call the guidance and we while we have good, we think good visibility certainly into Q2 and 3, we're going to be measured in our guidance so I think as you say, you know, flatish is what that would indicate, but I think that the 380, 390 with the $1, $1.05 is very solid guidance so I think it's really your right to think about it as being measured guidance Hasan.

< Q - Hasan Imam>: Great. Thank you. And then on gross margins, just from my preliminary model, it looks like gross margins may dip a bit below 30 in the second quarter and then you can maintain 30% up a number for second half. Is that about right?

< A>: You know Hasan, that's - while I, we're not going to give directional specific gross margin guidance. [ph] I will say that in my remarks and certainly in my quote in the earnings release, you know, really for everybody to be on a level playing field, you know, if you listen to the fact that R&D went up a modest 200,000, sales and marketing track with it. I think the conclusion is your probably modeling on your first watch as you say and I recognize you haven't had a lot of chance to model this yet, but you're probably keeping optics flat. You know, we are going to round the Novatel team. We've accomplished a lot with what we have and we are rounding out.

We have some great initiatives in R&D, so I think if you take a look at, the directional increase in OpEx, which will be fairly meaningful in the second quarter, you'll see that gross margins are solid. I'm very pleased with gross margins.31% may drift a little bit, but, I think they're very solid gross margins coming out of Novatel where, you'll find in some of the comments that we're in good shape, both gross margins and more importantly if we keep focus on the operating margins, what that 90 million and 20 to $0.22

Exhibit 1
Page 131

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

yields.

&lt; Q - Hasan Imam&gt;: I got you.  So gross margins are likely to stay above 30% and you have some OpEx eats up a bit of that right?

&lt; A&gt;: That's the right way to think about it.

&lt; Q - Hasan Imam&gt;: Okay.  Okay.  And then lastly for Brad, could you comment on the new product line.  Specifically the next innovation and the smaller foreign factor USB devices you've talked about in the past.  When can we expect those to ship and will that be a 2007 revenue contribution or more of a 2008 debt.

&lt; A&gt;: Sure to find out.  We fully expect to get revenue at, starting Q3 in Europe with the MC950D as well as the ExpressCard and the USB product.  Those are - in development right now and should be in their trials this quarter, and we'll be ramping revenue in Q3.  And same for the device for the US  markets.  Probably later in Q3, but still a very strong contributor to revenues for this year.

&lt; Q - Hasan Imam&gt;: And Brad, do you think like your first generation product, or the initial deployment of your product.  Those will carry higher margins?

&lt; A&gt;: We certainly see very strong demand for these products and if we're leading the way. [ph] We are certainly in a leadership position and both the ExpressCard and the USV  markets and we're adding a lot of value with the next generation. So I certainly would expect to be able to continue to demand a premium because of the quality and the class of the products.

&lt; Q - Hasan Imam&gt;: Great. Thanks guys and congrats.

&lt; A&gt;: Thank you.

Operator:

All right thank you. Kevin Dede with Merriman please go ahead with your question.

&lt; Q - Kevin Dede&gt;: Yes, congratulations gentlemen. Nice job. I was wondering if you wouldn't mind Peter and Brad elaborating on some of the other applications you plan on going. Obviously when your closest competitors decided to the dive a little deeper in the M-to-M market. I'm wondering what you folks are thinking and can you give us a little bit of clue on where you think you can add an edge.

&lt; A&gt;: Sure. One of the things that we did by being first to market and having such an initiative to get to first to market with these new 3G products is that we believed that there's a tactical advantage in that we would have this mid field strategy, but more importantly is that we believe that these platforms would be the ones that the operators look to for a number of  initiatives which are complementary to pure connectivity. Those are things like LBS, those are things like enhanced notebook capabilities, asset tracking, remote diagnostics, IP based applications. The advantage that we  had in putting these out first was obviously we got the platforms out first and we will continue to capitalize on that, but the applications that we are looking at are ones that we could develop these offerings in conjunction with the operators. I'd be the first ones to take these offerings into the market.

So those are the ones that we're initially looking to revolve these software  initiatives around. Ones really that relate to mobility, I guess would be the first characteristic of them. And then secondly ones that we believe will  fundamentally shift the way that end users think of you and in fact use their  laptops.

&lt; Q - Kevin Dede&gt;: So the real focus is on just improving the functionality of laptops given that they're aware of where they are and are having a high band width connection?

&lt; A&gt;: No, this isn't just putting GPS in there and having a lat long [ph], this is getting applications layers and working with third party application developers on top of this really to generate a digital revenue. And to then separately have hopefully in Novatel's P&L licensing revenue line items. So it's not just increased functionality, these are the things that 3G has promised. And we believe these are the ones that the operators are looking to to, to generate higher revenue.

&lt; Q - Kevin Dede&gt;: Do you see that happening this year, Peter?

&lt; A&gt;: It is.

&lt; Q - Kevin Dede&gt;: That. I'm sorry go ahead.

&lt; A&gt;: Sure. If it happened this year it would be incremental to what we've  given in guidance, but we see these, as really the focus of 2008 revenue  opportunities is where they are.

&lt; Q - Kevin Dede&gt;: Okay. Do you plan you think on disclosing perhaps revenue  generated by licensing separately at that point

Exhibit 1
Page 132

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

or we'll have to see how  things go?

    < A>: I think we would look to see how things go and whether that is  independent of how tied that is to hardware. There are a lot of different  models that you can bring to bear on this. You can have a licensing model, you can have an annuity model, some of it might be tied to the hardware. So  in terms of the presentation of it we'll see how it goes and the business  models that we're working on.  But overarchingly, the goal is to take these  platforms, move them up the food chain and move to the applications layer and  have revenue streams that reflect that end usage.

    < Q - Kevin Dede>: 1 last question, my press release said Acting Chief  Executive Officer and I just wanted to make sure that was a typo.

    < A - Peter Leparulo>: Kevin, I owe you about a -- I owe you a meal.  I think  what you're suggesting is that the team over here, Brad, everybody, is doing  a spectacular job and I would join in that commentary on it completely.

    < Q - Kevin Dede>: Okay.  Well very good.  When do you think we might be able  to see that rectified?  The typo, that is.

    < A - Peter Leparulo>: Sure.  What we're doing is, as we talked about before,  is that we are interviewing experienced candidates, qualified candidates.  Obviously, none of this is disrupting operations and we're really hitting on  all cylinders over here.  So that's going at pace.  That's sort of a normal  trajectory of a search.  Brad is obviously a candidate for that and  ultimately it will be a Board decision.

    < Q - Kevin Dede>: But no time line set on when you think that might happen,  Peter?

    < A - Peter Leparulo>: No, and what I can tell you is because the time lines  end up not going by the rigors that you might anticipate with that amount of  precision but I could say we're closer to the end than the beginning of the  process certainly, the process probably started in January.

    < Q - Kevin Dede>: Very good.  Thank you for addressing that.  Much  appreciated and congratulations again, gentlemen.

Operator:

All right, thank you.  John Bright with Avondale Partners, please go ahead  with your question.

    < Q - John Bright>: Thank you.  Peter, do you -- staying with the last  question, do you think you'll have this CEO appointment finished by the end  of next quarter, before we talk again?

    < A - Peter Leparulo>: Yes.  I mean, the target is to complete it as soon as  possible.  What you end up doing is have a lot of schedules to juggle to get  to that and some other dynamics that go on with individuals.  But, yes, we're  trying to bring it to a conclusion as expeditiously as possible.

    < Q - John Bright>: Okay.  I'm going to shift over to WiMAX. We've seen  Sprint with their press releases put out there.  If you guys talked about  this at  the beginning of the call, my apologies, I didn't hear it.  They're  a large  customer for you and they've got a path they're talking about to  deploy WiMAX. You're talking about not seeing any products associated with  that  until late '08.  Obviously the diversification strategy is working  extremely well.  What do you think this means particularly for Sprint?  I  asked this   question of your peers and they actually talked about it also with   potentially some other players doing it as well.  Is that something that you   anticipate and what's been your communication with the guys at Sprint?

    < A - Peter Leparulo>: John, let me give you what -- how we do WiMAX.  There  are 2 generations.  So you -- I know there's a lot of buzz around the first   generation of WiMAX but there are basically 2 generations and nobody talks of  the target case, which we believe will generate the greatest RY for the  company.  Generation 1 that you hear about is -- it's a single-mode  side-by-side  technology.  It's not integrated into wide area and it's really - you can  think about it more like a stand-alone WiFi, and as you might   imagine the development costs on that are high and the volume potentials to  our view are relatively low.

 Generation 2 of WiMAX very interestingly we believe will be pulled into the  wide area chipset and integrated into it.  This is the perfect place for  Novatel to play.  This is where we can bring the greatest value, and it  really reflects how WiMAX came about.  The strength of WiMAX is in its  portability and its efficiency in terms of moving data.  It's not full  mobility in terms of what its strengths are.  That goes back to just how it  was built over Ethernet technology, rather than cellular.  We believe if we  enter that point where in gen two, which is in 2008, we will get the  advantage of, our strength is bringing this to wide area, that's our  generational development that we do best.  Secondly, there'll be a very large advantage to entering at that point because the WiMAX that we will  integrate  into wide area chip set will be backward compatible with existing networks  and existing technologies.  We understand the

Exhibit 1
Page 133

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

gen one is one, is something that people are saying is coming to commercialization. We think gen two is the place for Novatel to be, and that is a 2008 opportunity.

&lt; Q - John Bright&gt;: The press release I've seen from Sprint, they talk about gen one, gen two, a single mode as well as a dual mode backwards compatible product, and they're talking about 100 million, I think 100 million, 19 markets covered, some in the beginning, a couple in the beginning in the end of '07 and then the rest in the '08 timeframe. If you were to get involved in the product deployment of that, are we talking about a design phase that's six months, a year? What do you think the design phase to that would be?

&lt; A&gt;: John, we've already, just to give you some more light, we've already been engaged with the chip set level with a variety of WiMAX providers for several quarters. The actual development of WiMAX is probably very similar to what it is in our other wide area platforms; takes us about nine months to inception to the time we can deliver a commercial product. That being said, we've been very much, as you alluded to, we've been very much a partner with Sprint and we'll continue to do so, we didn't see an initial business case for the first round. We certainly do see a business case for the second round, as you get closer to, as you said, mass deployment. As you know, any cellular deployment, and WiMAX is certainly being treated as though as it's a network cellular deployment, it takes quite a bit of time and effort. We think that first that the schedule is aggressive, and second we think that the TAM will be there at the end of '08, and at that point, we would certainly be very much present in those markets if there is a business case for it. There's no reason why we can't be in the market within nine months, assuming we started today, with the product submittal of 2008 would not be out of the question.

&lt; Q - John Bright&gt;: Right. Last question and then going back to Peter to you, as, I'm not sure the title, Chairman, how are you seeing your role operationally once the new CEO comes on board looking forward? Is it going to be strictly strategy in nature or will it have an operational focus as well?

&lt; A - Peter Leparulo&gt;: I think it will be principally strategy, John. I think the way that it's working is more in terms of sort of an executive office type approach. I view that as my getting over strategy as we got a great opportunity to look over a longer horizon as we build Novatel out to a self-sustaining company that is a very big player in the wide area space. I would expect to move that over to a strategic growth initiative role.

&lt; Q - John Bright&gt;: Gentlemen, operationally great quarter.

&lt; A&gt;: Thank you very much.

Operator:

All right, thank you, George Iwanyc of CIBC World Markets, please go ahead with your question.

&lt; Q - George Iwanyc&gt;: Let me extend my congratulations, as well. Dan, given the current margin levels, can you give us an idea of what your long term financial terms are as of now? Have you reset those?

&lt; A - Dan Halvorson&gt;: Sure, George, and thanks for the compliment. With regards to longer term business model, we've always had what we've often referred to as the 30, 20, 10, moved away from that realizing that the 30 seem to have everybody concerned as we slugged through and turned the company back into the high 20s and hit the 31% this quarter. I think the best way to think about it is really in line with that 30, 20, 10, and really focus on the 10. Longer term operational income of 10%, and obviously we control costs, we won't spend 20% OpEx, therefore either that bottom's going to move up, or there's a little room for margin play. So 30, 20, 10 with the focus on the 10% operating income, George, is the longer term.

&lt; Q - George Iwanyc&gt;: Great. Looking at that extra 10 million you saw at the quarter, can you give us an idea of what linearity was like?

&lt; A - Dan Halvorson&gt;: this quarter there's a couple of thoughts. We came out in the end and said we would eclipse 100 million. As you tick and tie the quarter, it definitely, as we said in the prepared comments, had extra, additional Express as well as the Ovation unit. So pretty heavy in the end, while it was fairly, let me say non-linear, it was fairly heavy in the end to come up with a 110 million.

&lt; Q - George Iwanyc&gt;: All right, and Brad, can we dig into the Ovation strength a little bit? Are you seeing anything from the router product at this point or is it all the USB product that's driving the growth?

&lt; A - Brad Weinert&gt;: majority of it is USB product, but I think that there is a strategy with that as well. We certainly are still

Exhibit 1
Page 134

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

seeing attraction in Europe, but not at the same type of volumes and levels that we are in North America with the USB product, but we look at Ovation as a strategy, it's not really a product, it's really an entry vehicle that fits into some of the other things we're doing long term. So right now the current interest is in the USB as an alternative or an additional or an incremental device that fits into the networks, but we certainly are seeing continued interest in Europe and also in North America now with more of a fixed mobile conversions play.

I just think that it's a function of time at this point. I think that it certainly is still alive, and there is still sales going on, but certainly not at the level that we're seeing in North America with the current USB offering.

< Q - George Iwanyc>: With it the USB product, do you see this as staying incremental to the PC Card shipments, or when you have the smaller product coming out later in the year, do you think that might chip away from PC Cards?

< A>: There's always a small bit of that, but I think that there are also a lot of additional markets and different uses. One of the things we've seen, obviously, with USB is that there's been a tremendous take up in the non-traditional spaces and being used at fixed desktops, and obviously PDAs and ultra mobile PCs and Apple computers and things that traditionally couldn't use a PC Card. We also see at an enterprise where you might have a pool of 50 users that are sharing 20 devices, and they've found that to be much of an easier solution than PC Cards, because one of the things with USB is that the drivers and the software are actually part of the device included in the flash memory, so it's a pretty much a zero install type of a product. Time will tell on that, but in general, the market is growing at such a fast pace across the board that it's hard to see any type of cannibalization from one product line to another just because of the dramatic growth across all of the product families right now.

< Q - George Iwanyc>: Great. And the last question; Dan, can you tell us what the 10% customers were?

< A - Dan Halvorson>: Sure. 10% customers are going to be Sprint and Verizon and then a couple on the fringe. But Sprint and Verizon.

< Q - George Iwanyc>: Great. Thank you.

Operator:
Thank you. Matt Hoffman with Cowen and Company. Please go ahead.

< Q - Matthew Hoffman>: Thanks. I'd like to dive back into the USB Ovation trends here. Specifically talk about customer concentration overall, but if you break down your 10% customers, Sprint and Verizon in particular, are you selling a lot of Ovation into there? And where are you getting the best feedback right now in terms of sell-through? And is it your best guess that sell-through is matching sell-in? Thanks.

< A - Rob Hadley>: Sure. [ph] Just -- this is Rob, Matt. Basically we continue to have a strong feedback for a USB products that Sprint and Verizon as a matter of fact. And this is complemented by actually a ready healthy stream of orders for this quarter. And further to that, we're introducing next generation Ovation USB in Q3 that Brad discussed, the MC727. And so we believe that we have a strong portfolio offering going forward. So right now good healthy follow-on with orders and a strong interest from both Sprint and Verizon in our Ovation USB solutions. Related your question on the, I believe it was in sell-in and probably balancing versus sell-through. As you know the carriers manage their inventory very closely as we monitor inventory and the channel as well. And in addition to the follow-on orders that we've received from both carriers, we also see continued demand. So based on this feedback, we're saying the sell-through going through very nicely at a steady clip with these operators.

< Q - Matthew Hoffman>: All right. And this one's probably going to be geared more towards Dan, but also on Ovation. Dan, what part of the second half visibility improvement with the guide up today is really tied to Ovation? Or is it really -- do you see the mix moving back toward data cards in the second half?

< A - Dan Halvorson>: No. Matt you may not have heard, what we said in the prepared script is that non-PC cards, which is moving up by the way as far as Ovation and embedded as we said will be 40% of our business going forward. We think that -- and you can kind of put a run rate on the embedded, but it tells you that Ovation family is going to be very meaningful both as a strategy to us on the revenue. So 50% of our revs will come from the embedded and that's been running right around 10% and then the Ovation would be the other 30% plus or minus.

< Q - Matthew Hoffman>: Great. Congrats on the quarter guys.

Exhibit 1
Page 135

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< A>: Thank you.

< A - Dan Halvorson>: Thank you.

Operator:

All right. [ph] Thank you. [ph] Jeremy Chapel with Keese Capital please go ahead with your question.

< Q>: Thank you. I just had 1 question about backlog. I think in your previous 8-K the backlog stood at $115 million and I was wondering if I could get some guidance on where it is now. Thank you.

< A - Dan Halvorson>: Sure. SO backlog is going ebb and flow with the timing in the quarter. When we had the last 8-K was as week old guidance and that would have been probably as we ended the year, we said we were entering '07 with the highest backlog. So we've obviously had $110 million quarter so we've sold a lot of that. But a lot of that has been replenished to give us visibility to have $90 million guidance. So it's lower than the 115, but it's a very solid backlog as we sit here today and something that gives us the confidence to put out a $90 million Q2 as well as upping guidance to 380 to 390 million for the year. And that's a mixture by the way of various form factors, a well which kind of segues, it's a part of both that has a Ovation Express Card as well as OEM Business.

Anything further? Our next question comes from Mike Walkley with Piper Jaffray, please go ahead.

< Q - Michael Walkley>: Yes thank you and congrats also on a great quarter, I just wanted to follow up a little bit by technology. I think it's been pretty clear EV-DO said that this isn't killing higher margins. Can you give us any hints on HSDPA as one of the first to market with that product, how did you think about margins there versus say EV-DO, would it be obviously better than the HSDPA but lower than EV-DO?

< A>: Mike that's a good way to think of it, at lower than EV-DO and the variety reason there is we're 70% of our business plus is EV-DO, so I think that's a good way to think about it, less than EV-DO but higher that HSDPA.

< Q - Michael Walkley>: Is that more just on scale or is it also on pricing?

< A>: Combination in components as well, the mix as we've talked about for pricing not just ASP its probably more a function of the cost side of the house, you know with efficiencies we have with our purchasing power on EV-DO.

< Q - Michael Walkley>: Okay great. You guys have been very helpful, thank you very much and congrats in a strong quarter.

< A>: Thanks Mike.

Operator:

All right thank you. Paul Coster with J.P. Morgan, please go ahead.

< Q>: Actually it's Sandok [ph] for Paul. [ph] I have a couple of questions, I know somebody asked this earlier, but could you give us a little more of a sense of how would you split up of your revenue in terms of channel filled versus channel to finishment ? And is it middle 50/50 or is it more skewed toward the finishment [ph] or do you see other skilled before?

< A>: Sure I think that getting back to selling and self driven its more skewed towards self driven at this time, as I mentioned we're already receiving new order within the quarter for our products fairly early in the quarter.

< A>: If I could just add a little bit of color to that just in general with the challenge that we deal with which are the carriers and the laptop manufacturers, for example the laptop manufacturers, our inventory exposure with Dell is about 2 weeks. That's all they'll carry and that basically what the inventory exposure is. The carriers are probably a little bit more than that but their managed inventory in a very much system timed basis, so the issues in the past of large amounts of inventory and the sales challenge are really a thing of the past. I think we've got in a time not quite to adjust in time inventory yet but there's very little room in the channels for inventory stocking and we're pretty much supplying on a weekly basis to all of our customers at this point.

< Q>: Great, what does the opportunity look like in the laptop market right now?

< A>: Well, developing markets are always intriguing because you're talking about like India, China. Typically those are very, very difficult markets for a company like Novatel to penetrate, mostly just because of the return on investment. Typically the price targets and cost targets are very low and require even government subsidies and typically are handled, at least at the entry point by the larger manufacturers, so we look at it on an opportunistic basis but right now we are really focused on our major markets which are EMEA and North America and some specific Pacific rim markets. We do look at it from time to time but there's nothing really in our plans

Exhibit 1
Page 136

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

to try to address that in the near future.

   < Q>: Okay, can I just ask a couple of housekeeping questions, what of CapEx in the quarter and what was the depreciation?

   < A>: Sure the depreciation and amortization is just 2.3 million and CapEx as we rounded out our second contract manufacturer was just a tad over 5 million.

   < Q>: Great. Thank you.

 Operator:

 All right, thank you. Anthony Stoss with Craig-Hallum, please go ahead.

   < Q - Anthony Stoss>: Hi, guys. Good quarter, I wanted to throw that in. I'm sorry I dialed in a couple minutes late. I'm wondering if you gave what percentage of your business was EV-DO versus HSDPA. Also, if you wouldn't mind, Dan, sharing head count and then I've got a couple more follow up questions.

   < A - Dan Halvorson>: Yes, so we did give that, Tony. But we were 77% EV-DO, 23% HSDPA, etcetera and head count is 288 head count in temp, so still modest growth there but measured growth, head count 288 at the end of the quarter.

   < Q - Anthony Stoss>: Okay. Just following up on your contract manufacturing comments, can you give me a sense of what percentage of your production was done by your second now contract manufacturer in Q1 and what you guys would expect in Q2 on forward, and also if you could give us a sense of how LG has responded? Are they giving you better pricing, and then I've got 1 last follow up question after that.

   < A>: Sure. With regards to mix, IAC is probably about a third and that's going to ramp as a function of mix. It may be a little heavier in this quarter when the USB device was 35% of our business. So it's probably at least that. They're running -- as we've talked about, we're running the USB, or the Ovation family, through the second Company.

   < A>: Just to add some color to that, Tony, we made the factories pretty much compatible with one another so that we can run lines at either factory with very little effort. [ph] All of our test stacks and SMT equipment, etcetera, is common across all the factories. So we basically set it up from a capacity standpoint to be able to address things like what happened to us at the end of the quarter, which gave us the ability actually to be able to produce more product more quickly. But certainly, also, having an additional competitor is great leverage at any time and it has certainly helped us in terms of overall product costs.

   < Q - Anthony Stoss>: Okay. Following up with you, Brad, you made an interesting comment about demand picking up across the board for all the entrants even without the monthly service fee being reduced by the wireless carriers. Can you give us a sense, or if you're hearing anything along those lines from your customers, are they planning to reduce that, go after cable modems, DSL? Any detail would be helpful.

   < A - Brad Weinert>: We hear the rumblings just like probably everybody else does from time to time. I think that the point that we were making there, or the point I was trying to make, is that even despite the fact that we are still having to deal with the service rate plans that are probably too high for the most part; we are seeing higher than ever adoption rates. We think that as the service rate plans decrease, then the adoption rate should even increase at a more substantial clip. So the point was that they really haven't gone down yet, yet the volumes are going up and we think that over the next 12 to 18 months there certainly is going to be additionally competitive pressures to continue to drive service rate plans down.

 There has been some, and in Europe, for example, we're seeing a lot more bucket pricing rates where -- I mean the pay-as-you-go plans or different rate plans depending on your level of usage and service, and then also, Tony, the newer networks now have moved to HSUPA [ph] and are moving to HSUPA even where they also have quality of service functions and features that are built into the network. So in theory the operators can start to segregate their service rate plans based on performance or usage and things like that. So we think that that's on the way but there's no clear date or time that I can tell you in the future that's going to happen other than it's inevitable.

   < Q - Anthony Stoss>: Okay. Great quarter, guys. Thanks a lot.

   < A>: Thank you.

 Operator:

 Thank you. [Operator Instructions] We have a follow up next from Hasan Imam. Please go ahead.

   < Q - Hasan Imam>: Thanks. I actually had a follow up perhaps this is for Peter. As you look at these new areas Peter, that you

Exhibit 1
Page 137

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | are thinking in terms of diversification, like applications etcetera, are you going to run into the issue of not having the expertise internally so more soft range near highers or an acquisition of sorts? Thanks |
| | | | | | &lt; A - Peter Leparulo&gt;: Sure. We're going to be looking at both Hasan. The applications that we are looking to in the shorter term are very much tied to an extension of our former [ph] capability. And I think we've got a very unique window here to deploy these applications in a way that nobody else can. Because they are going to be tied to the expertise and the customization that we do on the firm ware [ph], which is the key enabler to that. To that extent they will be organically driven, but I think you're right in terms of what you allude to. That we always should be looking as well to doing this externally; do some of them externally as a possibility, both because of the recognition in those areas by an acquisition. And because of the expertise of the more forward looking applications that we are looking to. |
| | | | | | &lt; Q - Hasan Imam&gt;: Okay thanks. |
| | | | | | Operator: |
| | | | | | Thank you. We have time for one more question that comes from Kevin Dede. Please go ahead. |
| | | | | | &lt; Q - Kevin Dede&gt;: Thanks guys. Dan just a little insight on the tax rate in the quarter and going forward what you would recommend looking at on a non-GAAP basis. |
| | | | | | &lt; A - Dan Halvorson&gt;: Sure. Yes, 35% combined Federal and State with California rates. I think and if the profitability stays up it will be in the 35-36% range both current quarter and going forward on a GAAP basis and non. And that's stripping out the FAS123(r) obviously that's called at 35-36%. |
| | | | | | &lt; Q - Kevin Dede&gt;: Okay, yes, so we saw 36, a little over 36 this quarter. |
| | | | | | &lt; A&gt;: Right. That's a good proxy as we go forward. |
| | | | | | &lt; Q - Kevin Dede&gt;: Very good thank you. |
| | | | | | &lt; A&gt;: Thank you. |
| | | | | | Operator: |
| | | | | | Please continue with any closing comments. |
| | | | | | Company Representative: |
| | | | | | Again thanks for being on the call today. We very much appreciate your continued support. Till next time thank you. |
| | | | | | Thank you. |
| | | | | | Operator: |
| | | | | | All right thank you. Ladies and gentlemen this does conclude the Novatel Wireless First Quarter 2007 Conference Call. You may now disconnect. Thank you very much for using [indiscernible] conferencing. Have a very pleasant day. |
| 5/2/2007 | 5,384,252 | $19.94 | 6.57% | 2.07 | *Date: May 2 2007  11:05:18 Wire: BLOOMBERG News (BN) --Natalie Gilbert* **Novatel Wireless Raised to Market Outperform at Dundee :NVTL US** Princeton, New Jersey, May 2 (Bloomberg Data) -- Novatel Wireless Inc. NVTL US) was raised to ``market outperform'' from ``market neutral'' by analyst Arinder Mahal at Dundee Securities Corp. The 12-month price target is $22.00 per share. |
| | | | | | *May 2, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera* **Novatel Wireless, Inc. - NVTL - 1Q & Guidance Exceed Expectations, But Volatility Remains** Action Yesterday, NVTL released 1Q07 results well ahead of expectations despite its 3/26/07 pre-release, with EPS coming in at $0.40 vs. $0.35 consensus and guidance of "above $0.35." Revenues were $109.8M, ahead of $102M consensus and guidance of "above $100M." For both 2Q07 and C07, NVTL's guidance exceeded expectations. NVTL continues to see strong top-line growth driven by strong demand, as well as operating leverage that has driven EPS growth. However, while we raise our price target from $18 to $20 based on this quarter's outperformance, trading at 18.0x C07 EPS vs. peers at 21.1x, we believe the upside in NVTL shares is limited as expectations continue to rise rapidly while risks remain embedded in the business model, and we reiterate our Market Perform rating. |

Exhibit 1
Page 138

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Key Details and Summary Perspectives |

Key Details and Summary Perspectives
 * Results - See the summary below. A complete variance, model, and comparative are attached. Strong Demand Drives Sales - In line with its pre-release, NVTL has indicated that its strong sales performance was driven by strong demand for all three of its product lines - data cards, embedded modems, and particularly its Ovation USB modems, which came in at a remarkable 36% of revenues.
 * NVTL Growing its Costs - We note EBITDA margin came in behind our expectations as NVTL appears to be focusing more on growth and less on cost control, and management has indicated plans to expand its R&D team in order to pursue new initiatives.
 * CEO Search Continues - NVTL continues to search for a permanent CEO following its announcement on 10/24/06 that its prior CEO, Peter Leparulo, had stepped down as CEO and would serve as Executive Chairman. Since that time, COO Brad Weinert has served as Acting CEO.
Details
Looking Beyond the Quarter
Adjustments to Estimates - Based on this quarter's strong performance and strong guidance, we are raising our estimates across the board. We are increasing our C07 EPS estimate from $0.82 to $1.04 and our C07 revenues from $362.2M to $389.8M. We are also boosting our C08 EPS estimate from $0.98 to $1.26, based on an increase in our revenue estimate from $489.0M to $526.3M. We are also raising our price target from $18 to $20, based on 19.2x our C07 EPS estimate. Non-PC Cards Continue to Drive Outperformance - Embedded modules made up 10% of revenues this quarter, while Ovation USB modems made up a remarkable 36%, and we believe that NVTL's strategy of developing these products in order to diversify revenues and improve gross margins has paid off, and we believe the market for these products is less competitive.
WiMAX a Potential Concern - Sprint has announced plans to spend $2.5B-$3B deploying WiMAX in the U.S., a next-generation wireless data technology, with plans to cover two major markets by the end of 2007 and 100M pops by the end of 2008. Sprint has already named Samsung and ZTE as partners providing WiMAX data cards and USB modems. We believe that NVTL is working to provide WiMAX products to Sprint, but so far, it appears to have been shut out of the initial list of vendors, although we do not believe that NVTL faces any fundamental technology challenge in providing WiMAX products.
Sprint was a 38% customer in C06, and we believe that NVTL runs the risk of experiencing at least one negative quarter in its business with Sprint, while also running the risk of a "tricky technology transition" if the switch to WiMAX leaves excess EV-DO Rev. A cards in its inventory.
Competition Remains Long-Run Concern - Currently, we believe that the cellular modem industry is growing quickly enough that the key players have been able to focus on meeting demand without cutting deeply into one another's business. However, we believe that SWIR has begun selling some USB modems to NVTL's customers and that it intends to ramp these sales, and that a slowdown in market growth could lead to a more competitive pricing environment.
Quarter in Review
Sales - Sales grew 174% y/y to $109.8M, ahead of our $102M estimate. Sales growth was driven by strong embedded modem and USB modem sales, together representing 46% of the total vs. 30% sequentially, as well as solid data card revenues on both the EV-DO Rev. A and HSDPA sides. Geographically, 79% of revenues were domestic vs. 64% sequentially. Similarly, U.S.-centered EV-DO sales rose from 67% of revenues last quarter to 77% this quarter. We continue to believe that NVTL benefits from a continuing market share battle among wireless carriers that has included increased marketing spending and subsidies for cards, as well as the potential for monthly data plan rate cuts going forward.
Gross Margin - Gross margin was 30.9% vs. our 32.0% estimate, 22.1% y/y, and 26.6% sequentially. We believe the y/y increase is a result of a more favorable product mix as USB modems and embedded modems are at historically high levels.
Operating Expenses - Operating expenses came in at $18.7M, up 42% y/y and ahead of our $17.4M estimate. We believe that sales growth will outpace that of op-ex as sales continue to ramp in 2007, but we also believe that NVTL is focusing on building its development and sales efforts. Also, note that NVTL expenses most, if not all, of its product development work rather than capitalize it.
Taxes - NVTL's tax rate came in at 38.7% vs. our 40.0% expectation. Balance Sheet - NVTL's balance sheet remains strong, with no debt and $3.03 cash per share following an increase in total cash from $82.7M sequentially to $89.6M. DSOs fell to 45 days from 52

Exhibit 1
Page 139

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

days sequentially as rapid sales growth outpaced receivables. Inventory turns improved from 10.6x to 11.5x sequentially.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures PC data cards, embedded modems for cellular networks, and desktop modems for cellular networks. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 21% of sales were generated internationally and 79% domestically during 1Q07. NVTL has approximately 288 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

We believe NVTL faces significant opportunities in the wireless broadband access market for two main reasons:

 * Wireless Network Upgrades. NVTL should benefit from over $100B spent by wireless carriers globally buying spectrum and building 3G networks. Coverage and speed are improving to such an extent that we expect carriers to aggressively market data plans and correspondingly lower prices, thus increasing awareness and subscriber growth, and consequently increasing carrier ROI and demand for NVTL's products.

 * Compelling Productivity Benefits and Accelerating Demand. According to Yankee Group, approximately 50M mobile workers exist in the U.S and Internet access and e-mail are imperative business tools. NVTL is positioned to benefit because its products enable mobile wireless access to the Internet and email wherever the wireless carrier has service. NVTL's financial future is closely tied to wireless broadband access for laptops, and the number of laptops sold globally is expected to grow from roughly 75M in 2006 to 95M in 2007.

Price Target Justification

Our $20 price target is based on a P/E multiple of 19x our 2007 non-GAAP EPS estimate of $1.04 excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

 * Possibility of Acquisition/Merger - NVTL is potentially a takeover target. With a strong CDMA-based product portfolio, NVTL is a good strategic fit for Option, which does not have a CDMA product line. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation with this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, and deter new entrants.

 * Operators Announce Rate Cuts for Data Plans. So far, we have seen an aggressive marketing plan by carriers that has included increased advertising and increased subsidies for data cards and embedded modems. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60. More recently, however, Sprint has begun testing a $30 data plans in a localized market as part of an unlimited voice service plan. If the carriers begin cutting the pricing of their plans, we believe this could generate upside for NVTL.

 * Laptop OEM contract announcements for embedded modems. So far, NVTL has won contracts with a number of major laptop OEMS to produce embedded modems, most notably Dell, but further announcements could trigger upside in NVTL, particularly among manufacturers that have not yet announced plans to incorporate embedded modems.

Risks

In addition to risks from demand for wireless broadband access not materializing; lumpy business results from being a book and ship business, and changes in technology the following risks apply:

 * Barriers to Entry are Low and Competition is High. While competitive barriers to entry do exist (capital, development knowledge, distribution channels, wireless carrier / laptop manufacturer relationships, and certification processes), they are not insurmountable and we believe the risk from increased competition is important to note. 1) Handset manufacturers could become competitors either by

Exhibit 1
Page 140

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

offering PC cards directly or by using the handset as a modem tethered to a laptop with a cord. 2) Wi-Fi services that are offered at hotels, airports and coffee shop type locations are a competitive concern to monitor. However, long-term we believe that the value of mobility offered by PC cards (being able to travel away from the hot-spot) and reliability will drive high-end PC card penetration.
  * Manufacturing Dependence on Two Outsourcers for Product. NVTL outsources manufacturing to Inventec Appliance Corporation of Taiwan. NVTL also licenses Qualcomm components for its PC cards and could be harmed if this were discontinued. Should sourcing or other problems develop that cause delays in product delivery, NVTL's customer relationships could be impacted negatively.
  * International Risk. Roughly two-thirds of NVTL's sales were historically international and we expect meaningful European sales to continue. Standard international concerns such as currency fluctuation, accounts receivable collection, regulatory changes, trade barriers, economic risks, and political risks apply.

*May 2, 2007 Craig-Hallum  - Anthony J. Stoss, Steven L. Dyer*
**Novatel Wireless, Inc. - NVTL Delivers Huge Q1, Impressive Guidance. Strong Sell-Through Gives Momentum Legs. HSUPA USB Modem Should Drive 2H Results. Raising Estimates, Price Target to $23. Reiterate BUY.**
INVESTMENT HIGHLIGHTS
  * Q1 Results Well Ahead of Even Pre-Release. NVTL reported Q1 results last night that make even the company's March 26th prerelease look tepid. Revenue of $109.8 million compared to prereleased expectations of over $100 million. Pro forma EPS (excluding FAS 123) of $0.40 compared to management's updated guidance of at least $0.35. The company reported operating margins of 16.1%, a company record by our calculation.
  * Express Cards, USB Form Factors Driving Growth. Results were driven by exceptionally strong uptake of Express Cards (almost $50 million in revenue), which the company called its most successful product launch ever, as well as the new USB modem (~$38 million in revenue), which can be used with notebook PCs or for desktops as a fixed broadband replacement. Perhaps most impressive is that neither of these products existed one year ago.
  * Sales Trends Imply Momentum Should Continue, Reflected in Guidance. Management noted that sales in the quarter were linear and that sell-through was strong, which is corroborated by our checks into major customers. Further, we believe channel inventory is low, implying strong continued growth. To that end, management raised guidance significantly, with revenue guidance going from $330-350 million to $380-390 million and EPS guidance moving from $0.55-0.70 to $1.00-1.05. We believe management set the new bar quite conservatively.
  * HSUPA USB Card Should Drive 2H. In addition to strong ongoing sales to EV-DO customers Sprint and Verizon, we believe that the launch of the company's HSUPA USB modem this summer should drive significant growth in the back half of this year and beyond. Given roughly 2/3 of the world's cellular networks are GSM-based, we think there will be a significant audience for this product, starting with current customers such as Vodafone, Telefonica Moviles and AT&T Wireless, to name several.
  * Raising Estimates, Stock is Cheap. We're raising numbers to reflect management's new guidance. Our previous $358 million revenue estimate moves to $387.8 million (up 77.5% YOY) and our pro forma EPS estimate moves from $0.84 to $1.03, both of which we're inclined to think move higher as the year progresses. We are also raising our price target from $19 to $23, which is based on roughly 23x our new 2007 EPS estimate of $1.03. Attending Craig-Hallum Conference. Management from Novatel will be meeting with investors at the Craig-Hallum Institutional Investor Conference on May 23rd in Minneapolis.
Q1 RESULTS, ANALYSIS
NVTL reported Q1 revenue of $109.8 million and pro forma EPS of $0.40, both well ahead of the company's March 26th pre-release. Revenue growth was an impressive 174% YOY and 43% sequentially. Top-line results were again driven by strong EV-DO sales to Verizon Wireless and Sprint Nextel, particularly for Express Cards and USB modems, the company's two most recent PC card form factors. EV-DO sales were 77% of revenue in total, with Express Cards accounting for nearly $50 million in revenue and USB modems accounting for another ~$38 million. In an industry where the bear case is consistently that these cards are commodities, we think its important to note that neither of these products existed a year ago and now are combining for quarterly revenue that dwarfs anything NVTL has generated as an entire company prior. Clearly, the NVTL R&D machine is working well. UMTS/HSDPA sales

Exhibit 1
Page 141

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

were 23% of revenue.

Gross margin of 31.1% was in-line with our 31% estimate and represents the highest gross margin the company has recorded in 2 years. We believe the company is benefiting from its recent transition of a portion of its production to IAC (~35% in Q1). In addition to receiving better pricing from IAC, we believe pulling some business from LG Innotek was a wake up call and that LG has responded in kind with better pricing, making NVTL the winner. Good expense control led NVTL to post operating margins of 16.1%, the largest in company history by our calculation. While we think this rate is likely not sustainable, we think it strongly refutes the argument that the company has no operating leverage in its model.

On the call, management noted that sell-through is exceeding sell-in and that channel inventory is lean, both of which are critical in projecting the sustainability of NVTL's growth. Our checks with major NVTL customer Verizon Wireless corroborate this. Various store reps we've spoken to have indicated that sleeker form factors and increased performance both via the cards, as well as Rev. A networks are accelerating 3G data adoption with each new form factor. Further, we believe the impending launch (this summer) of a 7.2 Mbps HSUPA USB modem will offer GSM-based carriers a compelling product that should drive sales to Vodafone, Telefonica and others in 2H07. Given the card has a theoretical throughput twice as fast as current EV-DO networks, we think this modem has significant potential for strong attach rates. And finally, management noted that WiMAX is on its product roadmap though likely not until mid-late 2008, when mobile WiMAX becomes a more significant factor.

Looking ahead, the company again raised 2007 guidance, now calling for revenue of $380-390 million and pro forma EPS of $1.00-1.05, both of which we believe to be quite conservative though still impressive. This would mark top-line growth of more than 75% and bottom line growth of almost 500% over 2006. We are raising our estimates as well with our $358 million revenue estimate moving to $387.8 million and our pro forma EPS estimate moving from $0.84 to $1.03, both of which we're inclined to think move higher as the year progresses. We are also raising our price target from $19 to $23, which is based on roughly 23x our new 2007 EPS estimate of $1.03.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry though as with any small technology company, the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple.

We are reiterating our BUY rating and raising our price target to $23 from $19, which is based on roughly 23x our fully taxed 2007 EPS estimate of $1.03/share.

RISKS

We believe an investment in NVTL involves the following risks.

 * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

 * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*May 2, 2007 CIBC –Ittai Kidron, George Iwanyc*

**Novatel Wireless Inc. - New Products Deliver Record Quarter**

 Building on a strong 4Q06, Novatel delivered an even stronger 1Q07 that topped the company's mid-quarter pre-announcement and was well above our and consensus expectations. Novatel continues to see positive trends in all business segments, but similar to 4Q06 Ovation drove the upside.

Exhibit 1
Page 142

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

  Overall, we're positive on Novatel's forward prospects and look at the company as a good way to tap into the positive outlook for 3G in 2007. We are raising our earnings estimates, but hold our Sector Performer rating given the appreciation already seen over the last quarter.

  We expect gross margin to see a near-term peak in 1Q07 given a favorable mix on several levels and should pull back as mix normalizes in 2Q07. However, even as margins decline, we expect both gross and operating margins to settle at a higher than previously expected level.

  We're raising our 2007 revenue and EPS estimates to $393.5 million and $1.09 from $383.1 million and $1.00 and our 2008 estimates to $419.5 million and $1.17 from $432.7 million and $1.06.

Strong Execution Continues

Building on strong December results, Novatel delivered an even stronger March quarter with record sales. Even with the company's mid-quarter preannouncement (sales >$100 million and EPS >$0.35) raising expectations significantly, the final results ($109.8 million and EPS of $0.40) were surprising, coming in well above our and consensus adjusted expectations. Novatel continues to see positive trends in all business segments, although the March results clearly came in on the shoulders of strong execution with the new USB Ovation (up 220% QoQ) and ExpressCard products (almost $50 million in sales in 1Q07).

Second quarter and full-year guidance suggest a return to more normal levels, although we believe the guidance remains on the cautious side. We look at the anticipated sequential decline in sales as primarily reflecting the impact of the 1Q07 sales pull-ins (the initial ramp at Sprint Nextel (S-SP) and Verizon (VZ-SP) now completed) and not a change to end user demand, which we believe remains strong. We believe there is upside to the guidance and have set our new full-year 2007 targets slightly above the high end of guidance.

The stronger than expected results highlight the excellent leverage Novatel's business model can return. This is visible in 1Q07 where sales increased 42.6% sequentially and net income grew a much stronger 175.6%. The company also shows a favorable 2006 to 2007 comparison, but a more modest outlook from 2007 to 2008. On a yearly rate, pro forma EPS is ramping sharply from $0.18 in 2006 to our estimates of $1.09 in 2007 and $1.17 in 2008.

We expect gross margin to see a near-term peak in the March quarter given a favorable mix on several levels and should pull back as mix normalizes in 2Q07. However, even as margins decline, we expect both gross and operating margins to settle in at a slightly higher than previously expected level. That said- investors shouldn't forget that margins are still likely to be volatile and ebb and flow over time as Novatel launches new products (a busy year is in the works) and mix changes.

Overall, we're positive on Novatel's prospects and look at the comp any as agood way to tap into the positive outlook for 3G in 2007. We are raising our earnings estimates, but hold our Sector Performer rating given the appreciation already seen over the last quarter. At the current share price we see a relatively balanced risk/reward trade-off and would look for a pull back to buy in.

Ovation Again The Big Driver

This is the second consecutive quarter that Novatel is showing upside from its Ovation segment. This category includes a fixed wireless routing product (primarily for Europe) and the newer USB solution (starting in the U.S.), which doesn't include a router and is driving the upside. These are completely different products with different use patterns, which we believe is adding to confusion for some investors.

The USB solution in particular is benefiting from a much stronger than anticipated ramp and carrier acceptance. Sprint drove December sales and quickly followed its initial ramp with reorders in the March quarter. Verizon followed Sprint with its own initial ramp primarily in the March quarter. Management's comments suggest that the contribution from the Ovation router product remains small, although it appears there were some follow-up orders.

We continue to be cautious on projecting much growth for the router product. Orders at both Sprint and Verizon that were scheduled to ship in 2Q were accelerated and moved into 1Q. The reorders from Sprint suggest that the product is seeing strong acceptance, but we expect shipments to pull back to more moderate levels (supported by the guidance) with the initial inventory build up now complete for the CDMA products.

The next wave of USB demand could come in 3Q07 after the launch of the HSUPA version for Europe and North America. Initial shipments should occur near the end of 2Q07, with a more meaningful channel inventory ramp in the third quarter.

Exhibit 1
Page 143

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

We highlight that the USB product has more in common with PC cards, although we see it as a new segment with somewhat different sales opportunity. The two key questions are whether the strong start is sustainable and whether sales will be largely incremental to PC cards or at some point start to cannibalize PC card sales. We believe the answer to the first question is yes, although we expect USB to have an impact on both PC card growth rates (eventually some sales will chip away) and the ramp of embedded (a bit slower given the flexibility of USB).

Embedded Coming Along

Embedded sales grew 10% sequentially. Novatel shipped to nine OEM customers during the quarter, up from six in 4Q06, and include Dell, Sony, Toshiba and Panasonic. We believe sales are ramping in line with company expectations, although on a percent contribution basis they are being overshadowed by Ovation. With the flexibility of USB driving a lot of carrier interest, we now look for a prolonged transition period for embedded to catch and eventually surpass PC card/USB sales (possibly in 2010 or later).

Strong Results and Outlook

Novatel delivered record 1Q07 results with revenue of $109.8 million and earnings of $0.40. The results are stronger than expected even in light of the company's pre-announcement, which called for revenue in excess of $100 million and EPS above $0.35. We modeled $101.7 million and $0.36. The results are well above original guidance coming into the quarter of $80 million in sales with EPS of $0.16.

Similar to last quarter Novatel benefited from strength in all three of its business segments. However, the USB Ovation product accounted for the majority of the upside, driving Ovation/fixed wireless sales up 220% sequentially. Embedded module sales and PC cards sales both increased about 10% sequentially. Sprint Nextel and Verizon were the company's only 10%+ customers.

Novatel's gross margin increased to 31.1%, up significantly from 26.7% in 4Q06 and consistent with management's updated guidance of over 30.0%. We modeled 32.0%. A favorable mix from the Ovation strength and strong EV-DO Rev. A traction (both above average contributors) are helping margins, as well as leverage from the higher run rate.

Second quarter guidance calls for sales of $90 million, above our prior $86.4 million estimate, and EPS guidance of $0.20-$0.22, above our prior $0.18 estimate. While a meaningful sequential decline, it is still higher than we expected in absolute terms. The decline primarily reflects the impact of the 1Q07 pull in. We believe overall market demand remains strong.

Following management's expressed comfort in the higher end of guidance last quarter, it raised full-year sales guidance to $380-$390 this quarter. This compares to previous guidance of $330-$350 million. Management raised its pro forma earnings expectations to $1.00-$1.05 from $0.55-$0.70. Our previous estimates call for sales of $383.1 million and $1.00.

We believe 2H07 visibility is good and note that Novatel is already getting embedded design wins that will ship on 2008 laptops. We look at management's measured outlook as cautious and reflecting the normal volatility of this market -constant price pressure in the carrier channel, a steady stream of technology transitions, and operating expenses that may need to ratchet up at times (as guidance currently reflects).

Raising Estimates

We are adjusting our estimates for Novatel as follows:
   * For 2Q07, we are adjusting our revenue and EPS estimates to $91.2 million and $0.22 from $86.4 million and $0.18.
   * For 2007, we are raising our revenue and EPS estimates to $393.5 million and $1.09 from $383.1 million and $1.00.
   * For 2008, we are adjusting our revenue and EPS estimates to $419.5 million and $1.17 from $432.7 million and $1.06.

*May 2, 2007 Dundee Securities Corp. - Arinder Mahal, CFA, Puneet Malhotra*
**Novatel Wireless Inc. - Strong Q1/07 on all Fronts: New Product Momentum to Continue. Raising Target & Rating**
EVENT (all numbers in US$ unless otherwise noted)
Novatel reported Q1/07 EPS of $0.34 on revenues of $109.8MM, beating its own revised guidance ($100MM and $0.29) and Dundee estimates ($101.4MM and $0.29). Revenues for Q1/07 were up 43% sequentially on traditionally the strongest quarter of the year.
IMPACT: Positive -New Products Deliver on All Fronts
The record quarter was powered by products introduced over the last two quarters as these contributed close to 80% of the total sales. Novatel was first to market with two new form factors: USB Modem ($36MM) and Express cards ($50MM incl. $18MM in Europe as

Exhibit 1
Page 144

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

it continues to make a comeback after a non-existent 2006). As a result of the tilt towards higher margin EV-DO (77% of total) and new market-first products, gross margins increased to 31.1% from 26.7% in Q4/06. The higher revenues and GMs coupled with the lag in OPEX growth resulted in operating margins increasing to over 16.1% from 6.7% in Q4/06. However, we expect operating margins to decline below the 10% level for the remainder of the year as OPEX catches up to the sales growth.

Sprint ($40MM) and Verizon ($37MM) together accounted for 70% of the total sales.

OUTLOOK: Positive -Raises Guidance Including 50% Revision in EPS as New Product Momentum Expected to Continue

Novatel seems to have timed the introduction of the new form-factors perfectly, and as a result is exploiting the rapidly expanding W-WAN market. The company continues to diversify its revenue streams away from PC Card and is once again making inroads into Europe with major carriers (Vodafone, T-Mobile and Orange). A two-horse race is starting to emerge as both Novatel and Sierra Wireless (SWIR-Q: Market Outperform, Target US$24.00) continue to outgrow the market at the expense of Option. The company is increasing its 2007 guidance for revenues to $380-$390MM from $330-$350MM and pro-forma EPS to $1.00-$1.05 from $0.55-$0.70. (Continued on page 2.)

RATING: The results and the guidance provided by Novatel coupled with those of its competitor Sierra, demonstrates the underlying strength of the 3G W-WAN market. We expect the ongoing upgrade of networks to higher speeds and introduction of user-friendly products will continue to drive robust market growth and open new opportunities. Novatel with its multi-product strategy is well positioned to continue to exploit these opportunities. We have revised our forecasts upwards for the remainder of 2007 and 2008, and as a result are increasing our 12-month target price to US$22.00 from US$18.00, and raising our rating to MARKET OUTPERFORM from Market Neutral. Our valuation is based on a DCF (12%, 3%) and implies a P/E of 23.3x our FY/08 estimates.

IMPACT (cont.)

Although this high level of customer concentration continues to be a concern, we believe some of it is mitigated by the fact that the company has multiple products at these carriers and does not solely rely on the PC Card, as was the case as recent as the last quarter. Novatel is no longer dependent on the PC Card form-factor as revenues from this product category were less than US$10MM. Novatel's next-gen Express form-factor became the more popular choice at these two carriers. Within the Verizon channel, we believe Novatel's PC Card sales were virtually non-existent as that business went to Sierra, while its Express Cards generated over US$15MM and USB chipped in another US$20MM+ demonstrating the value of the product diversification strategy. In the past such a product displacement would have meant a complete exit from a key carrier channel. At Sprint we believe the revenue split was as follows: PC Card (US$9MM), Express card (US$14MM) and USB modem (US$16MM) -a balanced revenue profile.

OUTLOOK (cont.)

Although the guidance for next quarter calls for a sequential decline ($90MM in revenues) as some of the demand was pulled into Q1/07, and it starts to share some of the growth with Sierra Wireless at both Verizon and Sprint, we expect growth to pick up again in H2/07. The company is launching at least five new products encompassing new air-links (HSUPA) and a line of more compact and feature rich USB Modems.

FINANCIAL FORECAST

As a result of the company's stronger than expected Q1/07 and upward revision of the FY2007 guidance, we are revising our numbers upwards for the remainder of 2007 and 2008. We believe the guidance provided by the company for both Q2 and FY2007 (essentially flat) is highly measured and represents a strong possibility of an upside surprise. We are now looking for revenues of $397.4 million in FY07 and EPS of $0.84. For FY08, we are raising our revenue forecast to $465.9 million and EPS of $0.94.

FINANCIAL REVIEW (all numbers in US$)

Novatel Wireless reported strong Q1/07 results. The company achieved quarterly revenues of $109.8 million beating Dundee estimates of $101.4 million and consensus estimates of $98.3 million, as well as its revised guidance of $100 million. Revenues increased 43% sequentially from $77 million in Q4/06 and 174% YoY from $40.2 million in Q1/06 to $109.8 million. The top line growth was driven by strong demand for the company's new USB modems and Express cards. The increase in revenues led to an upward revision in its year-end guidance. The company is now looking to generate revenues in the range of $380 to $390 million with EPS between $1.00 and $1.05 per share. Gross margin for the period improved to 31.1%, up from 26.7% in Q4/06 and 22.3% Q1/06. This is the fifth consecutive quarter with gross margin expansion. GAAP net income for Q1/07 came in at $10.1 million or $0.34 per share up from

Exhibit 1
Page 145

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

$2.4 million or $0.08 per share in Q4/06, and a loss of ($1.4) million or ($0.05) per share in Q1/06. On a non-GAAP basis, which excludes the effects of stock based compensation, net income came in at $12.1 million or $0.40 per share versus Q4/06 net income of $4.4 million or $0.14 per share, and Q1/06 net loss of $626K or $0.02 per share. GAAP earnings beat Dundee's estimate of $0.29 per share and the consensus estimate of $0.28 per share. On a non-GAAP basis the company beat the consensus estimate of $0.29 per share, as well as guidance and Dundee's estimate of $0.35 per share.

Quarterly Highlights

Revenues and Gross Margins

  * Novatel's strong top line growth in Q1/07 was driven by growth in the company's PC card and Ovation product categories. PC card revenues increased by 10% from $53.9 million in Q4/06 to $59.3 million in the current quarter. Within the PC Card segment, growth was driven by its Express card line as revenues more than doubled to $50 million from $24 million in Q4/06, while the traditional PC Card form-factor (PCMCIA) actually declined to less than $10 million from $30 million in Q4/06 -clearly marking the transition to the new card form-factor. In fact the company stated that its next-gen card products will be limited to Express and it will support the PCMCIA form-factor via the use of an adaptor. The Ovation product line, essentially the USB modem products, more than tripled to $39.5 million from $12.3 million in Q4/06 led by shipments to Verizon and Sprint. Overall the Express and USB Modem products, introduced over the last two quarters, accounted for 80% of the total sales. The only weakness was the Embedded Modules segment as revenues of $11 million remained flat sequentially.

  * Novatel's top two customers were Verizon and Sprint, both generating in excess of 10% in revenues. We believe combined these two carriers generated close to 70% in revenues, Sprint $40MM or 36% and Verizon $37MM or 34%. Although this high level of customer concentration continues to be a concern, we believe some of it is mitigated by the fact that the company has multiple products at these carriers and does not solely rely on the PC Card, as was the case in the last quarter. Novatel is no longer dependent on the PC Card form-factor as revenues from this product category were less than $10MM. Novatel's next-gen Express form-factor became the more popular choice at these two carriers. Within the Verizon channel, we believe Novatel's PC Card sales were virtually non-existent as that business went to Sierra, while its Express Cards generated over $15MM while USB chipped in with another $20MM+ demonstrating the value of the product diversification strategy. In the past such a product displacement would have meant a complete exit from a key carrier channel. At Sprint we believe the revenue split was as follows: PC Card ($9MM), Express card ($14MM) and USB modem ($16MM) -a balanced revenue profile.

  * Other notable customers included Dell, Sony, Vodafone and Orange.

  * Gross margin for the quarter increased to 31.1% from 30.7% in Q4/06. This is the fifth consecutive quarter of gross margin expansion for the company. Gross margins were positively impacted by a greater contribution of the company's higher margin EV-DO Rev. A products, 77% of total sales, and higher margin new products on the HSDPA side.

Revenues by Geography

  * The company saw strong growth in its domestic U.S. business in the quarter. Revenues from the U.S. increased from $49.3 million in Q4/06 and $26.9 million in Q1/06 to $86.8 million in the current quarter. The growth was driven by strong shipment of its USB modems and Express cards to both Verizon and Sprint.

  * Internationally, revenues increased YoY by 74.1% from $13.2 million in Q1/06 to $23.1 million in the current quarters; however, declined sequentially by 17% from $27.7 million in Q4/06. International revenues were driven by strong growth of the company's Express cards in Europe ($18MM). In total, Europe accounted for, we believe, around $20 million of the total $23 million in international sales.

Revenues by Technology

  * Novatel continues to generate the bulk of its revenues from its EV-DO products. The company's two largest customers, Sprint and Verizon, are both EV-DO Rev A customers. The increased shipments to these customers resulted in an increased contribution of 77% (up from 67% in Q4/06 and 64% in Q1/06) from this segment. Revenues from the EV-DO segment increased by 63.9% sequentially as Novatel's EV-DO enabled Express cards and USB modems were introduced at the two carriers.

  * The company's HSDPA products generated 23% in total revenues or $25.3 million in the quarter. On the HSDPA side, Novatel continues to make inroads with European HSDPA carriers with its Express cards, with tier-1 carriers including T-Mobile, Vodafone

Exhibit 1
Page 146

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|------------------|-------------------------------------------------------------------------------|

and Orange.

   * Novatel plans to introduce cards for the next generation HSUPA networks in Q3/07 in both the Express card and USB form-factor. The company will also be introducing a next generation EV-DO Rev A USB modem with a better industrial design and additional capabilities. The company plans to launch at least five new products in H2/07.

Operating Expenses and Operating Margin

   * Operating expenses including stock based compensation totalled $18.9 million in the quarter, increasing sequentially from $18.1 million in Q4/06 and YoY from $13.3 million. As a percentage of sales however, OPEX declined to 17.2% compared to 23.4% in Q4/06 and 33.1% in Q1/06. OPEX is expected to go back to the 20% range over the next quarters as the company invests in the development and introduction of new products in H2/07 and catches up to the sales growth.

   * Despite the increase in OPEX, the company was able to increase its operating margin to 13.9% (16% without including stock based compensation), demonstrating the strong operating leverage in its business model. The operating margin increased from 3.3% in Q4/06. We expect operating margins to drop down to the 10% range as OPEX catches up to the sales growth.

Net Income and EPS

   * GAAP net income increased to $10.1 million or $0.34 per share in Q1/07 compared to $2.4 million or $0.08 per share in Q4/06, and a loss of $1.4 million or $0.05 per share in Q1/06. Novatel generated $15 million in cash flow from operations.

   * Non-GAAP (Pro-forma) net income excludes the impact of stock based compensation. On a non-GAAP basis net income increased to $12.1 million or $0.40 per share in Q1/07, up from a loss of $626K or $0.02 per share in Q1/06 and net income of $4.4 million or $0.14 per share in Q4/06.

*May 2, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless, Inc - Strong Q107 Results; Increased 2007 Estimates**
KEY POINTS:
Novatel announced strong Q107 results and we've increased our 2007 EPS estimate due to continued product cycle momentum, strength in product portfolio and leverage in business model. We are raising our estimates and price target, but maintain Market Perform rating due to current share price.

   * Novatel Wireless announced Q107 results of $0.40 pro-forma EPS on revenue of $109.9M vs. our estimates of $0.36 and $101.7M and above Novatel's March 26th pre-announced guidance.

   * Novatel provided Q207 guidance of pro-forma EPS $0.20-$0.22 on revenue of approximately $90M versus our previous $0.20 and $88M estimates. We were encouraged by management commentary of sustainable gross margin trends, which is the primary reason Q207 guidance slightly exceeded our estimates.

   * As anticipated following the strong Q107 results, management increased its 2007 pro-forma EPS guidance to $1.00-$1.05 on revenue of $380-$390M, indicating momentum for products across all categories, strong pipeline, and improving operating leverage.

   * Novatel's strong top line results were driven by growth in all product segments, including robust performance from ExpressCards and Ovation. While Ovation revenue upside was driven in part by accelerated stocking orders, we were encouraged management indicated follow on orders for Ovation at end of quarter.

   * Further, Novatel indicated strong carrier interest in its pipeline of products, as 5 carriers have already approved new HSUPA PC cards and a tier 1 operator expressing strong interest in a HSUPA Ovation product. We believe HSUPA will build on current EV-DO success during 2H07.

   * Management indicated EV-DO accounted for 77% of sales in Q1 vs. 67% in Q406, and the improving EV-DO mix and overall strong revenue contributed to sequential gross margin increase from 26.7% to 31.1%.

   * Consistent with our channel checks indicating increasing momentum for 3G data products, (see our April 10th note entitled "Monthly Channel Checks: Strong North American 3G Trends"), Novatel maintained strong leadership position at Sprint and Verizon. In fact, these two carriers were the only 10% customers during the quarter and likely around 75% of sales, as the EV-DO Rev A upgrade cycle remains strong.

   * Based on our channel checks indicating strong momentum for 3G mobile broadband products combined with Novatel's improved

Exhibit 1
Page 147

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

margin outlook, we are raising our 2007 pro-forma EPS estimates from $0.96 to $1.09 and our 2008 estimates from $1.01 to $1.22.
INVESTMENT RECOMMENDATION:
We are raising our price target to $21, which continues to be based on the shares trading at roughly 17x our 2008 EPS estimate, which is in-line with peer multiples.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of
carrier partners.
COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*2 MAY 2007 Research Capital Corporation - Nick Agostino*
**NOVATEL Wireless - Q1/07 Results -Impressive**
EVENT
 * Novatel Wireless reported solid Q1/07 results yesterday. Our target price increases from US$19.00 to US$22.50; we remain an ACCUMULATE.
HIGHLIGHTS
 *  Q1 shines -strong demand for ExpressCards and Ovation: Novatel reported Q1 revenues of US$109.8 mm, above recently raised guidance, our estimate, and consensus (Figure 1). Sales of EV-DO products were up nearly 65% Q/Q and represented 77% of Q4 sales, with strong demand for Novatel's ExpressCards and USB Ovation devices. Combined, ExpressCards and Ovation accounted for  US$85 mm in sales (~77% of total sales). Demand remained strong late into the quarter, with many initial and repeat orders coming in. Ovation grew an impressive 220% Q/Q to US$40 mm to account for 36% of total sales. GSM-based HSDPA/UMTS product sales were flat Q/Q, representing 23% of total revenues. Module sales grew a modest 10% Q/Q, representing about 10% of Q1 revenues or
   ~US$11 mm.
We believe shipments to Novatel's largest OEM customer Dell were flat, while other OEMs continued to ramp. Sprint and Verizon remained 10% customers and we believe represented a very significant portion of the top line. Domestic revenues accounted for 79% of total sales.
 * Gross margins continue to improve: Pro-forma gross margins came in at 31.1% versus 28.9% in Q4/06, benefiting from strong top-line growth and increased contributions from higher margin Ovation products.
 * EPS beats: Novatel reported GAAP EPS of US$0.34 and adjusted EPS of US$0.40 (excluding stock option expenses). Earnings were better than expected, benefiting from the fact that operating expenses in Q1 only rose about 10%, while the top line grew 43% Q/Q, demonstrating the operating leverage of the business model. The operating margin came in at an impressive 16.1% versus 9.7% in Q4. Novatel ended Q1 with US$91.1 mm in cash on hand, or US$3.03 per share (16% of current share price). The company generated nearly US$15 mm in FCF.
 * Better-than-expected Q2 guidance: Novatel is guiding to sales of roughly US$90 mm, ahead of our estimate of US$82 mm and consensus at US$81 mm, as demand going into Q2 is more robust than expected. The company has strong visibility going into Q2 on the basis of ongoing demand for its product portfolio, a solid order backlog, and strong channel sell-in/sellthrough rates. Novatel management believes the industry as a whole is seeing a pick up in demand, this despite no service plan reductions of late to provide a catalyst. On the bottom line, Novatel is guiding to pro-forma EPS of US$0.20-US$0.22. Despite improving gross margins, we expect operating expenses, particularly R&D, to increase during the remainder of 2007, putting some drag on sequential profitability growth during 2007. We have incorporated this into our forward estimates (Figure 2).
 * Raising 2007 guidance: Novatel has increased its full-year sales guidance  to US$380-US$390 mm versus US$330-US$350 mm previously. Current guidance implies 2H/07 will be relatively flat; however, management indicated that its guidance is "measured." On the bottom line, Novatel is guiding to non-GAAP EPS of US$1.00-US$1.05, well above previous guidance of US$0.55-US$0.70.

Exhibit 1
Page 148

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Novatel expects non-PC card sales to account for roughly 40% of total sales in 2007 versus about 18% in 2006. We expect sales of upcoming Ovation product introductions for the North American market and the ramp up of Ovation and ExpressCard sales in Europe to be key revenue drivers for 2H/07. Gross margins are expected to remain above 30% for the remainder of the year.

INVESTMENT CONCLUSION

* Overall, market fundamentals continue to strengthen. Carriers are providing ongoing device subsidies, and launching aggressive marketing campaigns. We value Novatel Wireless at 20x (19x previously) our adjusted 2008 EPS estimate of US$1.15 (US$1.00 previously), yielding a new target price of US$22.50, up from US$19.00. We have increased our multiple to reflect the company's solid execution on its business plan. The shares are currently trading at 19.8x our NTM EPS estimate. We remain an ACCUMULATE.

*May 2, 2007 Thomas Weisel Partners - Hasan Imam*
**NOVATEL WIRELESS, INC. - 3/3.5G Upgrade Cycle Driving Revenue Momentum and Margin Expansion; Raising Estimates**
Executive Summary
Financial performance: NVTL's 1Q07 revenue and EPS (including stock options expense) came in at $109.85mn and $0.34, respectively, higher than our estimates of $104mn and $0.31 and consensus expectations of $98.3mn and $0.28.

* Product upgrade cycle continues to drive strong revenue momentum and margin expansion: We went into 1Q07 with a positive bias, expecting strong performance in the quarter and up guidance for the year. NVTL delivered. Product upgrade cycle, strong execution and channel priming by key customers drove strong sequential growth and margin expansion in 1Q07.
The quarter was a testament to strong execution from management, on both the financial and the operational sides of the house. We expect revenue to dip q/q in 2Q07 as customers digest some channel inventory with sequential growth resuming in 2H07; management's upwardly revised guidance supports this view. Coming into the year, we positioned NVTL as our best small-cap pick for 2007, benefiting from a major 3G/3.5G wireless upgrade cycle. The 1Q07 strength and 2Q07 and 2007 guidance bolster this view.

* Key takeaways: (1) 1Q07 surprised on the upside even after a positive pre-announcement, with all metrics higher than guided ranges. (2) All three product lines (PC cards, embedded modules and fixed-mobile convergence) contributed meaningfully to revenues, confirming that NVTL has achieved good diversity in its product base. CDMA (EV-DO) represented more than three-fourths of revenue, emphasizing the growing importance of the U.S. CDMA customers to NVTL, while European operators have receded in their importance to NVTL with GSM (HSDPA) making up the remaining one-fourth of revenue. (3) Profitability was achieved for the third straight quarter, a metric that we find very encouraging. Gross margin expanded beyond the 30% level for the first time, coming in at 31.1%, while pro forma operating margin jumped to 16.1% versus 6.7% last quarter. We do not expect the operating margin to be sustainable at this level, but instead hover around the 10% range for the rest of the year.
Guidance implies strong revenue growth for 2007 even as sequential growth moderates in 2H07; margins to stay healthy: (1) For 2Q07, management issued revenue guidance of $90mn and non-GAAP EPS guidance of $0.20-0.22 (excluding the impact of options). (2) For 2007, management revised revenue and EPS guidance upward by a substantial amount. Revenue is now expected to be in the $380-390mn range versus previous guidance of $330-350mn. EPS is now expected in the $1.00-1.05 range, significantly higher than the prior $0.55-0.70 range. We are modeling at the high end of guidance expecting revenue of $90mn and EPS of $0.22 ($0.15 including stock options expense) for 2Q07 and revenue of $391mn and EPS of $1.05 ($0.80 including stock options expense) for 2007

* CEO decision still pending: Prompted by analyst Q&A, management shed some light on the status of the CEO search. Executive Chairman Peter Leparulo stated that the CEO search continues with acting CEO Brad Weinert a leading contender. While management did not set a timetable, an early resolution would be perceived positively by investors, in our opinion.
Valuation-Maintain Overweight: Net net, we maintain a positive view on NVTL. Earnings in 1Q07 highlight several positives and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier one OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales are beginning to ramp, quadrupling q/q in 1Q07. We believe that these positives should contribute to near-80% revenue growth with healthy margins in 2007. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 17.7x (23.5x including stock option expenses). As NVTL delivers on its growth guidance, we

Exhibit 1
Page 149

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

believe the shares could experience upside from current levels.

ADDITIONAL INFORMATION

* Revenue breakdown: (1) Ovation (36% of sales at $39.4mn) was the strongest segment, up 220% q/q. Ovation saw increases in both initial and restocking orders. We note that this included a "pent-up" order for the product and, going forward, Ovation sales are likely to normalize around the $15-20mn per quarter range. (2) Embedded modules (11% of sales at $11.7mn) grew around 10% q/q. (3) PC Cards (53% of sales at $58.8mn) grew approximately 9% q/q. In terms of technology, EV-DO Rev A was 77% of revenues and HSDPA made up the remaining 23%, also growing on a sequential basis.

*May 02, 2007 Scotia Capital - Gus Papageorgiou, Geoff Darling*
**Novatel Wireless, Inc. - Great Q1 Numbers - Guidance Raised**
Event
* Novatel Q1 2007 results last night.
What It Means
* Quarter even better than the raised guidance: Revenue of US$109.8M was 9.3% better than our expectations and we were slightly ahead of the street. EPS of US$0.34 was better than our US$0.28 estimate and we were in line with the street. The results were even better than the raised guidance provided on March 26.
* Guidance raised for quarter and the year: Q2 revenue guidance of US$90M was better than our expectation of US$82M and EPS guidance of US$0.14 to US$0.16 was better than our expectations of US$0.08. Street numbers on both revenue and EPS were slightly ahead of us. Novatel expects 2007 revenue of roughly US$385M - we were at US$365M.
* Raising estimates and target to reflect strong fundamentals: We view Novatel as an excellent method to play the trend toward high speed mobile data networks. We have a slight preference for Sierra given those shares trade at 19x forward EPS vs. Novatel at 26x.
Strong Player in Strong Industry
* Q1 results - Better than expected revenue, earnings, profitability and cash flow: Exhibit 1 outlines the results for the quarter. Roughly 77% of revenues came from EVDO technologies and 23% from HSDPA. Top customers included Dell, Sony, Sprint, Verizon and the Vodafone group with Sprint and Verizon representing over 10% of revenue each.
Profitability in the quarter was up considerably as gross margins pushed through 30% and reached one of the highest levels since the company went public. EBIT margins were also strong - Novatel has not seen margins at this level since early 2005. The company did not see any significant pricing pressure in the quarter which assisted profitability overall. Total cash was up by US$7.0M, on the back of good profitability and improved working capital management. In the quarter Novatel was the only vendor in the market with PC Express form factors and USB modems which definitely assisted revenue. The company will see competition from these form factors in the quarter ahead but we do not believe it will drastically alter momentum. Our view is that the market for mobile high speed data access is strong on the back of increasing network speeds, better overall coverage, and a growing number of product form factors (PC Cards, embedded modules, ExpressCards, USB products). We believe Novatel is a direct beneficiary of this trend.
* Strong guidance for the quarter and the year: Exhibit 2 outlines our new numbers for Q1, 2007, 2008 and 2009 (introducing 2009). In general the company guided higher than we were looking for even though sequential revenue is below that of Q1. Q1 revenue was assisted by some initial stocking orders of the Ovation line as well as some orders being pulled into Q1 from Q2. Based on profitability from this quarter, and consistent industry signs that pricing pressure is not abnormally intense, we are also raising our profitability expectations.
Boom times for WWAN vendors: Our investment thesis on Novatel and its industry is bearing fruit. As the mobile data networks improve both in speed (uplink and downlink) and coverage we believe more and more subscribers will view this as a real alternative to land line broadband access. In addition the industry is delivering a greater variety of form factors which should be helpful in expanding the market beyond the traditional laptop -- with USB form factors subscribers can use these products to access mobile data services from desktop PCs and PDAs when there are no other high speed alternatives. And given growing demand coupled with networks that are still experiencing rather rapid innovation (we have gone from 1.8 Mbps peak HSDPA speeds to 7.2 Mbps in under 2 years), we believe the pricing environment will stay healthy as carriers seek to deliver the latest technologies to their subscribers from

Exhibit 1
Page 150

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

vendors with a history of reliability and quality. In short we believe these are the best of times for Novatel and its industry.

   * Recommendation unchanged, target raised: We have raised our 1-year target to US$23.00, based on 18x our new forward EPS estimates one year out (Q2/08E - Q1/09E) of US$1.28. We believe the company is in a strong position in a healthy and growing industry and are applying an 18x multiple, consistent with our Sierra valuation. The only reason we do not rank Novatel a 1-Sector Outperform is because Sierra can expose investors to the same industry fundamentals, is trading at a lower multiple, and offers a higher cash per share component.

However, we believe small cap technology investors should own one of these two companies (or both) and our bias towards Sierra is based strictly on valuation. In terms of risk we believe the biggest risk remains pricing. At this stage we do not believe low cost vendors can threaten technology leaders such as Novatel because again the networks are evolving rapidly with the speeds of the up and down links improving measurably every 6 to 12 months. Perhaps if one of the bigger players, such as Ericsson, wanted to desperately get into this segment they could provide some pricing pressure, although on the other side, if they wanted to get into this segment so badly they could always buy one of the existing vendors.

*May 2, 2007 Cowen and Company - Matthew Hoffman, Jennifer Baxter*
**Novatel Wireless, Inc. - Record 1Q07; Ovation Delivers**
Conclusion: Novatel's record 1Q with revenue up 43% q/q came in 10% above the positively pre-announced top line range. Surprising strength continues from the fixed-mobile product, Ovation, which appears to be serving a much larger market than anticipated. Still we see the stock as fairly valued at ~18x our F08 estimates; maintaining Neutral.

   * Stellar 1Q07. Strong product acceptance from the fixed-mobile convergence product. Ovation propelled 1Q07 revenue up 174% y/y and 43% q/q to $110MM. Gross margins jumped to 31.1% on better volumes, driving a $0.05 beat on the bottom line (pro-forma).

   * 2H Growth Drivers Include Next-Gen Ovation, HSUPA. A 2nd generation Ovation form factor and new HSUPA product drives 2H opportunities for the company. Follow-on sales suggest sell-thru is matching sell-in for Ovation. Expect the company to weigh in on WiMAX in 2008, though likely after the first generation of WiMAX matures.

   * FY07 Guidance Increased But Measured. Management issued 2Q guidance at $90MM and pro-forma earnings of $0.20-0.22, both above consensus and our estimates. FY07 guidance rose to $380-390MM and $1.00-1.05, likely conservative given strong 1Q and near-term visibility.

   * Net - Estimate Rise For FY07, FY08. Other than uncertainty around management roles - we are waiting for the "acting" to be removed from CEO Wienert's title - we see little to complain about in NVTL's numbers. Estimates rise For FY07, FY08. FY07 pro-forma estimate goes to $1.05 from $0.90 and FY08 goes to $1.15 from $0.95.

*May 2, 2007 ThinkEquity Partners - Mike Burton*
**Novatel Wireless - NVTL Déjà Vu; Beats And Raises Estimates Once Again**
THINK ACTION:
Novatel Wireless (NVTL) repeated its September- and December-quarter performances by reporting March-quarter results above its pre-announcement. The primary reason for the revenue upside is the ramp in Ovation in North America, which should come down in the June quarter as the channel fill at Verizon and Sprint is completed and growth is driven by sell-through. We are raising our estimates and price target from $15 to $23 to reflect the higher profitability.
KEY POINTS:
Ovation/USB Modems: "Ovation" sales (USB modems) drove the upside from the company's original guidance. We estimate Ovation surged to ~$39M in revenues or 35% of sales up from ~$12M in revenues or 16% of sales last quarter, and just ~$3M in sales in the December quarter. Ovation EV-DO sales (USB modems) are benefiting primarily from the initial ramps to Sprint (started in the December quarter and saw some sell-through demand already), and Verizon began in earnest in the March quarter.
EV-DO Cards (including Express Cards): We believe that EV-DO PC Card sales were the second-largest driver in the quarter, by our calculations increasing ~14% sequentially to ~$40M from ~$35M in the previous quarter. EV-DO products (including Embedded modules and Ovation sales) were ~$85M or 77% of revenues, up 64% Q/Q from ~$52M or 67% of total sales in Q406. We believe the

Exhibit 1
Page 151

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

popularity of the newer Express cards continues to drive the strong growth in this segment.

HSDPA Cards: By our calculations, HSDPA PC Card sales were flat sequentially at ~$20M. We estimate that total HSDPA products (including Embedded modules) were flattish in dollar terms, hovering around $25M in the quarter (NVTL said HSDPA did increase slightly Q/Q, driven by their new Express cards for T-Mobile and Orange); HSDPA sales declined as a percent of total sales from 33% in Q406 to ~23% in Q107.

Embedded Modules: Embedded module sales increased in dollar terms while slipping again slightly as a percent of total sales. We estimate Embeddeds were ~$11.5M in sales or 10% of total revenues, up from ~$10.5M in Q1. We believe that this business will be slightly down in the June quarter and should remain at approximately 10-11% of sales. Embedded sales are split 50/50 between HSDPA and EVDO.

CEO Search Should Be Coming to a Close Soon: NVTL did not give a timeline for the completion of its CEO search but, in our opinion, NVTL's board would do well to (and likely will) bring its CEO search to a conclusion and appoint Brad Weinert (now Acting CEO) to the position. While clearly the impressive results over the last few quarters have to be the result of a company-wide effort, as well as prior investments and foresight, NVTL's recent execution has been practically flawless under Mr. Weinert, and we believe the shareholders would applaud the move.

The Quarter: NVTL reported revenues of $109.8M and Pro Forma EPS of $0.40, versus its pre-announced guidance of "above $100M" in sales and "above $0.35"; our original estimates were $80.1M and $0.16. GMs were 31.1%, benefiting from the higher sales run rate; NVTL's commentary for the June quarter was for GMs to "drift" around 31% going forward. OPEX was remarkably well-contained given the strong sales with only Sales & Marketing understandably higher than our original estimate.

Estimates: We are raising our revenue estimates for the June quarter and going forward for the progress NVTL has made with USB Modem (Ovation) business.

 * June quarter: Our revenue estimate is increasing from $83.6M to $95.8M, and our EPS rises meaningfully from $0.16 (Pro Forma; excluding non-cash stock compensation expense) to $0.26. The upside to revenues is being driven primarily by better-than-expected Ovation sales, and the higher GMs are also causing the upside to EPS.

 * CY2007: Our revenue estimate is increasing from $346.9M to $408.7M, and our EPS rises meaningfully from $0.69 (Pro Forma; excluding non-cash stock compensation expense) to $1.20. The upside to revenue is being driven primarily by better-than-expected Ovation sales; higher GMs are also causing the upside to EPS.

 * CY2008: Likewise, our 2008 estimates are increasing to reflect the higher run rate. Our revenue estimate is increasing from $387.5M to $444.4M, and our EPS rises meaningfully from $0.76 (Pro Forma; excluding non-cash stock compensation expense) to $1.20. Valuation: At $19, NVTL shares currently trade at ~16x our increased 2007 EPS estimates. Our $23 price target is based off a 19x multiple of our 2008 EPS estimate of $1.20, which we believe is reasonable and inline with our view of the company's three- to five-year growth rate of 20%.

RISKS TO PRICE TARGET:

 * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows down, there could be substantial risk to Novatel's short-term growth opportunities.

 * Market Adoption: The PC card industry has been relatively weak over the past three years due to the slow wireless networks that have been in place. We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will result in slower-than-expected growth for Novatel.

 * Increasing Competition: As this market continues to grow, increasing competition from other PC card vendors, handset OEMs and Asian OEMs/ODMs could cause significant pricing and margin for Novatel. Novatel's current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*May 2, 2007 Merriman Curhan Ford - Kevin Dede*
**Novatel Wireless, Inc. (NVTL) - Strong March Rises Above Pre-release on Sales Momentum; Raising Estimates; Reiterate Buy**
Investment Conclusion

Exhibit 1
Page 152

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Improving sales trends, starting last summer, have continued through the March quarter, and once again Novatel has appreciably raised its FY07 expectations, calling for sales of $380-390M this year. Importantly, new product designs, including complete plug-and-play and USB interfaces, have improved the attractiveness of Novatel's 3G products in the retail and consumer market place. We continue to believe Novatel differentiates itself from the competition by enabling additional functionality, and we continue to recommend its shares. |
| | | | | | Summary |
| | | | | | Sales of $109.80M beat pre-released $100.0M and our expectations in the full 1Q07 report issued last night. EPS of $0.40 also surpassed the company's revised expectations of $0.35 issued March 26. We had not adjusted estimates and originally forecast $80.0M and $0.16. Sales of USB modems (Ovation) at Sprint drove strong results and surpassed prior sales and earnings records. |
| | | | | | * Raising estimates. Our new FY07 sales forecast stands at $384.8M — up 77% Y/Y and raised from $344M; our EPS estimate of $1.00 is up from $0.65 and reflects continued trends. For FY08, we forecast $445.0M and $1.20, up from our previous $410.0 and $1.05, and we argue that the industry is growing rapidly as 3G products and fast mobile data service attract the consumer market segment. |
| | | | | | * Still no succession decision. Although firing on all cylinders, the lengthy CEO decision implies poor confidence in the current course. The Street has patiently waited for formal confirmation of the acting CEO's capacity, which we see as the only sensible choice given his familiarity with the industry, customers, and operations. Recent results serve to confirm both the overarching strategy as well as the ability to execute. Inaction suggests either lassitude or a dilemma. |
| | | | | | * Reiterate Buy. Continued strength and improved visibility confirm our thesis on 3G adoption. Novatel sees the benefit of more data subscribers on faster networks where 3G ubiquity eclipses Wi-Fi's availability. We believe we could see $22-24 per share over the next 12 months on 20x our new $1.20 FY08 EPS estimate. |
| 5/3/2007 | 1,223,312 | $19.75 | -0.95% | (0.51) | *Date: May 3 2007  17:27:04 Wire: Washington Service (WSA)*<br>**Hadley Robert M,Vice Pres., Surrenders 2,058 On 5/1/07 Of NVTL** |
| | | | | | *Date: May 3 2007  17:31:16 Wire: Washington Service (WSA)*<br>**Halvorson Dan L,C.F.O., Surrenders 1,608 On 5/1/07 Of NVTL** |
| | | | | | *Date: May 3 2007  17:36:26 Wire: Washington Service (WSA)*<br>**Leparulo Peter V,C.O.B., Surrenders 3,800 On 5/1/07 Of NVTL** |
| | | | | | *Date: May 3 2007  17:38:58 Wire: Washington Service (WSA)*<br>**Ratcliffe Catherine,Vice Pres., Surrenders 1,608 On 5/1/07 Of NVTL** |
| | | | | | *Date: May 3 2007  17:40:27 Wire: Washington Service (WSA)*<br>**Ross Chris,Vice Pres., Surrenders 1,608 On 5/1/07 Of NVTL** |
| | | | | | *Date: May 3 2007  17:45:28 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres., Sells 15,000 On 5/1/07 Of NVTL** |
| | | | | | *Date: May 3 2007  17:47:11 Wire: Washington Service (WSA)*<br>**Weinert George B,C.E.O.,Surrenders 1,668 On 5/1/07 OF NVTL** |
| 5/4/2007 | 1,279,716 | $19.98 | 1.16% | 0.29 | |
| 5/7/2007 | 910,887 | $20.14 | 0.80% | 0.24 | *Date: May 7 2007  8:30:05 Wire: Business Wire (BUS)*<br>**Novatel Wireless to Present at the Piper Jaffray Semiconductor and Communications Conference - Presentation to be Webcast on May** |

Exhibit 1
Page 153

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

9, 2007 at 10:10 am ET
Piper Jaffray Semiconductor and Communications Conference
SAN DIEGO--(BUSINESS WIRE)--May 07, 2007 Novatel Wireless, (Nasdaq:NVTL) today announced participation in the following event with the financial community:
   Piper Jaffray Semiconductor and Communications Conference
   Presentation Date: Wednesday, May 9, 2007
   Time: 10:10 a.m. ET
   Presenter: Dan Halvorson, chief financial officer
   Location: Palace Hotel, New York, NY
   Interested parties can log into this event by accessing the URL below:
   http://www.corporate-ir.net/ireye/conflobby.zhtml?ticker=NVTL&item_id=1530060

*May 7, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless, Inc. - Checks Indicate Strong Trends At Verizon And Sprint**
KEY POINTS:
Channel checks indicate Novatel USB and PC card sales strong at Sprint and Verizon, and we continue to believe Novatel well positioned for EV-DO REV A product cycle.
* Our April channel checks, (see today's note entitled "Monthly Channel Checks: Increasing Mix Of 3G Handsets"), suggested strong sell-through of EV-DO PC cards and USB products at both Verizon and Sprint, as Novatel continues to enjoy very strong share of the retail channel at these carriers.
 * We noted very strong sales of Novatel USB products at the Sprint channel, and Novatel likely increased its dominant sell-through share at this channel. While our checks indicated slow overall handset sales at many Sprint stores during April, store managers indicated USB and PC cards were some of the best selling products during the month. Our checks continue to indicate stronger mobile computing customer growth at Sprint and Verizon during April, and these two customers comprised nearly 75% of Novatel's strong Q107 results.
 * We believe Novatel also grew its leadership position at the Verizon retail channel with strong express card sales. While we anticipate strong trends will continue at Verizon, we note Sierra Wireless is starting to ship a REV A express card that should slightly diminish Novatel's strong share. However, we believe the faster data speeds provided by REV A should stimulate strong industry adoption of PC cards and OEM modules, and we believe Novatel Wireless remains very well positioned at this leading carrier.
 * With its strong share at Sprint and Verizon and EV-DO products carrying higher margins than similar HSDPA products, we believe Novatel Wireless is well-positioned to post strong 2007 results.
 * Novatel Wireless management will present at the Piper Jaffray Semiconductor & Communications Conference on Wednesday, May 9 at the New York Palace Hotel.
INVESTMENT RECOMMENDATION:
We maintain our Market Perform rating and $21 price target, which is based on the shares trading at roughly 17x our 2008 EPS estimate, which is in line with peer multiples.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.
COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*May 7, 2007 PriceTarget Research*
**Novatel Wireless Inc (NVTL) – NASD**
OVERALL RATING

Exhibit 1
Page 154

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | Novatel Wireless has a current overall rating of B (Positive). |

Novatel Wireless has a current overall rating of B (Positive).

This rating reflects mixed signals from PTR's two proprietary measures of a stock's attractiveness. Novatel Wireless has a neutral Appreciation Score of 50 but a very high Power Rating of 95. The result is that the Power Rating very positively affects the Appreciation Score, producing the stronger Positive rating. (See PTR RatingMap, and comments below). (For more on PriceTarget Research's Stock Ratings, see: http://pricetargetresearch.com/backtest.jsp .)

APPRECIATION SCORE (POTENTIAL PRICE CHANGE TO TARGET)

Novatel Wireless' Price Target of $26 represents a 31% change from its current price of $19.98. This neutral appreciation potential results in an appreciation score of 50 (50% of the universe has greater appreciation potential.)

POWER RATING (LIKELIHOOD OF FAVORABLE PERFORMANCE)

Novatel Wireless has a Power Rating of 95. (This very high Power Rating indicates that NVTL has a better chance of achieving attractive investment performance over the near to intermediate term than all but 5% of companies in the universe.) Factors contributing to this very high Power Rating include: the recent trend in NVTL's earnings estimates has been extremely favorable; and recent price action has been extremely favorable. An offsetting factor is the Telephone & Telegraph Apparatus comparison group is in a slightly weakened position currently.

Investment Profile

BUSINESS DESCRIPTION

Novatel Wireless, Inc. provides wireless broadband access solutions for the mobile communications market worldwide. It offers 3G wireless PC card and ExpressCard modems, embedded modems, communications software, and fixed?mobile convergence (FMC) solutions. The company's products are designed to operate on wireless networks and provide mobile subscribers with high speed access to corporate, public, and personal information through the Internet and enterprise networks. Novatel Wireless also offers software engineering, integration, and design services. The company serves wireless network operators, infrastructure providers, distributors, original equipment manufacturers, and vertical markets. It has strategic relationships with Alcatel, Siemens, Dell, QUALCOMM, Sprint PCS, Verizon Wireless, and Vodafone. Novatel Wireless was founded in 1996 and is headquartered in San Diego, California.

SUITABILITY

Novatel Wireless' "suitability" for an investor's specific investment objectives is reflected in twelve investment variables that together define its investment profile relative to an 8,000 company universe. These variables measure how well Novatel Wireless aligns with an investor's income orientation, risk tolerance, and need for marketability/liquidity.

Relative to the S&P 500 Composite, Novatel Wireless Inc. has neutral Growth/ Value characteristics – its appeal is likely to be Capital Gain-oriented investors. NVTL is of average investment quality.  NVTL's valuation is high (low dividend yield, high P/E ratio, and high price/asset ratio) reflecting high investor expectations and carrying with it possible price risk if performance falls short. Relative strengths include: low financial leverage, and high consensus forecast growth. Relative weaknesses include: low consensus forecast profitability, low historical profitability, high stock price volatility, low historical growth, and high earnings variability. NVTL has unusually low market capitalization.

Forecast Growth

PTR's growth forecast for Novatel Wireless begins with consideration of historical growth rates. Four historical growth measures are examined for up to the last ten years. Each growth measure is derived on a per share basis so that dilution from acquisitions or financing is reduced. "Balance Sheet" growth (growth in assets or equity per share) is typically the best measure of a company's basic - or intrinsic - growth rate.

HISTORICAL GROWTH AND CONSENSUS FORECAST

There are no significant differences between Novatel Wireless' longer term growth and growth in recent years. Annual revenue growth has been 5.4% per year. Total asset growth has been ?4.5% per year. Annual E.P.S. growth has been 9.5% per year. Equity growth has been ?8.1% per year. Novatel Wireless' historical income statement growth has been higher than growth in the balance sheet. Revenue growth has exceeded asset growth; earnings growth has exceeded equity growth. Novatel Wireless' consensus growth rate forecast (average of Wall Street analysts) is 23.5% ?? substantially above the average of the historical growth measures.

Exhibit 1
Page 155

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | PTR GROWTH FORECAST |
| | | | | | PTR's growth forecast is the company's longer term intrinsic growth rate. Consequently, it gives more weight to balance sheet growth than income statement growth and is importantly influenced by recent experience. |
| | | | | | PTR's growth forecast is 20.0% - substantially above our recent forecast. Forecasted growth suffered a dramatic, erratic decline between 1998 and 2006. The current forecast is significantly below the 2001 peak of 50%. PTR's growth rate forecast of 20.0% is below the consensus but substantially above the average of the historical growth measures. |
| | | | | | Forecast Profitability |
| | | | | | HISTORICAL PROFITABILITY |
| | | | | | Businesses create wealth for shareholders by investing capital at a rate of return that is greater than the cost of capital. Return on equity is an extremely important measure of corporate operating performance and is of particular importance in understanding the wealth Novatel Wireless' investments generate for investors. |
| | | | | | PTR's return on equity forecast for Novatel Wireless begins with consideration of trends in historical profitability and its components. Return on assets is a function of asset turnover, profit margin, and the tax keep rate. Return on equity depends on return on assets as well as leverage effects. |
| | | | | | Novatel Wireless' return on equity has eroded very significantly since 1998 accelerating very sharply after the 2004 level. The key to the story for NVTL is a very strong negative trend in operations (pretax return) significantly offset by a very strong positive trend in non?operating factors. |
| | | | | | The unfavorable trend in operating performance was driven by higher asset turnover and lower pertax margin. The productivity of Novatel Wireless' assets rose over the full period: asset turnover has enjoyed a very strong overall uptrend even as it experienced a minor decline after the 2003 high. |
| | | | | | Non-operating factors (income taxes and financial leverage) had a very significant positive influence on return on equity.Tax "keep" rate has experienced a very strong overall downtrend that accelerated very sharply after the 2001 level. |
| | | | | | PTR PROFITABILITY FORECAST |
| | | | | | PTR's return on equity forecast reflects current forecasts for earnings and common equity per share. These forecasts take recent trends in operating performance into account. |
| | | | | | PTR's return on equity forecast is 12.3% - above our recent forecasts. Forecasted return on equity enjoyed a dramatic, erratic increase between 1998 and 2006. The current forecast is well below the 2004 peak of 21%. |
| | | | | | Price Target |
| | | | | | Novatel Wireless' current price target of $26 represents a 31% change from the current price of $19.98. This neutral appreciation potential results in an appreciation score of 50 (50% of the universe has greater appreciation potential.) With this neutral Appreciation Score of 50, the high Power Rating of 95 results in an Overall Rating of B. |
| | | | | | Novatel Wireless' Price Target is based on forecasts of the three key Value Drivers discussed above - return on equity, growth investment, and an appopriate cost of equity capital for each period.. When expected return on equity exceeds the cost of equity capital, new investments create value for shareholders. Conversely, when returns fall below the cost of equity capital, shareholder value is reduced. |
| | | | | | With future returns forecasted to be above the cost of capital, NVTL is expected to be a significant value builder. Novatel Wireless' return on equity has eroded very significantly since 1998 accelerating very sharply after the 2004 level. At Novatel Wireless' current price of $19.98, investors are placing a positive value of $16 on its future investments. This view is not supported by the company's most recent performance that reflected a growth rate of 9.0% per year, and a return on equity of 4.0% versus a cost of equity of 4.4%. However, this view is consistent with PTR's forecasts. As explained previously, PTR expects NVTL to grow at a rate of 20.0% per year and to earn a return on equity of 12.3% versus a cost of equity of 7.2%. |
| | | | | | PTR's 2008 Price Target of $26 is based on these forecasts and reflects an estimated value of existing assets of $11 and a value of future investments of $15. |
| 5/8/2007 | 1,191,652 | $19.95 | -0.94% | (0.43) | *Date: May 8 2007  7:10:17 Wire: Washington Service (WSA)* |

Exhibit 1
Page 156

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|
| | | | | | **Halvorson Dan L, C.F.O., Sells 139,607 On 5/7/07 Of NVTL** |
| 5/9/2007 | 1,333,941 | $19.92 | -0.15% | (0.18) | *May 9, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky* |

**Novatel Wireless, Inc. - Wireless Technologies - Update From The Ninth Annual Semiconductor & Communications Conference**
KEY POINTS:
 * Dan Halvorson, CFO of Novatel Wireless, provided an upbeat presentation at the Piper Jaffray Semiconductor and Communications conference.
 * Novatel highlighted the strong growth trends in the mobile computing market with the strong 3.5G upgrade cycle. Consistent with our macro model, management highlighted this market segment should increase from 5.7M units in 2006 to over 9.0M units in 2007.
 * Consistent with our monthly channel checks (See our Monday, May 7 note entitled "Monthly Channel Checks: Increasing Mix Of 3G Handsets"), Novatel highlighted strong sell through trends for its products at Verizon and Sprint. We believe we are in the early stage of the EV-DO REV A upgrade cycle, and we believe Novatel is well positioned for our expectations of continued strong growth trends.
 * In fact, management indicated its sales to Sprint were just under $40M in Q107 and demand remains strong for its EV-DO products. Management believes it can maintain its strong market share at Sprint, and we estimate this share at roughly 80% over the past several quarters.
 * Finally, management highlighted sales of its HSDPA express cards leading to improved share with its leading European carriers. Management believes it will be a leader to market with HSUPA products, leading to increased share gains in Europe and potentially AT&T.
PRICE TARGET AND JUSTIFICATION:
We maintain our Market Perform rating and $21 price target, which is based on the shares trading at roughly 17x our 2008 EPS estimate, which is in line with peer multiples.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | |
|------|------|------|------|------|------|
| 5/10/2007 | 1,217,384 | $19.50 | -2.11% | (0.37) | |
| 5/11/2007 | 803,666 | $20.00 | 2.56% | 0.56 | |
| 5/14/2007 | 678,408 | $19.54 | -2.30% | (0.74) | *May 14, 2007 Thomas Weisel Partners - Hasan Imam* |

**Communications Equipment: Core & Wireless Favorable -  Significant Growth in Wireless Card Market Represents a New, Highly Profitable Market Opportunity for QCOM**
Executive Summary
The laptop wireless card market continues to show robust growth creating a segment that is beginning to contribute meaningfully to QCOM's top and bottom lines: In 2007, the topthree card vendors-Option, NVTL and SWIR-are projecting aggregate revenues around $1.3bn, up 55% y/y. While we expect the impact to QCOM's EPS will still be in the low-single-digit percentages, it does represent a new, highly profitable market opportunity outside of its core handsets segment-one that is expected to grow at a 50% CAGR in 2008–2009. Uptake of 3/3.5G cards directly benefits NVTL through growth of laptop cards, embedded modules and broadband access devices.
 * Laptop card business experiencing robust uptick in March quarter; outlook for 2007 shows market at an inflection point: The three biggest broadband access card vendors are seeing a robust pickup in demand. In aggregate, this market segment is slated for 55% y/y revenue growth, expected to grow to $1.6bn in FY07 from $1bn in FY06. (1) NVTL: After posting 43% q/q growth in its 1Q07 card sales, company expects 2Q07 top line at $90mn.
NVTL's 2007 guidance of $380–390mn implies 74–79% y/y growth. (2) SWIR: After posting 25% q/q growth in its F1Q07 card sales, company expects F2Q07 top line at $92mn. While SWIR did not provide FY07 guidance, consensus of $380mn implies 72% y/y growth. (3) Option: after posting 9% q/q growth in its F1Q07 card sales; company expects F2Q07 top line at EUR95mn. Option's

Exhibit 1
Page 157

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | FY07 guidance of EUR355–375mn implies 27–34% y/y growth. |

FY07 guidance of EUR355–375mn implies 27–34% y/y growth.

* 3.5G upgrade cycle and emergence of embedded modules business key growth drivers listed: Analyzing the earnings data points, the demand drivers in the end markets are: (1) NVTL: benefited from U.S. 3.5G CDMA (EV-DO Rev A) card upgrade cycle, Ovation broadband modem and embedded modules growth. (2) SWIR: Saw strength in both 3.5G CDMA and GSM technology tracks (Rev A and HSPA, respectively) in terms of wireless cards and embedded modules. (3) Option: saw strength in 3.5G GSM (HSPA) cards and embedded modules.

* As 3.5G upgrades finally promise to deliver broadband-like speeds, mobile laptop access market taking off: While 3G was advertised as "wireless broadband"-the data rates available on the ground have failed to provide a true broadband-on-the-go experience. On the GSM track, 3G (WCDMA) is capped at speeds of 384kbps, with commercial networks delivering average user throughput below 100kbps on the ground. On the CDMA track, 3G (EV-DO Rel 0) has a theoretical cap at 2Mbps, with commercial networks delivering average throughput of 500-600kbps. While such speeds provide a tolerable laptop access experience, they hardly create an enjoyable or very productive environment for the end user. 3.5G promises to do a lot better- HSPA (on the GSM track) and EVDO Rev A (on the CDMA track) both are poised to deliver average throughputs better than 2Mbps, or broadband like speeds. In our view, the enhanced consumer experience is a key driver for laptop access card adoption.

Wireless broadband access for laptops and home PCs create a new market for 3G/3.5G devices: To date, laptop access cards have been a small market segment for 3G/3.5G, outside of the core handset segment. Together with higher penetration of "plain-vanilla" laptop cards, two new channels are accelerating this market, in our view; these are: (1) Embedded laptop modules-help expand addressable market beyond plugin cards. With tier-one laptop OEMs striving to differentiate their offerings, embedded wireless functionality plays a key part. Ramp in this segment in 2H06 was a key factor behind NVTL's resurgence, and we expect relationships with tier-one laptop vendors, such as Dell, Toshiba, Panasonic, Acer, Gateway, etc., to continue to drive growth going forward. (2) Wireless broadband set-top boxes-wireless carriers going after home broadband markets using "Ovation"-like products. Think of these products as a DSL/cable modem without a wireline connection from the operator, plus a Wi-Fi router providing wireless networking at home/office. The backhaul connectivity from the service provider is over a 3.5/3G wireless network, rather than a copper/cable/fiber wireline connection. At his/her premises, the user can use multiple devices like a computer, regular phone, fax machine, with an "Ovation"-like product. On premise connectivity is provided by built-in Wi-Fi functionality. Depending on the technology and utilization of the base station, these platforms can provide backhaul data throughput of 100–500kbps. With 3.5G upgrades, they promise to deliver data throughput on par with DSL services.

* Industry impact: (1) QCOM-While benefit from this new market outside of handsets is relatively small, it is growing. We estimate that the overall laptop access card market (NVTL, SWIR and Option make up 80% of total market) will contribute roughly 2% of QCOM's CY07 revenues and EPS. While the impact is relatively small, we note it is growing rapidly adding $0.04 to QCOM's CY07E EPS, $0.06 for CY08E and $0.08 for CY09E. (2) Laptop access card vendors: NVTL/SWIR-Market growth opportunity in laptop cards and expansion into other segments, such as embedded modules and home PCs, has positive implications for top-line and EPS growth.

VALUATION

NVTL-maintain Overweight: Net net, we maintain a positive view on NVTL. Earnings in 1Q07 highlight several positives and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-one OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales are beginning to ramp, quadrupling q/q in 1Q07. We believe that these positives should contribute to near- 80% revenue growth with healthy margins in 2007. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 19x (25.1x including stock options expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 5/15/2007 | 831,366 | $19.24 | -1.54% | (0.40) | |
| 5/16/2007 | 776,002 | $19.43 | 0.99% | 0.04 | *Date: May 16 2007  17:35:42 Wire: Washington Service (WSA)* **Hadley Robert M, Vice Pres., Surrenders 4,117 On 5/14/07 Of NVTL** |

Exhibit 1
Page 158

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-----|
| | | | | | *Date: May 16 2007  17:39:26 Wire: Washington Service (WSA)*<br>**Halvorson Dan L, C.F.O., Surrenders 4,117 On 5/14/07 Of NVTL** |
| | | | | | *Date: May 16 2007  17:39:49 Wire: Washington Service (WSA)*<br>**Leparulo Peter V, C.O.B., Surrenders 8,997 On 5/14/07 Of NVTL** |
| | | | | | *Date: May 16 2007  17:42:17 Wire: Washington Service (WSA)*<br>**Ratcliffe Catherine,Vice Pres., Surrenders 3,217 On 5/14/07 Of NVTL** |
| | | | | | *Date: May 16 2007  17:43:50 Wire: Washington Service (WSA)*<br>**Ross Chris,Vice Pres., Surrenders 3,217 On 5/14/07 Of NVTL** |
| | | | | | *Date: May 16 2007  17:45:15 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres., Surrenders 4,117 On 5/14/07 Of NVTL** |
| | | | | | *Date: May 16 2007  17:58:34 Wire: Washington Service (WSA)*<br>**Weinert George B, C.E.O., Surrenders 3,336 On 5/14/07 Of NVTL** |
| 5/17/2007 | 3,108,098 | $21.53 | 10.81% | 4.05 | *Date: May 17 2007  13:54:02 Wire: Business Wire (BUS)*<br>**Novatel Wireless Demonstrates Internet-Based GPS at Mobile Location Services 2007 -  Novatel Showcases Qualcomm's GPS OneXTRA Assistance Technology on Notebook Computer**<br>AMSTERDAM, Netherlands--(BUSINESS WIRE)--May 17, 2007 Novatel Wireless Inc., (Nasdaq:NVTL) today announced the demonstration of Internet-Based GPS on a notebook computer using QUALCOMM's gpsOneXTRA Assistance(TM) technology. The live demonstration will be running on a Dell ATG laptop, using the Novatel EU870D module.<br>   QUALCOMM's gpsOneXTRA Assistance technology, supported as part of the gpsOne(R) solution on select Mobile Station Modem(TM) (MSM(TM)) chipsets, provides enhanced operation for Standalone-GPS by enabling a user to download a small assistance data file through a brief Internet access session. The gpsOneXTRA Assistance technology provides benefits such as a faster time-to-fix and operation, indoors and in challenging environments for up to seven days. This technology completes the Novatel GPS WorldService(SM) portfolio of Novatel Multimode GPS(TM) solutions for OEMs, Carriers, Software Companies and Enterprises.<br>   Novatel now has a fast GPS solution for HSDPA networks, enabling all of its OEM Notebook customers to make use of Novatel GPS WorldService. QUALCOMM's gpsOneXTRA Assistance completes Novatel's sixth GPS protocol finalizing the MultiMode GPS solution in its Secure GPS FastFix(TM) solution for Novatel's carrier and OEM partners. With Novatel Multimode GPS solutions, gpsOneXTRA Assistance fills a gap between standalone GPS and the high-speed precision carrier MS-Based and MS-Assisted solutions.<br>   "QUALCOMM's solution is ideal for customers who want to dramatically improve standalone GPS performance," said Rob Hadley, senior vice president of worldwide sales and marketing at Novatel Wireless. "We are excited to be demonstrating this technology at MLS, and expect to see great applications emerge as developers leverage this new GPS functionality."<br>   An Independent Software Vendor (ISV) can make use of gpsOneXTRA Assistance and the other MultiMode GPS services through Novatel's MobiLink Gold WorldService SDK. With this SDK, ISVs and IT departments can design Location Based Applications that make use of OEM Notebooks without any special gear.<br>   Novatel first demonstrated gpsOneXTRA Assistance technology at CTIA 2007 in Orlando, Florida. For more information, please visit http://www.novatelwireless.com.<br><br>*Date: May 17 2007  22:28:53 Wire: Washington Service (WSA)* |

Exhibit 1
Page 159

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | **Novatel Wireless Inc: Halvorson Dan L Files To Sell 139,607 Shar** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 05/14/07 |
| | | | | | Approximate Date Of Sale: 05/07/07 |
| | | | | | Halvorson Dan L, Chief Financial Officer, Of One Montgomery Street Suite 3700, San Francisco, Ca 94104, Has Filed To Sell |
| | | | | | 139,607 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 5/18/2007 | 1,452,073 | $21.11 | -1.95% | (1.01) | *May 18, 2007 Ativo Research (BIR)* |
| | | | | | **Novatel Wireless Inc** |

Novatel Wireless, Inc. (NVTL) provides wireless broadband access solutions to the worldwide mobile communications market. The company's products include 3G wireless PC card modems, embedded modems, communication software, and fixed-mobile convergence solutions, which enable wireless operators to provide secure and high-speed access to Internet and enterprise networks. Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, E-Plus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens.

The firm posted fiscal year 2006 revenues of $218 million. ExpressCards Boost Earnings The communications equipment maker's results for the first quarter of fiscal year 2007, ended March, reflected an income of $10.1 million or 34 cents a share compared to the loss of $1.4 million or 5 cents a share a year ago. Driven by more than $50 million worth of sales of ExpressCards, revenues almost tripled to $109.8 million.

Although expenses grew, they did not outpace revenues. Therefore, the firm posted an operating income of $15.27 compared to the operating loss of $4.32 million in the comparable quarter. Adding to the shine, other income surged and the firm jumped out of the red.

Hopes Hinge on Few Customers

Novatel operates in an environment characterized by rapid technological changes and strong competition. Firms in the industry compete on the basis of time-to-market, features and functionality, performance, price and quality. The company vies with Sierra Wireless, Sony Ericsson Mobile and Wavecom for market share.

Additionally, its top 10 customers accounted for 80.3% of revenue for fiscal year 2005. Therefore, the loss of any of these key customers would hamper its revenue. Novatel outsources its manufacturing activities to LG Innotek, Celestica and SerComm. Any delays, disruptions or capacity constraints of these third-party manufacturers will also negatively influence its earnings. Moreover, the company depends on a few suppliers for certain key components.

Higher Spending on the Internet

According to telecommunication industry associations, the broadband market grew strongly to 41.2 million subscribers in 2005, from 4.5 million in 2000. Spending on Internet services is estimated to grow at 5.3% annually, to $34.8 billion by 2009. This will provide definite growth opportunities for the company in the near future. In addition, in February 2006, Novatel bagged a deal from Polska Telefonica Cyfrowa to provide PC Card Modems. Additionally, the firm recently joined forces with Telefonica Moviles Espana to market its products in Spain. In the second quarter, Novatel introduced important new products across three segments: PC wireless data cards, embedded solutions and fixed-mobile convergence.

Forecasts Upped

Buoyed by good growth in the quarter, the management has raised its revenues forecasts for fiscal year 2007 to $380–$390 million from the earlier outlook of $330–$350 million. It projects earnings for the June quarter, excluding some expenses, at 20–22 cents on sales of $90 million.

In Line Performance Expected

Our review of Novatel is based on the methodology pioneered and developed by Chuck Callard since 1970, which calculates fundamental economic performance by systematically adjusting reported financial statements to correct for differences in accounting policies, inflation, leverage, and industry characteristics, thereby comparing all companies on a consistent basis. The resulting discounted cash-flow valuation, which incorporates industry and company growth prospects, is compared with the current price to determine relative attractiveness. This preliminary assessment is then tested against a series of short-term performance measures to

Exhibit 1
Page 160

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

determine the final recommendation. By removing all economic and accounting distortions and viewing the stock on a relative basis, we have gained a clear picture of how the stock will perform against market averages.

Overall Recommendation: Hold

We decided on Novatel's Hold rating by incorporating several factors, which our experience has shown to be powerful indicators of future price performance. Our decision was based on (1) valuation, which compares the firm's intrinsic value against the price of its stock, (2) intermediate and long-term price momentum, (3) other measures of fundamental trend and (4) qualitative analysis.

Expected Shareholder Return: Average Measures the return shareholders can expect to earn based on the current stock price and the firm's projected cash flows. It is a measure of potential price appreciation over the following 26 to 104 weeks. For this firm, the potential price appreciation is 1.3% above the market's, which is Average.

P/E to Growth Ratio (PEG): Unfavorable Measures the ratio between the firm's P/E and its forecasted asset growth rate. Ideally a firm has a low P/E and a high growth rate resulting in a low PEG ratio. Novatel has a P/E of 55.3 and a forecasted real asset growth rate of 14.0% resulting in a PEG ratio of 2.8. This is Unfavorable, as it is worse than 88% of all firms.

Price Momentum: Average

Measures the trend in relative shareholder wealth, over the last 200 days, including an adjustment for past volatility (at rare key reversal moments the favored firms are those that have been losing to the S&P). Novatel has a momentum score that puts it in the bottom 57% of all firms (Average).

Qualitative Analysis: Average

The attractiveness of a stock depends on certain non-numerical factors, such as quality of management, intensity of competition and brand strength. Our analysts take into account these and other factors in order to produce a comprehensive picture of the quality of each company.

Sales Growth: Most Favorable

Measures the growth in real four-quarter total sales per share over the last few quarters. Novatel's sales have grown at a rate of 175% which is Most Favorable.

Earnings Surprise: N/A

The EPS Surprise is computed by comparing recently reported earnings with the prior forecasts. Because of insufficient quarterly data, this calculation cannot be performed for Novatel.

ROI Trend: Most Favorable

This score compares the long term ROI forecast with the average of the last 4 years. The ROIs for NVTL are expected to increase by 6.2%, putting it in the top 93% of all firms (Most Favorable).

Return Since Last Turning Point: Most Favorable We measure how the stock has performed since the last Market Turning Point, defined as either a peak, trough or change in the general character of the market. Since the Last Turning Point, this stock has gained 62.6%, which is considered Most Favorable.

Telecom Equipment Industry

The telecom equipment industry consists of a variety of companies manufacturing routers, switches, fiber optics and other network equipment used by telecom service providers. Industry giants include mobile device manufacturers who reach out to the mass public through distribution outlets or link themselves with service providers. VoIP and 3G technology propelled the growth in telecom equipment sales in the quarter. The industry is now in a rapid consolidation phase with small private companies being taken over by large, established suppliers of network infrastructure products. As well, time-honored players are now joining hands rather than clashing with each other.

Good Growth This Quarter

The leaders in the telecommunications equipment market saw the top line grow by high teens during the third quarter of fiscal 2006, as compared to the same period a year ago. The firms producing major networking products were the forerunners with record top line growth in the mid twenties. Bigwigs like Nokia, Motorola and Ericsson reported a good surge in growth owing to the roll out of 3G devices. Others, like Research In Motion, recorded a blowout growth, thanks to the Blackberry Pearl which began creating waves this quarter. Slumped by investigations into earlier option grants, the likes of Broadcom Corp., Juniper Networks and Foundry Networks

Exhibit 1
Page 161

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

withheld their earnings releases.

3G -Friend or Foe?

With the world turning its head toward VoIP and 3G, telecom equipment makers have been caught up in the whirlwind. On one side are the networking companies that are faced with an ever increasing growth in broadband and Internet demand. On the other hand, many telecom equipment makers are confronting the nemesis of feeble or negative operating margins. This comes in the wake of the newer technologies calling for a lot of initial expenditure. These efforts are yet to payback, greatly depending on the willingness of the carriers, their customers, to migrate to a relatively newer system.

Further, these firms are tackling the woes of a mature audience in developed countries vis-à-vis pricing pressures in developing nations. Worldwide mobile phone sales totaled 251 million units in the third quarter of 2006, a 21.5% increase from the same period last year.

United We Stand

As far as the penetration rate goes, the show-stealers were Nokia and Motorola, once again, with a market share of 35% and 20%, respectively. In order to check their growth, France's Alcatel and Bell spin off Lucent consolidated their operations. What was one of the most talked about mergers this quarter also happened to seal the fates of 9,000 employees through layoffs. Increasingly, more and more firms are adopting the merger route, having realized that an intelligent merger reduces operating expenses, primarily in the R&D field, while at the same time increases market cap and revenues. Next up, Ericsson acquired Redback Networks for $2.1 billion while Cisco grabbed IronPort Systems, among many others. Another trend changing acquisition to look forward to is that of Nokia and Siemens' mobile device segments.

The Next Big Thing

At the Consumer Electronics Show held on January 8, 2007 many strategic pacts between players of the telecom industry were revealed. IPTV – a technology of delivering digital television service using Internet Protocol, is expected to change the face of the telecom sector soon. This service is delivered over network infrastructure, using broadband connections to a personal computer or a high definition TV, or even a 3G mobile device. As this technology gains ground, telcos will seek to increase revenues from their existing markets. This is also viewed as a defensive measure against encroachment from more conventional cable television services.

*Date: May 18 2007  8:30:03 Wire: Business Wire (BUS)*

**Novatel Wireless to Present at the JP Morgan 35th Annual Technology Conference - Presentation to be Webcast on May 23, 2007 at 11:20 a.m. ET**

JPMorgan 35th Annual Technology Conference

SAN DIEGO, Calif.--(BUSINESS WIRE)--May 18, 2007 Novatel Wireless, (Nasdaq:NVTL) today announced participation in the following event with the financial community:

   JP Morgan 35th Annual Technology Conference
   Presentation Date: Wednesday, May 23, 2007
   Time: 11:20 a.m. ET
   Presenter: Dan Halvorson, chief financial officer
   Location: Westin Boston Waterfront Hotel, Boston, MA
   Interested parties can log into this event by accessing the URL below:
   https://events.jpmorgan.com

*Date: May 18 2007  18:13:45 Wire: Washington Service (WSA)*
**Pudwill Horst J,Director,Sells 85,000 On 5/17/07 Of NVTL**

*Date: May 18 2007  18:17:14 Wire: Washington Service (WSA)*
**Ross Chris,Vice Pres.,Sells 17,350 On 5/18/07 Of NVTL**

*Date: May 18 2007  18:23:13 Wire: Washington Service (WSA)*

Exhibit 1
Page 162

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | **Souissi Slim S,Vice Pres., Sells 110,658 On 5/18/07 Of NVTL** |
| | | | | | *Date: May 18 2007  18:27:45 Wire: Washington Service (WSA)*<br>**Hadley Robert M,Vice Pres., Sells 14,650 On 5/18/07 Of NVTL** |
| | | | | | *Date: May 18 2007  18:30:07 Wire: Washington Service (WSA)*<br>**Ratcliffe Catherine,Vice Pres., Sells 17,350 On 5/18/07 Of NVTL** |
| 5/21/2007 | 920,534 | $21.85 | 3.51% | 1.00 | *Date: May 21 2007  8:30:03 Wire: Business Wire (BUS)*<br>**Novatel Wireless to Present at the Craig-Hallum 4th Annual - Institutional Investor Conference**<br>SAN DIEGO--(BUSINESS WIRE)--May 21, 2007 Novatel Wireless, (Nasdaq:NVTL) today announced participation in the following event with the financial community:<br>   Craig-Hallum 4th Annual Institutional Investor Conference<br>   Presentation Date: Wednesday, May 23, 2007<br>   Time: 8:00 a.m. CT<br>   Presenter: Brad Weinert, acting chief executive officer and chief operating officer<br>   Location: Radisson Plaza Hotel, Minneapolis, MN |
| | | | | | *Date: May 21 2007  17:18:13 Wire: Washington Service (WSA)*<br>**Leparulo Peter V, C.O.B., Sells 35,658 On 5/18/07 Of NVTL** |
| | | | | | *Date: May 21 2007  17:35:58 Wire: Washington Service (WSA)*<br>**Halvorson Dan L, C.F.O., Sells 4,883 On 5/21/07 Of NVTL** |
| 5/22/2007 | 1,029,911 | $21.49 | -1.65% | (0.79) | |
| 5/23/2007 | 809,611 | $21.44 | -0.23% | (0.03) | *Date: May 23 2007  18:17:49 Wire: Washington Service (WSA)*<br>**Getz Robert, Director, Sells 2,500 From 5/21/07-5/23/07 Of NVTL** |
| 5/24/2007 | 1,320,936 | $21.37 | -0.33% | 0.26 | *Date: May 24 2007  8:30:06 Wire: Business Wire (BUS)*<br>**Novatel Wireless to Present at the Cowen and Company 35th Annual SMid-Cap Technology Conference - Presentation to Be Webcast on May 30, 2007 at 11:05 am ET Cowen and Company 35th Annual SMid-Cap Technology Conference**<br>SAN DIEGO--(BUSINESS WIRE)--May 24, 2007 Novatel Wireless, (Nasdaq:NVTL) today announced participation in the following event with the financial community:<br>   Cowen and Company 35th Annual SMid-Cap Technology Conference<br>   Presentation Date: Wednesday, May 30, 2007<br>   Time: 11:05 a.m. ET<br>   Presenter: Dan Halvorson, chief financial officer<br>   Location: Palace Hotel, New York, NY |
| | | | | | *Date: May 24 2007  17:20:55 Wire: Washington Service (WSA)*<br>**Pudwill Horst J, Director, Sells 50,000 From 5/22/07-5/24/07 Of NVTL** |
| 5/25/2007 | 1,334,207 | $22.18 | 3.79% | 1.12 | *Date: May 25 2007  18:01:56 Wire: Washington Service (WSA)*<br>**Pudwill Horst J, Director, Acquires 85,000 On 5/25/07 Of NVTL** |

Exhibit 1<br>Page 163

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 5/29/2007 | 929,151 | $22.04 | -0.63% | (0.47) | |

*Date: May 29 2007  22:21:54 Wire: Washington Service (WSA)*
**Novatel Wireless Inc: Hadley Robert M Files To Sell 14,650 Share**
Form 144 Filed At The Securities And Exchange Commission On 05/23/07
Approximate Date Of Sale: 05/18/07
Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 14,650 Shares Of Novatel
Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*Date: May 29 2007  22:21:54 Wire: Washington Service (WSA)*
**Novatel Wireless Inc: Souissi Slim S Files To Sell 110,658 Share**
Form 144 Filed At The Securities And Exchange Commission On 05/23/07
Approximate Date Of Sale: 05/18/07
Souissi Slim S, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 110,658 Shares Of Novatel
Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*May 29, 2007 Thomas Weisel Partners - Hasan Imam*
**DAILY CROSS CURRENTS: Telecom Equipment News & Impact - Philadelphia Approves First Large-Scale Metro Wi-Fi Network;**
**Positive for MOT; Wider Deployments a Threat to 3/3.5G Card Vendors Such as NVTL**
Executive Summary
Every morning, we scour the news flow for items reported by the press and review proprietary data from our checks that may affect
our universe. We assess whether the news is positive or negative for specific companies in our coverage and then rank the impact on
those companies on a scale of 1 to 5, with 1 indicating that the development will have little to no impact and 5 indicating our
expectation of a significant impact.
 * Summary of today's call: The City of Philadelphia has finally given the "green light" to a citywide Wi-Fi build out. The project's
goal is to provide competitive broadband internet access to consumers, along with discount pricing for the poor. Along with 3/3.5G
network access and WiMax, Metro Wi-Fi is emerging as a third alternative to wireless broadband technologies, although it could be
relegated to "one-off" niche deployments in the United States due to significant legal hurdles. If widely deployed, Metro Wi-Fi could
hurt the 3/3.5G card sales of laptop access card vendors such as NVTL, while being positive for Wi-Fi equipment vendors such as
CSCO and MOT. Source: Industry events and company reports
 Stock Impact: MOT (Positive, 1); NVTL (Negative 1)
 What happened?
 * The City of Philadelphia finally gives the go-ahead for Metro Wi-Fi buildout. The goal is to provide low-cost, ubiquitous wireless
broadband service covering the entire city. The cost of building the network is approximately $15mn; it will use Tropos' access nodes
hanging off city light poles and wirelessly backhauled to the central office using MOT's Canopy fixed wireless platform. The entire
cost of building the network will be funded by the operator, Earthlink. Service pricing will be discounted (or even free) for needy
consumers.
 * While Philadelphia is the first city to pursue city-wide Wi-Fi, other cities such as Houston and San Francisco have shown interest or
are moving forward. Potential legal challenges mounted by local commercial wireless operators' remains a gating factor, however.
 * Industry impact -(1) Equipment vendors: This development is positive for MOT (Canopy platform), Cisco (Linksys' Wi-Fi
subsidiary) and private companies such as Colubris and Tropos. (2) Laptop access vendors: Companies such as NVTL and SWIR
would be negatively impacted if widely deployed because it would eat into their 3G/3.5G card business.
WHAT HAPPENED?
 * The City of Philadelphia finally gives the go-ahead for Metro Wi-Fi build-out: Philadelphia, PA has approved a city-wide, 135-mile
Wi-Fi network, with expected completion in 3Q07. According to our checks, Earthlink, the selected operator, recently successfully
completed a 15-square mile "trial" network, prompting the go-ahead for citywide deployments. The cost of building the network is
approximately $15mn; it will use Tropos' access nodes hanging off city light poles and wirelessly backhauled to the central office

Exhibit 1
Page 164

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

using MOT's Canopy fixed wireless platform.

* Low-cost, ubiquitous wireless broadband in metro a key goal: Initially conceived as a scheme to provide universal, free wireless broadband access in the metro region, the business plan has eventually evolved into a low-cost commercial service with a non-profit bent. The build out will be fully funded, and the service will be offered by Earthlink; the operator will share a portion of its service revenues with "Wireless Philadelphia," a nonprofit agency set up for this program. Pricing details are as follows:

* Free access in certain public "hot spots": This involves parts of the city frequented by the public, including the Historic District, Norris Square, Love Park and the Capitolo Playground.

Competitive pricing for other areas: (1) For 1Mbps speed, the price will be $6.99 for the first six months and $19.99 thereafter; and (2) for 3Mbps, the price will be $9.95 for the first six months and $21.95 thereafter.

Additional subsidies planned for the very poor: Wireless Philadelphia will provide access at $9.95 per month for consumers with incomes up to 150% of the federal poverty level. For 2,000 of the neediest consumers, free refurbished laptops and oneyear free Wi-Fi service will be made available.

* While Philadelphia is the first city to pursue city-wide Wi-Fi, other cities are also moving forward. Earthlink is building a 600-square mile network in Houston, TX. Other cities such as San Francisco, CA have also expressed interest in a similar service, but deployments could face significant legal challenges

WHY IS THIS IMPORTANT?

* Metro Wi-Fi offers a third alternative to wireless broadband: The goal of Metro Wi- Fi is to cover a metropolitan region with wireless broadband access through a high density, "mesh" network of Wi-Fi base stations (access points). For example, in the Earthlink architecture, numerous small Wi-Fi access points are deployed on city light poles. Each access point provides wireless broadband coverage in its limited vicinity, but also inter-connects with nearby nodes to create a mesh, ensuring there are no dead zones (areas without wireless connectivity). Some of the nodes deploy larger base stations that can aggregate wireless traffic from several smaller nodes and then connect wirelessly with larger routers in nearby Central Offices, thereby providing connectivity to the wireline network. As a wireless broadband service, Metro Wi-Fi offers a third alternative to standard 3G/3.5G and Wi-Max networks being built by commercial operators.

* Metro Wi-Fi offers unique advantages and disadvantages: Some of the advantages of Metro Wi-Fi are: (1) Wi-Fi equipment is cheap, due to the large global volumes; (2) at the customer level, Wi-Fi has high penetration, with most laptops already having built-in Wi- Fi cards; and (3) Metro Wi-Fi networks are relatively simple to deploy and maintain, given they are customized for data and do not need to offer backward compatibility with a whole host of legacy voice/data technologies. Relative to other wireless broadband alternatives, however, Metro Wi-Fi offers some unique challenges, including: (1) scale disadvantages over larger areas, given limited range of individual radios. In Philadelphia for example, 3,000 nodes need to be deployed and maintained on light poles to match coverage possible with a lot fewer Wi-Max base stations and even fewer "standard" 3G/3.5G towers; and (2) Metro Wi-Fi operates in unlicensed 2.4Ghz spectrum, which runs into potential signal interference and also does not offer barriers to entry for commercial applications.

* Big legal hurdles remain for broader "public Metro Wi-Fi" deployments:

Commercial operators have argued that by selling them spectrum, the government has implicitly agreed not to compete. In Pennsylvania, VZ lobbied to pass a bill ensuring that future metro Wi-Fi build-outs would need permission from local operators, although, as a concession, Philadelphia's Wi-Fi build-out was grandfathered into the legislation.

* Industry impact -(1) Equipment vendors: This development is positive for MOT (Canopy platform), Cisco (Linksys' Wi-Fi subsidiary) and private companies such as Colubris and Tropos. (2) Laptop access vendors: Companies such as NVTL and SWIR would be negatively impacted if widely deployed because it would eat into their 3G/3.5G card business.

VALUATION

MOT: Maintain Overweight. In our view, MOT's 1H07 problems seem largely priced into the stock; investors are already looking beyond the 1H07 trough and toward gradual recovery in 2H07 and 2008 as MOT experiences a resurgence in market share and margins. Our positive longer-term view is based on the following: (1) with continued strength in the classic RAZR platform and next-generation platform sales beginning to ramp, MOT should be able to hold share at the mid-end segment and recover share at the high

Exhibit 1
Page 165

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | end from current depressed levels; (2) strong distribution and brand in emerging markets should enable MOT to leverage growth in both mid- and high-end replacement sales in emerging markets over the longer term; (3) the move toward a "common platform" approach to design and manufacture handsets will help MOT's Devices segment profitability; (4) restructuring initiatives will eventually flow through the operating model, thereby improving margins; and (5) a strong balance sheet enables a significant share buyback program that appears to be accelerating. The stock is attractively valued, in our view, trading at 16.7x P/E on FY08E earnings power of $1.10. NVTL: Maintain Overweight. Net net, we maintain a positive view on NVTL. Earnings in 1Q07 highlight several positives and validate our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-one OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box (Ovation) sales are beginning to ramp, quadrupling q/q in 1Q07. We believe that these positives should contribute to near- 80% revenue growth with healthy margins in 2007. With this in mind, NVTL shares appear attractively valued and are currently trading at 2007E P/E of 21x (27.7x including stock options expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels |
| 5/30/2007 | 1,640,077 | $22.91 | 3.95% | 1.17 | *May 30, 2007 Cowen and Company - Matthew Hoffman, Jennifer Baxter* **Novatel Wireless, Inc. - Novatel at Cowen Technology Conference** Conclusion: NVTL CFO Dan Halvorson presented an upbeat view of the company's outlook earlier today at the 35th Annual Cowen Technology Conference. Although only reiterating guidance the company continues to point to 2H07 drivers to the model which should yield results at least in line with guidance. We remain particularly impressed with the company's execution over the past two quarters, but we are looking for stability on the leadership front at the company before getting more positive on the stock. * Environment Remains Favorable. With two months of the quarter finished, CFO Dan Halvorson highlighted the fact the pricing environment for datacards and USB remains stable. Although new, largely Asian, entrants continue to target this high-growth market, ASPS still looks to be relatively stable for the company * USB Rocks. We remain surprised at the uptake of USB-based products that largely substitute residential and SOHO DSL/cable modem access to desktop PCs. The first wave of USB was higher margin CDMA, whereas lower margin HSDPA remains the primary 2H07 opportunity for the company. We doubt HSDPA has a negative impact on overall operating margins at this point. * 3 Pronged Strategy Evolving Into 4-Pronged. Software seems likely to succeed USB as the company's next growth area as the desktop, notebook and corporate security markets collide. Still absent from our estimates, software remains a potential new revenue stream for F08. * Looking for Management Picture To Clear. The company did indicate the board's CEO search is ongoing with external candidates still being interviewed. We applaud the company's interim management team for its commitment to cost control and communication, but look for stability before getting more positive on the shares. *Date: May 30 2007  22:20:27 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Bay Investments Ltd Files To Sell 85,000 S** Form 144 Filed At The Securities And Exchange Commission On 05/24/07 Approximate Date Of Sale: 05/17/07 Bay Investments Ltd, Beneficial Owner, Of Suite 1806  - Central Plaza 18 Harbour Road, Wanchai Hong Kong,  Has Filed To Sell 85,000 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| 5/31/2007 | 1,303,936 | $23.23 | 1.40% | 0.32 | *Date: May 31 2007  18:48:16 Wire: Washington Service (WSA)* **Leparulo Peter V, C.O.B., Sells 100,000 From 5/29/07-5/30/07 Of NVTL** |
| 6/1/2007 | 1,116,299 | $23.52 | 1.25% | 0.29 | *Date: Jun 1 2007  18:53:17 Wire: Washington Service (WSA)* **Hadley Robert M, Vice Pres., SELLS 98,000 ON 6/1/07 OF NVTL** |

Exhibit 1
Page 166

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | *Date: Jun 1 2007 22:26:20 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Leparulo Peter V Files To Sell 35,658 Shar** Form 144 Filed At The Securities And Exchange Commission On 05/25/07 Approximate Date Of Sale: 05/18/07 Leparulo Peter V, Chairman Of The Board, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 35,658 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| | | | | | *Date: Jun 1 2007 22:26:21 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 17,350** Form 144 Filed At The Securities And Exchange Commission On 05/25/07 Approximate Date Of Sale: 05/18/07 Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road Suite 205, San Diego, Ca 92121, Has Filed To Sell 17,350 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone |
| 6/4/2007 | 788,559 | $23.66 | 0.60% | 0.10 | *Date: Jun 4 2007 18:07:57 Wire: Washington Service (WSA)* **Weinert George B, C.E.O., Sells 16,789 On 6/1/07 Of NVTL** |
| | | | | | *Date: Jun 4 2007 22:37:59 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Getz Robert Files To Sell 2,500 Shares** Form 144 Filed At The Securities And Exchange Commission On 05/29/07 Approximate Date Of Sale: 05/21/07 Getz Robert, Director, Of 9645 Scranton Road Suite 205, San Diego, Ca 92121, Has Filed To Sell 2,500 Shares Of Novatel Wireless Inc [Nvtl] Through Credit Suisse First Boston Corp. Issuer Phone |
| | | | | | *Date: Jun 4 2007 22:37:59 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Halvorson Dan L Files To Sell 4,883 Shares** Form 144 Filed At The Securities And Exchange Commission On 05/29/07 Approximate Date Of Sale: 05/21/07 Halvorson Dan L, Chief Financial Officer, Of One Montgomery Street Suite 3700, San Francisco, Ca 94104, Has Filed To Sell 4,883 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| | | | | | *Date: Jun 4 2007 22:37:59 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Ross Christopher J & Barbara Ttee Ross F F** Form 144 Filed At The Securities And Exchange Commission On 05/29/07 Approximate Date Of Sale: 05/18/07 Ross Christopher J & Barbara Ttee Ross F, Shareholder, Of 7215 Daffodil Place, Carlsbad, Ca 92011, Has Filed To Sell 17,350 Shares Of Novatel Wireless Inc [Nvtl] Through Citigroup Global Markets Inc. Issuer Phone 858-812-3400 |
| | | | | | *June 4, 2007 Thomas Weisel Partners - Hasan Imam* **DAILY CROSS CURRENTS: Telecom Equipment News & Impact - Datapoints Reveal Progress in Mobile WiMax CPE Market; WiMax Growth Positive for MOT but Long-Term Negative for NVTL** Executive Summary Every morning, we scour the news flow for items reported by the press and review proprietary data from our checks that may affect our universe. We assess whether the news is positive or negative for specific companies in our coverage and then rank the impact on |

Exhibit 1
Page 167

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | those companies on a scale of 1 to 5, with 1 indicating that the development will have little to no impact and 5 indicating our expectation of a significant impact. |

Summary of today's call: Our recent industry checks reveal good progress in mobile WiMax CPE (customer premise equipment) technology, an essential ingredient for the commercialization of this wireless broadband standard. We now anticipate commercial launch of mobile WiMax service by 2009 in developed markets like Korea, Japan, and the United States, as well as in emerging markets like Brazil and Vietnam. In line with this view, demand for WiMax infrastructure equipment should hit a positive inflection in 2008 with demand for CPE becoming meaningful in 2009. On the infrastructure side, MOT remains best positioned along with pureplays Alvarion and Navini, in our view; on the CPE side, Taiwanese vendors are emerging as the biggest force; on the chipset front, we believe that Intel stands to be the biggest beneficiary. Source: Industry events and company reports
  * Stock Impact: MOT (Positive, 2); NVTL (Negative, 1)
  * What happened?
   (1) Recent checks highlight acceleration in mobile WiMax equipment market: (a) Taiwanese vendor USI to ship mobile WiMax system-in-package (SiP) modules in 2H07; and (b) Japan-based vendor Fujitsu has developed new WiMax baseband system-on-chip (SoC). (2) WiMax is a wireless broadband technology with fixed and mobile applications.
  * Industry impact: (1) Infrastructure-the front-runners are smaller pure-plays like Alvarion and Navini Networks. Among tier-one vendors, MOT remains best positioned to date, in our view, with a major role in the Sprint deployment. (2) CPE-several Taiwanese companies lead the charge in this arena, including USI, Foxconn, etc. (3) Chipsets-Intel is the 800-pound gorilla in the room, pushing the development and adoption of WiMax chips from the beginning. Other vendors likely to jump in after formal "Wave 2" certification. (4) PC cards- there has been speculation that adoption of WiMax would exclude PC card vendors; we disagree. Given the engineering constraints for noise isolation in a laptop motherboard environment and special software requirements, we expect niche vendors like NVTL and Sierra Wireless to participate in the WiMax market through PC cards and embedded modules; in addition during the initial years of WiMax deployments, many operators will require dual mode cards that roam on both WiMax and regular cellular networks, generating demand for these cards for vendors like NVTL. Longerterm adoption of WiMax as a wireless broadband alternative, however, could be a negative for NVTL.
RECENT NEWS SHOW PICKUP IN MOBILE WIMAX EQUIPMENT MARKET
  * Taiwanese vendor USI to ship mobile WiMax SiP (SiP) modules in 2H07: Universal Scientific Industrial (USI) is gearing up for commercial production of its WiMax SiP modules in 2H07. These SiP modules, which integrate essential WiMax ICs and components into a single package, can be used to develop WiMax customer premise equipment (CPE) and WiMax CPE linecards. In addition to selling modules to other OEMs, USI also expects to start shipping its own-branded mobile WiMax CPE gear/linecards in 2H07.
  * Japan-based vendor Fujitsu has developed new WiMax baseband SoC: With trial quantities due by August, Fujitsu claims its SoC is first in its class to apply for advanced industry standards certification, called "Wave 2," which is expected to take place this fall. The vendor expects its SoC to increase multimedia functionalities that could be offered by WiMax laptop cards and handsets.
  * WiMax is a wireless broadband technology with both fixed and mobile applications: WiMax was first developed as a fixed point-to-multipoint wireless access technology, meaning a WiMax basestation that support multiple fixed households or offices. More recently, "mobile WiMax" version of the technology has been standardized, enabling a WiMax basestation to support subscribers in motion within a 2.5km radius area. In this way, "mobile WiMax" is a variation of standard cellular technology like 3G/3.5G, but with limited span.
WHY IS THIS IMPORTANT?
  * Progress in mobile WiMax CPE technology boosts the prospects for commercialization of this standard: While there has been significant progress in mobile WiMax network infrastructure equipment, development of CPE technology has lagged. With several vendors now anticipated to make available commercial-grade CPE equipment by 1H08, service launch could happen as early as 2H08-early 2009.
  * "Wave 2" specifications helping to accelerate CPE development: A crucial element of market development involves establishing universal technical standards that ensure intercompatibility among different vendor offerings. To this end, Mobile WiMax's standards body, called "WiMax Forum" recently established "Wave 2" specifications, which requires a doubling of data speeds to 40/12Mbps

Exhibit 1
Page 168

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---|

(up-/downlink) versus original "Wave 1" standard. We expect as vendors go through formal "Wave 2" certification later this year/in early 2008, terminal chipset development will accelerate in 2008.

 * Taiwan is becoming an important hub for mobile WiMax technology: Back in 2005, the Taiwanese government selected mobile WiMax as a key focus for its IT industry, establishing its "M (mobile)-Taiwan" program; goal is to acquire competency in WiMax equipment development and deploy mobile WiMax networks that can test service delivery and applications in "real time." To this end, we note Taiwan is one of the first countries actually moving to deploy "mobile WiMax" networks (for details, see Daily Cross Currents, published March 2, 2007). On the equipment front, close to 20 vendors are involved in developing CPE equipment, modules and linecards. Taiwan's progress in WiMax emulates its track record in Wi-Fi equipment, where its ODMs and OEMs hold around 90% market share.

 * With mobile WiMax getting standardized, operators are beginning to deploy/trial the technology on a limited basis: While Taiwan, Vietnam, Brazil, etc. are one of the first few countries actually making the move to deploy a mobile WiMax network, the standardization of WiMax is also stimulating interest among other developed wireless markets, including Korea, Japan and the United States. Although we expect tier-two/- three operators, particularly the ones without spectrum like TVA in Brazil and Yozan in Japan, to be the first movers and to offer standard cellular/data services, even tier-one operators like Sprint Nextel have expressed interest in deploying WiMax by YE07.

Therefore, we project mobile WiMax equipment and terminal sales to experience a positive inflection point in 2008.

 * Impact: (1) Infrastructure- the front runners are smaller pureplays like Alvarion and Navini Networks. However, larger tier one vendors like ALU, NT, MOT, ERIC, and NOK, are aggressively funding R&D in the area and will be involved in major tier-1 launches; MOT remains best positioned to date with a major role in the Sprint deployment, in our view. (2) CPE-a whole spectrum of Taiwanese companies lead the charge in this arena, including Accton, Alpha Networks, ASUSTek, Cameo, CyberTAN, Delta Networks, Foxconn, Gemtek, JStream, Microelectronics Tech, MiTAC, Quanta Micro, TECOM, USI, Winstron NeWeb, Z-Com and ZyXEL. (3) Chipsets-while to date, small trial-level chips are available from vendors like Alvarion/Navini, Intel is the 800-pound gorilla in the room, pushing the development and adoption of WiMax chips from the beginning. Other vendors likely to jump in after formal "Wave 2" certification. (4) PC cards-there has been speculation that adoption of WiMax would exclude PC card vendors; we disagree. Given the engineering constraints for noise isolation in a laptop motherboard environment and special software requirements, we expect niche vendors like NVTL and Sierra Wireless to participate in the WiMax market through PC cards and embedded modules; in addition during the initial years of WiMax deployments, many operators will require dual mode cards that roam on both WiMax and regular cellular networks, generating demand for these cards for vendors like NVTL. Longer-term adoption of WiMax as a wireless broadband alternative, however, could be a negative for NVTL.

VALUATION

MOT-Maintain Overweight: In our view, MOT's 1H07 problems seem largely priced into the stock, with investors already looking beyond the 1H07 trough and toward gradual recovery in 2H07 and 2008 as MOT experiences a resurgence in market share and margins.

Our positive longer-term view is based on the following: (1) with continued strength in the classic RAZR platform and next-generation platform sales beginning to ramp, MOT should be able to hold share at the mid-end segment and recover share at the high end from current depressed levels; (2) strong distribution and brand in emerging markets should enable MOT to leverage growth in both mid- and high-end replacement sales in emerging markets over the longer term; (3) the move toward a "common platform" approach to design and manufacture handsets will help MOT's Devices segment profitability; (4) restructuring initiatives will eventually flow through the operating model, thereby improving margins; and (5) a strong balance sheet enables a significant share buyback program that appears to be accelerating. The stock is attractively valued, in our view, trading at 16.7x P/E on FY08E earnings power of $1.10.

NVTL-Maintain Overweight: Net net, we maintain a positive view on NVTL. Earnings in 1Q07 highlight several positives and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-one OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales are beginning to ramp, quadrupling q/q in 1Q07. We believe that these positives should

Exhibit 1
Page 169

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | contribute to near- 80% revenue growth with healthy margins in 2007. With this in mind, NVTL shares appear attractively valued, and are currently trading at 2007E P/E of 22.3x (29.4x including stock options expenses). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. |

*June 4, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless, Inc. Strong Trends At Verizon And Sprint: Raising Estimates**
KEY POINTS:
 * Our May channel checks (see today's note entitled "3G Product Cycle Ramps: Thoughts On iPhone Impact") indicate strong Novatel USB and PC card sales at Sprint and Verizon. We continue to believe Novatel is well positioned for the EV-DO REV A product cycle and are raising our estimates and price target.
 * During our May channel checks, we noted very strong sales of Novatel USB products at the Sprint channel, and Novatel likely increased its dominant sell through share at this channel. While our checks indicated slow overall handset sales at many Sprint stores during May, store managers indicated USB and PC cards were some of the best selling products during the month.
 * Our checks continue to indicate stronger mobile computing customer growth at Sprint and Verizon during May, and these two customers comprised nearly 75% of Novatel's strong Q107 results. While Novatel indicated strong Q107 results were in part driven by pull in of USB orders during the quarter, our channel checks indicate such strong sell through trends of these products that we believe follow-on orders remain solid.
 * We believe Novatel also grew its leadership position at the Verizon retail channel with strong express card sales. While we anticipate strong trends will continue at Verizon, we note Sierra Wireless is starting to ship a REV A express card that should slightly diminish Novatel's strong share. However, we believe the faster data speeds provided by REV A should stimulate strong industry adoption of PC cards and OEM modules, and we believe Novatel Wireless remains very well positioned at this leading carrier.
 * With its strong share at Sprint and Verizon and EV-DO products carrying higher margins than similar HSDPA products, we believe Novatel Wireless is well-positioned to post strong 2007 results.
 * Based on our channel checks indicating strong sell through trends of Novatel EV-DO Rev. A products, we are raising our 2007 proforma EPS estimate from $1.09 to $1.15 and our 2008 estimate from $1.22 to $1.33.
INVESTMENT RECOMMENDATION:
While we admittedly underestimated the current EV-DO Rev A product cycle, we are maintaining our Market Perform rating due to valuation. However, we are raising our price target from $21 to $25, based on the shares trading at roughly 19x (prev. 17x) our 2008 EPS estimate, which is in line with peer multiples. We have increased our multiple given the upward movement of comparable companies and Novatel's strong near-term trends.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.
COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 6/5/2007 | 1,783,102 | $25.04 | 5.83% | 2.18 | *Date: Jun 5 2007 18:47:52 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres,, Sells 17,333 On 6/5/07 Of NVTL**<br><br>*Date: Jun 5 2007 18:52:01 Wire: Washington Service (WSA)*<br>**Weinert George B, C.E.O., Sells 3,500 On 6/5/07 Of NVTL**<br><br>*Date: Jun 5 2007 18:54:16 Wire: Washington Service (WSA)*<br>**Getz Robert, Director, Sells 4,000 From 6/1/07-6/5/07 Of NVTL** |

Exhibit 1
Page 170

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

*Date: Jun 5 2007  22:23:55 Wire: Washington Service (WSA)*
**Novatel Wireless Inc: Bay Investments Ltd Files To Sell 50,000 S**
Form 144 Filed At The Securities And Exchange Commission On 05/30/07
Approximate Date Of Sale: 05/22/07
Bay Investments Ltd, Beneficial Owner, Of Suite 1806  - Central Plaza 18 Harbour Road, Wanchai Hong Kong,  Has Filed To Sell
50,000 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800

*June 5, 2007 Craig-Hallum - Anthony J. Stoss, Steven L. Dyer*
**Novatel Wireless, Inc. Full Speed Ahead: Raising Estimates Above Guidance for NVTL as European USB Prepares to Launch.
Introducing 2008 Estimates, Raising Price Target to $27. Reiterate BUY.**
INVESTMENT HIGHLIGHTS
 * Raising Estimates on Continued Strength. Based on our checks, we believe NVTL's business continues to outperform investor
expectations and as a result, we are raising our numbers for each of the next three quarters. Moreover, we believe that gross margins
and operating margins are coming in better than expected on better pricing from IAC and good control of operating costs. For Q2, our
$90 million revenue and $0.21 EPS moves to $93 million and $0.24, respectively, with our gross margin assumption moving up from
30.3% to 31% and our operating margin moving up from 10.1% to 11.3%. For Q3 our $92 million and $0.22 moves to $105 million
and $0.29, respectively; and for Q4, our $95 million and $0.21 moves to $110 million and $0.30, respectively. We have left our gross
margins assumptions unchanged for Q3 and Q4 at 30.5%.
In total, we are moving our 2007 respective $387.8 million revenue and $1.03 EPS estimates to $417.8 million (91% growth over
2006) and $1.23. We note that the company's current guidance calls for $90 million in Q2 revenue and $0.20-$0.22 per share and for
$380-390 million in sales for 2007 and pro forma EPS of $1.00-1.05.
 * Express Cards, USB Form Factors Driving Growth. Our checks continue to conclude that the size of the PC card and the
corresponding sales are inversely proportional. We continue to hear from a number of sources that smaller form-factor and
betterperforming USB cards, combined with new Rev. A (3.6 mbps) networks are spurring robust customer demand at both Verizon
Wireless and Sprint, NVTL's two largest customers. In addition, we continue to hear chatter that would indicate both carriers are
seriously considering lowering their current $59.99/month unlimited data pricing to something more in line with a cable model some
time later this year. We believe this would be a huge benefit to NVTL, particularly given that the new USB product is mobile, making
a cable modem or DSL at home much less appealing.
 * GSM-Based USB Card Should Drive 2H. In addition to strong ongoing sales to EV-DO customers Sprint and Verizon (75% of
total sales), we believe that the USB product (7.2 mbps) for Europe is in the final stages of testing and will launch with Vodafone,
Telefonica and T-Mobile in Europe next month, driving 2H07 results ahead of current estimates. We believe the design (2.75
inches) and new material (better performance) will likely be very successful given low broadband penetration in Europe. We believe
there are more operators in Europe testing as well. Given 2/3 of the world's wireless carriers use GSM networks, combined with the
fact that residential broadband penetration is sub-25% in Europe, we believe this rollout could be significant to NVTL over the next 12
months and beyond.
Introducing 2008 Estimates. We are introducing 2008 estimates, calling for revenue of $501.4 million (20% growth) and pro forma
EPS of $1.35. This compares to current Street consensus of $452.1 million in revenue and pro forma EPS of $0.95.
 * Stock is Cheap Relative to Growth, Peers. NVTL continues to trade at a discount to competitor Sierra Wireless despite NVTL
growing faster and holding a better margin structure (see comp table below). We note that by applying SWIR's multiple to NVTL,
NVTL shares would trade at roughly $32, a significant upside to current prices.
STOCK OPPORTUNITY
Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that
the company is the class of the industry though as with any small technology company, the road will not always be straight. We think
investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3 per share in cash.
We are reiterating our BUY rating and raising our price target to $27 from $23, which is based on 20x our new pro forma 2008 EPS

Exhibit 1
Page 171

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | estimate of $1.35/share, a multiple we believe is conservative especially considering the company's revenue growth. |

RISKS
We believe an investment in NVTL involves the following risks.
   * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.
   * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.
   * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.
   * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 6/6/2007 | 1,738,833 | $24.43 | -2.44% | (0.70) | *Date: Jun 6 2007 8:00:09 Wire: Business Wire (BUS)* |

**Novatel Wireless and NexAira Announce Strategic Partnership - NexAira Named as Reseller of the Novatel Wireless Portfolio of Leading Wireless Broadband Access Solutions**
SAN DIEGO--(BUSINESS WIRE)--June 06, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, and NexAira, a strategic solutions provider of wireless data applications, today announced a technology distribution agreement under which NexAira will resell the Novatel Wireless broadband product line exclusively to its distributor, agent and operator customers.
   "NexAira's rapidly growing sales organization is encountering more and more customers requiring cost-effective wireless broadband access solutions," said Garry Bourns, president of NexAira. "The Novatel Wireless product portfolio enables us to offer our customers wireless broadband solutions that help them increase productivity, improve operational efficiencies and maintain a competitive edge. We are pleased that Novatel recognizes Nexaira's significant market presence and has entrusted us to be a reseller."
   NexAira has been very successful as the exclusive North American distributor of the world's first HSDPA ExpressCard(TM), the Novatel Wireless Merlin(TM) XU870. Designed to provide laptop computers owners with high-speed wireless broadband access over cellular networks, the Merlin XU870 ExpressCard features an integrated, external flip antenna, maximizing data speed performance and allowing for stronger network signal reception.
   Leveraging its success reselling the Merlin XU870, NexAira will also begin distribution of the Merlin PC720 PC card, the Merlin X720 ExpressCard and the Ovation(TM) MCD3000 USB modem to regional operators, MVNOs, dealers and agents looking to offer their customers best in class EV-DO Rev A mobile broadband solutions. In addition, NexAira will provide Express Card accessories including the XCA-3 universal adapter and XUA-1 USB sleeve. The NexAira estore will feature all products and accessories, providing for rapid order fulfillment.
   Later this year, NexAira will begin distribution of the Expedite(R) line of embedded modules with the E720 for EV-DO Rev A networks and the E860D for HSDPA networks. NexAira bundles the Expedite line of products with integration services to provide machine-to-machine, telemetry, and mobility device manufacturers with the latest in wireless broadband solutions for integration into their products.
   Building on a strong partnership that has processed more than $4 million of business in the first quarter of 2007, this agreement leverages NexAira's experienced technical support engineers and expertise in wireless product customization and order fulfillment. Subscribers to GSM and edge network providers in the United States, as well as Mac users can now utilize the NexAira estore for real-time access to best in class Novatel Wireless products and accessories.
   "In the burgeoning mobile age, business professionals and consumers alike are growing dependent on high-speed remote broadband access," said Brad Weinert, acting CEO and COO of Novatel Wireless. "NexAira's experienced sales and support teams have a proven ability to move our product through its sales channel with unprecedented speed and accuracy, making the Novatel Wireless broadband

Exhibit 1
Page 172

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | access solutions available to a wide variety of end users." |

*Date: Jun 6 2007  17:17:02 Wire: Business Wire (BUS)*
**Novatel Wireless to Present at the Bear Stearns 18th Annual Technology/Communications/Internet Conference - Presentation to be Webcast on June 11, 2007 at 11:30 a.m. ET**
SAN DIEGO--(BUSINESS WIRE)--June 06, 2007 Novatel Wireless, Inc. (Nasdaq: NVTL), today announced participation in the following event with the financial community:
Bear Stearns 18th Annual Technology/Communications/Internet Conference
Presentation Date: Monday, June 11, 2007
Time: 11:30 a.m. ET
Presenter: Brad Weinert, acting chief executive officer and chief operating officer
Location: Grand Hyatt New York, New York City, NY

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 6/7/2007 | 1,136,416 | $24.47 | 0.16% | 0.51 | |
| 6/8/2007 | 3,747,101 | $24.05 | -1.72% | (1.08) | |

*Date: Jun 8 2007  8:15:02 Wire: Business Wire (BUS)*
**Novatel Wireless Increases Second Quarter Guidance - Company Announces Resignation of CFO Dan Halvorson**
SAN DIEGO--(BUSINESS WIRE)--June 08, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today raised guidance for its second quarter ended June 30, 2007 and announced the resignation of Chief Financial Officer Dan Halvorson, effective June 15th, to pursue another opportunity.

   Revenues are expected to be approximately $95 million, ahead of previous guidance of $90 million and representing year-over-year growth of over 100%. Non-GAAP EPS is expected to be $0.29 - $0.31 per diluted share, ahead of previous non-GAAP EPS guidance of $0.20 - $0.22 per diluted share and compares to non-GAAP EPS of $0.02 per diluted share in the second quarter of last year. Non-GAAP EPS excludes FAS 123R share-based compensation expense.

   "We are currently seeing strong demand across our major product lines, most notably for our ExpressCards and Ovation USB devices," commented Brad Weinert, Novatel Wireless' acting Chief Executive Officer. "Wireless data is clearly becoming a vital component of carrier plans, as enterprises and consumers increasingly recognize the benefits of the technology."

   Mr. Weinert continued, "We thank Dan for all of his contributions in the past as Novatel Wireless has grown and diversified over the last three years. We wish him well in the future. An active search for Dan's replacement is ongoing and we expect to complete this search in the near future."

*Date: Jun 8 2007  16:25:59 Wire: BLOOMBERG News (BN) --Sondra Kennedy*
**Novatel Wireless Cut to `Market Neutral' at Dundee: NVTL US**
   Princeton, New Jersey, June 8 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``market neutral'' from ``market outperform'' by analyst Arinder Mahal at Dundee Securities Corp. The 12-month price target is $27.00 per share.

*Date: Jun 8 2007  22:24:03 Wire: Washington Service (WSA)*
**Novatel Wireless Inc: Getz Robert Files To Sell 10,000 Shares**
Form 144 Filed At The Securities And Exchange Commission On 06/05/07
Approximate Date Of Sale: 05/22/07
Getz Robert, Director, Of 9645 Scranton Road Suite 205, San Diego, Ca 92121, Has Filed To Sell 10,000 Shares Of Novatel Wireless Inc [Nvtl] Through E-Trade Securities Llc. Issuer Phone

*June 8, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - Positive 2Q07 Pre-Release Tempered by CFO Departure**
Action

Exhibit 1
Page 173

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

NVTL raised its guidance for 2Q07 earlier this morning, raising its non-GAAP EPS guidance from $0.20-0.22 to $0.29-0.31 and its sales guidance from $90M to $95M amid continued strength in USB modem sales. This reinforces our expectation that NVTL will maintain strong fundamental performance through the course of 2007, but we also believe that a number of risks are looming over the horizon. Concurrently, NVTL also announced that its CFO, Dan Halvorson, has resigned to pursue another opportunity. We believe that Halvorson has been an important contributor to NVTL's success and has communicated well with the Street, and his departure is a disappointment as the firm continues to search for a permanent CEO replacement.

Trading at 21.1x C07 EPS vs. peers at 22.1x, we maintain our Market Perform rating and raise our price target from $20 to $25.

Key Details and Summary Perspectives

\* Strong 1Q07 Results Pre-Released - NVTL pre-released 2Q07 results better than had previously been anticipated, raising its EPS guidance from $0.20-0.22 to $0.29-0.31 and its sales guidance from $90M to $95M, driven by continued strong performance in Ovation USB modems, as well as ExpressCards.

\* Raising Estimates and Price Target - We have correspondingly increased our estimates, and we believe that, in addition to strong sales, the strong gross margins of USB modems contributed to EPS performance. We have raised our price target from $20 to $25 based on 22x our new 2007 EPS estimate.

\* CFO Announces Resignation - Alongside this news, NVTL has also noted the departure of CFO Dan Halvorson, who has resigned to pursue other opportunities. We believe that, overall, Halvorson contributed strongly to NVTL's recent success and that he has communicated well with the Street. As NVTL continues to search for a permanent CEO, we believe that Halvorson would have been valuable in facilitating the transition, provided that it does not name acting CEO Brad Weinert to the position, which has been vacant since November 2006.

\* Competition & WiMAX Remain Long-Run Concerns - While strong demand in the cellular modem industry has reduced the impact of competitive pressures recently, we believe that new entrants such as Huawei continue to aspire to break into the U.S. EV-DO market and that NVTL's success with Ovation has been noticed by competitors such as SWIR. Moreover, NVTL does not appear to be in line to sell the initial products for Sprint's commercial launch of WiMAX, expected in 2Q08. Sprint represented 38% of NVTL's sales in 2006.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures PC data cards, embedded modems for cellular networks, and desktop modems for cellular networks. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 21% of sales were generated internationally and 79% domestically during 1Q07. NVTL has approximately 288 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

We believe NVTL faces significant opportunities in the wireless broadband access market for two main reasons:

\* Wireless Network Upgrades. NVTL should benefit from over $100B spent by wireless carriers globally buying spectrum and building 3G networks. Coverage and speed are improving to such an extent that we expect carriers to aggressively market data plans and correspondingly lower prices, thus increasing awareness and subscriber growth, and consequently increasing carrier ROI and demand for NVTL's products.

\* Compelling Productivity Benefits and Accelerating Demand. According to Yankee Group, approximately 50M mobile workers exist in the U.S and Internet access and e-mail are imperative business tools. NVTL is positioned to benefit because its products enable mobile wireless access to the Internet and email wherever the wireless carrier has service. NVTL's financial future is closely tied to wireless broadband access for laptops, and the number of laptops sold globally is expected to grow from roughly 75M in 2006 to 95M in 2007.

Price Target Justification

Exhibit 1
Page 174

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Our $25 price target is based on a P/E multiple of 22x our 2007 non-GAAP EPS estimate of $1.16 excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

 * Possibility of Acquisition/Merger - NVTL is potentially a takeover target. With a strong CDMA-based product portfolio, NVTL is a good strategic fit for Option, which does not have a CDMA product line. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation with this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, and deter new entrants.

 * Operators Announce Rate Cuts for Data Plans. So far, we have seen an aggressive marketing plan by carriers that has included increased advertising and increased subsidies for data cards and embedded modems. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60. More recently, Sprint has begun testing a $30 data plan in localized markets as part of an unlimited voice service plan. If the carriers begin cutting the pricing of their plans on a widespread basis, we believe this could generate upside for NVTL.

 * Laptop OEM contract announcements for embedded modems. So far, NVTL has won contracts with a number of major laptop OEMS to produce embedded modems, most notably Dell, but further announcements could trigger upside in NVTL, particularly among manufacturers that have not yet announced plans to incorporate embedded modems.

Risks

In addition to risks from demand for wireless broadband access not materializing; lumpy business results from being a book and ship business, and changes in technology the following risks apply:

 * Barriers to Entry are Low and Competition is High. While competitive barriers to entry do exist (capital, development knowledge, distribution channels, wireless carrier / laptop manufacturer relationships, and certification processes), they are not insurmountable and we believe the risk from increased competition is important to note. 1) Handset manufacturers could become competitors either by offering PC cards directly or by using the handset as a modem tethered to a laptop with a cord. 2) Wi-Fi services that are offered at hotels, airports and coffee shop type locations are a competitive concern to monitor. However, long-term we believe that the value of mobility offered by PC cards (being able to travel away from the hot-spot) and reliability will drive high-end PC card penetration.

 * Manufacturing Dependence on Two Outsourcers for Product. NVTL outsources manufacturing to Inventec Appliance Corporation of Taiwan. NVTL also licenses Qualcomm components for its PC cards and could be harmed if this were discontinued. Should sourcing or other problems develop that cause delays in product delivery, NVTL's customer relationships could be impacted negatively.

 * International Risk. Roughly two-thirds of NVTL's sales were historically international and we expect meaningful European sales to continue. Standard international concerns such as currency fluctuation, accounts receivable collection, regulatory changes, trade barriers, economic risks, and political risks apply.

*June 8, 2007 Craig-Hallum - Anthony J. Stoss, Steven L. Dyer*
**Novatel Wireless, Inc.- NVTL- Pre-Releases Positive Q2 Results, CFO Resigns. Raising Estimates, Price Target to $30. Reiterate BUY.**

INVESTMENT HIGHLIGHTS

 * Q2 Pre-Release. NVTL pre-released positive results for the 5th consecutive quarter before the market opened this morning. The company now expects revenue of $95 million vs. previous guidance of $90 million and our recently raised estimate of $93 million. Further, the company now expects pro forma EPS of $0.29-0.31 vs. previous guidance of $0.20-0.22 and our recently raised estimate of $0.24.

 * Express Cards, USB Form Factors Driving Growth. The company confirmed what our recent checks concluded: smaller form-factor and better-performing USB and ExpressCards, combined with new Rev. A (3.6 mbps) networks are spurring robust customer demand at both Verizon Wireless and Sprint, NVTL's two largest customers. In addition, we continue to hear chatter that would indicate both carriers are seriously considering lowering their current $59.99/month unlimited data pricing to something more in line with a cable

Exhibit 1
Page 175

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

model some time later this year. We believe this would be a huge benefit to NVTL, particularly given that the new USB product is mobile, making a cable modem or DSL at home much less appealing.

   * GSM-Based USB Card Should Drive 2H. In addition to strong ongoing sales to EV-DO customers Sprint and Verizon (75% of total sales), we believe that the USB product (7.2 mbps) for Europe is in the final stages of testing and will launch with Vodafone, Telefonica and T-Mobile in Europe next month, driving 2H07 results ahead of current expectations. We believe the design (2.75 inches) and new material (better performance) will likely be very successful given low broadband penetration in Europe. We believe there are more operators in Europe testing as well. Given 2/3 of the world's wireless carriers use GSM networks, combined with the fact that residential broadband penetration is sub-25% in Europe, we believe this rollout could be significant to NVTL over the next 12 months and beyond.

   * CFO Resigns. The company announced that CFO Dan Halvorson has resigned effective immediately to pursue other opportunities. Unlike many situations where this verbiage is a nice way of saying "was shown the door," we believe Mr. Halvorson did indeed accept another opportunity outside of NVTL that should be announced shortly. We note that Mr. Halvorson has been CFO since early 2004 during which time the company has more than quadrupled its annual revenue.

   * Raising Estimates, Price Target. We are again raising our estimates for the remainder of 2007 and 2008. We are raising Q2 numbers in line with management revised guidance. Lower operating expenses have us moving our 2007 EPS from $1.23 to $1.32. For 2008, we are moving our revenue estimate from $501.4 million to $520 million, which represents roughly 24% revenue growth. Our EPS moves from $1.35 to $1.61. Further, we are raising our price target from $27 to $30 which is based on roughly 19x our new 2008 pro forma EPS estimate of $1.61. We continue to believe numbers may prove to be conservative based on the growth prospects of the industry, especially if carrier pricing comes more in line with a cable modem.

   * Stock is Cheap Relative to Growth, Peers. Despite significant appreciation in the shares over the last several months, NVTL continues to trade at a notable discount to competitor Sierra Wireless despite NVTL faster and holding a better margin structure (see comp table below). We note that by applying SWIR's multiple to NVTL, NVTL shares would trade at roughly $35, a significant upside to current prices.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3 per share in cash.

We are reiterating our BUY rating and raising our price target to $30 from $27, which is based on 19x our new pro forma 2008 EPS estimate of $1.61/share, a multiple we believe is conservative especially considering the company's revenue growth.

RISKS

We believe an investment in NVTL involves the following risks.

   * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

   * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

   * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

   * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*June 8, 2007 CIBC -Ittai Kidron, George Iwanyc*
**Novatel Wireless Inc. - Raises Guidance - Positive Momentum To Continue**
   We're raising our Novatel sales and EPS estimates reflecting continued strong demand in North America for EVDO cards and USB

Exhibit 1
Page 176

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

modems at Verizon and Sprint. While we maintain a SP rating, we believe the positive momentum will continue and that there is upside from current levels.

Novatel raised 2Q07 guidance to sales of $95M from $90M and EPS to $0.29-$0.31 from $0.20-$0.22. We believe expenses are in check and gross margin is stable at ~31%. We previously looked for margins to moderate as mix normalized after the initial USB push. USB reorders remain strong.

We view Novatel as an excellent way to leverage increasing adoption and wider deployments of 3G networks. We believe the company can gain share internationally (a 2H07 push), particularly with new products (USB and ExpressCard), and see a long-term opportunity with embedded solutions.

We're raising our 2007 sales and EPS estimates to $410M and $1.26 from $394M and $1.09 and our 2008 estimates to $470M and $1.38 from $420M and $1.17. Novatel also announced that CFO Dan Halvorson has resigned (effective 6/15), with a replacement search already under way.

*June 8, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless, Inc. - Novatel Updates Q207 Guidance; Announces Resignation of CFO**
KEY POINTS:
Novatel raised guidance for Q207 based on strong demand across major product lines. Further, Novatel announced the resignation of CFO Dan Halvorson. We are maintaining our price target and Market Perform rating due to valuation.

* Novatel Wireless updated Q207 proforma EPS guidance to $0.29-$0.31 on expected revenues of $95M vs. our estimates of $0.23 and $96.5M.

* Consistent with our May channel checks (see our June 4th note entitled "3G Product Cycle Ramps: Thoughts on iPhone Impact"), Novatel indicated improved revenue guidance driven by strong demand across all product lines, and in particular high-margin Ovation USB devices and ExpressCards.

* Our May channel checks indicated stronger mobile computing customer growth at Sprint and Verizon during May, and these two customers comprised nearly 75% of Novatel's strong Q107 results. While Novatel indicated strong Q107 results were in part driven by pull in of USB orders during the quarter, our channel checks indicated such strong sell through trends of these products that we believe follow-on orders remain solid.

* Further, based on our May checks we believe Novatel grew its leadership position at the Verizon retail channel with strong ExpressCard sales. While we anticipate strong trends will continue at Verizon, we note Sierra Wireless is starting to ship a REV A express card that should slightly diminish Novatel's strong share. However, we believe the faster data speeds provided by REV A should stimulate strong industry adoption of PC cards and OEM modules, and we believe Novatel Wireless remains very well positioned at this leading carrier.

* While management did not update 2007 guidance or provide Q307 guidance, we are maintaining our recently revised estimates for Q307 (see our June 4th note entitled "Strong Trends At Verizon And Sprint: Raising Estimates), and slightly raising our 2007 estimates based on our reduced OpEx estimates.

* Novatel also announced the resignation of CFO Dan Halvorson and indicated an active search is underway for a replacement. While we believe Dan's resignation is simply based on his desire to explore new opportunities after a seven-year tenure at Novatel, we are disappointed with this move as we believe Dan played a large role in Novatel's growth and diversification over the past few years.

* Based on our channel checks indicating strong sell through trends of Novatel EV-DO REV A products and Novatel's updated Q207 guidance, we are raising our 2007 pro-forma EPS estimate from $1.15 to $1.20 and slightly lowering our 2008 estimate from $1.33 to $1.32.

INVESTMENT RECOMMENDATION:
Our price target of $25 is based on the shares trading at roughly 19x our 2008 EPS estimate, which is in-line with peer multiples.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

Exhibit 1
Page 177

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*June 8, 2007 Dundee Securities Corp. - Arinder Mahal, CFA, Puneet Malhotra*
**Novatel Wireless - CFO Resigns & Company Raises Outlook For Q2/07**
EVENT (all numbers in US$ unless otherwise noted)
Novatel today announced that Dan Halvorsen has resigned as its CFO effective June 15, 2007. In the same press release the company also raised its guidance for Q2/07 to revenues of approximately $95MM and pro-forma EPS to $0.29 to $0.31, compared to its previous guidance of revenues of $90MM and pro-forma EPS of $0.20 to $0.22. We were expecting revenues of $92MM and pro-forma EPS of $0.23.
IMPACT: Business Environment Remains Strong; CFO Resignation Adds to the Executive Office "Vacancy".
This is the second straight quarter the company has raised its guidance, as it continues to benefit from its first to market release of ExpressCards and USB Modem at key carriers including Verizon and Sprint, as these two higher margin products are once again behind the upside surprise. We have long stated that the combination of higher network speeds and data friendly service prices will eventually trigger a rapid take-up of mobile broadband services. We witnessed the start of the ramp in Q1/07 as both Sierra (SWIR-Q, SW-T: Market Outperform, 12-month target price $30.50) and Novatel Wireless reported blow-out numbers. Our channel checks indicate that the momentum has carried through to the current quarter as both companies are seeing strong order flow. We are at the beginning stages of this high growth market initially driven by external adaptors and followed by embedded 3G connectivity and M2M. We expect Novatel to carry the strength into H2/07 as it introduces key new products.
On the CFO front, we understand Mr. Halvorsen is leaving the company to pursue an attractive opportunity and we wish him all the best. The company believes it will be able to recruit a new CFO in a relatively short period of time. Novatel is in a solid financial position in a growing market and has an established financial organization. This should bode well in recruiting an attractive candidate; however, the uncertainty regarding the permanent CEO may have to be resolved to land the desired candidate. This additional vacancy certainly adds to the operating risk. Financial Forecasts: On the back of company's bullish guidance for Q2/07 and the strong fundamentals of the industry (see our note on Sierra dated June 6/07), we are raising our forecasts for Q2/07, FY07 and FY08. (See our revisions table on page 2.)
RATING: As a result of our higher forecasts we are increasing our 12- month target price to $27.00. Our valuation is based on 20x our 2008 proforma EPS (net of interest income) plus cash on hand. However, as a result of the recent sharp share appreciation and the added risk of the CFO resignation we are lowering our rating to MARKET NEUTRAL from Market Outperform. We will review our forecasts and reassess the risk after the company reports its Q1/07 results likely at the end of July.

*08 June 2007 JP Morgan - Paul Coster, Sameer Doctor, Mark Strouse*
**Novatel Wireless - CFO Departure, Positive Preannouncement, Adj Ests**
NVTL pre-announced a strong 2Q, raising guidance, and announced the resignation of CFO Dan Halvorson. While NVTL is performing solidly, and end-market demand appears to exceed our expectations, we believe part of the strength continues to be sell-in driven. Despite an acting CEO and the CFO departing, we believe controls are strong. Maintain Neutral.
 * NVTL preannounces revenue, earnings upside. Novatel raised revenue guidance from ~$90M to ~$95M, with PF EPS expected to be ~$0.29-0.31, from $0.20-0.22 previously. We believe the Ovation product is performing well, and could continue to benefit as an HSDPA version comes to market in 2H. At the midpoint, the new guidance implies ~$4.2M upside to operating income, suggesting material gross margin expansion vs. our 30% estimate and the 30.9% reported last quarter. We may also have overestimated operating expenses, particularly R&D, somewhat. We are adjusting estimates to align with the revised guidance.
 * Dan Halvorson accepts another opportunity. The preannouncement reassures us that the CFO's departure isn't related to business fundamentals nor control issues. We believe fundamentals remain good, albeit partly aided by channel sell-in. We believe the overall controls are in place, and management is executing well, so we do not anticipate any disruption to business through the transition.
 * Maintain Neutral. NVTL trades at 22.9x our revised $1.05 PF F07E EPS, a slight discount to the mean of our coverage. With a

Exhibit 1
Page 178

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | long-term perspective, we believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. |

Valuation and Rating Analysis

We rate NVTL Neutral, with the stock trading at 22.9 times our revised PF 2007 EPS estimate of $1.05, a slight discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we remain concerned that the data card business might be cannibalized by embedded solutions, or that the standalone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. Excellent execution notwithstanding, we believe better risk/reward tradeoffs can be found elsewhere in our coverage universe at present.

Risks to our Rating

The technology barriers to entry are modest for the CPC market, implying that new entrants could enter the space and force margins down. The PC card form factor is not protected, Qualcomm is prepared to license its CDMA-based technology to all comers, and the wireless operators are typically prepared to multisource CPC cards. WLAN and WIMAX technologies are thought likely to compete with cellular-based wireless wide area networks, possibly reducing the rate of CPC market growth. We assume that 3G operators will drop wireless data usage rates to about $30-40 per month (or lower) to stimulate demand, which we believe is price elastic. Failure to move to a more aggressive pricing structure might impede adoption and cause company-specific growth targets to fall short of expectations. Novatel faces fierce competition from Sierra Wireless, Option Wireless, Sony Ericsson, Kyocera and potentially others, bringing down ASPs and gross margins. Ultimately, after-market solutions could be displaced by wireless modems that are integrated directly onto motherboards.

Factors that could lead the stock to outperform our coverage mean include a faster than anticipated ramp in embedded module sales with OEM partners, a more accelerated deployment of HSDPA and next gen EVDO, pricing stability in next generation PC cards, thus sustaining margins of 30%+ levels, increased efficiencies in the certification process, and steady carrier adoption of next-generation Ovation and PCI Express products.

*June 8, 2007 Cowen and Company - Matthew Hoffman , Jennifer Baxter*
**Novatel Wireless, Inc.- Updates Guidance; CFO Resigns**
Conclusion: Concurrent with a mild top-line, strong EPS upside, Novatel announced the resignation of CFO Dan Halvorson. Halvorson is half of the CFO/acting CEO duo that provided leadership during the company's recent turnaround. On balance, estimates increase but that increase is somewhat canceled out by the unsettled management structure. Maintain Neutral rating.
 * Positively Updates 2Q07 Guidance. NVTL provided updated guidance today, raising its top line forecast to $95MM from its previous $90MM. This compares to consensus of $92MM. The company continues to beat much better leverage in its model and raises non-GAAP earnings guidance to $0.29-0.31, up from $0.20-0.22, exhibiting strong cost control. Upside to original forecast comes from Expresscards and the Ovation line.
 * CFO Halvorson Departs. It comes as a disappointment that wellragarded CFO Dan Halvorson leaves his post "for another opportunity." Halvorson had navigated the company through a strong financial turnaround the last several quarters and maintained an excellent rapport with the Street. No immediate successor was named. We look for the board to move quickly to stabilize top management, including a decision on "acting" CEO Brad Weinert - who is with Halvorson the other half of the turnaround team at Novatel.
 * Estimates Increase, Top-line Modestly Higher. We are raising our June quarter estimates and revenue to reflect new guidance. Our FY07 estimates go to $404MM and pro-forma EPS goes to $1.20. F08 also increases modestly to $1.25. The more mild upside on the top-line, though, helps keep estimate revisions lower than the last round in March.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | |
|------|-----------------|---------------|----------|-----------------|---|
| 6/11/2007 | 2,044,989 | $24.17 | 0.50% | 0.13 | *Date: Jun 11 2007  22:17:47 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Hadley Robert M Files To Sell 20,289 Share**<br>Form 144 Filed At The Securities And Exchange Commission On 06/06/07 |

Exhibit 1
Page 179

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Approximate Date Of Sale: 06/01/07 |

Approximate Date Of Sale: 06/01/07
Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 20,289 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*Date: Jun 11 2007  22:17:47 Wire: Washington Service (WSA)*
**Novatel Wireless Inc: Weinert George B Files To Sell 20,289 Shar**
Form 144 Filed At The Securities And Exchange Commission On 06/06/07
Approximate Date Of Sale: 06/01/07
Weinert George B, Chief Executive Officer, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 20,289 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*11 JUNE 2007 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Raised Q2/07 Guidance Overshadowed by CFO Departure**
INVESTMENT OPINION
We are increasing our target price to US$28.00 based on 22x our 2008 adjusted EPS estimate, from US$22.50 previously using a 20x multiple. We have increased our multiple to reflect Novatel's strong momentum, solid execution, and improving earnings growth. The shares are currently trading at 21.5x our NTM EPS estimate. We remain an ACCUMULATE.
ANALYS I S
Raising guidance: For the fifth quarter in a row, Novatel raised guidance for the upcoming quarter. For Q2, the company now expects revenue of about US$95 mm versus previous guidance of US$90 mm, a 6% increase. Consensus stood at US$91.7 mm, while we were looking for US$90.3 mm. On the bottom line, Novatel is guiding to pro-forma EPS of US$0.29-US$0.31, roughly 50% higher than previous guidance of US$0.20-US$0.22. The material upward revision in EPS compared to revenues demonstrates the earnings leverage inherent in Novatel's business model. We had been looking for EPS of US$0.22, inline with consensus.
USB and ExpressCard demand remains strong: Much like in Q1, the higher Q2 guidance is largely attributable to strong demand for Novatel's USB (Ovation) and ExpressCard products. We believe much of that demand is isolated to two carriers, Sprint and Verizon, for EV-DO-based USB and ExpressCards. We believe that Novatel is not currently seeing material volume demand for its HSPA-based USB and ExpressCard products. Within North America, we believe that Sierra and Option are cornering that market opportunity. Overall, Novatel continues to benefit from its first-mover advantage in the EV-DO market with these two popular form factors. Whether this demand continues to accelerate going into the last month of Q2 and into the 2H/07 remains to be seen. We are assuming demand tapers off to a more sustainable pace. We estimate Q2 USB (Ovation) modem revenues to be US$19 mm (or 19% of total sales), while we forecast ExpressCards at US$45 mm (45% of total sales). We expect competition from Sierra to weigh into Novatel's early success in the EV-DO-based USB and ExpressCard market in 2H/07.
Margins benefiting from a favourable product mix: With continued strong demand for higher margin USB (we estimate gross margins to be ~35%) and ExpressCards, we expect Novatel to witness an expansion in gross margins in Q2. We are now modeling Q2 gross margins of 31.5%, a 150bps increase from our previous estimate, and versus a reported 31.1% in Q1.
Raising estimates: We have accordingly raised our Q2/07 estimates, namely by increasing our USB and ExpressCard estimates (Figure 1). Our estimates for the remainder of 2007 and for 2008 are revised slightly higher to account for continued strong demand for these two products. We raised our full-year gross margin estimates for 2007 and 2008 slightly to account for increased contributions from higher margin products. We note that Novatel management provided no commentary on full-year 2007 guidance despite the raised Q2 guidance. We expect management to raise full-year 2007 sales of US$380- US$390 mm and non-GAAP EPS of US$1.00-US$1.05 when the company reports Q2 results in July to reflect ongoing strong demand.
Unexpected CFO departure: On Friday, Novatel also announced the resignation of its CFO Dan Halvorson, effective June 15. The news was unexpected to us, considering the success of the company over the last year. Mr. Halvorson has been Novatel's CFO since May 2004 and has done a good job in helping guide the company to sustainable profitability. That said, with a permanent CEO for Novatel expected to be announced in the next 2-3 months, we believe that Mr. Halvorson may have felt uncertainty about the future

Exhibit 1
Page 180

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

composition of the senior management team and elected to exit at this time. We understand that Mr. Halvorson has secured a new position and expect some sort of formal announcement in the coming days. Meanwhile, Novatel has already commenced a search for a new CFO to help lead the company's next growth phase; an interim replacement has yet to be announced. We would not be surprised if the new CFO is announced after the hiring of a permanent CEO. Overall, we expect a relatively smooth transition to a new CFO.

*June 11, 2007 Thomas Weisel Partners - Hasan Imam*
**Novatel Wireless, Inc. - Raises 2Q07 Outlook; CFO Departure Adds Execution Risk but Not a Cause for Concern; Maintain Overweight**
Executive Summary
NVTL increases its 2Q07 financial guidance; company also announced resignation of CFO Dan Halvorson effective June 15: As a result, we are raising our 2Q07 estimates with NVTL continuing to benefit from significant wireless tailwinds. Dan Halvorson's resignation from the CFO post as he moves on to pursue "another opportunity," was a surprise. Mr. Halvorson steered the company through some tough times and his departure is a loss for the company, in our view. With both the "permanent" CEO and CFO seats now vacant, the risk profile of the NVTL story has increased.
What changed in terms of numbers?
 * Revenue: Positive move, with management now expecting top line at $95mn (down 13.5% q/q; up 108% y/y) compared with prior guidance of $90mn. We were modeling 2Q07 revenues at $90mn. In the press release, NVTL management stated that higher-than-expected demand for EV-DO RevA express cards and higher-margin Ovation USB broadband devices led to the increased revenue guidance.
 * Margins: Management provided no other details on profitability metrics.
 * EPS: Positive move, with new pro forma diluted EPS expected in the range of $0.29 to $0.31 compared with earlier guidance of $0.20–0.22. We had been modeling EPS of $0.22.
Our take on positive pre-announcement:
 * Positive pre-announcement bolsters our bullish view on NVTL's fundamentals:
Product upgrade cycle continues to drive strong revenue momentum and margin expansion for NVTL. We had entered the quarter with a positive bias toward numbers, expecting some upside to guidance. Note that in 1Q07, the company benefited from some "pull forward" in Ovation sales with that product's revenues getting recognized in the first quarter itself than in 2Q07, as previously expected. Continued strength in Ovation, as highlighted by management in its press release, could imply strength in follow-on or restocking orders, an incremental positive.
 * Revising 2Q07 estimates higher; leaving rest of 2007 estimates unchanged for now:
In light of the pre-announcement, we are raising our 2Q07 revenue and EPS estimates to $95mn and $0.24 (pro forma $0.31), respectively, from $90mn and $0.15 (pro forma $0.22). Our new estimates are in line with management's revised revenue guidance and are at the higher end of its guided EPS (pro forma) range of $0.29 to $0.31. While there was no operating model guidance offered, company's EPS guidance implies 2Q07 operating margins will be stronger than previously expected; since we expect operating expenditures (opex) to increase in absolute dollar terms compared with the first quarter and revenues will be down q/q, the EPS upside is likely being driven by better gross margins driven by product mix. We are leaving our estimates for the rest of 2007 unchanged at this time.
 * Dan Halvorson resigns as CFO adds execution risk that warrants increased monitoring: NVTL also announced that CFO Dan Halvorson will resign effective June 15, as he moves on to pursue "another opportunity." He will be missed and we wish him the best of luck! As for the impact on NVTL, the loss of a seasoned CFO, one who has steered NVTL through some tough times with a steady hand, increases in the risk profile of the company. This risk is exacerbated by the lack of a "permanent" CEO; the dual CEO/CFO searches are likely being distracting for management at the helm currently. We will monitor the situation with a degree of increased caution; in our view, even a company benefiting from strong sector tailwinds, can falter if there is turmoil at top management levels.
Valuation. Maintain Overweight: 1Q07 results/2Q07 pre-announcement highlight several positives and validates our investment thesis: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-one OEM

Exhibit 1
Page 181

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---------------------------------------------------------------------------|
| | | | | | embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband set-top box, Ovation, sales continue to ramp, quadrupling q/q in 1Q07 and growing in 2Q7. We believe that these positives should contribute to more than 80% revenue growth with healthy margins in 2007. With this in mind, NVTL shares appear attractively valued currently trading at 2007E P/E of 21.1x (27.3x including options). As NVTL delivers on its growth guidance, we believe the shares could experience upside from current levels. Recent management vacancies, however, increase the risk profile of the company. |

*June 11, 2007 Scotia Capital - Gus Papageorgiou, Geoff Darling*
**Novatel Wireless, Inc. - Q2 Guidance Raised, CFO Resigns**
Event
\* Novatel raised Q2 guidance on Friday and announced the resignation of CFO Dan Halvorson to pursue another opportunity.
What It Means
\* Guidance raised on strong end-market demand: Novatel raised Q2 guidance to US$95M sales and US$0.24 EPS, ahead of our US$91M and US$0.16 estimates respectively. The company is seeing strong demand across its product lines with particular strength from higher margin ExpressCard and USB form factors.
\* Raising estimates - industry outlook remains healthy: We are taking up our Q2 estimates and making minor upward revisions to our 2007 - 2009 forecasts to reflect continued strength in mobile data adoption.
\* CFO resignation raises some near-term leadership concerns: Novatel has yet to select a permanent CEO - the CFO transition will likely add to the company's management challenges in the near term.
\* Target raised - recommendation unchanged: We view Novatel as an excellent way to play the trend toward high-speed mobile data networks. However, we continue to have a slight preference for Sierra, largely on a relative valuation basis, as it trades at an 8% forward P/E discount.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | |
|------|-----------------|---------------|----------|-----------------|--|
| 6/12/2007 | 1,591,959 | $23.69 | -1.99% | (0.55) | *Date: Jun 12 2007  9:02:57 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*<br>**Novatel Wireless Raised to `Hold' at Matrix: NVTL US**<br>    Princeton, New Jersey, June 12 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``hold'' from ``strong sell'' by analyst Daniel Scalzi at Matrix USA. |

*Date: Jun 12 2007  11:21:52 Wire: BLOOMBERG News (BN) --Sondra Kennedy*
**Novatel Wireless Cut to `Hold' at Morgan Joseph: NVTL US**
    Princeton, New Jersey, June 12 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``hold'' from ``buy'' by analyst Kevin Dede at Morgan Joseph & Co.

*June 12, 2007 Morgan Joseph & Co. Inc. - Kevin Dede*
 **Novatel Wireless, Inc.  Rating: Hold - Transitioning Coverage; Industry Dynamics Remain Impressive, But Stock Has Run**
Investment Highlights:
Transitioning Coverage; Industry Dynamics Remain Impressive, But Stock Has Run
\* Transitioning analyst coverage, but starting on the sidelines. The company's superb execution, and strong 3G data adoption at both Sprint and Verizon, has renewed interest in the Novatel story. We expect overall industry dynamics to remain robust, but are cautious in that we believe near-term expectations for the company are fairly reflected in the shares at current levels, so we are therefore returning investors' attention to the story, but with a Hold rating.
\* Wireless data connectivity on 3G networks. Service plan price points and network performance are at a level where more consumers, including this parsimonious analyst, see greater value. This has been the key growth driver recently-expanding the addressable market beyond the enterprise and into the consumer market. Coverage differentiates 3G from Wi-Fi: cellular networks span the entire country while Wi-Fi is limited to hot spots in coffee shops, airports, and hotel lobbies; now, customers know they have access to the Internet anywhere and at speeds that rival Wi-Fi.

Exhibit 1
Page 182

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

     * Embedded modems in laptops. Laptop manufacturers also expect 3G connectivity to continue to draw users and many have aligned with modem manufacturers to embed modems in laptops during the manufacturing process. There are roughly 25mm laptops sold in North America on an annual basis, many of which we believe could come to include an embedded modem over time. Initially, modems should be included in high-end machines, where the manufacturer and network operator have greater confidence that the modem may become actively engaged on a network. Novatel has strong relationships with many manufacturers, including Dell, Sony, Panasonic, and Toshiba, and we see this list expanding.

     * Development of software and service-enhancement applications. Of the three independent, focused PC-card and modem hardware manufacturers, we think Novatel has placed the most direct emphasis on providing value beyond that of packaging what amounts to a Qualcomm chipset. Evidence of this is in Sprint's location-enabled USB modem, always-on email in Toshiba laptops, and other applications soon to emerge. We also see Novatel hunting for acquisitions that break the company away from what can be perceived as a commoditizing industry.

     * Great space, but in our view, strong growth reflected in valuation. We believe Novatel shares are fairly valued trading at roughly 20x our $1.20 FY08 EPS estimate. While we see continued strong growth through the adoption of 3G network connectivity, we believe it is fairly reflected at current share-price levels.

Investment Thesis

Transitioning coverage of Novatel Wireless with a Hold rating. Although we have been long-time fans of Novatel's commitment to state-of-the-art mobile wireless data connectivity solutions, we see the shares fully reflecting the newly established revenue run rate in the $90-110mm per quarter range. Novatel designs and manufactures hardware used to connect devices to high-speed wireless networks. The company relies on Qualcomm's semiconductor development to meet technology demands, but lately, Novatel has been incredibly innovative in developing software that addresses higher use applications, endearing the company to its key customers and erecting a competitive barrier to entry. The attractiveness of 3G connectivity is driving Novatel's growth, sponsored by the wireless carrier value proposition; the price has fallen enough and wireless technology has progressed enough to drive higher levels of usage on 3G networks-this is especially clear on Sprint's and Verizon's Ev-Do Rev A networks. Although we are transitioning analyst coverage with a Hold rating, we are greatly impressed with the superior level of execution Novatel has demonstrated over the past couple of quarters as business levels have exploded.

Investment Positives

Leading Technology and Execution Track Record

Novatel has provided connectivity solutions with its high-speed data cards for years, meeting both technology and volume commitments of its customers, as well as providing innovative solutions helping to differentiate both itself and its customers. We believe these developed relationships imply greater value to Novatel as a franchise, despite the concern that PC cards are a commodity business.

As a case in point on execution, note the volume level change from the June 2006 quarter wherein the company posted revenues of $45.7mm, and the 2007 March quarter revenues of $109.8mm. Few companies have succeeded in managing a more than doubling of revenues and generate cash. This point is especially important in recognizing the logistics involved in supporting OEMs and laptop manufacturers as sales volumes could expand greatly going forward.

As a point of reference, the underlying driver for Novatel's business is the perceived value of the carriers' data connectivity proposition. As we have noted, both data plan pricing and network connectivity speed have aligned so as to provide a great connectivity experience. Consumers have noticed this, and we believe it's that market that has driven Novatel's sales to the current record levels. While maintaining its leadership as the key enterprise supplier for Verizon, the difference is that consumers are willing to accept the $60 per month service charge for unlimited data in all 3G markets (which covers all major U.S. cities). Data usage trends are expected to spread globally. We'd argue that the proliferation of high-speed PC connectivity business in the U.S. is based on laptop usage, but we think that network capability should draw increased use worldwide. One of the important Novatel Wireless drivers going forward is network speed and the spread of faster networks globally.

Wireless Technology Evolution

Novatel is a clear beneficiary of the speed of wireless evolution. As new technologies gain market acceptance, network speeds

Exhibit 1
Page 183

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---------|
| | | | | | increase, and typically, service prices fall. In Europe, where the consistent standards are based on GSM (Global Systems Mobile) founded in the early 1990s, HSDPA (high-speed downlink packet access) is the prevailing new technology, and leading networks are at one point of the three-step adoption to achieving 7.2 Mbps connection speeds. Here in the U.S., Verizon and Sprint have rolled out their CDMA EV-DO Rev A networks. We see continued iterative progression creating the demand for connectivity technology and Novatel's solutions. |
| | | | | | Laptop OEMs Bypassing Cards |
| | | | | | For about one year now, major laptop manufacturers, including HP, Lenovo, and Dell have been integrating 3G cellular modems into their machines. Buyers, therefore, need only "activate" the modems to have the laptop operate on a cellular network. Initial reports are positive, but we believe a period of more substantial customer acceptance lies ahead. Timing this acceleration is difficult, but we think that our $390mm sales estimate for 2007 fairly includes embedded modem expectations. We believe the next product cycle, which would include EV-DO Rev A modules in the U.S. and 7.2 Mbps modules in Europe, could create a higher level of demand. |
| | | | | | Applications Enabled by Software |
| | | | | | The most attractive aspect of Novatel's strategy, from our view, is the development emphasis the company places on creating and enabling value-added applications beyond the simple hardware constituted by a Qualcomm mobile chipset. As examples, Novatel has location-enabled each product it sells to Sprint so that the user can see what services are available in his location via a simple Web window. For Toshiba, Novatel has enabled the computer to accept and notify the user anytime mail is received even though the main processor of the computer is shut down. We think the development and creation of these features clearly differentiate Novatel from the commoditization otherwise expected in a mass hardware business. In addition, the applications strengthen the relationship between Novatel and its customers. |
| | | | | | Currently at $24.17, Novatel is trading at about 20x our FY08 $1.20 EPS estimate, fairly reflecting the company's expected growth, in our view. On that account, we are transitioning coverage with a Hold rating until a catalyst driving growth beyond current expectations unveils itself. |
| | | | | | Investment Risks |
| | | | | | Customer concentration increasing. Verizon, Sprint and Dell stand as Novatel's largest customers. Because we see further consolidation of wireless carriers, we expect the addressable list of customers could decline, although the end market is likely to continue to increase. Rapid technology evolution and adoption risk. It is never clear which technologies Novatel's customers may choose to adopt. To win in the hardware space, manufacturers must lead the adoption cycle, earning the highest margins while covering research and development costs. There is a large amount of risk in anticipating the choices carriers might make. Managerial succession. We do not understand why the board of directors has not decided on a CEO. Brad Wienert was named acting CEO, in addition to his working COO title, back on October 24, 2006, more than seven months ago. Since that time, Novatel has hit record levels of sales and earnings while addressing the widest customer base in the company's history, clearly demonstrating Wienert's capability. In our view, the lack of a finalized decision, and recent CFO departure perhaps may call attention to the board's process. This is another, yet more subtle, reason we have elected to stand on the sidelines at this juncture. We hope that this issue should be resolved either before or concurrent with the report of the June quarter's results sometime late in July. Wireless ecosystem events. While we view any issues causing a downturn in the wireless environment as a whole as unlikely, especially given positive subscriber and capital spending trends, investors should be watchful of overall industry dynamics. Early 3G trends were not nearly as robust as initially expected given a downturn in the telecom industry, and such factors could again emerge. |
| 6/13/2007 | 1,705,521 | $24.59 | 3.80% | 0.97 | |
| 6/14/2007 | 1,214,390 | $24.78 | 0.77% | 0.03 | Date: Jun 14 2007  22:23:28 Wire: Washington Service (WSA) **Novatel Wireless Inc: Souissi Slim S Files To Sell 47,333 Shares** Form 144 Filed At The Securities And Exchange Commission On 06/11/07 Approximate Date Of Sale: 06/05/07 Souissi Slim S, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 47,333 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |

Exhibit 1
Page 184

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 6/15/2007 | 1,363,309 | $24.98 | 0.81% | (0.08) | |
| 6/18/2007 | 1,049,107 | $24.73 | -1.00% | (0.44) | |
| 6/19/2007 | 800,453 | $24.86 | 0.53% | 0.13 | |
| 6/20/2007 | 875,787 | $24.70 | -0.64% | (0.01) | |
| 6/21/2007 | 790,565 | $25.20 | 2.02% | 0.49 | |
| 6/22/2007 | 1,081,168 | $24.71 | -1.94% | (0.48) | |
| 6/25/2007 | 1,376,172 | $25.22 | 2.06% | 0.83 | |
| 6/26/2007 | 1,342,033 | $24.71 | -2.02% | (0.79) | *Date: Jun 26 2007  8:30:07 Wire: Business Wire (BUS)* |

**Novatel Wireless Appoints New Member to Board of Directors - Industry Veteran John Ross Joins Novatel Wireless as Company Joins Russell 2000(R) Global Index**

SAN DIEGO--(BUSINESS WIRE)--June 26, 2007 Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today announced the appointment of John Ross to the company's Board of Directors. Mr. Ross joins the Novatel Wireless Board of Directors with 15 years experience in developing profitable businesses at some of America's largest telecommunications companies.

   Mr. Ross is currently President and Chief Executive Officer of Media Connex, Inc., a San Diego based company that provides bundled services and equipment for wireless networks, network security, advanced diagnostics, and other IT services and solutions.

   Mr. Ross' extensive business and technology background includes leadership positions at major telecommunications companies, including Motorola from 1995 until 2000, at U.S. Robotics prior to its acquisition of Palm, Inc. in 1995, and at Littelfuse, Inc. At Motorola, Mr. Ross was responsible for numerous breakthrough industry initiatives including development and deployment of CDMA StarTACs, the first clamshell mobile phone, which set several technical standards for future mainstream cellular equipment and in 2005 was listed as #6 on The 50 Greatest Gadgets of the Past 50 Years in PC World. He also held leadership roles in Motorola's Japan CDMA infrastructure deployment. Mr. Ross also held several key positions at Novatel Wireless, including heading Strategic Business Development, before founding Media Connex.

   Mr. Ross holds an MBA from the Kellogg Graduate School of management at Northwestern University and is a magna cum laude graduate of Washington University, where he received a Bachelor of Science degree in Electrical Engineering.

   "We're thrilled to gain the industry and marketing expertise John brings to our Board as we continue to build our organization and bring new perspectives to the company," said Peter Leparulo, Executive Chairman of the Novatel Wireless Board of Directors. "John has a proven record of success in the wireless industry, and we look forward to his leadership and expertise in guiding the Novatel Wireless team to an even greater global presence in our industry."

   "Novatel Wireless is an industry leader, and it is an honor to join this strong and dedicated team," said Mr. Ross. "I look forward to contributing to future successes at the company and to working with the Novatel team in expanding its leadership position."

   Novatel Wireless also announced today that it has been added to the small-cap Russell 2000 Index when the Russell Investment Group recently reconstituted its family of U.S. indexes on June 24.

   Membership in the broad-market Russell 3000, which remains in place for one year, means automatic inclusion in the large-cap Russell 1000 or small-cap Russell 2000 as well as the appropriate growth and style indexes. Russell determines membership for its equity indexes primarily by objective, market capitalization rankings and style attributes.

   Russell indexes are widely used by investment managers and institutional investors for index funds and as benchmarks for both passive and active investment strategies. More than $2.5 trillion in assets currently are benchmarked to them. Investment managers whooversee these funds purchase shares of member stocks according to that  company's weighting in the particular index.

   Annual reconstitution of Russell indexes captures the 3,000 largest U.S. stocks as of the end of May, ranking them by total market capitalization to create the Russell 3000. The largest 1,000 companies in the ranking comprise the Russell 1000 while the remaining 2,000 companies become the widely used Russell 2000. These investment tools originated from Russell's multi-manager investment business in the early 1980s when the company saw the need for a more objective, market-driven set of benchmarks in order to evaluate outside investment managers.

Exhibit 1
Page 185

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | *June 26, 2007 Craig Hallum - Anthony J. Stoss,  Steve Dyer* |
| | | | | | **Novatel Wireless, Inc. - NVTL Achieves Certification at Vodafone; Telefonica, T-Mobile Next. We Think Q2 Ending on a Strong Note. Reiterate BUY and $30 Price Target.** |
| | | | | | We believe NVTL received certification for its USB product at Vodafone late last week and think certifications at Telefonica and T-Mobile are imminent. Since Vodafone is the world's largest wireless carrier with nearly 200 million subscribers, we believe the sale of NVTL USB cards will clearly be a significant event for NVTL. We think Vodafone could begin taking shipment of USB cards shortly. Similar to launches of the PCMCIA a couple of years ago, we think wireless carriers such as Telefonica, T-Mobile and others will rush to follow suit. We point to the strong uptake of the USB product by Verizon Wireless and Sprint domestically as evidence that this is a product carriers are clamoring to sell. Separately, we note that Vodafone announced that it nearly halved its monthly price for 3G data subscribers in the U.K. We wouldn't be surprised to see it follow in other countries in which it operates, particularly within Europe. As has long been our contention, when 3G service becomes price competitive with cable modems (of which there are few in Europe), we expect broad consumer adoption, particularly with the launch of the USB product which can be used on laptops or desktop computers. |
| | | | | | Domestically, Verizon Wireless is now offering USB cards for $99.99 (assuming 2-year contract). This is a significant discount from normal pricing of $179. Checks at numerous stores have indicated the USB product is far outselling any previous iteration of PC card, something we expect to accelerate as pricing of both the cards and monthly data services come down further. We think all of this bodes well for NVTL's Q2. The company raised guidance on June 8th, making it the 5th quarter in a row the company has prereleased positive results or raised expectations mid-quarter. Management said it now expects revenue of $95 million and pro forma EPS of $0.29-0.31. We believe numbers could be tracking slightly better. Finally, although it seems counterintuitive given the stock's recent performance and the fact that it is near its 52-week high, we find NVTL's valuation compelling. As the below comparison shows, the stock trades at a significant discount to its primary competitor, Sierra Wireless, despite better margins and faster growth. |
| | | | | | STOCK OPPORTUNITY |
| | | | | | Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3 per share in cash. |
| | | | | | We are reiterating our BUY rating $30 price target, which is based on 19x our pro forma 2008 EPS estimate of $1.61/share, a multiple we believe is conservative especially considering the company's revenue growth. |
| | | | | | RISKS |
| | | | | | We believe an investment in NVTL involves the following risks. |
| | | | | |  * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more costeffective solutions. |
| | | | | |  * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers. |
| | | | | |  * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results. |
| | | | | |  * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results. |
| 6/27/2007 | 987,498 | $25.72 | 4.09% | 1.10 | *Date: Jun 27 2007  9:23:05 Wire: BLOOMBERG News (BN) --Sondra Kennedy* |
| | | | | | **Novatel Wireless Cut to `Sell' at Matrix: NVTL US** |
| | | | | |      Princeton, New Jersey, June 27 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``sell'' from ``hold'' by analyst Daniel Scalzi at Matrix USA. |

Exhibit 1
Page 186

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 6/28/2007 | 1,094,756 | $26.01 | 1.13% | 0.32 | |
| 6/29/2007 | 1,442,332 | $26.02 | 0.04% | 0.00 | |
| 7/2/2007 | 1,189,304 | $25.79 | -0.88% | (0.72) | |
| 7/3/2007 | 512,619 | $25.76 | -0.12% | (0.25) | *Date: Jul 3 2007  13:48:23 Wire: Washington Service (WSA)* **Hadley Robert M, Vice Pres., Sells 2,667 On 7/2/07 Of NVTL** |
| | | | | | *Date: Jul 3 2007  13:53:15 Wire: Washington Service (WSA)* **Souissi Slim S,Vice Pres.,Sells 15,000 On 7/2/07 Of NVTL** |
| | | | | | *Date: Jul 3 2007  13:56:57 Wire: Washington Service (WSA)* **Leparulo Peter V,C.O.B.,Sells 237,699 From 7/2/07-7/3/07 Of NVTL** |
| | | | | | *Date: Jul 3 2007  14:21:31 Wire: Washington Service (WSA)* **Ratcliffe Catherine,Vice Pres., Sells 45,000 On 7/2/07 Of NVTL** |
| | | | | | *Date: Jul 3 2007  15:40:09 Wire: Washington Service (WSA)* **Weinert George B, C.E.O., Sells 17,100 On 7/2/07 Of NVTL** |
| 7/5/2007 | 2,530,306 | $24.38 | -5.36% | (2.19) | |
| 7/6/2007 | 1,417,885 | $24.75 | 1.52% | 0.39 | *Date: Jul 6 2007  20:24:30 Wire: Washington Service (WSA)* **Leparulo Peter V, C.O.B., Sells 100,000 On 7/5/07 Of NVTL** |
| | | | | | *Date: Jul 6 2007  20:32:33 Wire: Washington Service (WSA)* **Ratcliffe Catherine,Vice Pres., Sells 8,016 On 7/6/07 Of NVTL** |
| 7/9/2007 | 843,002 | $24.79 | 0.16% | (0.05) | *Date: Jul 9 2007  10:44:15 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* **Novatel Wireless Raised to `Hold' at Matrix: NVTL US**    Princeton, New Jersey, July 9 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``hold'' from ``sell'' by analyst Daniel Scalzi at Matrix USA. |
| 7/10/2007 | 1,198,820 | $25.16 | 1.49% | 0.83 | *Date: Jul 10 2007  22:16:39 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Halvorson Dan L Files To Sell 155,000 Shar** Form 144 Filed At The Securities And Exchange Commission On 07/05/07 Approximate Date Of Sale: 07/05/07 Halvorson Dan L, Shareholder, Of One Montgomery Street Suite 3700, San Francisco, Ca 94104, Has Filed To Sell 155,000 Shares Of Novatel Wireless Inc [Nvtl] Through Citigroup Global Markets Inc. Issuer Phone 858-320-8800 |
| 7/11/2007 | 645,617 | $25.45 | 1.15% | 0.22 | *Date: Jul 11 2007  22:18:06 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Hadley Robert M Files To Sell 77,711 Share** Form 144 Amendment Filed At The Securities And Exchange Commission On 07/09/07 Approximate Date Of Sale: 06/01/07 Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 77,711 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |

Exhibit 1 Page 187

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | *Date: Jul 11 2007  22:18:06 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Weinert George B Files To Sell 55,532 Shar**<br>Form 144 Filed At The Securities And Exchange Commission On 07/09/07<br>Approximate Date Of Sale: 07/02/07<br>Weinert George B, Chief Executive Officer, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 55,532 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 7/12/2007 | 1,760,950 | $27.19 | 6.84% | 1.92 | *Date: Jul 12 2007  22:39:38 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Hadley Robert M Files To Sell 10,000 Share**<br>Form 144 Filed At The Securities And Exchange Commission On 07/09/07<br>Approximate Date Of Sale: 07/02/07<br>Hadley Robert M, Vice President,v Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 10,000 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| | | | | | *Date: Jul 12 2007  22:39:38 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Leparulo Peter V Files To Sell 337,699 Sha**<br>Form 144 Filed At The Securities And Exchange Commission On 07/09/07<br>Approximate Date Of Sale: 07/02/07<br>Leparulo Peter V, Chairman Of The Board, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 337,699 Shares Of Novatel Wireless Inc [NVTL] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| | | | | | *Date: Jul 12 2007  22:39:38 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 45,000**<br>Form 144 Filed At The Securities And Exchange Commission On 07/09/07<br>Approximate Date Of Sale: 07/02/07<br>Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road Suite 205, San Diego, Ca 92121, Has Filed To Sell 45,000 Shares Of Novatel Wireless Inc [NVTL] Through Rbc Dain Rauscher. Issuer Phone |
| 7/13/2007 | 894,994 | $27.75 | 2.06% | 0.64 | |
| 7/16/2007 | 1,055,449 | $27.59 | -0.58% | (0.18) | |
| 7/17/2007 | 1,728,791 | $28.75 | 4.20% | 1.33 | |
| 7/18/2007 | 1,516,611 | $27.88 | -3.03% | (1.05) | *Date: Jul 18 2007  17:08:56 Wire: Washington Service (WSA)*<br>**Weinert George B, C.E.O., Sells 84,596 From 7/16/07-7/17/07 Of NVTL** |
| | | | | | *Date: Jul 18 2007  17:10:07 Wire: Washington Service (WSA)*<br>**Ratcliffe Catherine,Vice Pres., Sells 45,000 On 7/16/07 Of NVTL** |
| | | | | | *Date: Jul 18 2007  22:16:00 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 8,016**<br>Form 144 Filed At The Securities And Exchange Commission On 07/13/07<br>Approximate Date Of Sale: 07/06/07<br>Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 8,016 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| 7/19/2007 | 1,481,409 | $28.37 | 1.76% | 0.36 | *July 19, 2007 Dundee Securities Corporation - Arinder Mahal, CFA, Puneet Malhotra* |

Exhibit 1
Page 188

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | **Sprint Nextel & Clearwire Combine Forces on Wi-MAX** |
| | | | | | EVENT |
| | | | | | Sprint Nextel and Clearwire today announced that they have entered into a partnership to jointly construct a nationwide WiMAX-based mobile broadband network and to market the services under a common service brand. |
| | | | | | The two companies will also work together to promote the global development of WiMAX-based services, including marketing of such services under the same brand. Clearwire holds one of the world's largest portfolios of wireless broadband spectrum in the mobile WiMAX-friendly frequency bands, including coverage of 200MM pops in Europe (Germany, Spain, Romania, Poland, Ireland, and Denmark). |
| | | | | | IMPACT ON COMPANIES IN OUR UNIVERSE |
| | | | | | Novatel Wireless (NVTL-Q US$27.88: Market Neutral, Target US$27.00): +VE |
| | | | | | We believe both Sierra and Novatel Wireless are in the process of developing WiMAX products, likely dual-mode (Rev A/Wi-MAX) adaptor products and embedded modules. Although, Sprint has announced device deals with ZTE and Samsung, given both companies' position in supplying the carrier with multiple Rev. A data products (PC Cards, Express Cards, and USB modems), we believe both will be added to the list of suppliers. In addition, as Sprint-Clearwire gets closer to launching WiMAX services we expect price competition in mobile broadband data services to heat up as Verizon and/or Cingular reduce prices to steal the limelight -further expanding the demand for Sierra and Novatel's traditional 3G products. |
| 7/20/2007 | 3,987,793 | $27.05 | -4.65% | (1.45) | *Date: Jul 20 2007  12:13:25 Wire: BLOOMBERG News (BN) --Natalie Gilbert* |
| | | | | | **Novatel Wireless Cut to `Market Perform' at JMP Secs: NVTL US** |
| | | | | | Princeton, New Jersey, July 20 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``market perform'' from ``market outperform'' by analyst Samuel Wilson at JMP Securities. |
| | | | | | |
| | | | | | *July 20, 2007 Craig-Hallum - Anthony J. Stoss, Steve Dyer* |
| | | | | | **Novatel Wireless, Inc. - Confusion Surrounding NVTL's Presence at Sprint Creates Buying Opportunity. Reiterate BUY and $30 Price Target.** |
| | | | | | NVTL shares were off sharply this morning, we believe in response to a rumor that NVTL may lose market share at Sprint, who was a 38% customer for NVTL in Q1. We agree with the notion making the rounds indicating that the popular EU720 USB card from NVTL will in fact be end-of-lifed at Sprint as early as next week, however our sources have indicated that Sprint has ample inventory and that the cards will continue to be sold at Sprint stores likely through the end of August. We further believe that NVTL will begin shipping the new smaller form factor USB product in August (earlier than expected) and that the cards will likely begin showing up on Sprint shelves in early September, immediately after the EU720 inventory sells out. We understand this transition has been jointly planned for some time by NVTL and Sprint. As a result, we think there will be little or no gap in the sales of the two cards and as a result, no loss of market share. We remind investors that NVTL gets paid on sell-in to customers and that if it indeed ships the next-gen USB card in August as we believe, it would be a full month ahead of what we and others believed. Further, we are not aware of a comparable small form factor USB product by Sierra Wireless and as a result, believe NVTL will continue to get the lion's share of Sprint's business. In addition, we think Verizon Wireless will also begin offering NVTL's new card in September. We continue to expect strong results and guidance NVTL reports Q2 earnings on August 6th. We are expecting revenue and EPS of $95 million and $0.29 for Q2 and $105 million and $0.31 for Q3. We believe both quarterly estimates are conservative. |
| | | | | | STOCK OPPORTUNITY |
| | | | | | Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3 per share in cash. |
| | | | | | We are reiterating our BUY rating $30 price target, which is based on 19x our pro forma 2008 EPS estimate of $1.61/share, a multiple we believe is conservative especially considering the company's revenue growth. |
| | | | | | RISKS |

Exhibit 1
Page 189

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | We believe an investment in NVTL involves the following risks. |
| | | | | | * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more costeffective solutions. |
| | | | | | Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers. |
| | | | | | * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results. |
| | | | | | * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results. |
| 7/23/2007 | 1,461,806 | $26.99 | -0.22% | (0.18) | *July 23, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera* **SWIR, NVTL, and Option 2Q07 Earnings Preview** Overview SWIR is reporting its 2Q07 (June quarter) earnings this Thursday, July 26, at 5:30pm ET, and NVTL is reporting its 2Q07 earnings on Monday, August 6 at 4:30pm ET. Option, their Belgium-based competitor, which we do not cover, is reporting on July 26, the same day as SWIR, at 10:00am ET. Key Expectation and Perspectives The following is an overview of our key expectations. Complete pre-call variances, models, and a comparative are attached. We believe that the industry outlook is positive as demand continues to accelerate, particularly for USB modems. Increased competition and the launch of WiMAX remain key 2008 risks. NVTL Key Perspective: Expect positive results and outlook for remainder of 2007 and seek update on increased EU penetration of USB modems. Look to hear update on CEO/CFO searches Conference Call : Monday, August 6, 2007 @ 4:30pm ET |
| 7/24/2007 | 1,206,094 | $26.52 | -1.74% | (0.16) | |
| 7/25/2007 | 1,105,840 | $26.65 | 0.49% | 0.02 | *Date: Jul 25 2007  8:00:07 Wire: Business Wire (BUS)* **Novatel Wireless Partners with ICG to Provide New Advertising Opportunities through Remote Digital Signage - Partnership Provides Wireless Connectivity for Innovative Marketing Applications** SAN DIEGO & LAKE FOREST, Calif.--(BUSINESS WIRE)--Jul 25, 2007 Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today announced a strategic partnership with Internet Connectivity Group, Inc. (ICG), a worldwide leading solution provider in the wireless internet and digital media space. Together, the two companies are looking to bring media content to gas stations in the United States, Canada and Mexico. ICG's digital advertising solution offers gas station owners and advertisers state-of-the-art content management, distribution and display technology for maximum impact. "By working with Novatel Wireless our customers will eliminate the need to hardwire digital signage at the pump," said Kurtis Van Horn, president of ICG. "The Novatel Wireless infrastructure enables us to deliver the right content to the right location, based on demographics and geography. Our combined solution enables advertisers to recognize the highest ROI possible." The ICG Mobile Media System(TM) leverages the Novatel Wireless Merlin(TM) PC720 EV-DO Rev A PC Card to provide a low cost and simple to use WWAN technology that is easy to deploy and manage. Future systems will include an option with a Novatel Wireless embedded module design. "We are constantly looking at ways to enhance the value of our solution for our customers while offering station owners ways to increase revenues, decrease costs and create competitive advantages," said Van Horn. "The Merlin(TM) PC720 EV-DO Rev A PC |

Exhibit 1
Page 190

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Card provides high-speed connectivity to networks and allows for stronger network signal reception." |
| | | | | | "ICG required a solution that would turn their unique market challenges into a competitive advantage," said Rob Hadley, senior vice president, worldwide sales and marketing at Novatel Wireless. "We look forward to working with ICG and see this partnership as an excellent opportunity to expand the functionality of Novatel's product offering." |
| | | | | | *Date: Jul 25 2007  22:15:41 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Weinert George B Files To Sell 49,164 Shar** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 07/23/07 |
| | | | | | Approximate Date Of Sale: 07/17/07 |
| | | | | | Weinert George B, Chief Executive Officer, |
| | | | | | Of One Montgomery Street, San Francisco, Ca 94104, |
| | | | | | Has Filed To Sell 49,164 Shares Of Novatel Wireless Inc [NVTL] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 7/26/2007 | 1,611,808 | $25.43 | -4.58% | (1.23) | |
| 7/27/2007 | 4,118,053 | $22.92 | -9.87% | (3.31) | *Date: Jul 27 2007  22:20:47 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 45,000** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 07/23/07 |
| | | | | | Approximate Date Of Sale: 07/16/07 |
| | | | | | Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 45,000 Shares Of Novatel Wireless Inc [NVTL] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| 7/30/2007 | 1,890,402 | $23.30 | 1.66% | 0.31 | *July 30, 2007 Thomas Weisel Partners - Hasan Imam,* |
| | | | | | **NOVATEL WIRELESS, INC. –NVTL- Sell-Off Post SWIR 2Q07 Earnings an Overreaction; Differences Between Peers Exist; Raising Estimates** |
| | | | | | **Executive Summary** |
| | | | | | * NVTL sell-off in reaction to Sierra Wireless (SWIR) overdone: On Friday (07/27/07), NVTL stock traded down almost 10% in reaction to the 2Q07 earnings of its peer, SWIR. While some of the sell-off may have been prompted by profit taking, Friday's reaction, in our view, is overdone since it does not account for significant differences between the two companies' product and customer mix. We continue to believe NVTL will report a healthy 2Q07 and guide up for 3Q07. |
| | | | | | * What spooked investors on NVTL…While on the face of it, SWIR reported an impressive 2Q07 quarter and provided up guidance for 3Q07, there were two factors beneath the surface that were concerning: a slowdown in organic revenue growth, once acquisition-related revenues are stripped out, and weak USB product gross margins. Fearing that these may be industry-wide trends, investors sold NVTL out of fear that similar issues will next emerge during NVTL's 2Q07 earnings, in our view. In particular, the weak USB margins would be concerning since it represents NVTL's highest-margin product. |
| | | | | | There are important differences between the two peers, however: We address the twin issues of organic growth slowdown and weak USB margins at SWIR and what we are thinking in terms of NVTL: (1) We expect NVTL's 3Q07 revenues to be up sequentially. The strength relative to SWIR should be driven by healthy demand for NVTL's USB products to Sprint and Verizon, including new product launches in Europe, and good growth in embedded modules. It is important to note that NVTL has lower revenue exposure than SWIR to AT&T (Cingular), where delays in 3G/3.5G network upgrades have translated to weak card sales. In comparison, sales at Sprint Nextel and Verizon Wireless, NVTL's two largest customers, remain stronger. In addition, NVTL has historically been ahead of the curve when it comes to next-generation product launches, which typically generate both topline growth and margin expansion; we expect NVTL to introduce new form-factor USB products in 3Q07. (2) USB gross margins should remain high. In our view, there are two sources of gross margin pressure at SWIR that are not present to the same degree at NVTL: supply chain issues and pricing pressure in WCDMA. On the first issue, NVTL uses LGE as its primary contract manufacturer. LGE, with its status as a Top-5 global handset vendor, can command lower bulk pricing for components and use scale to keep manufacturing costs low, which it then passes |

Exhibit 1
Page 191

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | on to NVTL. Secondly, SWIR has a high exposure to WCDMA/HSPA products, an area where competitors Huawei and Options are creating pricing pressure; NVTL, on the other hand, has a much lower exposure to this technology track and therefore not subject to the same pricing dynamics. Overall, USB will continue to be NVTL's highest margin product, whereas for SWIR it is the lowest-margin product. |
| | | | | | * Net-net, we expect NVTL's 3Q07 revenues to be up sequentially, while USB continue to enjoy high margins. (1) Revenues: We now expect 3Q07 revenues to grow in the low- to mid-single digits sequentially, better than our previous outlook of a sequentially soft quarter off the very strong 2Q07. (2) Gross margins: We are not expecting margin erosion in NVTL's USB product, which should continue to be the company's highest margin product. Overall, gross margins for 3Q07 could see slight compression as NVTL launches new products in Europe, historically a lower-margin market. Margins should recover again by 4Q07, however, as next-generation products ramp in volume. |
| | | | | | * We are establishing a 12-month price target of $32, based on applying a 25x P/E multiple on potential CY08 earnings power of $1.16 plus $3.00 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks. |
| | | | | | WHAT HAPPENED AT SWIR? |
| | | | | | On the face of it, SWIR reported an impressive quarter and provided up guidance. The 2Q07 revenue and EPS of $107.4mn and $0.30 represents 26% q/q growth and beat consensus of $94.7mn and $0.22; moreover 3Q07 revenue/EPS guidance of $109mn and $0.34 indicates an up quarter. However, beneath the surface, there are two factors that may be concerning: (1) Organic revenue growth slowing in 3Q07. When we exclude contributions from the Airlink acquisition, $3.6mn for 2Q07 and $9mn for 3Q07, SWIR's organic growth appears to be slowing, down 3.8% q/q. Management attributed this to a few large orders from customers in 2Q not repeating in 3Q, as the customers pause after very strong shipments for two quarters in a row. (2) USB product group weak. SWIR Management blamed the lower gross margins on some supply chain arrangements, making the cost structure of the USB products higher than that of its other products. As mix shifts toward USB, therefore, there is expected to be gross margin pressure, offset by higher-margin revenues from the Airlink acquisition. |
| | | | | | VALUATION |
| | | | | | Maintain Overweight: We expect NVTL to report a healthy 2Q07 and provide up 3Q07 guidance, supporting our positive investment thesis on the stock: (1) 3.5G EV-DO card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-one OEM embedded modules business is beginning to contribute meaningful revenues; and (3) residential wireless broadband product, Ovation, opens up a new growth segment. We believe that these positives should contribute to more than 80% revenue growth with healthy margins in 2007. In addition, we expect NVTL board to fill out one or both vacancies at the top (CFO and permanent CEO) within the next six months, reducing execution risk. With this in mind, NVTL shares appear attractively valued versus our 12-month price target of $32, based on applying a 25x P/E multiple on potential CY08 earnings power of $1.16 plus $3.00 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks. |
| 7/31/2007 | 2,864,710 | $21.53 | -7.60% | (2.47) | *Date: Jul 31 2007  7:21:16 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* **Novatel Wireless Cut to `Underweight' at JPMorgan: NVTL US** Princeton, New Jersey, July 31 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``underweight'' from ``neutral'' by analyst Paul Coster at JPMorgan. |

Exhibit 1
Page 192

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

*Date: Jul 31 2007  8:00:12 Wire: Business Wire (BUS)*

**Novatel Wireless Appoints Three New Vice Presidents -  Additions Expand Management Team and Bring Wealth of Experience**

SAN DIEGO--(BUSINESS WIRE)--July 31, 2007 Novatel Wireless, Inc. (NASDAQ:NVTL) today announced three new appointments to its senior management team. The new vice presidents are Thomas Wayne Harleman, Jr. -- vice president of sales, Americas and APAC, Jon Driscoll -- vice president of product management, and Julie Cunningham, who returns to Novatel Wireless as vice president of communications and investor relations.

  "We are extremely pleased to welcome these executives to the Novatel Wireless team," said Brad Weinert, Acting CEO and COO of Novatel Wireless. "These appointments extend the depth and breadth of our management team and provide us with the additional leadership as we continue to capitalize on the rapid growth in demand for wireless data worldwide."

  Mr. Harleman brings over 20 years of senior management experience in the telecommunications industry to the Novatel Wireless team. Prior to joining Novatel Wireless, he served as vice president of sales and marketing for Multi-Tech Systems, Inc., a manufacturer of award-winning telephony, Internet, remote access and device networking products, and director of North American field sales for Digi International, a producer of device networking products. Mr. Harleman has also held senior positions at BlueBird Systems and ACS, Inc.

  Mr. Driscoll brings to Novatel Wireless over 17 years of high tech and telecommunications management experience. Prior to joining the Novatel Wireless team he served as president and CEO at izenMobile, a wireless converged device and solutions provider. He also served as president and general manager, Americas at i-mate USA, a consumer mobile device provider, and executive vice president of business development at JMND Wireless Consulting. In addition, Mr. Driscoll has held senior management positions for Kyocera Wireless, Motorola, QUALCOMM, Nokia and Ericsson.

  Ms. Cunningham has rejoined the company as vice president of communications and investor relations, having previously served the company as investor relations officer. Ms. Cunningham has also served as senior vice president of investor relations at QUALCOMM, Inc. where she was responsible for investor relations, communications and public relations during its rapid growth. Ms. Cunningham has over 20 years experience in investor relations and corporate, financial and regulatory communications and extensive relationships with large-mid and small-cap investors and equity analysts, as well as national and international media.

*31 July 2007 JP Morgan - Paul Coster, Sameer Doctor, Mark Strouse*

**Novatel Wireless - Close to the Peak; Downgrading to Underweight**

Guidance from Sierra and Option Wireless points to slower q/q growth in 2H07, aligning with our view that channel sell-in is peaking. We believe there is risk of a slump in sales, margins and earnings and that the stock is fully valued. We are therefore downgrading to Underweight.

 * We believe that the wireless module market is a commodity business. Recent strong momentum has been driven by upgrades and channel sell-in of HSDPA and EVDO Rev A products, in our view, but we believe the bulk of the channel fill is done and the upgrade cycle  should be largely complete by late 2007 – and high data tariffs remain an impediment to broader consumer adoption. Prospectively, Novatel will be forced to compete on price leading to a slump in sales, margins and earnings. We believe the risks mount significantly in late 2H07, not least with Huawei, Kyocera and Pantech still pushing at the market.

 * Competitors' guidance points to sequential slow down. SWIR provided 3Q07 sales guidance that calls for a 1.5% q/q increase over 2Q  (.v. 25.7% in prior quarter). Option provided FY07 guidance that implies an average of just 6% q/q revenue growth during both 3Q and 4Q07  (18.8% q/q in 2Q). We believe that slowing sequential growth is an indication that channel sell-in is near the peak.

 * This is not a trade ahead of 2Q results, scheduled for Monday, August 6th. With sell-in peaking, we expect NVTL to meet or beat our  2Q07 expectations of $0.20 EPS ($0.27 PF EPS) on sales of $95.5mm (Street: 0.23/$95.7mm).

 * Downgrading to Underweight. NVTL trades at 26.8x our $0.87 PF F08E EPS, a 21% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. NVTL reports 2Q07 results on Monday, August 6th at 4:30pm; dial-in 800-218-0204.

 * We expect 2Q07 results to meet or beat our estimate of $0.20 GAAP EPS ($0.29 PF) on $95.5m in revenue (Street: $0.23 on

Exhibit 1
Page 193

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | $95.7m). |
| | | | | | * We expect 3Q07 guidance to be above our forecast of $0.12 GAAP EPS ($0.20 PF) on $90.2m in revenue (Street: $0.19 on $97.5m). We remain skeptical of industry-wide forecasting capabilities in view of heavy dependence on channel partners for insight into end-market demand. |
| | | | | | We expect industry-wide revenue growth to slow. |
| | | | | | We expect Novatel to experience slowing revenue growth in 2H07 after a blistering acceleration in y/y growth in 2006. Novatel has done a great job of being first to market with innovative products in the last year (e.g., USB modems, embedded modems, Express cards) and hence the company's revenues accelerated faster than peers in 1H07. However, we are now almost a year into the RevA/HSDPA upgrade cycle, and we expect channel inventory to be reaching mature levels, leading to a slowing rate of growth going into 2H07 and tougher y/y comparisons in 2008. |
| | | | | | Sierra's 3Q guidance calls for 1.5% q/q growth in 3Q, after three quarters of 25-30% |
| | | | | | q/q growth; we believe 3Q marks the high-water mark for Sierra's core y/y growth rate. Option's results have been more erratic recently, however guidance calls for 2H07 growth that averages at about 6-7% q/q in each of the next two quarters (down from 9-19% earlier in the year). |
| | | | | | In aggregate, we expect Novatel's y/y revenue growth to exceed 76.3% in 2007, decelerating to 3.5% next year. |
| | | | | | Valuation and Rating Analysis |
| | | | | | Downgrading to Underweight. With the stock trading at 26.8 times our PF 2008 EPS estimate of $0.87, a 21% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we remain concerned that the data card business might be cannibalized by embedded solutions, or that the standalone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. Excellent execution notwithstanding, we believe better risk/reward tradeoffs can be found elsewhere in our coverage universe at present. |
| | | | | | Risks to Our Rating |
| | | | | | Factors that could lead the stock to outperform our coverage mean include |
| | | | | | * a faster than anticipated ramp in embedded module sales with OEM partners, |
| | | | | | * broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market. |
| | | | | | * market share gains |
| | | | | | * new product that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, WiMax hybrid) |
| | | | | | * competitors exit the market leading to improved pricing power |
| | | | | | * increased efficiencies in development, manufacturing, certification |
| | | | | | * second sourcing production leads to reduced COGS, ahead of expectations |
| | | | | | * the introduction of significantly differentiated product leads to ASP increases and margin improvement. |
| 8/1/2007 | 3,062,720 | $20.83 | -3.25% | (1.36) | |
| 8/2/2007 | 2,104,355 | $22.06 | 5.90% | 1.87 | *Date: Aug 2 2007  6:30:02 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Appoints Brad Weinert President - Brad Weinert and Peter Leparulo to Continue Current Structure - Company Also Announces Two Promotions to Senior Vice President** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--August 02, 2007 Novatel Wireless, Inc. (NASDAQ:NVTL) today announced that Brad Weinert has been promoted to the position of President, ending the search for a new CEO. Mr. Weinert's responsibilities are for the day-to-day management of the Company. Peter Leparulo will continue to serve as Executive Chairman, focusing on longer term strategic planning, growth initiatives, and key partnerships. |
| | | | | | "As evidenced by our recent financial performance, Novatel Wireless is hitting on all cylinders," said Peter Leparulo, Executive Chairman of Novatel Wireless. "Brad has a deep knowledge of the industry and the business as well as a keen understanding of our customers, and this promotion is well deserved. Moving forward, Brad will be focused on achieving the operational performance of the Company and managing day-to-day operations. I will concentrate on Novatel's longer term corporate strategy, key partnerships |

Exhibit 1
Page 194

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

and overall strategic direction. These roles have proven highly effective over the last nine months, and we believe they will continue to deliver results for customers, employees and shareholders."

   Prior to his appointment as President, Mr. Weinert was the Chief Operating Officer and acting Chief Executive Officer for Novatel Wireless and has been with the company for more than nine years. He brings more than 25 years of cross-functional experience in operations, business development, and engineering, with experience at several companies. He previously was responsible for product management and business development at Novatel Wireless.

   "I look forward focusing on the substantial opportunities in our core business and to drive our operational results and industry leadership," said Brad Weinert. "I believe my running day to day operations together with Peter's setting corporate strategy will be a powerful leadership combination to drive the company's future success."

   Additionally, the Company has promoted Catherine Ratcliffe to the position of Senior Vice President of Business Affairs and General Counsel and Chris Ross to the position of Senior Vice President of Operations. "We are also extremely pleased to announce today Catherine's and Chris' promotions," added Mr. Leparulo. "They have both played key roles in the success of the Company over the past year and we look forward to their future contributions."

*2 AUGUST 2007 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Q2/07 Preview -Quarter Will be Good; Guidance Key**
INVESTMENT OPINION
Overall, market fundamentals continue to strengthen. Carriers are providing ongoing device subsidies and launching aggressive marketing campaigns. Novatel has already pre-announced. Q2 should be inline; guidance will be key. We are currently an ACCUMULATE with a US$28.00 target price.
ANALYSIS
Q2 expectations: Novatel pre-announced its Q2 results on June 8, raising sales expectations to approximately US$95 mm and guiding to adjusted EPS in the range of US$0.29-US$0.31. We expect the company to report Q2 sales of US$96.2 mm and adjusted earnings of US$0.30, slightly ahead of consensus but inline with guidance (Figure 1). We estimate Q2 gross margins to be about 31.5%, up about 40bps Q/Q and 600bps Y/Y predicated on increased contributions from higher margin Ovation products and ExpressCards. We forecast operating margins of 13.4%, down Q/Q due to a decrease in volumes and an anticipated increase in operating expenses. We estimate that Novatel ended the quarter with over US$94 mm in net cash, or about US$3.14 per share (about 15% of current share price).
Overall strong demand for Ovation and ExpressCards continues: Much like in Q1, Novatel has indicated that strong demand for its Ovation (USB devices) and ExpressCards has persisted throughout the quarter. According to our channel checks, Novatel continued to witness strong demand for its Ovation products from the Verizon channel. However, we believe the company lost share at Sprint, as our survey would suggest Novatel's Ovation products lost some traction in Q2 versus the previous quarter, with Sierra's AC595U (USB) device emerging as the benefactor. Novatel's USB device is also currently absent from Sprint's website.
Q3 guidance to reflect new product introductions: For Q3, we are currently modeling revenues of US$99.1 mm, adjusted EPS of US$0.27, and GAAP EPS of US$0.20, while consensus stands at revenues of US$98.1 mm, adjusted EPS of US$0.24, and GAAP EPS of US$0.19. Q3 guidance should include ramping sales of the company's new Ovation MC950D USB device, a HSUPA-based modem that is set to launch in Q3 in the European market, likely with one or all of Vodafone, T-Mobile, and Orange; all existing Novatel customers. A similar product is expected to follow in late Q3 targeting North America. This product has yet to be formally announced. We note that the transition to HSUPA may yield some cautionary guidance from the company for the quarter, much like in Q2/06, and similar to what we heard from Sierra recently. We expect Q3 operating margins to decline to a more rational level in the 11%-12% range due to rising operating expenditures.
Expect company to raise full-year guidance: We note that management provided no commentary on its full-year 2007 guidance when it pre-announced Q2 results last month. Given that Q2 results will be better than originally anticipated, we expect management to raise its full-year guidance to be more inline with our current estimates of sales of US$410.5 mm and adjusted EPS of US$1.23. Consensus currently stands at US$404.5 mm and adjusted EPS of US$1.15. Current guidance stands at sales in the range of US$380-US$390

Exhibit 1
Page 195

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | mm and non-GAAP EPS of US$1.00-US$1.05; however, we note this guidance was issued following Q1 results and may not reflect the Q2 outperformance. |
| | | | | | Assuming Q2 sales are inline with our estimate, the mid-point of current guidance (US$385 mm) would imply 2H top-line growth of -12%. 2H revenues in this industry are typically greater than 1H, as has been the case for Novatel in six of the last nine years, including the last four consecutive years. Although Novatel outperformed in 1H/07, we believe industry fundamentals and demand remain strong and we expect 2H sales to be roughly flat versus 1H. If we remove 1H sales outperformance of US$35 mm (estimated), our 2H sales expectations (of US$205 mm) would imply growth of about 20%, which is at the low end of 2H/1H sales growth over the last four years. If the company fails to raise 2007 guidance, we could see further share price depreciation. |
| 8/3/2007 | 1,167,571 | $21.65 | -1.86% | (0.02) | *Date: Aug 3 2007  17:31:41 Wire: Washington Service (WSA)*<br>**Hadley Robert M, Vice Pres., Sells 2,666 On 8/1/07 Of NVTL** |
| | | | | | *3 August 2007 Research Capital Corp. - Nick Agostino*<br>**Novatel Wireless Inc - Q2/07 Results – Inline**<br>INVESTMENT OPINION<br>NovAtel's end markets continue to exhibit strong fundamentals, albeit lumpy, and it continues to post industry-leading margins and profitability. We remain a BUY with a one-year target price of US$45.50. While we have lowered our 2008 EPS estimates from $3.10 to $2.91, our target price remains the same given the movement in the US$/C$ F/X over the last while. Optimistic on 2H/07 results.<br>ANALYS I S<br>Q2 sales inline: NovAtel reported Q2 revenues of $21.7 mm, essentially inline with our estimate and consensus (Figure 1). In Q2, the company saw strong demand in the precision agriculture, surveying, and geomatics end markets. We are encouraged by NovAtel's growing sales contributions from the Asian market, which increased 35% Y/Y and 32% YTD due to strong demand for surveying/mapping and port applications precision equipment. Gross margins remain strong: Adjusted gross margins of 61.9% (GAAP gross margins of 61.4%) were slightly better than expected as the company benefited from a favourable product mix, primarily less contribution from lower-margin NRE contracts. Pro-forma operating margins came in inline at 23.4% as operating expenses matched our estimates. However, we will note that R&D was slightly higher than expected, while selling and marketing were below expectations. R&D accounted for about 20.6% of revenues versus roughly 18.8% in Q4/06. NovAtel upped its R&D guidance to 19%-21% of revenue, partly due to F/X effects, but also to reflect investment in next-generation products, as well as in low and high-precision products to broaden its portfolio and help the company expand into new market verticals. This is reflected in our model. We note that the company is doing initial work on products for China's developing COMPASS satellite system.<br>EPS in check: The company reported adjusted EPS of $0.66 and GAAP EPS of $0.63 (including stock option expenses), roughly inline with our estimates and ahead of consensus. On-going income tax benefits, $405,000 in Q2, and interest income both contributed nicely to the bottom line.<br>Growing cash balance: NovAtel ended the quarter with $54.7 mm in net cash on hand, or $6.19/share (about 16% of the current share). The company generated $3.1 mm in cash from operations during the quarter. NovAtel continues to look for accretive or product enhancing acquisition in which to utilize its cash. A stock buy-back also remains an option.<br>Precision agriculture strong: As expected, the company benefited from increased sales to Agco (for is B4 product), where sales increased over 80% Y/Y to $1.4 mm. Total precision agriculture revenues came in at $1.9 mm, up roughly 5% Y/Y from a very strong Q2/06 as the company recognized roughly $1.0 mm in revenues that quarter from new customer Raven. YTD precision agriculture represents about 10% of total revenues versus 5% last year as demand is ramping.<br>Leica sales rebound: As expected, surveying component sales to NovAtel's largest customer Leica rebounded during Q2 to $4.7 mm versus $2.6 mm Q/Q and $4.6M Y/Y. The inventory rebalance at Leica had a small residual effect on Q2 sales, but this has cleared going into Q3. While Leica represented 17% of total sales in 1H/07 ($7.3 mm), the company expects Leica to represent 18%- 22% of 2007 sales, implying 2H sales to Leica of $11.5 mm. NovAtel will also be embedding its solutions into new Leica products targeted at the precision agriculture market, further strengthening the relationship, but also diversifying its product risk with this customer. |

Exhibit 1<br>Page 196

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---|
| | | | | | Estimates tweaked: Going into Q3 and the 2H/07, we believe that the outlook for the company is improving, with particular strength coming from precision agriculture (Agco), surveying (Leica), and geomatics (Point/Sokkia). Our revised estimates are highlighted in Figure 2. |
| | | | | | Strong demand in geomatics: The Geomatics unit reported $4.0 mm in sales, up 1% Y/Y but 14% Q/Q, and better than our estimate of $3.7 mm. The company benefited from continued strong demand for Point's (joint venture with Sokkia) GSR2700IS surveying/mapping unit, which is distributed by Sokkia. The Point JV accounted for 87% of Geomatics revenues. Given improving financials at Point and promptness of payment, starting in Q3, NovAtel will now move to recognize revenues from this customer in a similar fashion as with other customers, that is when product is shipped as opposed to when payment is received. With about $0.5 mm in products shipped to Point for which payment is yet to be received and revenue recorded, we could see an abnormal increase in Geomatics revenues in Q3 as a result of the new revenue recognition policy for this customer. |
| | | | | | Precision agriculture and surveying drive Special Applications sales: This category stood at $16.0 mm, up 8% Y/Y and 11% Q/Q, and matching our estimate of $16.0 mm. As noted, the key drivers were strong sales within the precision agriculture and surveying markets, as well as into Asia. |
| | | | | | Aerospace sales the only real blemish in the quarter: We had expected NovAtel to hit another key milestone in its Galileo development contract with the ESA. Unfortunately, due to funding constraints for Galileo, these milestones were pushed out. As a result, NovAtel did not recognize any revenue contributions from Galileo/ESA. NovAtel had expected to record about $2.7 mm in fees from ESA/Galileo from Q2 to Q4 of this year; with the deferral, the company now expects to recognize $2 mm in 2H/07. Had the company recognized the $1 mm as per our expectations, this would have added about $0.04 to earnings and resulted in a strong quarter. Nevertheless, the good news is that the EU is stepping up to ensure funding for the Galileo program, so we remain comfortable with forward expectations from this program. As a result, NovAtel posted $1.6 mm in Aerospace revenues, down roughly 33% Q/Q and 24% Y/Y and below our $2.7 mm estimate. The company also continues to remain optimistic on securing further material WAAS revenues for 2008 (e.g. India's GAGAN). |
| 8/6/2007 | 2,120,542 | $21.36 | -1.34% | (0.99) | *Date: Aug 6 2007  9:22:43 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*<br>**Novatel Wireless Cut to `Sell' at Matrix: NVTL US**<br>   Princeton, New Jersey, Aug. 6 (Bloomberg Data) -- Novatel Wireless Inc.(NVTL US) was downgraded to ``sell'' from ``hold'' by analyst Daniel Scalzi at Matrix USA.<br><br>*Date: Aug 6 2007  16:15:03 Wire: Business Wire (BUS)*<br>**Novatel Wireless Reports Strong Second Quarter Financial Results - Revenue Grows 113% Year Over Year, Gross Margins Increase as  Company Raises 2007 Guidance**<br>SAN DIEGO--(BUSINESS WIRE)--August 06, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported financial results for the second quarter ended June 30, 2007.<br>   Revenue for the second quarter was up 113% to $97.4 million compared to revenue of $45.7 million reported in the same period last year. Second quarter GAAP net income was $8.0 million, or $0.25 per diluted share. This compares to GAAP net income of $95,000, or $0.00 per diluted share in the prior year period. 2007 second quarter GAAP results include approximately $1.8 million of non-cash share-based compensation, or $0.06 per diluted share, net of taxes. Excluding the effect of these charges, non-GAAP net income was $9.8 million or $0.31 per diluted share for the second quarter of 2007.<br>   "Results for the second quarter 2007 continued to demonstrate that Novatel Wireless is executing ahead of plan and capitalizing on the growing worldwide demand for 3G wireless broadband access solutions," commented Brad Weinert, president of Novatel Wireless. "Demand is strong across a wide range of products including Ovation USB devices, Merlin PC and Express cards, and Expedite embedded modems. Adoption of USB wireless modems has been a primary growth driver with over $85 million in sales in the nine months since its introduction. In the second half, we will introduce a number of exciting new products, including our next generation USB devices, in both the U.S. and Europe. At the same time, we are investing in R&D efforts in a number of key areas, ranging from new software products to new technologies." |

Exhibit 1
Page 197

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

"Our business continues to show substantial improvement, with second quarter non-GAAP net income nearly doubling that of the full-year in 2006," added Mr. Weinert. "Based on the strength of our current demand and backlog, we are increasing our outlook for the year to between $415 million and $425 million in revenue and non-GAAP EPS in the range of $1.25 to $1.30. This compares to previous guidance of $380 to $390 million in revenue and non-GAAP EPS of $1.00 to $1.05, an upward revision of over 20% to annual EPS guidance overall."

Q3 and 2007 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

The following is a summary of the Company's financial guidance for the third quarter of 2007 and the year ending December 31, 2007. These estimates are based on the Company's current business outlook as of the date of this press release. Non-GAAP earnings per diluted share are based on a projected tax rate of 35% and exclude FAS 123R share-based compensation expenses.

|  | Third Quarter 2007 | Fiscal Year 2007 |
|--|--------------------|------------------|
| Revenue (in millions) | $100.0 | $415.0 - 425.0 |
| GAAP Earnings Per Share, Diluted | $ 0.23 | $ 1.05 - 1.10 |
| Adjustment: | | |
|   Stock-based compensation expense, net | | |
|   of income taxes | $ 0.04  $ | 0.20 |
| Non-GAAP Earnings Per Share, Diluted | $ 0.27 | $ 1.25 - 1.30 |

Conference Call

The Company will host a conference call today to discuss its quarterly and full year results beginning at 4:30 p.m. ET. The conference call will be webcast live on the Novatel Wireless website at www.novatelwireless.com, under the "Investor Relations" section. Following the live webcast, a telephonic replay will be available approximately two hours after the call. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter passcode 11093475. International parties should call 303-590-3000 and enter passcode 11093475. An archived version will be also available on the Novatel Wireless website.

*August 6, 2007 Bloomberg Transcripts*

**Q2 2007 Earnings Call**

MANAGEMENT DISCUSSION SECTION

Operator

Good afternoon, ladies and gentlemen. Thank you for standing by. Welcome to the Novatel Wireless Second Quarter 2007 Conference Call. [Operator Instructions] Following the presentation the conference will be open for question. [Operator Instructions] This conference is being recorded for replay today, Monday August 6, 2007. If you would like to listen to a replay of today's conference please dial 800-405-2236 or 303-590-3000 using the access code 11093475. At this time I would like to turn the conference over Ms. Marcy Graham, Director of Investor Relations at Novatel Wireless. Please go ahead ma'am.

Marcy Graham, Director, Investor Relations

Thanks, Ben. Good afternoon and thank you for joining us on today's conference call to discuss Novatel Wireless Second Quarter 2007 results. This call is also being broadcast live over the web and can be accessed on the Investor Relation section of the Novatel Wireless website at www.novatelwireless.com. With me on today's call are Peter Leparulo, Novatel Wireless Executive Chairman of the board; Brad Weinert, President; Trevor Renfield, Senior Director of Finance and Julie Cunningham, Vice President of Communications and Investor Relations. After the market closed today, Novatel Wireless issued a press release discussing the results for its second quarter ended June 30, 2007. If you would like a copy of the release you can access it on the company's website or by calling the Blue Shirt Group at 415 217 7722.

Exhibit 1
Page 198

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

We would like to remind you that during the course of this conference call, Novatel Wireless management may make forward-looking statements including financial projections, statements as to the plans and objectives of management for future operations and statements as to the company's future economic performance, financial conditions or results of operations. These forward-looking statements are not historical facts but rather are based on the company's current expectations and beliefs. Words such as may, will, expects, intends, plans, believes, speaks, estimates, anticipates or projects and similar words and phrases are intended to identify forward-looking statements. The company's actual results may differ materially from those projected in these forward-looking statements.

Now I'd like to introduce Peter Leparulo, Executive Chairman of Novatel Wireless. Peter?

Peter V. Leparulo, Executive Chairman

Thanks very much Marcy. Good afternoon everyone and thanks for joining us on today's conference call to discuss our second quarter 2007 results. Second quarter was another strong quarter of demand and execution for Novatel Wireless. Our market is growing rapidly as 3G-wireless data has become more and more of a mainstream to technology.

With innovative products and strong partnerships, we are well positioned to continue to capitalize on this demand and our progress is evident in our second quarter results. Revenues grew by over 110% year-over-year, surpassing $97 million, with strong results across all product lines. Non-GAAP gross margins were exceptionally strong at 31.7%. These gross margins were our highest total in over eight quarters.

Operating margins came in at 14%, once again well above our long-term model. EBITDA was 16.2 million. Free cash flow was a solid 10.6 million and cash and investments increased by a very impressive $28 million to 119 million. And finally non-GAAP EPS came in at a very strong 31 cents per share. Looking forward, we are once again raising estimates for the year and now expect to report sales for the year of 415 to $425 million and non-GAAP EPS of $1.25 to $1.30 per share.

It is interesting to note that while our stock has doubled since the beginning of the year, our PE for 2007 has actually decreased during this period as our EPS has more than tripled. We believe this points to the strong leverage in our business and our continued execution. Before turning the call over to Brad and Trevor, I'd like to update everyone on the announcement of last week of Brad's appointment and on the status of our CFO search.

First, we announced last week that Braid Weinert has been appointed President, solidifying our management structure. This appointment closes our CEO search. Brad is doing a great job and is focused on driving the operational performance of the company and managing day-to-day operations. As executive chairman, I'll continue to oversee longer term strategic planning growth initiatives and key partnerships.

These are clearly defined roles for each of us and we've been working smoothly together in these areas over the last nine months. Our search did turn up with a number of interesting candidates, but the board decided that our current structure was best positioned to leverage the strong performance of the company into an even more promising future.

By keeping the core team together, we won't miss a beat and believe that we can continue to take advantage of the opportunities that are growing in a very exciting time in our marketplace. I look forward to continuing working closely with Brad and the rest of our strong team to achieve this goal. On the CFO front, we've been pleased with the quality of candidates and are making good progress. In the interim, we have a very strong finance team led by Trevor Renfield, who is on the call with us today, and who has been with us for over six years.

And with that introduction, I'll turn it over to Trevor who will go through the financials for the quarter. Trevor?

Company Representative

Thank you, Peter. Before I begin the discussion of the second quarter 2007 results unless specifically noted, all comments exclude the impact of share based compensation expense under FAS123R. Share based compensation expense net of taxes was approximately 1.8 million in the second quarter of 2007. Revenues for the second quarter increased 113% year-over-year to 97.4 million, an increase of 2.4 million over our revised guidance.

Our PC and ExpressCard business contributed 51% of Q2 revenue with fixed-mobile convergence products providing 37% of revenue and embedded module at 12%. We saw continued strong performance of our EV-DO product which accounted for 74% of revenue. HSDPA products generated approximately 26% of revenue and grew both sequentially and year-over-year doubling from the

Exhibit 1
Page 199

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

prior year period.

In the second quarter, we shipped to 18 operators and 11 OEMs in 38 countries. Leading customers in the quarter included Dell, Orange, Sony, Sprint, Verizon Wireless and the Vodafone Group of operating company. From a geographic perspective, domestic revenue accounted for approximately 77% of total revenues and international revenue was 23%.

Gross margins continued to show strength at 31.7% on a non-GAAP basis, reflecting the sales of our higher margin EV-DO Ovation products which accounted for a greater percentage of sales than in the prior quarter. EV-DO Ovation decreased as a percentage of sales in Q3 and we should have a higher mix of European sales which carry lower margins. Additionally, we expect to see embedded sales ramp strongly in Q3. Given this, we expect GMS to trend to 29 to 30% next quarter while operating margins pay significantly above our target of 10%.

Operating margins were strong again this quarter at 14% of revenue, continued to demonstrate the strong leverage in our model. Operating expenses increased slightly this quarter to 18% of revenue. As indicated last quarter, we continued to invest in R&D which increased by approximately $1 million from Q1 to 9.3 million and has positioned the company for the rollout of products in the second half and investment in the future. As a percentage of sales, R&D was 9.6%. Sales and marketing expenses were flat with last quarter at 4.8 million and represented 5% of revenue. G&A expenses decreased again this quarter, down approximately $100,000 sequentially to $3.1 million and represented 3.1% of sales.

Including the share-based compensation charges of $1.8 million net of taxes, we reported GAAP net income of approximately $8 million for the quarter or 25 cents per diluted share. On a non-GAAP basis, excluding the non-cash compensation charges, we reported net income of $9.8 million, or 31 cents per diluted share. As the bottom line metrics also improved as EBITDA was $16.2 million in Q2 and free cash flow was 10.6 million. Year-to-date, we have generated EBITDA of 36.2 million and free cash flow was 25.1 million.

Now let's turn to our balance sheet. AR days outstanding decreased to 39 days, a significant decrease from the prior quarter at 51 days. Our AR balance was $41.1 million at June 30, down from 60.9 million from the prior quarter. Inventory was up about $2.3 million to 29.5 million, with annualized inventory turns of 9 times per year in line with our historic range. At June 30th, 2007, we had $119.2 million in cash and investments with no debt. Our cash and investments position represented a net increase of approximately 28 million from the prior quarter, reflecting the strong operating cash flows and collections as shown in our AR reduction.

Moving to guidance, we will start shipping a number of new products, many already with orders over the next 6 months and the timing of these introductions may have an impact on sales. At the same time, we have a robust backlog of orders for both existing products and new introductions. Including these factors, we currently anticipate third quarter revenues of approximately $100 million. Even with an anticipated mix shift, we expect non-GAAP EPS to be approximately 27 cents per diluted share. With that said, I would now like to turn the call over to Brad.

Brad Weinert, President

Thanks, Trevor. The second quarter was another strong quarter for Novatel Wireless and in six months, we have nearly quadrupled our earnings per share compared to all of last year. Our results reflect the strength of our expanding market. Shipments of cellular modems are projected to more than double over the next 2 years, and we are seeing this demand in the marketplace as consumers and enterprises are increasingly reliant on wireless data access as key productivity tools as well as mainstream vehicles to internet access. This has created a much larger adjustable market for Novatel and the other players in our space.

Sprint is a classic example. We had an exceptionally strong first half of the year with Sprint, and our competitors also did well, a clear testament to a growing market opportunity and expanding market for wireless data products. We think these trends will continue as we sell a broader range of products into our core customers, our focus not just being on fulfilling expanding customer demand and taking market share, but seizing the best opportunities with the most differentiated products and leveraging our R&D efforts to sell multiple products into our end customers.

We believe our results over the past 6 months demonstrate our success in these efforts. In the second half of the year, we continue to expect strong results driven by both continuing demand for existing products and the introduction of new products. Key new product introductions will include our next generation USB products for both European and US markets, as well as the next generation HSUPA express card. Demand for USB products continues to strengthen as both carriers and consumers can embrace this format.

Exhibit 1
Page 200

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

One example of our exciting new products is our recently introduced Ovation MC950D USB modem, targeted primarily for Europe. This sleek-looking HSUPA device carries the distinction of being the world's smallest HSUPA USB modem and supports 7.2 meg downlink speeds and 2.1 meg uplinks, notably faster than its predecessors. We are planning to ship to many Tier 1 operators across Europe in the second half of the year including some that have not been in the Novatel customer portfolio for several quarters.

We believe European operators have taken note of the success of the USB products in the US where Novatel was first to market and are expecting similar demand across their European channels. Additionally we expect to soon start shipping the U727 targeted at the US EV-DO Rev A market. The U727, our second generation USB product for EV-DO Rev A is only half the size of its predecessor while exhibiting dramatic new industrial design, improved performance and usability. The U727 is one of the most innovative products we have ever designed.

As expected we are seeing an orderly transition to our next-generation products and have already received significant orders for both products from our leading customers. We are also pleased to be launching the X950D, the next generation of ExpressCard products supporting HSUPA giving users the fastest possible performance and the latest technology.

We are also seeing stronger demand for embedded products as our OEM partners such as Dell and Sony have ramped up production of next generation platforms. As is evidenced by our increase in R&D spending in Q2 we have seen an unprecedented increase in the number of supported embedded platforms and carrier certifications worldwide. Because of this we expect increased demand in Q3 for embedded products across both our EV-DO Rev A and HSUPA product families.

With the increase of embedded business in Q3 we expect embedded products as a percentage of sales to increase in the third quarter. We believe our Q3 guidance points to the overall strength of our business and solid demand for all of our products. We currently have one of our strongest backlogs ever and we expect sequential growth in the third quarter with further upside in the fourth quarter.

We believe that these new product introductions will help drive our growth over the coming year. But we also continue to invest further in the future. Another market where we see growth potential is WiMax. We were very encouraged by the recent announcements of Sprint Clearwire. We believe this will ensure resources will be available for a faster rollout of the technology. Benefiting the adoption of the technology and also encouraging other carriers to be more aggressive about signing up more wireless data customers.

While the exact timeline is still unclear and it is still a little early to go into detail on our design effort we fully expect to be well-positioned as WiMax moves into volume demand which isn't expected until later in 2008.

Our recent results demonstrate that we are executing on plan and capitalizing on the tremendous opportunities that lie ahead of the company. Our R&D effort is in high gear and the next generation of solutions will be rolling out over the next 3 months. These new products and our research efforts make us optimistic that we can build on our success and drive further growth and profitability in the future. We are firmly focused on executing over the short term while building a more diverse and more exciting Novatel Wireless for the future.

And now Peter, Trevor and I are happy to answer your questions. Operator you can open it up for questions.

Q&A

Operator

Thank you sir. [Operator Instructions] Our first question comes from the line of Hasan Imam with Thomas Weisel Partners. Please go ahead.

   < Q - Hasan Imam>: Thank you. I wanted to be the first to congratulate Brad on your President position and also great results. I had two or three questions really. First of all, Brad, could you talk about the gross margin issue? The way folks typically look at your business is that gross margin is highly sensitive to product cycle and tapers off as product matures your peer Sierra saw gross margin in the USB product below corporate average which some took to believe that the whole year's remarket is maturing already. Maybe you could lend your view on this and how you see USB gross margin trajectory and overall gross margin trajectory for the next 2 to 3 quarters? And I have a follow-up.

   < A - Brad Weinert>: Sure, Hasan, and thank you and thank you first of all for the congratulations and thanks for the question. It's a good question. Number one, let me just start out with the fact that I think that our USB products are a bit different than some of our competitors. The USB has been historically one of our more profitable products if not our most profitable product in terms of

Exhibit 1
Page 201

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

margins. We engineered it that way. It was designed to be a consumer enterprise  type product and we designed it from the ground up for cost efficiencies. My understanding is some of our competitors  did not do the same and actually had to react to our beating everybody to market by a period of 6 to 8 months so the  reaction was to get something into market as quickly as possible and my understanding is that some of the other  products out there are not of the same ilk in terms of cost efficiencies. So I think just in general our USB products have  much higher margins than some of our competitors. Number two, just in terms of the general margin fluctuations, we  expect to see that from time to time especially as our project mix has changed. As we indicated in the script, we're going to see a little bit more revenue coming from Europe in this quarter. Europe is going to have a little bit lower  margins so we expect that to have a little bit of impact going forward in terms of the margins for the quarter. But again  just in general that's an effect of product mix as opposed to any type of ASP pressures or anything else.

    < Q - Hasan Imam>: Great. And then I had a question on the European strategy. A new set of products – it sounds like  you might be venturing back full steam into Europe again and historically that's been a lower margin market with  options in Wawei? Can you talk about that strategy? I mean why not stay away from Europe for a while? Is it primarily  because of revenue growth and you are willing to sacrifice some margins?

    < A - Brad Weinert>: Sure. That's a good question. First, we've seen the European market as a dramatic opportunity  much different than it was a year or two ago where the deployment of 3G has been more sporadic and more localized  in  Europe than it was in North America so while there was there was 3G to play, it wasn't as ubiquitous as is just here in  North America so your tam wasn't quite what it should be. We're now seeing that 3G is fairly prevalent across Europe  and we're seeing demand for 3G products starting to increase dramatically and particularly in the USB products where  we saw a quite a substantial opportunity. As you know we tried to take the top half of any market so we want to get in  at the top 50% of the market through early product introductions, innovative technologies, grab our share and then  move on to the next thing and we see that opportunity in Europe. Yes we've invested heavily in Europe. We have a  large group of people there with a home office in the London area and we've been working on that for nearly 2 years  now and developing that market and I think that you'll start to see a more significant contributor-to-broker top line than  our bottom line. The margins are not quite as good in Europe, but we still think they are well within our business model and they are contributing quite nicely operationally and we think it's a manageable situation.

    < Q - Hasan Imam>: Okay. One last question on the numbers front. The high end of your guidance would imply  December quarter as very strong. Is that the hockey stick in terms of embedded modules we have been waiting for or is  it being driven, is it more across the product line strength?

    < A - Brad Weinert>: No, I don't think it's the embedded hockey stick at all. I think we're going to have a spike in Q3  on embedded due to major new product launches, the laptop lifecycles, a lot of new products came out in Q2 and we're  seeing those get into the market now, particularly in the Dell channels, where we've watched something in  the neighborhood of 20+ new platforms in this quarter. We're seeing an influx of new orders because of that, but we think  that that will level off. We are seeing extremely strong demand, however, for USB products in both North America and  in Europe. And remember also we are going through a bit of a transition phase right now where we are going from one  product generation to the next. So I think a lot of the demand you're seeing in Q4 is actually in the core products and  we think that the embedded is going to level out again in Q4.

    < Q - Hasan Imam>: Okay. Then, one last question, this one is for Peter. Peter, Novatel has been quite good at identifying and  executing on adjacent areas of expansion. Could you comment on what opportunities you see out there maybe in the intermediate term without giving away too much in terms of competitive intelligence? Thanks.

    < A - Peter Leparulo>: Sure. We're looking basically at 2 things. Maybe I'll give you a couple of principles. The first  thing we're looking to are some complementary assets, as you say, Hasan, in related areas that we could enter into fairly  readily. Those would be things like some vertical markets. If you view mobile computing as a vertical market, some  additional vertical markets, albeit at a systems level, approach to those vertical markets. That's number one. Number 2,  we still look at initiatives which will fundamentally change the way that people look and use their notebooks. This is  really why we went into this embedded space, was to move over into arenas where we could have more  revenue-sharing leverage with those very powerful OEM channels. So those are generally initiatives which are  complementary to connectivity. The first stage was to get connectivity and then the second one was to get into  applications and notebook – capabilities that are complementary to connectivity. All of this is under the general  umbrella of – We have

Exhibit 1
Page  202

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

very ambitious goals for Novatel in terms of creating a world-class company that has sustained  long-term value for shareholders. So we're looking in a very dedicated way at technologies that are moving from  emerging to broad acceptance; technologies that we could move through the places where we compete best: our current  distribution channels, our business model which is relatively frictionless, through the operators where we compete  based on branding and our installed base. Those are generic principles that we're going by. Within those sort of 2  prongs of looking into traditional protocol spaces and then looking into 3G and multimedia applications across our  current product portfolio.

< Q - Hasan Imam>: And Peter on that line. I mean, do you think that you need a significant OpEx ramp in order to execute on those areas? Or the current run rate is good enough?

< A - Peter Leparulo>: Right now, we're currently modeling our current run rate and we think that these can be leveraged in a way where we keep the leverage in our business model is critically important to us, and to maintain that leverage in our business model. So we will do this Hasan, essentially side by side with opportunity. We're not going to do this as a science experiment. So I don't view putting any type of cost friction, if you will, into our current distribution model which is very leveraged. And I don't view it in a way where we would do it, sort of pre-revenue which is why say, we look at technologies that are about to move into broad mass deployment. So I think in sum, we will do this side by side with opportunity rather than set the table ahead of time and wait for it.

Operator

 Thank you. Our next question comes from the line of Kevin Dede with Morgan Joseph. Please go ahead.

< Q - Kevin Dede>: Let me offer my congratulations gentlemen. Nice job.

< A>: Thanks.

< A>: Thank you, Kevin.

< Q - Kevin Dede>: Okay, Brad. I think you mentioned or Trevor did, 11 OEMs you were shipping embedded modules too. Is that correct? Did I catch that right?

< A - Brad Weinert>: That is correct, Kevin.

< Q - Kevin Dede>: Can you give us a little flavor for some of them that fall outside of the Sony, Toshiba, Dell  category?

< A - Peter Leparulo>: Yes, we've been down – unfortunately, we have a lot of non-disclosures in place. But let me stay that there are vertical market OEMs that we are working with now in addition to classical Laptop manufacturers the Sonys, Toshibas, Dells, Panasonics of the world. They are in vertical market spaces for the most part if you look at like UMPC and public safety and construction and areas like that, we have partners now in those spaces as well. We just announced one actually publically which was the company ICG which is doing the kiosk displays for gas stations and things like that. And I would expect to have additional announcements over the next coming you know, quarter or two for OEMs as well.

< Q - Kevin Dede>: Is there any way you could help us size up the market that you can address on that side – just, I know digital signage is potentially huge but outside of that, some of these construction and public safety verticals that you're talking about?

< A - Peter Leparulo>: Well, we're seeing a lot of interest in 3G now. Across a lot of the classical verticals that you would normally of only seen 2G applications. And I think that it comes with some out-of-the-box thinking from these companies that are looking at ways they can expand their revenue opportunities as welly by delivering additional content. So I think it's a little early to size the market and most of the opportunities right now are in the early conception phase where we're seeing small quantities in the thousands of units sight high potential rather than in the millions of units but yes I think over time if you were to go out and look at just machine to machine-type opportunities and things like that, I think it's a very significant market and that's why we're interested and why we're working with some of these partners.

< Q - Kevin Dede>: Very good.

< A - Peter Leparulo>: Don't have exact numbers unfortunately Kevin.

< Q - Kevin Dede>: Okay. On your product road map, you're talking about the new USB form factor? I missed the roll  out strategy there. Did you have, do your plans include having Rev A and HSDPA in the market before the end of this  quarter?

< A - Peter Leparulo>: Yes. HSUPA actually is our launch for Europe with a revolutionary new product called the  MC950D that is going to be shipping this quarter as is our U727 which is our EV-DO Rev A product. Those are both  products which will definitely be shipping this quarter.

Exhibit 1
Page  203

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< Q - Kevin Dede>: Okay. And do you have – I mean I know you talked about WiMax a little bit, is there any way to characterize the timeframe we might expect to see that?

< A - Peter Leparulo>: Yes we're looking at revenue or opportunity in the second half of '08 certainly and not before that. We believe still at the value in WiMax, its dual mode devices and we've been led down that path with our major partners as well. We think there's a lot of early phase trials going on here with WiMax-only devices but those are really network roll out testing devices and early adoptor elements and we think that the – as do our partners think that the real business case comes when you have multi-mode WiMax / EV-DO devices and that's going to happen in the second half of 2008.

< Q - Kevin Dede>: Great. It's pretty clear who your customer would be there then.

< A - Peter Leparulo>: Yes there's not a lot of them.

< Q - Kevin Dede>: Very good gentlemen. Very nice job on the quarter. Keep up the good work. Thanks very much.

< A - Peter Leparulo>: Thanks, Kevin.

Operator

Thank you. Our next question comes from the line of John Bright with Avondale Partners. Please go ahead.

< Q - John Bright>: Thank you. Let me offer my congratulations to you Brad on the promotion. Welcome back Julie. Peter you mentioned in your prepared comments, you talked about key evaluation regarding the stock as well as the terrific performance that you've had financially. Can you layer in maybe your visibility today? Is it more than 3 to 6 months out? And also talk about the competitive dynamics you're seeing in the marketplace? You're now moving over into Europe. Option had a difficult quarter. Are you expecting them to be more competitive than they have been in the past particularly on the price side?

< A - Peter Leparulo>: Okay let me take those a little bit in reverse order if I could. The European market we think has changed somewhat. When we look to re-enter the European market we attempted to replicate what we did best here which was basically to build a Greenfield approach where we could essentially launch with Tier 1 operators that met our business model. So you'll notice our product portfolio, does not go head-to-head with many of the European form factors. That's number one, so we're not sure that people have the ability to go head-to-head and compete on price. I think you will see that we will navigate through the European market both with operators and with our product portfolio in a way that stays away from that middle central circle where price competition is the distinguishing feature.

You're right to the extent that you are saying there are some low-cost providers in the European market. We think that we are going to go after the top half of the market share as Brad says, the 50% of the market share for our product and the lower part of the market that does not meet our business model, we'll leave that to others who perhaps can do it best. Why do we think we can do this in a different way from before? I think several reasons. Number 1, we do believe that we have an industry leading product portfolio in the European market. If you look at what is going on with the migration to USB, our generation of USB, people's second generation right now is our first generation of USB. So we're seeing a significant value-add for being the industry leader there. We also think that in terms of the complexity of 3G firmware in Europe that we're able to add tremendous value to the operators as this actually gets more and more complex going forward. So we think that the competitive landscape has changed in our favor and we can do this in a way that is more consistent with our business model. And, I'm sorry, your first question, if you could refresh my memory?

< Q - John Bright>: I think we were talking about the PE-side of the equation and I was thinking in terms of your visibility. Typically we'd talked in the past about 3 to 6 month visibility. Do you feel the visibility is improving past – improving from the past that we've seen beyond that time period?

< A - Peter Leparulo>: I would say right now we're at 3 to 6 months, and we're doing that based on feedback, based on forecasts, that we drill down on operator forecasts a bit more than we have in the past and we're able to weight those forecasts a little bit better. But I would say our visibility is still 3 to 6 months out. But we – based on our order flow and what we see in the channel and what we see in terms of interest in our new products, we are, I would say our comfort level with visibility within that 6 months is increased.

< Q - John Bright>: Terrific. Couple follow-ups, staying with you, Peter, first on the CFO search any timeframe you want to add to that? And then I'd be remiss in not asking, Brad's got the title now of President and you ended the CEO search is the reason he doesn't have the title of CEO?

< A - Peter Leparulo>: Sure. Let me, CFO is, I think it was relatively easy. We've looked at candidates like I said; we're not doing

Exhibit 1
Page 204

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

a nationwide search. I think this is a position in San Diego. We've had a lot of interest in this position. Last Fall I said we would finish the CEO search before this call, I think we were true to our word on that and I can say we expect to fill the CFO slot sooner rather than later. I think the pool of candidates that we've looked at will be the pool from which our next Chief Financial Officer comes from. Let me broaden the scope of your question on the CEO a little bit to give you some context. What we tried to do is create a – what we thought was the most powerful combination of leadership. The board, Novatel, and as individuals and as a group, like I said, we have very ambitious plans for continuing Novatel's growth and really creating a world class company that has sustained value for

its shareholders. The view on this is that, was that – we should target these functions of short-term operational objectives or, not short-term but shorter term operational objectives and day-to-day operational, target those in a very dedicated way. The most dedicated way that we could, considering the resources that we had and the personnel we had within the company, and in a way which matched the ambitions that we had for the company and the opportunities that we saw before us that we wanted to seize upon. So what we did was – not what we did, but the thought of the board was to do a bifurcated approach to create this leadership team, which could maximize the growth potentials of the company. So what that means if you separate it out is that there is an element of the day-to-day management and achieving our operational goals, which is a little bit bifurcated from achieving our longer-term goals. That is why you see the titles and we think those titles reflect the responsibility to achieve that sort of combined 1, 2 approach. I hope you will not read anything into that to be that Brad is doing anything less than a spectacular job for the company over the last several quarters and that we're going to go forward with this sort of combination approach. And that's what I believe those titles reflect.

    &lt; Q - John Bright&gt;: Thank you.

Operator

Our next question comes from the line of George Iwanyc with CIBC World Markets. Please go ahead.

    &lt; Q - George Iwanyc&gt;: Thank you. Let me also extend my congratulations to the company and to Brad. Following up on the visibility questions, can you give us an idea of how the backlog stands right now and typically how long of a period that covers?

    &lt; A - Peter Leparulo&gt;: Sure, George. As we've said in our prepared statements, we have extremely great visibility in backlogs; in fact it's some of the strongest backlogs the company has ever seen. I think that some of that has to do with pre-orders for our new products which everybody is very excited about and we have very strong orders placed for both the U727 as well as the MC950D. Then I think we also, because of the demand for OEM products and duty back for USB and the fact that we still have very long lead times, for some of the parts – some of our chip sets are still on the 12 to 16 week availability, we've had our customers giving us POs in a more orderly fashion and over a longer period of time, so it's really across the board in terms of products. Although I will say as the new products have stimulated additional purchase orders sooner and over a longer period of time but we have very good visibility both for Q3 as well as Q4 in terms of orders and forecast.

    &lt; Q - George Iwanyc&gt;: Okay. You spoke of embedded possibly being flat as percentage of sales in the fourth quarter. Do you think that market could be a source of upside at that point and you're being cautious in evaluating it?

    &lt; A - Peter Leparulo&gt;: What I meant to say too, I'm glad you have brought it because after I said it I thought that it could be misinterpreted. It will be flat over the larger increase that we're seeing in Q3. So we don't expect sales to go back down on embedded. We expect them – some of them maybe plateaued off in Q4. However there is upside there for sure. One of the problems we have on the OEM side is we don't know how dramatic the penetrations going to be out to these new platforms until they hit the market. Now we're just starting to see the Dell Latitudes and the Inspirons and things like that hitting the market and stores globally. And it's been very strong demand and there's been upside already so I'm being very measured in my comments on that for going beyond my visibility currently. So flat from Q3 is totally realistic and certainly there could be upside from that.

    &lt; Q - George Iwanyc&gt;: Okay and then when you look at the long-term targets for the operating metrics, do you still look at the 30/20/10 numbers as a good rule of thumb?

    &lt; A - Peter Leparulo&gt;: Yes and we're really focus on the bottom line. You're correct. 30 20 10 is the long term model but we really are looking at our operation as we continue to improve the company as you've seen quarter over quarter of the last few quarters. Our operating margins have been what I would consider to be very, very good and we expect that to continue. So we're going to be really working on the operational efficiencies of the company going forward as we have been for the last 9 months. It's not longer

Exhibit 1
Page 205

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

than that really. And obviously we're going to be very concerned  with the top line revenues and margins. Some of that is just dictated by product costs and markets. And so we have  some effect there but what we can really expect is on the bottom line margins but yes to answer your question that is  still our model although 10% to me is right through this plane is like a minimum for me and we really are working  towards more operational margins.

    < Q - George Iwanyc>: Okay. Final question, 1.8 million stock option expense, can you tell us how that's split amongst SG&A, R&D and the cost of goods?

    < A - Trevor Reinfeld>: Sure. This is Trevor. In the 1.8 we put $200,000 in cost of sales, approximately 600,000 in  R&D, approximately $500,000 in sales and marketing and approximately 1.2 million in G&A and you got a tax effect of about $700,000.

    < Q - George Iwanyc>: Okay. Thank you very much.

Operator
Thank you. Our next question comes from the line of Matt Hoffman with Cowen & Company. Please go ahead.

    < Q - Matthew Hoffman>: Again Brad congrats on the position. I was hoping you could talk for a second about the  expected regional mix in Europe for 3Q versus 2Q. I think you said 23% in the second quarter – do we assume the bad  number will be up sharply and if so should we read with the HSDPA market over there looks strong for Novatel and an overall basis for 3Q?

     < A - Brad Weinert>: That's a good question Mat. Thank you first of all and I think that yes, we think for Q3 and Q4 there is a very nice opportunity in Europe. It's for HSUPA actually. We are actually launching the device as a UPA device as opposed to DPA device that's upgradeable. Our customers wanted it to come out as UPA so there's going to be a significant market push for it as well. The localized markets are going to be the same that we normally launch in so we expecting Germany, France, UK and Spain to be the largest markets with potential for South Africa, which is  another big market for us which is in EMEA, but not obviously in Europe. But really, with the major OpCos that we  launched with historically, as well with some new partners there. But that's from a geographical perspective we're  looking at there. In terms of percentage of sales, I would expect there to be a – I don't know if I would use the word  dramatic shift in percentages, but certainly a noticeable shift in percentage. Part of that is going to be due to the fact that we're still ramping production and launch to these customers. And as we said, timing as everything so yes, we are  not completely – to completely level set on the exact percentages it's going to contribute to Q3 versus Q4. But they will  be up.

    < Q - Matthew Hoffman>: And you guys are out there testing these devices, the HSUPA cards? And you're on the  networks, you see the download speeds. What do the networks look like right now in terms of the rollout? Are the  operators just pre-ordering the technology that will be more commercial in '08 and they care about future proofing the  cards? Or do you think that the networks are really there so that consumers will see the uptake and seeing the advantage  of going UPA?

    < A - Peter Leparulo>: That's a good question. There are some markets we've already seen that have a UPA deployed. I think it will be slow though, as it has been in the past. We'll see this kind of donut type effect, where in the very dense areas, you're going to have UPA. And then as you'll go outside, we'll get to DPA. And then you'll go down to UMCS. But Germany and Spain and France in particular have very aggressive rollout plans. UK is probably a little bit less extensive but we still believe that there will be markets for it. And I guess – I think the deployment is going to be in the dense – densely populated areas and then outward. So our understanding is that there will be a significant performance improvement to the users by using our UPA, USP device at launch.

    < Q - Matthew Hoffman>: Right. And then finally, a couple of questions I think, for Trevor. Trevor, what should we  be using for – How should we thinking about SG&A and R&D moving forward into 3Q and 4Q and also, what should  we be using for share count?

    < A - Trevor Reinfeld>: Sure. I'd probably, looking at Q3 and Q4, you want to stay somewhere around 9 to 9.5% of revenue for R&D. Sales and marketing, we're looking at that trending to be consistent around 5% of your revenue. And then G&A, I'd model that probably flat to probably a slight increase, just the overall expansion of the business. And then the other question on the share count, you know, that's going to fluctuate. But we have seen probably about a 6 to 700,000 share increase per quarter. So I'd probably go with somewhere in that range.

    < Q - Matthew Hoffman>: Great. Thanks guys.

Operator
Thank you. Our next question comes from the line of Mike Walkley with Piper Jaffray. Please go ahead.

Exhibit 1
Page 206

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | < Q - Michael Walkley>: Great thanks, and I add my congratulations to Brad and the company on the execution for the quarter. Just a clarification question for me in terms of, I understand the ramp of HSUPA but the slowdown in EV-DO for Q3 off Q2 levels, is that more just planned slowdown as you transition to your next generation Ovation products? Or is there a little bit of channel inventory that's getting worked through? Or just add a little more color on that. |
| | | | | | < A - Peter Leparulo>: Yes sure. I don't really think we have a slowdown in EV-DO, I think that we have...well there's probably a little bit of change in product mix and certainly as we are ramping the 727 into our customers we do have a little bit, so I guess that is true. The only slowdown that we've seen at all is the fact that we're moving from one platform to the next. But again we have a lot of EV-DO where we have platforms coming in from embedded as well, so that's why I was kind of thinking more of a generic standpoint. We'll still be very much on the side of EV-DO in Q3 with some more contributions from the European markets, obviously from HSDPA and UPA from our next-generation products. But we'll still be slanted quite significantly towards EV-DO Rev A at least for another quarter or two. |
| | | | | | But in specific to the USB product, I would expect and there is a little bit of slowdown in the MCD 3000 as we're moving to the 727, but it's all intra quarter so this is a plan and going very well introduction of the new product. And so there is a little bit of difference there in product mix, but really nothing significant. |
| | | | | | < Q - Michael Walkley>: And just on your next-generation products, any color on the gross margin between HSUPA for the same form factor as EV-DO? And is the spread more of just you have so much more volume in EV-DO? Or is there a difference in the pricings between geographies? |
| | | | | | < A - Peter Leparulo>: That's a good question and it's one that's important to understand is that, as the markets have matured, ASPs across disparate technologies have really leveled out. So for the most part a product in Europe is going to demand about the same ASP as the products in North America, regardless of the underlying technology. The difference is is that a North American product is much cost effective to produce. Our overall product costs are lower because our chipset prices are a little bit lower and the operational efficiencies are higher because I'm only manufacturing products for two customers. |
| | | | | | So I have, as you said, a little bit better control over volumes and mix where in Europe I have a higher chipset cost, I have a much more complex device, 7 radios versus 2, and I have a much more complicated distribution model which adds to the cost as well. So it's really a product cost function which differentiates the margins between the two products. And while it's not a major difference, it's significant enough to impact the margins in a meaningful way. |
| | | | | | But that's the life – that's the world we're living in there. Both are very big contributors, by the way, from a bottom-line perspective. And we probably have some impact there as we scale and volume does increase in Europe to change some of the methods we're doing from a business standpoint, and get better margins as well. And so the cart will follow the horse there, if I get more volumes I'll probably end up with better margins in the long run. |
| | | | | | < Q - Michael Walkley>: Great. Thank you very much. |
| | | | | | Operator |
| | | | | | Thank you. Our next question comes from the line of Paul Coster with JPMorgan. Please go ahead. |
| | | | | | < Q - Paul Coster>: Thank you, good afternoon. Trevor, perhaps you could just tell us whether there was any currency impact this quarter and, for that matter, as you kind of scale up in Europe, how you're protecting against any currency fluctuations? |
| | | | | | < A - Trevor Reinfield>: Sure. Yes we do [inaudible] currency impact, probably that's part of the other income line item that's somewhere around 100 to $200,000. We've certainly hedged against foreign currency exposure, at any point in time we're probably between 50 and 100% hedged. So we certainly ensure that we protect ourselves from the downside. And to the extent that there is some upside appreciation in the euro we will see a slight positive impact. But we certainly monitor that on a close – very closely and make sure we don't get hurt if the euro changes direction. |
| | | | | | < Q - Paul Coster>: Got it. As you probably know Option instituted a study intra-quarter to better understand the end market demands rather than the carrier intermediary. Brad can you just talk a little bit about what if anything you're seeing by way of change in the end market demand characteristics at the moment. Are there any verticals that are really emerging now with currency as big growth opportunities? |
| | | | | | < A - Brad Weinert>: In the verticals Paul I think that we're seeing a lot of early, still early adoption of – and exploratory stuff. I |

Exhibit 1
Page 207

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

see a lot of video related testing. For example this whole thing with scientists that we've been talking about a bit, a lot of intriguing opportunities there. And then also some of the classical verticals, construction management, medical management, we're seeing strength there as you start to see devices that are – it's really a holistic approach. You have to have the device, the application and the services all wrapped into one and we're starting to see some turnkey providers there that are providing solutions but to be honest with you the real dramatic thing is just still in the consumer end space with the adoption of 3G technologies that we're seeing dramatic growth still. It's surprised a lot of people. But we're seeing a lot of success down to the retail level in just the general markets. But in the verticals there is certainly a renewed interest in 3G that we're seeing across the board. And which as indicated we have more [inaudible] than we have had in previous quarters and I think that we'll continue to see opportunities there going forward as people look at ways they can deliver more content to their customers and hopefully – the whole trick is to make money doing business.

    < Q - Paul Coster>: Okay so you – the confidence you have in visibility is beyond now the carriers? You feel that you see into the end market better than in the past? Is that correct?

    < A - Peter Leparulo>: Well on the carriers in particular we see rightfully end customer – first of all let me give you 2 examples. With the Sprint or Verizon for example we have pull through sales support. So we're working with the end customers directly with the carriers. And number 2 there's – it's pretty much just-in-time delivering, we're seeing weekly orders from our customers which is giving us great indication that we're selling through products. There is no warehouses or anything anymore. We're selling through. And then lastly we've had a lot of our investors and our followers doing channel level checks. And we've seen a lot of indication to indicate very solid sell through down to the end user.

    < Q - Paul Coster>: Got it. Okay and my last question is on the WiMax front, seems like a number of players already in that space. Is it – would it be correct to assume that you'll address it with a sort of hybrid products where your differentiation kind of comes to the fore. Is that an appropriate assumption?

    < A - Brad Weinert>: Yes. I think Paul you have to be somewhat careful, you're right there is buzz around what we call Generation 1 WiMax, which is basically a single mode side by side technology. It is not integrated into the wide area space. Because of that our view is that the development costs of that are going to be relatively high and the volumes are going to be relatively low. What is – although you're absolutely right, there certainly is buzz around that and there's a list is who vendors are on that. Gen 2 is when WiMax gets pulled into the WAN chip set. That is the place where we believe there's the greatest value for us and why we should enter into that. The reasons that we've chosen that that is the best entry point for Novatel are really two fold. If you look at WiMax technology, its strength is in portability, not necessarily mobility. It's a technology that came out of ethernet rather than cellular technology. So

because of that, we think there are going to be some coverage issues and some mobility issues. More importantly, what that tells you is that you need the backward compatibility into wide area networks. So for Novatel, the best place to enter into WiMax is not this first generation where it's solely going to be a portable solution we think at low volumes but the place where the WiMax chip set is pulled into the WAN environment. And that is the strength of our value proposition, and that is the strength of where our customers view us as entering into the market with them. So you do hear the buzz, and we somewhat put up with this. I think the better part of valor is the Gen 2 where we've chosen to enter.

    < Q>: Thank you.

Operator

Our next question comes from the line of Tim Long with Banc of America. Please go ahead.

    < Q - Tim Long>: Thank you. Just two quick ones if I could. Peter or Brad, could you just give us an update on what you're seeing with progress in the enterprise market in that vertical first of all? And then second, just as the embedded business ramps over the next few quarters here, I understand the margin impact. Could you just remind us and talk to us  a little bit about how the pricing deals are structured with the OEMs? Is it generally a once a year type of price  reduction? Or is it more frequent than that? If you can just update on those two, that would be great.

    < A - Peter Leparulo>: Sure, Tim. Let me start with the embedded and then work backwards. So in embedded, it's customer to customer. For the most part, it's priced on some sort of volume commitment over time. And then there are typically quarterly cost reductions built into the contract. So basically you'll agree to supply modules over period x for x amount per quarter. So the plus side

Exhibit 1
Page 208

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

of that is we have extremely good visibility: A into the type of volumes we're looking at and B into what the costs are going to have to be going forward. And we've actually worked very closely with our contract manufacturing partners, particularly LG, InfoTech and Tree and IFC in Shanghai, China, to make sure that our margin requirements align closely with where we need to be in terms of the modules. So it's good in terms of the visibility. The flipside is it's extremely aggressive, so we do have aggressive cost counts built into our agreements with most of our major customers. Some of them are just a 'x' price over the entire period of the contract.

So one of our larger customers, actually, we have a negotiated price that we sell to them for until the next generation. But for the most part, there are some price reductions built into those. Now that being said, the OEM business as we said, we've got still to work into those volumes, to increase this work into our model. The margins are certainly not the same as any of our commercial products, but the selling costs and things associated with them aren't, either. So overall it's a manageable business for us. On the enterprise side, the enterprise penetration is mostly done at – to the point through the carriers, and through the carrier channels. As you know, the carriers have independent enterprise sales forces which typically go after Fortune 1000-type business, for the most part, and also do opportunistically go into vertical markets as well. And we see very good penetration. The demand for 3G is really across the board. What we are seeing is that the embedded business has not been quite as strong an enterprise as we thought it would be, although I think that's going to change over time. But I think with the number of technology turns which are still coming over the horizon, and the fact that they're going from 3G to 3.5 G to 4G to whatever G; buying embedded products for a long period the enterprise is still questionable for some IT managers, which has helped to drive PC Card and USB products into those channels. So we have good visibility into the enterprise, we think the adoption is strong, but we also think there's a lot of upside there. I think one of the remaining barriers to increasing the adoption rate is, certainly, service contract pricing. As you go to more of a default standard for an enterprise, I think we have to get the service contract pricing down another notch before that happens.

Operator

Thank you. We have time for 2 last questions, and our next question comes from the line of Samuel Wilson, from JMP Securities. Please go ahead.

< Q - Jonathan Curtis>: Sure, this is Jonathan Curtis, for Sam. So we're going into back to school time; have the carriers talked to you about, maybe, the importance of this opportunity in your business, or is it something that really doesn't come up yet?

< A - Peter Leparulo>: Yes, it's not specifically back to school time, but we do see aggressive marketing programs in the fourth quarter, always. The fourth quarter is typically the carrier's strongest quarter, and we're certainly involved with that, and that's one of the reasons our visibility is good going into Q3 and Q4, is because we're ramping; not specifically for back to school programs, but for the end of year programs which do include back to school but also includes Christmas promotions, and other things like that, as well. So, just in general, we don't look at it as a back to school thing, but we look at Q4 in particular as being the carrier's most aggressive quarter.

< Q - Jonathan Curtis>: Got it. And then, I think you said in your script that you're seeing, or that you expect to see increased demand, for the embedded stuff during Q3. I presume that's primarily on the notebooks, and will you expect more aggressive marketing from the laptop manufacturers to go along with that? Or have you gotten any sense of what their plans may be?

< A - Peter Leparulo>: It's more just a numbers game than it is, at least at the Tier I level. We're starting to see aggressive programs; for example, I know Panasonic, to name a specific, has got a lot of TV advertising going on in North America for their toughbooks, which is one of our OEM partners. But the Tier Is, the Dells of the world, if you will, are really just, it's really just a numbers game. They put it on a lot multiple platforms, it's available in a lot configurations, and they just get more orders out of that by default without spending a lot of additional marketing. There are some targeted marketing programs that are in place, but I don't think you're going to see any nationwide multimedia advertising from Dell specific to 3G, at least not in the near future.

< Q - Jonathan Curtis>: Got it, and then you used the present tense in describing the new 727 ramping. Is it ramping into the channel right now, or is this something we should expect later in the quarter?

< A - Peter Leparulo>: It's this quarter, I'll go that far. We're in the middle of ramping production and getting through the last legs of certification right now.

< Q - Jonathan Curtis>: Fantastic, thank you.

Operator

Exhibit 1
Page 209

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Thank you, and our final question comes from the line of Anthony Stoss with Craig-Hallum. Please go ahead.

   < Q - Anthony Stoss>: Hi, guys. Good job. Most of my questions have been answered but let me just throw this out for either Peter or Brad. Some of these independent research firms, AVI Research, Strategic Analytics and others are calling for 50% annual growth in your marketplace for the next 5 years. Can you share with us your view on that, or what are you hearing from your carrier customers in terms of kind of how '08 might be stacking up in the future, then I'll follow up with another question.

   < A - Peter Leparulo>: Ralph, as on a qualitative basis Tony, I think certainly when adoption is growing for the entire ecosystem, it's growing for carriers, it's growing for notebooks, all sorts of OEMs, enterprises, customers, and frankly it's growing for Novatel and its peers as well. As to what the competitive landscape is in 2008, we'll wait and see how we optimize performance through that. So I don't think your number's off, it's the number that we read the same reports and we see, and we think all boats are rising because of it, and that will be the formula into 2008.

   < Q - Anthony Stoss>: Okay. Any potential component charges as you ramp in the second half of this year, anything that troubles you?

   < A - Peter Leparulo>: We've had a relatively clear path in 2008, we've done well. Because of our relationships with LG and I see with our world class volume manufacturers, we're able to benefit from that quite a bit. So even when some of our competitors might see product shortages, I have a very vast supply of inventory, and so I can tell you in the past when it's been things like memory shortages, we've been able to get memory from companies that normally, a ovatel wouldn't have been able to get extra allocation from, but a company with the promise of an LG Electronics can easily get, which is one of the competitive advantages that we have. So I don't have anything on the list right now, we watch that extremely closely and are very sensitive both from a Novatel perspective, and then also from our contract manufacturing perspective, but right now I don't see any indication that we're going to have any issues with components this year.

   < Q - Anthony Stoss>: Okay, great. And then Brad, you commented about a number of European carriers launching your HSUPA USB in Q3? Can you quantify that? Is it one, two three, and also any additional ones that you'd care to share, or how many that you think would launch in Q4?

   < A - Brad Weinert>: Several, and it's across multiple markets, that's all we can really talk about at this time, but it's not one, it's significant.

   < A - Peter Leparulo>: We're going to have to hold off on releasing these as they come along.

   < Q - Anthony Stoss>: Is it fair to say that you've launched already into some of these carriers?

   < A - Peter Leparulo>: I'll say that the carriers have products in their hands.

   < Q - Anthony Stoss>: Okay, great job guys, thank you.

   < A - Peter Leparulo>: Thanks Tony.

Operator
Thank you. Ladies and gentlemen, at this time there are no further questions in the queue. I'd now like to turn it back to management for any closing remarks.

Peter V. Leparulo, Executive Chairman
Thank you very much for your continued support. We look forward to talking to you again in about 3 months. Thank you.

Operator
Ladies and gentlemen, this does conclude the Novatel Wireless Second Quarter 2007 Conference Call. We thank you for your participation and for using AT&T Teleconferencing. You may now disconnect.

*Date: Aug 6 2007  20:04:09 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference(Transcript) NVTL US**

*August 6, 2007 CIBC -Ittai Kidron, George Iwanyc*
**Novatel Wireless Inc.- Raised Outlook Shows Fundamentals Remain Strong**
   Our thesis on Novatel is unchanged, we see the company as an excellent and pure play way to tap into the positive outlook for 3G in

Exhibit 1
Page 210

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

2007 and beyond. Some competitive fears and the current market have weighed on the shares, but we have a favorable bias and expect a rebound.

Novatel delivered strong 2Q07 results with sales of $97.4M a bit ahead of updated guidance and EPS of $0.31 at the high end. We see the results and raised full-year outlook as confirmation that the overall environment remains strong in all three of the company's business segments.

With 3G traction accelerating, the USB form factor opening up new use patterns, and Europe a good avenue for share gains we believe the positives outweigh normal competitive dynamics (in the U.S. and Europe) and transition risks involved with a 2H07 new product push.

Novatel's raised guidance has caught up with our expectations, which were well above previous full year guidance and the Street. While we still believe there's possible upside, we also see guidance as more reflective of the current market. We're now within the company's guidance boundaries.

Outlook Shows Novatel's On Track

Novatel delivered another strong quarter with 2Q07 revenue of $97.4 million a bit ahead of updated guidance (of $95M) and earnings of $0.31 at the high end of the preannouncement ($0.29-$0.31). We modeled $95.6 million and $0.30. As expected, sales declined sequentially after the unexpected and large upside delivered in 1Q07. We see the results and raised full-year outlook as confirmation that the overall environment remains strong in all three of the company's business segments.

Our thesis is unchanged, we see Novatel as an excellent and pure play way to tap into the positive outlook for 3G in 2007 and beyond. With 3G traction accelerating, the USB form factor opening up new use patterns, and Europe a good avenue for share gains we believe the positives outweigh normal competitive dynamics and transition risks involved with a second half new product push. We have a favorable bias on the shares and expect the company to continue to deliver strong results.

Mobile carriers clearly have an affinity for the USB form factor and we believe this will remain a source of upside as users get more comfortable with this new form factor. The relatively modest sequential decline in Ovation/USB sales of 9% to $36.0 million, after the very strong channel fill in 1Q (remember sales more than tripled in 1Q) is encouraging. We also believe Novatel's sales held up well in light of a very strong ramp by competitor Sierra Wireless (SWIR-SO) with its first USB shipments in 2Q07.

While some PC card sales have transitioned to USB, we believe much of the demand is incremental and coming from not only mobile users but some fixed use as well (or at least mixed use). This suggests that Novatel's and the industry's addressable market is bigger and could grow faster than previously thought. With Novatel focusing its new HSUPA USB product on Europe, we could see more evidence of mixed mobile and fixed use in upcoming quarters given a generally higher price of wired broadband connectivity in Europe. Novatel's raised guidance has caught up with our expectations, which were well above previous full-year guidance and the Street. While we still believe there's possible upside, we also see guidance as more reflective of the current market and have now set our projections within the company's guidance boundaries.

Quarterly Highlights

Key Positives

* Gross margin up again -Novatel delivered a strong gross margin of 31.6% up from 31.1% in 1Q07. A favorable mix of Ovation and EV-DO Rev. A is driving the performance. Guidance calls for a sequential decline to 29%- 30% as mix shifts, but we expected the change given a heavy period of new product introductions. No surprises here.

* HSUPA puts Europe up for grabs - we believe Novatel can gain share in Europe with a 2H07 product push focused on HSUPA. While carriers are just starting to transition to HSUPA, we see Novatel as ready for the transition particularly with its new MC950D USB product opening the door for greater carrier penetration.

* 3G traction accelerating - We highlight that when Qualcomm (QCOM-SO) reported results it confirmed that the 3G market is accelerating, raised its WCDMA shipment target, and noted greater network 3G deployments in emerging markets and upgrades to EV-DO Rev. A and HSUPA in mature markets. All points we see as positives for Novatel.

* Embedded up - Embedded sales grew 3.3% sequentially to 12% of sales with Dell joining the ranks of 10% customers (joining Verizon (VZ-SP) and Sprint Nextel (S-SP)). While Dell is clearly driving the performance, Novatel shipped to 11 OEMs during 2Q, up from 9 in 1Q, showing the scope of this business is expanding. While still a long-term play, we believe sales are ramping in line with

Exhibit 1
Page 211

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

company expectations.

  * Guidance ahead of the Street -3Q07 guidance of $100 million in sales and pro forma EPS of $0.27 is in line with our prior $99.4 million and $0.27 estimates and ahead of the Street. Full year guidance of $415-$425 and $1.25-$1.30 compares favorably to our previous estimates of $410.2 million and $1.26 and is ahead of the Street.

Key Negatives

  * Transitions always a concern -given the 2H focus on HSUPA, we remind investors that interface transitions are tricky. With Novatel ready for the HSUPA transition we don't expect any problems, but carrier order patterns (ramping down old, ramping up new) can create lumpiness and it does open the door for other competitors as well.

  * Watch competitive dynamics -with Sierra Wireless now shipping its ExpressCards and USB products and seeing a strong ramp at Sprint a potential share shift there needs to be watched. And in Europe, Huawei has seen strong traction against Option and could be a disruptive element to pricing as the region becomes more of a focus for Novatel.

*06 August 2007 JP Morgan - Paul Coster, Mark Strouse*

**Novatel Wireless - 2Q07 Preview**

We expect NVTL to meet or beat 2Q07 estimates tonight; however, we will be focused on guidance. Guidance from Sierra and Option Wireless points to slower q/q growth in 2H07, aligning with our view that channel sell-in is peaking. We believe there is risk of a slump in sales, margins and earnings and that the stock is fully-valued. Maintain Underweight.

  * NVTL plans to report 2Q07 results tonight (8/6) at 4:30pm; dial-in 800-218-0204.

  * We expect 2Q07 results to meet or beat our estimate of $0.20 GAAP EPS ($0.29 PF) on $95.5m in revenue (Street: $0.23 on $95.7m).

  * We expect 3Q07 guidance to be above our forecast of $0.12 GAAP EPS ($0.20 PF) on $90.2m in revenue (Street: $0.19 on $97.5m). We remain skeptical of industry-wide forecasting capabilities in view of heavy dependence on channel partners for insight into end-market demand.

  * We believe the wireless module market is a commodity business. Recent strong momentum has been driven by upgrades and channel sellin of HSDPA and EVDO Rev A products, in our view, but we believe the bulk of the channel fill is done and the upgrade cycle should be largely complete by late 2007 – and high data tariffs remain an impediment to broader consumer adoption. Prospectively, Novatel may be forced to compete on price leading to a slump in sales, margins and earnings. We believe the risks mount significantly in late 2H07, not least with Huawei, Kyocera and Pantech still pushing at the market.

  * Maintain Underweight. NVTL trades at 23.4x our $0.87 PF F08E EPS, an 11% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.

Valuation and Rating Analysis

Maintain Underweight. The stock is trading at 23.4 times our PF 2008 EPS estimate of $0.87, an 11% premium to the mean of our coverage. We believe there  are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we remain concerned that  the data card business might be cannibalized by embedded solutions, or that the standalone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. Excellent execution notwithstanding, we believe better risk/reward trade-offs can be found elsewhere in our coverage universe at present.

Risks to Our Rating

Factors that could lead the stock to outperform our coverage mean include:

  * a faster-than-anticipated ramp in embedded module sales with OEM partners;

  * broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market;

  * market share gains;

  * new products that expand addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, WiMax hybrid);

  * competitors exit the market leading to improved pricing power;

Exhibit 1
Page  212

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* increased efficiencies in development, manufacturing, certification;
* second sourcing production leads to reduced COGS, ahead of expectations; and/or
* the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*06 August 2007 JPMorgan - Paul Coster, Mark Strouse*
**Novatel Wireless -2Q07 Preview**
We expect NVTL to meet or beat 2Q07 estimates tonight; however, we will be focused on guidance. Guidance from Sierra and Option Wireless points to slower q/q growth in 2H07, aligning with our view that channel sell-in is peaking. We believe there is risk of a slump in sales, margins and earnings and that the stock is fully-valued. Maintain Underweight.
   * NVTL plans to report 2Q07 results tonight (8/6) at 4:30pm; dial-in 800-218-0204.
   * We expect 2Q07 results to meet or beat our estimate of $0.20 GAAP EPS ($0.29 PF) on $95.5m in revenue (Street: $0.23 on $95.7m).
   * We expect 3Q07 guidance to be above our forecast of $0.12 GAAP EPS ($0.20 PF) on $90.2m in revenue (Street: $0.19 on $97.5m). We remain skeptical of industry-wide forecasting capabilities in view of heavy dependence on channel partners for insight into end-market demand.
   * We believe the wireless module market is a commodity business. Recent strong momentum has been driven by upgrades and channel sellin of HSDPA and EVDO Rev A products, in our view, but we believe the bulk of the channel fill is done and the upgrade cycle should be largely complete by late 2007 – and high data tariffs remain an impediment to broader consumer adoption. Prospectively, Novatel may be forced to compete on price leading to a slump in sales, margins and earnings. We believe the risks mount significantly in late 2H07, not least with Huawei, Kyocera and Pantech still pushing at the market.
   * Maintain Underweight. NVTL trades at 23.4x our $0.87 PF F08E EPS, an 11% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.
Valuation and Rating Analysis
Maintain Underweight. The stock is trading at 23.4 times our PF 2008 EPS estimate of $0.87, an 11% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we remain concerned that the data card business might be cannibalized by embedded solutions, or that the standalone companies are ultimately displaced by wireless modems that are integrated onto motherboards or chipsets. Excellent execution notwithstanding, we believe better risk/reward trade-offs can be found elsewhere in our coverage universe at present.
Risks to Our Rating
Factors that could lead the stock to outperform our coverage mean include:
* a faster-than-anticipated ramp in embedded module sales with OEM partners;
* broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market;
* market share gains;
* new products that expand addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, WiMax hybrid);
* competitors exit the market leading to improved pricing power;
* increased efficiencies in development, manufacturing, certification;
* second sourcing production leads to reduced COGS, ahead of expectations; and/or
* the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*August 6, 2007 Thomas Weisel Partners - Hasan Imam*
**NOVATEL WIRELESS, INC. - No Sign of a Supernova: Healthy 2Q07 and Up 2H07 Guidance Indicates Robust Fundamentals, Putting to Bed the Bear Thesis**
Executive Summary

Exhibit 1
Page 213

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

What we thought going in: We had a positive bias on NVTL's F2Q07 earnings, expecting a "beat and raise" (i.e., report a better than consensus F2Q07 and raise guidance going forward). Our bullish view was based on checks suggesting strong shipments of next-generation USB products and healthy demand for embedded modules. On gross margins, a key focus, we have held the view that NVTL will likely see some compression in 2H07 (versus 1H07) as revenue contribution from lower-margin Europe ramps; importantly, we took exception to the prevalent view that the slight gross margin compression is related to NVTL's product cycle maturing (refer to our note titled, "Sell-Off Post SWIR 2Q07 Earnings an Overreaction; Differences Between Peers Exist; Raising Estimates", published on July 30, 2007).

What transpired? For F2Q07, the results beat ours and consensus estimates, both on revenue and EPS; management attributed the strength to continued U.S. demand for its USB products related to 3.5G network upgrades (EV-DO RevA). We note that the results are down on a q/q comparison, which was expected given the unusually strong F1Q07. Going forward, for 2H07, management raised revenue and EPS guidance significantly above the prior range and consensus expectations, citing strong backlog and robust end-market fundamentals.

What's next: The combination of healthy F2Q07 performance, up 2H07 guidance, and margins of USB products remaining intact indicate NVTL's end-market fundamentals are healthy and management is executing well. While gross margins may be volatile on a quarterly basis, depending on geographical and product mix, evidence supporting the bear thesis of "organic growth slowdown and margin compression due to maturing product cycle" has yet to materialize. Net-net, we expect NVTL will remain a revenue momentum story, with stable margin performance, in the foreseeable future.

Stock dynamics: We have positioned NVTL as our best small-cap pick for 2007, benefiting from a major 3G/3.5G wireless upgrade cycle. With the recent sell-off (down 19.8% since July 25, 2007 versus 3.3% decline for S&P500), NVTL shares appear attractively valued versus our 12-month price target of $34 (up from $32 before), based on applying a 25x P/E multiple on CY08E earnings power of $1.19 plus $3.81 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out the top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks.

DISCUSSION OF F2Q07 RESULTS AND GUIDANCE

Key Takeaways

 * Financial performance: NVTL's 2Q07 revenue and EPS (including stock options expense) came in at $97.43mn and $0.25, respectively, higher than our estimates of $95.00mn and $0.24 and consensus expectations of $95.71mn and $0.23.

 * Revenues: 2Q07 upside, even after a positive pre-announcement, was driven by strength across the board. All three product lines (PC cards, embedded modules and fixed-mobile convergence) contributed meaningfully to revenues, confirming that NVTL has achieved good diversity in its product base. CDMA (EV-DO) represented about three-fourths (74%) of revenue, emphasizing the strength of NVTL's relationship with Verizon and Sprint, two operators that have been aggressive in terms of their 3G/3.5G network upgrades. European operators, although less important to NVTL's top line with 26% adoption, remains relevant as operators enter the fast upgrade cycle to 3.5G GSM (HSDPA).

 * Segment breakdown: (1) Ovation (37% of sales at $36.0mn) was down 8.5% q/q off a strong F1Q07 (revenues were up 220% q/q in F1Q07). Ovation saw increases in both initial and restocking orders. (2) Embedded modules (12% of sales at $11.7mn) were flat on a q/q basis. (3) PC Cards (51% of sales at $49.7mn) were down 15% q/q off a strong F1Q07 (revenues were up 9% q/q in F1Q07). In terms of technology, EV-DO Rev A was 74% of revenues, while HSDPA made up the remaining 26% and grew on a sequential basis.

 * Profitability was achieved for the fourth straight quarter, a metric that we find very encouraging: Pro forma gross margin (excluding options) expanded again beyond the 30% level for the second time, coming in at 31.6%, while pro forma operating margin came in at 14.0% versus our estimate of 13.7%. We do not expect the operating margin to be sustainable at these levels and expect 2H07 margins to trend in the 12-13% range.

 * Guidance implies strong revenue growth for 2H07; margins to stay healthy: (1) For 3Q07, management issued revenue guidance of $100mn and GAAP EPS guidance of $0.23 (including the $0.04 impact of options). (2) For 2007, management revised revenue and

Exhibit 1
Page 214

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | EPS guidance upward by a substantial amount. Revenue is now expected to be in the $415-425mn range versus previous guidance of $380-390mn. EPS is now expected in the $1.05-1.10 range (including $0.20 in options expense), higher than the prior $1.00-1.05 range. For 3Q07, we were modeling revenue of $98.00mn (Street at $97.43mn) and EPS of $0.21 (including stock options expense); Street was at $97.43mn and $0.19. For 2007, we were modeling $404.85mn and $0.99 (including options); Street was at $405.06mn and $0.95. |
| | | | | | * Raising estimates given continued momentum and strong guidance: |
| | | | | | VALUATION |
| | | | | | Maintain Overweight: F2Q07 performance and strong 2H07 guidance supports our positive investment thesis on the stock: (1) USB/card sales continue to be strong as both Verizon and Sprint upgrade to 3.5G EV-DO RevA; (2) the tier-one OEM embedded modules business is beginning to contribute meaningful revenues, with an exponential ramp in end-demand by 2009; (3) residential wireless broadband product(s) open up a new growth segment; (4) renewed engagement with European operators as they upgrade to 3.5G creates revenue growth opportunities; (5) gross margins may fluctuate on a quarterly basis, but we do not anticipate a product cycle or competitive pressure related steep fall-off in the foreseeable future, while operating leverage leads to earnings acceleration. We believe that these positives should contribute to more than 80% revenue growth with healthy earnings growth in 2007. In addition, we expect NVTL board to fill out the CFO position within the next six months, reducing execution risk. With this in mind, NVTL shares appear attractively valued versus our 12-monthprice target of $34, based on applying a 25x P/E multiple on potential CY08 earnings power of $1.19 plus $3.81 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out the top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks. |
| 8/7/2007 | 2,905,652 | $22.69 | 6.23% | 2.08 | *Date: Aug 7 2007  16:41:55 Wire: BLOOMBERG News (BN) - Matthew R. Miller* |
| | | | | | **Novatel Shares Rise on Improved Earnings Forecast (Update2) -  (Adds CEO's comment in fourth paragraph.)** |
| | | | | | Aug. 7 (Bloomberg) -- Shares in Novatel Wireless Inc., whose products allow remote access to high-speed Internet networks, rose as much as 8.9 percent after the company increased its revenue and earnings forecasts for the year. |
| | | | | | Demand for modems and wireless-connection cards led San Diego-based Novatel to boost its full-year profit forecast to between $1.25 and $1.30 a share, excluding some items, on sales of $415 million to $425 million. It had previously forecast profit of $1 to $1.05 on as much as $390 million in sales. |
| | | | | | Novatel competes with Sierra Wireless Inc. and Option NV to sell broadband access products. The worldwide cellular modem market, valued at $990 million in 2006, may be worth $9.8 billion by 2012, according to ABI Research, based in Oyster Bay, New York. |
| | | | | | ``The market for wireless products is expanding at an ever- increasing rate as people become more and more mobile,'' Novatel Chief Executive Officer Brad Weinert said in an interview today. |
| | | | | | Novatel shares rose $1.33 to $22.69 at 4 p.m. New York time in Nasdaq Stock Market trading after reaching as high as $23.26. The stock has doubled in the past 12 months. |
| | | | | | The company reported yesterday that second-quarter profit rose to $7.96 million, or 25 cents a share, from $95,000 a year earlier, when it broke even. Revenue more than doubled to $97.4 million, beating the average estimate of analysts surveyed by Bloomberg. |
| | | | | | Analysts in the Bloomberg survey estimated an average profit for the year of $1.22 per share, excluding some items, on sales of $417.2 million. |
| | | | | | `Strong Product Cycles' |
| | | | | | ``Novatel has enjoyed some strong product cycles and the fundamentals have improved over the last three quarters,'' said Michael Burton, a San Francisco-based analyst with ThinkEquity Partners. He rates the stock ``accumulate'' and doesn't own any. |
| | | | | | On July 26, Sierra, based in Richmond, British Columbia, reported second-quarter revenue and profit that beat Bloomberg |

Exhibit 1
Page 215

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

estimates, while Leuven, Belgium-based Option reported profit that missed estimates and its own forecast.

``It's a very competitive space,'' said analyst Matthew Hoffman of Cowen & Co. in Boston. He rates Novatel shares ``neutral.''

*August 7, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. - NVTL - Another Strong Quarter, but Focus Shifting to 2008**
Action
Yesterday, NVTL released strong 2Q07 results, even relative to its 6/8/07 pre-release, with EPS coming in at $0.31 vs. $0.29 consensus, guidance of $0.29 - $031, and our $0.31 estimate. Revenues were $97.4M, ahead of $95.7 consensus, guidance of $95M, and just under our $100M estimate. NVTL also offered strong guidance for 3Q07 and C07, driven by sales of its USB modems into Europe. We see strong demand driving top-line growth through 2007, and we expect market unit growth to remain strong in 2008, but we are waiting to gain greater visibility into how NVTL will tackle the looming competitive challenges in 2008 before recommending shares. Trading at 14.6x C08 EPS vs. peers at 16.7x, we reiterate our Market Perform rating.
Key Details and Summary Perspectives
 * Results - See the summary below. A complete variance, model, and comparative are attached. Strong Demand Drives Sales - As has been the case in recent history, NVTL's outperformance and growth were driven by strong sales of USB modems, which represented 36% of revenues this quarter. We believe that adoption of cellular modems is taking off, and the USB form factor is a key contributor due to its ease of use and compatibility with nearly all PCs. For the back half of the year, NVTL expects to benefit from sales of its USB modems to European carriers, particularly as they upgrade their networks to HSUPA, though this will come at some cost to gross margins, which tend to be lower in the European market.
 * Looking Out to 2008 - Overall, we believe that NVTL has been demonstrating solid execution as the first to market with USB modems, and therefore it has been benefiting from their adoption to a greater extent than its competitors. In 2008, however, we believe that NVTL may face competitive challenges from Option, which may take a more aggressive strategy in response to its weakness, and from low-cost Chinese competitors such as Huawei and ZTE. In addition, NVTL risks being temporarily shut out of the Sprint channel, where it will not be selling first-generation WiMAX modems. We believe that NVTL has the potential to overcome these challenges and deliver strong growth again in 2008, but we seek to gain greater visibility into these challenges and NVTL's plan to tackle them before we recommend shares.
Details
Adjustments to Estimates - Based on this quarter's strong performance and guidance, we are raising our estimates across the board. We are raising our C07 EPS estimate from $1.16 to $1.28 based on an increase in revenues from $399.8M to $420.0M. For C08, we are raising our EPS estimate from $1.34 to $1.46 and our sales estimate from $539.8M to $567.0M.
Our price target is unchanged at $27.50, based on 19x our C08 EPS estimate.
NVTL Becomes Appealing if WiMAX and Competition Can Be Overcome - We expect a fairly smooth completion of 2007 for NVTL, but looking out to 2008, we continue to see two primary challenges to be overcome.
First, NVTL will need to move through Sprint's initial launch of WiMAX. Sprint has announced plans to spend $2.5B-$3B deploying WiMAX in the U.S., a next-generation wireless data technology, with plans to cover two major markets by the end of 2007 and 100M pops by the end of 2008. Sprint has already named Samsung, ZTE, and ZyXEL as partners providing WiMAX data cards and USB modems, while players such as Google, Intel, and Clearwire are also supporting its launch. Sprint was a 36% customer in C06, and we believe that NVTL runs the risk of experiencing at least one negative quarter in its business with Sprint, while also running the risk of ending up with excess EV-DO Rev. A products in its inventory.
Concurrently, we believe that the WiMAX launch offers China-based ZTE a competitive entry point into the U.S. market, from which it can potentially also target other carriers. At the same time, China-based Huawei has made significant headway into the European market, and it is also a competitive threat to the U.S. market.
Finally, Belgium-based Option has recently been weak amid tough competition in the European market, and we believe it may respond by pricing its products more aggressively in an effort to take back share. Together, all of these competitors have the potential to take share from NVTL and pressure ASPs.

Exhibit 1
Page 216

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | However, we also believe that if NVTL can position itself effectively to overcome these challenges, the outlook remains positive. In particular, if NVTL is able to sell second-generation WiMAX products into Sprint later in 2008, this could be a major opportunity. Overall, Sprint has clearly made WiMAX a focus, and as such, it has the potential to drive new adoption of cellular modems. Therefore, if NVTL is able to position itself well heading into 2008, then at these levels, its shares would appear quite attractive. Geographic Revenue Breakdown - The following chart shows the trend in breakdown between U.S. and International sales. Note that, after several quarters driven by domestic sales, NVTL appears positioned to meaningfully increase its proportion of sales into Europe. CEO Search Concluded, but CFO Search Continues - NVTL announced last week that it has concluded its CEO search, with the responsibilities effectively shared between Brad Weinert, who now holds the title of President and will continue managing day-to-day operations, and Peter Leparulo, who will continue to hold the title of Executive Chairman and preside over the high-level strategic outlook. |

However, we also believe that if NVTL can position itself effectively to overcome these challenges, the outlook remains positive. In particular, if NVTL is able to sell second-generation WiMAX products into Sprint later in 2008, this could be a major opportunity. Overall, Sprint has clearly made WiMAX a focus, and as such, it has the potential to drive new adoption of cellular modems. Therefore, if NVTL is able to position itself well heading into 2008, then at these levels, its shares would appear quite attractive. Geographic Revenue Breakdown - The following chart shows the trend in breakdown between U.S. and International sales. Note that, after several quarters driven by domestic sales, NVTL appears positioned to meaningfully increase its proportion of sales into Europe. CEO Search Concluded, but CFO Search Continues - NVTL announced last week that it has concluded its CEO search, with the responsibilities effectively shared between Brad Weinert, who now holds the title of President and will continue managing day-to-day operations, and Peter Leparulo, who will continue to hold the title of Executive Chairman and preside over the high-level strategic outlook.

Meanwhile, however, the CFO search continues, though NVTL reports that it is interviewing candidates, and we expect a conclusion in the near future.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 23% of sales were generated internationally and 77% domestically during 2Q07. NVTL has approximately 288 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

 * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

 1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

 2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

 3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans have dropped from $80 to $60, with further reductions a possibility, as Sprint tests a $30 plan as part of an unlimited calling package.

 * Industry Consolidation a Possibility. Belgium-based Option, facing a recent decline and a smaller market cap than SWIR, could be an acquisition target. An acquisition of Option could help reduce operating expenses and competitive pricing pressures.

Price Target Justification

Our $27.50 price target is based on a P/E multiple of 19x our 2008 non-GAAP EPS estimate of $1.46. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

 * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, Sprint has begun testing $30 data plans in localized markets as part of an unlimited voice service plan. If the carriers begin cutting the pricing of their plans, we believe this could generate upside for SWIR.

Exhibit 1
Page 217

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

    \* Design Wins for New Customers/Products - SWIR's recent re-entry into the Verizon channel is an example of a positive that has helped drive additional sales, and we believe additional customer wins could also be a positive. Meanwhile, new product design wins, such as USB modem sales to Europe or a second-generation Sprint WiMAX win, could help offset SWIR's apparent difficulties breaking into the first set of WiMAX suppliers. Finally, sales of embedded modems to additional laptop manufacturers, such as Apple, could be a potential catalyst.

    \* Possibility of Acquisition/Merger - SWIR could potentially be involved in industry consolidation. Given Option's recent weakness, it could potentially be purchased at an attractive price. SWIR could also target or be targeted by NVTL for a merger. We believe that consolidation within this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, deter new entrants, and reduce operating expenses.

Risks

    \* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

    \* Technology Shift to WiMAX - WiMAX is a "4G" wireless technology that promises faster speeds than current EV-DO and HSDPA networks. Sprint has indicated plans to spend $2.5 to $3.0B building a WiMAX network by the end of 2008. While we believe SWIR has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, SWIR therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2006. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving SWIR with excess inventory.

    \* Book-and-Ship Business Model - SWIR and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

*August 7, 2007 Craig-Hallum - Anthony J. Stoss, Steven L. Dyer*

**Novatel Wireless, Inc. - Q2 Results Ahead of Pre-Release. "Key Chain" USB To Drive Next Leg of Growth. Company Raises 2007 Guidance, Momentum Continues. Reiterate BUY, $30 Price Target.**

INVESTMENT HIGHLIGHTS

    \* Strong Q2 Results. NVTL released Q2 estimates that were slightly above the company's June 8th pre-release, posting revenue of $97.4 million and pro forma EPS of $0.31 vs. management's updated guidance of $95 million and EPS of $0.29-0.31. Gross margins were a near-term record 31.7%.

    \* Express Cards, USB Form Factors Driving Growth. The company confirmed what our recent checks concluded: smaller form-factor and better-performing USB and ExpressCards, combined with new Rev. A (3.6 mbps) networks are spurring robust customer demand at both Verizon Wireless and Sprint, NVTL's two largest customers. Further, we believe NVTL's new smaller-form factor "Key chain" USB modem should be in shelves at Verizon Wireless this month and Sprint in September. We are hearing that a larger newly launched USB product from Sierra Wireless contains a battery with docking station, and several carriers, particularly Verizon, are hesitant to take product, further helping NVTL.

    \* New Customer Acceptance of GSM-Based "Key chain" USB Card Should Drive 2H. In addition to strong ongoing sales to EV-DO customers Sprint and Verizon (74% of total sales), we believe the company's HSUPA USB product (7.2 mbps) for Europe has launched with Vodafone already and we expect Telefonica and T-Mobile in Europe next month, driving strong 2H07 results. We believe the design (2.75 inches) and new material (better performance) will likely be very successful given low broadband penetration in Europe. We believe there are more operators in Europe testing the product as well. Given 2/3 of the world's wireless carriers use GSM networks, combined with the fact that residential broadband penetration is sub- 25% in Europe, we believe this rollout could be

Exhibit 1
Page 218

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

significant to NVTL over the next 12 months and beyond. NVTL also indicated that they expected embedded revenue to be up sequentially in Q307. Embedded revenue was approximately $11 million in Q207.

\* Guidance Raised Again. NVTL raised guidance for the full year from $380-$390 million in revenue and $1.00-$1.05 in EPS to $415- $425 million in revenue and $1.25 - $1.30 in EPS. We believe we were the high on the street going into the call at $419.9 million and $1.32 per share and still feel those numbers are conservative given the global demand backdrop.

\* Raising Estimates, Price Target. We are tweaking up our estimates for 2007 raising revenues from $419.9 million to $422.2 million and EPS from $1.32 to $1.33 per share. We are leaving our street high 2008 estimates untouched. We reiterate our BUY rating and $30 price target.

Q2 RESULTS, ANALYSIS

NVTL reported Q2 revenue of $97.4 million and pro forma EPS of $0.31, both well ahead of the company's June 8th pre-release. Revenue growth was an impressive 113% YOY. Top-line results were again driven by strong EVDO sales to Verizon Wireless and Sprint Nextel, particularly for Express Cards and USB modems, the company's two most recent PC card form factors. EV-DO sales were 74% of revenue in total, with PC/Express Cards accounting for nearly 51% of revenue, USB modems accounting for 37% of revenue and embedded totaling 12%. In an industry where the bear case is consistently that these cards are commodities, we think its important to note that neither of these products existed a year ago and now are combining for quarterly revenue that dwarfs anything NVTL has generated as an entire company prior. Clearly, the NVTL R&D machine is working well. UMTS/HSDPA sales were 26% of revenue.

Gross margin of 31.7% was slightly ahead of our 31.5% estimate and represents the highest gross margin the company has recorded in over 2 years. We believe the company is benefiting from its continued transition of a portion of its production to IAC. In addition to receiving better pricing from IAC, we believe pulling some business from LG Innotek was a wake up call and that LG has responded in kind with better pricing, making NVTL the winner. Good expense control led NVTL to post impressive operating margins of 14%. While we think this rate is likely not sustainable in 2H07, we think it strongly refutes the argument that the company has no operating leverage in its model. We believe operating margins for 2008 will again be over 14% (similar to Q1 and Q207) on continued strong revenue growth and leverage in the model.

On the call, management noted that sell-through is exceeding sell-in and that channel inventory is lean, both of which are critical in projecting the sustainability of NVTL's growth. Our checks with major NVTL customers corroborate this. Various store reps we've spoken to have indicated that sleeker form factors and increased performance both via the cards, as well as Rev. A networks are accelerating 3G data adoption with each new form factor. Further, we believe the initial launch (this summer) of a 7.2 Mbps HSUPA "Key Chain" USB modem will offer GSM-based carriers a compelling product that should drive sales to Vodafone, Telefonica and others in 2H07. Given the card has a theoretical throughput twice as fast as current EV-DO networks, we think this modem has significant potential for strong attach rates. And finally, management noted that WiMAX is on its product roadmap though likely not until mid-late 2008 when mobile WiMAX becomes a more significant factor.

Finally, we were encouraged to hear management talk bullishly about embedded once again, indicating that it expects embedded revenue to be strongly in Q3 as a slew of new notebooks were recently launched. The caveat to the embedded business is slightly lower gross margins. Looking ahead, the company again raised 2007 guidance, now calling for revenue of $415-$425 million and pro forma EPS of $1.25-$1.30 per share, both of which we believe to be conservative though still very impressive. Consensus was calling for revenues of $405 million and pro forma EPS of $1.15 per share. This would mark top-line growth of more than 90% and bottom line growth of almost 600% over 2006. We are raising our estimates as well with our $419.9 million revenue estimate moving to $422.2 million and our pro forma EPS estimate moving from $1.32 to $1.33, both of which we're inclined to think move higher as the year progresses given the company's habit of positive pre-announcements, now standing at 5 quarters in a row.

As the comp table below shows, NVTL continues to trade not only at a cheap valuation on an absolute basis (13x our 2008 estimate), but it also trades at a notable discount to competitor Sierra Wireless despite the fact that NVTL is growing faster, has better operating margins and in our view, is much better positioned for sustainable growth.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that

Exhibit 1
Page 219

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3.80 per share in cash. We are reiterating our BUY rating and $30 price target, which is based on 19x our pro forma 2008 EPS estimate of $1.61/share, a multiple we believe is very conservative especially considering the company's revenue growth.

RISKS

We believe an investment in NVTL involves the following risks.

* Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

* Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

* Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

* Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*August 7, 2007 Morgan Joseph & Co. Inc. - Kevin Dede*
**Novatel Wireless, Inc.- - Super 2Q Report, But Remain on the Sidelines; F08 Growth Catalysts Still Fuzzy**
Investment Highlights:

* June report exceeds expectations. Last night, Novatel reported $97.4mm and non-GAAP EPS of $0.31, exceeding revised sales expectations and meeting the high end of its EPS range. Our estimates were $95.0mm and $0.30. Sales continue to be driven by Ev-Do USB modems sold through the large CDMA American operators. Gross margin of 31.6% was up 50 bpt Q/Q on efficiencies and a slight mix shift.

* Strength seen continuing. A bright outlook for the balance of FY07 was offered, as Novatel presented guidance of $415-425mm, expecting $100mm in 3Q07 and a strong Q/Q sales increase in 4Q07 of between 8-18% following the expected 3% Q/Q increase in 3Q. For the five remaining months of 2007, Novatel presented extremely bullish guidance, in our view, based on three drivers: 1) continued strength in Ev-Do sales in North America; 2) strengthening sales of embedded modems; and 3) HSUPA sales in Europe where Novatel's new modem form factor is the smallest ever introduced, and currently shipping to carriers.

* Embedded steps up, but more laptop-related sales seem coming, perhaps later? Embedded modems were shipped to 11 OEM customers in the quarter, up from 9 in 1Q07, driving a 9% Q/Q sales increase to $12mm and about 12% of the mix. Management appeared confident that sales should continue to expand here, and we believe there's incredible room for growth, especially as the enterprise market adopts a more 'convenient and uniform' approach to connectivity. Full adoption might require a lengthening in wireless technology adoption cycles or an over-the-air firmware delivery capability. Other relationships are coming to light, such as the agreement to wirelessly connect digital signage.

* Depth of addressable market? Proceeding with trepidation. We are just too conservative to recommend Novatel shares at this level. From a valuation perspective, based on the almost $2 rise post-close yesterday, Novatel shares are trading at about 18x our new FY08 EPS estimate of $1.30, which we view as fair relative to the growth prospects we see. Overall, we are intrigued with the opportunities across the board, including an expanding USB modem market, with powerful connectivity and attractive form factors opening the European market early in the year in concert with an increase in embedded sales.

Importantly, Novatel's visibility has stretched out a bit, and there's a strong, positive argument behind better visibility and consistent quarterly reports; however, we are standing on the sidelines until we see greater avenues to FY08 growth.

*August 7, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless Inc. - Strong Results: Outlook In Line With Expectations**

Exhibit 1
Page 220

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

KEY POINTS:
   * Solid Q207 and better operating expense controls lead us to slightly raise 2007 and 2008 EPS estimates.
   * Novatel Wireless announced Q207 results of $0.31 proforma EPS on revenue of $97.4M vs. our estimates of $0.29 and $95.4M and above Novatel's June 7 pre-announced guidance.
   * Novatel provided Q307 guidance of proforma EPS $0.27 on revenue of $100M versus our $0.25 and $103M estimates. Management guided to lower gross margin than our expectations, but better operating expense controls led to the better EPS guidance than our estimates.
   * As expected following the strong Q207 results, management increased its 2007 proforma EPS guidance to $1.25-$1.30 on revenue of $415-$425, indicating momentum for products across all categories, strong pipeline and improving operating margin leverage.
   * Due to management's anticipated increased mix of embedded modules and HSUPA products in Q307, proforma gross margin should fall to 29-30% from 31.6% in Q2.
   * Novatel's strong top-line results were once again driven by its USB products. While USB revenue fell 9% sequentially, we were encouraged by this result as solid follow through orders followed the initial channel ramp in Q107.
   * Further, Novatel indicated strong carrier interest in its pipeline of products, including the Ovation MC950D HSUPA modem available this quarter through a variety of EMEA carriers and a next generation EV-DO Rev A ExpressCard for the U.S. market. We note Q3 guidance is sensitive to the timely launch of these and other scheduled new devices, but management indicated backlog was near record levels.
   * Novatel also guided toward stronger demand for embedded products as leading customers such as Dell have ramped up production of new models requiring a ramp of embedded module solutions.
   * Consistent with July North American channel checks indicating increasing momentum for 3G data-oriented devices and mobile broadband products, (see our July 30 note entitled " iPhone Broadening Appeal of Data-Rich, 3G Devices"), management indicated Novatel maintained strong leadership position at Sprint despite increased competition.
   * Based on continued product cycle momentum and better operating expense controls, we are raising our 2007 proforma EPS estimates from $1.20 to $1.29 and our 2008 estimates from $1.32 to $1.36.
INVESTMENT RECOMMENDATION:
Our price target of $25 is based on the shares trading at roughly 19x our 2008 EPS estimate, which is in line with peer multiples. With NVTL shares trading up ~ 12% in after-hours, we are maintaining our Market Perform rating due to valuation.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.
COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*August 7, 2007 ThinkEquity Partners - Mike Burton*
**Novatel Wireless NVTL: Another Beat And Raise Quarter; Increasing Price Target To $28**
THINK ACTION:
For the fourth straight quarter, Novatel Wireless (NVTL) reported above its guidance range (and Consensus) and guided for higher top- and bottom-line growth in the 2H07. Another very solid quarter, the primary reason for the revenue upside was continued strength in Ovation in North America. Going forward, Ovation should come down as a percent of sales and Lower margin Embedded modules are expected to ramp meaningfully in the September quarter. The greater percentage of lower-margin products will limit the EPS upside. We are raising our estimates and price target from $23 to $28 to reflect the higher revenue and profitability.
KEY POINTS:
Ovation/USB Modems: "Ovation" sales (USB modems) remained consistently strong and increased as a percent of sales from 35% to 37%. We estimate Ovation was ~$35M in revenues or 37% of sales inline with the ~$36.4M in revenues or 35% of sales last quarter. Ovation EV-DO sales (USB modems) have been benefiting primarily from the initial ramps to Sprint and Verizon, but are also

Exhibit 1
Page 221

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

expected to see more interest from Europe and other areas of the world

EV-DO Cards (including Express Cards): We believe that EV-DO PC Card sales were the largest driver of the sequential top-line decline, by our calculations decreasing ~25% from ~$40M to ~$29.9M in the previous quarter. EV-DO products (including Embedded modules and Ovation sales) were ~$72M or 74% of revenues, down ~15% Q/Q from ~$85M or 77% of total sales in Q108. We believe the popularity of the newer Express cards continues to drive the strong growth in this segment.

HSDPA Cards: By our calculations HSDPA PC Card sales were flat sequentially at ~$20M. We estimate that total HSDPA products (including Embedded modules) were flattish in dollar terms hovering around $25M in the quarter; HSDPA sales increased as a percent of total sales from ~18% in Q107 to ~20% in Q207.

Embedded Modules: We believe that Embedded modules were flat in dollar terms at ~$11.5M, or 12% of total revenues, in line with the ~$11.5M in Q1. We believe that this business will be up meaningfully next quarter, which should weigh on corporate GMs.

CEO Search Ended; New CFO To Be Named Soon: During the quarter, NVTL announced that Brad Weinert would be appointed NVTL's President. We believe he has done an excellent job of executing above expectations at NVTL, and definitely deserves the position in our opinion. NVTL's management promised to have a new CFO by next quarter, filling the vacancy created when Dan Halvorson finished his successful tenure at the company to go to DivX (NASDAQ: DIVX, $12.73).

The Quarter: NVTL reported revenues of $97.4M and Pro Forma EPS of $0.31, versus its pre-announced guidance of "approximately $95M" in sales and "$0.29-$0.31"; our original estimates were $95.8M and $0.26. Gross margins (GMs) were 31.7%, benefiting from the higher sales run rate, and a mix more weighted toward the higher margin Ovation products; NVTL's commentary for the September quarter was for GMs to be down 29-30% due to higher percentage of lower-margin embedded modems. OPEX was lower than our expectation by ~$800,000 contributing to the EPS upside.

Estimates: We are raising our revenue estimates for the September quarter and going forward for the higher margins and revenues.
  * September quarter: Our revenue estimate is increasing from $99.1M to $101.1M, and our EPS rises from $0.26 (Pro Forma; excluding non-cash stock compensation expense) to $0.28. The upside to revenues is being driven primarily by better-than-expected Embedded sales, with the lower GMs limiting the upside to EPS.
  * CY2007: Our revenue estimate is increasing from $408.7M to $418.8M, and our EPS rises from $1.20 (Pro Forma; excluding non-cash stock compensation expense) to $1.31. The upside to revenue is being driven primarily by better-than-expected Ovation sales; higher GMs are also causing the upside to EPS. NVTL provided CY07 guidance of $415-$425M and Pro Forma EPS of $1.25-$1.30.
  * CY2008: Likewise, our 2008 estimates are increasing to reflect the higher run rate. Our revenue estimate is increasing from $444.4M to $500.9M, and our EPS rises from $1.20 (Pro Forma; excluding non-cash stock compensation expense) to $1.45.

Valuation: Our new $28 price target is based off a 19x multiple of our 2008 EPS estimate of $1.45, which we believe is reasonable and inline with our view of the company's three- to five-year growth rate of 20%.

RISKS TO PRICE TARGET:
  * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows down, there could be substantial risk to Novatel's short-term growth opportunities.
  * Market Adoption: The PC card industry has been relatively weak over the past three years due to the slow wireless networks that have been in place. We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will result in slower-than-expected growth for Novatel.
  * Increasing Competition: As this market continues to grow, increasing competition from other PC card vendors, handset OEMs and Asian OEMs/ODMs could cause significant pricing and margin for Novatel. Novatel's current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*August 7, 2007 Cowen and Compan - Matthew Hoffman, Jennifer Baxter*
**Novatel Wireless, Inc. - Results and Guidance Solid, Gross Margin News Mixed**
Conclusion: While Novatel's report and guidance point to a still-decelerating q/q bottom line, the company's 2Q results/3Q outlook were slightly ahead of expectations. Given a substantial recent pullback in the shares, we would not be surprised to see modest near-term relief for NVTL stock as a result. Gross margins are set to decline in 3Q, and with the management structure still a bit unsettled

Exhibit 1
Page 222

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

we are going to stay on the sidelines, while pointing out NVTL remains well positioned in a very compelling 3G market.

  * 2Q07 Beats, Gross Margin News Mixed. Domestic EV-DO uptake drove 2Q results of $97.4MM, down 11% q/q. Gross margins rose to 50 bps 31.6%, up from 31.1% on USB mix. Interestingly, NVTL indicates its USB (Ovation) products are higher than average margin products, compared to the reverse at SWIR. Gross margins are, however, expected to slip for 3Q on geographic and product mix (toward W. Europe and embedded) in 3Q07.

  * 2H Drivers In Place - 2H Outlook Raised Modestly. Visibility appears to be increasing. The company indicates it already has 'significant' orders for its next-gen USB products as well as new HSDPA/HSUPA expresscards. Additionally embedded is expected to be up q/q as a percentage of the mix. FY07 guidance was again increased to $415-425MM, up from $380-390MM. Pro forma EPS guidance goes to $1.25-1.30 from $1.00-1.05.

  * Management Situation Settled? Acting CEO Brad Weinert was named President of Novatel last week and the company's CEO search was closed. This leaves former Peter Leparulo as Executive Chairman focused on longterm strategy, with no CFO yet appointed.

  * Stock Net. At ~16X new F08 EPS, we expect modest long term appreciation for NVTL. We remain on sidelines, however, with competitive risks high.

*7 AUGUST 2007 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Q2/07 Results -As Expected**
INVESTMENT OPINION
We value Novatel Wireless at 20x (22x previously) our adjusted 2008 EPS estimate of US$1.30 (US$1.27 previously), yielding a new target price of US$26.00 versus $28.00 previously. We have decreased our multiple to reflect slightly slower near-term earnings growth. The shares are currently trading at 17.9x our NTM EPS estimate. We remain an ACCUMULATE. We remain optimistic on 2H/07 performance for Novatel Wireless and the industry.
ANALYS I S
Q2 solid: Novatel reported Q2 revenues of US$97.4 mm, slightly above recently raised guidance, our estimate, and consensus (Figure 1). Sales of EV-DO products, which were down 15% from a robust Q1, remained the key driver in the quarter representing 74% of sales, with strong demand for ExpressCards and USB Ovation devices. The main customers for these products were Verizon and Sprint; each was a 10% customer in the quarter along with Dell. Ovation accounted for 37% of sales and was down 9% Q/Q from a very strong Q1. GSM-based HSDPA/UMTS product sales were flat Q/Q, representing 26% of total revenues versus 23% in Q1. Module sales grew a modest 6% Q/Q- representing about 12% of Q2 revenues or ~US$11.7 mm. Novatel saw a ramp up in demand from Dell and Sony, as well as adding smaller OEM customers to its list; it currently has 11 OEM customers. Domestic revenues accounted for 77% of total sales.
Gross margins continue to improve: Pro-forma gross margins came in at 31.6%, inline with our estimate, benefiting from a favourable product mix, including higher-margin Ovation products.
EPS inline: Novatel reported GAAP EPS of US$0.25 and adjusted EPS of US$0.31 (excluding stock option expenses), ahead of consensus, but essentially inline with our expectations and at the top end of guidance despitea slightly higher-than-expected share count. Novatel ended Q2 with US$119.2 mm in cash on hand, or US$3.81 per share (18% of current share price). The company generated nearly US$11 mm in FCF in the quarter.
Q3 guidance as expected: Novatel is guiding to sales of roughly US$100 mm versus our initial estimate of US$99.1 mm and consensus at US$98.8 mm, as the company has a robust backlog for new and existing products, a solid order backlog, and strong channel sell-in/sell-through rates. The company plans to launch next-generation (HSUPA and EV-DO Rev.A) products during Q3, as well as new ExpressCards. The company expects HSUPA USB demand to be strong as it penetrates Europe, while EV-DO USB sales are expected to decline Q/Q. As execution will be key with this technology transition, we believe Q3 guidance errs on the side of caution. On the bottom line, Novatel is guiding to pro-forma EPS of US$0.27, inline with our estimate. Gross margins are expected to be in the 29%-30%, down sequentially, due to a higher proportion of lower-margin module sales in Q3 (similar for Q4) and anticipated increased revenue contributions from Europe, where ASPs and margins tend to be lower. We note that the module market is entering

Exhibit 1
Page 223

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | into a new product cycle starting in Q3. We have incorporated this into our forward estimates (Figure 2). |
| | | | | | Raising 2007 guidance: As expected, Novatel has increased its full year sales guidance to US$415-US$425 mm versus US$380-US$390 mm previously. We had been modeling US$410.5 mm. Current guidance implies Q4/07 sales in the range of US$108-US$118 mm. The mid-point would suggest 13% Q/Q growth from Q3 guidance, and in our view suggests that growth in Novatel's core market is not slowing, contrary to the markets current belief. Management indicated tha it has improving visibility into Q4. On the bottom line, Novatel is guiding to non-GAAP EPS of US$1.25-US$1.30 (just above our expectations) versus US$1.00-US$1.05 previously. The company expects to benefit from typical aggressive carrier marketing programs during Q4, similarly from OEMs. |
| | | | | | As for 2008, Novatel will likely enter the second generation of Wi-Max products, with a dual-mode (Wi-Max/cellular) device anticipated for 2H/08. Although the market may believe that Wi-Max represents a threat to Novatel's cellular devices, we believe it offers a further growth opportunity for Novatel. |
| 8/8/2007 | 2,757,189 | $22.06 | -2.78% | (1.69) | *Date: Aug 8 2007 16:48:32 Wire: BLOOMBERG News (BN) --Natalie Gilbert* |

**Novatel Wireless Raised to Market Outperform at Dundee :NVTL US**

Princeton, New Jersey, Aug. 8 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``market outperform'' from ``market neutral'' by analyst Arinder Mahal at Dundee Securities Corp. The 12-month price target is $27.00 per share.

*August 08, 2007 Scotia Capital - Gus Papageorgiou, Geoff Darling, Philip Bassil*

**Novatel Wireless, Inc. - Solid Q2 Results - Guidance Raised Again**

Event

 * Novatel reported Q2 results on August 6, 2007.

What It Means

 * Strong Q2 - slightly ahead of raised guidance: Revenue of US$97.4M was 2% ahead of our estimates and EPS of $0.25 beat by a penny. Strong North American demand for EVDO RevA modems, particularly in the USB form factor, was a key driver in the quarter.

 * Guidance raised - industry outlook remains healthy: We have increased our Q3 estimates and made minor upward revisions to our 2007-2009 forecasts to reflect continued strength in mobile data adoption and in Novatel's ability to benefit from this growth in demand.

 * Target raised - recommendation unchanged: We view Novatel as an excellent way to play the trend toward high-speed mobile data networks. However, we continue to have a slight preference for Sierra Wireless, largely on a relative valuation basis, as it trades at a 7% forward P/E discount.

Another Solid Quarter - Industry Outlook Remains Healthy

 * Strong Q2 - slightly ahead of raised guidance: Exhibit 1 outlines the results for the quarter. Revenue was up 113% YOY although down from a record Q1/07 (which was assisted by initial channel stocking of newly launched products). Roughly 74% of sales came from EVDO technologies driven by impressive sales of RevA USB modems to U.S. carriers. The remaining 26% of sales came from HSPA - we expect this number to trend upwards as Novatel makes a more concerted effort to gain share in Europe in key segments, such as USB, where it will be rolling out an HSUPA version over the next two quarters. Top customers included the usual suspects, Dell, Orange, Sony, Sprint, Verizon, and the Vodafone group. Q2 gross margins of 31.4% were at their highest level in seven quarters, supported by product mix (more EVDO USB) and regional mix (less Europe).

Margins are expected to tick down in Q3 (to 29% - 30%) as RevA sales moderate and sales increase to the lower margin OEM segment as well as the more competitive European market. Total cash was up by US$28M to US$119.2M driven by good profitability and improved working capital management (especially from receivables collection).

 * Healthy demand triggers yet another upward guidance revision: For the third time this year, Novatel raised its annual guidance range - it now expects revenue of US$415M to US$425M with EPS of US$1.05 - $1.10. Supporting the strong forecast is a record backlog heading into 2H/07 and an increased level of comfort with sales channel visibility six months out (vs. typical 3 - 6 months). For Q3, US$100M revenue guidance was 4% better than we were looking for and EPS of US$0.23 was better

Exhibit 1
Page 224

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

largely due to lower than expected opex, higher interest income, and a better top line picture. Exhibit 2 outlines our new numbers for Q3, 2007, 2008 and 2009 - we have made minor adjustments to our product mix and growth assumptions, specifically more USB and HSPA, as well as to our opex forecast.

Boom times for WWAN vendors - Rising tides expected to continue to raise all boats: Our view is that the market for mobile high speed data access is strong on the back of increasing network speeds, better overall coverage, and a growing number of product form factors (PC Cards, embedded modules, ExpressCards, USB products). As the mobile broadband experience improves, WWAN technology becomes an even better substitute for traditional wireline and WiFi hotspot alternatives, further stimulating demand for WWAN products. We believe Novatel is a direct beneficiary of this trend. Although we expect the company to see increasing levels of competition in the coming quarters, particularly in the USB and ExpressCard form factors, we do not believe it will drastically alter its momentum.

 * Recommendation unchanged, target raised: We have raised our 1-year target to US$27.00, based on 18x our new forward EPS estimates one year out (Q3/08E - Q2/09E) of US$1.49. We believe the company is in a strong position in a healthy and growing industry although we maintain our slight bias towards Sierra Wireless based strictly on valuation. In terms of risk we believe the biggest one remains pricing. At this stage we do not believe low cost vendors can threaten technology leaders such as Novatel in the near term because of the rapid pace of technology and product cycles in the industry. Perhaps if one of the bigger players, such as Ericsson, wanted to desperately get into this segment they could provide some pricing pressure, although on the other side, if they wanted to get into this segment so badly they could always buy one of the existing vendors.

*August 8, 2007 Dundee Securities Corp. - Arinder Mahal, CFA, Puneet Malhotra*
**Novatel Wireless - Solid Q2/07; Increases FY07 Outlook Powered by New Products in Q4**
EVENT (all numbers in US$ unless otherwise noted)
Novatel reported better than expected Q2/07 results of pro-forma EPS of $0.31 on revenues of $97.4MM. Pro-forma EPS was in line with Dundee's estimate and above the consensus estimate of $0.28. Revenues were above Dundee and consensus estimates of $96.2MM and $95.7MM respectively. Revenues for Q2/07 were up 113% YoY but declined 11% sequentially. Q1/07 was particularly strong as major customers (Sprint & Verizon) built up initial channel inventory of the company's USB product.

 * EV-DO and USB Continue to Deliver: Revenues continue to be driven by sales of EV-DO products (74%), primarily USB modems (37%) and ExpressCards with Verizon and Sprint being the top two customers. On back of the higher margin EV-DO and USB products GM increased by 50bps sequentially to 31.6%. Non-GAAP operating margin declined by 215 bps sequentially to 14% as the company ramped up R&D in preparation for key new product launches in H2/07.

 * New Products and Embedded Modules to Drive 2H07: The company is on the verge of a major product transitions at key customers starting with the 2nd Gen EV-DO USB Modem (U727) at Sprint. On the HSUPA front, Novatel expects to launch the USB Modem (MC950D) sometime at the tail-end of Q3 or early Q4/07. We also expect the HSUPA ExpressCards to be launched around the same timeframe. With these new HSUPA products, the company expects to reignite growth in Europe as it has already secured a channel position with "several" tier-1 operators in multiple markets. Sales of embedded modules were essentially flat this quarter at $11.7MM, however, expect to ramp in Q3/07 as major customers (Dell, Sony) introduce new products ahead of the busy season.

 * Raises FY07 Guidance Despite Tepid Q3: As a result of the pending product transition, Novatel provided a tepid guidance for Q3/07 with revenues of $100MM and non-GAAP EPS of $0.27. The drop in EPS is primarily a result of product and customer mix. We expect sales of higher margin USB products to decline in Q3/07 as Sprint waits for the U727. Moreover, GMs will also be negatively impacted as European sales increase. We expect growth to ramp in Q4 as new products come online. The company is raising its FY2007 guidance to revenues in the range of $415-$425MM and non-GAAP EPS of $1.25-$1.30 compared to its earlier guidance of $380-$390MM and $1.00-$1.05 per share. Visibility remains strong as Novatel is reporting record backlog and strong order flow for the new products.

FINANCIAL FORECAST
As a result of the increased guidance, we are increasing our FY07 and FY08 estimates. We are now forecasting FY07 and FY08 revenues and GAAP EPS of $421.4MM/$1.07 and $504.1MM/$1.15, up from $416.7MM/$0.94 and $492.1MM/$$1.11 respectively.

Exhibit 1
Page 225

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | RATING: As with Sierra Wireless (SWIR-Q, SW-T, Market Outperform, Target $31.00) the expected slowdown in Novatel's Q3 growth is a result of product transitions at some of its key channel partners. However, the market for 3G dataproducts continues to expand as witnessed by the operators aggressive rollout ofhigh speed networks and increasing focus on data services. Although key near term risks remain (product transitions at major customers and management flux), we believe the recent share price pullback has been overdone. We are maintaining our 12-month target price of $27.00 and revising our rating upwards to MARKET OUTPERFORM from Market Neutral. The new target translates to a lift of 22% from current prices. Our valuation is based on 20x our 2008E pro-forma EPS (net of interest) plus cash on hand. |
| 8/9/2007 | 2,160,321 | $21.08 | -4.44% | (1.09) | *Date: Aug 9 2007  16:16:12 Wire: Washington Service (WSA)* <br> Ratcliffe Catherine,Vice Pres., Sells 7,000 On 8/7/07 Of NVTL |
| 8/10/2007 | 1,465,174 | $22.37 | 6.12% | 2.34 | *August 10, 2007 Channel Trend (BIR)* <br> **Novatel Wireless Inc** <br> Channel Trend's Investment Conclusion <br> The research team at Channel Trend projects that Novatel will perform in line with the market over the next 6 to 12 months. Our decision reflects a disciplined analysis of the stock's relationship to its projected future price and its estimated fair value. <br> Novatel Wireless Inc provides wireless broadband access solutions to the worldwide mobile communications market. The company's products include 3G wireless PC card modems, embedded modems, communication software, and fixedmobile convergence solutions, which enable wireless operators to provide secure and highspeed access to Internet and enterprise networks. <br> Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, EPlus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens. <br> Strong Recent Relative Performance <br> Novatel Wireless Inc's performance reflects the fact that it is a small-cap blend stock in the telecom equipment industry. Over the past year the stock has pleased investors by producing strong relative performance. Its 109% advance led 95% of stocks in the BIR Small-Cap Index (similar to the Russell 2000 Index) and 94% of the telecom equipment stocks in that index. Over the same period the company's earnings per share rose 68% and its sales rose 70%. <br> Strong Earnings Growth Expected <br> The company reported March 31 interim earnings of $0.34 versus $-0.05 the previous year. The company's latest interim earnings were above analysts' expectations. The June interim earnings are expected to advance strongly year-on-year when they are reported around August 20. Novatel's earnings for the year 2007 are projected to advance strongly. <br> Novatel has an Above Average Risk Profile <br> Understanding Novatel as an investment means developing a clear picture of its risk profile as well as its reward potential. A risk profile describes the influences on a stock, which explain its particular pattern and level of volatility. Our risk ranks range from low (10%) to high risk (100%), with 50% being the average. Novatel has a risk rank of 70%. Unlike beta, a stock's response to the market's movement, our risk profile incorporates both business risk and investor driven stock variability. A firm's business risk varies with the stability of its revenues, the breadth of its operating divisions, the quality of its working capital and its financial leverage. A stock's variability reflects its weekly price movements over the last 7 years. <br> 24% L-T Growth; Below Average Quality <br> Novatel's interim price direction and volatility is only partially the result of the company's fundamentals. The strongest external influence is its position in the technology sector and the telecom equipment industry. This area is noted for its above average sensitivity to the business cycle and for the wide swings in its stocks. <br> Company specific influences relate to the variability of Novatel's earnings and the characteristic behavior of investors that own it. We project it will grow with below average persistence and at a long-term rate of 24%. Its overall financial quality is below average versus other firms. The investor-related influences in our risk profile include the stock's lack of dividend yield, its NASDAQ membership, its 95% institutional ownership, its market cap of $680.56M and its above average sensitivity to market moves (2.99 |

Exhibit 1 <br> Page 226

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

beta).

Average PerformanceExpected

Our recommendation on Novatel Wireless is based on an assessment of key valuation and price behavior measures which we believe to be strongly related to the stock's future performance. In this systematic evaluation each of the variables described below was ranked according to its level of attractiveness in Channel Trend's total universe of large-cap and small-cap stocks. These measures have varying weights according to their level of importance. The stock's final rating was determined by totaling the weighted scores of these variables. Conclusions in each of these factor areas are shown to document Channel Trend's disciplined decision making process. The peer group information does not influence the overall rating; it is provided solely for informational purposes.

BASE P/E ASSESSMENT LEVEL – Unfavorable Values a stock relative to the company's peak earnings per share during the past five years. A lower Base P/E ratio tends to be more attractive. The current Base P/E for Novatel Wireless is 46.6, which is lower than the Base P/E for 9.3% of all covered stocks and lower than 16.1% of stocks in its peer group. The median for all covered stocks is 18.6.

EXPECTED EARNINGS GROWTH RATE – Favorable

Measures the expected annualized rate of growth in a company's earnings per share from its base earnings level to the forecast earnings 5 years ahead. Stocks of companies with faster earnings growth rates tend to be more attractive. The expected annualized earnings growth rate for Novatel Wireless is 10.4%, which is faster than 80.6% of all covered stocks and faster than 60.3% of stocks in its peer group. The median earnings growth rate for all covered stocks is 7.8%.

CURRENT PRICE vs. FAIR VALUE – Unfavorable

Measures the percentage difference between a stock's current price and its estimated fundamental fair value. Compared to its estimated fair value of $20.41, Novatel Wireless is overvalued by 9.6%, which makes it more attractive than 23.9% of all covered stocks and more attractive than 33.3% of stocks in its peer group.

EXPECTED TREND PRICE CHANGE – Most Favorable

Measures the projected change in the trend of a stock's price. Stocks with stronger price trends tend to be more attractive. The trend price for Novatel Wireless is projected to increase by 34.5%, which is more favorable than 98.8% of all covered stocks and more favorable than 98.4% of stocks in its peer group. The median trend price change for all covered stocks is 4.7%.

POSITION IN PRICE CHANNEL - Neutral

Measures where a stock is trading within a price volatility-determined price channel, with the stock's current trend price representing the middle, or 50th percentile of the channel. Stocks trading at lower positions in their price channels are more attractive. The current channel percentile for Novatel Wireless is 43.0%, which is more attractive than 34.1% of all covered stocks and more attractive than 49.2% of stocks in its peer group. The median channel percentile for all covered stocks is 27.1%.

CURRENT PRICE vs. PROJECTED PRICE -Favorable

Measures the percentage difference between a stock's current price and its projected price 3 months ahead. A stock's projected price is determined by the change in its trend price and its position in its price channel. Novatel Wireless is currently trading 29.1% below its projected price of  $31.55, which makes it more attractive than 81.2% of all covered stocks on this measure and more attractive than 92.1% of stocks in its peer group.

Telecom Equipment Industry

Jan. 16, 2007 -- Best Independent Research – The telecom equipment industry comprises manufacturers of routers, switches, fiber optics, and other network equipment used by telecom service providers. The sector also includes mobile device makers who reach consumers through distribution outlets or link up with service providers. VoIP services, or voice transmission over Internet, and 3G, the third generation mobile network technology, continued to be the show runners in the industry during the quarter ended March. These days, telecom equipment makers are in consolidation mode, with small private companies being snapped up by large, established suppliers of network infrastructure products. Timehonored players are joining hands rather than clashing with each other.

Seasonal Effects Dampen Results

Industry giants registered mid-single-digit growth in sales during the first quarter of fiscal year 2007, as compared to the year-ago period. Sales of leaders like Motorola, Nokia, and Nortel inched up in low single digits owing to pricing pressures and wrong

Exhibit 1
Page 227

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|--------------------------------------------------------------------------------|

operational decisions. On the whole, the seasonal effect of the first quarter trimmed top lines sequentially. However, firms like Cisco, which benefited from inorganic growth, recorded a substantially higher growth. Nevertheless, hurt by immense pricing pressures, operating margins shrunk across the industry. As a result, bottom lines either slipped by low single digits or lurked in the red.

Low-Cost Handsets up for Grabs

With telcos rapidly migrating to 3G technology, the 3G buzz is gaining ground. Equipment manufacturers (EMs) have flooded the market with 3G handsets, and each EM is trying to undercut the other. Consequently, handset prices have fallen dramatically. However, the saving grace is a manifold increase in sales. For instance, Nokia's Indian factory sold 25 million handsets in 2006. Interestingly, growing markets like India and China are tipping the balance in favor of cheaper mobile phones, hurting the prospects of high-end instruments like the Blackberry. Another aggressive competitor in India is Reliance Communications, which offers phones for as low as INR777 (approximately $17.26) a piece. Flying past milestones, the firm sold one million such sets within a week of their launch in May 2007.

iPhone Rings Alarm Bells

While a big chunk of mobile users worldwide are rooting for low-cost phones, a group of prospective customers keenly await the launch of Apple's iPhone, which carries a price tag of $500. Apple expects to sell around 10 million units by the end of 2008. According to a pre-launch survey, 50% of iPod owners are game for the new instrument and a whopping 20% of those who have never bought an Apple product want to try the iPhone. Thus, if the iPhone does live up to all the hype, it will give other EMs a run for their money. On their part, many EMs are either merging or divesting to focus on their core businesses, hoping to leverage operational costs. Cisco, which snapped up 10 firms in 2006, will take the same line of attack this year too. However, the Alcatel-Lucent marriage late last year is yet to reap benefits, with the mammoth workforce of the combined entity yet to blend across cultural diversities. iPhone Success may Strengthen GSM iPhone, which is being launched on Cingular's GSM network, is a threat to CDMA network equipment makers in the long run. Currently, the U.S. has more CDMA phone users than GSM ones. However, if an increasing number of customers are bitten by the iPhone bug, CDMA phones may be dropped in favor of the GSM-compliant Apple device. This, in turn, is likely to affect CDMA operators and network equipment makers. On the other hand, if the iPhone fails to become a fad, CDMA will continue to rule in the U.S.

| 8/12/2007 | | Sunday | | | *August 12, 2007 PriceTarget Research*<br>**Novatel Wireless Inc (NVTL) – NASD**<br>OVERALL RATING<br>Novatel Wireless has a current overall rating of A (Highest Rating).  This rating reflects complementary signals from PTR's two proprietary measures of a stock's attractiveness. Novatel Wireless has a good Appreciation Score of 61 and a very high Power Rating of 99. The Power Rating enhances the impact of the Appreciation Score, and the Highest rating results. (See PTR RatingMap, and comments below). (For more on PriceTarget Research's Stock Ratings, see: http://pricetargetresearch.com/backtest.jsp .)<br>APPRECIATION SCORE (POTENTIAL PRICE CHANGE TO TARGET)<br>Novatel Wireless' Price Target of $38 represents a 69% change from its current price of $22.37. This high appreciation potential results in an appreciation score of 61 (only 39% of the universe has greater appreciation potential.)<br>POWER RATING (LIKELIHOOD OF FAVORABLE PERFORMANCE)<br>Novatel Wireless has a Power Rating of 99. (This very high Power Rating indicates that NVTL has a better chance of achieving attractive investment performance over the near to intermediate term than all but 1% of companies in the universe.) Factors contributing to this very high Power Rating include: the recent trend in NVTL's earnings estimates has been extremely favorable; and recent price action has been extremely favorable. An offsetting factor is the Telephone & Telegraph Apparatus comparison group is in a slightly weakened position currently.<br>Investment Profile<br>BUSINESS DESCRIPTION<br>Novatel Wireless, Inc. provides wireless broadband access solutions for the mobile communications market worldwide. It offers 3G wireless PC card and ExpressCard modems, embedded modems, communications software, and fixed?mobile convergence (FMC) |

Exhibit 1<br>Page 228

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

solutions. The company's products are designed to operate on wireless networks and provide mobile subscribers with high speed access to corporate, public, and personal information through the Internet and enterprise networks. Novatel Wireless also offers software engineering, integration, and design services. The company serves wireless network operators, infrastructure providers, distributors, original equipment manufacturers, and vertical markets. It has strategic relationships with Alcatel, Siemens, Dell, QUALCOMM, Sprint PCS, Verizon Wireless, and Vodafone. Novatel Wireless was founded in 1996 and is headquartered in San Diego, California.

SUITABILITY

Novatel Wireless' "suitability" for an investor's specific investment objectives is reflected in twelve investment variables that together define its investment profile relative to an 8,000 company universe. These variables measure how well Novatel Wireless aligns with an investor's income orientation, risk tolerance, and need for marketability/liquidity.

Relative to the S&P 500 Composite, Novatel Wireless has slightly more Growth than Value characteristics – its appeal is likely to be Capital Gain –oriented investors. NVTL is of low investment quality.

NVTL's valuation is high (low dividend yield, high P/E ratio, and high price/asset ratio) reflecting high investor expectations and carrying with it possible price risk if performance falls short. Relative strengths include:

low financial leverage, and high consensus forecast growth. Relative weaknesses include: low historical profitability, low financial strength, high stock price volatility, low historical growth, and high earnings variability. NVTL has unusually low market capitalization.

Forecast Growth

PTR's growth forecast for Novatel Wireless begins with consideration of historical growth rates. Four historical growth measures are examined for up to the last ten years. Each growth measure is derived on a per share basis so that dilution from acquisitions or financing is reflected. "Balance Sheet" growth (growth in assets or equity per share) is typically the best measure of a company's basic - or intrinsic - growth rate.

HISTORICAL GROWTH AND CONSENSUS FORECAST

There are no significant differences between Novatel Wireless' longer term growth and growth in recent years. Annual revenue growth has been 7.6% per year. Total asset growth has been ?3.8% per year. Annual E.P.S. growth has been ?19.3% per year. Equity growth has been ?6.5% per year.

Novatel Wireless' historical income statement growth and balance sheet growth have diverged. Revenue growth has exceeded asset growth; earnings growth has fallen short of equity growth. Novatel Wireless' consensus growth rate forecast (average of Wall Street analysts) is 23.7% ?? substantially above the average of the historical growth measures.

PTR GROWTH FORECAST

PTR's growth forecast is the company's longer term intrinsic growth rate. Consequently, it gives more weight to balance sheet growth than income statement growth and is importantly influenced by recent experience.

PTR's growth forecast is 20% - substantially above our recent forecasts. Forecasted growth suffered a dramatic, erratic decline between 1998 and 2006. The current forecast is significantly below the 2001 peak of 50%. PTR's growth rate forecast of 20.0% is below the consensus but substantially above the average of the historical growth measures.

Forecast Profitability

HISTORICAL PROFITABILITY

Businesses create wealth for shareholders by investing capital at a rate of return that is greater than the cost of capital. Return on equity is an extremely important measure of corporate operating performance and is of particular importance in understanding the wealth Novatel Wireless' investments generate for investors.

PTR's return on equity forecast for Novatel Wireless begins with consideration of trends in historical profitability and its components. Return on assets is a function of asset turnover, profit margin, and the tax keep rate. Return on equity depends on return on assets as well as leverage effects.

Novatel Wireless' return on equity has eroded significantly since 1998. This very significant erosion was due to a very strong negative trend in operations (pretax return) and a very small negative trend in non?operating factors.

Exhibit 1
Page 229

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | The unfavorable trend in operating performance was driven by higher asset turnover and lower pretax margin.The productivity of Novatel Wireless' assets rose over the full period: asset turnover has enjoyed a very strong overall uptrend. |
| | | | | | Non-operating factors (income taxes and financial leverage) had a very small negative influence on return on equity. |
| | | | | | PTR PROFITABILITY FORECAST |
| | | | | | PTR's return on equity forecast reflects current forecasts for earnings and common equity per share. These forecasts take recent trends in operating performance into account. |
| | | | | | PTR's return on equity foreast is 16.8% - substantially above our recent forecasts. Forecasted return on equity enjoyed a dramatic, erratic increase between 1998 and 2006. The current forecast is significantly above the 2003 low of 4%. |
| | | | | | Price Target |
| | | | | | Novatel Wireless' current Price Target of $38 represents a 69% change from the current price of $22.37. This high appreciation potential results in an appreciation score of 61 (only 39% of the universe has greater appreciation potential.) Reinforcing this high Appreciation Score of 61, the high Power Rating of 99 contributes to an Overall Rating of A. |
| | | | | | Novatel Wireless' Price Target is based on forecasts of the three key Value Drivers discussed above - return on equity, growth investment, and an appropriate cost of equity capital for each period. When expected return on equity exceeds the cost of equity capital, new investments create value for shareholders. Conversely, when returns fall below the cost of equity capital, shareholder value is reduced. |
| | | | | | With future returns forecasted to be above the cost of capital, NVTL is expected to continue to be a significant cvalue builder. Novatel Wireless' return on equity has eroded very significantly since 1998. |
| | | | | | At Novatel Wireless' current price of $22.37, investors are placing a positive value of $13 on its future investments. This view is not supported by the company's most recent performance that reflected a growth rate of 9.0% per year, and a return on equity of 4.0% versus a cost of equity of 4.4%. However, this view is consistent with PTR's forecasts. As explained previously, PTR expects NVTL to grow at a rate of 20.0% per year and to earn a return on equity of 16.8% versus a cost of equity of 8.5%. PTR's 2008 Price Target of $38 is based on these forecasts and reflects an estimated value of existing assets of $15 and a value of future investments of $23. |
| 8/13/2007 | 2,037,987 | $22.26 | -0.49% | (0.22) | *August 13, 2007 Rapid Ratings*<br>**NOVATEL WIRELESS INC**<br>Credit risk rating: HIGH<br>Rating outlook: Negative<br>Stock recommendation: SELL |
| 8/14/2007 | 1,342,015 | $21.59 | -3.01% | (0.69) | |
| 8/15/2007 | 948,409 | $21.15 | -2.04% | (0.35) | |
| 8/16/2007 | 1,891,835 | $20.89 | -1.23% | (0.43) | *Date: Aug 16 2007  6:30:02 Wire: Business Wire (BUS)*<br>**InfoSonics(TM) to Distribute Additional Novatel Wireless(R) Data Products**<br>SAN DIEGO--(BUSINESS WIRE)--August 16, 2007 InfoSonics Corporation (NASDAQ:IFON), a premier provider and distributor of wireless handsets and accessories serving Latin America and the United States, today announced that it has added additional products to its reseller agreement with Novatel Wireless (NASDAQ:NVTL), a leading provider of wireless broadband access solutions. Under the terms of the agreement, InfoSonics will now include distribution of the Novatel Wireless line of Merlin(TM) PC Cards, Merlin(TM) ExpressCards and Ovation(TM) USB modems to network operators in the United States, Central and South America.<br>  Designed to operate on both GSM and CDMA networks, the Merlin and Ovation products provide notebook computer and PC users with high-speed connectivity to EV-DO and HSDPA wireless networks.<br>  "We are pleased to continue this relationship and offer our carrier customers access to the Novatel Wireless line of data products," said Joseph Ram, President and Chief Executive Officer of InfoSonics. "As carriers enhance their networks to deliver high-speed data |

Exhibit 1
Page 230

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | transfer, products such as these are necessary for consumers to utilize the next generation offerings of the carriers." |
| | | | | | "Novatel Wireless sees the relationship with InfoSonics as an important strategic step to drive sales of the Merlin and Ovation product lines in emerging markets such as Central and South America," said Rob Hadley, senior vice president of worldwide sales and marketing for Novatel Wireless. "As carriers in these regions upgrade their networks, InfoSonics will now be ready to deliver Novatel products that support next generation data applications." |
| | | | | | Wireless data cards enable customers to connect their laptop or desktop computer to the Internet using a cellular signal rather than a dial-up, DSL or Cable connection. This can be beneficial to both travelers and home users as an alternative method for an Internet connection. |
| | | | | | Trademarks and trade names are the property of their respective owners. |
| | | | | | *Date: Aug 16 2007  18:20:52 Wire: Washington Service (Wsa)* **Pudwill Horst J, Director, Sells 99,000 From 8/14/07-8/16/07 Of NVTL** |
| 8/17/2007 | 867,869 | $21.22 | 1.58% | (0.13) | *Date: Aug 17 2007  17:22:22 Wire: Washington Service (Wsa)* **Souissi Slim S,Vice Pres.,Sells 1,015 On 8/17/07 Of NVTL** |
| 8/20/2007 | 467,044 | $21.33 | 0.52% | 0.08 | |
| 8/21/2007 | 683,612 | $20.89 | -2.06% | (0.98) | *Date: Aug 21 2007  22:20:32 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Halvorson Dan L Files To Sell 55,000 Share** Form 144 Filed At The Securities And Exchange Commission On 08/16/07 Approximate Date Of Sale: 08/06/07 Halvorson Dan L, Shareholder, Of 2938 Avenida Pimentera, Carlsbad, Ca 92009, Has Filed To Sell 55,000 Shares Of Novatel Wireless Inc [Nvtl] Through Citigroup Global Markets Inc. Issuer Phone 858-812-3400 |
| 8/22/2007 | 1,048,132 | $22.46 | 7.52% | 2.36 | *August 22, 2007 Craig-Hallum - Anthony J. Stoss,  Steve Dyer* **Novatel Wireless, Inc. - Recent Checks Paint Bullish Picture for NVTL. Verizon, Sprint Keep Getting Stronger, European Carriers Coming Back as Big Customers. Reiterate BUY and $30 Price Target.** Our recent checks conclude NVTL's business continues to be trending ahead of the company's guidance at the halfway point of Q3. We believe that after receiving volume purchase orders from both Verizon Wireless and Sprint over the past month, NVTL has begun initial shipments of the new smaller form factor "keychain" USB, with volume shipments expected to commence over the next two weeks. We understand that overall order activity from both Verizon and Sprint has increased this quarter with no expected fall off from the transition to the "keychain" USB from the older USB version. We remind investors that Sprint and Verizon Wireless are NVTL's largest customers by a large margin and believe a sequential increase in orders here bodes well for NVTL's ability to meet (and likely exceed, in our opinion) Street estimates for Q3, as well as the company's full year guidance (outlined later). We are also encouraged by what we're hearing from the European carrier channel, whose presence as significant customers of NVTL has been noticeably absent over the latest product cycle. We believe the new USB product will allow NVTL to gain inroads in this major market over the next several quarters. Specifically, we believe shipments of the 7.2mbps HSUPA "keychain" USB to Vodafone have been steady since the launch in early July and are poised to pick up speed as NVTL gains entrance into more Vodafone operating regions (they are currently selling into Vodafone carriers in Spain, South Africa and Germany, which comprise roughly 62 million Vodafone subscribers). We believe NVTL will also begin shipping the 7.2 mbps HSUPA "keychain" USB to T-Mobile and Telefonica in September. We expect shipments will likely be more material to the fourth quarter. Moreover, we believe other European carriers will begin to take the product in Q407. In general, we believe the "keychain" USB has a competitive advantage based on its design and expect its small size to appeal to customers, likely making it the top selling PC card product with carriers. We do not expect competitors to have a "look alike" product until next year. |

Exhibit 1
Page 231

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | In total, we believe our and Street numbers are likely too low going forward with our thinking as follows: First, as earlier stated, we think sales into both Sprint and Verizon are up sequentially over Q2. Further, we think new shipments to Vodafone, T-Mobile and Telefonica, in addition to strong embedded module revenue this quarter should account for an increase of at least $10 million over Q2. As a result, we think the company's guidance of $100 million in revenue for Q3 is likely quite conservative coming off its $97.4 million number in Q2. We are at a Street-high $105 million in revenue for Q3 and expect the company to come in ahead of our estimates. Looking ahead, the company has offered 2007 guidance of revenue of $415-$425 million and pro forma EPS of $1.25-$1.30 per share, both of which we believe to be conservative though still very impressive. We are modeling $422.2 million in revenue and $1.33 per share in pro forma earnings. In addition to the broadbased strength highlighted above, we continue to hear chatter than carriers such as Sprint and Verizon Wireless are strongly considering cutting their $59.99 monthly unlimited data rate, which we believe would cause a significant increase in demand for the service, and as a result, NVTL's cards. |
| | | | | | From a macro perspective, we note that global demand for wireless data continues to gain momentum as coverage become more ubiquitous and speeds continue to get faster. We believe this is a long-term secular trend that will continue for many years and believe NVTL is well-positioned to capitalize on it. |
| | | | | | STOCK OPPORTUNITY |
| | | | | | Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company, the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3 per share in cash. |
| | | | | | We are reiterating our BUY rating $30 price target, which is based on 19x our pro forma 2008 EPS estimate of $1.61/share, a multiple we believe is conservative especially considering the company's revenue growth. |
| | | | | | RISKS |
| | | | | | We believe an investment in NVTL involves the following risks. |
| | | | | | * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost effective solutions. |
| | | | | | * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers. |
| | | | | | * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results. |
| | | | | | * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results. |
| 8/23/2007 | 1,063,799 | $23.24 | 3.47% | 1.35 | *Date: Aug 23 2007  22:24:17 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Bay Investments Ltd Files To Sell 80,000 S** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 08/20/07 |
| | | | | | Approximate Date Of Sale: 08/14/07 |
| | | | | | Bay Investments Ltd, Beneficial Owner, Of Suite 1806  - Central Plaza 18 Harbour Road, Wanchai Hong Kong, as Filed To Sell 80,000 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| | | | | | *August 23, 2007 MERRIMAN CURHAN FORD & CO. - Kevin Dede* |
| | | | | | **Novatel Wireless, Inc. (NVTL) - Discontinuing Coverage at Buy** |
| | | | | | Investment Conclusion |
| | | | | | We are discontinuing coverage of Novatel Wireless, Inc. due to a reallocation of department resources. |
| 8/24/2007 | 559,580 | $23.48 | 1.02% | (0.09) | |

Exhibit 1
Page 232

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 8/27/2007 | 518,015 | $23.09 | -1.65% | (0.51) | *Date: Aug 27 2007  22:21:40 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Bay Investments Ltd Files To Sell 19,000 S**<br>Form 144 Filed At The Securities And Exchange Commission On 08/23/07<br>Approximate Date Of Sale: 08/16/07<br>Bay Investments Ltd, Beneficial Owner, Of Suite 1806  - Central Plaza 18 Harbour Road, Wanchai Hong Kong, Has Filed To Sell 19,000 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| 8/28/2007 | 562,802 | $22.44 | -2.82% | (0.42) | |
| 8/29/2007 | 476,890 | $23.25 | 3.61% | 0.54 | |
| 8/30/2007 | 492,377 | $22.78 | -2.02% | (0.84) | |
| 8/31/2007 | 488,765 | $22.84 | 0.26% | (0.32) | |
| 9/1/2007 | | Saturday | | | *September 1, 2007 PriceTarget Research*<br>**Novatel Wireless Inc**<br>OVERALL RATING<br>Novatel Wireless has a current Overall Rating of A (Highest Rating).With this rating, PTR's two proprietary measures of a stock's attractivness are providing complementary signals. Novatel Wireless has a good Appreciation Score of 63 and a very high Power Rating of 99. The Power Rating enhances the impact of the Appreciation Score, and the Highest rating results. (See PTR RatingMap, and comments below). (For more on PriceTarget Research's Stock Ratings, see: http://pricetargetresearch.com/backtest.jsp .)<br>APPRECIATION SCORE (POTENTIAL PRICE CHANGE TO TARGET)<br>Novatel Wireless' Price Target of $39 represents a 71% change from its current price of $22.84. This high appreciation potential results in an appreciation score of 63 (only 37% of the universe has greater appreciation potential.)<br>POWER RATING (LIKELIHOOD OF FAVORABLE PERFORMANCE)<br>Novatel Wireless has a Power Rating of 99. (This very high Power Rating indicates that NVTL has a better chance of achieving attractive investment performance over the near to intermediate term than all but 1% of companies in the universe.) Factors contributing to this very high Power Rating include: the recent trend in NVTL's earnings estimates has been extremely favorable; and recent price action has been extremely favorable. An offsetting factor is the Telephone & Telegraph Apparatus comparison group is in a slightly weakened position currently.<br>Investment Profile<br>BUSINESS DESCRIPTION<br>Novatel Wireless, Inc. provides wireless broadband access solutions for the mobile communications market worldwide. It offers 3G wireless PC card and ExpressCard modems, embedded modems, communications software, and fixed?mobile convergence (FMC) solutions. The company's products are designed to operate on wireless networks and provide mobile subscribers with high speed access to corporate, public, and personal information through the Internet and enterprise networks. Novatel Wireless also offers software engineering, integration, and design services. The company serves wireless network operators, infrastructure providers, distributors, original equipment manufacturers, and vertical markets. It has strategic relationships with Alcatel, Siemens, Dell, QUALCOMM, Sprint PCS, Verizon Wireless, and Vodafone. Novatel Wireless was founded in 1996 and is headquartered in San Diego, California.<br>SUITABILITY<br>Novatel Wireless' "suitability" for an investor's specific investment objectives is reflected in twelve investment variables that together define its investment profile relative to an 8,000 company universe. These variables measure how well Novatel Wireless aligns with an investor's income orientation, risk tolerance, and need for marketability/liquidity.<br>Relative to the S&P 500 Composite, Novatel Wireless inc. has slightly more Growththan Value characteristics – its appeal is likely to be Capital Gains –oriented investors. NVTL is of average investment quality. NVTL's valuation is high (low dividend yield, high P/E ratio, and high price/asset ratio) reflecting high investor expectations and carrying with it possible price risk if performance falls short. |

Exhibit 1<br>Page 233

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Relative strengths include: high consensus forecast profitability, low financial leverage, and high consensus forecast growth. Relative weaknesses include: low historical profitability, high stock price volatility, low historical growth, and high earnings variability. NVTL has unusually low market capitalization. |
| | | | | | Forecast Growth |
| | | | | | PTR's growth forecast for Novatel Wireless begins with consideration of historical growth rates. Four historical growth measures are examined for up to the last ten years. Each growth measure is derived on a per share basis so that dilution from acquisitions or financing is reflected. "Balance Sheet" growth (growth in assets or equity per share) is typically the best measure of a company's basic - or intrinsic - growth rate. |
| | | | | | HISTORICAL GROWTH AND CONSENSUS FORECAST |
| | | | | | There are no significant differences between Novatel Wireless' longer term growth and growth in recent years. Annual revenue growth has been 7.6% per year. Total asset growth has been ?3.8% per year. Annual E.P.S. growth has been ?16.1% per year. Equity growth has been ?6.5% per year. |
| | | | | | Novatel Wireless' historical income statement growth and balance sheet growth have diverged. Revenue growth has exceeded asset growth; earnings growth has fallen short of equity growth. |
| | | | | | Novatel Wireless' consensus growth rate forecast (average of Wall Street analysts) is 23.7% ?? substantially above the average of the historical growth measures. |
| | | | | | PTR GROWTH FORECAST |
| | | | | | PTR's growth forecast is the company's longer term intrinsic growth rate. Consequently, it gives more weight to balance sheet growth than income statement growth and is importantly influenced by recent experience. |
| | | | | | PTR's growth forecast is 20% - substantially above our recent forecasts. Forecasted growth suffered a dramatic, erratic decline between 1998 and 2006. The current forecast is significantly below the 2001 peak of 50%. PTR's growth rate forecast of 20.0% is below the consensus but substantially above the average of the historical growth measures. |
| 9/4/2007 | 569,583 | $22.58 | -1.14% | (0.87) | *Date: Sep 4 2007  18:58:53 Wire: Washington Service (WSA)* <br> **Hadley Robert M,Vice Pres., Sells 2,667 On 9/4/07 Of NVTL** |
| 9/5/2007 | 1,264,512 | $23.90 | 5.85% | 2.38 | |
| 9/6/2007 | 646,185 | $24.19 | 1.21% | 0.29 | |
| 9/7/2007 | 730,374 | $23.51 | -2.81% | (0.57) | *Date: Sep 7 2007  17:18:10 Wire: Washington Service (WSA)* <br> **Souissi Slim S, Vice Pres., Sells 15,000 From 9/5/07-9/6/07 Of NVTL** <br><br> *Date: Sep 7 2007  18:23:28 Wire: Washington Service (WSA)* <br> **Ratcliffe Catherine, Vice Pres., Sells 7,000 On 9/7/07 Of NVTL** |
| 9/10/2007 | 431,521 | $23.30 | -0.89% | (0.32) | |
| 9/11/2007 | 611,352 | $24.15 | 3.65% | 0.85 | *Date: Sep 11 2007  8:00:12 Wire: Business Wire (BUS)* <br> **Telefonica Moviles Espana Introduces Next Generation Novatel Wireless MC950D HSUPA USB Mobile Data Modem - Ovation** <br> MC950D HSUPA USB Modem Combines Innovative Design with Cutting Edge 3G Mobile Broadband Technology to Keep Telefonica Espana Customers Connected <br> MADRID, Spain & SAN DIEGO--(BUSINESS WIRE)--September 11, 2007 Telefonica Moviles Espana and Novatel Wireless Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced the launch of the Ovation MC950D USB Modem, a HSUPA Mobile Broadband device that carries the distinction of being the world's smallest HSUPA USB modem. The MC950D delivers unprecedented performance with upload and downlink speeds that meet or exceed traditional home DSL and cable modems. <br>   Optimized for HSPA worldwide networks, the Ovation MC950D is a tri-band HSPA and quad band EDGE/GPRS modem |

Exhibit 1
Page 234

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | designed to be extremely durable and fit comfortably in any pocket. For use in the home, at the office, or on the road, the MC950D will provide Telefonica customers with instant on-the-go mobile broadband access to surf the net, check email, access important business documents and much more. |
| | | | | | "We are very pleased to launch the MC950D to meet the growing demand for high-speed 3G mobile data products in Spain," said Luis Ezcurra, director of market development, Telefonica Moviles Espana. "With the introduction of the MC950D, Telefonica Espana reinforces its portfolio of mobile connectivity products, providing customers with a wide range of broadband solutions to meet their needs." |
| | | | | | With support for 7.2 Mbps downlink speeds and 2.1 Mbps uplink upon launch, the MC950D offers notably faster speeds than legacy mobile data modems. These speed increases allow Telefonica's wireless business customers to share large data files and leverage new wireless data applications on the go. |
| | | | | | The Ovation MC950D packs an impressive assortment of features into its miniature form factor, including fully integrated diversity antennae, receiver diversity and equalizer support to improve performance in noisy and highly mobile environments. Escritorio Movistar Software from Telefonica is pre-installed on the device, significantly improving the user's out-of-box experience by eliminating the need to install drivers from a CD. |
| | | | | | "Telefonica's HSPA Network is the ideal platform to support Novatel's next generation mobile data devices," said Rob Hadley, senior vice president of worldwide sales and marketing for Novatel Wireless. "Novatel is very pleased to work with Telefonica in providing our combined customers with the world's most advanced mobile broadband solutions." |
| | | | | | The Ovation MC950D will be commercially available in September through a variety of Telefonica's direct and business sales channels. |
| 9/12/2007 | 552,907 | $24.36 | 0.87% | 0.32 | |
| 9/13/2007 | 724,137 | $23.66 | -2.87% | (1.24) | *Date: Sep 13 2007  16:02:02 Wire: Business Wire (BUS)* **Novatel Wireless to Present at Merriman Curhan Ford 4th Annual Investor Summit 2007 - Presentation to be Webcast on September 18, 2007 at 12:45 p.m. PDT** Merriman Curhan Ford Investor Summit SAN DIEGO--(BUSINESS WIRE)--September 13, 2007 Novatel Wireless, Inc. (Nasdaq: NVTL) today announces participation in the following event with the financial community: Merriman Curhan Ford 4th Annual Investor Summit 2007 Presentation Date: Tuesday, Sept 18, 2007 Time: 12:45 p.m. PDT Presenter: Brad Weinert, president Location: Mark Hopkins Hotel, San Francisco |
| | | | | | *Date: Sep 13 2007  22:19:44 Wire: Washington Service (WSA)* **Novatel Wireless Inc: Getz Robert Files To Sell 23,870 Shares** Form 144 Filed At The Securities And Exchange Commission On 09/11/07 Approximate Date Of Sale: 07/26/07 Getz Robert, Director, Of 9645 Scranton Road Suite 205, San Diego, Ca 92121, Has Filed To Sell 23,870 Shares Of Novatel Wireless Inc [Nvtl] Through E-Trade Financial. Issuer Phone |
| 9/14/2007 | 964,908 | $23.23 | -1.82% | (0.76) | *Date: Sep 14 2007  11:34:58 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* **Novatel Wireless Raised to 'Hold' at Matrix: NVTL US** Princeton, New Jersey, Sept. 14 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``hold'' from ``sell'' by analyst Daniel Scalzi at Matrix USA. |

Exhibit 1
Page 235

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 9/17/2007 | 803,865 | $22.96 | -1.16% | (0.27) | *September 17, 2007 Thomas Weisel Partners - Hasan Imam*<br>**NOVATEL WIRELESS, INC. - Continued U.S. Demand for USB Products and European Shipments Give Us Confidence in 2H07; Pricing Environment Remains Stable**<br>Executive Summary<br>Our latest channel checks give us confidence in NVTL's 2H07 growth trajectory. We believe the demand for NVTL's next-generation USB products remain robust in the United States, shipments of 3.5G USB products to European carriers have commenced, and demand for embedded products remains steady. Combined this gives us confidence that NVTL can deliver a healthy 2H07.<br>U.S. demand continues to be strong; Sprint preparing to launch NVTL's next-gen USB product in 2H07. As CDMA operators Sprint Nextel and Verizon Wireless continue to upgrade and expand their 3.5G (EVDO Rev A) coverage and service, the demand for wireless broadband access products remains healthy. Specific to NVTL, we believe the vendor continues to maintain its top-two position at both operators and is benefiting from the popularity of its small form-factor USB products. Our checks at Sprint suggest there is no excess inventory at the operator, while it intends to have NVTL's next-generation 3.5G USB cards on retail shelves by 4Q07.<br>European shipments picking up as NVTL's 3.5G (HSPA) USB products gain traction. Europe has historically been a tough market for NVTL, with aggressive price competition in the 3G PC card segment. With the advent of 3.5G (HSUPA/HSDPA) network upgrades, however, NVTL is targeting the high end of the market where pricing pressure tends to be more benign. Our latest checks suggest this strategy is enjoying success. Of particular aid in NVTL's efforts has been its 3.5G (HSPA) USB products, a segment in which key competitor Options suffers from a product gap. We note that NVTL recently won business at tier-one European operator Telefonica Moviles Espana (TME) for its MC9500 USB product; we believe shipments to the operator have commenced.<br>Pricing environment stable; while European volumes likely to pressure margins, we do not foresee unexpected moves in margin trajectory. We have been modeling gross margins down for 2H07, to about 30%, within management guidance range; our expectation of softer margins is related to European volumes ramping for NVTL. Overall, our channel checks indicate the pricing environment in NVTL's target segments remains relatively benign; even in Europe, the fact that NVTL is playing only at the high end insulates it somewhat from the steeper competition at the lower end of the spectrum with Options and Huawei vying for market share.<br>Valuation: Net-net we remain positive on the NVTL story; maintain Overweight. The positive data points emerging out of our recent checks give us confidence in NVTL's ability to deliver a healthy 2H07 and support our positive investment thesis on the stock: (1) benefiting from a new product cycle driven by rapid network upgrades to 3.5G speeds by tier-one wireless operators; (2) dominant market share in the U.S. CDMA market as NVTL benefits from strong relationships with both Sprint Nextel and Verizon wireless; (3) regaining momentum in Europe as 3.5G upgrades open up share gain opportunities, with NVTL targeting the high end; (4) better execution than peers on product front-as its most recent first-to-market USB modem demonstrates-enabling NVTL to maintain profitable revenue growth; (5) tier-one OEM embedded modules business is beginning to contribute meaningful revenues, with an exponential ramp in end demand by 2009; and (6) while gross margins may fluctuate on a quarterly basis, we do not anticipate a product cycle or competitive pressure related steep falloff in the foreseeable future, while operating leverage contributes to earnings acceleration. We believe that these positives should contribute to more than 80% revenue growth with healthy earnings growth in 2007. In addition, we expect NVTL's board to fill the CFO position within the next six months, reducing execution risk. With this in mind, NVTL shares appear attractively valued versus our 12-month price target of $34, based on applying a 25x P/E multiple on potential 2008 earnings power of $1.19 plus $3.81 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out the top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks. |
| 9/18/2007 | 2,054,016 | $24.79 | 7.97% | 2.10 | |
| 9/19/2007 | 1,013,424 | $24.24 | -2.22% | (1.06) | *Date: Sep 19 2007  22:16:56 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 7,000** |

Exhibit 1
Page 236

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 09/14/07<br>Approximate Date Of Sale: 09/07/07<br>Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 7,000 Shares Of Novatel Wireless Inc [NVTL] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| 9/20/2007 | 859,821 | $23.52 | -2.97% | (1.04) | *Date: Sep 20 2007  22:25:13 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Lim Peng K Files To Sell 60,000 Shares**<br>Form 144 Filed At The Securities And Exchange Commission On 09/18/07<br>Approximate Date Of Sale: 09/08/07<br>Lim Peng K, Director, Of 1063 Morse Ave #22305, Sunnyvale, Ca 94089, Has Filed To Sell 60,000 Shares Of Novatel Wireless Inc [Nvtl] Through E-Trade Financial. Issuer Phone |
| 9/21/2007<br>9/22/2007 | 713,993 | $23.31<br>Saturday | -0.89% | (0.59) | *September 22, 2007 PriceTarget Research*<br>**Novatel Wireless Inc**<br>OVERALL RATING<br>Novatel Wireless has a current Overall Rating of A (Highest Rating). Overall Rating reflects complementary signals from PTR's two proprietary measures of a stock's attractiveness. Novatel Wireless has a good Appreciation Score of 65 and a very high Power Rating of 98. The Power Rating enhances the impact of the Appreciation Score, and the Highest rating results. (See PTR RatingMap, and comments below). (For more on PriceTarget Research's Stock Ratings, see: http://pricetargetresearch.com/backtest.jsp .)<br>APPRECIATION SCORE (POTENTIAL PRICE CHANGE TO TARGET)<br>Novatel Wireless' Price Target of $40 represents a 71% change from its current price of $23.31. This high appreciation potential results in an appreciation score of 65 (only 35% of the universe has greater appreciation potential.)<br>POWER RATING (LIKELIHOOD OF FAVORABLE PERFORMANCE)<br>Novatel Wireless has a Power Rating of 98. (This very high Power Rating indicates that NVTL has a better chance of achieving attractive investment performance over the near to intermediate term than all but 2% of companies in the universe.) Factors contributing to this very high Power Rating include: the recent trend in NVTL's earnings estimates has been extremely favorable; and recent price action has been extremely favorable. An offsetting factor is the Telephone & Telegraph Apparatus comparison group is in a slightly weakened position currently.<br>Investment Profile<br>BUSINESS DESCRIPTION<br>Novatel Wireless, Inc. provides wireless broadband access solutions for the mobile communications market worldwide. It offers 3G wireless PC card and ExpressCard modems, embedded modems, communications software, and fixed'mobile convergence (FMC) solutions. The company's products are designed to operate on wireless networks and provide mobile subscribers with high speed access to corporate, public, and personal information through the Internet and enterprise networks. Novatel Wireless also offers software engineering, integration, and design services. The company serves wireless network operators, infrastructure providers, distributors, original equipment manufacturers, and vertical markets. It has strategic relationships with Alcatel, Siemens, Dell, QUALCOMM, Sprint PCS, Verizon Wireless, and Vodafone. Novatel Wireless was founded in 1996 and is headquartered in San Diego, California.<br>SUITABILITY<br>Novatel Wireless' "suitability" for an investor's specific investment objectives is reflected in twelve investment variables that together define its investment profile relative to an 8,000 company universe. These variables measure how well Novatel Wireless aligns with an investor's income orientation, risk tolerance, and need for marketability/liquidity.<br>Relative to the S&P 500 Composite, NovAtel Wireless Inc. has slightly more growth than value characteristics – its appeal is likely to |

Exhibit 1
Page 237

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

be capital gain oriented investors. NVTL is of average investment quality. NVTL's valuation is high (low dividend yield, high P/E ratio, and high price/asset ratio)reflecting high investor expectations and carrying with it possible price risk if performance falls short. Relative strengths include: high consensus forecast profitability, low financial leverage, and high consensus forecast growth. Relative weaknesses include: low historical profitability, high stock price volatility, low historical growth, and high earnings variability. NVTL has unusually low market capitalization.

Forecast Growth

PTR's growth forecast for Novatel Wireless begins with consideration of historical growth rates. Four historical growth measures are examined for up to the last ten years. Each growth measure is derived on a per share basis so that dilution from acquisitions or financing is reflected. "Balance Sheet" growth (growth in assets or equity per share) is typically the best measure of a company's basic - or intrinsic - growth rate.

HISTORICAL GROWTH AND CONSENSUS FORECAST

There are no significant differences between Novatel Wireless' longer term growth and growth in recent years. Annual revenue growth has been 7.7% per year. Total asset growth has been ?3.8% per year. Annual E.P.S. growth has been ?16.1% per year. Equity growth has been ?6.4% per year.

Novatel Wireless' historical income statement growth and balance sheet growth have diverged. Revenue growth has exceeded asset growth; earnings growth has fallen short of equity growth.

Novatel Wireless' consensus growth rate forecast (average of Wall Street analysts) is 24.3% ?? substantially above the average of the historical growth measures.

PTR GROWTH FORECAST

PTR's growth forecast is the company's longer term intrinsic growth rate. Consequently, it gives more weight to balance sheet growth than income statement growth and is importantly influenced by recent experience.

PTR's growth forecast is 20% - substantially above our recent forecasts. Forecasted growth suffered a dramatic, erratic decline between 1998 and 2006. The current forecast is significantly below the 2001 peak of 50%. PTR's growth rate forecast of 20.0% is below the consensus but substantially above the average of the historical growth measures.

Forecast Profitability

HISTORICAL PROFITABILITY

Businesses create wealth for shareholders by investing capital at a rate of return that is greater than the cost of capital. Return on equity is an extremely important measure of corporate operating performance and is of particular importance in understanding the wealth Novatel Wireless' investments generate for investors.

PTR's return on equity forecast for Novatel Wireless begins with consideration of trends in historical profitability and its components. Return on assets is a function of asset turnover, profit margin, and the tax keep rate. Return on equity depends on return on assets as well as leverage effects.

Novatel Wireless' return on equity has eroded very significantly since 1998. This very significant erosion was due to a very strong negative trend in operations (pretax return) and a very small negative trend in non?operating factors.

The unfavorable trend in operating performance was driven by higher asset turnover and lower pretax margin. The productivity of Novatel Wireless' assets rose over the full period: asset turnover has enjoyed a very strong overall uptrend.

Non-operating factors ( income taxes and financial leverage) had a very small negative influence on return on equity.

PTR PROFITABILITY FORECAST

PTR's return on equity forecast reflects current forecasts for earnings and common equity per share. These forecasts take recent trends in operating performance into account.

PTR's return on equity forecast is 18.2% - substantially above our recent forecasts. Forecasted return on equity enjoyed a dramatic, erratic increase between 1998 and 2006. The current forecast is significantly above the 2003 low of 4%.

Price Target

Novatel Wireless' current price target of $40 represents a 71% change from the current price of $23.31. This high appreciation potential results in an appreciation score of 65 (only 35% of the universe has greater appreciation potential.) Reinforcing this high Appreciation

Exhibit 1
Page 238

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Score of 65, the high Power Rating of 98 contributes to an Overall Rating of A. |
| | | | | | Novatel Wireless' Price Target is based on forecasts of the three key Value Drivers discussed above – return on equity, growth in investment, and an appropriate cost of equity capital for each period. When expected return on equity exceeds the cost of equity capital, new investments create value for shareholders. Conversely, when returns fall below the cost of equity capital, shareholder value is reduced. |
| | | | | | With future returns forecasted to be above the cost of capital, NVTL is expected to continue to be a significant value builder. Novatel Wireless' return on equity has eroded very significantly since 1998. |
| | | | | | At Novatel Wireless' current price of $23.31, investors are placing a positive value of $14 on its future investments. This view is not supported by the company's most recent performance that reflected a growth rate of 9.0% per year, and a return on equity of 4.0% versus a cost of equity of 4.4%. However, this view is consistent with PTR's forecasts. As explained previously, PTR expects NVTL to grow at a rate of 20.0% per year and to earn a return on equity of 18.2% versus a cost of equity of 4.4%. |
| | | | | | PTR's 2008 Price Target of $40 is based on these forecasts and reflects an estimated value of existing assets of $15 and a value of future investments of $25. |
| 9/24/2007 | 736,817 | $22.98 | -1.42% | (0.56) | *Date: Sep 24 2007  6:00:03 Wire: Business Wire (BUS)*<br>**Novatel Wireless to Present at Jefferies Technology Conference 2007 - Presentation to Be Webcast on October 1, 2007 at 12:20 p.m. EDT**<br>Jefferies Technology Conference 2007<br>SAN DIEGO--(BUSINESS WIRE)--September 24, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), today announces participation in the following event with the financial community:<br>  Jefferies Technology Conference 2007<br>  Presentation Date: Monday, October 1, 2007<br>  Time: 12:20 p.m. EDT<br>  Presenter: Brad Weinert, president<br>  Location: Mandarin Oriental Hotel, New York City |
| 9/25/2007 | 669,296 | $23.74 | 3.31% | 0.99 | |
| 9/26/2007 | 903,236 | $24.30 | 2.36% | 0.64 | |
| 9/27/2007 | 1,106,865 | $23.48 | -3.37% | (1.44) | *Date: Sep 27 2007  12:41:02 Wire: Business Wire (BUS)*<br>**Sprint Expands Mobile Broadband Portfolio with Novatel Wireless 2-in-1 USB Modem - Novatel Wireless Ovation U727 EV-DO Rev. A USB Modem Combines   Mobile Broadband Connectivity and File Storage for Sprint Customers**<br>OVERLAND PARK, Kan. & SAN DIEGO--(BUSINESS WIRE)--September 27, 2007 Sprint (NYSE:S) and Novatel Wireless, Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced the commercial availability of the Ovation(TM) U727 USB Modem. Carrying the distinction of being the world's smallest EV-DO Rev. A modem stick, the Ovation U727 features an integrated microSD(TM) slot, allowing for the seamless storage and transport of up to 4GB of files, photos or videos.<br>  The Ovation U727 is designed to work with any computing device equipped with Type A USB ports, including most desktops, notebooks, tablet PCs and PDAs, to provide instant on-the-go mobile broadband access. With out-of-box support for a variety of operating systems including Windows(R) (Vista, XP, 2000), Mac OS(R) X and Linux, the Ovation U727 enables users to surf the Web, check email and access important business documents with speeds similar to those of a cable or DSL connection.<br>  "Mobile professionals and consumers alike want to make the most out of whatever equipment they carry and Sprint customers get maximum value from the Ovation U727 which delivers both high-speed access via the Sprint Mobile Broadband Network and the ability to store and access documents and other critical information," said Danny Bowman, vice president of customer equipment for Sprint. "A smaller form factor, GPS locate-and-find capabilities and newly available support for the Linux platform truly help make this a next-generation connectivity device for our customers."<br>  Optimized for the Sprint Mobile Broadband Network, the Ovation U727 supports EV-DO Rev. A technology where available |

Exhibit 1
Page 239

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|------------------|------------------------------------------------------------------------------|
| | | | | | providing average download speeds from 600 kbps to 1.4 Mbps (with peak speeds of 3.1 Mbps) and upload speeds from 350 to 500 Kbps (with peak speeds of 1.8 Mbps), offering users unprecedented performance and notably faster speeds than legacy mobile data modems. The Ovation U727 is also backwards compatible for EV-DO Rev. 0 and 1XRTT technology in areas where EV-DO Rev. A coverage is not yet available. |

"Novatel Wireless and Sprint have worked closely to develop mobile broadband solutions that meet the everyday needs of the end user," said Brad Weinert, president, Novatel Wireless. "With the launch of the Ovation U727, Sprint customers can now take full advantage of the next-generation speed and functionality of the Sprint Mobile Broadband Network."

Featuring an extremely durable design and remarkably small form factor, the U727 combines a variety of innovative features, including an integrated dual band diversity antennae system with flip-up antennae to maximize data speed performance and provide for stronger network signal reception. Sprint Mobile Broadband Lite ManagerSoftware is included to simplify set-up and navigation through the vast feature set of the Ovation U727, eliminating the need to install drivers from a CD when using the Windows platform.

Beginning next month, the U727 will be sold through Sprint indirect and business sales channels and online at www.sprint.com for a suggested retail price of $279.99 and as low as $79.99 with a two-year subscriber agreement and mail-in-rebate. Sprint retail stores will begin offering the device later this year. Service plans for the card currently range from $39.99 per month for 40 MB to $79.99 per month for unlimited data usage. Customers signing a two-year subscriber agreement will be eligible to receive unlimited data usage for $59.99 per month (no separate voice plan required).

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|------------------|------------------------------------------------------------------------------|
| 9/28/2007 | 1,094,533 | $22.65 | -3.53% | (1.29) | *September 28, 2007 Craig-Hallum - Anthony J. Stoss, Steve Dyer* |

**Novatel Wireless, Inc. - Verizon, Sprint Deals Yesterday Support our Belief in Continued Momentum. We Believe Vodafone, T-Mobile and Telefonica also Launching New "Keychain" USB Product. More European Carriers to Follow. Reiterate BUY and $30 Price Target.**

Press releases yesterday from both Sprint and Verizon Wireless announcing the launch of NVTL's "keychain" USB product confirm our earlier belief that NVTL began to make volume shipments of its "keychain" USB modems to each company nearly 30 days ago. We expect these orders to drive Q3 revenue beyond management's guidance of $100 million.

The Ovation U727 USB modem is the world's smallest EV-DO Rev. A modem stick. The product is designed to work with any computing device equipped with a Type A USB port, including most desktops, notebooks, and tablet PCs, and will provide mobile access to high-speed wireless broadband networks at speeds similar to cable and DSL. In general, we believe the "keychain" USB offers a competitive advantage based on its design and expect its small size to appeal to customers, likely making it the top selling PC card product with carriers. We do not expect competitors to have a "look alike" product until next year. NVTL's modem is currently available at Verizon's website for $149.99 with a two-year contract and $50 mail-in-rebate. Sprint expects to have a similar offer in place next month.

We believe that overall order activity from both Verizon and Sprint has been strong this quarter with no expected fall off from the transition to the "keychain" USB from the older USB version. We remind investors that Sprint and Verizon Wireless are NVTL's largest customers by a large margin and believe a potential sequential increase in orders here bodes well for NVTL's ability to meet (and likely exceed, in our opinion) Street estimates for Q3, as well as the company's full year guidance.

We remain encouraged by what we are hearing from the European carrier channel, whose presence as significant customers of NVTL has been noticeably absent over the latest product cycle. We believe the new USB product will continue to aid NVTL in its attempt to further develop inroads into this major market over the next several quarters. Specifically, we believe shipments of the 7.2mbps HSUPA "keychain" USB to Vodafone have been steady since the launch in early July and are poised to pick up speed as NVTL gains entrance into more Vodafone operating regions (they are currently selling into Vodafone carriers in Spain, South Africa and Germany, which comprise roughly 62 million Vodafone subscribers). We believe NVTL began shipping the 7.2 mbps HSUPA "keychain" USB to T-Mobile and Telefonica during the quarter (Telefonica was announced). We expect shipments will likely be more material to the fourth quarter.

Moreover, we believe additional European carriers will come on-line in Q407. In total, we believe our and Street estimates may prove too low going forward with our thinking as follows: First, as previously stated, we think sales into both Sprint and Verizon are solid.

Exhibit 1
Page 240

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | Further, we think new shipments to Vodafone, T-Mobile and Telefonica, in addition to strong embedded module revenue this quarter, should account for an above guidance quarter. As a result, we believe the company's guidance of $100 million in revenue for Q3 is likely quite conservative coming off its $97.4 million number in Q2. We are comfortable with our estimate of $105 million in revenue for Q3. |
| | | | | | Looking ahead, the company has offered 2007 guidance of revenue of $415-$425 million and pro forma EPS of $1.25-$1.30 per share, both of which we judge to be conservative though still very impressive. We are modeling $422.2 million in revenue and $1.33 per share in pro forma earnings. In addition to the broadbased strength highlighted above, we continue to hear chatter that carriers such as Sprint and Verizon Wireless are strongly considering cutting their $59.99 monthly unlimited data rate, which we believe would cause a significant increase in demand for the service and, as a result, NVTL's cards. |
| | | | | | From a macro perspective, we note that global demand for wireless data continues to gain momentum as coverage becomes more ubiquitous and speeds continue to increase. We believe this is a long-term secular trend that will continue for many years and believe NVTL is well-positioned to capitalize on it. |
| | | | | | STOCK OPPORTUNITY |
| | | | | | Despite NVTL's rapid revenue growth, we continue to believe we are still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company, the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3 per share in cash. |
| | | | | | We are reiterating our BUY rating $30 price target, which is based on 19x our pro forma 2008 EPS estimate of $1.61/share, a multiple we believe is conservative especially considering the company's revenue growth. |
| | | | | | RISKS |
| | | | | | We believe an investment in NVTL involves the following risks. |
| | | | | | * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more costeffective solutions. |
| | | | | | * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers. |
| | | | | | * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results. |
| | | | | | * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturers, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results. |
| 10/1/2007 | 999,414 | $23.41 | 3.36% | 0.75 | |
| 10/2/2007 | 730,112 | $23.50 | 0.38% | 0.01 | *October 2, 2007 CIBC -Ittai Kidron, George Iwanyc* |
| | | | | | **Novatel Wireless Inc. - USB Reloaded With Second Generation Solutions** |
| | | | | |   Our checks show that 3Q was another strong quarter for 3G PC/USB cards, as a result we expect Novatel to report 3Q results at or above our estimates. We're encouraged that 4Q could see more upside with the company's new 2nd gen USB EVDO and HSUPA products now shipping. |
| | | | | |   Novatel's MC 950D HSUPA USB product is a 2nd gen form factor, but it's the company's first USB product for 3G WCDMA/HSPA carriers. We believe this can help open doors at new carriers, building off the first USB shipments at current customers Telefonica, Vodafone, and T-Mobile in September. |
| | | | | |   A stronger than expected mix of USB would put a positive bias on gross margin, which we've cautiously modeled at 29% (the low end of guidance). We're not changing our estimates, but an upward revision is possible. Overall, we're positive reiterating our SP rating, while watching margins. |
| | | | | |   The 2nd gen U727 (EVDO USB) just started shipping to Verizon and Sprint in September. We don't see this as a big 3Q driver, but it bodes well for 4Q. Verizon is currently offering Novatel's first gen U720 and we've seen a strong push at Sprint with Sierra Wireless' |

Exhibit 1
Page 241

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

595U.

3Q Solid, USB Bodes Well for 4Q

Our checks show that overall PC/USB card market was strong in 3Q with demand for USB cards remaining an important new catalyst. This bodes well for Novatel at top customer Verizon (VZ-SP) and leaves us comfortable with our September quarter estimates of $100.8 million in sales and pro forma earnings of $0.27 (GAAP $0.21). Consensus is $100.4 million with earnings of $0.23, which we believe has a mix of GAAP and proforma. We wouldn't be surprised to see Novatel report upside to both the top and bottom line. We reiterate our Sector Performer rating highlighting a strong market outlook, but some caution on possible margin pressure.

Our overall thesis on Novatel is unchanged, we see the wireless data access market that Novatel participates in, 3G PC and USB cards and embedded modems, as being at the front end of an expansion period. Keys to the growth include:

 * Accelerating 3G traction and expansion into new markets with Qualcomm's (QCOM-SO) recent preannouncement confirming that this remains the case

 * Strong acceptance of the relatively new USB form factor, which opens up new use patterns in both mobile and fixed PC applications

 * And an opportunity to gain share in Europe as Novatel launches new HSUPA products for this region

While we're positive on 3Q, we see a bigger opportunity for upside in 4Q. We believe 3Q should be viewed as a transitional quarter (with margins declining) as carriers waited for Novatel's second generation USB products, the U727 EVDO Rev. A and MC950 HSUPA devices (actually the first USB release for WCDMA carriers, but in the second gen size), which only recently started shipping. 4Q represents the first full quarter for these new products to have an impact, which we believe could be significant.

USB Back At Sprint

Announcements within the last week from Novatel, Verizon (VZ-SP) and Sprint Nextel (S-SP) confirm that Novatel is now shipping the 727 to both carriers. We believe the new cards started shipping to the carriers in mid September, but are yet to meaningfully hit store shelves at either carrier.

Verizon is currently offering Novatel's first gen U720 USB product - a positive contributor throughout the quarter for Novatel. Sprint has been heavily promoting Sierra Wireless' (SWIR-SO) 595U. While missing out on Sprint USB sales during 3G hurts mix, we believe Novatel's express card shipments to Sprint remained solid. At this point we expect Sprint to split USB amongst the two vendors with Sierra seeing the larger volume in the near term. Longer term share could shift back and forth with product generations.

Keep an Eye on Europe

The new HSUPA MC950 USB modem also started to ship in September and could play an important role in Novatel gaining share in Europe during 4Q and 2008.

Telefonica was the first announced European carrier with the USB card and both Vodafone and T-Mobile have now added Novatel's USB card to their portfolios.

Novatel is now supplying ExpressCards and USB modems, benefiting from greater shelf space and over time we would expect more carriers to adopt the USB form factor.

The desktop connectivity possible with USB in Europe could be a wild card and incremental to our current growth projections. We've been cautious on building in much desktop use as the response to Novatel's first Ovation products (a fixed 3G modem) was tepid. But with USBs flexibility as both a mobile and fixed solution and with more 3G networks starting to go live in Eastern Europe this is an area worth watching. We're yet to see firm evidence, but we're keeping our eye on this.

Margins Could Be Stronger Than Modeled

As carriers continue to be positive on the USB form factor, we expect a heavy marketing push through the holiday season specifically targeting USB. We now believe that USB cards, which accounted for 37% of 2Q revenue, could ramp to over 50% of sales at some point in 2008. A 50% type of mix of USB going forward would put a positive bias on gross margin that isn't currently represented in our model.

We currently model a conservative gross margin of 29% for 3Q and 4Q. 29% is the low end of management's guidance (29%-30%) for 3Q and well below the strong 31.7% recorded in 2Q. We're not adjusting our margin assumptions at this time, but if USB mix increases (as we now are more comfortable with) we will likely tweak up margins assumptions for 4Q and 2008.

Exhibit 1
Page 242

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 10/3/2007 | 1,933,609 | $24.91 | 6.00% | 2.35 | *Date: Oct 3 2007  17:08:05 Wire: Washington Service (WSA)*<br>**Hadley Robert M,Vice Pres., Sells 2,667 On 10/1/07 Of NVTL**<br><br>*Date: Oct 3 2007  18:48:55 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres., Sells 15,000 On 10/3/07 Of NVTL** |
| 10/4/2007 | 767,135 | $25.08 | 0.68% | 0.14 | |
| 10/5/2007 | 1,250,584 | $25.85 | 3.07% | 0.57 | |
| 10/6/2007 | | Saturday | | | *10/6/07 Channel Trend (BIR)*<br>**Novatel Wireless Inc** |

Novatel Wireless Inc provides wireless broadband access solutions to the worldwide mobile communications market. The company's products include 3G wireless PC card modems, embedded modems, communication software, and fixedmobile convergence solutions, which enable wireless operators to provide secure and highspeed access to Internet and enterprise networks. Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, EPlus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens.

Strong Recent Relative Performance

Novatel Wireless Inc's performance reflects the fact that it is a small-cap blend stock in the telecom equipment industry. Over the past year the stock has pleased investors by producing strong relative performance. Its 73% advance led 94% of stocks in the BIR Small-Cap Index (similar to the Russell 2000 Index) and 94% of the telecom equipment stocks in that index. Over the same period the company's earnings per share rose from a loss to a profit and its sales rose 105%.

Strong Earnings Growth Expected

The company reported September 30 interim earnings of $0.28 versus $-0.03 the previous year. The company's latest interim earnings were above analysts' expectations. The December interim earnings are expected to advance strongly yearon- year when they are reported around January 13. Novatel's earnings for the year 2007 are projected to advance strongly. Novatel has an Above Average Risk Profile Understanding Novatel as an investment means developing a clear picture of its risk profile as well as its reward potential. A risk profile describes the influences on a stock, which explain its particular pattern and level of volatility. Our risk ranks range from low (10%) to high risk (100%), with 50% being the average. Novatel has a risk rank of 70%. Unlike beta, a stock's response to the market's movement, our risk profile incorporates both business risk and investor driven stock variability. A firm's business risk varies with the stability of its revenues, the breadth of its operating divisions, the quality of its working capital and its financial leverage. A stock's variability reflects its weekly price movements over the last 7 years.

24% L-T Growth; Below Average Quality

Novatel's interim price direction and volatility is only partially the result of the company's fundamentals. The strongest external influence is its position in the technology sector and the telecom equipment industry. This area is noted for its above average sensitivity to the business cycle and for the wide swings in its stocks.

Company specific influences relate to the variability of Novatel's earnings and the characteristic behavior of investors that own it. We project it will grow with below average persistence and at a long-term rate of 24%. Its overall financial quality is below average versus other firms. The investor-related influences in our risk profile include the stock's lack of dividend yield, its NASDAQ membership, its 95% institutional ownership, its market cap of $610.11M and its above average sensitivity to market moves (3.61 beta).

Strong Performance Ahead

Our recommendation on Novatel Wireless is based on an assessment of key valuation and price behavior measures which we believe to be strongly related to the stock's future performance. In this systematic evaluation each of the variables described below was ranked according to its level of attractiveness in Channel Trend's total universe of large-cap and small-cap stocks. These measures have varying weights according to their level of importance. The stock's final rating was determined by totaling the weighted scores of

Exhibit 1
Page 243

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

these variables. Conclusions in each of these factor areas are shown to document Channel Trend's disciplined decision making process. The peer group information does not influence the overall rating; it is provided solely for informational purposes.

BASE P/E ASSESSMENT LEVEL – Unfavorable Values a stock relative to the company's peak earnings per share during the past five years. A lower Base P/E ratio tends to be more attractive. The current Base P/E for Novatel Wireless is 35.1, which is lower than the Base P/E for 17.2% of all covered stocks and lower than 23.0% of stocks in its peer group. The median for all covered stocks is 17.8.

EXPECTED EARNINGS GROWTH RATE - Favorable

Measures the expected annualized rate of growth in a company's earnings per share from its base earnings level to the forecast earnings 5 years ahead. Stocks of companies with faster earnings growth rates tend to be more attractive. The expected annualized earnings growth rate for Novatel Wireless is 10.7%, which is faster than 77.8% of all covered stocks and faster than 61.3% of stocks in its peer group. The median earnings growth rate for all covered stocks is 8.2%.

CURRENT PRICE vs. FAIR VALUE - Most Favorable

Measures the percentage difference between a stock's current price and its estimated fundamental fair value. Compared to its estimated fair value of $27.36, Novatel Wireless is undervalued by 38.4%, which makes it more attractive than 95.7% of all covered stocks and more attractive than 95.2% of stocks in its peer group.

EXPECTED TREND PRICE CHANGE – Most Favorable

Measures the projected change in the trend of a stock's price. Stocks with stronger price trends tend to be more attractive. The trend price for Novatel Wireless is projected to increase by 21.1%, which is more favorable than 94.7% of all covered stocks and more favorable than 91.9% of stocks in its peer group. The median trend price change for all covered stocks is -0.2%.

POSITION IN PRICE CHANNEL - Favorable

Measures where a stock is trading within a price volatility-determined price channel, with the stock's current trend price representing the middle, or 50th percentile of the channel. Stocks trading at lower positions in their price channels are more attractive. The current channel percentile for Novatel Wireless is -6.5%, which is more attractive than 84.2% of all covered stocks and more attractive than 91.9% of stocks in its peer group. The median channel percentile for all covered stocks is 27.3%.

CURRENT PRICE vs. PROJECTED PRICE – Most Favorable

Measures the percentage difference between a stock's current price and its projected price 3 months ahead. A stock's projected price is determined by the change in its trend price and its position in its price channel. Novatel Wireless is currently trading 43.6% below its projected price of $29.89, which makes it more attractive than 97.2% of all covered stocks on this measure and more attractive than 95.2% of stocks in its peer group.

Telecom Equipment Industry

Sep. 10, 2007 -- Best Independent Research -- The telecom equipment industry comprises manufacturers of routers, switches, fiber optics, and other network equipment used by telecom service providers. The sector also includes mobile device makers who reach consumers through distribution outlets or link up with service providers. VoIP services, or voice transmission over Internet, continued to be the show runner in the industry, while IPTV, or television through Internet, came into focus during the quarter ended June. These days, telecom equipment makers are in consolidation mode and many small private companies are being snapped up by large, established suppliers of network infrastructure products.

High Costs Shake Market

Excluding companies that were impacted by acquisitions or divestments, the combined revenues of equipment makers for the most recent quarter fell by low double digits. The underperformers offset the results of the performers. Networking firms faced a challenging U.S. market but a wider and warmer global one. The sales of fiber optic specialists rose, driven by growth in the liquid crystal display (LCD) application business in Europe and Asia. Telecom equipment makers witnessed poor growth, with only services generating some revenue. In the wireless market, Nokia continued gaining market share, improving to 37% from 33.4% a year ago. The iPhone- excitement wrested some market share from Motorola. The bottom line of the industry fell by high single digits.

Ruling Upsets Industry Dynamics

In 2006, CDMA pioneer Qualcomm was sued by smaller rival Broadcom for patent infringement. Broadcom won the case and the

Exhibit 1
Page 244

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | International Trade Commission banned the import of new 3G (Third Generation technology) cell phone models or PC Cards containing Qualcomm's chips into the U.S. Since both the 3G technologies in the world today — WCDMA and CDMA2000 — are built on Qualcomm's proprietary technology, CDMA, the ruling has more than just the firm's interest at stake. The ban has stirred an industry where many carriers are in the process of shifting to 3G. These carriers will now have to reorganize their upgrades and adopt new wireless technologies like WiMax or WiFi. On their part, 3G-specific gear makers will need to rework their strategy accordingly. Thus, telecom equipment makers have to constantly innovate while adhering to regulatory boundaries. |
| | | | | | Joint Ventures and Divestitures are In |
| | | | | | The equipment industry's prospects hinge on the spending patterns of carriers. With WiMax gaining prominence, long-hassled gear-making behemoth, Nortel, might get some relief. It has been trying to overcome the slump in its Enterprise market with an early bird advantage in WiMax technology. Very few firms like Cisco and Research in Motion strike the balance between the ability to fulfill current needs and the diligence to innovate. Nowadays, giants are looking to collate their units. For example, Nokia- Siemens is trying to replicate Sony Ericsson's success. Divestments are commonplace, with telcos like Ericsson and Harris Corp. choosing to focus on their core businesses and enhancing shareholder value through a spin-off. |
| | | | | | Spectrum Auction to Steer Action |
| | | | | | The spectrum (a range of frequencies available for over-the-air transmission) once occupied by television broadcasters is being freed as TV goes digital, and carriers are gearing up for the upcoming spectrum auctions. This is good news for telecom equipment makers who will have to provide for newer technologies and an increase in bandwidth consumptions. |
| 10/8/2007 | 1,742,927 | $26.69 | 3.25% | 1.07 | *Date: Oct 8 2007  7:46:28 Wire: Briefing.com  Global Menu (BRF)* **NVTL: Novatel Wireless upgraded to Outperform from Sector Perform at CIBC** |
| | | | | | *October 8, 2007 CIBC - George Iwanyc, Ittai Kidron* **Novatel Wireless Inc. - Upgrading To SO - Europe Better Than First Thought**   As of October 8, we're upgrading the shares of Novatel to SO from SP and setting a $33 PT based on a 22x 2008 P/E multiple of our $1.51 estimate. The shares have already seen a nice recovery, but we believe there is still room for more as 2nd gen USB parts really ramp in 4Q.   We already expected a solid 3Q with possible upside coming from strength in North America, but our most recent checks give us comfort that the Sept. USB product launches are going better than we first thought, particularly in Europe. 4Q will be the first full quarter where this makes a difference.   Our checks also show demand has outstripped Novatel's supply for some products at this point, creating spot shortages. We don't see this as a problem, and as the company resets production higher we believe the demand supports strong 4Q momentum to meet pent up demand.   We emphasize that the shortages are due to the strong carrier demand and not supply chain issues. While we see some upside in 3Q because of this, it can be higher in 4Q. Therefore we are raising our estimates for both quarters and are now above the high end of guidance for 3Q and 2007. Upgrading to Sector Outperformer As of Monday, October 8, we're upgrading Novatel Wireless to Sector Outperformer from Sector Performer and setting a price target of $33. Our target is based on a 22x our 2008 EPS estimate of $1.51. The shares have already seen a nice run after competitive and product transition fears weighed on the stock early in 3Q, but we believe there is still room for more growth post the recent run. We're a buyer going into earnings at current levels and are setting our new estimates ahead of the high end of company guidance.A key point driving our upgrade is stronger than anticipated demand, particularly in Europe, which we expect will gain momentum in 4Q07. We already expected a solid 3Q07 with possible upside coming from strength in North America, but our most recent checks give us comfort that the September 2nd gen USB product launches are going better than we first thought. We believe the stronger than expected demand in Europe has outstripped supply for some products, challenging Novatel to meet all of its orders and leading to some supply shortages. This will contribute to upside in 3Q07, but more importantly its building pent up demand heading into 4Q07. |

Exhibit 1
Page 245

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | We believe Novatel is already upping production and we look for full-year guidance to increase. We're raising both our 3Q and 4Q estimates, to reflect the upside. |
| | | | | | Since mid September, Novatel has been shipping its 2nd gen EV-DO product (the 727) to its main North American customers Verizon (VS-SP) and Sprint Nextel (S-SP), but we believe the biggest upside in 4Q07 will come in Europe. Novatel is already selling ExpressCards there and is just now ramping its first USB product, the HSUPA MC950 in a 2nd gen form factor, for this region. |
| | | | | | With the USB product only starting to ship in the last week or so of September, we don't see it as a game changer in 3Q07 and look for its true potential to come into focus later in the year and in 2008. Novatel is already shipping its HSUPA USB product to Telefonica, Vodafone, and T-Mobile in Europe. |
| | | | | | Our 3Q07 margin estimates are unchanged as new products and HSPA typically have lower margins than established EV-DO cards. But with much of the upside coming from USB cards (higher margin than PC cards) and new products already starting to mature in 4Q07, margins could come in stronger than expected. |
| | | | | | We've built some of this into 4Q07, but we believe we're still on the conservative side leaving the potential for more upside. |
| | | | | | We also emphasize that all along we've seen Novatel as a leader in a market in a long-term expansion period. This was triggered by the maturity of 3G networks and has gained momentum with speed upgrades. We've seen impressive growth (21.7% in 3Q06 QoQ, 38.6% in 4Q06, and 42.6% 1Q07) and a bit of a reset in 2Q07 (-55.4%) with the product transition. We expect growth to resume in 3Q07 and accelerate in 4Q. |
| | | | | | Bottom line, we see Novatel's end markets resetting at higher levels for the next several years. Near term we focus on the momentum building in Europe and with USB, longer term we see sustained growth coming from 3G expansion into new regions and as data service prices come down worldwide. |
| | | | | | Transitions are always tricky, but we believe Novatel's more than up for the task and the big picture is rosy and supports our upgrade to Sector Outperformer. |
| | | | | | Price Target Calculation |
| | | | | | Our price target for Novatel Wireless is $33, which is based on a 22x P/E multiple on our 2008 earnings estimate of $1.51. A 22x multiple is a slight premium to the group average of 21x (excluding outliers), which we believe is warranted given the strong growth prospects over the next several years (103.3% in 2007 and 18.1% in 2008) and stronger than pier group average margins. |
| | | | | | Risk to Price Target |
| | | | | | Novatel Wireless' shares are subject to the perception of the health of the wireless industry and particularly the adoption of 3G and other next generation technologies. If 3G take up is slower than anticipated, investor perception could suffer. The company's inability to gain market share in international markets or to maintain its strong position in North America may also affect the stock price. Other factors to consider include possible disruption as new technologies enter the market such as WiMAX and the ability to continue to manage to introduce new products in a timely and cost effective manner. |
| 10/9/2007 | 934,250 | $26.72 | 0.11% | (0.20) | |
| 10/10/2007 | 919,068 | $26.15 | -2.13% | (0.94) | |
| 10/11/2007 | 1,376,126 | $26.13 | -0.08% | 0.32 | |
| 10/12/2007 | 919,377 | $26.42 | 1.11% | (0.01) | |
| 10/15/2007 | 1,163,085 | $25.80 | -2.35% | (0.67) | *Date: Oct 15 2007  22:26:10 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Hadley Robert M Files To Sell 8,001 Shares** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 10/09/07 |
| | | | | | Approximate Date Of Sale: 10/01/07 |
| | | | | | Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 8,001 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800 |
| 10/16/2007 | 901,092 | $24.88 | -3.57% | (1.22) | |
| 10/17/2007 | 1,101,944 | $24.79 | -0.36% | (0.51) | |

Exhibit 1
Page 246

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 10/18/2007 | 1,264,252 | $24.88 | 0.36% | (0.00) | *Date: Oct 18 2007  22:17:48 Wire: Washington Service (WSA)*<br>**Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 7,000**<br>Form 144 Filed At The Securities And Exchange Commission On 10/16/07<br>Approximate Date Of Sale: 10/04/07<br>Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 7,000 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| 10/19/2007 | 1,040,643 | $23.85 | -4.14% | (0.83) | |
| 10/22/2007 | 1,366,610 | $24.52 | 2.81% | 0.67 | *Date: Oct 22 2007  7:56:32 Wire: BLOOMBERG News (BN) --Pam Tocco*<br>**Novatel Wireless Raised to `Buy' at Morgan Joseph: NVTL US**<br>   Princeton, New Jersey, Oct. 22 (Bloomberg Data) -- Novatel Wireless (NVTL US) was raised to ``buy'' from ``hold'' by analyst Kevin Dede at Morgan Joseph & Co. The price target is $32.00 per share. |

*Date: Oct 22 2007  8:00:12 Wire: Business Wire (BUS)*
**Novatel Wireless Wins AeA Award for USB Product Line -  Company's Ovation USB Line Recognized for Best Computer and Related Products**
SAN DIEGO--(BUSINESS WIRE)--October 22, 2007 Novatel Wireless, Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced that the San Diego chapter of the American Electronics Association (AeA), the nation's largest high tech industry association that recognizes local technology companies for their achievements in technological innovation, civic contributions and industry accomplishment, has recognized the company's USB product line as the overall winner in the Best Computer and Related Products category of this year's AeA Awards.
   "It's a great honor to be recognized as a leader among the San Diego tech community with top honors in this year's AeA awards," said Rob Hadley, senior vice president of worldwide sales and marketing, Novatel Wireless. "The award is a testament to the skill and dedication of our engineers and product development team."
   Novatel Wireless is a visionary leader in the provision of wireless broadband access solutions for use in portable personal computers, handheld computing and mobile devices. The company's innovative solutions enable increased productivity by providing efficient, secure mobile and fixed real-time access to the Internet and IP-based services, keeping mobile professionals connected to online personal and corporate assets anytime, anywhere.
   "We received an overwhelming number of nominations for this year's awards program. Our finalists are a true reflection of the widespread influence technology has throughout the San Diego region," said Kevin Carroll, AeA executive director. "It is our mission with this year's awards to identify and honor those responsible for driving such technological advancement and innovation."
   Winners of this year's awards, who were judged on outstanding achievement, were announced on Oct. 19 at the Hilton Torrey Pines in La Jolla with more than 500 technology professionals in attendance from the Greater San Diego area. The event was sponsored by Barney & Barney, CMTC, CB Richard Ellis, Comerica - Technology Life & Sciences Division, Deloitte & Touche, Procopio, SignOnSanDiego, TLC Staffing and UnitedHealthcare.
   Additional information about the San Diego AeA Council and the 2007 High Tech Awards can be found at:
http://www.aeanet.org/AeACouncils/SDCouncilStart.asp.

*October 22, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**SWIR, NVTL & Option, September 2008 Quarter Earnings Preview**
Overview
Key Focus Areas:
SWIR 1) Expect a strong quarter and strong outlook for 4Q, driven by sales to Sprint, AT&T, and Europe. 2) Believe revenue diversification remains a key strategy; expect additional acquisitions following secondary. This could mitigate WiMAX/competitive concerns to some degree. NVTL 1) Expect a strong quarter, driven in particular by growing sales of USB modems to Verizon and

Exhibit 1<br>Page 247

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Vodafone. 2) Believe WiMAX and competition remain potential concerns looking into 2008. However, Sprint's CEO departure may put the future of WiMAX in doubt. |
| | | | | | Option (not rated) 1) Option has been struggling in recent quarters, and we believe this struggling is likely to continue heading into this quarter. 2) A meaningful management or strategic shift could potentially be announced. 3) Concern for NVTL/SWIR is that Option begins pricing more aggressively to take back share. |
| | | | | | NVTL |
| | | | | | Conference Call: Monday, November 5 @ 4:30pm ET (tentative). |

*October 22, 2007 Morgan Joseph & Co. Inc. - Kevin Dede, CFA*
**Novatel Wireless, Inc. - Upgrade to Buy; New USB Modem and European Network Extension Provide Catalysts**
  * We are upgrading our investment rating on Novatel Wireless to Buy from Hold on what we expect to be a strong showing in the two final quarters of 2007, continuing through 2008. We suspect that Novatel's business at Verizon remained robust through September, and we expect Novatel's new USB727, simultaneously announced on both Sprint's (S - $17.48 - NYSE) and Verizon's (VZ - $44.27 - NYSE) wireless networks on September 27, should meet enthusiastic demand.
  * Our checks. Anecdotal evidence provided through our checks, while lacking pure scientific process, indicate an apparent continuation of the sales strength exhibited through the first half of 2007, driven by 3G wireless connectivity products, and especially by the USB form factors.
  * The future. Near-term, we see two significant drivers to Novatel's sales. The first is the company's new product, the USB727 Ev-Do Rev A modem. Novatel's product is a generation ahead of its main competitor's in both functionality and design. The USB727 includes a number of functional improvements, including Linux operating system support, beyond both Windows and Mac for plug-and-play installation, a microSD storage slot that can handle a 4GB card and consumes little power, so there's no need for an alternate power source or charger. The new device also presents an appreciable reduction in size, almost 4x smaller, and easily fits in any pocket. The second driver is just as important: Novatel also released the MC950D for European operators that has all the above functional characteristics while offering tri-band HSPA access and quad-band EDGE/GPRS backward compatibility. Novatel announced shipping to Telefonica, but we suspect there could be as many as two other operators receiving the new product. The MC950D is important as it represents the smallest device available in that market on the cusp of European network migration to HSPA, and we note the flurry of Ericsson (ERIC - $29.13 - NYSE) press releases attest to these network implementations.
  * Modest upward revision to estimates. We are raising our FY08 estimates to reflect a more bullish stance on sales growth. Our new estimates stand at $490mm (+17% Y-Y) and 1.40, and we continue to see solid potential for upward revisions on end-market expansion as the operator's service pricing could decline while next generation technologies, such as Ev-Do Rev B and WiMAX, are deployed. We have set a $32 PT based on a 23x P/E multiple (on our 2008 EPS estimate), which reflects comparable peer valuations.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 10/23/2007 | 1,162,420 | $24.53 | 0.04% | (0.54) | |
| 10/24/2007 | 3,591,960 | $22.43 | -8.56% | (3.00) | |
| 10/25/2007 | 1,973,398 | $22.47 | 0.18% | 0.25 | *October 25, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera* |

**NVTL & SWIR - Sell-Off Creates Attractive Opportunity**
Action
We believe the recent sell-off in NVTL and SWIR, each off (9%) yesterday, has created an opportunity to buy them at an attractive valuation. Our estimates are unchanged and our price target is unchanged at $27.50 for both stocks. With NVTL and SWIR trading at 15.4x and 13.9x C08 EPS, respectively, vs. peers at 17.1x, we believe these stocks warrant a multiple at least in line with their peers given their positive near-term outlook, potential for continued growth driven by adoption of cellular modems, and solid balance sheets.
Key Details and Summary Perspectives
  * Concerns of Qualcomm Competitive Entry Appear Overblown - Yesterday, we believe NVTL and SWIR sold off primarily in response to an announcement by Qualcomm of an embedded module, dubbed "Gobi," set to be available in 2Q08, which will feature dual EV-DO Rev. A and HSPA capabilities. This appears to be a largely defensive move in response to Intel's plans to offer a dual Wi-

Exhibit 1
Page 248

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Fi/WiMAX module with Centrino PCs beginning in 2008. While Qualcomm does represent a new competitive threat, we see its scope as being somewhat limited - initially apparently targeting Verizon/Vodafone on the carrier side and HP (currently a SWIR customer) on the PC side. Thus far, embedded modules have been a relatively unpopular choice for cellular modems, representing ~10% of revenues for NVTL/SWIR. We attribute this to the inability to upgrade or transfer them between PCs, and the need to purchase the module at the time of the laptop purchase.

  * WiMAX Concerns Reduced Amid Sprint CEO Uncertainty - Although Sprint continues to publicly affirm its support for its WiMAX rollout (previously projected to cost $2.5B by year-end 2008), we are betting that with a change in leadership at that company, WiMAX will be de-emphasized and pushed off until 2009 in favor of general network improvements designed to focus on shoring up the hemorrhaging subscriber base near-term. Because Sprint had not included NVTL or SWIR as vendors for the WiMAX launch, this was a concern that we believe has now been pushed back.

  * Expect Positive Near-Term Outlook - Our expectation is that 3Q07 and 4Q07 will both be positive quarters, serving as near-term catalysts. We expect NVTL to post sales primarily to Verizon and Vodafone, as well as other European carriers, while SWIR appears to be seeing strong sales in the Sprint and AT&T channels. We believe our EPS growth expectations for NVTL and SWIR are comparatively modest, at 14% and 15%, respectively, and that they have the potential to beat these values from a combination of sales growth, operating leverage, and in SWIR's case, potential gross margin improvement as SWIR moves away from partnering in the design of USB modems.

*October 25, 2007 CIBC - George Iwanyc, Ittai Kidron*
**Qualcomm Joins The Party, Kind Of**
  Yesterday, Qualcomm announced a new data solution targeting 3G multimode data connectivity for notebooks. Qualcomm's Gobi global mobile Internet platform is a dual mode 3G EV-DO and HSPA chipset and software solution that can be used to build embedded modules.
  While Gobi could change the competitive landscape in embedded modules, Qualcomm's go-to-market strategy has not changed. The company's goal is its normal one as an enabler, allowing easier to implement 3G data solutions. It will not be selling directly to notebook vendors.
  Novatel and Sierra were both down sharply on the news. Following our discussions with QCOM, we are comfortable that the overall market and competitive landscape for Novatel and Sierra is largely unchanged and we would use the weakness to buy the shares of both companies.
  Bottom line, we see both vendors' positions in the embedded market as safe. That said, a worst case scenario cutting out all embedded notebook sales suggests only a modest amount of earnings at risk. For NVTL in 2008 we see $70.3M and $0.13/sh at risk and for SWIR $45.1M and $0.06/sh.
Embedded Made Easier
Qualcomm (QCOM-SO) announced its new Gobi global mobile Internet solution yesterday. Gobi allows multi-mode 3G CDMA2000 EV-DO and UMTS HSPA connectivity modules that also support GPS capability. Qualcomm is also offering a common API supporting various connection manager software vendors with its Gobi solution. Effectively, Qualcomm has made a module manufacturer's job easier lowering the bar to enter the embedded notebook market. Qualcomm's comments indicate Gobi solutions are already available and that it expects commercial notebooks with Gobi in 2Q08. We believe solutions based on Gobi have already been shown to several notebook vendors, although we are unaware of any vendors committing to a design based on Gobi at this point.
The share prices of Novatel Wireless (NVTL-SO) and Sierra Wireless (SWIR-SO) were both down sharply on the Gobi news. We believe this is an over reaction to a small change (if any) in the competitive landscape. We see Gobi as having no near-term impact on the financial results of either company. Longer term, Gobi could allow new entrants into the embedded space, but we believe Novatel and Sierra will still have a leg up on the competition. The two areas where we could see an impact are in pricing and margins, as new competitors could be disruptive.
While a lowered competitive bar is a meaningful risk, we remain positive on the outlook for Novatel and Sierra and reiterate our Sector Outperformer rating on both stocks. We highlight several points to consider:

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Timing. The earliest we see much risk to sales is in 2H08 and even at that point we would be surprised if significant chunks of business were compromised. At this point, we believe most notebooks implementing Gobi won't see meaningful volume until late 2008 and more likely 2009.

* Novatel and Sierra are Qualcomm's best Gobi partners. Qualcomm's goal with Gobi is to drive increased 3G data connectivity penetration in notebooks. While the extra value Qualcomm put in Gobi lowers the competitive bar for new entrants, we look at Novatel and Sierra as the best partners in helping Qualcomm drive multi-mode acceptance. Both are incumbents at the leading laptop vendors (Novatel with Dell, Toshiba and Sony; Sierra with HP, Lenovo and Fujitsu Siemens) and have invested a lot of time on integration, test and service and have taken the lead in qualification efforts with carriers. Novatel and Sierra's work makes Qualcomm's job in selling the idea of multi-mode connectivity easier.

* Embedded hasn't been the growth avenue we originally thought. In the June quarter, embedded was $11.7 million of Novatel's revenue or 12% of the total, essentially all coming from PC notebooks. Sierra's embedded revenue was higher at $18.0 million or 16.8% of total sales, but only about $10 million was from notebooks. While embedded was once thought of as a strong growth driver at the expense of PC cards, that is no longer the case. Our primary focus has been on the USB form factor, which is unchanged.

* Carriers may not buy in. While some carriers, such as Verizon (VZ-SP) and Vodafone benefit from multimode as it enables international roaming across the two networks (EV-DO and HSPA), most carriers do not see a similar benefit. Carriers prize customer stickiness, multimode solutions works against this. And while convenient, multimode is more expensive. Potential Financial Impact Finally, we believe that even in a worst case scenario where all of Novatel's and Sierra's embedded notebook sales were lost (which we don't see happening) we believe both are still trading at deep discounts to what we see as fair valuations.

Stripping out all of their respective embedded laptop sales contribution completely in a worst case scenario, we estimate that revenues $70.3 million and $0.13 EPS is at risk for Novatel in 2008 out of $524.3 million and $1.51/share, respectively. For Sierra we believe $45.1 million and $0.06/share is at risk out of $502 million and $1.37/share. We note that embedded modules have lower margins than the corporate average, so margins would see a benefit. We also assume a lighter OpEx load if the company's were to lose this business. Bottom line, Qualcomm's efforts have lowered the bar for those wanting to make modules, but the competitive landscape for Novatel and Sierra is largely unchanged. Gross margins and pricing could come under some pressure, but we believe their positions in the embedded market are safe. We would be buyers on the weakness.

*25 OCTOBER 2007 Research Capital Corporation - Nick Agostino*
**New Qualcomm Chipsets Attempt to Open Up Laptop Market**
EVENT
Qualcomm announced yesterday the release of Gobi Global Mobile Internet, an embedded solution for notebook computers. The solution incorporates Qualcomm's upcoming dual-mode MDM1000 chipset (supporting both EV-DO Rev.A and HSPA networks), and for the first time incorporates standard connection manager software, an API and a reference design. The embedded solution is expected to be available by Q2/08. The new chipset will allow users to switch between GSM and CDMA carriers, without requiring a new module. Overall, we believe that the news is neutral through our 2008 forecast period for SW and NVTL, but lowers barriers for laptop module competition thereafter.

HIGHLIGHTS
Qualcomm enhances its chipsets: Qualcomm is no stranger to the module market, supplying, for many years, its chipsets to modem/module vendors like Sierra Wireless, Novatel Wireless, and Option for inclusion in their respective end-market solutions. For years, these vendors would then overlay their own customized connection manager software and API (application programming interface) solution, as well as provide customers integration, certification, and technical support services. With yesterday's announcement, Qualcomm has added some of these feature sets to its chipset offering (namely standardized connection software and API). What is not being offered by Qualcomm are the latter services: integration, network certification, and technical support, which are necessary laborious and time-consuming services. For OEMs opting to use Qualcomm's enhanced chipset offerings, these value-added services will still need to be offered by third parties such as Sierra Wireless, Novatel Wireless, and Option. Accelerating cellular adoption to combat Wi-Max: By creating a reference design and standardizing some feature sets, we believe that

Exhibit 1
Page 250

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

Qualcomm is hoping to accelerate the adoption of embedded cellular modules as a means to counter Intel's Wi-Max push (competing technology). Intel, much like it has done with Wi-Fi, is expected to incorporate the upcoming Wi-Max standard in its new motherboard designs, starting in 2008, which should be available in about 80% of future laptops shipped. In addition to Intel, Wi-Max backers include Motorola, Sprint-Nextel, and Clearwire. Cellular modules are still in their infancy stage, presently available in about 1%-2% of all laptops currently shipped (penetration had originally been anticipated to be at 3%-4% by the end of 2007). By accelerating adoption, this should help drive volume growth and lead to longer-term downward pressure on module pricing (we estimate modules currently sell for US$150 and our model is assuming a 15% annual decline in pricing in our models for SW and NVTL). The move allows ODMs (Original Design Manufacturers) to enter the module market faster, but, in our view, integration and certification services still remain a key third-party component to get product to market.

Near-term impact for SW and NVTL neutral, long-term opens up market: Sierra currently supplies modules to HP, Lenovo, Asus, Fujitsu-Siemens, and Panasonic, while Novatel supplies Dell, Toshiba, Sony, and Panasonic. Combined, we estimate that both companies have 90% of the OEM market (roughly equally split). Over the next year, we believe that the impact on Sierra (modules 17% of Q2/07 revenues) and Novatel (12% of Q2/07 revenues) will be neutral as these laptop module contracts are signed for a complete product cycle. In speaking with both companies, it is our understanding that Sierra and Novatel are designed through to 2008 with their respective OEM customers. As a result, there is no change to our estimates for SW or NVTL through our 2008 forecast period. The competition, however, could open up as we move into 2009. In future, laptop OEMs can choose to receive Qualcomm's full-feature chipset from existing vendors like Sierra and Novatel or from possible new entrants, or they can choose the current means of using Qualcomm's basic chipset with customized connection software and APIs provided by vendors like Sierra and Novatel. Again, services such as certification and integration will still need to be provided by module vendors (not Qualcomm). No matter what, yesterday's news further reinforce our view that SW and NVTL need to place greater emphasis on product and revenue diversification beyond current efforts.

Qualcomm solution targeted primarily at laptop OEMs: It is our understanding that Qualcomm is attempting to drive more cellular module volume growth from laptop OEMs. We note that Sierra laptop module sales are currently about one-half of that company's total module sales, as Sierra is diversified with non-PC module customers. This market segment is more fragmented and deals in lower volumes; as such, OEMs in the non-PC category may not opt for the enhanced Qualcomm chipsets, choosing instead to get a more fullservice offering from the module vendor itself. Furthermore, we note that the external modem form factor has proven more popular in the market place than originally anticipated, particularly the USB form factor, which comprised 45% of Sierra's Q2 revenues and 37% at Novatel, given its easily transferable form factor and usage on desktops. In general, we expect the external form factor to remain popular, particularly as the rate of network technology evolution is far greater than the laptop replacement cycle.

News could be negative for OEMs and positive for carriers: By accelerating module adoption, this could eliminate/reduce the commission fees (estimated at about US$100/sub) that carriers pay to laptop OEMs for bringing laptop customers/subscribers onto their networks. Should this be the case, this would negate some margin benefits that laptop OEMs currently realize, benefiting the carriers instead.

*October 25, 2007 Thomas Weisel Partners  - Hasan Imam, Gaurav Kapoor*
**NOVATEL WIRELESS, INC. -  QCOM's Gobito Stimulate Embedded Laptop Modules Demand; While Risk of New Entrants Increases, NVTL Has First-Mover Advantage**
Executive Summary
What happened: QCOM's recent announcement that it is launching a new wireless access solution for notebooks, named "Gobi," has created some concern and confusion about the impact on modules vendors like NVTL and Sierra Wireless.
What does Gobi do? The chipset solution, when embedded into a laptop, allows users to access high-speed 3G/3.5G wireless networks "on the go." Its key features include: (1) multi-mode compatibility, whereby the chipset works on 3G/3.5G networks on both the CDMA (EV-DO Rev A) and GSM (HSPA) technology tracks; (2) GPS functionality; and (3) some software that makes it easier for operators/vendors to certify the product with regulatory agencies such as the FCC.
Based on our analysis we believe that the risk perception of the Gobito NVTL's business model is overblown. While QCOM's Gobi

Exhibit 1
Page 251

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

platform introduction increases risk of new entrants into the market, we believe NVTL has a significant first-mover advantage at key laptop OEMs. It is important to note that the Gobi is likely to stimulate the adoption of embedded modules by laptop users thereby generating growth in the addressable market for NVTL.

NVTL: Maintain Overweight. The positive data points emerging out of our recent checks give us confidence in NVTL's ability to deliver a healthy 2H07 and continue to support our positive investment thesis on the stock. NVTL shares appear attractively valued versus our 12-month price target of $34, based on applying a 25x P/E multiple on potential 2008 earnings power of $1.19 plus $3.81 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out the top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks.

Our Analysis/Take

 * QCOM's Gobi by resolving the "one chip, one operator for life" problem, may accelerate the adoption of embedded modules. QCOM's goal with the Gobi, in our view, is to provide the next-generation chipset that enables its customer chain-module vendors (NVTL, Sierra), laptop OEMs (Dell, Lenovo) and operators (Verizon Wireless, Sprint Nextel) to provide a "one chip, all networks" solution to wireless subscribers. A key problem that has emerged in the embedded modules market is this: once a "single operator access" chipset is embedded into a laptop, the ability of the laptop user to switch service providers, and/or roam on other networks, is curtailed. From a consumer perspective, this "lock in" is a significant deterrent to paying the incremental dollars for an embedded solution; with the relatively long life cycle of a laptop, the inability to switch service providers is unattractive. The multi-mode feature of the Gobi changes this dynamic, by enabling the laptop user to switch from a 3G/3.5G CDMA operator to a 3G/3.5G GSM operator using the same embedded module.

 * QCOM has historically avoided competing with its customers upstream; Gobi launch should not change this strategy. Historically, QCOM has not competed with its customers, and we don't believe QCOM's business objective with the Gobi product is to begin to compete with the likes of NVTL and Sierra Wireless, both customers of QCOM's current generation of chipsets, for the modules business. For vendors like NVTL and SWIR, the value proposition in the food chain is the packaging of the chipset, including noise isolation and antenna design, provide a value-added firmware and help the laptop OEM with the certification process. We do not believe that QCOM is currently contemplating displacing NVTL/SWIR by conducting all of the above functions. Interestingly, in the past, INTCNOK partnership attempted to adopt a similar business model -not only make the chipset but also compete with NVTL and SWIR for the embedded laptop module business -and quickly gave up when the complexity of this business versus the returns became apparent.

 * By adding certification software, Gobi may encourage competitors/new entrants; however, in laptop embedded modules first-mover has advantages. The key risk for the incumbent embedded modules vendors, like NVTL and Sierra Wireless may be that QCOM's Gobi attempts to standardize the certification process by including enabling software. This may encourage other players, like Huawei, who have the technology but lack the know-how to navigate through the certification process, to enter the embedded modules market. While this is a real risk, we note that there is a significant early mover advantage in this market -by getting designed into a motherboard early, the vendors create stickiness over the life cycle of the platform, and can also generate customer loyalty by co-developing firmware (like the Sidekick display driver developed by NVTL for Samsung laptops).

 * For 2H07 and 2008, we continue to believe NVTL will post healthy growth.

VALUATION

NVTL: Maintain Overweight. The positive data points emerging out of our recent checks give us confidence in NVTL's ability to deliver a healthy 2H07 and support our positive investment thesis on the stock: (1) benefiting from a new product cycle driven by rapid network upgrades to 3.5G speeds by tier-one wireless operators; (2) dominant market share in the U.S. CDMA market as NVTL benefits from strong relationships with both Sprint Nextel and Verizon wireless; (3) regaining momentum in Europe as 3.5G upgrades open up share gain opportunities, with NVTL targeting the high end; (4) better execution than peers on product front-as its most recent first-to-market USB modem demonstrates-enabling NVTL to maintain profitable revenue growth; (5) tier-one OEM embedded

Exhibit 1
Page 252

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | modules business is beginning to contribute meaningful revenues, with an exponential ramp in end demand by 2009; and (6) while gross margins may fluctuate on a quarterly basis, we do not anticipate a product cycle or competitive pressure related steep falloff in the foreseeable future, while operating leverage contributes to earnings acceleration. We believe that these positives should contribute to more than 80% revenue growth with healthy earnings growth in 2007. In addition, we expect NVTL's board to fill the CFO position within the next six months, reducing execution risk. With this in mind, NVTL shares appear attractively valued versus our 12-month price target of $34, based on applying a 25x P/E multiple on potential 2008 earnings power of $1.19 plus $3.81 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out the top two positions could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks. |
| | | | | | QUALCOMM (QCOM: Overweight, $40.79): Maintain Overweight and 12-month price target of $55. QCOM shares are experiencing a tug-of-war between healthy financials and legal/regulatory woes. Overall, we believe that the worst-case outcomes in the various disputes will not come to pass and that QCOM represents the most attractive way to participate in the global 3G/3.5G upgrade cycle. While the stock trajectory may be choppy, we believe that its overall direction will be up over the next 12-18 months. Our 12-month price target of $55 is derived applying a 22x multiple (comparable to EPS growth) to CY08E EPS of $2.15, including $7.20 net cash per share. Thus, the shares appear attractively valued and we maintain our Overweight rating. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for QCOM, these risks include, among other things: (1) loss of or limited traction in WCDMA chipset share; (2) lowering of royalty rates; (3) inability to meet key chipset milestones; (4) inability to secure licensing terms with Asian players in 3G technologies such as TD-SCDMA; and (5) loss of share due to new technologies such as WiMax. |
| 10/26/2007 | 1,300,779 | $23.95 | 6.59% | 1.81 | *Date: Oct 26 2007  12:19:09 Wire: BLOOMBERG News (BN) --Sondra Kennedy*<br>**Novatel Wireless Raised to `Market Outperform' at JMP :NVTL US**<br>    Princeton, New Jersey, Oct. 26 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``market outperform'' from ``market perform'' by analyst Samuel Wilson at JMP Securities. The price target is $27.00 per share. |
| 10/29/2007 | 1,088,568 | $25.17 | 5.09% | 1.69 | |
| 10/30/2007 | 1,175,955 | $25.49 | 1.27% | 0.41 | |
| 10/31/2007 | 1,255,587 | $26.00 | 2.00% | 0.24 | |
| 11/1/2007 | 856,684 | $24.64 | -5.23% | (1.35) | *Date: Nov 1 2007  19:22:00 Wire: Washington Service (WSA)*<br>**Souissi Slim S,Vice Pres.,S ells 15,000 On 11/1/07 Of NVTL**<br><br>*Date: Nov 1 2007  19:25:28 Wire: Washington Service (WSA)*<br>**Hadley Robert M,Vice Pres., Sells 2,666 On 11/1/07 Of NVTL** |
| 11/2/2007 | 1,426,000 | $25.00 | 1.46% | 0.31 | *2 NOVEMBER 2007 Research Capital Corporation - Nick Agostino*<br>**Q3/07 Preview -Expect Inline Quarter and Strong Guidance**<br>INVESTMENT OPINION<br>Novatel Wireless is scheduled to report Q3/07 results on November 5, 2007. We expect inline Q3 results and strong Q4 guidance. Overall, market fundamentals continue to strengthen. Carriers are providing ongoing device subsidies, and launching aggressive marketing campaigns. We are currently an ACCUMULATE with a US$26.00 target price.<br>ANALYSIS<br>Q3 expectations: With Q3 results around the corner, Novatel has broken its string of raising guidance prior to quarterly results as it has done the last five quarters (since Q2/06). We do not believe this is a sign of poor Q3 results, but rather an indication that Q3 results |

Exhibit 1
Page 253

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---------------------------------------------------------------------|
| | | | | | will be inline as opposed to better than anticipated. We expect the company to report Q3 sales of US$102.6 mm and adjusted earnings of US$0.27, inline with consensus but marginally better than guidance (Figure 1). We estimate that Q3 gross margins to be about 29.5%, down 210bps Q/Q, but up 350bps Y/Y predicated on lower Ovation (USB device) sales, a higher weighting from the more price-competitive European market, and lower-margin module sales (Dell, Sony). We forecast operating margins of 11.8%, down Q/Q due to overall lower gross margins and an estimated $1 mm sequential increase in operating expenses across the board. We estimate that Novatel ended the quarter with over US$122 mm in net cash, or about US$3.83 per share (about 16% of current share price). Checks suggest share gain at Verizon: Our quarterly channel checks suggest that Novatel did not gain any share at Sprint where the Pantech PX500 PC Card and Sierra U595 USB modem faired well, similar to Q2. At Verizon, however, Novatel's V740 PC Card and USB720 modems had a stronger showing in this channel, likely taking share away from the Pantech PC5750, which fared well in Q2. While not evident from the channel checks, we believe that Novatel recognized some revenue from the sell-in of its new U727 USB modem (incorporating expanded memory capability), introduced late in the quarter with both Sprint and Verizon. We also believe that Novatel gained some share in Europe in Q3 from a greater focus on the region with its new MC950D HSUPA USB modem, in particular with Telefonica Moviles Espana. |
| | | | | | Q4 guidance to reflect new USB rollouts: For Q4/07, the seasonally strongest quarter, we are currently modeling revenues of US$110.6 mm, adjusted EPS of US$0.30, and GAAP EPS of US$0.24, while consensus stands at revenues of US$114.0 mm, adjusted EPS of US$0.31, and GAAP EPS of US$0.27. Q4 guidance should include ramping sales of the company's new MC950D and U727 USB modems, leading we believe to share gains within the Sprint and Verizon channels, particularly for this form factor. We note that Novatel will have to contend with a new USB modem from Pantech (UM150) at Verizon. Overall, we expect strong demand across Novatel's core product portfolio in Q4, benefiting from seasonally aggressive carrier marketing programs, and from a likely ramp in Q4 module sales as we enter the next iteration of OEM contracts. We expect Q4 operating margins to rise sequentially to the 12%-13% range due to a favourable product mix and higher volumes. |
| | | | | | Expect company to raise full year guidance: Given Sierra's strong Q3 results and Q4 guidance, we believe that fundamentals in the wireless modem market remain very strong. As such, Q4 estimates for Novatel are likely conservative. Judging by the Novatel share price appreciation post Sierra results, we believe that the market is expecting strong guidance from Novatel. We expect it to deliver. We would not be surprised if Novatel raised its full year guidance of revenues of US$415-US$425 mm and non-GAAP EPS of US$1.25-US$1.30 as it has done in every quarter of 2007. Consensus currently stands at US$421.7 mm and adjusted EPS of US$1.22. We are modeling revenues of US$420.5 mm and adjusted EPS of US$1.26. |
| | | | | | Qualcomm's Gobi creates some 2H/08 uncertainties: As previously highlighted in our note dated October 25, 2007, Qualcomm is not in direct competition with Novatel et al, but rather will make its new dual-mode Gobi module (incorporating an API and connection software) available to its customers (Novatel, etc.). The module simplifies the integration processes, and may lower entry barriers into the PC OEM market (~10% of Novatel's business), but integration, certification, support, and antennae design are still required from a third party (Novatel). Introducing the module (which requires less R&D) may give rise to new competition in late 2008, possibly putting some downward pressure on gross margins (included in our model). The solution may be adopted by PC OEMs, but likely not by non- PC OEMs as this fragmented group requires lower volumes and typically seeks a customized solution. We believe that big backers for the new chipset are Verizon (CDMA-based) and Vodafone (GSM-based), which owns 45% of the latter. A dual-mode chip would benefit Verizon customers frequently travelling abroad. |
| 11/5/2007 | 2,391,802 | $26.42 | 5.68% | 2.20 | Date: Nov 5 2007  16:05:03 Wire: Business Wire (BUS)<br>**Novatel Wireless Reports Strong Third Quarter Financial Results - Revenue Grows 90% Year Over Year, GAAP EPS of $0.28 per share and  Non-GAAP EPS of $0.31 per share**<br>SAN DIEGO--(BUSINESS WIRE)--November 05, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported financial results for the third quarter ended September 30, 2007.<br>  Revenue for the third quarter increased 90% to approximately $104.6 million versus revenue of $55.1 million reported in the same period last year. Third quarter GAAP net income was $9.2 million, or $0.28 per diluted share. This compares to GAAP net loss of |

Exhibit 1
Page 254

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | $895,000 or $0.03 per diluted share in the prior year period. Third quarter GAAP results include approximately $1.1 million of non-cash share-based compensation expense, net of taxes, or $0.03 per diluted share. Excluding the effect of these charges, non-GAAP net income was $10.3 million or $0.31 per diluted share for the third quarter of 2007. |

"Revenues were above previous guidance, increasing by 90% year-over-year as we continued to benefit from our leadership position as an innovative provider of 3G wireless products to our strategic customers," said Brad Weinert, president of Novatel Wireless.

"Quarterly revenues were spread across a balanced range of products with upside to the quarter from strong performance across our entire USB product line and major contributions from our next generation USB products in Europe and the U.S. which accounted for over $40 million in revenue."

"Our new HSUPA USB product targeting the European market contributed over $5 million in revenues and helped drive strong international sales. Our HSPA revenue in the quarter was a record 29.6% of total sales," added Mr. Weinert. "Even more importantly, our second generation EVDO USB modem, the innovative Ovation U727, was launched late in the third quarter in the U.S. market as the smallest form factor available, with a number of compelling new features not available in any other USB device currently on the market. These included storage capacity, GPS locate-and-find capabilities and Linux support. Based in part on the positive outlook for these products, we expect fourth quarter revenues to be the highest in company history as we move forward with strong momentum and record order flow."

Reconciliation of GAAP to Non-GAAP Results
Three Months Ended September 30, 2007
(in thousands, except per share data)

|  | Net Income | Earnings Per Share, Diluted |
|--|------------|------------------------------|
| GAAP | $9,195 | $0.28 |
| Adjustment: |  |  |
|   Share-based compensation expense, net of income taxes | 1,074 | 0.03 |
| Non-GAAP | $10,269 | $0.31 |

Fourth Quarter 2007 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed  description of risk factors.

The following table summarizes the Company's financial guidance for the fourth quarter of 2007, which is based on the Company's  current businessoutlook as of the date of this press release. Revenue and earnings guidance for the fourth quarter of 2007 include expectations of strong demand for the company's products, particularly its USB products, as well as  assumptions about industry wide supply constraints on certain components. Non-GAAP earnings per diluted share are based on a projected tax  rate of35% and exclude FAS 123R share-based compensation expenses.

Fourth Quarter 2007

| Revenue (in millions) | $120.0 |
|-----------------------|--------|
| GAAP Earnings Per Share, Diluted | $0.31 |
| Adjustment: |  |
|   Share-based compensation expense, net of income taxes | $0.03 |
| Non-GAAP Earnings Per Share, Diluted | $0.34 |

Conference Call

Exhibit 1
Page 255

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

The Company will host a live conference call for equity analysts and investors today to discuss its quarterly results at 4:30 p.m. ET.

*Date: Nov 5 2007  18:56:07 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference(Transcript) NVTL US**
Event Date: 11/05/2007
Company Name: Novatel Wireless
Event Description:Q3 2007 Earnings
Q3 2007 Earnings Call -Management Discussion Section - Novatel Wireless, Inc. (NVTL)
Operator
Good afternoon ladies and gentlemen. Thank you for standing by. Welcome to the Novatel Wireless Third Quarter  2007 Results Conference Call. [Operator Instructions] This conference is being recorded today, Monday, November  5th of 2007. Now I'd now like to turn the conference over to Ms. Marcy Graham, Director of Investor Relations. Please  go ahead ma'am.
Marcy Graham, Director, Investor Relations
Good afternoon and thank you for joining us on today's conference call to discuss Novatel Wireless' third quarter 2007 results. This call is also being broadcast live over the Web and can be accessed in the Investor Relations section of the  Novatel wireless website at www.novatelwireless.com. With me on today's call is Peter Leparulo, Novatel Wireless' Executive Chairman of the Board; Brad Weinert, President; Ken Ledden, Interim CFO; and Julie Cunningham, VP of Communications and Investor Relations.
After the market closed today Novatel Wireless issued a press release discussing the results for its third quarter ended  September 30th, 2007. If you would like a copy of the release you can access it on the company's website or you can  call the Blueshirt Group at 415-217-7722 and they will fax or email you a copy.
We'd like to remind you that during the course of this conference call Novatel Wireless' management may make forward-looking statements including financial projections, statements as to the plans and objectives of management for future operations and statements as to the company's future economic performance, financial condition or results of  operations. These forward-looking statements are not historical facts but rather are based on the company's current  expectations and beliefs. Words such as may, will, expect, intends, plans, believes, seeks, estimates, anticipates, projects and similar words and phrases are intended to identify forward-looking statements. The company's actual  results may differ materially from those projected in these forward-looking statements. Now I'd like to introduce Peter  Leparulo, Executive Chairman of Novatel Wireless. Peter?
Peter V. Leparulo, Executive Chairman
Thanks Marcy. Good afternoon, everyone and thanks for joining us on today's conference call to discuss our third quarter 2007 results. The third quarter was another exciting quarter for Novatel. We launched innovative, market leading products, saw strong demand for these products and beat guidance and expectations once again. Our market  continues to grow rapidly as 3G wireless data proliferates into mainstream technology. With innovative products and  strong partnerships we are well-positioned to continue to lead this market, and our progress is evident in our third  quarter results.
Revenues grew by 90% year-over-year, surpassing $104 million, with strong results across all product lines. Key to the upside of our forecast was the introduction of our next-generation USB products including the new U727, the most innovative USB modem ever introduced with features like storage, GPS capabilities and Linux support. Year-over-year growth was across both EV-DO and HSDPA with a strong showing in Europe as revenues increased over 30% resulting from our newly-introduced HSUPA Ovation product in that region.
Non-GAAP EPS gross margins were at the high end of our forecast at 29.8%, and operating margins came in at 13.6%, once again above our long-term model. EBITDA was 17.2 million, free cash flow was a strong 14.5 million and cash and investments increased by $11 million to 130 million. And finally non-GAAP EPS came in at a very strong $0.31 cents per share with year-to-date non-GAAP EPS of $1.02 per diluted share.
Overall this has been a truly remarkable period for Novatel Wireless. A year and a half ago revenues were at $40 million a quarter with a small loss as we invested in the next generation of products. Now revenues are up more than 150% comparatively and we see room

Exhibit 1
Page 256

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

for further growth with expectations of a record fourth quarter, based on our strongest backlog of orders ever.

Our EPS expansion has also been remarkable as we have grown EPS much faster than our PE and the prospects for the future continue to look bright. Widespread adoption of 3G technologies is here today and new technologies like WiMAX present additional opportunities for growth in the industry, especially as the carriers have split on their approach to this technology. We have led the market in almost every recent crucial development, from USB to ExpressCards, and we continue to innovate at a rapid rate. Year-over-year increases in our R&D spending reflect this, and today we are more focused on our long-term prospects than ever before. Our relationships with carriers are strong and we continue to leverage our unique position as a trusted supplier across multiple technologies and form factors to expand our addressable market opportunity. New products, added functionality, and new services and software are all on the horizon as we expect to surprise the market with our next generation of innovation, which we will develop in close consultation with our customers.

Our financial strength and the rapid growth of the market puts us in an enviable position. We plan to expand our market opportunity, drive into adjacent markets, leverage our strong carrier relationships, and capitalize on our unique position in a fast-growing market. We will do this through both internal growth and potentially selected, targeted acquisitions. Saying that, we are very selective and we are targeting acquisitions that we feel will be accretive to both the top and bottom line. Before I turn the call over to Brad, I'd like to mention that we are joined today by Ken Ledden. Ken has served as CFO or Principal Financial Executive for several companies and a variety of industries. He's doing a great job as a consultant, acting as our intern CFO while we continue our permanent CFO search, which we expect to complete in near-term. Now, I'd like to turn the call over to Brad to review Operations and our recent financial results. Brad.

Brad Weinert, President

Thank you, Peter. First, I will discuss the financial result and then give overall operational highlights before turning to guidance. As Peter mentioned, revenues for the third quarter increased 90% year-over-year to 104.6 million. Ovation and embedded products drove the upside to our forecast, contributing almost 43 million and 25 million of revenue, respectively. We saw a continued strong performance of our EV-DO products, which accounted for 70% of revenue. HSPA products were also strong, growing both sequentially and year-over-year. In the third quarter we shipped to 13 operators and nine OEMs in 36 countries. Leading customers in the quarter included Dell, Orange, Sony, Panasonic, Sprint, Telefonica, Verizon Wireless and the Vodafone group of operating companies. From a geographic perspective, domestic revenue accounted for approximately 74% of total revenues and international revenue was 26%.

Before I begin the further discussion of the third quarter 2007 results, unless specifically noted, all comments exclude the impact of share-based compensation expense under FAS 123R. Share-based compensation expense net of taxes was approximately 1.1 million in the third quarter of 2007. On a non-GAAP basis, gross margins were solid at 29.8% at the upper end of the range we forecast last quarter. As expected, we saw a higher mix of embedded sales. Operating margins were strong again this quarter at 13.6% of revenue, continuing to demonstrate the strong leverage in our model.

Operating expenses decreased in both dollar terms and as a percentage of revenue to 16.2% of revenue. This represented a significant decline from 17.7% of revenue in the second quarter as we closely controlled expenses. During the quarter, R&D expenses were 9.1 million, as we continue to invest strongly in R&D. But R&D decreased as a percentage of revenues to 8.7%. Sales and marketing expenses were down approximately 400,000 from the immediately proceeding quarter and represented 4.3% of revenues. G&A expenses increased modestly this quarter and represented 3.2% of revenues compared to the 3.1% in the prior quarter.

Including the share-based compensation charges of 1.1 million net of taxes, we reported GAAP net income of approximately 9.2 million for the quarter or $0.28 per diluted share. On a non-GAAP basis excluding the non-cash compensation charges, we reported net income of 10.3 million or $0.31 per diluted share.

Now let's turn to our balance sheet. ARDs outstanding increased to 62 days but were still within our historical range. As expected, we shipped a number of products at the very end of the quarter, impacting receivables. Our AR balance was 70.6 million at September 30th, up from 41.1 million from the prior quarter. Given our customer base, the quality of our receivables is excellent.

Inventory was down by 7.1 million to 22.4 million with strong annualized inventory turns of 13.1 times per year. At September 30th, 2007, we had approximately 130.1 million in cash in investments with no debt. Our cash in investments position represented a net

Exhibit 1
Page 257

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

increase of approximately 11 million for the prior quarter, reflecting the strong operating cash flows.

Turning back to our operational results, we saw strong rapid sales to Europe with the Ovation MC950D USB modem. This device carries the distinction of being the world's smallest HSUPA USB modem, with notably faster speed than legacy products. The strong demand from carriers like Telefonica, T-Mobile and Vodafone is a testament to the popularity of the USB format worldwide. As importantly, our new product introductions indicate continued proliferation of HSPA networks across Europe has stimulated an increased sales across the region. In North America we introduced the revolutionary Ovation U727, the world's smallest EV-DO Rev. A modem. This is a sleek new form factor featuring an integrated micro SD slot allowing for the seamless storage and transport of up to four gigabytes of memory. Additionally, the U727 has GPS locate and find capabilities and newly-available support from Linux platforms, making it much more than just a connectivity device.

Today market reception has been strongly positive. As we announced at the end of September, we launched this product simultaneously at both Sprint and Verizon, another milestone for the company, serving as a testament to both our execution as well as unprecedented demand for USB products. We believe the market has clearly embraced the USB form factor and our carrier customers and industry analysts support this view. Carriers are launching new campaigns featuring Novatel Wireless USB products further supporting this form factor. We are very encouraged by the progress made in the Carrier channels and are impressed with the revenues in Data products, which have become significant contributors to ARPU from most of our customers. We are also pleased to report a good quarter in Embedded, which accounted for 24% of revenues. This number was somewhat elevated as unfulfilled demand from Q2 carried over into the third quarter and new platform release cycles were completed at Dell and Sony.

Despite the excellent quarter, Embedded has become less critical to our future growth and we do not expect further growth from Embedded in the fourth quarter. Across the industry, as other form factor have become the dominant choice of consumers, sales of Embedded products has been slower to take off than the overall market. We believe this has been due to channel conflict, the technology lag inherent in Embedded development and most importantly, customer choice. In the Embedded market we have secured next-generation embedded design wins to take us well into 2009. We see Qualcomm's new Gobi solution as an additional opportunity to offer more choices to our customers. We believe there is a tremendous amount of value-added service and support that is required to bring a customer to market even with this new platform. A key part of Novatel's value is in helping with top-tier laptop manufacturers differentiate themselves with the customization and fine tuning of their platform with the Embedded module. At the same time we are realistic about the slow ramp and competition in the Embedded market. We will not look for business that doesn't fit our business model and we're focused on our fastest growing markets where we have the highest value at..

Turing to guidance, demand for our new products is very encouraging. We have transitioned to next generation USB products and are seeing a strong uptake in both the US and Europe. Due to this demand we enter the fourth quarter with strong backlog and record order flow. In fact our major hurdle is tightness in our supply channel for selected components due to the strong demand. Given these factors we are currently anticipating revenues of approximately 120 million in the fourth quarter with upside to that number if we are able to address the componential raises.

The tiger supply of components along with optical margin impact from selected Embedded products may have a modest impact on GMs, so we are currently targeting gross margins of approximately 29%. This should lead to non-GAAP EPS of approximately $0.34 cents per diluted share based on approximately 34 million in shares outstanding.

Looking further out, we are confident that we will enter 2008 with strong momentum and increasingly differentiated product line. While we are not giving detailed guidance at this time, we do believe that we will reach or surpass 500 million in revenues in 2008 even with the potential for flat Embedded sales. As we move through the year, there may be upside to that number as we introduce innovative new products at target selected, accretive acquisitions.

Our new products and our research efforts make us optimistic that we can build on our success and drive further growth and profitability in the future. We are firmly focused on executing over the short term while building a more diverse and more exciting Novatel Wireless for the future. And now Peter and I are happy to answer your questions. Operator you can now open it up to questions.

Q&A

Operator

Exhibit 1
Page 258

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Thank you sir. [Operator Instructions] Our first question comes from the line of George Iwanyc with CIBC World Markets. Please go ahead.

< Q - George Iwanyc>: Congratulation on the results, guys. Brad, when you look at the tightness you're seeing in your supply chain, how long of a period of tightness do you expect and how likely do you think that could be resolved within the quarter?

< A - Brad Weinert>: Thanks, George, for the comments and certainly we are watching that on a regular basis. We think that the component tightness is with us through the quarter and probably into Q1. We think that by the end of Q1, this is past us. Obviously we're working very closely with our suppliers to give us upside and to bring that end.. But right now, we are constrained in the quarter and we gave guidance based on that, and we do see some lightening up in Q1 but there still will be probably a little bit of residual and then coming out of Q1we should be in good shape again.

< Q - George Iwanyc>: Are you seeing a tightness on several different products or is it one main area?

< A - Peter Leparulo>: It's one main area. It's mostly impacting our HSPA products at this point. On the longer term, there's obviously you know, been a quarter -- other supply chain components. But the one that we're mostly looking at right now is on the HSPA products.

< Q - George Iwanyc>: Okay, and just following-up on that, how much of a ramp do you anticipate in Europe with the HSPA products in the fourth quarter?

< A - Peter Leparulo>: Well we are, as we said briefly on the call, we had significant increase in the quarter and we're looking for that to continue to ramp in Q4. We only began to launch at the end of September with most of the major carriers and going into Q4, we're launching with additional carriers. So we expect, you know, additional incremental business in the quarter even with the supply of different constraints.

< Q - George Iwanyc>: Thanks.

Operator

Thank you. Our next question comes from the line of Hasan Imam with Thomas Weisel Partners. Please go ahead.

< Q - Hasan Imam>: Thank you and congrats on a healthy quarter and guidance. I have a couple of questions on the quarter. First on the gross margins, was the primary decline -- I mean, was expected, but was the primary decline due to product mix toward mbedded or did it just fail to play a role? And then, did component shortages play any role?

< A - Brad Weinert>: Hasan, hi. It's Brad. Good question. Obviously, I think all three came into effect although the supply shortages are more of an impact in Q4 than they were in Q3. So speaking about Q3, that was really a factor of product mix. Embedded was very heavy and we also had to launch the HSPA at the end of the quarter which did contribute to that. Obviously, our HSPA products are a little bit lower margin than our EV-DO products, but it was really the heavy mix of Embedded that had the most impact within 'Q3.

< Q - Hasan Imam>: Okay. And then you had better than expected OpEx. Was the decline in absolute OpEx primarily due to -- I'm just wondering what it was due to. Was it due to lower certification costs or something else?

< A - Peter Leparulo>: That and just overall improvements in efficiencies. We've been working and will continue to work quarter-over-quarter to improve the operational efficiencies of the company. We have moved some of our operational elements to Shanghai, China and we are starting to realize some of the cost benefits from that. And we are going to continue to operate the company in a very efficient manner. I think it has a lot to do with efficiencies more than anything at this point.

< Q - Hasan Imam>: So we might continue to see this type of cost control even as revenues ramp?

< A - Peter Leparulo>: Yes, I think, Hasan, the only thing I would preface that with is saying that we are going to be investing in R&D on a continuing basis. I don't see large increases in R&D, but at the same time we think that we will have slight increases period over period as we ramp the next generation of technologies. But in terms of operational efficiencies and CapEx and those measures, we have very tight controls in place and we are going to continue to operate and improve the bottom line as much as we can.

< Q - Hasan Imam>: Okay, and then one last question on the competitive front. On the Gobi platform out of Qualcomm, can you handicap the risks, especially interested in the certification software. Wouldn't that make it easier for, for example, Huawei to come into the embedded market? And Peter, you've talked about the value-added services that Novatel is working with the laptop OEMs. Is that going to offset some of the -- or rather create stickiness with the laptop OEMS?

Exhibit 1
Page 259

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< A - Peter Leparulo >: Sure. Why don't we start with the Gobi in terms of what it does. It does simplify the process somewhat. So it does lower the bar somewhat modestly, Hasan. I think at least based on the responses that we've seen from our OEM customers, the responses have been varied. Some of them like that level of simplicity and the ability to launch on multiple platforms. Others have more targeted launches and the universal application of that technology on a worldwide basis is not as critical to them. Where does Novatel fit into that was somewhat suggested by your question. It really is in the surface value adds. Those will still exist, even the ones that historically have been one of our value propositions, excuse me, the integration support, the carrier, the regulatory certification; all of those still stand with the Gobi platform. Moving to the other side of that separately to address the second part of your question, the software revenue, absolutely. One of Novatel's primary objectives is to look at the difference, is to get to the service rep and really to provide an current products we look at things constantly like LBS, like enhanced laptop capabilities on the software side and the application side. At the tracking we even look to -- and remote diagnostics, remote access and control security. We're looking to all of those things, under the overarching theme that strategically we believe that as wireless data takes off it will take off and move to large scale enterprise solutions in many industries and it will also migrate over, transition over on a supplemental -- really supplementally to service-based revenues. And that's Novatel's goal is to get to those end-to-end solutions and build a services revenue stream and ecosystem around our products and the new places where these will exist.

< Q - Hasan Imam >: So would you then say -- this is a follow-up -- would you then say that in terms of the laptop OEMs you're embedded in, it gives you a significant advantage and a newcomer would have a hard time breaking in because of these value-added services?

< A - Peter Leparulo >: Well, on two fronts. Even with the Gobi solution there is still significant integration and customization that will need to be done from firmware forward and through the certification process. But more importantly what you highlighted, I think is absolutely true; the goal of entering into that space was to create stickiness with customers with some of these 3G applications and that's our goal. And getting to end-to-end solutions in this phase will rely on widespread adoption of wireless access, WAN access, in global computing platforms. So even with the Gobi we'll be one step ahead of that in terms of the value proposition that we bring to those channels.

< Q - Hasan Imam >: Great, thank you.

Operator

Thank you. Our next question comes from the line of Anthony Stoss with Craig-Hallum. Please go ahead.

< Q - Anthony Stoss >: Hi guys, great job. Let me begin with the housekeeping. Brad, if you wouldn't mind giving us a breakout of stock comp by category?

< A - Peter Leparulo >: Give us a second -- this is Peter. Tony, give us a second so that we could dig that up.

< Q - Anthony Stoss >: Okay. Let me follow up with another question while you're pulling that up. Your cap holding shortages, I would presume or could you confirm that that's industry wide, that it's not specific just to Novatel?

< A - Brad Weinert >: Yes Tony that is definitely industry wide. It is mainstream components that are used, not only in data products but voice products as well. It's specific to the cellular industry but it's a worldwide component shortage.

< Q - Anthony Stoss >: Gotcha.

< A - Brad Weinert >: And in terms of the the, comp, R&D was 574, sales and marketing 398, G&A 494, and, I'm sorry -- 135.

< Q - Anthony Stoss >: Thirty-five. Okay. Could you give us a sense, you know, you said you're guidance also reflects a shortage. Can you help us understand what percent of your guidance you're currently booked to, if not for component shortages, you know, even then just a range or percentage, you know, what demand dictated in the quarter? You know, where you could have pushed the number to?

< A - Peter Leparulo >: Well, that's still moving parts Tony. The -- you know, we guided to what we have visibility to in terms of supply chain for the quarter. Everything above that is going to have to be addressed as we go. It's a moving target, so I'm not giving specific numbers at this time on that.

< Q - Anthony Stoss >: Okay. Pricing environment, can you update us on where we stand, anything has changed or not?

< A - Peter Leparulo >: Yes. No, pricing has been very, relatively stable. It's actually been very good because of new product

Exhibit 1
Page 260

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

introductions. Obviously, you know, we get to leverage those new product introductions as they come to market and it keeps our ASPs stable for several quarters. On the Embedded side, it's a very competitive business, it remains so. The nice thing on Embedded though, is that it's pretty much structured in a contractual manner, so we have quarter-over-quarter cost reductions and we have great visibility over a three to four quarter period of time. So we're seeing stability out -- average as expected ASP costs -- our price reductions across legacy products have strong, strong ability to maintain ASPs on new products.

    < Q - Anthony Stoss>: Okay. Two last quickie questions. Any currency impact in the quarter?

    < A - Peter Leparulo>: Certainly a little bit but we do -- remember, we do manage currency through hedging, so we did have a little bit of an impact on the strong euro. But that's mitigated a bit by our hedging strategy as well.

    < Q - Anthony Stoss>: Okay. And lastly to Dan, I think you were in three different Vodafone territories with your HSUPA product. Can you discuss plans to go after and target more Vodafone areas?

    < A - Dan Halvorson>: Sure. Historically we've been at least six or seven. I think that in the quarter you'll start, you know, there's Vodafone Germany, Vodafone France, Vodafone Spain, Vodafone UK, Vodacom, Vodafone Austria and probably one other one that'll -- Portugal, never mind. So those are all either launched or launching and we're -- there's interest in additional Vodafone off those as well.

    < Q - Anthony Stoss>: Great. Good job guys. Thanks a lot.

    < A - Brad Weinert>: Thank you Tony.

Operator

Thank you. Our next question comes from the line of Matthew Hoffman with Cowen & Company. Please go ahead.

    < Q - Matthew Hoffman>: Yes, good afternoon and again nice job guys. Got a question on the component supply tightness, don't want to beat a dead horse here, but we have seen it all over the space and you've identified it more in the HSPA side, but exactly which component is it that we're talking about that's short? And second, what are your suppliers telling you? Is it demand or customer upsize to orders or production shortfalls that's causing the supply?

    < A - Brad Weinert>: Sure Matt, three answers there. Number one is that just to predicate, it's specific HSPA on our product line because it's designed only to HSPA products but it could be applicable to a CDMA product as well. It's real sensitive right now; I'm actually still trying to get additional parts and stay in good favor with my suppliers, so we really don't want to comment specifically on it. It's an integral part of the RF chain and it's used by everybody. It's a very commonly used component and it certainly is an industry-wide phenomenon. We're seeing it not only with our competitors but also in the cellular industry as well with some of the larger cell phone companies that are looking for parts and [inaudible] so we now know it's a significant thing. In terms of the issue, we believe it's two sided. One, we believe there were initial production issues with the supplier and number two, the increased demand has put further pressure on them to deliver supply. We have actually got fairly detailed delivery schedules and recovery plans that have improved dramatically over the last few weeks. So we know it's a lot of work being put on it but there's no, you know, and the sad business there's no quick turnaround for these solutions. It's just a matter of catching up, but certainly increased demand did play a factor there.

    < Q - Matthew Hoffman>: All right. Probably another housekeeper for you, Brad. We got the Embedded 25 million. Could you give us the rest of the top-line breakouts and then also split it by technology? I know we've got the HSPA 30 but did you have any UMTS on top of that? And what was the -

    < A - Brad Weinert>: Yes, I think for the first time we had almost nil on UMTS. I think it was all HSDPA and HSUPA. Let me just take a quick look here at the numbers here. In Ovation we were at 41%, Embedded was 24% and PC cards, our core were 34.7%. For the quarter, obviously, it was 7426 in terms of North America versus the Rest of the World. And, what did I miss? I think that should cover the mixes.

    < Q - Matthew Hoffman>: And by technologies?

    < A - Peter Leparulo>: By technology we were 70% EV-DO and 30% HSPA.

    < Q - Matthew Hoffman>: Okay, great. I'll let somebody else jump in there. Thanks guys.

Operator

Thank you. Our next question comes from the line of John Bright with Avondale Partners. Please go ahead.

Exhibit 1
Page 261

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< Q - Tom Kucera>: Good afternoon, this is Tom Kucera for John Bright. First question was if you have the G&A number for the quarter.

< A - Peter Leparulo>: We're going to get that for you in just a moment as well.

< Q - Tom Kucera>: Okay. Next question, in terms of the domestic international breakdown, I guess listening to your comments last quarter, I took you to mean that international HSPA sales to Europe would be a larger portion of revenues when, in fact, it looks like it just shifted a couple of percentage points. So I'm wondering if this is really kind of what you expected from Europe this quarter, or maybe we're seeing some of the impact from the supply shortage you're talking about, or maybe if there's something else going on?

< A - Peter Leparulo>: I think in Q3 it was a factor of being able to launch and get through certification cycles. Certainly we would have loved to have shipped more in Q3, but we think it was significant shipments. It's going to be an increase, I still think, over Q2 from Q3 with our European revenues. Obviously, launch cycles are what they are; we were very heavily loaded in September with shipments and we're pleased and we're very happy with the outlook going forward. But there could have been, I'm not sure what else there is to that question other than we're looking forward to additional revenues in Q4. It's about $3 million dollars on lean-out.

< Q - Tom Kucera>: All right on G&A and one last question. In terms of possible revenue diversification acquisitions, I'm wondering first how high of a priority you regard revenue diversification, and second how you look at paying for those acquisitions.

< A - Peter Leparulo>: Sure, we regard revenue diversification as a very high priority and, really in the last four or five months, have organized with much more order, around looking at different external growth opportunities. As I said, these are both in our core markets and in related markets. How we expect to pay for them? I think you'll see that we've got a very strong balance sheet, certainly strong enough on the cash side so that we have discretionary funds on that, which is the principal place that we would first and foremost look to. But it's very difficult to talk about that outside the context of a particular acquisition.

< Q - Tom Kucera>: All right, thank you and congratulations on the quarter.

< A - Peter Leparulo>: Thank you.

Operator

Thank you, our next question comes from the line of Kevin Dede with Morgan Joseph, please go ahead.

< Q - Kevin Dede>: Let me add my congrats, guys, nice job.

< A - Peter Leparulo>: Thanks Kevin.

< Q - Kevin Dede>: Brad, would you mind giving us just a little more detail on the Embedded market? Now I understand that some shipments pushed out but you'd think in light of the holiday selling season that things might ramp up there. Just could you go through that?

< A - Brad Weinert>: Yeah, absolutely Kevin, certainly. First we had very strong – to reiterate we had very strong sales in Q3 for Embedded; it was about 24% of our business. There was one of our customers – one of our large customers that had some platform issues at the end of Q2 and had to delay shipments as they were not able to manufacture and ship platforms. That business moved into Q3 – that started to load up the quarter a little bit in terms of revenue. And then also we had Dell – and specific to your questions – Dell and Sony launched major new platforms. I forget the exact number but it was over 10 and that stimulates additional business as well as they are starting to stock and get ready for the seasonality. We think that at Q4 is flat – flat to down slightly basically because of the incremental business that we had in Q3 that wasn't expected. So we're not trying to downplay it as much as we are trying to level set on the business going into Q4 in the embedded. Certainly seasonality has something to with it, although most of the platforms that we're still shipping are more geared toward Enterprise, the Dell Latitudes, the Inspirons, and the Sony, the VAIOs that we're embedded in are all really more geared towards enterprise than they are at the consumer at this point. So while we do see some potential for incremental business we think that it's going to be fairly flat at Q4.

< Q - Kevin Dede>: Does that radio chain critical component impact your module business?

< A - Brad Weinert>: It impacts us across the board, yes, it does. It impacts anything that has an HSPA radio in it. So we are in allocation, just as our suppliers are in allocation. And again, the guidance is based on that allocation element being factored in. So when we're talking about overall we're looking at any, all of our products being impacted that are on the HSPA side.

< Q - Kevin Dede>: Could you hazard a guess on how you see the domestic market growing in Q4 versus the European market

Exhibit 1
Page 262

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

vis-à-vis the EV-DO to HSPA ratio in the mix?

   < A - Peter Leparulo>: The good news, Kevin, is that there are substantial marketing programs underway. A product – in fact I just was looking at US Today a little while ago and there's a Sprint ad at the top upper right-hand corner of the money section featuring our product and we anticipate a lot of advertising and promotions from Verizon as well. That being said, EMEA is extremely active with their MC950D product. Obviously I had a little bit of constraint regarding supply chain, but the good news on this -- we don't want to downplay the supply chain issue, but this is not something that's cut off the spigot completely, it's just governed how much we can ship in the quarter. So we're fulfilling a lot of demand. I think that Q4 has a lot of potential in terms of our carriers, but I will also tell you that we're already seeing some of that demand in the quarter, especially with the USB products at both Sprint and Verizon. They are very strong and we anticipate that continuing for the rest of the month -- or the rest of the quarter.

   < Q - Kevin Dede>: Last question for me. Is there a pricing implication to the shortage? And are you going to have to, are you reflecting that in your margin guidance?

   < A - Peter Leparulo>: Yes, that is part of the margin guidance. That's why we are slightly down in margins in Q4 is because we are anticipating and have actually already experienced some expedite fees, as well as our going out and looking for parts in the markets that we normally -- in the after-sale market, we've been looking for components where we can get them and we're, you know, being as creative as we can to get additional components. So there is some impact there. It's not a major impact but it does have some impact on the margins. The other part of it is just a product mix. In general, we're anticipating shipping more EMEA and Embedded which are going to continue to have a slight impact on margins going forward.

   < Q - Kevin Dede>: Well very good. Congrats on a nice job, gentlemen.

   < A - Peter Leparulo>: Thank you, Kevin.

 Operator

Thank you. Our next question comes from the line of Mike Burton with ThinkEquity Partners. Please go ahead.

   < Q - Michael Burton>: Hey, congratulations, guys. Most questions have been asked. Can you just actually talk a little bit about the ramp of Ovation and HSDPA and when does that pay that 10% of revenue mark?

   < A - Peter Leparulo>: Sure, I think that a majority of our revenue in the coming quarters is going to be on the Ovation MC-950D. We're still seeing a strong demand for ExpressCards in Europe as well, but we're starting to see the same phenomena that we did in North America where we anticipate, you know, over the next two quarters, the Ovation products becoming the majority of sales going into those markets. So if we look at HSPA as being 30% of our business in Q3 and going into Q4, realistically you could say that coming through within the next quarter or two. Just for that, say you're not doing the math, that's where the major growth area is in immediate for us right now is in the Ovation product line, very strong demand and interest. And also, just a note, it's with some of the customers that we haven't done business with for a while. For example, T-Mobile, is one of the customers we're launching with and we shipped through third parties but we haven't had a direct relationship with T-Mobile for a few quarters and so we have incremental business and incremental carriers as well as traditional carriers with Telefonica and Vodafone and others.

   < Q - Mike Burton>: Okay and what percent of the Ovations sales were this -- this last quarter?

accounted for 41% of revenue. There was about $43 million in sales and I think the European Ovation was about a little over 5% of revenue in Q3. And we expect going forward to be ramping with digital carriers through Q4, which will hopefully move that number up.

   < Q - Mike Burton>: Great. Thank you.

Operator

[Operator Instructions] Our next question comes from the line of Mike Walkley with Piper Jaffray. Please go ahead.

   < Q - Mike Walkley>: Thank you. Congrats also on the quarter. Just had a clarification question for you on your indebted module. When you talked about you'd exceed 500 million revenue next year even with Imbedded module flat,  would that be flat on a year-over-year or kind of from the run rate you're on at this quarter.? Just kind of trying to sense of how you see that business progressing next year.

   < A - Peter Leparulo>: I think flat from the period that we are at right now. I think the thing to be considerate of here too is that overall balloon is expanding across all the product lines. So we're really looking at the flat on a percentage basis going forward. That

Exhibit 1
Page 263

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

would be the best way to think of it.

    < Q - Mike Walkley>: Okay great thanks. I just wanted to clarify that point. And just one other question to follow up, you talked about you saw WiMAX's opportunity I was just wondering if you could discuss when you might be entering the WiMAX market with products.

    < A - Peter Leparulo>: Sure absolutely. WiMAX, our strategy for WiMAX is still the same. Sprint is our identified and targeted partner and how Sprint goes we will go. Now obviously, that is a bit of a equation without all of the pieces at this point. But our plan is still to deliver a combination EV-DO WiMAX product into the market second half of '08in, in conjunction with the carrier that we just named. And that strategy hasn't changed and we're down the road with that. And we're just at a point now where we're waiting to see what the clarified strategy is with Sprint going forward.

    < Q - Mike Walkley>: Great, thanks. That's it for me now and good luck getting those components in time.

    < A - Peter Leparulo>: Thank you.

Operator

We have time for one more question and our next question comes from the line of Samuel Wilson with JMP Securities. Please go ahead.

    < Q - Samuel Wilson>: Three very small housekeeping questions and then one a little bit more serious question. Head count casual from operations and CapEx for the quarter?

    < A - Peter Leparulo>: Headcount is just north of three hundred and CapEx was 2.7 million.

    < Q - Samuel Wilson>: Caps from operations?

    < A - Peter Leparulo>: The caps from operations was 18.2. I'm sorry, hold on a second, wrong number. 2.2.

    < Q - Samuel Wilson>: 2.2 for Cap, I'm sorry free cash was 14.4 right, so 14.5, so 18.2?

    < A - Peter Leparulo>: We've just got to verify this real quickly. Okay?

    < Q - Samuel Wilson>: Sure and then a bit of a more serious question. This goes for Peter. Have you seen any change in the competitive environment vis-à-vis Asian competition in the last ninety days, from current competition and expected competition in the future?

    < A - Peter Leparulo>: Sure, you are talking about Asian suppliers coming into our market?

    < Q - Samuel Wilson>: Yes, the commentary frequently is, you know, "Oh my God, on the horizon, wallet, hand pack, fill in the blank, it's going to come in dive-bomb pricing and this market's going to end, you know, like a bad hurricane?

    < A - Peter Leparulo>: Sure, that's a very strong statement, so I'm going to feel compelled to give somewhat of a -

    < Q - Samuel Wilson>: I'm just wondering, has there been any change?

    < A - Peter Leparulo>: The results being with a little bit of a longer answer. We have not seen the market dynamics change. The low-cost products of this space have been here for a while now and we've competed against them and in fact compete against them every day. If you look at some of the vendors, the operators have multiple vendors, many product lines. Are ASPs in that environment have been very stable, certainly on almost all products as a group. So we have not seen the market dynamics change in terms of the competitive environment on that space. Overall, again I would not frame it in terms of the strong statements that you make about it. There have always been low-cost providers in this market as well as, frankly, in handset markets as well. What we see actually is somewhat of the converse. We see -- let me just give you several observation points which I believe is why we've seen so much ASP stability over the last couple of quarters even in the face of Asians being at the low end of the markets. Number one, anybody who has been taking their read from us. We have been first to market with multiple novel innovative new products on many, many different form factors and then it had been followed on them. Now when we get follow on them, our first generation ends up being in some cases their second and third generation with some products on that. Number two, what we've found as well going forward is that those products tend to be in the low end of the market. What does that mean? Enterprises, IT managers are testing these products now that it is moving into larger-scale enterprise adoption, almost as much as operators now are in terms of performance. In fact in some cases we've even copied it because of return rates in the lower end of the market and it has to cover that part of market space. Number three, I think what you've heard a bit on this call is that wireless data is getting more complex, not less complex. There are many technologies which are coming to the market. Application interfaces are getting more numerous. There's talk where the firmware, the

Exhibit 1
Page 264

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

integration is getting more complex overall. Which is really what Novatel's strength and its value proposition is. Lastly, what I add is that even among the operators there is a level of stickiness because we have a lot of portfolio products that we ship into each of these operators. So there's a complete solution that we provide with multiple products in there. So I don't see the market responding to a one-shop, low-cost product on -- an individual product that will change the dynamics in a material way.

    < A - Peter Leparulo>: Sure.

    < Q - Samuel Wilson>: Peter, thank you very much for the straightforward answer.

    < A>: Hi guys, I have just real quick follow up. It's a negative 2.2 million for the quarter.

    < Q - Samuel Wilson>: Thank you.

    < A - Peter Leparulo>: Welcome.

Operator

Thank you. Our final question comes from the line of Larry Solomon with Capital Guardian. Please go ahead.

    < Q - Larry Solomon>: Yes. Just looking out to 2008 normally you would have a down sequential quarter in the first quarter, although this past year obviously you had a massive first quarter. And going into the first quarter of 2008 you're coming off of these shortages, so with all that in mind and the strong demand and strong backlog do you think that the first quarter is most likely up or down from the fourth quarter?

    < A - Brad Weinert>: Hi Larry, it's Brad. I, you know, I don't think we have great visibility for that yet. I think that, though, if you look at it in terms of overall demand for products, there, we don't see any shortage of demand so, will there be pent-up orders at the end of the quarter? That I can't tell at this point. So some of it's going to depend on if we have, if we get more products in and some of it's going to depend if those orders are still there when we it comes time to ship. So, you know, we are very optimistic over the long haul, but I don't think I've got enough visibility to guide you on it whether it's going to up over Q4 or not at this point, just that we see very strong demand and we have, you know, very new products going into the market and we're expanding the proliferation of those across a variety of geographic locations, so we're optimistic.

    < Q - Larry Solomon>: Great, thanks a lot.

    < A - Peter Leparulo>: Yes.

Operator

 Thank you. There are no further questions at this time. Management, I'll turn it back to you for any closing remarks.

Brad Weinert, President

 Thank you very much for all of your interest, and we look forward to talking to you again in a few months.

Peter V. Leparulo, Executive Chairman

Thanks guys.

Operator

Ladies and gentlemen, this concludes the Novatel Wireless Third Quarter 2007 Results Conference Call. If you would like to listen to a replay of today's conference please dial 1-800-405-2236 or 303-590-3000 using the access code of 11099869 followed by the pound key. AT&T would like to thank you for your participation. You may now disconnect.

*05 November 2007 JP Morgan - Paul Coster, Mark Strouse*

**Novatel Wireless - 3Q07 Preview**

We expect NVTL to meet or beat 3Q07 estimates, buoyed by sales into Verizon and Sprint; however, we believe we are at peak sell-in, and that sales could slump in early 2008, particularly if enterprise demand eases. That said, we have clearly under-estimated end-market demand, to-date, and execution has been first-rate in 2007.

  * NVTL reports 3Q07 results today, Monday, November 5 at 4:30pm; dial-in 800-218-0204.

  * We expect 3Q07 results to meet or beat our estimate of $0.21 GAAP EPS ($0.26 PF) on $98.9m in revenue (Street: $0.23 on $101.0m), with strength across product lines.

  * We look for 4Q07 EPS of $0.19 GAAP EPS ($0.24 PF) on $99.0m in revenue (Street: $0.26 on $113.7m), but we do so with a low level of confidence, particularly in view of the strong results from Sierra. That said, we believe this is peak sell-in for the current cycle

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

of wireless modem products, and we expect 1H08 to be tougher, particularly if channel inventory is high at year-end and enterprise demand eases.

* We believe the wireless module market is a commodity business which has attracted too many largely undifferentiated companies. Long term, we expect modem solutions to be integrated into chipsets (e.g. Qualcomm's Gobi, Intel's WiMax) causing aftermarket and embedded module markets to shrink. On the plus side, wireless operators could drop monthly rates to stimulate interim demand faster than we expect; such a move by T-Mobile in Europe could be positive for the space.

* Maintain Underweight. NVTL trades at 26.9x our below-consensus $0.93 PF F08E EPS, an 14% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.

Valuation and Rating Analysis

Maintain Underweight. With the stock trading at 26.9 times our PF 2008 EPS estimate of $0.93, a 14% premium to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option, Huawei, Kyocera) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we remain concerned that the after-market business will be negatively impacted by the emergence of chip-based solutions. Excellent execution notwithstanding, we believe better risk/reward tradeoffs can be found elsewhere in our coverage universe at present.

Risks to Our Rating

Factors that could lead the stock to outperform our coverage mean include
* a faster than anticipated ramp in embedded module sales with OEM partners,
* broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market.
* market share gains
* new product that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, WiMax hybrid)
* competitors exit the market leading to improved pricing power
* increased efficiencies in development, manufacturing, certification
* second sourcing production leads to reduced COGS, ahead of expectations
* the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*November 5, 2007 Morgan Joseph & Co. - Kevin Dede*
**Novatel Wireless, Inc. 3Q07 Preview: 3G Data Demand Driving Strong Sales; Reiterate Buy**
Investment Highlights:
* Strong 3Q07 in the works. We are reiterating our Buy rating on Novatel Wireless shares ahead of the company's earnings report this afternoon noting exemplary strength in the core high-speed wireless data connectivity market. Our estimates call for revenue of $100.0mm (+81% Y-Y) and EPS of $0.27, versus $55.1mm and $0.03 reported in 3Q06. Our confidence stems from our own industry checks, strong data trends at Verizon Wireless (VZ - $44.38 - NYSE), and a strong earnings report from the company's chief competitor, Sierra Wireless (SWIR - $23.69 - NASDAQ; Buy). Sierra's 3Q07 sales topped expectations by a little over 2%, but its bottom line beat by more than 20%.
* USB laptop modem continues to be the driver. At roughly 88% of sales, Novatel's laptop PC connectivity business is the key to the company's success, and within that, Novatel's legacy U720 USB modem product line has delivered what we estimate to be more than one-third of the company's total sales through 1H07. Based on our checks, this trend has continued through 3Q07, and sales should see an added boost from Novatel's newest product, the U727, which started shipping in Europe and the U.S. during the quarter.
* The Qualcomm (QCOM - $41.34 - NASDAQ) issue. On October 23, Qualcomm announced a new embedded chip design for the laptop market. Initially poorly communicated, the new Gobi product was first viewed as an avenue for Qualcomm to compete directly with the existing laptop OEM channel for the sale of embedded modems. According to Sierra Wireless, Qualcomm intends to sell through existing channel partners, and not directly to laptop OEMs. We expect Novatel to address the issue as well, confirming Sierra's report and further alleviating fears.

Exhibit 1
Page 266

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

* We expect the shares to rebound to levels seen earlier this year. On the heels of a strong anticipated 3Q07 report, and a positive view into 2008, we expect to see Novatel shares win a valuation more closely paralleling the valuation accorded early this past summer. At that time, Novatel shares attained an approximate 23x P/E multiple on out-year earnings. We reiterate our Buy rating and $32 price target, which is based on a 23x P/E multiple on our $1.40 FY08 EPS estimate.

*November 5, 2007 CIBC - Hasan Imam, Gaurav Kapoor*
**Novatel Wireless, Inc. - 3Q07 Performance, 4Q07 Guidance Indicates Fundamentals Healthy;  Operating Leverage Could Drive FY08**
Earnings Upside
Executive Summary
What we thought going in: We had a positive bias on NVTL's F3Q07 earnings, expecting a "beat and raise" (i.e., report a better-than-consensus F3Q07 and raise guidance going forward). Our view was based on checks suggesting strong shipments of next-generation USB products, healthy demand for embedded modules in the United States, and 3.5G product shipments to Europe. On gross margins, a key focus, we have held the view that NVTL will likely see some compression in 2H07 (versus 1H07) as revenue contribution from lower-margin Europe ramps; importantly, we took exception to the prevalent view that the slight gross margin compression is related to NVTL's product cycle maturing
What transpired? For F3Q07, the results beat our and consensus estimates, both on revenue and EPS; management attributed the strength to continued U.S. and European demand for its 3.5G USB products. Going forward, for 4Q07, management raised revenue and EPS guidance significantly above the prior range and consensus expectations, citing strong backlog and robust end-market fundamentals. The combination of healthy F3Q07 performance and up F4Q07 guidance, despite some component shortages, indicates NVTL's end-market demand remains healthy and management is executing well.
What's next: (1) Near term, for F4Q07, we expect some upside to guidance, but a break-out quarter will depend on how the component shortage issue plays out; if NVTL is able to get a bigger supply
than baked into guidance, there could be meaningful upside to guidance. (2) For 2008, we continue to expect NVTL's end-market demand to hold up and we are conservatively modeling over 20% sales growth; while gross margins may see slight compression, we expect significant operating leverage to drive earnings growth. Overall, we note that NVTL is a product cycle driven revenue momentum story and there are no signs of an "organic growth slowdown and margin compression due to maturing product cycle" as the Bears on the stock contend. We remain positive.
Stock dynamics: We have positioned NVTL as one of our best small-cap picks for 2007, benefiting from a major 3G/3.5G wireless upgrade cycle. NVTL shares appear attractively valued versus our 12-month price target of $35 (up from $34 before), based on applying a 20x P/E multiple on CY08E earnings power of $1.55 plus $3.95 net cash per share. There are always risks that the price target for any security will not be realized. In addition to general market and macroeconomic risks, for NVTL, these risks include, among other things: (1) new competitors entering NVTL's target segments and engaging in irrational pricing to gain share; (2) NVTL's failure to execute on new product launches, a source of its gross margin stability; (3) filling out the CFO position could take longer than we anticipate, adding to execution risk; and (4) an acquisition that may be dilutive and/or introduce integration-related risks.
DISCUSSION OF F3Q07 RESULTS AND GUIDANCE
Key Takeaways
 * Financial performance: NVTL's 3Q07 revenue and EPS (excluding stock options expense) came in at $104.6mn and $0.31, respectively, higher than our estimates of $102mn and $0.28 and consensus expectations of $101.0mn and $0.23 (GAAP).
 * Revenues: 3Q07 upside was driven by strength across the board. All three product lines (PC cards, embedded modules and fixed-mobile convergence) contributed meaningfully to revenues, confirming that NVTL has achieved good diversity in its product base. CDMA (EV-DO) represented about 70% of revenue, emphasizing the strength of NVTL's relationship with Verizon and Sprint, two operators that have been aggressive in terms of their 3G/3.5G network upgrades. European operators, accounting for 30% of NVTL's sales in the quarter, represent a growth segment as they upgrade to 3.5G GSM (HSDPA) technology.
 * Segment breakdown: (1) Ovation (41% of sales at $43.0mn) was up 19% q/q off a seasonally weaker F2Q07 (revenues were down 8.5% in F2Q07). Ovation saw increases in both initial and restocking orders. (2) Embedded modules (24% of sales at $25mn) were up

Exhibit 1
Page 267

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | 13.6% on a q/q basis. (3) PC Cards (35% of sales at $36.3mn 49.7mn) were down 27% q/q. In terms of technology, EV-DO Rev A was 70% of revenues, while HSDPA made up the remaining 30% and grew on a sequential basis. |
| | | | | | * Profitability was achieved for the fifth straight quarter, a metric that we find very encouraging: Pro forma gross margin (excluding options) expanded again to about 30% level for the third time, coming in at 29.8%, while pro forma operating margin came in at 13.6% versus our estimate of 12.5%. We do not expect the operating margin to be sustainable at these levels long-term, but, for the near term or 4Q07, we expect margins to trend in the 13-14% range. |
| | | | | | * Guidance implies strong revenue growth for 4Q07; margins to decline slightly: (1) For 4Q07, management issued revenue guidance of $120mn and GAAP EPS guidance of $0.31 (including the $0.03 impact of options). For 4Q07, we were previously modeling revenue of $115mn (Street at $114mn) and EPS of $0.26 (including stock options expense). |
| | | | | | * Raising estimates given continued momentum and strong guidance. |
| 11/6/2007 | 8,055,912 | $21.72 | -17.79% | (7.00) | *Date: Nov 6 2007  9:21:18 Wire: BLOOMBERG News (BN) --Natalie Gilbert* <br> **Novatel Wireless Cut to `Market Neutral' at Dundee: NVTL US** <br>    Princeton, New Jersey, Nov. 6 (Bloomberg Data) -- Novatel Wireless Inc.(NVTL US) was downgraded to ``market neutral'' from ``market outperform'' by analyst Arinder Mahal at Dundee Securities Corp. The 12-month price target is $27.00 per share. |
| | | | | | *Date: Nov 6 2007  12:42:54 Wire: Briefing.com  Global Menu (BRF)* <br> **NVTL: Novatel Wireless: Hearing NVTL upgraded to Buy at ThinkEquity (21.83 -4.59)** |
| | | | | | *Date: Nov 6 2007  16:19:30 Wire: BLOOMBERG News (BN) - Ian King* <br> **Novatel Drops on Fears Parts Shortage May Slow Sales (Update1) (Updates share price in fifth paragraph.)** <br>    Nov. 6 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data access cards for personal computers, dropped the most in five years in Nasdaq trading after saying a parts shortage may lead to delays in filling orders. <br>    ``Tightness in our supply channel'' may slow sales growth, Chief Operating Officer Brad Weinert said yesterday on a conference call about Novatel's latest results. <br>    The components shortage is industrywide and is the ``major hurdle'' for Novatel, Weinert said. The company, whose cards use some of the same parts mobile phones do, lists Verizon Wireless and Sprint Nextel Corp. among its clients on its Web site. <br> ``Investors might be concerned on the components shortage that was discussed on the call,'' said John Bright, an analyst for Nashville-based Avondale Partners LLC. He expects the shares to perform better than their industry peers, and doesn't own them. <br>    Novatel, based in San Diego, fell $4.70, or 18 percent, to $21.72 at 4 p.m. New York time in Nasdaq Stock Market trading. The shares have more than doubled this year. <br>    The company forecast fourth-quarter profit of 34 cents a share, excluding options costs, on sales of $120 million. Analysts on average predicted a 32-cent profit on $114.7 million in sales, according to a Bloomberg survey. |
| | | | | | *Date: Nov 6 2007  18:31:58 Wire: Washington Service (WSA)* <br> **Ratcliffe Catherine,Vice Pres., Sells 7,000 On 11/6/07 Of NVTL** |
| | | | | | *November 06, 2007 CIBC -George Iwanyc, Ittai Kidron* <br> **Novatel Wireless Inc. - Putting Doubts To Bed--Strong Results and Outlook** <br>    Novatel delivered a strong 3Q07 with revenue of $104.6M and pro forma EPS of $0.31, both well above the Street. Even with supply constraints, 4Q guidance is encouraging with sales and EPS targets of $120M and $0.34 also well above the Street. We reiterate our SO rating and $33 PT. <br>    Novatel indicated 4Q shipments are constrained due to component availability issues. With demand outstripping supply we could see some upside in 4Q if the issues are resolved quickly and more likely a modest seasonal decline and upside in March as Novatel meets pent up demand. |

Exhibit 1 <br> Page 268

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Management's first take on 2008 sales calls for the company to surpass the $500 million level. We view this as conservative and see significant upside potential. We are still comfortable projecting sales in excess of $520 million with earnings of $1.50. M&A could expand on this further.

Bottom line--we remain bullish on Novatel's growth prospects with 3G traction accelerating, the USB form factor opening up new use patterns, and Europe a good avenue for share gains. We believe the supply constraints are temporary and view guidance as being cautious.

Supply Constraints Temporary

Novatel delivered another strong quarter with 3Q07 sales of $104.6 million and pro forma earnings per share of $0.31 both easily topping the Street. Sales were below our $109.1 million, but the company still beat our Street high EPS estimate of $0.30 showing. The bottom line was helped by a solid gross margin at 29.8%, which was above our 29.4% target, and strong OpEx control with combined expenses at $17.5 million well below our target of $19.0 million. We believe the solid operating performance is sustainable and are adjusting our model.

Supply constraints are weighing on top-line performance, but we believe this is temporary and should be resolved in early 2008 and possibly earlier. To accommodate this we're adjusting our 4Q07 sales estimate downward, but we remain comfortable with our earnings estimate of $0.35 (above guidance of $0.34). Novatel's long-term outlook is unchanged and we remain positive on the company's overall positioning in all three of its business segments, particularly Ovation where the USB form factor is ramping in its second gen form factor. Novatel's growth drivers are also unchanged with 3G traction accelerating and driving strong overall demand, the USB form factor opening up new use patterns, and Europe a good avenue for share gains as the company's HSUPA USB product ramps. We believe these positives outweigh normal competitive dynamics and possible new challengers such as Qualcomm's (QCOM - SO) Gobi connectivity platform enters the embedded market early next year. While Gobi lowers the competitive bar, we view Novatel as one on the best positioned vendors to deliver a solution like Gobi. Overall, we're encouraged by the results and outlook and reiterate our Sector Outperformer rating and $33 price target.

Embedded was particularly strong in 3Q with sales of $25.2 million, more than double 2Q's $11.7 million, and accounting for 24% of total sales. The results reflect demand pushed into the quarter from 2Q and pulled in from 4Q to support new platforms, but even so, 4Q sales are still expected to be flat to down slightly. On an absolute level, embedded is stronger than we expected and we're resetting our percentage contribution expectations higher (even with Gobi entering the mix).

A stronger embedded contribution has margin implications, as it is a lower margin business. However, we also see a stronger contribution from USB, which has a higher than average contribution. With both increasing (at the expense of PC cards) we see the gross margin implications as a wash at this point and holding in the 29%-30% area. Longer term, we could see upside as Novatel looks at diversifying into new markets with both internal investment and through M&A.

Bottom line-Novatel delivered a strong quarter and outlook, which could be stronger. We're comfortable the constraints are temporary and are making only small changes to our 2008 and 2009 estimates. We remain bullish on the company's growth prospects, view guidance as being on the cautious side, and focus investors on USB form factor adoption and on the HSPA ramp in Europe as constraints ease.

Quarterly Highlights

Key Positives

* USB over 40% of sales -Ovation/USB sales were $43 million, up 20% QoQ from $36.0 million. At this point USB accounts for over 40% of sales and we believe that over the next two years this percentage could top 50% with Novatel yet to fully benefit from the USB ramp in Europe.

* Europe to ramp - we still believe Novatel can gain share in Europe despite the supply chain constraints impacting its HSPA shipments. We focus on the new MC950D USB product opening the door for greater carrier penetration.

* Guidance well above Street -4Q07 guidance of $120 million in sales and pro forma EPS of $0.34 is below our prior Street high $127.7 million and $0.35 estimates, but well above the Street's $113.7 million and $0.26. Management is yet to provide full 2008 guidance, but indicated a comfort in exceeding the $500 million level. We see this as a floor heading into 2008.

* Supply constraints suggest demand even stronger -Novatel indicated that its 4Q shipments are constrained due to RF component

Exhibit 1
Page 269

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

availability issues on its HSPA products. This suggests demand is stronger than guidance reflects and upside could materialize if the issues are resolved quicker than the 1Q target.

Key Negatives

  * Embedded and HSPA hit gross margin -gross margin declined QoQ from 31.6% to 29.8% reflecting a changed product mix (primarily embedded) and the new product ramp (including more HSPA). The decline was expected and results were higher than our model of 29.4%, but guidance of 29% shows some more pressure as mix shifts (more HSPA) and the company pays to expedite shipments for constrained parts.

  * Gobi adds uncertainty - Qualcomm recently announced its Gobi global mobile Internet solution and reference design, which allows multi-mode 3G CDMA2000 EV-DO and UMTS HSPA connectivity in notebooks (expected in 2H08). Effectively, Qualcomm has made a module manufacturer's job easier lowering the bar to enter the embedded notebook market. While we believe Novatel's position in this market is safe, Gobi adds competitive uncertainty and could pressure both price and margins in the future.

Competition always a threat -the PC/USB card market remains very competitive with Sierra Wireless (SWIR-SO) well positioned in North America, Pantech entering the USB market at Verizon (VZ-SP), and the threat of Option, Huawei and others in Europe.

Price Target Calculation

Our price target for Novatel Wireless is $33, which is based on a 22x P/E multiple on our 2008 earnings estimate of $1.50. A 22x multiple is a slight premium to the group average around 21x (excluding outliers), which we believe is warranted given the strong growth prospects over the next several years (99.1% in 2007 and 19.9% in 2008).

Risks to Price Target

Novatel Wireless' shares are subject to the perception of the health of the wireless industry and particularly the adoption of 3G and other next generation technologies. If 3G take-up is slower than anticipated, investor perception could suffer. The company's inability to gain market share in international markets or to maintain its strong position in North America may also affect the stock price. Other factors to consider include possible disruption as new technologies enter the market such as WiMAX and the ability to continue to manage to introduce new products in a timely and cost effective manner.

*November 6, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc.- NVTL - Execution Remains Solid, and 2008 Visibility Improving**

Action

Yesterday, NVTL released strong 3Q07 results, with EPS coming in at $0.31 vs. $0.29 consensus, guidance of $0.27, and our $0.27 estimate. Revenues were $104.6M, ahead of $101.0 consensus, guidance of $100.0M, and our $100.0M estimate. NVTL also offered solid guidance for 4Q07, driven by continued strength in USB modem sales, but tempered by a component supply shortage, and in-line preliminary guidance for 2008. We expect market unit growth to remain strong in 2008, but we believe that NVTL will face increased competitive challenges. Trading at 16.6x C08 EPS vs. peers at 21.8x, we reiterate our Market Perform rating.

Key Details and Summary Perspectives

USB Modems Drive Strong Sales - This marked another quarter of strong outperformance and growth at NVTL, driven by sales of USB modems. While expectations were for a mix shift in 2H07 towards European HSUPA modems, NVTL's momentum appears to remain concentrated in U.S. EV-DO modems. This is a positive from a gross margin standpoint, as HSUPA margins are lower than EV-DO due to different technology requirements and a tougher competitive landscape.

  * Component Shortage - As has been the case with their competitors, NVTL's 4Q07 results are apparently being impacted by a component shortage, though in NVTL's case, it only applies to HSPA sales (~30% in 3Q07.) NVTL expects a negative impact to sales and gross margins, with the potential for upside in the event that the impact of the shortage is successfully minimized.

  * WiMAX an Important, but Diminished Concern - Sprint's proposed launch of WiMAX in 2Q08 has been a risk for NVTL, which will not be selling first-generation WiMAX modems for the initial launch, and which will potentially bring new competitors into the mix. After Sprint CEO Gary Forsee departed, however, the state of the WiMAX launch is in doubt. In the event of a WiMAX launch, NVTL intends to bring a WiMAX/EV-DO dual-mode card in 2H08.

Details

Exhibit 1
Page 270

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Adjustments to Estimates - Based on this quarter's strong performance and guidance, we are raising our estimates. We are raising our 4Q07 EPS estimate from $0.31 to $0.34 based on an increase in revenues from $112.8M to $120.0M. For C08, we are raising our EPS estimate from $1.46 to $1.52, based primarily on better gross margin expectations, as we lower our sales estimate from $567.0M to $518.3M, per NVTL's preliminary guidance of $500M in revenues in 2008. |

Our price target is unchanged at $27.50, based on 18x our C08 EPS estimate.

Potential for Acquisitions - With competitor SWIR actively pursuing acquisitions, having completed the AirLink acquisition in 2Q07 and recently completed a secondary to pursue additional acquisitions, NVTL has also expressed an interest in making acquisitions and regards revenue diversification as a high priority. We believe that these companies regard diversification as a means of hedging against the swiftly-changing nature of the cellular modem business. With $124M in cash on the balance sheet, NVTL could probably afford to make a sub-$70M acquisition without raising additional capital, which would probably be enough to secure some of the smaller private players in the M2M (machine-to-machine) space. However, NVTL also appears willing to consider use of equity or debt for larger acquisitions.

The Changing WiMAX Outlook - Since it became clear earlier this year that Sprint intended to use other vendors to supply data cards for its initial WiMAX launch - Samsung, ZTE and ZyXEL - that were newcomers to the U.S. data card market, we have regarded the WiMAX launch as a potential threat to NVTL.

 However, we regard Sprint's former CEO Gary Forsee as a major proponent of the WiMAX strategy, and with his departure, we believe that Sprint's WiMAX strategy may be in flux. This is supported by rumors, noted in the Wall Street Journal, that Sprint may look to spin off its WiMAX division, Xohm, and focus on shoring up its hemorrhaging subscriber base. Meanwhile, NVTL aims to have a WiMAX/EV-DO Rev. A dual-mode product on the market in the second half. Between these factors, NVTL's ability to ride out this potential threat appears to have improved.

CFO Search Approaching Conclusion - NVTL continues to search for a new CFO, but reports that the search is expected to conclude in the near future. This follows the completion of the CEO search last quarter. Geographic Revenue Breakdown - The following chart shows the trend in breakdown between U.S. and International sales. Note that, while sales shifted somewhat towards Europe this quarter, the shift was not as meaningful as originally anticipated.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 26% of sales were generated internationally and 74% domestically during 3Q07. NVTL has approximately 310 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

 * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

 1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

 2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

 3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans

Exhibit 1
Page 271

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

have dropped from $80 to $60, with further reductions a possibility, as Sprint tests a $30 plan as part of an unlimited calling package.

\* Industry Consolidation a Possibility. Belgium-based Option, facing a recent decline and a smaller market cap than SWIR, could be an acquisition target. An acquisition of Option could help improve operating leverage and competitive pricing pressures.

Price Target Justification

Our $27.50 price target is based on a P/E multiple of 18x our 2008 non-GAAP EPS estimate of $1.52. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

\* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, Sprint has begun testing $30 data plans in localized markets as part of an unlimited voice service plan. If the carriers begin cutting the pricing of their plans, we believe this could generate upside for NVTL.

\* Design Wins for New Customers/Products - New product design wins, such as further USB modem sales to Europe or a second-generation Sprint WiMAX win, could help offset NVTL's apparent difficulties breaking into the first set of WiMAX suppliers. Also, sales of embedded modems to additional laptop manufacturers, such as Apple, could be a potential catalyst.

\* Possibility of Acquisition/Merger - NVTL could potentially be involved in industry consolidation. Given Option's recent weakness, it could potentially be purchased at an attractive price. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation within this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, deter new entrants, and reduce operating expenses.

Risks

\* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

\* Technology Shift to WiMAX - WiMAX is a "4G" wireless technology that promises faster speeds than current EV-DO and HSDPA networks. Sprint has indicated plans to spend $2.5 to $3.0B building a WiMAX network by the end of 2008. While we believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2006. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory.

\* Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

*November 6, 2007 Craig-Hallum - Anthony J. Stoss, Steven L. Dyer*

**Novatel Wireless, Inc. - NVTL Beats Q3, Guides Above Consensus Q4 Even With Announced Industry-Wide Component Shortages. USB Continues to Impress Both Here and Abroad. Reiterate BUY, $30 Price Target.**

INVESTMENT HIGHLIGHTS

\* Solid Q3 Results. NVTL posted solid Q3 results last night after the close. Revenue of $104.6 million was basically in-line with our Street-high $105.0 million and beat the company's guidance of $100 million. Pro forma EPS of $0.31 also beat our Street-high $0.30 estimate and guidance of $0.27 even with a higher share count.

Exhibit 1
Page 272

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

　*　USB, Embedded Modules Drives Growth. Smaller form-factor and better-performing USB and ExpressCards, combined with new Rev.A (3.6 mbps) networks continue to spur increased customer demand at both Verizon Wireless and Sprint, NVTL's two largest customers (~70% of sales in Q3). During Q3, NVTL began volume shipments of the new "keychain" USB product into both carriers to an extremely positive response. The company also indicated that embedded revenue was roughly $25 million in the quarter, largely on the back of strong Q3 notebook sales, though it also included some revenue pulled from Q2. Management indicated embedded sales industry wide have been somewhat slower to take off as customers seem to prefer small formfactor plug-in cards as they can easily upgrade when a faster speed becomes available.

　*　European USB Sales Begin to Ramp. In addition to strong ongoing sales to EV-DO customers Sprint and Verizon, the company's HSUPA USB product (7.2 mbps) for Europe launched with Vodafone, Telefonica and T-Mobile during the quarter. We believe the design (2.75 inches) and new material (better performance) will likely be very successful given low broadband penetration in Europe. Given 2/3 of the world's wireless carriers use GSM networks, combined with the fact that residential broadband penetration is sub-25% in Europe, we believe this rollout could be significant to NVTL over the next 12 months and beyond. The company indicated that it expects several additional European carriers to launch the USB product in Q4.

　*　Guidance Raised Again Even With Component Shortages. NVTL raised guidance for the full year from $415-$425 million in revenue to an implied ~$431 million and $1.25-$1.30 in EPS to an implied ~$1.37. We find this especially impressive given the industry-wide component shortages (we believe throughout the RF food chain) that is hampering the entire PC card market in Q407. Our Q4 estimates move to the guided $120 million in revenue (versus our $110 million estimate) and $0.34 in pro forma EPS (versus our estimate of $0.32).

We believe that without the component shortages, NVTL could have guided Q407 revenues of $130 million or better based on strong order activity. We are reiterating our BUY rating and $30 price target.

Q3 RESULTS, ANALYSIS

NVTL reported strong Q3 revenue of $104.6 million, basically in-line with our Street-high $105.0 million and beating the company's guidance of $100 million. Pro forma EPS of $0.31 beat our Street-high $0.30 estimate and guidance of $0.27.

The company indicated that much of the quarter's strength was attributed to volume shipments of the Ovation product line, which is made up of the smaller form factor "keychain" USB cards (41% of revenue.) We believe the "keychain" USB card has a competitive advantage based on its design and functionality and expect its small size to appeal to customers, continuing to make it extremely popular with carriers and end customers going forward. Moreover, we do not expect competitors to have a "look alike" product until next year by which time NVTL will have a clear first to market advantage.

 NVTL launched the EV-DO version of the line into both Verizon Wireless and Sprint during Q3. As a result, overall activity from both Verizon and Sprint increased this quarter with no fall off from the transition to the "keychain" USB card from the older USB version. We remind investors that Verizon Wireless and Sprint are NVTL's two largest customers, accounting for approximately 70% of revenue combined.

In addition, the company began shipments of the GSM-based "keychain" USB into Europe. The HSUPA USB product launched late in the quarter to 3 Vodafone countries (plans to cover 7-8 Vodafone countries by the end of December), Telefonica and T-Mobile in Europe, driving Q3 international sales. We believe the design (2.75 inches) and new material (better performance) will likely be very successful given low broadband penetration in Europe, and we think there are several other operators testing the product with as many as 4 new carriers launching in Europe by the end of December.

Given that 2/3 of the world's wireless carriers use GSM networks, combined with the fact that residential broadband penetration is sub-25% in Europe, we believe this rollout could be significant to NVTL over the next 12 months and beyond.

The company also indicated that embedded revenue was roughly $25 million in the quarter (24% of revenue), largely on the back of strong Q3 notebook sales, though it also included some revenue originally slotted for Q2. In spite of strong embedded sales in Q3, management projected that industry wide embedded sales will be slower than expected as customers seem to prefer NVTL's small form-factor USB plug-in cards as they can easily upgrade when a faster speed becomes available. On the embedded side, QCOM announced a new embedded chipset named Gobi in the last few weeks that sparked some volatility in shares of NVTL and SWIR. It appears that Qualcomm does not intend to place Gobi directly into notebook OEMs opting instead to distribute the chipset through its

Exhibit 1
Page 273

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

current partners. On the call last night, NVTL stated it has embedded design wins taking them through mid 2009, further insulating them from any near term threat from other embedded products such as Gobi.

Finally, the key distinguishing characteristic of Gobi is its multi-mode modem chipset. The dual module chipset works with both CDMA (EV-DO Rev. A) and GSM (HSPA) technology, allowing international travelers to access the internet from their notebooks in multiple locations across the globe. In our view, the number of end customers who will demand the level of international internet connectivity provided by the Gobi chipset is relatively minimal.

During the quarter, NVTL shipped to 13 operators and 9 OEMs across 36 countries. Overall, EV-DO sales were 70% of revenue in total while HSDPA sales accounted for 30% of revenue. Domestic sales accounted for 74% of revenue with the remaining 26% coming from international shipments. By product line, the Ovation USB products accounted for 41% of revenue, PC/Express Cards made up roughly 35% and embedded products contributed 24% to total revenue.

Gross margin of 29.8% was basically in-line with our 29.7% estimate and dropped from 31.7% last quarter given higher sales of embedded product and HSUPA USB, both of which carry slightly below-average gross margins. Operating margin also declined somewhat from 14.0% in Q2 to 13.6% this quarter. While we think this ratio is likely to slide slightly further in Q4, we believe operating margins for 2008 will return to over 14% (similar to Q1 and Q207) on continued strong revenue growth and leverage in the model. The company stated that it generated $17.2 million in EBITDA and $14.5 million in free cash flow in the quarter. The company ended the quarter with $130 million in cash.

Finally, management noted that WiMAX is on its product roadmap though likely not until 2H2008. Even then, management explained that its WiMax future is largely tied to Sprint Nextel and a good deal of uncertainty remains regarding Sprint's future plans for the technology following the recent departure of the company's CEO, Gary Foresee.

Looking ahead, the company again raised 2007 guidance on the back of the company's largest ever backlog, implying revenue of ~$431 million and pro forma EPS of 1.37, both of which we believe to be impressive given the expected industry-wide component shortages (we believe taking place at several levels of the RF foodchain) that are hampering the entire PC card market. This would mark top-line growth of more than 97% over 2006. We are raising our 2007 estimates from $422.2 million revenue to $431.9 million and our pro forma EPS estimate moving from $1.33 to $1.37. For 2008, we project revenue to reach $520 million, while our pro forma EPS estimate moves from $1.61 to $1.58, primarily on higher share count.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader for an S&P multiple. NVTL has over $3.95 per share in cash.

We are reiterating our BUY rating and $30 price target, which is based on 19x our pro forma 2008 EPS estimate of $1.58/share, a multiple we believe is very conservative especially considering the company's revenue growth.

RISKS

We believe an investment in NVTL involves the following risks.

 * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

 * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturers, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*November 6, 2007 Dundee Securities Corp. - Arinder Mahal, CFA, Puneet Malhotra*

Exhibit 1
Page 274

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

**Novatel Wireless Inc. - Delivers a Strong Q3/FY07; Valuation Results in Lower Rating**

EVENT: (all numbers in US$ unless otherwise noted)

Novatel reported better than expected Q3/07 results with EPS of $0.28 on revenues of $104.4MM, well above both Dundee and consensus estimates of $0.23/101.6MM. Revenues for the quarter were up 88% YoY and 7% sequentially. EPS in the same period last year was a $(0.03) and for Q2/07 was $0.25. ?? USB and Notebook OEMs the Key Drivers: The USB product line continues to be a key growth driver as revenues increased to $43MM, up 20% sequentially and for the first time accounted (41% of total) for the largest share of the total revenues beating out company's core PC card business, which slipped to 35% of total. We expect this trend to continue as the USB form-factor has clearly become the most popular and has gained wider appeal (retail plus enterprise). Revenues from notebook OEMs (embedded modules) at $25MM more than doubled sequentially and were up more than 200% as key OEM customers launched major platforms and the company cleared backlog from Q2/07 -expecting sequentially flat Q4/07. ?? Product Mix Impacts GM; OPEX Decline Drives Op-Margin Higher: GMs (29.8%) declined by close to 200bps from Q2/07 largely as a result of higher contribution of lower margin notebook OEM business. The company indicated that ongoing industry wide component shortages are expected to impact GMs in Q4/FY08. Despite the lower GMs, operating margin improved to 12% from 11.4% in the previous quarter as result of reduced OPEX as the company continues to realize operational efficiencies. ?? New Products and Europe Leads to Guidance Raise: Novatel recently launched a number of next-gen USB modems for both North America (EV-DO Rev A) and Europe (HSPA) including the industry's smallest, containing additional functionality such as external storage and advanced security features. The products were launched at the tail end of Q3/07 at its key customers Sprint and Verizon in N/A and T-Mobile, Telefonica, and Vodafone in Europe and expect to continue to ramp in Q4/07. Moreover, the company expects to launch with additional European (10 to 12) carriers ahead of the holiday season. As a result the company is providing Q4/FY07 guidance of EPS of $0.31 on revenues of $120MM above its previous guidance and our expectations of $0.25 and $112.5MM. The industry wide component shortages are also limiting the growth for the company as the guidance reflects tightness in the supply chain.

(Continued on page 2)

Rating: Despite our higher forecasts, we are leaving our target unchanged at US$27.00 as we have curtailed our valuation multiple. We believe the Qualcomm's recent launch of the Gobi platform could have material impact not only on the PC notebook business but also on adaptor products FY09 and beyond (please see our recent note on Sierra Wireless (SWIR-Q, SW-T, Market Outperform, target price US$26.50). We are taking a cautious approach to valuation until we get additional clarity. We are lowering our rating to MARKET NEUTRAL from Market Outperform. Our valuation is based on 20X our FY08 EPS (net of interest income) estimates of $1.15 plus $4.00/share in cash.

FINANCIAL FORECAST

As a result of the higher Q3/07 results and higher than expected guidance for Q4/07 we are raising our estimates for FY07 to revenues of $433.7MM and EPS of $1.19 from $421.4 and $1.07. The company is reporting record back-log and strong order flow for Q4/07 with industry wide supply shortages holding back its growth. The Company expects the supply shortages to last until at least Q1/08 and are expected to impact the GMs by at least 100 bps.

Although Novatel did not provide formal guidance for FY08 it did indicate that it expects to cross the $500MM mark in revenues and continue to seek out additional operational efficiencies. The company has shown an ability to introduce market-first product and form-factors. We expect the company to continue to do so in FY08. We are raising our FY08 forecasts to revenues of $506.6MM and EPS of $1.28 from $504.1MM and $1.15.

FINANCIAL REVIEW

Novatel Wireless reported strong Q3/07 results achieving quarterly revenues of $104.6 million above Dundee and consensus estimate of $101.6MM and beating its own guidance of $100MM. Moreover, revenues increased 7% sequentially and an impressive 88% YoY, driven by strong growth across its USB portfolio and higher than expected embedded sales.

The company benefited from continued strength in its USB product line which generated revenues of $43MM in the quarter, up 20% from $36MM in Q2/07 and a huge 1196% from the previous year. The demand was driven by being first to market with new USB products -smaller in size but packed with greater functionality. The company's latest U727 EV-DO Rev A modem was jointly launched at both Sprint and Verizon and packs the smallest form factor with additional functionality such as storage capacity (SD-

Exhibit 1
Page 275

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

card slot), GPS capabilities and Linux support. Novatel's first-to-market HSPA USB modem in Europe is also shipping successfully to key operators. The company successfully launched at T-Mobile, Telefonica and Vodafone with the products late in the quarter. Overall, HSPA generated 30% or $31MM in revenues up from 26% in the prior quarter. This translated into a 22.2% sequential growth and 93.4% YoY growth for its HSPA product line. CDMA revenues increased 2.2% sequentially and 92.1% YoY to $73.6MM. However, revenues from the company's core PC-card segment decreased 27% sequentially and 17% YoY to $36.3MM as growth opportunities in newer segments drove the top-line. Along with the USB business, Novatel's OEM segment grew substantially. Revenues increased 114% sequentially and 201% YoY to reach $25MM - the highest level in history. OEM revenues were positively impacted by revenues that fell over from a delayed order in Q2/07 as well as the launch of 10 new platforms by Dell and Sony. However, as a result of the incremental business in the current quarter, the company expects revenues from this segment to be sequentially flat in Q4/07.

Novatel is now shipping its products to 13 operators and 9 OEM customers. Some of its largest customers include Dell, Sony, Orange, Panasonic, Sprint, Verizon and Vodafone. The successful launch of its new HSPA USB product in Europe is also allowing the company to re-enter tier-1 carriers such as T-Mobile, Telefonica and Vodafone.

Geographically, top-line growth was driven by strong international sales which reached $27.2MM -one of the highest levels in history. International sales were driven by the European market and the PC OEMs. Revenues from the international segment increased 21.4% sequentially and 88.3% YoY. Not to be left behind, revenues from domestic markets also increased 88.3% YoY to $77.4MM but only 8.3% sequentially. The growth in the domestic market can be attributed to strong sales at the company's key customers including Sprint and Verizon. We believe both carriers accounted for more than 60% of revenues.

As a result of an unfavourable product mix (higher mix of lower margin embedded sales) and a competitively priced European market, Novatel's gross margins declined by 180bps from 31.6% in Q2/07 to 29.8% in the current quarter. GMs did improve from 26.3% over Q3/06 levels. However, the company is witnessing shortages for one of its key components and expects GM's to be in under pressure again next quarter as it is guiding for a modest decrease in 29%.

Operating expense excl. stock based compensation decreased sequentially both in absolute terms as well as a percent of sales. On an absolute basis, opex decreased from $17.2MM in Q2/07 to $17.0MM in the current quarter due to improved operational efficiencies and a slight decline in certification costs. R&D costs decreased to $9.1MM vs. $9.3MM and S&M costs also fell by 400K. However, G&A expenses increased modestly. As a percent of sales Opex decreased to 16.2% vs. 17.6% in the prior quarter. Despite the lower GMs, operating margin improved to 12% from 11.4% in the previous quarter as result of reduced OPEX as the company continues to realize operational efficiencies.

Strong top-line growth did translate into a strong bottom line as Novatel reported GAAP EPS of $0.28 per share, up from $0.25 per share last quarter and a loss of ($0.03) per share in Q3/06. GAAP EPS beat Dundee and consensus estimate as well as its own guidance of $0.23 per share. On a pro-forma basis, EPS came in at $0.31 per share, again beating Dundee of $0.28 and consensus and company guidance of $0.27 per share. Pro-forma EPS was flat sequentially but improved from $0.04 per share in Q3/06.

*November 6, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless - Strong Q307 Results; Solid Q407 Guidance**
KEY POINTS:
   * Novatel announced strong Q307 results and provided solid Q407 guidance. We were encouraged backlog entering Q407 was at record levels and Q407 guidance could prove conservative if supply chain issues are resolved during the quarter. Despite strong near-term results, we are maintaining our Market Perform rating.
   * Novatel Wireless announced Q307 results of $0.31 pro-forma EPS on revenue of $104.6M vs. our estimates of $0.27 and $100.5M. Novatel's strong top line results were driven by robust USB sales and a strong sequential growth in its embedded module business. Further, the company controlled operating expenses with operating expenses at 16.2% of sales versus our 17.6% estimate.
   * Novatel provided Q407 guidance of pro-forma EPS $0.34 on revenue of $120M vs. our $0.30 and $111M estimates (now revised to $0.35 and $121M, respectively). Management cited strong demand across its products for the strong guidance, and similar to

Exhibit 1
Page 276

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

several companies in the wireless market this guidance incorporates ongoing industry component constraints.

* Due to anticipated increased mix of HSUPA products in Q407 and potential supply chain shortages leading to short-term component cost increases, management guided to Q407 pro-forma gross margin of 29.0% versus 29.8% in Q307 and 31.6% in Q407.

* Consistent with our September North American channel checks indicating increasing momentum for 3G data-oriented devices and mobile broadband products, (see our September 28th note entitled "Channel Checks: iPhone Sales Ramp, Smartphone Mix Improves"), management indicated Novatel maintained strong share at Sprint and Verizon due to solid initial sales of its differentiated U727 USB modem.

* Novatel indicated similar strong uptake and sell-through of the MC950D USB modem in EMEA, launched in late September at carriers such as Telfonica, T-Mobile and Vodafone. Management noted Q4 launches at additional carriers in EMEA and accelerating migration in this region to the USB form factor from PC Cards should drive strong sequential international results.

* While Q307 embedded revenue of $25M increased 118% sequentially due to new platforms ramping from customers and a larger order pushed from Q2 to Q3, management anticipates little growth from this run-rate going forward.

* Based on continued product cycle momentum and better operating expense controls, we are raising our 2008 pro-forma EPS estimate from $1.36 to $1.45 and introducing our 2009 pro-forma EPS estimate of $1.55.

INVESTMENT RECOMMENDATION:

Our $26 price target is based on roughly 17x our 2009E EPS (prev. 19x 2008E EPS), which is in line with peer multiples. We are maintaining our market perform rating due to valuation.

RISKS TO ACHIEVEMENT OF TARGET PRICE:

Risks to our price target include increased competition for core PC card business, success of the Ovation platform, and the company's ability to maintain its base of carrier partners.

COMPANY DESCRIPTION:

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*06 November 2007 JP Morgan - Paul Coster, Mark Strouse, Sandeep Madhur*
**Novatel Wireless - Strong 3Q Results, Still Skeptics; Adj Ests**
NVTL reported strong 3Q results and 4Q guidance was above Street expectations. We believe that peak sell-in is occurring within N. America and that sales could begin to slump in early 2008, although we concede that NVTL's execution has been spot on to date. Given the risks associated with what we view as a commodity product, we believe NVTL's multiple is not justified. Maintain Underweight.

* NVTL reported 3Q07 GAAP EPS of $0.28 on $104.6m in revenue, beating Street estimates of $0.23 on $101m (JPM: $0.21 on $98.9m). Results were driven by strength in Ovation products, which increased to 41% of sales. Embedded sales, 24% of total, were positively impacted due to the timing of revenues from one customer shifting from 2Q into 3Q. PC cards declined 17% y/y to make up 35% of total sales. Gross margin of 29.6% declined 180bps q/q due to a mix shift toward embedded sales.

* 4Q guidance was above Street expectations. NVTL expects 4Q results of $0.31 GAAP EPS on $120m in sales, above Street estimates of $0.26 on $113.7m (JPM: $0.19 on $99.0m). International growth is expected to outpace domestic. Gross margin is expected to dip to 29% due to an industry wide component constraint, introducing modest risk to 4Q07 and 1Q08 estimates. We are raising estimates but are below guidance.

* Maintain Underweight. NVTL trades at 22.0x our revised $1.20 PF FY08E EPS, a 6% discount to the mean of our coverage. We believe there are too many companies pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. In this context, we believe the stock is overvalued and we expect NVTL to underperform the mean of our coverage.

Valuation and Rating Analysis

Maintain Underweight. NVTL trades at 22.0x our revised $1.20 PF FY08E EPS, a 6% discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option, Huawei, Kyocera) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we

Exhibit 1
Page 277

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

remain concerned that the after-market business will be negatively impacted by the emergence of chipbased solutions. Excellent execution notwithstanding, we believe better risk/reward tradeoffs can be found elsewhere in our coverage universe at present.

Risks to Our Rating

Factors that could lead the stock to outperform our coverage mean include

* a faster than anticipated ramp in embedded module sales with OEM partners,
* broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market.
* market share gains
* new products that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, WiMax hybrid)
* competitors exit the market leading to improved pricing power
* increased efficiencies in development, manufacturing, certification
* second sourcing production leads to reduced COGS, ahead of expectations
* the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*November 6, 2007 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - 3Q Results Beat Expectations; Margin Outlook Restrained**
Conclusion: Novatel posted 3Q07EPS and revenue ahead of consensus, but DSOs were surprisingly high and 4Q07gross margin guidance was a bit lower than expected, continuing a down trend. Add Novatel to the long list of wireless device makers suggesting component tightness was keeping a lid on its 4Q07 guidance. We continue to believe 1Q08 will be better than seasonal in general for the wireless device market as a result. Maintaining Neutral.

* 3Q07 Beats, Mix Impacts Gross Margin. New HSUPA and embedded products drove better than expected 3Q07 results with revenue of $104.6MM (up 7.4% q/q) compared to consensus of $101MM. GAAP earnings were a penny ahead of consensus at $0.28. Gross margins slid to 29.8% from 31.6% last quarter on mix. Receivables balances topped $70MM, up 72% from $41MM last quarter, on late qtr shipments. HSPA was 30% of revenue.
* 4Q Revenue Visibility High, Margins Down. Management's 4Q outlook was above existing consensus at $120MM (consensus = $114MM), though gross margins are expected to be in the 29% range in part due to expected geographic mix and also somewhat as a result of parts shortages.
* Component Tightness Seen Lasting To 1Q08. The company echoes other OEMs citing supply tightness, specifically an RF component which somewhat delayed its HSUPA launches. Management speculates better than expected overall wireless demand has impacted supply. Looking ahead, the situation is expected to last to 1Q08; it has improved a bit of late.
* Estimates Increase, Maintaining Neutral. Based on an initial target for FY08 of >$500MM, we are raising our FY08 estimates. We continue to see the arrival of WiMAX, Qualcomm's Gobi and increased competition as reasons to be cautious on the longer-term F08 outlook and margins, but recognize the company's F07 has been truly special.

*November 06, 2007 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body*
**Novatel Wireless, Inc. (NVTL-Q US$26.42) - Strong Q3 and Guidance**
Event
* Novatel reported Q3 results last night.
What It Means
* Quarter comes in ahead of expectations: Revenue came in at US$104.6M ahead of our expectation of US$100.4M and the street at US$101M. EPS came in at US$0.28 ahead of our expectations of US$0.23 and the street at US$ 0.23.
* Good guidance ahead of expectations: Q4 guidance is for revenue of US$120M, and EPS of US$0.34, ahead of our expectation of US$114.7M and EPS of US$0.28, and the street at US$114M and US$0.26.
* Adjusting estimates - strong fundamentals continue: We continue to view Novatel's fundamentals as strong with very healthy market demand and a strong product portfolio. Our only reservation on Novatel is that it is trading at a higher multiple than its closest competitor which we do not see as justified.

Exhibit 1
Page 278

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------|

Strong Industry Fundamentals + Leading Portfolio = Strong Position
   * Strong Q3 - slightly ahead of raised guidance: Exhibit 1 outlines the results for the quarter. Revenue was up by 88% year over year and came in ahead of expectations. Domestic revenue accounted for 76% of revenue with international coming in at 24%.  international sales were assisted by the company's HSUPA USB modem that generated over US$5M in revenue. However EVDO was still the dominant technology accounting for 70% of overall revenue. Top customers in the quarter included Dell, Orange, Sony, Panasonic, Sprint, Telefonica, Verizon, and Vodafone. In terms of form factors, USB products accounted for 41% of revenue, embedded modules were 24% and PC cards were 35%. Gross margins came in at the high end of expectations and just shy of 30%. Gross margins and revenues were somewhat impacted by component shortages which impacted the HSPA products. This component shortage appears wide spread throughout the industry and is a result of both strong demand and production issues from one of the suppliers. Operating
performance was better than we were looking for at 12.0% EBIT margins, vs our expectations of 9.4%. The company grew opex in total but it is falling as a percentage of overall revenue. We are beginning to see the top two players in the industry displaying double digit EBIT margins which we expect to continue into a least the next quarter. Company management commented that ASPs are relatively stable thanks largely to rapid new product introductions, and to lower cost competitors delivering products that do not contain the latest radio technologies. The balance sheet remains healthy with US$124.4M in cash up US$12.9M from last quarter. The only negative aspect of the balance sheet was that receivable days ballooned to 62 from 39 in the quarter, although this can be expected in a fast growing environment. And given the high quality of the customer base we are not too worried, however, we will be watching for the company to bring this working capital ratio back in line next quarter.
   * Guidance Strong: Management commented that Novatel was going into Q4 with a record order backlog although did not share that number. Guidance for Q4 came in slightly above our and street expectations. The company also suggested that 2008 revenues should come in at over US$500M. We were at US$489M and the street was at US$501M. We have adjusted our numbers for both Q4 and 2008 and highlight them below.
Embedded market was talked down: Embedded modules came in at 24% of revenue for this quarter which the company said was unusually high and due to some deliveries that were suppose to have occurred in the previous quarter. Management suggested this market was not  developing as it had expected because of channel conflict and customer preference for external modems. To a degree we believe this is slightly self serving given that Qualcomm is about to deliver an embedded EVDO/HSPA solution targeted at two of Novatel's main customers Verizon Wireless and Sprint. In general we believe this is not a positive move for the industry because it will likely serve to reduce the margins from those two customers. In the short term Novatel is correct in stating that the embedded market has not taken off as was expected because the carriers and the PC OEMs have not been able to establish a channel strategy where the modem subsidy is shared. As a result PC OEMS are not eager to add the component to the PC because consumers and enterprises are reluctant to pay the full price (why pay US$100+ for a feature that Verizon is willing to give me for US$50.00). However, if this issue is rectified it could swing the market heavily towards the embedded form factor which would likely be an overall negative influence for Novatel. Recommendation unchanged, target raised: We have raised our 1-year target to US$31.00, based on 18x our new forward EPS estimates one year out (Q4/08E - Q3/09E) of US$1.69. We believe the company is in a strong position in a healthy and growing industry although we maintain our slight bias towards Sierra Wireless based strictly on valuation. In
terms of risk we believe the biggest one remains pricing. At this stage we do not believe low cost vendors can threaten technology leaders such as Novatel in the near term because of the rapid pace of technology and product cycles in the industry. Perhaps if one of the bigger players, such as Ericsson, wanted to desperately get into this segment they could provide some pricing pressure, although on the other side, if they wanted to get into this segment so badly they could always buy one of the existing vendors. We will also be watching the embedded space closely. If this market fails to take off and consumers continue to prefer the external form factor then Qualcomm's product introduction will have much less of an impact on the sector. In the near term we believe the biggest risk is Ericsson's intention to get into the sector which may lead to some head line risks, but probably little more.

*November 6, 2007 ThinkEquity Partners - Mike Burton*
**Novatel Wireless - NVTL: Once Again, A Beat And Raise; Maintain Accumulate**

Exhibit 1
Page 279

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

THINK ACTION:

For the fifth straight quarter Novatel Wireless reported above its guidance range (and Consensus) and guided for higher top- and bottom-line growth. While Embedded Modules were strong in the quarter, as forecast, the product line is not expected to be a growth driver for the company going forward due to several factors including the increased competition. As a result, the robust demand for USB modems and Express Cards is being offset by a revision to Embedded Products growth expectations. With a negligible net impact to our CY08 estimates, we are maintaining our Accumulate rating and $28 price target.

KEY POINTS:

Embedded Modules: Embedded modules were the biggest driver of the top line and their lower margin profile impacted the company's overall mix. Revenues in this segment were up substantially from ~$11.5M, or 12% of total revenues, to ~$24.8M or 24% of sales in Q3. We believe that this business will be down ~8% next quarter and ~8% for CY08. Embeddeds are not expected to be a growth driver for the company going forward due to several factors including the increased competition, (including QUALCOMM's new Gobi

chipset offering which we believe may be disruptive to the already tough pricing environment for the product), and customer preference for the alternate form factors as seen with NVTL's own success in Express Cards and USB modems. Ovation/USB Modems: "Ovation" sales (USB modems) remained consistently strong and increased as a percent of sales from 37% to ~41%. Ovation sales to Europe were over 5% of revenues in the quarter and should be a driver of revenues after RF component supply constraints ease, which we expect to occur in Q108. Ovation EV-DO sales were again very strong and are now benefiting from the new ramps of the compact U727 to Sprint and Verizon, but the HSPA version, MC950 is also expected to see more interest from Europe and other areas of the world

EV-DO Cards (including Express Cards): We believe that EV-DO PC Card sales were again the largest drag on the top line, by our calculations decreasing ~64% from ~$30M in the previous quarter to ~$11M in Q3. Total EV-DO products (including Embedded modules and Ovation sales) were flattish sequentially at ~$73M or 70% of revenues, from ~$72M or 74% of total sales in Q2. We believe the popularity of the newer USB formfactor has seen the most traction at the carriers lately.

HSDPA Cards: By our calculations, HSPA PC Card sales are down ~16% sequentially at ~$16M from ~$20M last quarter. However, given the growth in HSPA Ovation and Embedded Modules, we estimate that total HSPA products were up significantly from ~$25M to ~$32M, or up 26% Q/Q; HSPA sales increased as a percent of total sales from ~26% in Q207 to ~30% in Q307.

The Quarter: NVTL reported revenues of $104.6M and Pro Forma EPS of $0.31, versus its guidance of $100M in sales and $0.29 in Pro Forma EPS vs. our estimates of $101.1M and $0.28. On a GAAP basis, NVTL reported EPS of $0.28, $0.04 ahead of our $0.24 estimate, and $0.01 above Street Consensus of $0.23. Pro Forma GMs (excluding stock compensation expense) were 29.8%, down from 31.7%, impacted by a mix more weighted toward the lower-margin Embedded module products; NVTL's forecast for Q4 was for GMs to be down to 29% due to again a high percentage of lower-margin embedded modems, but a further impact by component shortages requiring NVTL to pay "expedite charges." OPEX was $700,000 lower than our expectation at $17.0M or 16.2% of sales, which also contributed to the EPS upside.

Estimates: We are raising our revenue estimates for the September quarter and going forward:

* December quarter: Our revenue estimate is increasing from $110.5M to $121.5M, and our EPS estimate rises from $0.31 (Pro Forma; excluding non-cash stock compensation expense) to $0.35. The upside to revenues is being driven primarily by better-than-expected sales, with the lower GMs limiting the upside to EPS.

* CY2008: Our 2008 estimates are remaining virtually unchanged. Our revenue estimate is changing from $500.9M to $500.5M, and our EPS is unchanged at $1.45 (Pro Forma; excluding non-cash stock compensation expense). The robust demand for USB modems and Express Cards is being offset by a revision to Embedded Products growth expectations.

Valuation: Our $28 price target is based off a 19x multiple of our 2008 EPS estimate of $1.45, which we believe is reasonable and in line with our view of the company's three- to five-year growth rate of 20%. On an EV/Sales basis, our $28 price target represents only a 1.7x multiple of our CY08 revenue estimate of $500.5M. Since 12/31/04, NVTL's peak, average, and trough EV/Sales multiples are 6.2x, 2.0x, and 1.0x, respectively, ( Exhibit 1).

RISKS TO PRICE TARGET:

Exhibit 1
Page 280

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

      * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows, there could be substantial risk to NVTL's growth opportunities.

      * Market Adoption: We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will result in slower-than-expected growth for Novatel.

      * Increasing Competition: Increasing competition from other PC card vendors, handset OEMs and Asian OEMs/ODMs could cause significant pricing and margin for Novatel, and its current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*November 06, 2007 CIBC - George Iwanyc, Ittai Kidron*

**Novatel Wireless Inc. - Putting Doubts To Bed--Strong Results and Outlook**

  Novatel delivered a strong 3Q07 with revenue of $104.6M and pro forma EPS of $0.31, both well above the Street. Even with supply constraints, 4Q guidance is encouraging with sales and EPS targets of $120M and $0.34 also well above the Street. We reiterate our SO rating and $33 PT.

  Novatel indicated 4Q shipments are constrained due to component availability issues. With demand outstripping supply we could see some upside in 4Q if the issues are resolved quickly and more likely a modest seasonal decline and upside in March as Novatel meets pent up demand.

  Management's first take on 2008 sales calls for the company to surpass the $500 million level. We view this as conservative and see significant upside potential. We are still comfortable projecting sales in excess of $520 million with earnings of $1.50. M&A could expand on this further.

  Bottom line--we remain bullish on Novatel's growth prospects with 3G traction accelerating, the USB form factor opening up new use patterns, and Europe a good avenue for share gains. We believe the supply constraints are temporary and view guidance as being cautious.

Supply Constraints Temporary

Novatel delivered another strong quarter with 3Q07 sales of $104.6 million and pro forma earnings per share of $0.31 both easily topping the Street. Sales were below our $109.1 million, but the company still beat our Street high EPS estimate of $0.30 showing. The bottom line was helped by a solid gross margin at 29.8%, which was above our 29.4% target, and strong OpEx control with combined expenses at $17.5 million well below our target of $19.0 million. We believe the solid operating performance is sustainable and are adjusting our model.

Supply constraints are weighing on top-line performance, but we believe this is temporary and should be resolved in early 2008 and possibly earlier. To accommodate this we're adjusting our 4Q07 sales estimate downward, but we remain comfortable with our earnings estimate of $0.35 (above guidance of $0.34). Novatel's long-term outlook is unchanged and we remain positive on the company's overall positioning in all three of its business segments, particularly Ovation where the USB form factor is ramping in its second gen form factor.

Novatel's growth drivers are also unchanged with 3G traction accelerating and driving strong overall demand, the USB form factor opening up new use patterns, and Europe a good avenue for share gains as the company's HSUPA USB product ramps. We believe these positives outweigh normal competitive dynamics and possible new challengers such as as Qualcomm's (QCOM - SO) Gobi connectivity platform enters the embedded market early next year. While Gobi lowers the competitive bar, we view Novatel as one on the best positioned vendors to deliver a solution like Gobi. Overall, we're encouraged by the results and outlook and reiterate our Sector Outperformer rating and $33 price target.

Embedded was particularly strong in 3Q with sales of $25.2 million, more than double 2Q's $11.7 million, and accounting for 24% of total sales. The results reflect demand pushed into the quarter from 2Q and pulled in from 4Q to support new platforms, but even so, 4Q sales are still expected to be flat to down slightly. On an absolute level, embedded is stronger than we expected and we're resetting our percentage contribution expectations higher (even with Gobi entering the mix).

A stronger embedded contribution has margin implications, as it is a lower margin business. However, we also see a stronger contribution from USB, which has a higher than average contribution. With both increasing (at the expense of PC cards) we see the

Exhibit 1
Page 281

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

gross margin implications as a wash at this point and holding in the 29%-30% area. Longer term, we could see upside as Novatel looks at diversifying into new markets with both internal investment and through M&A.

Bottom line—Novatel delivered a strong quarter and outlook, which could be stronger. We're comfortable the constraints are temporary and are making only small changes to our 2008 and 2009 estimates. We remain bullish on the company's growth prospects, view guidance as being on the cautious side, and focus investors on USB form factor adoption and on the HSPA ramp in Europe as constraints ease.

Quarterly Highlights

Key Positives

* USB over 40% of sales – Ovation/USB sales were $43 million, up 20% QoQ from $36.0 million. At this point USB accounts for over 40% of sales and we believe that over the next two years this percentage could top 50% with Novatel yet to fully benefit from the USB ramp in Europe.

* Europe to ramp - we still believe Novatel can gain share in Europe despite the supply chain constraints impacting its HSPA shipments. We focus on the new MC950D USB product opening the door for greater carrier penetration.

* Guidance well above Street – 4Q07 guidance of $120 million in sales and pro forma EPS of $0.34 is below our prior Street high $127.7 million and $0.35 estimates, but well above the Street's $113.7 million and $0.26. Management is yet to provide full 2008 guidance, but indicated a comfort in exceeding the $500 million level. We see this as a floor heading into 2008.

* Supply constraints suggest demand even stronger – Novatel indicated that its 4Q shipments are constrained due to RF component availability issues on its HSPA products. This suggests demand is stronger than guidance reflects and upside could materialize if the issues are resolved quicker than the 1Q target.

Key Negatives

* Embedded and HSPA hit gross margin – gross margin declined QoQ from 31.6% to 29.8% reflecting a changed product mix (primarily embedded) and the new product ramp (including more HSPA). The decline was expected and results were higher than our model of 29.4%, but guidance of 29% shows some more pressure as mix shifts (more HSPA) and the company pays to expedite shipments for constrained parts.

* Gobi adds uncertainty - Qualcomm recently announced its Gobi global mobile Internet solution and reference design, which allows multi-mode 3G CDMA2000 EV-DO and UMTS HSPA connectivity in notebooks (expected in 2Q08). Effectively, Qualcomm has made a module manufacturer's job easier lowering the bar to enter the embedded notebook market. While we believe Novatel's position in this market is safe, Gobi adds competitive uncertainty and could pressure both price and margins in the future.

Competition always a threat – the PC/USB card market remains very competitive with Sierra Wireless (SWIR-SO) well positioned in North America, Pantech entering the USB market at Verizon (VZ-SP), and the threat of Option, Huawei and others in Europe.

Price Target Calculation

Our price target for Novatel Wireless is $33, which is based on a 22x P/E multiple on our 2008 earnings estimate of $1.50. A 22x multiple is a slight premium to the group average around 21x (excluding outliers), which we believe is warranted given the strong growth prospects over the next several years (99.1% in 2007 and 19.9% in 2008).

Risks to Price Target

Novatel Wireless' shares are subject to the perception of the health of the wireless industry and particularly the adoption of 3G and other next generation  technologies. If 3G take-up is slower than anticipated, investor perception could suffer. The company's inability to gain market share in international markets or to maintain its strong position in North America may also affect the stock price. Other factors to consider include possible disruption as new technologies enter the market such as WiMAX and the ability to continue to manage to introduce new products in a timely and cost effective manner.

*November 6, 2007 Morgan Joseph & Co. Inc. - Kevin Dede*
**Novatel Wireless, Inc. - European Data Marching Back; Raising Estimates; Reiterate Buy**
Investment Highlights:
* Sales of $104.6mm beat our $100.0mm estimate in Novatel's 3Q07 report last night. Earnings of $0.31 per share surpassed our $0.27

Exhibit 1
Page 282

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

non-GAAP estimate primarily on the sales performance (+90% Y-Y) and good cost control; operating expenses unexpectedly fell $200,000 from June to $17.0mm and sit at 16.2% of sales, down from 17.6% in 2Q07. Contributing to the 90% Y-Y and 7% Q-Q sales growth was the European data market, driven by the uptake of Novatel's new MC950 USB modem addressing new HSPA networks. This business caused a swing in Novatel's sales mix that now represents 30% HSPA, up from 26% HSPA in June, while CDMA-based technology is now 70% of the mix, down from 74% in June, and brought a corresponding change to gross margin, which fell about 180 bpt to 29.8% in 3Q07 from 31.6% in 2Q07.

* Next generation USB modem. The swing in sales mix highlights demand for the new HSPA modem and leaves us confident in continued strong sales and orders. Concerns arise regarding ultimate data card market penetration of the laptop market, which we gauge to be in the 10% range of a market, which is about the size of 100mm laptops (in current use). Given the attractiveness of high-speed data, it's not inconceivable to see the market penetration increase to the 20-30% range, driven by the small, flattering form factor and effectively priced service plans. We see Novatel's new modems leading to further market penetration.

* Estimates up, but potentially conservative, should component constraints ease. We are raising our estimates to reflect the out-performance in 3Q07 and a view to 15-20% growth next year; as such, our FY07 estimates now stand at $431.9mm and $1.36, and FY08 at $500.0mm and $1.45. Importantly, we believe there is some conservativeness inherent in our forecasts, partially accounting for the uncertainty of meeting established demand. A key radio chain component is in tight supply, but the situation could be rectified early next year.

* Reiterating our Buy recommendation and $32 PT. We are reiterating our Buy rating on the strong data connectivity market trends that have  led to estimate raises for the companies supplying them, and we continue to see Novatel shares trading to our $32 price target on the back of these trends. Our target is based on a 22x P/E multiple, which stands at a slight discount to that of its peer group, and our $1.45 FY08 EPS estimate.

*06 November 2007 J.P. Morgan - Paul Coster, Mark Strouse, Sandeep Madhur*
**Novatel Wireless - Strong 3Q Results, Still Skeptics; Adj Ests**
NVTL reported strong 3Q results and 4Q guidance was above Street expectations. We believe that peak sell-in is occurring within N. America and that sales could begin to slump in early 2008, although we concede that NVTL's execution has been spot on to date. Given the risks associated with what we view as a commodity product, we believe NVTL's multiple is not justified. Maintain Underweight.
NVTL reported 3Q07 GAAP EPS of $0.28 on $104.6m in revenue, beating Street estimates of $0.23 on $101m (JPM: $0.21 on $98.9m). Results were driven by strength in Ovation products, which increased to 41% of sales. Embedded sales, 24% of total, were positively impacted due to the timing of revenues from one customer shifting from 2Q into 3Q. PC cards declined 17% y/y to make up 35% of total sales. Gross margin of 29.6% declined 180bps q/q due to a mix shift toward embedded sales.
4Q guidance was above Street expectations. NVTL expects 4Q results of $0.31 GAAP EPS on $120m in sales, above Street estimates of $0.26 on $113.7m (JPM: $0.19 on $99.0m). International growth is expected to outpace domestic. Gross margin is expected to dip to 29% due to an industry wide component constraint, introducing modest risk to 4Q07 and 1Q08 estimates. We are raising estimates but are below guidance.
Maintain Underweight. NVTL trades at 22.0x our revised $1.20 PF FY08E EPS, a 6% discount to the mean of our coverage. We believe there are too many companies pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. In this context, we believe the stock is overvalued and we expect NVTL to underperform the mean of our coverage.
Valuation and Rating Analysis
Maintain Underweight. NVTL trades at 22.0x our revised $1.20 PF FY08E EPS, a 6% discount to the mean of our coverage. We believe there are too many companies (e.g., SWIR, NVTL, Option, Huawei, Kyocera) pursuing the market with undifferentiated products, which could lead to commoditization and margin pressure in late 2007, especially as growth moderates. Longer term, we remain concerned that the after-market business will be negatively impacted by the emergence of chipbased solutions. Excellent execution notwithstanding, we believe better risk/reward tradeoffs can be found elsewhere in our coverage universe at present.

Exhibit 1
Page 283

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|------------------|-------------------------------------------------------------------------------|

Risks to Our Rating Factors that could lead the stock to outperform our coverage mean include
  \* a faster than anticipated ramp in embedded module sales with OEM partners,
  \* broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market.
  \* market share gains
  \* new products that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, WiMax hybrid)
  \* competitors exit the market leading to improved pricing power
  \* increased efficiencies in development, manufacturing, certification
  \* second sourcing production leads to reduced COGS, ahead of expectations
  \* the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*6 NOVEMBER 2007 Research Capital Corporation  - Nick Agostino*
**Novatel Wireless Inc. - Q3/07 Results -Delivering on Expectations**
INVESTMENT OPINION
We value Novatel Wireless at 22x (20x previously) our adjusted 2008 EPS estimate of US$1.40 (US$1.30 previously), yielding a new target price of US$31.00 (US$26.00 previously). We have increased our multiple to reflect strong momentum and increased comfort in our estimates. The shares are currently trading at 19.4x our NTM EPS estimate. Overall, market fundamentals and demand remain very strong. We remain an ACCUMULATE.
ANALYS I S
Q3 sales slightly better than expected: Novatel reported Q3 revenues of US$104.6 mm, above guidance, our estimate and consensus (Figure 1). Sales of EV-DO products were up about 7% Q/Q, representing 74% of sales, with continued strong demand for USB Ovation devices (including the sell-in of new U727 devices to Sprint and Verizon in late Q3). GSM-based HSDPA product sales were up 24% Q/Q, representing 30% of total revenues versus 26% in Q2 as the company increased its sales in Europe. Ovation accounted for 41% of sales (US$43 mm versus our estimate of US$36 mm) and was up 19% Q/Q on the strength of U727 shipments in North America and MC950D to European carriers such as T-Mobile (past customer), Telefonica, and Vodafone. PC Card sales on the other hand declined by 27% Q/Q to ~US$36 mm (35% of revenues) as the USB form factor continues to be more popular. We expect this downward trend for PC Cards to continue, buoyed somewhat by demand for ExpressCards. As expected, module sales increased 118% to US$25 mm (24% of revenues) in Q3 due to new (over 10) platforms at Dell and Sony. We expect module sales to be flat to down in Q4. Domestic revenues accounted for 74% of total sales, increasing only 3% as Europe was the key Q/Q revenue driver.
In the quarter, greater-than-10% customers comprised Verizon, Sprint, and Dell, combined accounting for 63% of Q3 sales - giving rise to some customer concentration risk. The company remains committed to diversifying its revenue (introducing recurring revenues services offerings) and customer base. Novatel is looking at strategic accretive acquisitions as an option.
Gross margins decline Q/Q: Pro-forma gross margins came in at 29.8%, 30bps ahead of our estimate, but down 180bps sequentially due to an unfavourable product mix (higher module sales and increased HSDPA contributions) and some component constraints. ASPs remained stable. Gross margins are expected to be about 29% in Q4, primarily for the same reasons. EPS above expectations: GAAP EPS of US$0.28 and adjusted EPS of US$0.31 (excluding stock option expenses) were ahead of consensus, guidance, and our expectations. In addition to a slightly higher gross margin, the bottom-line differentiating factors were US$1.2 mm in lower opex as a result of less certification requirements and increased efficiencies, and US$0.5 mm in higher interest income. Novatel ended Q3 with US$130.1 mm in net cash, or US$3.95 per share (15% of current share price). Some cash was tied up as receivables increased materially Q/Q to US$70.6 mm from US$40.1 mm due to quarter-end sell-in shipments, primarily to Sprint and Verizon.
Q4 guidance as expected: Novatel provided strong Q4 guidance, with sales of US$120 mm versus our initial estimate of US$110.6 mm and consensus at US$112.7 mm, as the company has a robust backlog, a solid order backlog, and strong channel sell-in/sell-through rates. With the guidance, Q4 sales should come in above the company's full year guidance of US$415-US$425 mm (US$432 mm projected). Much like Sierra, Novatel is witnessing supply constraints on a key component (tied primarily to HSPA products), which is restricting Q4 guidance, and should persist into Q1/08. A timely resolution could deliver upside. The company expects HSUPA USB shipments to Europe to be a key Q4 revenue driver. Q3 European HSUPA USB revenues stood at US$5 mm. On the

Exhibit 1
Page 284

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | bottom line, Novatel is guiding to pro-forma EPS of US$0.34, ahead of consensus (US$0.31) (Figure 2). Full year EPS should be at least US$1.35, ahead of previous non-GAAP EPS guidance of US$1.25-US$1.30. |

The company expects to benefit from typical aggressive carrier marketing programs during Q4, similarly from OEMs.

Competitor has a sustainable tax advantage: What is interesting to note is the striking similarities between Novatel and Sierra with respect to Q3 results and Q4 guidance. Adjusting for Sierra's AirLink acquisition contributions, both companies reported very similar core sales for Q3 (Novatel about US$2 mm higher) and are guiding to similar levels for Q4 (again Novatel about US$4.5 mm higher) (Figure 3). Both companies have similar core gross margins, while Novatel has a roughly US$1-US$2 mm opex advantage at the moment. Surprisingly, despite Novatel's slightly higher sales guidance and marginal opex advantage, it is Sierra that posted the higher EPS from core operations (we estimate US$0.35 versus US$0.31 for Novatel) and is providing the slightly higher EPS guidance for Q4 by about US$0.04 in core EPS. The two benefiting factors for Sierra are a slightly lower share count and a tax rate advantage. In Q3, Sierra's tax rate was 24% versus 36% for Novatel (due to the higher California tax rate), and we estimate 27% for Sierra in Q4 and 35% for Novatel. We expect the tax gap to narrow, but remain. For 2008, we are modeling 32% for Sierra (due to its growing California operations) and 36% for Novatel. Nevertheless, we estimate that the 4% gap delivers about US$0.08-US$0.09 in relative EPS to Sierra in 2008.

Conclusion...keep ACCUMULATING: We would not be surprised if investors took some profits following Q3 results, given the sharp appreciation in the stock over the last two weeks, rising ~30% off the October 24 lows. Should this be the case, we encourage investors to continue accumulating the stock on the basis of strong market fundamentals, growing product demand, and improving profitability.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 11/7/2007 | 3,695,295 | $22.05 | 1.52% | 1.29 | *November 7, 2007 Avondale Partners  - John F. Bright, Thomas M. Kucera* |

**NVTL & SWIR - Upgrading as Valuation & Risk/Reward Highly Favorable**
Action
NVTL and SWIR have recently come under pressure as a result, we believe, of concerns regarding increased competition, component shortages, and declining growth. However, we believe that the market is fundamentally healthy, and while risks remain, the valuation on these stocks is attractive even in the event of bumpy performance. With NVTL and SWIR trading at 14.3x and 14.7x C08 EPS, respectively, vs. peers at 22.7x, and trading at 6.1x and 7.0x C08 EBITDA, respectively, vs. peers at 11.4x, we are upgrading NVTL and SWIR from Market Perform to Market Outperform, while our estimates and price targets are unchanged.

Key Details and Summary Perspectives
  * Wireless Broadband Market Continues to Bloom - Fundamentally, we believe that both NVTL and SWIR are benefiting from increasing adoption and strong unit growth of wireless broadband devices, with usage expanding beyond the original core of "road warriors" and into a broader base of professionals and an initial base of consumers. With the market for wireless voice service nearly saturated in the U.S. and Europe, we expect carriers to continue to push adoption of wireless Internet access in order to drive new growth. At the same time, as penetration of laptops grows, we expect enterprises and consumers to increasingly demand Internet access anywhere.

  * WiMAX Concern is Diminishing - We believe that Sprint's proposed adoption of WiMAX technology has posed a threat for NVTL and SWIR since it was announced earlier this year that Sprint would use Samsung, ZTE, and Zyxel - three newcomers to the U.S. data card market - to launch data cards for their initial WiMAX launch. However, with Sprint CEO Gary Forsee's recent departure, and rumors circulating (as printed in the Wall Street Journal) that Sprint is looking to spin off its "Xohm" WiMAX division, we believe that Sprint is de-prioritizing the WiMAX launch, and that its impact may more likely be a 2009 event. At the same time, both NVTL and SWIR are actively developing WiMAX products, seeking to position themselves better for when the launch does take place.

  * Other Competitive Concerns Largely Priced into Shares - While the potential for aggressive action by Option, as well as the continuing competitive behavior of Huawei, are both concerns for NVTL and SWIR, we believe that these concerns are largely known and are effectively priced into shares and estimates at this time. At the same time, the transition to the USB form factor has afforded potential for greater differentiation by NVTL and SWIR, as illustrated by NVTL's U727 modem, which incorporates a flash drive into the modem. Currently, we believe expectations about the success of this differentiation strategy are highly muted, and success could

Exhibit 1
Page 285

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | therefore represent upside. |
| | | | | | * Component Shortage a Near-Term Concern with Upside Potential - Both NVTL and SWIR have indicated that they expect their 4Q07 results to be impacted by a component shortage. In NVTL's case, the shortage only affects HSPA modems (~30% of sales in 3Q07), while in SWIR's case, the components are used in both their EV-DO and HSPA modems. In both cases, however, we understand this to be a short-term supply/demand imbalance, with supply expected to catch up to demand by the end of 2007. Moreover, the guidance of both companies incorporates the impact of the shortage, and success in minimizing the impact of the shortage could represent upside to either company. |
| 11/8/2007 | 1,863,226 | $21.32 | -3.31% | (0.74) | *Date: Nov 8 2007  12:08:09 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* |
| | | | | | **Novatel Wireless Raised to `Buy' at Matrix: NVTL US** |
| | | | | | Princeton, New Jersey, Nov. 8 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``buy'' from ``hold'' by analyst Daniel Scalzi at Matrix USA. |
| 11/9/2007 | 1,481,961 | $20.99 | -1.55% | 0.10 | |
| 11/12/2007 | 2,379,972 | $19.51 | -7.05% | (2.20) | |
| 11/13/2007 | 1,811,316 | $20.29 | 4.00% | 0.40 | |
| 11/14/2007 | 1,573,281 | $18.76 | -7.54% | (2.55) | |
| 11/15/2007 | 5,058,124 | $16.51 | -11.99% | (4.24) | *November 15, 2007 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky* |
| | | | | | **Novatel Wireless Reducing Embedded Module Forecasts Due To Gobi Potential Impact** |
| | | | | | KEY POINTS: |
| | | | | | * Based on comments at QUALCOMM Analyst Day and discussions with QUALCOMM management, we believe new Gobi embedded solution is gaining more traction than previously anticipated. As a result, we are lowering our PC-related embedded module estimates for 2H08 and 2009, resulting in us reducing our estimates and price target. |
| | | | | | * On October 23, QUALCOMM introduced its Gobi global mobile Internet solution, an embedded solution for notebook computers, available by 2H08. Notebooks featuring the multi-mode Gobi solution will have access to the high-speed mobile Internet services offered by network operators in virtually all parts of the world as the solution supports both CDMA2000 EV-DO and HSPA networks worldwide. |
| | | | | | * Based on comments at QUALCOMM Analyst Day indicating Gobi should ship in volume at a very competitive price by mid-2008, we believe this solution will facilitate increased competition for Novatel's embedded module segment. In fact, we believe the common software API and reference design for a software-defined configurable data module supporting both EV-DO Rev. A and HSPA with full backward compatibility, will enable price leaders to enter the market and lead to intense price competition. |
| | | | | | * Further, discussions with QUALCOMM management indicated strong early momentum for Gobi, with a design win at HP in-hand and strong interest from numerous other tier 1 notebook OEMs. |
| | | | | | * While we believe Novatel Wireless has strong and diverse relationships with leading notebook customers and has already started pitching its ability to provide the Gobi solution to its customers, due to Gobi we have reduced our embedded module estimates, margin and ASP assumptions for 2H08 and 2009 for PC-related embedded module forecasts. |
| | | | | | * Based on lower embedded module assumptions, we are lowering our 2008 proforma EPS estimate from $1.45 to $1.38 and our 2009 proforma EPS estimate from $1.55 to $1.29. |
| | | | | | INVESTMENT RECOMMENDATION: |
| | | | | | Our $19 price target is based on the shares trading at roughly 15x our 2009 EPS estimate, which is in line with peer multiples. Due to recent reduction in group multiple and slower earnings growth forecasts, we have lowered our multiple from 17x to 15x. |
| | | | | | RISKS TO ACHIEVEMENT OF TARGET PRICE: |
| | | | | | Risks to our price target include increased competition for core PC card business, success of the Ovation platform versus increasing competition, and the company's ability to maintain its market share with leading carrier partners. |
| | | | | | COMPANY DESCRIPTION: |
| | | | | | Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions. |

Exhibit 1
Page 286

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|------------------|-------------------------------------------------------------------------------|
| 11/16/2007 | 1,768,285 | $16.85 | 2.06% | 0.49 | |

*November 16, 2007 Channel Trend (BIR)*

**Novatel Wireless Inc - Channel Trend's Investment Conclusion**

The research team at Channel Trend projects that Novatel will outperform the market over the next 6 to 12 months. Our decision reflects a disciplined analysis of the stock's relationship to its projected future price and its estimated fair value.

Novatel Wireless Inc provides wireless broadband access solutions to the worldwide mobile communications market. The company's products include 3G wireless PC card modems, embedded modems, communication software, and fixedmobile convergence solutions, which enable wireless operators to provide secure and highspeed access to Internet and enterprise networks. Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, EPlus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens.

Strong Recent Relative Performance

Novatel Wireless Inc's performance reflects the fact that it is a small-cap blend stock in the telecom equipment industry. Over the past year the stock has pleased investors by producing strong relative performance. Its 73% advance led 94% of stocks in the BIR Small-Cap Index (similar to the Russell 2000 Index) and 94% of the telecom equipment stocks in that index. Over the same period the company's earnings per share rose from a loss to a profit and its sales rose 105%.

Strong Earnings Growth Expected

The company reported September 30 interim earnings of $0.28 versus $-0.03 the previous year. The company's latest interim earnings were above analysts' expectations. The December interim earnings are expected to advance strongly yearon- year when they are reported around January 13. Novatel's earnings for the year 2007 are projected to advance strongly.

Novatel has an Above Average Risk Profile

Understanding Novatel as an investment means developing a clear picture of its risk profile as well as its reward potential. A risk profile describes the influences on a stock, which explain its particular pattern and level of volatility. Our risk ranks range from low (10%) to high risk (100%), with 50% being the average. Novatel has a risk rank of 70%.

Unlike beta, a stock's response to the market's movement, our risk profile incorporates both business risk and investor driven stock variability.

A firm's business risk varies with the stability of its revenues, the breadth of its operating divisions, the quality of its working capital and its financial leverage. A stock's variability reflects its weekly price movements over the last 7 years.

24% L-T Growth; Below Average Quality

Novatel's interim price direction and volatility is only partially the result of the company's fundamentals. The strongest external influence is its position in the technology sector and the telecom equipment industry. This area is noted for its above average sensitivity to the business cycle and for the wide swings in its stocks.

Company specific influences relate to the variability of Novatel's earnings and the characteristic behavior of investors that own it. We project it will grow with below average persistence and at a long-term rate of 24%. Its overall financial quality is below average versus other firms. The investor-related influences in our risk profile model include the stock's lack of dividend yield, its NASDAQ membership, its 95% institutional ownership, its market cap of $610.11M and its above average sensitivity to market moves (3.61 beta).

Strong Performance Ahead

Our recommendation on Novatel Wireless is based on an assessment of key valuation and price behavior measures which we believe to be strongly related to the stock's future performance. In this systematic evaluation each of the variables described below was ranked according to its level of attractiveness in Channel Trend's total universe of large-cap and small-cap stocks. These measures have varying weights according to their level of importance. The stock's final rating was determined by totaling the weighted scores of these variables. Conclusions in each of these factor areas are shown to document Channel Trend's disciplined decision making process. The peer group information does not influence the overall rating; it is provided solely for informational purposes.

BASE P/E ASSESSMENT LEVEL – Unfavorable Values a stock relative to the company's peak earnings per share during the past five years. A lower Base P/E ratio tends to be more attractive. The current Base P/E for Novatel Wireless is 35.1, which is lower than

Exhibit 1
Page 287

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

the Base P/E for 17.2% of all covered stocks and lower than 23.0% of stocks in its peer group. The median for all covered stocks is 17.8.

EXPECTED EARNINGS GROWTH RATE – Favorable Measures the expected annualized rate of growth in a company's earnings per share from its base earnings level to the forecast earnings 5 years ahead. Stocks of companies with faster earnings growth rates tend to be more attractive. The expected annualized earnings growth rate for Novatel Wireless is 10.7%, which is faster than 77.8% of all covered stocks and faster than 61.3% of stocks in its peer group. The median earnings growth rate for all covered stocks is 8.2%.

CURRENT PRICE vs. FAIR VALUE - Most Favorable Measures the percentage difference between a stock's current price and its estimated fundamental fair value. Compared to its estimated fair value of $27.36, Novatel Wireless is undervalued by 38.4%, which makes it more attractive than 95.7% of all covered stocks and more attractive than 95.2% of stocks in its peer group.

EXPECTED TREND PRICE CHANGE – Most Favorable

Measures the projected change in the trend of a stock's price. Stocks with stronger price trends tend to be more attractive. The trend price for Novatel Wireless is projected to increase by 21.1%, which is more favorable than 94.7% of all covered stocks and more favorable than 91.9% of stocks in its peer group. The median trend price change for all covered stocks is -0.2%.

POSITION IN PRICE CHANNEL – Favorable Measures where a stock is trading within a price volatility-determined price channel, with the stock's current trend price representing the middle, or 50th percentile of the channel. Stocks trading at lower positions in their price channels are more attractive. The current channel percentile for Novatel Wireless is -6.5%, which is more attractive than 84.2% of all covered stocks and more attractive than 91.9% of stocks in its peer group. The median channel percentile for all covered stocks is 27.3%.

CURRENT PRICE vs. PROJECTED PRICE – Most Favorable Measures the percentage difference between a stock's current price and its projected price 3 months ahead. A stock's projected price is determined by the change in its trend price and its position in its price channel. Novatel Wireless is currently trading 43.6% below its projected price of $29.89, which makes it more attractive than 97.2% of all covered stocks on this measure and more attractive than 95.2% of stocks in its peer group.

Telecom Equipment Industry

Sep. 10, 2007 -- Best Independent Research -- The telecom equipment industry comprises manufacturers of routers, switches, fiber optics, and other network equipment used by telecom service providers. The sector also includes mobile device makers who reach consumers through distribution outlets or link up with service providers. VoIP services, or voice transmission over Internet, continued to be the show runner in the industry, while IPTV, or television through Internet, came into focus during the quarter ended June. These days, telecom equipment makers are in consolidation mode and many small private companies are being snapped up by large, established suppliers of network infrastructure products.

High Costs Shake Market

Excluding companies that were impacted by acquisitions or divestments, the combined revenues of equipment makers for the most recent quarter fell by low double digits. The underperformers offset the results of the performers. Networking firms faced a challenging U.S. market but a wider and warmer global one.

The sales of fiber optic specialists rose, driven by growth in the liquid crystal display (LCD) application business in Europe and Asia. Telecom equipment makers witnessed poor growth, with only services generating some revenue. In the wireless market, Nokia continued gaining market share, improving to 37% from 33.4% a year ago.

The iPhone- excitement wrested some market share from Motorola. The bottom line of the industry fell by high single digits.

Ruling Upsets Industry Dynamics

In 2006, CDMA pioneer Qualcomm was sued by smaller rival Broadcom for patent infringement. Broadcom won the case and the International Trade Commission banned the import of new 3G (Third Generation technology) cell phone models or PC Cards containing Qualcomm's chips into the U.S. Since both the 3G technologies in the world today — WCDMA and CDMA2000 — are built on Qualcomm's proprietary technology, CDMA, the ruling has more than just the firm's interest at stake. The ban has stirred an industry where many carriers are in the process of shifting to 3G. These carriers will now have to reorganize their upgrades and adopt new wireless technologies like WiMax or WiFi. On their part, 3G-specific gear makers will need to rework their strategy accordingly. Thus, telecom equipment makers have to constantly innovate while adhering to regulatory boundaries.

Exhibit 1
Page 288

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Joint Ventures and Divestitures Are In |
| | | | | | The equipment industry's prospects hinge on the spending patterns of carriers. With WiMax gaining prominence, long-hassled gear-making behemoth, Nortel, might get some relief. It has been trying to overcome the slump in its Enterprise market with an early bird advantage in WiMax technology. Very few firms like Cisco and Research in Motion strike the balance between the ability to fulfill current needs and the diligence to innovate. Nowadays, giants are looking to collate their units. For example, Nokia- Siemens is trying to replicate Sony Ericsson's success. Divestments are commonplace, with telcos like Ericsson and Harris Corp. choosing to focus on their core businesses and enhancing shareholder value through a spin-off. |
| | | | | | Spectrum Auction to Steer Action |
| | | | | | The spectrum (a range of frequencies available for over-the-air transmission) once occupied by television broadcasters is being freed as TV goes digital, and carriers are gearing up for the upcoming spectrum auctions. This is good news for telecom equipment makers who will have to provide for newer technologies and an increase in bandwidth consumptions. |
| 11/19/2007 | 1,319,609 | $16.84 | -0.06% | 0.40 | *Date: Nov 19 2007  22:45:57 Wire: Washington Service (WSA)* |
| | | | | | **Novatel Wireless Inc: Ratcliffe Catherine F Files To Sell 7,000** |
| | | | | | Form 144 Filed At The Securities And Exchange Commission On 11/13/07 |
| | | | | | Approximate Date Of Sale: 11/06/07 |
| | | | | | Ratcliffe Catherine F, Vice President, Of 9645 Scranton Road, San Diego, Ca 92121, Has Filed To Sell 7,000 Shares Of Novatel Wireless Inc [Nvtl] Through Rbc Dain Rauscher. Issuer Phone 858-320-8800 |
| | | | | | *November 19, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera* |
| | | | | | **NVTL/SWIR - Wireless for Less: Overblown Concerns Leave Attractive Value** |
| | | | | | Action |
| | | | | | Looking ahead to 2008, we believe the market outlook for cellular modems is robust as adoption continues to accelerate, while concerns of Qualcomm's Gobi module and a component shortage are overblown. With NVTL and SWIR trading at 11.1x and 12.0x C08 EPS, respectively, vs. peers at 17.2x, and trading at 4.4x and 5.3x C08 EBITDA, respectively, vs. peers at 10.1x, we strongly reiterate our Market Outperform ratings. |
| | | | | | Key Details and Summary Perspectives |
| | | | | | * 2008 Market Outlook Remains Favorable - We have updated our industry estimates for 2008, featured in detailed tables on the following page. We expect 2008 to be another year led by strong unit growth in the market, with volumes up 28%. We believe that demand remains strong, driven by two factors. On the one hand, carriers continue to push data plans to offset declining growth in the mature market for voice service. Their efforts include increased marketing, lower data plan pricing, and increased modem subsidization. On the other hand, we see increased demand among enterprises and consumers, driven by increased laptop usage and demand for ubiquitous Internet access. In this environment of growing demand, we expect pricing to remain fairly stable through early 2009 |
| | | | | | * Concerns of Qualcomm Gobi Impact Overblown - On Oct. 23, Qualcomm announced plans to launch its Gobi laptop module. We believe that concerns regarding the impact of Gobi on NVTL and SWIR have impacted these stocks negatively in recent weeks. However, we expect the fundamental near-to-medium term impact to be mild, for three key reasons: |
| | | | | | 1) NVTL and SWIR continue to Add Value in Gobi Framework - Gobi is essentially a reference platform that Qualcomm does not intend to sell directly. Instead, existing embedded module vendors such as NVTL and SWIR will still need to customize to specific laptops and certify with specific carriers. Given their expertise in this area, NVTL and SWIR can still add considerable value. |
| | | | | | 2) Expect Embedded Modules to Remain Least Popular Form Factor - Embedded modules have proved disappointing as a form factor, representing only ~10% of sales for NVTL and SWIR, while growing slower than the overall market. We believe this is because, contrary to other form factors, they eliminate the potential to upgrade the modem or transfer it between PCs, and they require a contract commitment at the time of laptop purchase. |
| | | | | | 3) Carrier Appeal is Limited - Gobi is the first dual HSPA/EV-DO Rev. A laptop module, which allows users to access virtually |

Exhibit 1
Page 289

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | virtually any data network. However, the product will still need support from carriers. Besides Verizon/Vodafone, which use different technologies but share an ownership structure, we would expect most carriers to de-prioritize a technology that facilitates data roaming and switching to competitors. |
| | | | | | * Consider More Upside than Downside Potential in Component Shortage - Both NVTL and SWIR announced a component shortage at the time of their earnings calls. We understand this to be a short-term phenomenon that will only impact 4Q07, and we believe both companies have aimed to be conservative in their guidance in terms of projecting its impact. In both cases, we see more potential for upside than downside, as NVTL and SWIR appear to be taking measures to try to minimize the impact of the shortage. Details |
| | | | | | * Industry Estimates by Form Factor - The following table shows the breakdown that we forecast by form factor and manufacturer. In particular, we expect growth to be concentrated in the USB modem form factor, and we expect NVTL and SWIR to retain a lead in this form factor, though we expect other vendors to also benefit. |
| | | | | | Unit Sales by Carrier - The following table offers a look at the breakdown of modems by carrier, illustrating the channels where we believe NVTL and SWIR are selling dta cards. Note that we are projecting a flat year for Sprint sales by NVTL and SWIR, given the uncertainty wrapped up in the WiMAX launch. On the other hand, we see opportunities for strong growth at the other major U.S. and European carriers, and we note that these estimates may be conservative in terms of growth from smaller carriers in Europe and Asia. |
| 11/20/2007 | 1,228,999 | $16.44 | -2.38% | (0.99) | |
| 11/21/2007 | 1,067,776 | $15.70 | -4.50% | (1.35) | |
| 11/23/2007 | 589,835 | $15.54 | -1.02% | (0.84) | |
| 11/26/2007 | 1,457,640 | $15.16 | -2.45% | (0.35) | |
| 11/27/2007 | 1,476,479 | $15.48 | 2.11% | 0.26 | *Date: Nov 27 2007  8:00:16 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Collaborates with Qualcomm to Provide Gobi- Global Mobile Internet Embedded Solutions - Notebook** Manufacturers Benefit from Novatel Wireless' Complete Product Portfolio with Full Integration, Certification and Support |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--November 27, 2007 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, today announced that it is working with Qualcomm to add the Gobi (Global Mobile Internet) platform to the ompany's broad portfolio of embedded mobile broadband access solutions. |
| | | | | | "We believe our continued collaboration with Qualcomm benefits our OEM customers and further strengthens our value proposition. The combination of Gobi-enabled notebook computers, along with the unparalleled integration, certification and support that Novatel Wireless provides, is the ideal solution for notebook manufacturers interested in delivering high-quality mobile broadband data connectivity to its customers worldwide," said Rob Hadley, senior vice president of worldwide sales and marketing for Novatel Wireless. "We look forward to expanding our support of more than 60 current embedded OEM platforms by providing Gobi-enabled products in the second half of 2008 as part of our overall embedded product portfolio." |
| | | | | | "Qualcomm's relationship with Novatel Wireless is important to our efforts to drive the widespread adoption of embedded cellular connectivity for notebook computers," said Mike Concannon, vice president of product management, Qualcomm CDMA Technologies. "We look forward to collaborating closely with a variety of industry partners to accelerate the worldwide availability of notebooks with multi-mode Gobi global mobile Internet, ensuring that the benefits of the technology are available to consumers worldwide." |
| | | | | | The embedded Gobi solution for notebook OEMs from Novatel Wireless includes Qualcomm's MDM1000(TM) chipset, associated software and API, and a reference design for a software-defined configurable data module supporting both EV-DO Rev. A and HSPA with full backward compatibility and GPS functionality. By supporting worldwide standards, notebook manufacturers can deliver products with global connectivity capabilities while benefiting from greater efficiencies and a simplified user experience. |
| | | | | | Modules from Novatel Wireless based on Qualcomm's Gobi solution will join Novatel's Expedite family of modules (E860D, E870D and E725), which deliver a rich user experience for integrated wireless capabilities and services ranging from e-mail active notification, multimedia streaming, video telephony, mobile gaming, corporate network access and web browsing. |

Exhibit 1
Page 290

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---|
| 11/28/2007 | 1,873,736 | $16.11 | 4.07% | 0.51 | |

*November 28, 2007 Avondale Partners - John F. Bright*
**Morning Meeting Summary - Novatel Wireless, Inc. (NVTL) Market Outperform**
Yesterday, NVTL announced that it is collaborating with Qualcomm to release embedded modules that incorporate Qualcomm's Gobi solution. This announcement is not surprising, but it reinforces the point that Qualcomm will continue to work with embedded module manufacturers such as NVTL and SWIR for its Gobi solution. NVTL is off (42%) so far for the month of November, primarily, we believe, on concerns related to Gobi. However, for a number of reasons, we see Gobi's impact as being limited. Trading at 10.2x C08 EPS, we regard NVTL as highly attractive at these levels.

*28 November 2007 JP Morgan - Paul Coster, Mark Strouse, Sandeep Madhur*
**Novatel Wireless - Gobi May Be A Desert.**
Investors' appetite for risk may return heading into seasonal strength, which may lead to multiple expansion again, but we remain cautious with a longer-term perspective. We see pitfalls ahead for the wireless modem stocks in 2008. A seasonal trade might make sense, but we remain underweight NVTL with a six-month plus time-horizon.
   * Gobi is a desert. We believe Qualcomm is positioning Gobi to compete with Intel-backed WiMax, and therefore will push integrators to bring down module prices dramatically, squeezing profit margins. The reference design should also make the systems integration a lower valueadd.
We believe Gobi should stimulate wider adoption, but could also reduce aggregate channel inventory requirements; operators may reduce aftermarket inventory, laptop OEMs could move to JIT inventory. We expect the transition to weigh on ASPs and margins by late 2008.
   * Verizon is open space. If Verizon's commitment to open standards is more than just posturing, the decision to open the network to third party applications lowers the barrier to entry for vendors like ZTE if they decide to enter the US CDMA market. In Europe, we have witnessed stronger retail presence from Zyxel, ZTE, Huawei already, albeit on GSM.
   * A 1H08 slowdown is likely. We believe financial services represent a high proportion of Novatel's domestic business. Unit demand from this  verticals will likely decline y/y, and prosumer subscriber adds may be impacted by a credit crunch. Y/y growth comparables are tough, given last year's RevA/HSDPA ramp, but we think channel inventory will be full, exiting 4Q, and 1H08 demand from Sprint and Verizon could slow.
   * Maintain Underweight. NVTL trades at 13.4x our $1.20 PF FY08E EPS, a 35% discount to the mean of our coverage, and it looks cheaper ex-cash (10.9x). We see the attractiveness of a seasonal trade at these levels, but we expect the stock to under-perform the mean of our coverage, longer-term, with earnings declining in CY08.
We remain below consensus for 2008, at $1.09 GAAP EPS ($1.20 PF) on sales of $458.5mm (Street: $1.30 EPS / $511mm), and we believe there is downside risk to these estimates. Though we expect EPS and revenues to grow q/q in 4Q07, we believe y/y and q/q revenue and EPS declines are likely in 2008.
Valuation and Rating Analysis
Maintain Underweight. NVTL trades at 13.4x our $1.20 PF FY08E EPS, a 35% discount to the mean of our coverage, and it looks cheaper ex-cash (10.9x). We see the attractiveness of a seasonal trade at these levels, but we expect the stock to underperform the mean of our coverage, longer-term, with earnings declining in CY08.
Risks to Our Rating
Factors that could lead the stock to outperform our coverage mean include
   * a faster than anticipated ramp in embedded module sales with OEM partners,
   * broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market.
   * market share gains
   * new product that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, Gobi, WiMax hybrid)
   * competitors exit the market leading to improved pricing power
   * increased efficiencies in development, manufacturing, certification
   * second sourcing production leads to reduced COGS, ahead of expectations

Exhibit 1
Page 291

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|
| | | | | | * The introduction of significantly differentiated product leads to ASP increases and margin improvement. |
| 11/29/2007 | 1,068,085 | $15.89 | -1.37% | (0.63) | *Date: Nov 29 2007  11:29:37 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* |
| | | | | | **Novatel Wireless Raised to `Strong Buy' at Matrix: NVTL US** |
| | | | | | Princeton, New Jersey, Nov. 29 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``strong buy'' from ``buy'' by analyst Daniel Scalzi at Matrix USA. |
| 11/30/2007 | 1,120,480 | $15.54 | -2.20% | (0.81) | |
| 12/3/2007 | 1,012,557 | $15.32 | -1.42% | (0.33) | *Date: Dec 3 2007  19:52:02 Wire: Washington Service (WSA)* |
| | | | | | **Hadley Robert M, Vice Pres., Sells 2,667 On 12/3/07 Of NVTL** |
| 12/4/2007 | 852,615 | $15.51 | 1.24% | 0.59 | |
| 12/5/2007 | 893,240 | $15.91 | 2.58% | 0.37 | |
| 12/6/2007 | 1,056,246 | $16.69 | 4.92% | 1.29 | |
| 12/7/2007 | 811,251 | $16.92 | 1.37% | 0.47 | |
| 12/10/2007 | 925,147 | $17.19 | 1.60% | 0.39 | |
| 12/11/2007 | 1,119,068 | $16.87 | -1.86% | (0.04) | |
| 12/12/2007 | 873,509 | $17.03 | 0.95% | 0.08 | |
| 12/13/2007 | 612,662 | $17.01 | -0.12% | (0.08) | *Date: Dec 13 2007  22:25:13 Wire: Washington Service (WSA)* |

**Novatel Wireless Inc: Hadley Robert M Files To Sell 8,000 Shares**
Form 144 Filed At The Securities And Exchange Commission On 12/10/07
Approximate Date Of Sale: 12/03/07
Hadley Robert M, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 8,000 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*December 13, 2007 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc- NVTL - Marketing Meetings Amid Snows and Sleetings**
Action
This week, we had the opportunity to market with NVTL, in spite of inclement weather throughout the Midwest. We believe that NVTL is positioned well for 4Q07, while the market environment heading into 2008 is highly favorable. We continue to believe that concerns regarding Gobi and part shortages are overblown, and trading at 16.6x C08 EPS vs. peers at 21.8x, we believe NVTL's valuation remains highly attractive at this time. At the same time, with a large short interest, measured at 30% of shares outstanding and 6.6 days, vs. peers at 3.4 days, we see the potential for a short squeeze. We reiterate our Market Outperform rating.
Key Details and Summary Perspectives
 * Component Shortage Impact Limited - During its last earnings call, NVTL noted that it was experiencing a parts shortage that would impact its 4Q07 results, and NVTL included this impact within its guidance. This shortage only applies to NVTL's HSUPA USB modems that are destined for Europe. We expect the shortage to be wrapped up by the second week of February, but in the meantime, we believe NVTL is in frequent dialogue with the supplier to manage its impact.
 * Positive 2008 Outlook - NVTL's outlook for 2008 continues to appear positive, driven by further market growth as adoption of data cards continues to increase. We consider the company's initial indication of $500M in 2008 revenues to be a low-water mark, with considerable upside potential from this number. In particular, we see two key growth drivers for NVTL in 2008:
 * Product Innovation - In 2007, the popularity of the USB form factor has allowed NVTL to make initial forays into developing new innovations that help differentiate its products and protect its position against cost leaders, most notably with the innovation of embedding a flash memory drive within a USB modem. We expect NVTL to ramp up this strategy, with new product introductions in 2Q08 and 4Q08.

Exhibit 1
Page 292

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

    \* Increased Carrier Marketing - Following the consumer-oriented holiday season, we expect carriers to return to a business focus in 1Q08, with marketing of data cards increasing in earnest. We continue to believe that the need to drive further ARPU growth in response to declining subscriber growth will drive carriers to drive data card marketing over time.

    \* Long-Term, Expect Unit Growth to Continue to Outweigh Pricing Pressure - Estimates from ABI Research show cellular modem unit sales growing at a 53% CAGR from 2006 to 2012, including a 61% growth rate in 2008. Even in the face of 15% pricing cuts, this could represent a 30% CAGR and a 37% growth rate for 2008, against our projection of 20% revenue growth.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 26% of sales were generated internationally and 74% domestically during 3Q07. NVTL has approximately 310 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

    \* Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

    1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

    2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

    3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans have dropped from $80 to $60, with further reductions a possibility, as Sprint has tested a $30 plan as part of an unlimited calling package.

    \* Industry Consolidation a Possibility. Belgium-based Option, facing a recent decline and a smaller market cap than SWIR, could be an acquisition target. An acquisition of Option could help improve operating leverage and competitive pricing pressures.

Price Target Justification

Our $27.50 price target is based on a P/E multiple of 18x our 2008 non-GAAP EPS estimate of $1.52. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 25%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

    \* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, Sprint has begun testing $30 data plans in localized markets as part of an unlimited voice service plan. If the carriers begin cutting the pricing of their plans, we believe this could generate upside for NVTL.

    \* Short Squeeze - The recent decline in NVTL's price appears to have been largely driven by short sellers, pushing NVTL's short interest at ~30% of shares outstanding, and ~7 days to cover. In the event that NVTL beats expectations, these shorts could potentially be forced to cover.

    \* Possibility of Acquisition/Merger - NVTL could potentially be involved in industry consolidation. Given Option's recent weakness, it could potentially be purchased at an attractive price. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation within this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, deter new entrants, and reduce operating expenses.

Exhibit 1
Page 293

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Risks |
| | | | | | * Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing. |
| | | | | | * Technology Shift to WiMAX - WiMAX is a "4G" wireless technology that promises faster speeds than current EV-DO and HSDPA networks. Sprint has indicated plans to spend $2.5 to $3.0B building a WiMAX network by the end of 2008. While we believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2006. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory. |
| | | | | | * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so. |
| | | | | | Date: Jan 3 2008  6:00:04 Wire: Business Wire (BUS) |
| | | | | | Novatel Wireless Comments on Broadcom-Qualcomm Patent Ruling |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--January 03, 2008 Novatel Wireless, Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced that it expects no significant impact to its business as a result of the December 31, 2007 ruling regarding Broadcom's U.S. patent infringement suit against Qualcomm. Based on a preliminary review of the ruling, the Company presently expects no significant impact during 2008 to its CDMA customers due to the "sunset" provision that extends through January 2009. The Company expects no impact to its HSDPA customers outside of the U.S. because this ruling applies only to the sale of certain Qualcomm chipsets in the U.S. Further, the Company anticipates minimal, if any, impact to its HSDPA customers in the U.S. as it transitions to Qualcomm's next generation, non-infringing chipsets over the next few months. |
| | | | | | "We believe we have sufficient inventory within our supply chain to provide for our customers' short-term demand, and we expect to migrate to the next generation Qualcomm chipsets well in advance of the court's January 31, 2009 deadline," said Brad Weinert, president of Novatel Wireless. "The net result is that we currently see no long-term implications for our customers or our business as a result of this ruling." |
| 12/14/2007 | 656,145 | $16.93 | -0.47% | 0.12 | |
| 12/17/2007 | 659,011 | $16.27 | -3.90% | (0.84) | |
| 12/18/2007 | 929,101 | $16.38 | 0.68% | (0.06) | |
| 12/19/2007 | 429,572 | $16.39 | 0.06% | (0.10) | |
| 12/20/2007 | 606,110 | $16.92 | 3.23% | 0.69 | |
| 12/21/2007 | 919,024 | $17.11 | 1.12% | (0.22) | |
| 12/24/2007 | 295,884 | $17.09 | -0.12% | (0.35) | |
| 12/26/2007 | 369,118 | $17.06 | -0.18% | (0.25) | |
| 12/27/2007 | 443,178 | $16.30 | -4.45% | (1.21) | |
| 12/28/2007 | 419,083 | $16.18 | -0.74% | (0.32) | |
| 12/31/2007 | 671,529 | $16.20 | 0.12% | 0.22 | |
| 1/2/2008 | 1,003,994 | $15.28 | -5.68% | (1.71) | |
| 1/3/2008 | 751,854 | $15.40 | 0.79% | 0.30 | |
| 1/4/2008 | 961,970 | $14.43 | -6.30% | (1.31) | |
| 1/7/2008 | 1,167,846 | $13.60 | -5.75% | (2.15) | |

Exhibit 1
Page 294

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 1/8/2008 | 1,046,321 | $12.78 | -6.03% | (1.62) | *Date: Jan 8 2008  16:41:30 Wire: Washington Service (WSA)*<br>**Hadley Robert M, Vice Pres., Acquires 5,500 On 1/5/08 Of NVTL** |
| | | | | | *Date: Jan 8 2008  16:44:41 Wire: Washington Service (Wsa)*<br>**Ratcliffe Catherine,Vice Pres.,Acquires 5,083 On 1/5/08 Of NVTL** |
| | | | | | *Date: Jan 8 2008  16:57:33 Wire: Washington Service (WSA)*<br>**Ross Chris, Vice Pres., Acquires 5,083 On 1/5/08 Of NVTL** |
| | | | | | *Date: Jan 8 2008  17:07:33 Wire: Washington Service (WSA)*<br>**Weinert George B, C.E.O., Acquires 6,666 On 1/5/08 Of NVTL** |
| | | | | | *Date: Jan 8 2008  18:06:03 Wire: Washington Service (WSA)*<br>**Leparulo Peter V, C.O.B., Acquires 50,000 On 1/5/08 Of Nvtl** |
| 1/9/2008 | 1,935,871 | $14.19 | 11.03% | 3.63 | |
| 1/10/2008 | 960,387 | $14.00 | -1.34% | (0.73) | |
| 1/11/2008 | 1,581,250 | $14.50 | 3.57% | 1.83 | *Date: Jan 11 2008  9:10:24 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*<br>**Novatel Wireless Raised to `Outperform' at Cowen: NVTL US**<br>    Princeton, New Jersey, Jan. 11 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``outperform'' from ``neutral''<br>by analyst Matthew Hoffman at Cowen and Company. |

*January 11, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - Upgrading To Outperform: Gobi Impact Minimal**
Conclusion: We view Novatel as one of the best positioned small cap growth stocks for 2008 and are upgrading to Outperform from
Neutral today. We believe concerns over Qualcomm's entry into the embedded space (Gobi) are overblown after recent checks at
CES. We view WiMAX, especially multimode datacards, as a key opportunity. Valuation has become compelling at 9.3x proforma
FY08 EPS (6.7x net of cash), especially given 10% est EPS growth.
  * Upgrading to Outperform. The wireless datacard market continues to grow rapidly; 173 3G networks should grow to >230 in
operation by 2010, greatly increasing the market for Novatel's products. Longer-term market promise has been offset of late by
concerns including: 1.) Gobi, 2.) WiMAX, and 3.) Component supply. Post a series of CES checks, we have grown more comfortable
with each.
  * Gobi Less Impactful Than Feared. Qualcomm's Gobi chipset solution targeting the embedded laptop market potentially takes (a
small) part of the embedded value chain from NVTL. We now believe, however, that Gobi is unlikely to be embraced by Dell or
European operators (outside of VOD) - the key pillars of Novatel's embedded strategy.
  * Supply Constraints Should Ease in 1Q08. CDMA device OEMs have complained about component supply issues during 4Q07. Post
CES, we see those overall component issues clearing up in 1Q08, helping sell-in during the period. Additionally, we doubt the QCOM
HSDPA injunction has much impact on Novatel.
  * Valuation Compelling. NVTL trades at 9X FY08 pro-forma EPS est of $1.50; also just below TTM trough P/S of 1.2. We move
F08E EPS up a dime to an in-line $1.50 while NVTL appears to be discounting EPS reductions. Introducing pro-forma FY09 estimate
of $1.70 vs consensus EPS ~$1.67. Upgrading to Outperform
During the first nine months of 2007, Novatel stock was a moonshot, climbing 169% to $26. A series of substantial estimate revisions
tied to the launch of USB-equipped wireless data-cards drove most of the spike. We were not alone in underestimating the shocking
popularity of USB; it turns out USB connections make Novatel's products much more consumer-oriented than the old PCMCIA form
factor and also allows the device to be shared with desktop PCs.

Exhibit 1
Page 295

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

The last three months have been a different story for NVTL stock. Despite not missing EPS estimates or guiding down over the past year, NVTL shares have essentially round-tripped all the way back to $14 of late. We concede that although the USB cycle continues, upside revisions to numbers are unlikely to proceed at 1H07's USB inspired pace. We doubt the flattening USB growth curve is the reason for the steep stock decline, however. Instead we believe there are five emerging concerns driving the decline: 1.) Gobi announcement by Qualcomm, 2.) Major customer Sprint launches WiMax service Xohm 3.) Component supply issues limiting 4Q07 sales 4.) Gross margin decline, and 5.) NVTL's unusual management structure.

The concerns listed above are real, but after a round of checks with industry contacts at CES we have gotten more comfortable with each of the issues. We address the issues in some depth in the sections below. In addition, the company has a clear fundamental tailwind with the number of 3G networks scheduled to rollout growing from 173 to >230 over the next 3-4 years. Net, we would argue most of the risks are discounted in the stock, new drivers are emerging, and valuation is compelling. We are upgrading to Outperform.

Reasons For Upgrade
  \* Datacard Demand Robust, Supply to Improve: After a recent round of checks with industry contacts, we believe wireless datacards remain popular with endusers. We do believe CDMA supply chain issues may limit NVTL upside in 4Q07, but see 1Q08 looking better in terms of component supply.
  \* Gobi Impact Less Than Feared: We size the impact of Gobi to NVTL at  < 2% in terms of possible EPS impact in FY08 and FY09. We believe many have assumed Gobi completely obviates the embedded opportunity for NVTL; instead we believe only a small fraction of the embedded TAM is lost for Novatel. We do not believe Dell will adopt Gobi for now, nor will most European operators outside of Vodafone. Verizon and Vodafone, who share a CDMA/HSDPA footprint are the most likely adopters, but only PC OEM HP appears committed to it right now.
  \* WiMAX Opportunity in Multimode: Sprint's Xohm WiMAX launch captured a ton of attention at CES, but we point out the launch is very limited geographically. It will take billions in capital spending and years before the WiMAX footprint gets even close to CDMA at Sprint. Because the main reason consumers adopt wireless datacards is predictable ubiquity, we see multimode CDMA/WiMAX datacards (Intel will not make) becoming lucrative niche for NVTL.
  \* Valuation Is Compelling: Currently trading at 9.3X FY08 pro-forma earnings, the stock is discounting too much bad news in our view. We do not believe the company's embedded opportunity goes to zero (worst case scenario) and believe its other 2 business lines remain inline to better. The company's historic TTM trough was 1.2x in 2004.

Gobi Scorches Novatel
Announced in October 2007, Qualcomm's Gobi solution is a multi-mode W-CDMA (HSPA)/EV-DO chipset with an API to existing connection manager software for notebook OEMs. Based on the MDM1000 chipset, we expect Gobi-enabled notebooks to begin surfacing in 2Q08.
Qualcomm's motivations to enter the embedded market (formerly cornered by NVTL, SWIR and recently added ERIC) are somewhat disconcerting. Primarily the effort aims to thwart WiMAX offerings on deck from PC titan Intel slated for late 2008. However, since Novatel (and Sierra Wireless) are Qualcomm customers on the datacard side of the business, this effort seems at face value a shot across the bow to its customers. In addition, we believe Qualcomm enlisted Taiwan-based ODM Foxconn for the initial Gobi roll-out instead of its traditional datacard OEMs.
Limitations of Gobi
The arrival of Gobi does not signal the end of the embedded modules market for the traditional datacard OEMs. Gobi is dual-mode CDMA/HSPA only, meaning notebooks destined for shipment outside the United States will contain the CDMA standard if equipped with Gobi. Because fewer than 20% of the world's subscribers are CDMA, we do not believe most operators will want to support Gobi or want (to subsidize) that capability. Based on conversations with contacts, European carriers (with the notable exception of Vodafone) are especially reluctant to embed a product with the CDMA standard.
Additionally, it is now clear to us that Gobi does not eliminate the embedded opportunity for Novatel, it only removes a small fraction of the value chain for the company. Specifically, we believe that only part of the integration work Novatel performs for the embedded PC OEMs customers is eliminated by Gobi. That dynamic may well lower the price and/or margins for Gobi-related products (thus our

Exhibit 1
Page 296

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | < 2% EPS exposure estimate). Still, we do not see Gobi adopted by Dell – Novatel's largest PC OEM customer - and even if Novatel's other embedded PC OEM customers do decide to go with Gobi (especially targeting Vodafone/Verizon). Novatel could still make products with Gobi; it would just likely see lower profits within that small segment of the market. |
| | | | | | **Quantifying The Impact Of Gobi** |
| | | | | | Based on the available figures, we have made a rough estimate of the size of the overall embedded market, Gobi's share of the market along with our forecast of Novatel's overall share of the market. Our current Gobi estimates assume several, but not all, PC OEMs make Gobi equipped PCs, but that most operators outside of the CDMA/W-CDMA combo market (VOD/VZ) do not push the product. |
| | | | | | Net, we size Gobi at around 8% of the market in 2009, meaning approximately 92% of the TAM is still addressable at normal embedded margins. In terms of Novatel revenue, we have forecast embedded to be 16% of NVTL's top line in 2009. If we assume that Novatel's current embedded business is spread uniformly across the market, then ~8% of 16% of Novatel's revenue is exposed, putting estimated exposure at about $8M or ~2% of the total top line. And, we point out part of the Gobi market remains available to Novatel. Indeed there are several possible scenarios that Gobi could grow larger with more OEM and operator support, but based on what QCOM has said and what we are hearing from contacts, this is our best estimate. Again, the key assumption in our forecast is Dell and most PC OEMs continue to ship non-Gobi chips operators outside of the CDMA/W-CDMA combo market (VOD/VZ). |
| | | | | | **Valuation at Historical Lows** |
| | | | | | Currently trading at just 9X our pro forma FY08 estimate of $1.50, the stock is discounting too much bad news in our view. We do not believe the company's embedded opportunity goes to zero (worst case scenario) and believe its other 2 business lines remain inline to better. While we expect operating margins will remain capped around 13%, we believe this is already embedded in consensus expectations. |
| | | | | | The company's historical trough was 1.23x P/S in January 2004, approximately where it is today. Our DCF analysis supports significantly higher share appreciation based on long-term revenue growth and operating margins of 13%. Novatel has $3.94/share in cash and no debt. |
| | | | | | **Risks to Our Rating** |
| | | | | | * U.S. Macro  Deterioration:  It is almost implied at this point that any further macro deterioration in the US could impact consumer spending in wireless. Any further consumer deterioration could impact spending in wireless. |
| | | | | | * Competition:  Huawei and ZTE have both targeted the datacard market with CDMA EV-DO and HSDPA products. While neither has much traction in the U.S., the companies will most likely keep gross margins from rising dramatically. Ericsson mobile platforms is also targeting the space. |
| | | | | | * Customer Concentration: Sprint and Verizon combined remain the majority of Novatel's datacard business. Additionally, we believe Dell is >50% of the NVTL's embedded business. Recently Dell hired a team of ex-Motorola executives including Ron Garriques to beef up its wireless capabilities. We believe the Dell/NVTL relationship is solid at least through 2008, likely longer, but we do anticipate Dell getting more active in wireless. |
| | | | | | * Dilutive acquisition:  Management has implied it would target "accretive" acquisitions, but there remains potential for an unpopular acquisition. |
| | | | | | * Unusual Management  Structure:  With no official CFO or CEO, shareholder confusion is possible. We believe this hurts the multiple on the stock. That said, we do believe operationally Novatel is well run. Day to day leadership comes from Slim Souissi on technical side and Rob Hadley in Sales. We hold Brad Weinert in high regard as president and COO. Executive Chairman Peter Leparulo has a firm grasp on strategy. Appointment of a solid candidate for CFO could act as a near-term catalyst depending on selection. |
| 1/14/2008 | 1,651,944 | $15.66 | 8.00% | 2.45 | |
| 1/15/2008 | 823,346 | $15.18 | -3.07% | (0.49) | |
| 1/16/2008 | 958,979 | $15.18 | 0.00% | 0.21 | *January 16, 2008 Morgan Joseph & Co. Inc - Kevin Dede*<br>**Gobi Fears Overdone; Our Primary Survey Has Data Sales Burgeoning** |

Exhibit 1
Page 297

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Investment Highlights

 * We believe the fundamental investment case for our data connectivity companies remains intact. We remain buyers of both of our connectivity names under coverage, Novatel Wireless and Sierra Wireless, as we expect both companies to meet or exceed near-term expectations, and perhaps more importantly, we believe that investors' concerns regarding the availability of a new chipset from Qualcomm have snowballed beyond the point of rationality, thus presenting an opportunity.

 * Gobi schmobi, it's just another chipset. While including a reference design for a configurable module, Gobi only goes beyond a standard Qualcomm chipset on four carrier platforms. However, discerning laptop manufacturers are still expected to rely on integration partners, the very same partners that have helped them build 3G functionality into laptops thus far.

 * What's the impact? Embedded laptop sales, at 26% and 14% for Novatel and Sierra, respectively, in 3Q07, are not inconsequential for either, and we believe embedded modem sales to laptop manufacturers should continue to blossom over the next couple of years. We also think there should be continued strong growth for data connectivity cards such that each company could drive growth of 15% to 25% this year and that the sales mix between cards and embedded might not change appreciably.

 * Qualcomm-Broadcom patent ruling. Novatel, in a recent press release, stated that it expects to see no impact from the ruling. Sierra, however, could see "potential for a gap" in sales and earnings as inventory of grandfathered AT&T data cards is depleted prior to the introduction of non-offending cards.

 * Component shortages continue, as expected. We expect that both Novatel and Sierra are dealing with component shortages, but we don't see this issue negatively interfering with sales for either, during the fourth or the first quarter, wherein we expect them to be resolved.

 * Strong USB data card sales. Last month, we surveyed almost 200 wireless retail locations across the U.S., finding that sales of USB data cards have remained robust since the 2007 Thanksgiving holiday shopping period. On this feedback, we derive increased comfort with the 12-15% sequential revenue growth we have forecast for Sierra and Novatel in 4Q07.

The Gobi Factor

Gobi's capability exceeds anything the module industry has seen to date, including full backwards compatibility for HSPA

In late October last year, Qualcomm introduced its Gobi chipset, and set the 3G laptop module industry ablaze. Gobi's capability exceeds anything the module industry has seen to date, including full backwards compatibility for HSPA (high-speed packet uplink and downlink) combined with Ev-Do Rev A. GPS functionality has also been included, which is standard on all Qualcomm chipsets. However, it's not just the air interface technology that's important; Qualcomm has also completed some of the rudimentary carrier certifications for Sprint, Verizon, AT&T and Vodafone. Full integration and operation would still be up to the laptop vendor, however, and our contention remains that the shrewdest of those should continue to use the integration partnerships already in existence. Novatel and Sierra complete the integration process and ensure the laptop operates properly. This includes both software integration and wireless operation, which includes the antenna and full carrier certification.

 'You get what you pay for' certainly applies here, and we believe quality laptop OEMs are going to want quality integration partners such as Novatel and Sierra

Maximizing the wireless operational characteristics of a laptop requires more than adding simple network technology compatibility. Antenna and module location are carefully tested by the top integration partners to optimize wireless performance. While Gobi is destined to reduce module costs, integration issues don't immediately change. 'You get what you pay for' certainly applies here, and we believe quality laptop OEMs are going to want quality integration partners such as Novatel and Sierra—Qualcomm has clearly articulated that it won't be participating in this activity.

The bottom line is that the manufacture of a 3G enabled laptop is more complicated than the simple pick and placement of computer parts. The large laptop vendors know this, and because the computer industry is so competitive, we believe that OEM choice of partners in helping to include wireless capability shouldn't change in the near-to-medium term, and perhaps not at all. Importantly, the laptop vendors that have chosen to use the new chipset have maintained the integration partnerships previously in place, supporting our stickycustomer theory

Gobi demand is not bursting at the seams. Since the introductory announcement, we understand that Novatel and Sierra have each signed one OEM on the new module to date. This certainly may change over time, but importantly, the laptop vendors that have

Exhibit 1
Page 298

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

chosen to use the new chipset have maintained the integration partnerships previously in place, supporting our sticky-customer theory. While margins on the new chipset might be somewhat thinner for Novatel and Sierra, we believe operating leverage on volume should overcome incremental deficits, just as it has in the USB and data card markets.

Lastly, Gobi's interchangeable air-interface technology runs counter to carrier strategy. Carriers are not interested in subsidizing a mobile platform just to have the subscriber switch off the network and on to another. By supporting both major technologies, that is precisely what could happen. We are therefore inclined to believe that carriers and their marketing support dollars should continue to chase existing modules that have one clearly defined network use.

We continue to believe the addressable segment for mobile data connectivity is also large and growing rapidly

Market Penetration

The laptop market is large and growing rapidly. We continue to believe the addressable segment for mobile data connectivity is also large and growing rapidly. Mobile workers have developed a taste for wireless freedom via Wi-Fi, and the growth of subscribers at companies such as iPass Inc., leaves us confident that demand for ubiquitous wireless coverage is far from dying out. Wi-Fi simply cannot offer the same level of coverage.

Estimates suggest that approximately 100 million new laptops are sold each year and approximately 10-15 million high-speed 3G data cards and USB modems have sold thus far, indicating that the overall three-year existing population of laptops of about 300 million is at only single-digit penetration levels. The extent of penetration could be a function of carrier service charges. Sprint's WiMAX introduction next year could lower the competitive threshold for service pricing and drive another broad base of adopters.

On this basis, we continue to believe the addressable market Novatel and Sierra serve is large and growing.

Embedded Modules Evolving to a Larger Portion of Sales Mix

We show two graphs below, each signaling the increase of embedded modules for laptops in each company's sales mix. Each chart clearly indicates the nice growth both Sierra and Novatel have posted in their mutual embedded modules for laptop business. We expect the general trend to continue, especially as air-interface technology changes taper off. However, we do not believe Gobi radically alters the playing field of laptop integration partners.

Grass Roots Market View

Late last year, we conducted our own primary survey of the data card market, its status, and the underlying drivers

Late last year, we conducted our own primary survey of the data card market, its status, and the underlying drivers.
  * Data connectivity product sales remained strong through the initial portion of the holiday selling period
  * USB modems remain the data connectivity product of choice across all major U.S. wireless carriers
  * Retail promotional activity affects data card purchase decisions

In collecting our data, we spoke with a representative sample of 180 wireless retail stores across the U.S., and as the following chart indicates, we spoke with a fair distribution of the major North American wireless carriers.

Make-up of Service Providers Questioned The responses were not overwhelmingly positive, but our data suggest that sales have increased somewhat relative to the period before the holidays and have certainly remained at the robust levels experienced in the September-end quarter.

Because business at Sierra and Novatel is critically dependent on data card sales, we attempted to gauge recent sales trends relative to the preceding September quarter. Responses were not overwhelmingly positive, but our data suggest that sales have increased somewhat relative to the period before the holidays and have certainly remained at the robust levels experienced in the September-end quarter.

It appears USB is seen as a simple, intuitive plug-and-play interface that is apparently less intimidating to the broadband card user So, if sales are at least maintaining the strong trends witnessed during the September quarter, what is driving them? We found the main reason to be the USB form factor.

USB is seen as a simple, intuitive plug-and-play interface that is apparently less intimidating to the broadband card user. The chart below indicates that across all carriers, the USB form-factor is the most popular.

USB Commands Greatest Share of Broadband Card Sales

The most common reason for purchasing the store's most popular broadband card was its USB connection, and the second most

Exhibit 1
Page 299

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | popular reason was the flash drive function of the U727 AT&T |
| | | | | | Of the 63 reported best-selling cards, 44 or 70%, were the Sierra Wireless 881 USB, and 42 or 67% reported the reason for the popularity was its USB connection, while 19 or 30% were attributed to laptop compatibility. |
| | | | | | Sprint |
| | | | | | Of the 60 Sprint mobile stores we spoke with, we recorded a total vote of 76 top-selling broadband cards because many stores (16) had more than one "best seller." Our tally indicates an even split between Novatel's Ovation U727 (USB) and Sierra Wireless' 595U (USB) at 34 or 45%, and 32 or 42%, respectively. Of the 60 Sprint stores, 37 stores or 62% reported the most common reason for purchasing the store's most popular broadband card was its USB connection, and the second most popular reason was the flash drive function of the U727, a USB modem equipped with a flash drive, reported at 8 stores or 13% of the total. |
| | | | | | Verizon |
| | | | | | Out of 58 Verizon stores surveyed, there were 58 reported best-selling cards, and we found that the most frequently reported "top-elling" card was the Pantech UM150 USB modem with 43 or 74% of the best-selling cards reported as such. However, there were often two reasons given for the top-selling UM150; one on account of the "free after a mail-in rebate" promotion, representing 42% of the responses, and the USB connectivity representing 53%. Novatel's USB 720 was reported as the second most popular at Verizon, with 11 stores or 19% reporting this result. |
| | | | | | Conclusion |
| | | | | | We maintain our bullish stance on the data card manufacturers, with a more favorable bias toward Novatel for three key reasons: |
| | | | | |   1) The new USB 727 includes storage capability and presents a smaller form factor than any other device at Sprint. At Verizon, we understand that the Pantech promotion only covers retail, and not the enterprise market, where our checks indicate business has also remained strong. |
| | | | | |   2) The #686 patent dispute between Qualcomm and Broadcom resulted in an injunction prohibiting Qualcomm to sell HSPA chipsets to manufacturers for use in the U.S. Sierra has exposure to this technology in selling its cards to AT&T. We remain concerned that Sierra could see an 'air pocket' between the depletion of current inventory and the availability of a new, non-offending chipset during the March quarter. |
| | | | | |   3) We believe Novatel has a stronger position with major European carriers, where we understand HSPA USB cards are attracting strong adoption. Although our survey didn't cover this territory, checks with industry participants strengthened our belief. |
| 1/17/2008 | 955,014 | $14.79 | -2.57% | (0.44) | |
| 1/18/2008 | 1,130,860 | $15.02 | 1.56% | 0.60 | |
| 1/22/2008 | 1,198,418 | $15.59 | 3.79% | 1.94 | *Date: Jan 22 2008  7:00:08 Wire: Business Wire (BUS)* **Novatel Wireless to Report Fourth Quarter and Full Fiscal Year - 2007 Results on Wednesday, February 20, 2008** SAN DIEGO--(BUSINESS WIRE)--January 22, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, announced it will release financial results for the fourth quarter and full fiscal year ended December 31, 2007 shortly after market close on Wednesday, February 20, 2008. Novatel will host a conference call and live webcast for analysts and investors at 4:30 p.m. ET that day to discuss fourth quarter and full year results.   For parties in the United States and Canada, call 800-218-0530 to access the conference call. International parties can access the call at 303-275-2170.   Novatel Wireless will offer a live webcast of the conference call, which will also include forward-looking information. The webcast will be accessible from the "Investor Relations" section of the company's website at www.novatelwireless.com. The webcast will be archived for a period of 30 days. A telephonic replay of the conference call will also be available two hours after the call and will run for two days. |
| 1/23/2008 | 906,194 | $15.46 | -0.83% | (0.69) | |
| 1/24/2008 | 989,556 | $16.11 | 4.20% | 0.93 | *January 24, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* **SWIR, NVTL, Option - 4Q07 (December Quarter) Earnings Preview** |

Exhibit 1
Page 300

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Overview |
| | | | | | SWIR/NVTL - 1) Expect positive outlook in 2008, particularly as Sprint might adopt a more aggressive marketing strategy for data plans in response to its difficulties. 2) Macro downturn could pose a potential near-term risk in 2008. 3) Expect supply shortage to complete by mid-February. Likely had some impact in 4Q07 results (but already baked into guidance). 4) Qualcomm's Gobi chipset will likely be a topic of discussion. We believe impact has been overstated. |
| | | | | | Option - 1) Note that we will be marketing with Option's new CFO, J.P. Ziegler in Atlanta on 2/1/08. 2) Expect Option to continue to face difficulties in near-term. We believe Option aims to outperform competition on superior execution. 3) A change to a more price-aggressive strategy remains a possible threat to NVTL/SWIR. |
| | | | | | Key Expectation and Perspectives |
| | | | | | The following is an overview of our key expectations. Complete pre-call variances, models, and a comparative are attached. |
| | | | | | NVTL |
| | | | | | Conference Call: Wednesday, February 20, 2008 @ 4:30pm ET |
| 1/25/2008 | 845,393 | $15.58 | -3.29% | (0.86) | |
| 1/28/2008 | 651,676 | $15.11 | -3.02% | (1.49) | *Date: Jan 28 2008 7:30:02 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Appoints Kenneth Leddon as Chief Financial Officer** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--January 28, 2008 Novatel Wireless, Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced that is has named Kenneth Leddon as senior vice president and chief financial officer, effective immediately. Leddon has served as interim CFO of Novatel Wireless since November, 2007. |
| | | | | |   Leddon has served in executive financial and operational capacities as President, CFO, COO, CAO and VP of Finance for public and private companies in a variety of manufacturing, distribution, technology and highly entrepreneurial industries. He brings to Novatel Wireless more than 30 years of successful experience in financial management and leading financial organizations, with proven expertise in corporate finance, financial planning, control, systems and analysis, accountability, process improvement, financial reporting and internal controls. Having served in numerous senior executive capacities, Mr. Leddon also has in-depth experience in overall management, operations, strategic planning and shareholder value maximization. |
| | | | | |   "We're thrilled to have Ken's strong financial, strategic and operational skills at Novatel Wireless," said Peter Leparulo, executive chairman of Novatel Wireless. "His breadth of financial experience and operations background will be a tremendous asset company-wide as we continue to grow our business worldwide. With excellent financial skills, balanced with a solid understanding of the business and our operations, we welcome him as an integral part of our executive team." |
| | | | | |   Prior to joining Novatel Wireless, Leddon spent ten years in professional financial management and consulting with both public and private companies, including Pathway Strategic Partners and Crossroads, LLC. He was chief operating officer of manufacturing company Apex Designs, president and chief financial officer of GeoLogistics Americas, an international provider of logistics services, and chief financial officer and chief administrative officer of Daylight Transportation, Inc. Previously, he held CFO and senior-level finance positions in various portfolio companies of Milhous Group, a private equity firm, where he implemented strategic initiatives to penetrate new markets and operational initiatives to increase enterprise value. Prior to Milhous, Mr. Leddon was the chief financial officer and corporate secretary of Berry Industries, a geophysical data company. Leddon began his career at U.S. Steel, where he held progressively responsible positions in accounting, internal audit and finance over a ten year period. |
| | | | | |   Leddon earned his Masters of Business Administration from Robert Morris College and a bachelor's degree in business administration-accounting from California State University - Northridge. He is a member of the American Institute of Certified Public Accountants and the Institute of Management Accountants. He earned his CPA certificate in the state of Washington. |
| | | | | | *Date: Jan 28 2008 7:30:02 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Appoints James Ledwith to Board of Directors** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--January 28, 2008 Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband solutions, today announced that its Board of Directors has appointed Mr. James Ledwith to the Board and as a member |

Exhibit 1
Page 301

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | of its Audit Committee, effective March 3, 2008. |
| | | | | | "We are pleased to welcome Jim as a member of our board of directors," said Peter Leparulo, executive chairman of Novatel Wireless. "His long career with J.H. Cohn, extensive transactional experience, and broad industry knowledge of manufacturing and distribution companies will make him a valuable addition to our board." |
| | | | | | Ledwith brings to Novatel Wireless a wealth of experience in strategic, financial, and organizational planning for high growth companies across a variety of industries. He has served as a partner at J.H. Cohn, one of the top 20 accounting and consulting firms in the United States, which provides consulting services across a wide field of expertise, including customer relations management, enterprise performance management, operations and supply chain. He has worked extensively with manufacturing and distribution organizations. Mr. Ledwith has actively assisted companies in mergers and acquisitions, corporate finance, corporate governance and business consulting. He spent twenty years with a Big Four accounting firm as an audit partner, having completed three years of service in the accounting research department. |
| | | | | | James Ledwith is a graduate of the Wharton Graduate Division of the University of Pennsylvania where he earned his Masters of Business Administration, and Babson College. Jim has been a Certified Public Accountant since 1971 and is a member of the American Institute of Certified Public Accountants (AICPA) and the California Society of Certified Public Accountants. He has served on the board of directors for several for-profit and nonprofit companies, and is currently a director of publicly-traded San Diego Trust Bank. He is also a trustee of the Sidney Kimmel Cancer Center. |
| | | | | | *January 28, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm* |
| | | | | | **Novatel Wireless, Inc. -  Quick Take: Promotes Internal Candidate to CFO** |
| | | | | | Appoints Interim  CFO to Lead Role:   Novatel Wireless announced today it has opted to promote internal candidate Kenneth Leddon to the senior CFO role. Mr. Leddon has been serving as interim CFO since November 2007. Although an outside candidate may have been a stronger immediate stock catalyst, our limited interaction with Mr. Leddon suggests he should be a capable CFO. We look for Mr. Leddon to ultimately become the company's primary link to investors – a connection that has been missing since ex-CFO Dan Halvorson assumed the same position at DIVX in mid-2007. |
| 1/29/2008 | 493,933 | $15.30 | 1.26% | 0.30 | |
| 1/30/2008 | 982,198 | $15.73 | 2.81% | 1.09 | |
| 1/31/2008 | 680,706 | $16.00 | 1.72% | 0.06 | |
| 2/1/2008 | 849,263 | $16.25 | 1.56% | 0.23 | |
| 2/4/2008 | 493,977 | $15.99 | -1.60% | (0.29) | |
| 2/5/2008 | 795,946 | $15.62 | -2.31% | (0.03) | |
| 2/6/2008 | 683,622 | $15.22 | -2.56% | (0.63) | |
| 2/7/2008 | 1,649,250 | $14.52 | -4.60% | (1.96) | |
| 2/8/2008 | 721,582 | $14.02 | -3.44% | (1.50) | |
| 2/11/2008 | 759,344 | $14.21 | 1.36% | 0.24 | *Date: Feb 11 2008  2:00:12 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Announces Commercial Availability of Expedite EU850D Embedded Module for HSDPA Networks - Next-Generation Embedded Module, Optimized for Europe, Features Integrated SIM Slot for Rapid OEM Integration** |
| | | | | | Mobile World Congress 2008 |
| | | | | | Stand #2.1C50, Hall 2 |
| | | | | | BARCELONA, Spain--(BUSINESS WIRE)--February 11, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, today introduced the EU850D Expedite(R) Embedded Module, providing OEMs and laptop manufacturers worldwide with an ideal solution to integrate high-speed 3G wireless functionality into their product lines. Building on |

Exhibit 1
Page 302

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

the robust qualities of the current Expedite product line, the EU850D is a global card providing data rates up to 7.2 Mbps with a connection significantly more secure and reliable than Wi-Fi.

The patent-pending EU850D features an integrated SIM slot, eliminating the need for OEMs to develop a slot in the host device. By reducing the design and wiring constraints, Novatel Wireless enables its OEM partners to develop better products for less money through reduced development and certification cycles. Network operators also benefit from lowered demands on their networks and the ability to increase network capacity while delivering higher throughput performance.

"Novatel Wireless has established itself as a leader in the wireless industry by continually monitoring the evolving needs of our customers and centering product development around those criteria," said Brad Weinert, president of Novatel Wireless. "The EU850D was designed with the specific needs of our OEM customers in mind and offers added value by reducing certification costs and improving time-to-market."

Optimized for Europe, the Expedite EU850D embedded module has diversity with the 850, 1900 and 2100 MHz bands on HSDPA and UMTS networks worldwide. The modem is backwards compatible with GPRS/EDGE networks, automatically keeping the user connected when roaming outside of 3G coverage areas. The inclusion of a next-generation diversity and equalizer chipset and advanced receiver technologies, provides users with the best possible performance, regardless of radio conditions or movement in and out of buildings.

*Date: Feb 11 2008  2:00:12 Wire: Business Wire (BUS)*
**Novatel Wireless Introduces Next Generation HSDPA/HSUPA USB Mobile Data Modem for Worldwide Broadband Connectivity - Optimized for Europe, Ovation MC930D HSDPA/HSUPA USB Modem  Provides Access to Web, Email and VPNs for Reliable, On-the-Go Mobility**
Mobile World Congress 2008
Stand #2.1C50, Hall 2
BARCELONA, Spain--(BUSINESS WIRE)--February 11, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, today announced the Ovation(TM) MC930D USB Modem, a HSDPA/HSUPA mobile broadband device designed to provide consumers and enterprise users with reliable and secure Internet access over the world's leading cellular data networks.

Optimized for Europe, the Ovation MC930D is a global modem designed to provide peak download speeds of 7.2 Mbps and upload speeds of 2.1 Mbps on any worldwide HSDPA/HSUPA network supporting the 2100 MHz band. Based on the same award-winning design as the MC950D, it features an extremely streamlined form factor (70 x 25 x 12 mm) and fits comfortably in any pocket, enabling the user to securely check email, surf the Web and remain connected to corporate resources.

"European mobile users require wireless broadband solutions that provide the flexibility to work the way they live," said Brad Weinert, president of Novatel Wireless. "The Ovation MC930D provides a great alternative for any consumer who wants the speed of a fixed DSL connection with the freedom to access their online life anytime, anywhere."

The MC930D ships with Mobilink(TM) Lite Connection Manager Software preinstalled on the modem's on-board memory, eliminating the need for Mac and Windows users to download drivers from a CD. A Dual USB Y-cable is included to provide increased power when using the modem in weak signal areas. The integrated internal antenna offers both receiver diversity and equalizer support to improve performance in crowded environments.

The Ovation MC930D is currently in the final stages of testing with leading carriers worldwide and is expected to be available February 2008 through a variety of Novatel Wireless' new and existing tier-one operator customers.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 2/12/2008 | 1,055,208 | $14.20 | -0.07% | (0.09) | |
| 2/13/2008 | 692,073 | $14.58 | 2.68% | 0.25 | |
| 2/14/2008 | 1,534,269 | $13.36 | -8.37% | (2.67) | *14 February 2008 JP Morgan - Paul Coster, Sandeep Madhur, Mark Strouse* |

**Novatel Wireless - 4Q07 Preview: Still Sidelined**
We expect NVTL to meet or beat our 4Q07 estimates, buoyed by seasonality; however, we believe we are at peak sell-in for the

Exhibit 1
Page 303

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | current generation of products and that sales could slump in early 2008, particularly if enterprise demand eases. That said, we have under-estimated end-market demand, to-date, and execution has been first-rate in 2007. |
| | | | | | * NVTL reports 4Q results on Wed, Feb. 20 at 4:30PM EST; Dial-in: 800-218-0530. |
| | | | | | * We expect 4Q results to meet or beat our estimate of $0.31 GAAP EPS ($0.34 PF) on $116.7m in revenue (Street: $0.31/$120.7m). |
| | | | | | * We look for 1Q08 GAAP EPS of $0.31 ($0.34 PF) on $118.3m in revenue (Street: $0.29/$119.6m), but we do so with a low level of confidence, particularly in view of the strong results from Sierra. That said, we believe this is peak sell-in for the current cycle of confidence, particularly in view of the strong results from Sierra. That said, we believe this is peak sell-in for the current cycle of wireless modem products and we expect 1H08 to be tough, particularly if channel inventory is high at year-end and enterprise demand eases, as we expect. |
| | | | | | * We believe the wireless module market is a commodity business which has attracted too many largely undifferentiated companies. Long term, we expect modem solutions to be integrated into chipsets (i.e. Qualcomm's Gobi, Intel's WiMax) and aftermarket and embedded module markets to shrink. On the plus side, wireless operators could drop monthly rates to stimulate interim demand faster than we expect. |
| | | | | | * Maintain Underweight. NVTL trades at 12.1 times our 08 PF EPS estimate of $1.20, a 33% discount to the mean of our coverage, which  we view as justified given our outlook for this niche technology space.We believe there are too many companies (i.e. SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. |
| | | | | | Valuation and Rating Analysis |
| | | | | | Maintain Underweight. NVTL trades at 12.1 times our 08 PF EPS estimate of $1.20, a 33% discount to the mean of our coverage, which we view as justified given our outlook for this niche technology space. We believe there are too many companies (i.e. SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. |
| | | | | | Risks to Our Rating |
| | | | | | Factors that could lead the stock to outperform our coverage mean include: |
| | | | | | * a faster than anticipated ramp in embedded module sales with OEM partners, |
| | | | | | * broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market. |
| | | | | | * market share gains |
| | | | | | * new product that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, Gobi, WiMax hybrid) |
| | | | | | * competitors exit the market leading to improved pricing power |
| | | | | | * increased efficiencies in development, manufacturing, certification |
| | | | | | * second sourcing production leads to reduced COGS, ahead of expectations |
| | | | | | * the introduction of significantly differentiated product leads to ASP increases and margin improvement. |
| 2/15/2008 | 849,335 | $13.35 | -0.07% | 0.04 | |
| 2/19/2008 | 1,031,177 | $13.58 | 1.72% | 0.77 | *February 19, 2008 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body* |
| | | | | | **Novatel Wireless, Inc. - Q4 Preview** |
| | | | | | Event |
| | | | | | * Novatel Wireless is scheduled to report Q4/07 results on Feb 20 after the close. Dial-in for the 4:30 p.m. ET conference call at 800-218-0530 or 303-275-2170. |
| | | | | | What It Means |
| | | | | | * Expecting in line quarter: Our US$121 million revenue estimate is in line with both consensus and guidance, while our US$0.32 EPS estimate is a penny better than consensus and two pennies less than guidance. We expect good growth and stable gross margins this quarter. |
| | | | | | * Q1 expectations: For Q1/08 guidance we expect US$111 million in revenue versus consensus at US$109 million and an EPS of US$0.29 in line with consensus. |

Exhibit 1
Page 304

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Reiterating 2-SP rating: Novatel continues to benefit from great industry dynamics and accelerated mobile data growth. Although the company is currently trading at a P/E of 9.2x next 12-month, we continue to prefer Sierra Wireless as we believe it remains the leader in a likely consolidating sector.

Novatel Wireless Q4/07: Strength in Industry Fundamentals

* Q4 expectations in line: During the last quarterly conference call, Novatel indicated that it is entering the fourth quarter with a strong backlog and record order flow. It also highlighted that its main challenge relates to supply channel tightness of selected components. Exhibit 1 below outlines our expectations for the fourth quarter relative to prior periods, consensus, and guidance. Overall we are expecting an in line quarter with strong YOY growth in revenue (58%) and excellent EPS expansion (341%). Our Q4 revenue estimate of US$121 million combined with improving margins YOY is expected to deliver EBIT margin of 11.4% versus 3.2% in the same quarter a year ago. Although our gross margin estimate for the quarter is in line with guidance, we see as slight declines sequentially in both gross margins and EBIT margins. In terms of product mix, we expect USB sales to expand to 47% from the 41% share of total sales last quarter while PC/Express sales should decline to 33% from the 35% share of sales in Q3/07. At the same time, the Embedded product segment should also decline to roughly 20% from last quarter's 24% share of total sales.

Industry fundamentals remain strong - expecting strong guidance for Q1/08: We believe that next quarter will be another strong one for the overall industry as well Novatel. Exhibit 2. outlines our Q1/08 estimates as well as consensus. Cellular Wireless Modem shipments are expected to grow from almost 8.7 million devices in 2007 - PCMCIA, USB and Embedded, to over 67.5 million devices in 2012, representing a Compounded Annual Growth Rate (CAGR) of 51% according to ABI Research.

* Key drivers intact: We see the following five key drivers as major contributors to the growth of this market in the coming years.

  1. Expanded deployment of High-Speed networks around the world continues to enable a larger portion of the 3 billion and growing mobile phone users globally.

  2. Declining costs of mobile data subscriptions continues to make it more and more affordable for an increased number of people to sign up for such services.

  3. Improvements in mobile data speeds and ease of use making it a more appealing alternative to wireline broadband solutions.

  4. An increased number of employees are working away from the office and having mobile data communications, access to corporate systems and the resulting productivity gains more than justify the need for Wireless Modem solutions.

  5. New applications are becoming more and more common whether security surveillance, asset tracking or remote data collection - businesses are looking to such solutions to improve productivity by leveraging embedded mobile data connections.

* Valuation: Novatel is currently trading at a P/E multiple of 9.2x and holds an estimated 30% of the shares' market value in cash. We reiterate our 2-Sector Perform rating simply because we believe Sierra Wireless remains a more attractive investment as the leader in a likely consolidating sector while benefiting from the same industry fundamentals.

*19 February 2008 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Q4/07 Preview -Expect Inline Quarter and Solid Guidance**
INVESTMENT OPINION
Novatel Wireless will report Q4/07 results on February 20, after market close. We expect inline Q4/07 results and Q1/08 guidance. The stock is trading at a multiple of 9.6x NTM EPS despite 20% Y/Y earnings growth expectations. In our view, the current share price has largely discounted any economic, supply constraints, and competitive concerns, offering an attractive entry point. We reiterate our BUY recommendation and US$31.00 target price.
ANALYS I S
Q4 expectations: In what is historically the seasonally strongest quarter, we expect the company to report Q4 sales of US$122.1 mm, adjusted earnings of US$0.35, and GAAP EPS of US$0.32, slightly ahead of consensus and guidance (Figure 1). We believe sales benefited from ongoing aggressive carrier marketing programs in Q4 particularly during the holiday season, from new MC950D HSUPA USB product shipments to Europe (in particular with Telefonica Moviles Espana, T-Mobile and Vodafone), and from share gains at Sprint. We estimate the popular USB form factor (Ovation product series) will have accounted for 50% of Novatel's Q4 top line.

Exhibit 1
Page 305

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Margins trend slightly downward QoQ: We estimate Q4 gross margins to be about 29%, down 80bps Q/Q, but up 10bps Y/Y predicated on a higher weighting from the more price-competitive European market. Much like in Q3, we expect the pricing environment to have remained fairly stable QoQ despite the continued presence of lower cost vendors. We forecast operating margins of 14.6%, down 20bps Q/Q but up 320bps YoY due to overall lower gross margins and an estimated $1.9 mm sequential increase in operating expenses across the board, in part from higher certification costs within the European carrier base. We estimate that Novatel ended the quarter with over US$154 mm in net cash, or about US$4.60 per share (about 34% of current share price). |
| | | | | | Expect conservative Q1 guidance: For Q1/08, the seasonally weakest quarter, we are currently modeling revenues of US$120.9 mm, adjusted EPS of US$0.32, and GAAP EPS of US$0.29, while consensus stands at revenues of US$119.3 mm, adjusted EPS of US$0.33, and GAAP EPS of US$0.29. Q1 guidance should include ramping sales of the company's MC950D, U727 and new MC930D USB modems to both North American and European carriers. Overall however guidance should be conservative given the Qualcomm/Broadcom chipset patent issue. As noted by Qualcomm's new noninfringing chipset delivery we expect this issue to be resolved prior to quarter end. Despite improving gross margins from ramping new device shipments, we expect Q1 operating margins to decline sequentially to the 12%- 13% range due to rising certification and R&D costs. |
| | | | | | Providing full year guidance should reinforce strong market fundamentals and revenue visibility: Much like in 2007, we are hopeful Novatel provides preliminary guidance for 2008 as a sign of strong revenue visibility and channel demand. Presently we are modeling 2008 sales of US$531M, adjusted EPS of US$1.42 and GAAP EPS of US$1.30. We expect any full year revenue guidance to be in the range of US$520-US$540 mm. Much like in 2007, we expect the bulk of 2008 sales to come from USB modems (50% YoY sales growth) while we expect module sales to increase 40% YoY. 2008 consensus currently stands at US$510.2 mm, adjusted EPS of US$1.47, and GAAP EPS of US$1.29. |
| | | | | | Very attractive entry point: Exiting Q3 Novatel had a solid order backlog, strong channel sell-in/sell-through rates, and a renewed European order flow. The stock, however, is trading at 9.6x NTM EPS, near its trough multiple of 7.5x, despite 20% YoY earnings growth expectations. We believe at current levels the stock's upside potential outweighs the downside as any economic and competitive concerns have largely been discounted. As of Q3/07 the company has net cash of roughly US$130M or US$3.95 per share (30% of the current share price). Excluding net cash, the shares are trading at 6.8x forward EPS. On an enterprise basis, the shares are trading at 0.6x EV/NTM Sales and 4.4x EV/NTM EBITDA despite 28% sales and 312% EDITDA growth YoY. |
| | | | | | Channels witnessing steady traffic: Feedback from recent channel checks (~30 locations): |
| | | | | | At Verizon, the popular devices are Novatel's USB720 modem and the Pantech UM150. We expect Novatel demand to soon shift to its new USB727 during Q1/08. These results are fairly similar to last quarter, with Pantech gaining some share, likely to Novatel's expense, with its first-generation USB device (UM150). Store traffic in this channel was also reported as steady to increasing, with one New York city location citing an increase in business activations. |
| | | | | | At Sprint, our channel checks suggest a fairly even split between Novatel's new USB727 modem and Sierra's AC595U (USB). Not surprisingly, our checks suggest that Novatel is picking up share at the expense of Pantech's PX500, which faired favourably in our survey last quarter. Again, store traffic in this channel was also reported as steady to increasing. |
| | | | | | Internationally, we believe that Novatel gained some share in Europe in Q4 from a greater focus on the region with its new MC950D HSUPA USB modem, in particular with Telefonica Moviles Espana, T-Mobile and Vodafone. As such, we expect the company to have witnessed a greater contribution of European-based revenues in Q4 versus the US$5 mm in Q3/07, and likely to have taken some share from competitor Option in the European market. Option recently warned regarding to Q4 expectations. |
| 2/20/2008 | 2,154,615 | $13.86 | 2.06% | 0.43 | *Date: Feb 20 2008  16:00:02 Wire: Business Wire (BUS)*<br>**Novatel Wireless Announces Fourth Quarter and FY2007 Results -  Revenues Increase 97% in 2007 and 53% in Q4  GAAP Net Income Reaches $1.19 per Diluted Share in 2007; More than Triples in Q4 Y-Y to $0.34 per Diluted Share**<br>SAN DIEGO--(BUSINESS WIRE)--February 20, 2008 Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today announced financial results for the fourth quarter and year ended December 31, 2007. Novatel Wireless reported fourth quarter revenue increased 53% to $118 million compared to the fourth quarter ended December 31, 2006. Net income on a generally accepted accounting principles (GAAP) basis increased to $11.1 million or $0.34 per diluted share, compared to |

Exhibit 1<br>Page 306

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

GAAP net income of $2.6 million or $0.09 per diluted share in the prior year period. GAAP net income includes $2.0 million in stock-based compensation expenses, net of income tax. Excluding these charges, non-GAAP net income was $13.1 million or $0.40 per diluted share, compared to non-GAAP net income of $4.4 million or $0.14 per diluted share for the prior year period.

For the full year, the Company reported revenue of $430 million, GAAP net income of $38.4 million or $1.19 per diluted share, and non-GAAP net income of $45.3 million or $1.40 per diluted share.

"Novatel Wireless delivered outstanding 2007 results with 97% revenue growth year over year, and record order growth driven by our industry-leading USB products," said Peter Leparulo, executive chairman of Novatel Wireless. "Our ability to bring highly innovative products to market well ahead of our competitors has been key to our success. During the year, we introduced seven new products, including two generations of USB products, and made significant progress on our goal to steadily increase our product momentum throughout EMEA. As we enter 2008, our innovation pipeline is in excellent shape, we arefocused on profitable growth, and we will continue to execute on our long-term diversification strategy. During 2007, cash and investments increased by $69 million and our balance sheet is strong with $153 million in cash and investments, or $4.61 per diluted share, with no debt."

A full reconciliation from GAAP to Non-GAAP Net Income can be found below.

(a) The Company is in the process of finalizing its tax provision and these amounts may change.

2007 Business Highlights

* Delivered award-winning, patent-pending small form factor  second generation USB products for worldwide markets, based on CDMA EV-DO Rev A and HSDPA/HSUPA.

* Shipped industry's first and smallest 2-in-1 Mobile Broadband second generation USB device for worldwide markets, based on CDMA EV-DO Rev A.

* introduced a family of HSDPA/HSUPA products, including the world's first HSUPA Express mini card embedded modules and another patent-pending module with an integrated SIM. These products feature advanced wireless functionalities including antennae diversity, advanced receiver technology, increased bandwidth and throughput performance up to 7.2 Mbps, as well as location-based GPS functionality.

* Strengthened intellecual property position with two issued and 12 new patent applications, bringing the total portfolio to 34 issued U.S. and international patents.

* Increased momentum in embedded products with approximately 45 platforms now supported with leading PC and device manufacturers worldwide.

* Launched strategic initiative to deliver mobile computing applications and services, including Location Based Services, enhanced wireless notebook capabilities, computer asset tracking, and IP-based voice and multimedia applications.

* Delivered first-to-market CDMA EV-DO Rev A PC/Express cards and first generation USB products to major North American carriers.

First Quarter 2008 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

The following table summarizes the Company's financial guidance for the first quarter of 2008, which is based on the Company's current business outlook as of the date of this press release. Revenue and earnings guidance for the first quarter of 2008 include expectations of strong demand for the Company's products, particularly its USB products, as well as assumptions about industry wide supply constraints on certain components. Non-GAAP earnings per diluted share are based on a projected tax rate of 36% and exclude FAS 123R share-based compensation expenses.

| First Quarter 2008 | |
|---|---|
| Revenue (in millions) | $ 110 |
| GAAP Earnings Per Share, Diluted | $0.22 |
| Adjustment: | |
| Share-based compensation expense, net of income taxes | $0.05 |

Exhibit 1
Page 307

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

Non-GAAP Earnings Per Share, Diluted    $0.27
  Conference Call
  The Company will host a live conference call for equity analysts and investors today to discuss its quarterly results at 4:30 p.m. ET. The conference call will be webcast live on the Novatel Wireless website at www.novatelwireless.com, under the "Investor Relations" section. Following the live webcast, an archived version will be available on the Novatel Wireless website. A telephonic replay of the conference call will also be available approximately two hours after the call and will be accessible for two business days. To hear the replay, parties in the United States and Canada should call 800-218-0530 and enter pass code 11107528. International parties should call 303-275-2170 and enter pass code 11107528.

*Date: Feb 20 2008 17:44:15 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference NVTL US**
Event Date: 02/20/2008
Company Name: Novatel Wireless
Event Description:Q4 2007 Earnings
Source: Novatel Wireless
MANAGEMENT DISCUSSION SECTION
  Operator:
  Good afternoon, ladies and gentlemen. [Operator Instructions] Thank you for standing by. Welcome to the Novatel Wireless Fourth Quarter 2007 Conference   Call.   I would now like to turn the conference over to Julie Cunningham, Vice President of Investor Relations.  Please go ahead.
  Julie Cunningham, Investor Relations and Communications:
  Peter Leparulo, our Executive Chairman, will cover strategic initiatives for 2008.  As a reminder, this conference call is being broadcast on Wednesday,  February 20, 2008 over the phone and the internet to all interested parties.  The information shared in this call is effective as of today's date and will not be updated.
  During this call, non-GAAP financial measures will be discussed.  Reconciliations to the most directly comparable GAAP financial measures are included in our fourth quarter and 2007 earnings release, which is available on the Investor Relations page of our website at www.novatelwireless.com.  The audio replay of this call will be archived there for 30 days. Today's discussion may contain forward-looking statements.  These forward-looking statements are not historical facts, but rather are based on the company's current expectations and beliefs.  The company's actual results may differ materially.  Please refer to our SEC filing for a detailed discussion of potential risks.
  Before I turn the call over to Brad, I'll provide a brief summary of our fourth quarter and 2007 results.  For the fourth quarter, the company reported revenue of 118 million, a 53% increase year-over-year.  GAAP net income was 11.1 million, or $0.34 per diluted share.  Non-GAAP net income was 13.1 million, or $0.40 per diluted share, which was $0.06 higher than our guidance.  For the full-year, the company reported revenue of 430 million; GAAP net income of 38.4 million, or $1.19 per diluted share; and non-GAAP net income of 45.3 million, or $1.40 per diluted share. Now, I'd like to introduce Brad Weinert, President of Novatel Wireless.
  Brad Weinert, President:
  Thanks, Julie.  First, I'd like to take a few moments to review the highlights of the fourth quarter and full-year, which was by all accounts a banner year for Novatel Wireless.  Beginning with the fourth quarter, Q4 was another solid quarter for Novatel Wireless. We achieved record revenue in unit volumes in the quarter and gained strong gross margins, increased our operating margin and drove strong profits to the bottom line.  Non-GAAP gross margins in Q4 topped our forecast at 30% and operating margins came in at over 15%, once again above our long-term target. Component issues had some impact on our ability to generate maximum top line revenues, but our bottom line performance clearly spoke to our ability to focus on profitable growth.  Our next-generation USB products continued to drive revenue and gross margins during the quarter.  We are pleased with the ramp of our new MC727, the most innovative USB modem ever introduced, with features like storage, GPS capabilities and Linux support. We've made significant in-roads into Europe with Vodafone, T-Mobile and Telefonica O2 with their MC950 and 930D products.  These products

Exhibit 1
Page 308

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

are the smallest USB products available in Europe.  We also launched our EU850 HSPA modules with an embedded SIM slot and we added a new North American carrier to our customer roster during the quarter.

For the full-year, revenues nearly doubled year-over-year.  Net income grew at a very healthy rate and we finished the year with record earnings.  Our cash position was also very strong, as cash and investments grew from 84 million to more than $150 million at year-end.  We are proud of these substantial improvements and the disciplined profitable growth we demonstrated in 2007.

We also strengthened our management team with the employment of Ken Leddon to the role of Senior Vice President and Chief Financial Officer.  Ken is a seasoned professional and has served as CFO or Principle Financial Executive for several companies in a variety of industries.  We originally brought Ken on board to help us as a Senior Financial Management Consultant and he has added tremendous value over the past six months.

We achieved several firsts in 2007.  We were first to market with our ExpressCards and we also led the market with embedded devices.  We partnered with many of the world's leading computer manufacturers to enable their first wave of 3G wireless embedded laptops.  In fact, at last week's Mobile World Congress in Barcelona, Dell's Inspiron 1525, which incorporates our embedded module, was recognized by the GSMA as the best commercially available mobile broadband notebook.  We would like to congratulate our partner Dell on this accomplishment and for driving mobile connectivity to the mainstream of affordable, well-designed notebooks.

Most importantly, we were also first to market with the USB device, pioneering this form factor well in advance of the competition.  Our MC727 USB product is a truly innovative product that has captured significant industry attention.  The New York Times awarded the MC727 its annual Pogie award for cleverness and innovation in product design.  The MC727 was cited for its anywhere connectivity, small size and the useful novel edition of storage to the device.  The MC2727 and its European counterpart, the MC950D, also won two separate CES Innovation awards.  While the media appreciates the MC727's slim form factor and design, our customers appreciate the high throughput, ease of use and advanced features like GPS.

These products are only a glimpse of things to come.  In the coming year, we will introduce innovative new products with new features through all of our major channels.  In 2007, wireless data moved to the forefront in innovative products that accelerated the pace of adoption worldwide.  As we enter 2008, we are very pleased with the long-term trends and how we are positioned to fulfill them.  And now, I'd like to turn the call over to Ken for a financial overview.

Kenneth Leddon, Senior Vice President and Chief Financial Officer:  Thank you, Brad.  First, let me say that I am very pleased to be part of the Novatel Wireless management team and I look forward to meeting many of you in the near future.  As specifically noted, all comments about financial results exclude the impact of share-based compensation expense under FAS 123R.

Share-based compensation expense net of tax was approximately $2 million in the fourth quarter of 2007. Let's begin with the fourth quarter results.  Revenues for the fourth quarter increased 53% year-over-year and 13% sequentially to 118 million.  Despite very strong performance overall, revenues were 2 million lower than our guidance, primarily due to timing of shipments and component constraints.

Ovation products continue to show strength, accounting for 63.6 million, or 53.9% of revenue.  Embedded products were 21.9 million, or 18.6% of revenues. The continued strong performance at our EV-DO products, which accounted for 69% of our revenues.  HSPA products accounted for 31% of revenues.

During the fourth quarter, we shipped to 13 operators and nine OEMs in 33 countries.  Many customers in the quarter included Verizon, Sprint, Dell, T-Mobile, Telefonica, Vodafone D2, Sony and Orange.

From a geographic perspective, domestic revenue accounted for approximately 71% of total revenues and international revenue was 29%. On a non-GAAP basis, gross margins were solid at 30%, above the target we forecast last quarter.  Gross margins benefited from product mix and our focus on profitable growth.  Operating margins were very strong again this quarter at 50% of revenues, significantly above our long-term target.

Operating expenses were at 50% of revenues compared to 16.2% of revenues in the third quarter, as we continued to demonstrate our operating leverage.

R&D expenses were 8.3 million; this decrease as a percentage of revenues to 7% in Q4.  Delta marketing increased by approximately 400 pegs from the prior quarter to 4.9 million and represented 4.1% of revenues.  G&A expenses increased modestly this quarter and

Exhibit 1
Page 309

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

represented 3.9% of revenues.  EBITDA was 20.7 million, free cash flow was a strong 18.1 million and cash and  investments increased by 23 million to 153 million at year-end.

Including the share-based compensation charges of $2 million net of taxes, we reported GAAP net income of approximately 11.1 million for the quarter, or  $0.34 per diluted share.  On a non-GAAP basis, excluding the non-cash  compensation charges, we reported net income of 13.1 million, or $0.40 per  diluted share.

Now, I will review some balance sheet highlights.  At December 31, 2007, we  had approximately 152 million in cash; short-term investments with no debt.

Our cash in investments represented a net increase of approximately $23  million from the prior quarter, reflecting strong operating cash flows.  We  had been actively managing our cash and investments and have moved away from  all long-term investments in favor of short-term and cash equivalents.

AR days outstanding decreased to 55 days, within our historical range.  Our  AR balance was 7.9 million at December 31st, modestly up from 70.6 million  from the prior quarter.  Given our customer base, the quality of our  receivables is excellent.  Inventory increased by 3.5 million in the fourth  quarter to 25.9 million, which resulted in strong annualized inventory turns  of 12.8 times per year.

Now, turning to the first quarter 2008 guidance, our guidance for the first  quarter of 2008 is as follows.  We expect solid revenues in the range of  approximately 110 million.  We expect gross margins to be modestly impacted  by a higher percentage of EMEA revenues and currently expect gross margins of  approximately 28%.  We expect operating margins to remain strong in the range  of 11 to 12%.  Based on our current view, we expect GAAP earnings of  approximately $0.22 per diluted share and non-GAAP earnings of approximately   $0.27 per diluted share, based on approximately 33 million shares  outstanding.

We have several new potentially large opportunities.  If they come to  fruition, that could substantially augment our business outlook for 2008.  We  will also be introducing a number of new products in the second and third  quarter of 2008.  For these reasons, we are not providing specific financial  guidance for the full year; however, based on our current visibility and  customer feedback, we fully expect to exceed 500 million in 2008, even before  factoring in these potentially large opportunities. Now, I will turn the call  over to Peter to give us some color on our  strategic initiatives.

Peter V. Leparulo, Executive Chairman:

Thanks very much, Ken.  Over the last couple of years, we led the high-end of  the market with innovation and expertise and focused on deepening our  relationships with our carrier and OEM partners.  We did this with an  aggressive diversification strategy by first diversifying our customer-based  geographic reach, distribution channels and technology standards and then  taking an innovative approach to product development, often staying one or  two generations ahead of our competitors.  As virus data has moved into   broader acceptance, that strategy has led to record results, together with  worldwide market share, powerful distribution channels, brand recognition  and perhaps more importantly for the future, an install base of end-users of  Novatel Wireless products now numbering in the millions.

Here are a number of exciting trends that we believe will improve Novatel  Wireless over the long-term.  First, we believe that most of our key carrier  customers are moving to a two-tiered approach to wireless broadband, pushing  a more expensive high-quality product to the enterprise and a lower-cost  product to the consumer.  We have already seen the impact of these changes in  the USB market, where we are the clear pioneer and technology leader.  Sprint  and Verizon are using our MC727 product for their higher-end offering.  At  the same time, we continue to see robust sales of our first-generation USB  product, the MCD3000, at the lower end.  Clearly, the current emphasis is on  driving the most data subscriptions possible and advertising dollars and  subsidies have pushed lower-end products, where we historically have not put  our emphasis.  Even yesterday, we saw evidence of this shift with Verizon's  announcement of its low-cost data plan, moving from 59 to $39 a month.  This  is a positive move that increases our addressable market.  We'd be happy to   see other carriers follow suit.  We believe we will benefit from these  changes in 2008.  The primary reason for this is our carrier customers are  encouraging us to enter into the low end of the market more aggressively than  we have.  We believe that the major North American carriers are looking to  significantly consolidate vendors down to two suppliers.  This allows them to  have more volume leverage over suppliers, keep tighter inventory and have  greater quality control.

The feedback that we've received is that the carriers are clearly recognizing  that the cost of support and repair problems for many low-performing devices  quickly erases the benefits of the lower-priced units.  While they want a  reasonable price, they are now

Exhibit 1
Page 310

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

willing to give market share commitments so that they can get both value and quality at the lower end of the market. By consolidating vendors, the carriers also get a second benefit: the ability to customize development. Carriers are looking for individual products to offer a competitive advantage and are driving strategic partnerships to ensure this customization. This trend will also drive us even closer to our partners in a mutually beneficial relationship. These changes all bode well for Novatel
 Wireless. Over the short-term, this may have some modest impact as carriers flush through competitors' products as they consolidate vendors and lower inventory, but longer-term, it will have some obvious benefits.
 I'd like now to turn to some of the strategic initiatives that we're looking at in 2008. Novatel has always focused on core competencies and executing better, faster, more efficiently and with more innovation than our competitors. In 2008, we will leverage and expand our core competencies, both to lead to new products and to access new markets. Towards that end, there are two major initiatives which we will undertake throughout the year.
 The first is a significant differentiation of our existing product road map to further consolidate and lead our core business. This will include a variety of innovations, from internally-generated intellectual property to software, firmware, media content features and industrial design, most of which will be deployed beginning in the middle of 2008. To give you a glimpse of this initiative, I'm happy to announce today that most of our products will contain Novatel-developed, intelligent traffic-management features, which are a combination of design, configuration and intellectual property. We have developed this combination of features internally and we are seeing our devices have a significant increase in download through to performance as a result, with obvious advantages for both carriers and end-users.
 And there is more to come. As part of this initiative, during the second half of the year, we will introduce a portfolio of products which bring an array of new features with new form factors and deliver a much more diverse range of mobile platforms for content delivery. We will also introduce our own applications, which range from IT applications on our products to hosted enterprise services for specific vertical market segments. We are well on our way in the development and sales cycles of these products and
 applications and I look forward to talking about them further throughout the year.
 Our second initiative for the year is to launch content-specific appliances on broadband devices, which are part of the end-to-end services. With the rapid growth and demand for a constant broadband connectivity to a myriad of devices, we will now move to launch software and hardware appliances, products that move beyond enabling connectivity to enabling and optimizing content delivery from particular applications for specific purposes to widespread media content. Devices will come in multiple form factors, from the size of a matchbox case to a connectivity feature in a navigation system.
 And we believe these new mobile platforms for content delivery will go increasingly mainstream by the end of 2008 and they will come with new applications. We strongly believe that these new mobile platforms for content delivery can fundamentally change our company.
 These devices, along with the customization and support that we provide, will enable us to deliver high-margin, higher technology products. We believe these initiatives for 2008 are ambitious and bold and will lead to additional revenue streams and we are well on our way in partnering with strategic and technology leaders. We believe you will be able to track our success over the coming year on this, as you see us put in place strategic and technology partnerships, branding strategies and launches of more end-to-end solutions, both internally-developed and jointly with these partners. Given the rapid pace of innovation in our industry, this is guaranteed to be a very exciting year for the company.
 And now, Brad, Ken and I are happy to answer your questions. Operator, you can please now open up the line.
 Q&A
 Operator:
 Thank you. [Operator Instructions] Our first question comes from the line of Mike Walkley with Piper Jaffray. Please go ahead.
 < Q - Mike Walkley>: Thank you. I was wondering if you could provide us a little more color on some of the large opportunities you were talking about that could make your revenue much better than 500 million for the year.
 < A - Peter V. Leparulo>: Sure. This is Peter. We're really looking at two initiatives; one of them is really to enhance our current product portfolio. We've looked in the past at software devices that really are complimentary to our devices, but what we're looking at now going forward are really solutions, one that we can show demonstrable ROI to specific vertical markets that use our

Exhibit 1
Page 311

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

devices and ones that solve real problems for IT  managers, as there are more and more mobile devices that are out there in the  field for them.  So that's number one, which we do that, frankly, as  enhancing the sales of our current products.  The second one, which you might   be referring to in a more focused way, is we also think that there will be a  proliferation of devices that have delivered content by some other means,  which will move over to mobile wireless going forward.  I can't tell you  specific opportunities, but as you might imagine, they involve things like  navigation, MP3, video delivery, books, thin clients, along those lines that  have been in related fields that we will take with a very different customer  base under different business models moving forward.

< Q - Mike Walkley>: Okay, great.  So it's really the initiatives; it's more  seeing your new initiatives take off than it is like a current bid that might hit  in Q2 or Q3; I just wanted to clarify that.  And then also, if you could  talk about the consolidation within cares, if you get more volume scale-up in  cares, can you maybe discuss how that might impact your gross margins?

< A - Brad Weinert>: Hi, Mike, this is Brad.  Just to add a little color here  on that last statement, we do have - I think we've tried to make this clear  that there are real, real opportunities with real customers behind it and  real contracts that are being put in place and real visibility of business  for 2008 and that's why we were concerned with making sure that we gave  you  color to the guidance, but this is not a - I think you're asking a question  of whether this is immediate or more long-term, but we still expect to have  revenue in the second half of 2008 tied to these devises and this is very far  down the road.  Now in terms of the consolidation, we certainly are seeing  that in North America, as well as to a certain degree in EMEA, where we've  seen, first, a division between consumer, products and enterprise.  And we  certainly have seen the carriers over the last few quarters experimenting  with that model and I think though they've come to the point now where  they're moving forward with a definite division between enterprise, plus  products and consumer products for the retail stores.  What we've seen, which  is good for us, number one is that the services contract prices have started  to come down, as was evident with the announcement that Verizon made  yesterday in dividing up their service contract pricing for retail and  the  enterprise.  But as well, we're seeing them now being willing to put  longer-term commitments to volume at the consumer level, which makes this  much more attractive and easier for us to manage going forward.  And the  inverse of that is that they're having to consolidate their supply and burn  through some inventory and things like that in Q1, which you'll be seeing, which is evident on some of their websites already.  But longer-term, we  think that there'll be less selection, higher volume and better pricing.

< Q - Mike Walkley>: Okay, great.  Thanks for clarifying that, Brad.  And then  just one last question and I'll pass it on.  Can you just update us on the   supply chain, how that might have impacted you in Q4 and how it's looking  here in Q1 in terms of easing up?

< A - Brad Weinert>: Yes, Mike, we certainly did have impact in Q4,  specifically to our EMEA products.  Just to clarify that the part constraints  that we had in Q4 and still going forward in Q1 are tied to our EMEA  products, namely mostly our MC950 and MC930D products.  That will be resolved  this quarter; we do not see going out of Q1 with any remaining supply  constraints, but it did have impact on us specifically in Q4.  And really  just to color this a little bit more, what happens within a quarter is  sometimes you will have upside opportunities that appear, I hate to use the  word bluebird, but sometimes they do fly in and if you don't have the  inventory to address them, they tend to go away.  So within Q4, we had the  ability to meet our demands and we did, which is why we got to where we did,  but we did not have any upside in terms of being able to meet additional  opportunities as they came in.  We're somewhat better in Q1, although we do  have some constraints, but we do believe that we have upside even in EMEA in Q1 based on our current supply chain.

< Q - Mike Walkley>: Thank you very much.

Operator:

Thank you, sir.  Our next question comes from the line of Matt Hoffman with  Cowen & Company.  Please go ahead.

< Q - Matt Hoffman>: Yes, thanks.  First, Ken, to start out with a  housekeeper, could you provide the pro forma-to-GAAP reconciliations for cost  of sales, SG&A and the rest of the items there?

< A - Kenneth Leddon>: Yes.  Starting with the fourth quarter, operating  expenses of about 2.7 million and the provision for taxes about 800,000  benefit...

< Q - Matt Hoffman>: Okay.

< A - Kenneth Leddon>: Or net of 6.2.

< Q - Matt Hoffman>: What was the first number?  I'm sorry, it may have  clicked out.

Exhibit 1
Page  312

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< A - Kenneth Leddon>: 2.7 million in operating expenses; that's about 600 in   R&D, 500 in sales and marketing and about 1.6 in G&A and then tax benefit is   815,000.

< Q - Matt Hoffman>: Got it.

< A - Kenneth Leddon>: You get an impact of 2023.

< Q - Matt Hoffman>: Okay, great.  So, Brad, CRWireless guys are pretty huge   top line, and maybe we won't make this competitor-specific, but they guided a  huge top line with lower margins for 1Q.  Did they grab allocation of scarce  parts from Qualcomm and Interdigits' components to win share here in 1Q?  And  as part of your commentary about 2Q and 3Q, kind of a look-forward to when
 your allocation gets a little better?

< A - Brad Weinert>: Yes, Matt.  I'm not sure I can tell you exactly what the  bomb is that my competitors are using.  And that well could be the case, but   remember that there are alternate solutions as well and in different markets   you're addressing.  My EMEA product was the one that was specifically  impacted and certainly some of my other competitors saw the same constraints and others didn't.  So I would actually venture a guess that maybe they're   not all using the same part and had an alternate part in some of their  designs; that would make a little more sense to me.  We spent an inordinate   amount of time dealing with our components entering in this particular part   shortage and had affirmation that we were getting as much of a supply as  others.  This is short-lived and we don't see any constraints after Q1 with  it.  But certainly in terms of the impact, to me, it was really more just upside; we don't think we lost any particular share.  Remember some of my   competitors actually have customers that I don't have and compete in some   markets that I don't compete in.  We think there were some strengths there as  well.

< Q - Matt Hoffman>: Okay.  So this would eliminate Qualcomm as the primary   culprit since they supply most of the chips, or if not all of the chips, for   the data card market out there and it could be something in the PA space or   another type of component there?

< A - Brad Weinert>: Yes, Matt, exactly.  It was in the RF chain, the power  amplifiers and those sort of things.

< Q - Matt Hoffman>: All right.  Last question here: can you talk about your  customer concentration in the quarter?  I know you gave us the 71% North   America, you also described a new North American win; what's going on there   with the 10% customers or whatever in the North America market?

< A - Brad Weinert>: Yes, I think that for North America - well actually, the  top-10% customers are going to be Sprint, Verizon and Dell, I think were our  10% customers in the quarter; I think it was the only 10% - yes, those are  the 10% customers; we had some close to that as well.  So I'm sorry, the  second part of the question, Matt?

< Q - Matt Hoffman>: That's exactly what I was looking for.  Thanks, guys.

< A>: No problem.

Operator:
 Thank you, sir.  Our next question comes from the line of George Iwanyc with   Oppenheimer.  Please go ahead.

< Q - George Iwanyc>: Thank you for taking my questions.  When you look at 110  million guidance, how much is the component constraint still impacting that  and how much is the flush-through of competitor products that you're seeing  as well?

< A - Brad Weinert>: George, I think that a majority of it is actually  flush-through.  I think that we actually are forecasting a fairly robust  quarter in Europe in Q1, which has had some impact on our gross margins, as  we talked about during the script.  So for me, it's really more a function of  some inventory levels being taken down and certainly some product life cycle  changes.  But again, let me just to paint a different picture, is that the  other thing is, is that the recent events that had to do with service  contract pricing, we were looking at that as a positive event and none of  that is factored into our guidance at this time; there isn't enough time  that's passed.  So we certainly are very - this is something we've been  waiting for quite awhile.  We actually think this will trickle to the other carriers in the near-term and I think this will help to drive revenues  actually in the near-term.

< Q - George Iwanyc>: Do you expect the flush-through to be out of the way by  the time the second quarter comes around?

< A - Brad Weinert>: George, I've had direct meetings with our customers and  they have every intent of this being a one-quarter event.

< Q - George Iwanyc>: Okay.  And when you look at the full-year number that  you're comfortable with, the 500 million, how

Exhibit 1
Page 313

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

much of the new initiatives are contributing in the second half or is that something that we should more look at as a 2009 contributor?

< A - Brad Weinert>: No, I think that what we were trying to communicate in the script is that exceeding 500 million is with current products and current courses of events, so we believe that the upside to that are these additional initiatives. So none of the additional initiatives, which we do expect to have significant revenue on in the second half of the year, are included in our number at this time.

< Q - George Iwanyc>: Okay. And when you look at the effort that you're putting forth there, do you anticipate having to ramp R&D or are you currently already spending to accomplish that and what type of impact do you expect to your gross margins?

< A - Brad Weinert>: We expect we're going to stay within our model, so we would look for operating, you'd expect us to never exceed 20% [inaudible] during the year; right now, we're running much lighter than that. However, in R&D, it's a function to a certain degree of certification expenses. So Q4 was probably our lightest quarter of the year in terms of R&D expenses, but we are going to ramping in Q2 and Q3 towards platform accreditations, once again like we do every year with our major OEM customers. We certainly do see some impact on R&D with these new initiatives, but that's built into our operating plan actually. And most of the ways that we do R&D is that they contribute to efforts, so we do a based development and then those based developments are applied across a multitude of platforms. So we're not doing multiple developments because we have multiple devices. So we have a core element that gets transferred across a lot of different devices, which gives us really good efficiency. So we would expect some impact, but it would be not be anything that would be out of the norm and certainly would be within all of your models, looking at our current operation model.

< Q - George Iwanyc>: And one final question: the 28% gross margin guidance, is that entirely mix or is there another influence weighing on?

< A - Brad Weinert>: George, again, that's just as it was last quarter were I think we guided the 29 and we came in at 30. We were heavier in North America at the end of the fourth quarter than we had anticipated. Again, in Q1, we have a heavier forecast for EMEA and given the current view, we believe that will have an impact on gross margin. That's really the only impact we see in Q1 on gross margins is the fact that our product mix is very heavy right now. I have seen the MC950D and the newly launched MC930D have legs right now and we're doing well.

< Q - George Iwanyc>: All right, thank you.

Operator:

Thank you, sir. [Operator Instructions] Our next question comes from the line of John Bright with Avondale Partners. Please go ahead.

< Q - John Bright>: Thank you and good afternoon. Ken, welcome. Ken, on the 118 versus 120 guidance, you mentioned timing as well as component shortage associated with that. How much of that was timing if component shortage you didn't think - was most of it timing and was this an EMEA customer? What caused the activity in differential versus your original thought process?

< A - Kenneth Leddon>: It was primarily the timing, the time of the arrival of the product versus us satisfying the order and getting the order in by the end of the quarter. We were very close and just a little bit of delay cost us a couple million bucks...

< A - Brad Weinert>: John, to add to this, revenue recognition issues for the most part. And again, the upside was the thing that we were mostly limited to in terms of part shortages in the quarter. We were able to fulfill all of our demands that was forecasted. Again, some of it came in a little late, which caused some of the revenue to be pushed out into the first quarter.

< Q - John Bright>: Okay. And then on the tax rate, Ken, for the fourth quarter, looked to be a little bit lower than normal; what enabled that?

< A - Kenneth Leddon>: Yes, this year, we were able to take advantage of a deferred tax benefit related to one of our foreign operations and secondly, we relate it to some of the accounting in the foreign operations we were realizing the effectiveness of a favorable foreign currency translation impact on our tax attributes. So we could see this as something that's kind of a catch-up for the year, as we've made money and were able to use more of our deferred tax benefit and as we've experienced some appreciation in our investments in Canada versus the US. We realized some currency gain, but we wouldn't forecast that going-forward.

< Q - John Bright>: Okay. And Brad, when you were talking about the excess inventory at some of the carriers today and

Exhibit 1
Page 314

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

needing to flush that through, we  could make the safe assumption that's an economic impact; they just haven't  gotten the inventory they wanted to get through or is this a result also of  them moving to two vendors looking-forward?

    < A - Brad Weinert>: I think it's a combination of those, John.  I think  mostly it's excess inventory.  Certain customers - I'm unfortunately not one  of the lucky ones who was able to get volume commitments or volume orders  where they would take bulk shipments, but I know it's for fact that there  were large amounts of certain platforms sitting in some of the carriers.  And  the carriers have gone through a round of trying to become more sensitive to  cost going forward, too.  And there was a concerted effort at the end of Q4  and going into Q1 to reduce inventories at the retail locations, as well as  in their stores and we're seeing some of that stock being pushed through.   And it's not only USB devices; there is a plethora of inventory of older,   what I would call legacy devices now, PC cards and ExpressCards, which are  getting moved in some cases ahead of other products through incentives to the  sales people and lower costs.  But we do think this is very short-lived and  the carriers were already fairly lean on inventory and it's really more a  case of getting rid of, what you would call, obsolete inventory than  anything.

    < Q - John Bright>: Okay.  And then my last question: regarding a consolidation  to two suppliers and the carriers doing this on an enterprise basis and a  consumer basis, this is taking place domestically, correct?  One; and your  focus is going to be more on the enterprise side, is that correct, or are you  looking to be a vendor, they're looking to consolidate vendors to two vendors  for both platforms or two-per?

    < A - Brad Weinert>: Yes, two-per, so what you'll typically see is that the  enterprise is a little bit more tricky because enterprises do standardize on  a particular platform.  So you'll have "Insurance Company A" will standardize  on Novatel cards and "Insurance Company B" will standardize on "Competitor  Y's" cards.  So to some degree, you'll always have some legacy there.  But  going forward, what we've been participating in is negotiations to get 55% of  the business versus 45% of the business type things, or 60-40, for a specific  line of products.  We are going after both, okay?  And we have clear  indication, actually, that we have both in at least one of the two markets.   What's allowed us to go after the lower tier - and again, I hate to use the  word lower in this because it's really just, it's higher volume, less  featured-product - we still think that we have a good opportunity, given the  commitments that the carriers now look like they're willing to make, at being  able to have the same type of margin structures, within reason, that we have  today.  The same is true, by the way, John, in Europe; however, the market is  different.  I'm not going after the low-end there; we're specifically going  after the high-end business and the enterprise business and the innovation  business in Europe.  The low-end is not an area that fits into my business   model; the low-end or the retail end in North America does.  We've been  selling the MCD3000, which is our legacy USB product, through the Verizon  channel now at the low-end for a couple of months with what we feel are  fantastic volumes right now.

    < Q - John Bright>: One last one: I couldn't go without giving one to Peter.  Peter, last call, 500 million was mentioned as the top line bogey for 2008.   I think you said if we didn't do 500 million, we'd quite disappointed.   You mentioned 500 million today and that's before the several potential new   opportunities for 2008 that you think could augment those sales.  What would  you say your degree of confidence is and visibility at this juncture given  the plank build as it now stands?

    < A - Peter Leparulo>: Let me answer it like this, John, because it's a little  tricky to give a degree of confidence.  But the broader context is this: in  the second half of the year, we will have multiple revenue drivers on two  fronts, really on our core products with the first initiative.  We'll have  many different form factors being commercialized in the second half of the  year as one of the revenue drivers.  As other revenue drivers are these other  opportunities.  They're coming in closer on the sales cycle.  Some of the  sales cycles are very in close, but you hesitate to go through these things  until everything is ticked and tied at the very end.  I guess what I would  say is they will come more into visibility in the next couple three months,  to refine that a little bit further, the annual number for the year...

    < Q - John Bright>: Does the overall business model goal remain 30, 2010?

    < A - Peter Leparulo>: Absolutely.  I mean, we try to focus on operating  margin, but our target business model is 30, 2010.  And there's also, within  that, John, there's a variety of levels of confidence; some I would put at  the high confidence level that as we suggested before, we believe that we  will see revenue from these new initiatives at the end of the year and others  are earlier in the sales cycle.

    < Q - John Bright>: Thank you.

Exhibit 1
Page 315

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Operator:

Thank you, sir.  Our next question is from the line of Samuel Wilson with JMP   Securities.  Please go ahead.

< Q - Samuel Wilson>: Good afternoon. [inaudible] Several questions for you  today.  First, can you just give us an update on the embedded market and  overall, what your thoughts are on the market?  And if you're starting to see  any sort of activity around Gobi at all in terms of lowering your ?

< A - Brad Weinert>: Sure, Sam, let's start with that.  This is Brad.  The  embedded market for its quarter-over-quarter  was flat.  We continue to see  demand.  We're kind of in between platform releases now.  Our major platform  cycles with Dell, which is by far, let's be honest, our major customer in the  OEM space; they dwarf everybody else.  And we finished that; I think we have  27 new platforms shipping now with Dell and if you do the permutations of  that, some of them are shipping at five or six different carrier configurations.  So it was a banner year in terms of that is concerned and  now we're reaping the rewards.  We believe that OEM is going to be around 20%  of our business and certainly, you'll see fluctuations of that as new  products are launched and new programs come into place. We have had several  discussions with partners about Gobi. We have a couple of opportunities,  which we're addressing right now.  We have not closed any business as of  today specific for that platform, but what we've been seeing is that it's tending to be incremental or incidental.  We haven't had anybody come to us  yet and say they want to standardize on Gobi, but they are looking at it in  specific applications.  Some of my smaller OEMs are looking at it as an  attractive way to penetrate in a global way, if they weren't looking at doing  before because they were focused on North America, for example.  So we  anticipate having Gobi business going forward in the near future.  Our run  rate will be commercial, I think.  Right now, the target is some time in Q2.  We would anticipate being participatory in that launch with at least one  customer at this point.

< Q - Samuel Wilson>: Great.  And then just some sort of housekeeping  questions.  Headcount for the fourth quarter and sort of expectations on  hiring here over the next several quarters?

< A - Kenneth Leddon>: This is Ken speaking, Sam.  Headcount's at 319 at the  end of fourth quarter and hiring will be started in some of the R&D areas and  we'll wrap up later in the year across the organization.

< A - Brad Weinert>: But overall, we will still maintain a very disciplined   hiring practice and a very disciplined business model to keep the leverage  going to the bottom line.

< Q - Samuel Wilson>: Okay.  And then cash flow from operations and CapEx?

< A - Kenneth Leddon>: Okay.  CapEx, you want the quarter?

< Q - Samuel Wilson>: Yes, please, fourth quarter.

< A - Kenneth Leddon>: Okay.  CapEx was 16 million for the quarter.  And what  was the second question?

< Q - Samuel Wilson>: Cash from operations.  Did you say 16, 1-6 million?

< A - Kenneth Leddon>: Sam, let me repeat, the fourth quarter was 2.5 million  for the quarter and 16 for the year on CapEx.

< Q - Samuel Wilson>: And cash from operations?

< A - Kenneth Leddon>: Cash from operations was $50 million as far as actual  increase in cash, and then EBITDA was 75 and free cash was 57 for the year.

Want for the quarter?  Cash flow was 84, EBITDA was 20 million and free cash  was 18.

< Q - Samuel Wilson>: Perfect.  Thank you very much, gentlemen.

< A - Kenneth Leddon>: Thank you.

Operator:

Thank you, sir.  Our next question comes from the line of Kevin Dede with   Morgan Joseph.  Please go ahead.

< Q - Kevin Dede>: Good afternoon, guys.

< A - Brad Weinert>: Good afternoon.

< Q - Kevin Dede>: Would you mind giving us a view to the major North American  customers?  Sprint and Verizon obviously you've got great relationships with,  but on the At&T side, where do you think your position vis-a-vis the  enterprise market versus the consumer market and how would you characterize  the competitive environment?  Granted, you've said that you think the  carriers are paring down their suppliers, but how did it look in the fourth  quarter and how do you think that changes?

< A - Brad Weinert>: Sure, Kevin, thanks.  First, AT&T has not been a main  customer for us for a couple of years now.  We

Exhibit 1
Page 316

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

made a concerted business   decision probably about a year ago that their current requirements didn't fit  within our business model and we really stuck to that.  Just to be completely  honest, we haven't been able to see a margin that was attractive enough to do business.  We believe that that's going to change in the future.  We actually  have a fairly concerted effort going on to deliver some innovative products   into that particular market in 2008.  Stay tuned because that's not any sort   of model or forecast at this point because they're currently not a customer   of ours.  The only business I do with AT&T today is through my embedded   customers, so it's through Dell and Panasonic, Toshiba and the like, so it's   relatively light.  My understanding is that it's almost a one-vendor show there right now and certainly that particular competitor has done very well.   But again, there's opportunities and there's opportunity costs and into this   point, we haven't seen the cost - we've seen the cost outweighing the  benefit, let's put it that way.  We keep on looking at that, but did not fit   into my business model last year.

< Q - Kevin Dede>: Okay.  And how about the consumer versus the enterprise   market, your competitive position at Sprint and Verizon?

< A - Brad Weinert>: So at Verizon, I think it's fairly clear.  We currently   have the retail product was our MCD 3000 and our enterprise product, the  MC727, both doing very well.  At Sprint, we currently are shipping the 727   equivalent, so we're addressing the enterprise.  However, we think there's an   opportunity there to gain some business with a consumer play as well.  We are  looking at that and we certainly think that there's an opportunity.  So right  now, I have enterprise at both customers and I have the retail at Verizon.   And certainly as the dust settles and the consolidation starts to become more  clear, I think that we'll end up in good shape both places.

< Q - Kevin Dede>: Okay.  Can you give us a view on how you've seen pricing   trends through the fourth quarter in Europe and North America and what your   expectations are going forward?

< A - Brad Weinert>: Yes, pricing remains a constant, something we're   constantly vigilant on.  The good news is that we've been able to keep our   operational goals in line with cost reductions, ASP reductions.  We haven't   seen any abnormal pressures; what we are seeing is a trend to have a  bifurcated product line, though, with a lower-cost product and a  higher-feature product, that that's really where we're gearing our road map.   But in both cases, we're seeing the same sort of ASP pressures that we've   seen in the past.  Historically, we've been running the 10 to 12% ASP   reduction year-over-year.  And it's something we continue to watch, but  to-date, we've been able to keep up with that with cost reductions.

< Q - Kevin Dede>: So can you give us a little more background on the strategy  of the 930D and why you decided to hone in on just the one HSB frequency   band?

< A - Brad Weinert>: Yes, absolutely, Kevin.  That's a very opportunistic   play; we had several partners in Europe that said we're not really interested  in the US bands, we have a lot of customers that stay within country.  We're  addressing this as a broadband internet access play, so we're seeing this   being very attractive and it's a lower cost.  I mean, this does significantly  reduce the  bottom cost of the product by reducing the MR radios, so we're  able to offer it at a lower price to the customer.  We're seeing a lot of traction right now in developing countries and in Eastern European countries,  where cost is more of an issue and roaming is not an issue.  We also have  seen a couple of opportunities where our partners that compete with larger  carriers are using it from a cost-savings benefit to compete in  cost-sensitive solutions.  So we look at it as complementary and we have been  selling most of them more into the Eastern areas of Europe at this point.

< Q - Kevin Dede>: All right, last question for me: just some insight on where  product design and industrial look's going to go.  I mean, you seem to think   that the second half will be driven by this, by core products and the  transformation there and obviously you're baking in some pretty good revenue  growth in the second half, so give us an insight on why we should be   comfortable believing you on this.

< A - Brad Weinert>: Well, sure, and I'll let Peter finish this.  But I just   wanted to - there's something I forgot to point out on an earlier question   that was asked is that one of the other things that's come up with our   discussions with the carriers is that as they've been able to start to   guarantee more volume, they've also asked for more closer  partnerships and customization.  And what you'll see from us going forward in  2008 are going to be carrier-specific launches with some pretty innovative  products that might have been co-developed or jointly developed with Novatel  and one of our carrier partners.  That is something that I think is very  near-term coming to fruition.  That's a side benefit from this kind of new  world that we're starting to play in.  And I'll let

Exhibit 1
Page 317

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Peter kind of go forward  on this, on the form factors and discussion in terms of what it looks like in  the second half.

&lt; A - Peter Leparulo&gt;: Sure.  You know what it's based on?  It's based on what  we see evolving is products with an ecosystem around them.  So a device which is tied to content which is tied to service and which is tied to  applications.  Like I said, these include things like MP3, navigation, video,  books, thin clients, so the form factors will all revolve around those as  they move to a wireless mobility arena.  So some of the form factors will be  things that you've seen out there in other arenas and then migrating that over into wireless mobile devices.  That's what we see happening and there's  several places in that ecosystem that we believe that we can participate with  our technology partners on it.

&lt; Q - Kevin Dede&gt;: Well, forgive me for being a little thick on this, Peter,  but it's still kind of hard for me to visualize exactly what you're talking  about.  Now I mean, I understand sort of your new initiatives and your MP3  products and video and books and even digital signage, I think you've  referred to in the past, but I don't understand how that is leveraged off or  how that's related to your second half expectations and the growth of your  core products.  These products, I understand, are upside for you, but what  I'm looking for is some solid footing on where you see your core products  going, aside from the carrier-specific relationships that Brad mentioned.

&lt; A - Peter Leparulo&gt;: Got it.  So you'll see form factors become obviously  smaller, sleeker on some of our core products.  You'll see some of that  functionality that I talked about brought into our core products as well.  And you'll see digital applications actually put on those core products apart  from simply being able to get access to the internet and access to e-mail and  corporate networks.  That might be a little bit vague, but frankly, we're  going to announce them as they come forward rather than right now.

&lt; Q - Kevin Dede&gt;: No,  I understand.  A hot button for web access and a  corporate VPN, that makes sense.  I appreciate you indulging me, Peter, and  thank you.

&lt; A - Peter Leparulo&gt;: Sure.

Operator:

Thank you, sir.  Our next question comes from the line of Anthony Stoss with  Craig Hallum.  Please go ahead.

&lt; Q - Anthony Stoss&gt;: Hi, guys.  Just a little more clarity on a couple of  things.  Peter, if you wouldn't mind, your biggest competitor didn't mention  a budget flush; can you let us know also if it's either Verizon or Sprint or  both and why do you think your biggest competitor never mentioned it in their  call recently?  Then I'll have a follow-up question.

&lt; A - Peter Leparulo&gt;: Sure.  I mean, I can't speak to that.  It's certainly  in North America and on the major towers north of ours.  So yes, we see this  happening, this consolidation taking place within both North American  operators.

&lt; Q - Anthony Stoss&gt;: Okay.  And then, Ken, if you wouldn't mind, take us  through the stock comp by category again?

&lt; A - Kenneth Leddon&gt;: Sure

&lt; Q - Anthony Stoss&gt;: Dell; not just rounded, I guess, if you could.

&lt; A - Kenneth Leddon&gt;: Okay.  For the quarter?

&lt; Q - Anthony Stoss&gt;: Yes.

&lt; A - Kenneth Leddon&gt;: Research and development, 600,000; I'll give you exact  numbers, 638; sales and market, 471; G&A, a million 574, which should total  to 683.  There's 155 in the gross margin line also and a 815 tax benefit for  a net FAS 123 impact of 2 million 023.

&lt; Q - Anthony Stoss&gt;: Okay.  Peter or Brad, if you wouldn't mind commenting  about inventory levels in Europe.  We talked about it here in North America;  what's your view on where you stand overseas?  Thank you.

&lt; A - Brad Weinert&gt;: Sure.  We have no inventory overseas.  We're continuing  to ship as fast as we can make product over there.  We have yet to see any  inventory issues in Europe.  They've caught up and moved ahead of North  America in terms of 3G products for sure.  Certainly, the same traction is  applying over there where the retail lower-end product is hitting the highest  volumes.  We're playing at the enterprise level, obviously, the higher-end  and in positions where we can compete against some of the higher-volume  competitors.  But we have no inventory at all; we're selling through stuff as  fast as we can ship it right now.

&lt; Q - Anthony Stoss&gt;: Okay.  Also, I'm not sure if I missed it or not, but the  couple of big deals that you're working on, new verticals and such, are they  above corporate average gross margins, did you say?

Exhibit 1
Page 318

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

&lt; A - Brad Weinert &gt;: Yes. Current projections would place them in the higher  end to above the current goals we've set for the company.  They certainly are  lucrative deals and these are - just to re-emphasize, these are realistic,  real things that we have very close to fruition right now.

&lt; Q - Anthony Stoss &gt;: Some of them are currently signed; is that true?

&lt; A - Brad Weinert &gt;: We can't speak to the logistics; we can't...

&lt; A - Kenneth Leddon &gt;: I'm not jinxing anything at this point.

&lt; Q - Anthony Stoss &gt;: Okay.  I'll jump back in the queue.  Thank you.

&lt; A &gt;: Thanks.

Operator:

Thank you, sir.  And our final question comes from the line of Brian Blair  with Wedge Partners.  Please go ahead.

&lt; Q - Brian Blair &gt;: A little bit about some of the emerging market  opportunities you might be seeing, other than some of the areas you've  already mentioned.  As PC and as laptop prices are dropping in places like  Latin America and other parts of the world, I'm wondering if you're seeing  carrier interest in any new markets that might provide opportunity for you  maybe later in this year into '09.

&lt; A - Brad Weinert &gt;: Brian, this is Brad.  Absolutely, it's a good question  and we do continuously see opportunity and a lot of it comes down to business  model again.  We've seen very large opportunities in some of the classic  developing nations, like India and China; however, they have not been  profitable to any degree.  Where we've really focused our effort has been  more on the Eastern Bloc, LatAm, the Austral-Asian region.  But we've seen  some fairly good indications even in the, I guess it's Austral-Asian, but the Indonesian area, the non-China Asian markets seem to have some potential.   But really to be honest, right now, the two ones with the biggest potential  that are the shortest hanging fruit, if you will, is the Eastern Bloc; Russia  certainly is something that has a lot of potential.  And then we're seeing  the Middle Eastern market start to pay some dividends as well.

&lt; Q - Brian Blair &gt;: And do you think it's likely that we could see some maybe  meaningful carrier, if not carrier announcements, maybe you mentioned any  meaningful shipments to those types of customers later this year or do you   think it's just something that you're starting to see now that you recognize  longer-term can be an opportunity?

&lt; A - Brad Weinert &gt;: Yes, I think that we're probably a ways away from them  getting to 10% customers.  And really most of them are being handled through  distribution partners right now, where we're going in and doing business  development and then we're handing it off to a local distribution partner.   However, we are now starting to see the units ramp into the thousands to tens  of thousands of units in some of these markets.  So while it's not near a 10%  customer yet, it's certainly becoming significant and if you probably add it  all together, it's a nice piece of business.  And typically, the gross  margins are good in those particular markets right now as well.

&lt; Q - Brian Blair &gt;: And lastly, are you seeing data prices in those markets?   Are the data prices starting low enough so that consumers can maybe consider  the wireless modems or is it really more of an enterprise-focused effort...

&lt; A - Brad Weinert &gt;: No, in fact, some of our strong customers, even in like  the Vodafone operating is like Vodacom in South Africa and in other nations   where there's not a lot of infrastructure, are selling these products not  only as a mobile solution, but selling it as the only broadband solution  available.

&lt; Q - Brian Blair &gt;: Exactly, that's why I asked.  That seems to be a trend  that you guys can benefit from, but I know it's in its infancy but...

&lt; A - Brad Weinert &gt;: And you really run into the ones that tend to have the  biggest opportunities are ones that are the most price-sensitive, so you kind  of have this catch-22.  So we've been doing fine in the ones that are more  than are developing nations that have some infrastructure, some economy in  place that can afford a little bit more of a monthly service contract than  some of the third world countries.  So there are opportunities out there, but  you got to be careful that you remain profitable.

&lt; Q - Brian Blair &gt;: Right, right.  Okay, great.  Thank you very much.

&lt; A - Brad Weinert &gt;: Thank you, Brian.

Operator:

Thank you, sir.  And Mr. Weinert, you may continue with any closing remarks.

Exhibit 1
Page 319

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Brad Weinert, President: |
| | | | | | Well, thank you.  Again, thanks for being on the call today.  We very much  appreciate all of your support and interest and we look forward to updating  you very shortly. |
| | | | | | Operator: |
| | | | | | Ladies and gentlemen, this concludes the Novatel Wireless Fourth Quarter  Conference Call.  If you would like to listen to a replay of today's  conference, please dial 303-590-3000 or 1-800-405-2236, entering passcode  11175 - I'm sorry, that's 11107528.  Once again, if you'd like to listen to a  replay of today's conference, please dial 303-590-3000 or 1-800-405-2236,  entering passcode 11107528.  ATT would like to thank you for your  participation.  You may now disconnect.  Have a pleasant day. |
| 2/21/2008 | 11,138,840 | $10.69 | -22.87% | (8.23) | *Date: Feb 21 2008  17:25:07 Wire: BLOOMBERG News (BN) - Yi Tian* |
| | | | | | **Novatel Falls After Profit Forecast Trails Estimate (Update2)  (Updates stock price in second paragraph.)** |
| | | | | | Feb. 21 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data-access cards for personal computers, fell the most in more than five years in Nasdaq trading after its first-quarter profit forecast trailed analysts' average estimate. |
| | | | | | Novatel dropped $3.17, or 23 percent, to $10.69 at 4 p.m. New York time in Nasdaq Stock Market composite trading for the biggest decline since October 2002. The stock has lost more than one third of its value this year. |
| | | | | | First-quarter profit excluding some items will be 27 cents a share on revenue of $110 million, the San Diego-based company said yesterday in a statement sent after U.S. markets closed. Seven analysts estimated 33 cents a share, on average, on the same basis in a Bloomberg survey. Analysts predicted revenue of $119.5 million. |
| | | | | | Major customers Verizon Communications Inc. and Sprint Nextel Corp. are consolidating vendors and ``flushing'' existing inventories from those they have dropped, resulting in lower demand for Novatel's products, Arinder Mahal, a Toronto-based analyst at Dundee Securities Corp., wrote in a report today. |
| | | | | | Component shortages for some of Novatel's products for Western Europe will also hurt profit in the first quarter, Matthew Hoffman, an analyst at Cowen & Co. in Boston, wrote in a report today. |
| | | | | | Mahal rates Novatel ``market neutral,'' and Hoffman has an ``outperform'' rating on the company. |
| | | | | | *February 21, 2008 ThinkEquity Partners - Mike Burton* |
| | | | | | **Novatel Wireless NVTL: Very Good Quarter; Guidance Disappoints; Lowering Estimates And PT** |
| | | | | | THINK ACTION: |
| | | | | | Novatel Wireless reported a very good quarter, but guidance for Q1 was below the Street estimates. The biggest concern we heard was the margin guidance and the loss of share to NVTL's largest customer Sierra Wireless. We believe that management's guidance for Q1 and for the year are achievable and believe then that the shares are trading at very reasonable levels. We are maintaining our Buy rating, but lowering our price target from $28 to $20 to reflect our lowered estimates and the current market environment. |
| | | | | | KEY POINTS: |
| | | | | | Potential "Significant Opportunities" Ahead: NVTL mentioned that it is engaged in discussions that could cause substantial upside to its expectations for the year if they ramp in the 2H08. The company would not say what or who specifically the opportunities were with, but did mention that they were new customers outside of NVTL's existing end-product markets. Our sense from speaking with management was that these opportunities were very real, and we also believe that the engagements are likely past initial discussions. NVTL Maintaining its Stance That it Will Generate >$500M in Sales in 2008: Despite the lower-than-expected outlook, especially in the wake of Sierra Wireless' (NASDAQ: SWIR; $16.70, Not Rated) strong guidance, NVTL repeated that its forecasts give it confidence that (even without the potential significant opportunities) they will see more that $500M in revenues in 2008. The biggest driver for this growth is expected to be Ovation sales in both HSDPA and EV-DO. |
| | | | | | Gross Margin Upside—Gross Margin Downside: The better-than-expected results in Q4 were due in part to the higher GMs than NVTL had forecast. |
| | | | | | Likewise the lower (than we expected) GMs forecast for Q1 are largely due to the lower GMs. We note that both in Q3 and Q4 NVTL under-guided its GM line, leading us to believe that they could be acting conservatively. Ovation/USB Modems: "Ovation" |

Exhibit 1
Page 320

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

sales (USB modems) remained consistently strong and increased as a percent of sales from ~41% to 53.9% of sales.

Ovation EV-DO sales were again very strong, we estimate they were up ~40% Q/Q, benefiting from the new ramps of the compact U727 to Sprint and Verizon, but we believe that top customers Sprint and Verizon are now working down their inventories, causing the lowered Q1 guidance.

The Quarter: NVTL reported revenue of $118.0M and Pro Forma EPS of $0.40 versus its guidance of $120M and $0.34 and our estimates of $121.5M and $0.35, respectively. On a GAAP basis, NVTL reported EPS of $0.34, $0.03 ahead of our and the Street Consensus of $0.31. Pro Forma GMs (excluding stock compensation expense) were 30.0%, up from 29.8% with the higher revenues. Similar to the prior quarter, NVTL's forecast for Q1 was for GMs to be down 29% due to a higher percentage of lower-margin HSDPA products and component shortages, but the HSDPA products did not increase significantly as a percent of revenues (actually went down as a percent of sales from 32% to 31%). NVTL also benefited from lower (than we expected) OPEX, and a non-recurring tax benefit in the quarter, which should be higher in Q1.

Estimates: We have adjusted our estimates and are establishing our 2009 estimates:

* March quarter: Our revenue estimate is decreasing from $117.2M to $110.2M, and our EPS is decreasing from $0.33 (Pro Forma; excluding non-cash stock compensation expense) to $0.27. The downside to revenues is being driven primarily by lower-than-expected sales as some of NVTL's top customers are adjusting inventories, and the impact to EPS is also impacted by the lower GM guidance of ~28% versus our previous estimate for 29.4% GMs.

* CY2008: Our 2008 estimates are also decreasing. Our revenue estimate is changing from $500.5M to $497.9M, and our EPS is lowered from $1.45 (Pro Forma; excluding non-cash stock compensation expense) to $1.30.

* CY2009: We are establishing our 2009 estimates of $551.8M and Pro Forma EPS of $1.40.

Price Target & Valuation: We have lowered our price target to $20 from $28 based on the lowered outlook and recent multiple contraction. Our new $20 price target is based on a 15 multiple of our 2008 EPS estimate of $1.30, and just 14x our 2009 EPS estimate of $1.40. We believe that a lower target multiple is warranted (our previous target was based off a 19 multiple of 2008) given the market environment and lowered outlook. On an EV/Sales basis, our $20 price target represents only a 1.4 multiple of our 2008 revenue estimate of $497.9M (NVTL reiterated that it expects to do >$500M for the year; since 12/31/04, NVTL's peak, average, and trough EV/Sales multiples are 6.2x, 1.9x, and 0.7x (current) respectively.

RISKS TO PRICE TARGET:

* 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows, there could be substantial risk to NVTL's growth opportunities.

* Market Adoption: We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will result in slower-than-expected growth for Novatel.

* Increasing Competition: Increasing competition from other PC card vendors, handset OEMs, and Asian OEMs/ODMs could cause significant pricing and margin for Novatel, and its current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*February 21, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - Optimistic on 2008, but Some Bumps to Work Through**

Action

Yesterday, NVTL reported 4Q07 earnings of $0.40, ahead of $0.34 guidance, consensus, and Avondale estimates, due to a better gross margin. However, sales and 1Q08 guidance came in below expectations, which NVTL attributes to previously noted supply chain issues as well as temporary carrier inventory issues that will impact 1Q08. We are correspondingly lowering our estimates and price target. However, we expect NVTL's performance to improve in the later part of 2008. Trading at 9.6x C08 EPS vs. peers at 14.3x, we believe NVTL's valuation remains attractive at this time. We reiterate our Market Outperform rating.

Key Details and Summary Perspectives

* Results - See the summary below. A complete variance, model, and comparative are attached. Component Shortage & Carrier Inventory Issues - NVTL attributed its top-line softness in 4Q07 to the component shortage that was noted last quarter, which

Exhibit 1
Page 321

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

affected its European modems. Management expects a continued, but smaller impact in 1Q08. However, a larger impact is expected from an inventory surplus at one of NVTL's chief North American customers (we believe Verizon). NVTL expects this to pass by the end of 1Q08, and it appears to be largely a function of the macroeconomic slowdown.

  * Differentiation and Diversification - Particularly looking beyond 2008, we see NVTL in search of differentiation and diversification. Part of this effort includes further R&D work on the part of NVTL, including product improvements and expansion into new product categories. NVTL believes that these efforts represent opportunities in C08 that could generate upside to its $500M guidance. Moreover, with the risk of increased competition from new players a consistent concern, we believe that differentiation and diversification are key to NVTL's long-term success as a company, and we therefore intend to monitor these efforts closely.

Details

Changes to Estimates - Based on this quarter's results and guidance, we are reducing our estimates. We are reducing our 2008 EPS estimate from $1.52 to $1.44 based on a decrease in revenues from $518.3M to $500.3M. We are also introducing a new C09 EPS estimate of $1.65, based on revenues of $575.3M, or 15% top-line growth.

Due to the macroeconomic environment and the uncertainty currently regarding NVTL's performance, we are reducing our price target to $20, based on 14x our C08 EPS estimate. The discount relative to SWIR is primarily a factor of the cash difference between the two, as well as SWIR's more favorable near-term positioning.

A Shifting Marketplace - NVTL observes a shift taking place in the North American marketplace. Carriers are seeking to limit their number of vendors, which NVTL sees primarily squeezing out lower quality vendors. At the same time, NVTL sees carriers offering market share commitments in order to better coordinate with this more limited supply of vendors and to develop customized products. We are cautiously optimistic regarding this transition, as it has the potential to help NVTL improve visibility and secure a larger market share in North America.

Carrier Competition Could Drive Adoption - We see the beginnings of a carrier price war with recent announcements by Verizon and AT&T that they will offer, for the first time, unlimited voice plans. We see this as a pre-emptive move designed to set the bar ahead of likely price aggressive actions by Sprint, which has been struggling with large subscriber losses in recent quarters. To the extent that this price competition trickles down to affect data plans and drive further adoption, we see NVTL as a key beneficiary.

Differences in Performance Relative to SWIR - NVTL's underperformance this quarter and in 1Q08 comes as a surprise relative to strong results posted by competitor SWIR. We suspect that stronger sales of modems at AT&T (an exclusive AT&T customer) might have been an important factor, with weaker sales at Verizon (chiefly a NVTL customer). Evidently, SWIR was also able to more effectively neutralize the impact of the component shortage, even though, at first blush, it appeared to affect a wider variety of SWIR products than NVTL products. However, NVTL's execution for much of 2007 appeared to be ahead of SWIR's—particularly with regards to more quickly recognizing and capitalizing on the demand for USB modems, and we therefore anticipate NVTL's performance to at least match that of SWIR later in 2008.

Geographic Revenue Breakdown - The following chart shows the trend in breakdown between U.S. and International sales. Note that, while sales continued the shift towards Europe this quarter, European sales were limited by the component shortage.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 29% of sales were generated internationally and 71% domestically during 4Q07. NVTL has approximately 319 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

  * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches

Exhibit 1
Page 322

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics: 1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard dvertising, including a Super Bowl ad by Sprint. 2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005. 3) Reduce the monthly costs of unlimited data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

 * Industry Consolidation a Possibility. Belgium-based Option, facing a recent decline and a smaller market cap than SWIR, could be an acquisition target. An acquisition of Option could help improve operating leverage and competitive pricing pressures.

Price Target Justification

Our $20 price target is based on a P/E multiple of 14x our 2008 non-GAAP EPS estimate of $1.44. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 15%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

 * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their plans, we believe this could generate upside for NVTL.

 * Short Squeeze - The recent decline in NVTL's price appears to have been largely driven by short sellers, pushing NVTL's short interest at ~30% of shares outstanding, and ~7 days to cover. In the event that NVTL beats expectations, these shorts could potentially be forced to cover.

 * Possibility of Acquisition/Merger - NVTL could potentially be involved in industry consolidation. Given Option's recent weakness, it could potentially be purchased at an attractive price. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation within this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, deter new entrants, and reduce operating expenses.

Risks

 * Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

 * Technology Shift to WiMAX - WiMAX is a "4G" wireless technology that promises faster speeds than current EV-DO and HSDPA networks. Sprint has indicated plans to spend $2.5 to $3.0B building a WiMAX network by the end of 2008. While we believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2007. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory.

 * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

*February 21, 2008 Craig-Hallum - Anthony J. Stoss, Ted Baker*

Exhibit 1
Page 323

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

**Novatel Wireless, Inc. - Solid Q4 EPS But Inventory Build Makes For Soft Q1 Guidance. Two Major Deals on Horizon, Can NVTL re- Kindle its Superior Growth? Stock is Cheap. Reiterate BUY, Lowering Price Target to $21.**

INVESTMENT HIGHLIGHTS

 * Solid Q4 EPS. NVTL reported solid Q4 results after the close last night. Revenue of $118 million was slightly below guidance and our $120 million estimate. The shortfall was caused by component shortages as well as timing of a larger order at the end of the quarter. Pro forma EPS of $0.40 was dramatically better than previous guidance and our $0.34 estimate. The EPS beat was driven by strong gross margin (30% vs. our estimate of 29%) and operating expenses that came in roughly $800K below our estimates.

 * Soft Q1 Guidance as Vendor Consolidation Has Customers Flushing Inventory. NVTL offered soft Q1 guidance, including revenue of $110 million (vs. our $120 million estimate) and pro forma EPS of $0.27 vs. our $0.35 estimate. Management blamed expected softness on the decisions by major U.S. customers (Verizon and Sprint) to reduce the number of PC card vendors they use going forward and as a result, the customers need to pare inventory in Q1. Competitor Sierra Wireless avoided similar fate when it reported quarterly results last week due to the fact that its primary customer (AT&T) is not in a similar predicament. We believe that exacerbating this is the fact that NVTL is planning to launch a significantly upgraded PC card product in May/June, giving carriers reason to trim inventory prior to then.

 * Two Large Deals Offer Potentially Significant Upside to 2008 Estimates. The company indicated it expects to exceed $500 million in revenue for 2008 (we were at $520 million). The wild card is the company's assertion that it is working on many potentially significant deals that could provide meaningful upside to numbers. We believe two deals are already signed and one is with a large consumer electronics retailer for the wireless download of content (think Amazon's Kindle for movie downloads). We expect the announcements relatively soon.

 * Trimming Estimates, Price Target. We are trimming estimates to account for management's guidance. Our $520 million estimate moves to $505 million and our $1.58 in pro forma EPS moves to $1.40. We believe that as has been the case over the last couple of years, these estimates will ultimately prove to be quite conservative. We note that the stock is very inexpensively priced trading at 8.0x (after market trading) our new lowered 2008 EPS estimate, to say nothing of the $153 million ($4.61/share) in cash on the balance sheet. Even using our new target multiple of 15x, we arrive at our new price target of $21. We reiterate our BUY rating.

Q4 RESULTS, ANALYSIS

NVTL reported Q4 revenue of $118.0 million versus our $120 million estimate and consensus of $120.7 million. The slight revenue miss was caused by component shortages as well as timing of a larger order at the end of the quarter. Despite the shortfall, total revenue for Q4 was up 12.8% sequentially, an increase of $13.4 million over Q3 revenue of $104.6 million. NVTL's Q4 revenue also represented a 53% increase YOY from Q4 2006 revenue of $77 million. Pro forma EPS of $0.40 handily beat our estimate of $0.34 and the Street's projection of $0.31. The EPS beat was driven by strong gross margin and lower than expected operating expenses that came in roughly $800k below our estimates.

NVTL reported gross margin of 30% versus our and the Street's 29% estimate. We note that gross margin was 330 basis points above its mark of 26.7% in Q4 2006. However, management indicated that it expects gross margin to drop to 28% in Q1 due to a heavier mix of lower margin European product sales versus higher margin products for Verizon Wireless and Sprint.

We believe that Verizon Wireless is reducing inventory levels in Q108 resulting in a $10m shortfall in revenues versus consensus for Q108. Operating margin of 15% also beat our earlier estimate of 13.3%. In addition, operating margin ticked up 1.4% above Q3's level of 13.6% and saw a major improvement over operating margin of 6.7% in Q4 2006. The company produced $20.7 million in EBITDA and $18.1 million in free cash flow during Q4. NVTL ended the quarter with $153 million in cash or $4.61 in cash per share.

NVTL's revenue growth in the quarter was partly based on new carrier wins in Europe. Most of these wins were based on the GSM-based "keychain" USB modem. We think NVTL will continue to see success in Europe going forward given the region's relatively low broadband penetration. Moreover, almost 2/3 of the world's wireless carriers use GSM networks, which presents a large addressable market for NVTL's GSM-based USB modem and other products.

In addition to new wins with European carriers and expansion into new countries with existing customers, NVTL appears to be benefiting from another trend developing in the industry. In an attempt to generate greater revenue from their data services, carriers have started to offer better deals to end consumers. For instance, Verizon Wireless recently began offering a rebate on one of the

Exhibit 1
Page 324

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

NVTL USB modems it sells on its website and through its retail outlets. With the rebate (and a 2 year service plan), a Verizon Wireless customer can now take home the USB modem without any upfront cost. In addition, Verizon Wireless also recently decided to offer tiered pricing on data plans to encourage more casual users to sign up for data packages (and purchases of wireless data cards and USB modems). This week, Verizon Wireless announced that it would offer casual wireless internet users up to 50 MB of data for a monthly rate of $39.99. This compares to its heavy user plan that allows 5 GB of data transfer for $59.99 per month. Furthermore, the likes of Telefonica and T-Mobile are now offering lower prices on data plans in Europe in attempt to lure in more customers. We think these trends will continue as other carriers follow suit in order to remain competitive and the movement should drive demand for NVTL's (and its competitors') data access products.

As evidence of the impact of decreasing pricing for data plans and access devices, NVTL saw continued strength in shipments of its Ovation product line (the smaller form factor "keychain" USB cards). Overall, sales of these products generated roughly $63.6 million in revenue, (above $42.9 million in Q3) making up 53.9% of NVTL's total for the quarter.

Looking ahead, NVTL provided disappointing revenue guidance of $110 million for Q1, well below our previous estimate of $120 million and consensus of $119.4 million. This would equate to a sequential top-line decline of 6.8% and negligible YOY growth. NVTL also provided weak pro forma EPS guidance of $0.27, well below our $0.35 projection. Management blamed the expected weakness in the decisions by major U.S. customers (primarily Verizon Wireless and to a lesser degree Sprint) to reduce the number of PC card vendors they use going forward. As a result, the customers plan to reduce overall inventory in Q1. NVTL's primary competitor, Sierra Wireless, was able to avoid delivering similarly weak guidance when it reported quarterly results last week. This was possible as Sierra Wireless's primary customer, AT&T, is not in the same inventory position as Verizon or Sprint. Moreover, we believe that NVTL has contributed to the inventory situation through its plan to launch a significantly upgraded PC card product in May/June, which gives carriers further reason to trim inventory ahead of a new product launch.

Despite the weak Q1 revenue guidance, the company sounded more upbeat about its position for the full year. NVTL did not offer formal guidance for 2008 but did say it expects to exceed $500 million in revenue for the year.

NVTL also stated on the call that it is working on several potentially significant deals that could provide meaningful upside to numbers in 2H08. We believe two deals are already signed and one is with a large consumer electronics retailer for the wireless download of movie content. We believe a new concept of wireless movie downloads is preparing to launch using NVTL as the 3G wireless conduit. We believe the concept is very similar to Amazon's Kindle product which is a wireless download service for books. In addition, the company indicated that such a product line would carry higher than corporate average gross margins (30% corporate average), thereby offering improvement to both the top and bottom lines. We believe an announcement can be made in the next 30-45 days.

On the competitive front, there still seems to be some confusion in the market regarding the potential competitive threat posed by Qualcomm's Gobi chipset. We continue to believe that QCOM does not intend to place Gobi directly into notebook OEMs. Instead, we think QCOM will distribute the chipset through its current partners, including NVTL. We again point out that Gobi is a multi-mode modem chipset. The chipset works with both CDMA (EV-DO Rev. A) and GSM (HSPA) technology, which allows international travelers access to the internet from notebooks on different networks. We reiterate our view that the number of end customers who travel and will demand the level of international internet connectivity provided by the Gobi chipset is relatively minimal. Moreover, the wireless carriers subsidize the chipset and are not likely willing to subsidize a customer's ability to cancel and jump to a different carrier with a different network.

Another recent issue surrounding QCOM (NVTL's primary chipset supplier) involved the chipmaker's patent issues with Broadcom. At the end of the year, a District Court in California found that QCOM was infringing on 3 BRCM patents. The court issued an injunction immediately stopping the sale of QCOM's infringing WCDMA products and new EV-DO products that were found to infringe. QCOM was allowed to continue selling (until January 31, 2009) EV-DO products already in existence but the court subjected these products to royalties due to BRCM. NVTL has since commented that the court's ruling will have no significant impact on its business. NVTL indicated that it plans to migrate to the next generation of QCOM chipsets well in advance of the court's January 31, 2009 deadline, thereby avoiding any issues related to the injunction.

During the quarter, NVTL shipped to 13 operators and 9 OEMs across 33 countries. Overall, EV-DO sales were 69% of revenue in

Exhibit 1
Page 325

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

total while HSDPA sales accounted for 31% of revenue. Domestic sales accounted for 71% in Q4 (down from 74% in Q3), with the remaining 29% coming from international shipments. By product line, the Ovation USB products accounted for 53.9% of revenue. PC/Express Cards made up another 27.5% of revenue while embedded products contributed 18.6% to total revenue.

It should also be noted that last month NVTL announced Kenneth Leddon as senior vice president and chief financial officer. Leddon had served as interim CFO of NVTL since November, 2007. Prior to joining NVTL, Leddon served in executive financial and operational capacities as President, CFO, COO, CAO and VP of Finance for public and private companies in a variety of manufacturing, distribution, technology and highly entrepreneurial industries.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality industry leader at a significant discount to the S&P 500 multiple. NVTL has $4.61 per share in cash.

We are reiterating our BUY rating but trimming our price target to $21 from $30, which is based on 15x our new pro forma 2008 EPS estimate of $1.40/share, a multiple we believe is conservative especially considering the company's revenue growth.

RISKS

We believe an investment in NVTL involves the following risks. Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

 * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure, which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long-term success. Component shortages could affect results.

*February 21, 2008 Dundee Securities Corp. - Arinder Mahal, CFA, Puneet Malhotra*
**Novatel Wireless - Q4FY07 Mixed - Disappointing Q1 Guidance Leads to Target Cut**
EVENT (all numbers in US$)
Novatel reported mixed Q4/FY07 results missing its top line guidance, but delivering a better than expected bottom line.
Key Highlights
Shipping Delays Impact Top-Line; EPS Boosted by Higher Margins: Novatel reported Q4FY07 revenues of $118MM (up 53% YoY and 13% seq) missing its guidance of $120MM and our expectations of $121.8MM and consensus of $121MM. The $2MM guidance miss was attributed mostly to shipping delays pushing the revenue into the next quarter. Moreover, the company also citing on going industry wide component supply constraints also limiting top line growth. Despite the top line miss, EPS came in at $0.34 ($0.08 in Q4/FY06) compared to guidance of $0.31 and our and Street estimates of $0.32. Higher GMs as a result of favourable product-mix, lower OPEX and lower taxes contributed to the EPS upside.
USB Modems Remain the Key Growth Driver: Novatel continues to benefit from its first mover advantage in the USB modem category as sales were up over 400% YoY and 47% sequentially to $63.6MM or 54% of the total. The USB category was the only one to experience sequential growth as both the PC card segment (down 11% seq) and embedded modules (down 13% seq) declined from Q3/FY07. This was the third consecutive quarter of declining revenues in the PC Card form factor continues to lose ground to USB. The sequential decline in EM business is mainly seasonal after a strong Q3, on YoY basis EM was up over 100%. Dell continues to be the primary driver for the EM business as we believe it accounted for over 60% of the $22MM in the quarter.
Weak Q1 Guidance on Supply Constraints & "Inventory Flush": Novatel provided Q1/FY08 guidance for revenues of $110MM and

Exhibit 1
Page 326

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

GAAP EPS of $0.22, well below our consensus of $119.7MM/$0.29. Management indicated that some its key customers (Sprint and Verizon) are in the process of consolidating the number of data-device vendors down to two as they seek supply-chain efficiencies. As a result, the company indicated that these carriers are flushing existing channel inventory from the "discontinued" vendors - resulting in lower demand for its products in Q1/FY08. However, it expects volumes to increase in the following quarters as it gains market share at these customers. Although no formal guidance was provided for they year, the company indicated it expects revenues north of $500MM -with growth accelerating in H2, led by new products and several potential large opportunities for the EM business outside the traditional notebook OEM segment.

Lowering Forecasts: As a result of weak Q1 guidance, we are lowering our forecasts for FY08 to $504MM/$1.14 from $507MM/$1.28.

Rating: As a result of our lowered forecasts, we are reducing our target price to US$17.00 from US$27.00. Our target is based on 15x our FY08E EPS. Although the current lift to target warrants a market outperform rating, we are concerned by the weak guidance and until we get additional visibility into the subsequent quarters we have chosen to stick with our MARKET NEUTRAL rating.

FINANCIAL YEAR SUMMARY

Novatel Wireless reported FY07 results, with top line coming in below our and Street estimates. The company delivered revenue $429.9MM compared to our estimates of $433.7MM and Street estimates of $432.6MM. Total revenues increased 97% driven by strong growth in its USB product line (up an incredible 901% for the year) and the OEM business (more than doubling over last year). However, a key point of concern would be Novatel's PC card business which remained flat over 2006 levels. Gross margins of 30.6% for the year, up 500bps, were driven by operational efficiencies. Novatel also exhibited strong leverage in its business with operating earnings increasing 20x over FY06 ($3.4MM vs. $63.2MM) despite a 30% increase in operating expenses. Looking at the bottom line, strong GMs and operating leverage helped the company to deliver EPS inline with Dundee and Street expectations of $1.19 per share despite the top line shortfall.

QUARTER-IN-REVIEW

 * In Q4/07, Novatel delivered revenues of $118MM below our estimate of $121.8MM and consensus of $120.7MM. The shortfall was attributed to component shortages and timing of sales in the quarter. Total revenues increased 53.2% on a YoY basis primarily driven by strong growth in its USB product line (up 416.2% YoY and generating 53.9% of total revenues) and the OEM business (more than doubled over last year).

 * Majority of the YoY upside was driven by strong growth in Novatel's USB business with PC Card revenues contracting by close to 40% ($53.9MM in Q4/06 vs. $32.5MM in Q4/07). USB sales increased from $12MM in Q4/06 to $63.6MM in the current quarter as the company's new USB modem (MC727 and MC950) was well accepted at key carriers including Vodafone, T-Mobile and Telefonica in Europe and Sprint and Verizon in the North America. However, Novatel did exhibit supply constraint issues related to its MC950 USB modems but expects these to be resolved towards the end of Q1/08.

Novatel had three customers contributing more than 10% of revenues for the quarter - Dell, Sprint and Verizon. In addition to these three, Novatel's other large customers included T-Mobile, Telefonica, Vodafone, Sony and Orange. In total, the company ships to 13 operators and 9 OEMs.

 * Geographically, top-line growth was driven by the international market which reached $34MM in sales in the quarter - the highest level for the company. International sales were driven by the successful launch of its USB modems at European carriers

 * Novatel achieved gross margins in the quarter of 30%, flat from the previous quarter but up 320bps from the same period last year.

 * Operating expenses increased to $17.7MM from $16.9MM in Q3/07 and $15.5MM in Q4/06 due to an increase in S&M and G&A expenses. However as a percent of sales, opex dropped to 15%. As a result, the company was able to improve operating margins to 15%, up from 7% in Q4/06 and 13.6% last quarter.

 * On the bottom line, a consistent GM performance and lower opex helped the company beat our and Street expectations as well its guidance. EPS came in at $0.34 per share above Dundee estimates of $0.32, the consensus and guidance of $0.31.

*February 21, 2008 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body*
**Novatel Wireless, Inc. (NVTL-Q US$13.86) - Q4 In Line - Guidance Low**

Exhibit 1
Page 327

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Event
* Novatel reported Q4 results last night.
What It Means
    * Quarter comes in more or less in line: Although revenues of US$118M came in below our expectations of US$121M, EPS of US$0.34 came in slightly ahead of our expectations of US$0.32. Our expectations were largely in line with IBES.
    * Guidance below expectations: Revenue guidance of US$110M was in line with our estimate but below the street's expectation of US$119M. EPS guidance of US$0.22 was below both our and street expectations of US$0.29.
    * Full year revenue guidance maintained - new product initiatives coming in 2008: The company continues to expect revenues of at least US$500M for 2008. Some new product initiatives in terms of form factors and content-specific appliances are expected to add upside to that number.
Q1 2008 Guidance Disappoints - New Platforms Coming
    * Strong Q4 Results: Exhibit 1 outlines the results for the quarter. Revenue was up 54% YOY showing continued strong growth. There were three 10%+ customers including Sprint, Verizon and Dell. Domestic revenue made up 71% of revenue and International 29%, showing a continued trend toward domestic revenue sources. From a technology basis, EVDO was 69% of revenue and HSPA was 31%. We believe Verizon was likely the largest customer. Component shortages held back overall revenue to some degree, similar to what Novatel's competitors saw in the quarter.
The cash position increased drastically to US$153M up US$29M in the quarter -- Novatel maintains no significant debt. The cash position increased as a result of strong operating profit and favourable working capital movements. Although much of the working capital improvement came through extending account payable days.
    * Guidance Below Expectations:
Management guided to Q1 numbers that were below market expectations although consistent with our own. Exhibit 2 shows our revised numbers. We expect component shortages to ease somewhat in Q1 which should help revenue slightly although we do expect the component shortages to have an overall negative
impact for the quarter. Novatel also suggested carrier customers were looking to consolidate their data-card vendors, which we believe should be an overall positive for the company. Gross margin guidance of 28% was below that of Q4, which may be partially a result of lower volumes but perhaps also a pursuit of lower end business which Novatel is suggesting the carriers want the company to address. In general we believe these results are disappointing. Novatel's main competitor is guiding to Q1 revenue of US$137M consistent with its Q4 revenue levels and up 60% (partially but not entirely explained by acquisition) YOY. Meanwhile Novatel is guiding to levels below its Q4 level and a mere 1% increase YOY. Perhaps the component issue is having more of an impact on Novatel in the mid term. But overall we believe it is clear Novatel is losing market share to its main rival.
New Business Initiatives: The company discussed new initiatives it was undertaking including innovative new form factors but also devices with built in applications and services. We believe these will likely include devices specifically designed for certain media applications such as music or video or even GPD. Management suggested these new product offerings would be out by mid-2008 and that they are real offerings with real customers behind them. Time will tell.
    * Recommendation unchanged, target lowered: Consistent with our recent actions on Sierra Wireless we are lowering the overall multiple for the sector. Despite both Novatel and Sierra having delivered strong revenue and earnings growth last year the markets seem loath to pay anything above a 15 multiple for the names. In the short term we believe Novatel is likely to trade at a discount to its main rival because it is displaying inferior growth characteristics.
We have adjusted our target accordingly. Our new target price is based on 13x our 2009 EPS estimate of US$1.49.

*February 21, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - Novatel's 1Q Outlook Hurts; Large Deal Potential/Valuation Mitigate LT Damage**
Conclusion: Component shortages and inventory corrections at leading North American customers will have a larger impact on the 1Q08 outlook than anticipated, leading to last night's guidance shortfall. We do see the business rebounding in the 2Q/3Q08 time frame with the potential for large wins - incremental to standing FY guidance - possibly boosting estimates. In the meantime, however,

Exhibit 1
Page 328

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

we expect the stock to stay under pressure as Novatel's business deviates materially from what competitors are guiding and operators are suggesting for 2008. However we think the valuation remains compelling on a number of levels and reiterate Outperform.

* 4Q07 Misses The Mark, Shortages Clip Top Line. 4Q revenue grew to $118MM versus consensus and guidance of $120MM as component shortages disrupted business at the finish of 4Q07. GAAP EPS reached $0.34, ahead of consensus $0.31. GM rose to 30.0% from 29.8% in 3Q07.

* 1Q Outlook Impacted by EMEA Mix. NVTL guided 1Q08 to $110MM and $0.22 (GAAP) compared to standing consensus of $118MM and $0.29, although the company did maintain its view for the full year of >$500MM in total revenue. We believe 1Q is being hurt by component shortages for the company's HSUPA USB products that go into W. Europe - where demand is strong. Additionally, there is a winnowing of CDMA suppliers taking place in the US in 1Q, which should ultimately leave the company as one of only two or three suppliers at top operators in 2Q/3Q.

* Small Cap Value Stock With Excellent Growth Prospects. Assuming an ~$12 share price, NVTL will trade with a TTM FCF yield of 15%. The stock also looks compelling on an EV/S (0.46x FY08E) and PE (~9X FY08E) basis. We see cash flow remaining strong through 2008, with momentum improving through the yr. Large potential deals, which could include NA operators and new multimedia equipment, would be incremental to ests.

*February 21, 2008 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless Mixed Results and Disappointing Guidance**
KEY POINTS:

* Novatel announced mixed Q407 results and provided disappointing Q108 guidance. Based on unfavorable mix and leading carrier customers clearing competitor inventory and thus limiting Q108 revenue outlook, we are lowering our estimates and price target.

* Novatel Wireless announced Q407 results of $0.40 pro-forma EPS on revenue of $118M versus our estimates of $0.35 and $121M. Component constraints contributed to the lower revenue, but solid margins and lower-than-expected tax rate ($0.03 favorable impact) led to EPS above our estimate.

* Due to a favorable product mix or strong demand for Ovation products, Novatel achieved solid Q407 gross margin of 30.0% versus our estimate of 29.1%.

* Novatel provided Q108 guidance of pro-forma EPS of $0.27 on revenue of $110M versus our $0.32 and $116M estimates. Management cited an unfavorable mix and leading customers clearing competitor inventory as factors impacting Q108 guidance.

* In addition, management indicated various carriers have begun moving towards consolidating suppliers from several down to two. While this is contributing to the near-term reduction of competitor inventories, Novatel believes it will have a stronger long-term position with leading customers. We believe Sierra Wireless would also benefit from this trend.

* The lower Q108 EV-DO Rev A sales in North America creates an anticipated increased mix of shipments to highly competitive, lower-margin EMEA region in Q108, and thus management guided to Q108 pro-forma gross margin of 28%.

* Consistent with our January North American channel checks indicating solid demand for 3G data-oriented devices and mobile broadband products, (see our February 5th note entitled "Channel Checks: Seasonal Jan. Decline"), management indicated Novatel maintained strong share at Verizon due to solid sales of its differentiated, enterprise-focused U727 USB modem and retail consumer oriented MCD3000 USB modem. We believe Novatel also enjoyed solid sales of the enterprise-focused U727 at Sprint.

* While Novatel indicated some new opportunities such as embedded modules for non-windows based devices could lead to revenue well above $500M for 2008, we have not included new business opportunities in our model assumptions.

* Based on lower margin assumptions, we are lowering our 2008 pro-forma EPS estimate from $1.38 to $1.23 and our 2009 estimate from $1.29 to 1.09.

INVESTMENT RECOMMENDATION:
We maintain our Neutral rating. Our $11 price target is based on the shares trading at roughly 10x our 2009 pro-forma EPS estimate, which is below the 12x peer multiple. Due to our assumptions of declining earnings growth, we believe Novatel deserves to trade below the peer group.
RISKS TO ACHIEVEMENT OF TARGET PRICE:

Exhibit 1
Page 329

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Risks to our price target include increased competition for core PC card business, success of the Ovation platform versus increasing competition, and the company's ability to maintain its market share with leading carrier partners.
COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*February 21, 2008 Morgan Joseph - Kevin Dede*
**Novatel Wireless, Inc. - Constraints Mar 4Q07; New Initiatives to Spark 2H08; PT to $18 from $32**
Investment Highlights:
   * Sales of $118.0mm missed our $120.0mm estimate in Novatel's 4Q07 report last night. Earnings of $0.40 per share clobbered our $0.34 non-GAAP estimate primarily on a 100 bpt better-than-expected gross margin of 30.0% and lower-than-expected operating expenses, which fell about $600,000 below our estimate. Sales, however, were hampered by the inability to procure RF chain components in time to meet late-quarter orders. Components have been under tight supply and are expected to remain so through the March quarter; core chip-set availability is not an issue for Novatel.
   * Normalized operating environment expected near-term. Novatel cautioned that the March quarter, from its view, is plagued by key operator customers' inventory issues in all connectivity products, including PC cards and USB modems, which has prompted liquidation activity. For this reason, the company expects to see 1Q08 sales of $110.0mm, below our previous forecast of $115.0mm. While competitors haven't noted this issue, we see the inventory flush as substantiating Novatel's point that carrier customers are narrowing the selection of connectivity product suppliers going forward, which should bode well for Novatel longer-term.
   * Whiz-bang second half expected, but should we believe? New products with ingrained applications are due to bolster Novatel's second half, and management believes Novatel can reach our 16% Y-Y sales growth target on the expansion of conventional business as carrier customers reduce data device suppliers. The gains reflected in our forecasts could prove conservative should new initiatives prove to drive additional sales. We note that as creative as Novatel has been in the introduction of innovative software, the features have shown little noticeable revenue benefit to date; perhaps the new products and deeper carrier relationships change the paradigm.
   * Estimates for FY08 unchanged. Our FY08 estimates of $500.0mm and $1.45 stand as they incorporate only 16% Y-Y sales growth. Our industry checks indicate that data connectivity business remains robust, and we believe Novatel's core business should follow suit.
   * Conspicuous appreciation potential despite reset of price target. While slightly disappointed in Novatel's ability to source components in time to meet expectations, we continue to see incredibly robust data connectivity market trends. Our new $18 price target is based on a 12x P/E multiple, which reflects a valuation in-line with Novatel's closest competitor. Clearly, we continue to believe that the market is overlooking the opportunity in the data connectivity market where Novatel maintains a highly competitive position.
Solid Sales Barely Missed Target; Lower Costs Drove Strong Profitability
Last night after the close, Novatel Wireless Inc. reported 4Q07 sales and non-GAAP EPS of $118.0 million and $0.40, missing our $120.0 million sales estimate yet beating our $0.34 EPS estimate. Revenue increased 53% year over year to $118.0 million from $77.0 million in 4Q06 driven largely by the company's USB products. Sequentially, total sales were up 13% from $104.6 million driven by a 48% increase in Ovation products to $63.6 million from $42.9 million. RF chain component shortages caused the shortfall in 4Q07 sales and component delivery timing caused some sales to be pushed into 1Q08. The positive earnings surprise of $0.06 was attributable to the better-than-expected 30.0% gross margins versus our 29.0% estimate.
In the December quarter, sales of next-generation USB products helped expand gross margins sequentially 20 basis points to 30.0% from 29.8%. Operating margins in 4Q07 increased 140 basis points to 15.0% from 13.6% sequentially. Operating expenses were kept in check as the Sales and Marketing and Research and Development expenses during the December quarter were down sequentially, but the improvement was partially mitigated by high one-time General and Administrative expenses in the quarter.
Estimates Unchanged for FY08
We are maintaining our FY08 estimates of $500.0 million and $1.45 as we believe Novatel's second half should reflect the benefit of fewer competitors. However, our 1Q08 sales estimate is reduced to $110.0 million, reflecting the company's caution with regard to

Exhibit 1
Page 330

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

inventory levels in the channel. We remain confident in our 2008 16% year-over-year sales growth forecast for the following reasons: 1) the data connectivity market has been growing at exceptional rates as noted by Novatel and its competitors; 2) our industry checks leave us confident that overall mobile data card penetration is low; 3) Verizon Wireless (VZ - $35.24 – NYSE) has instituted a new data service plan with a lower price point, which increases the addressable market; 4) Novatel noted that key customers are whittling down their data connectivity product suppliers; and 5) Novatel has new initiatives that could spark sales beyond our expectations in the second half.

Demand for Data Supports Valuation Target

The combination of our grass roots research, Sierra Wireless (SWIR - $16.70 – NASDAQ; Buy) results, and Novatel's results all point to continued strong demand for data connectivity. Wall Street's perception of Novatel's 4Q07 results and March quarter guidance may leave doubt with regard to the underlying industry trends. However, we believe that the component issues that Novatel has spoken to, given that other companies have concurred, are valid. Secondly, our own industry checks lead us to believe that there are more suppliers than necessary, and we could certainly see key operator customers winnowing their inventory levels.

Therefore, while Novatel's results and guidance look unappealing, our bullish outlook is not phased. And while we continue to see strong industry trends, recent stock market conditions lead us to offer a more relevant valuation, and we are therefore reducing our price target to $18.00 from $32.00. Our new target is based on 12x our FY08 EPS estimate of $1.45 which reflects a valuation in-line with Novatel's closest competitor, which is trading at 12x.

Looking at the valuation from another perspective also renders an attractive opportunity, in our view. Novatel posted FY07 operating margins at 14.7% and generated approximately $60 million in operating cash. Sierra, on the other hand, posted an operating margin of 8.8% and generated cash in the $40 million range over the same period, leaving us thinking an in-line valuation is certainly warranted. Novatel also finished the quarter with $153 million in cash and marketable securities or $4.61 per share. Should the stock trade down to the $11.00 level as it did in after-market hours last night, the market is valuing shares at only 4.4x our 2008 EPS estimate on a P/E basis (ex-cash).

*February 21, 2008 Oppenheimer & Co. Inc. - George Iwanyc, Ittai Kidron*
**Novatel Wireless, Inc. - 1Q08 Speed Bump--Long-Term Growth Drivers Still in Place**
Summary: Novatel delivered a solid 4Q07 with sales of $118M below expectations, but pro forma EPS of $0.40 well above expectations. 1Q08 guidance of $110M and $0.27 is disappointing relative to expectations, but we see this as a temporary lull and believe the long-term growth drivers are still in place - accelerating 3G traction, strong interest in USB, and opportunities for share gains in Europe. We view the likely weakness in the shares as an opportunity for investors to gain exposure to a strong 3G data growth story.

We reiterate our Outperform rating, but are cutting our price target to $20 from $33 to reflect our lowered EPS expectations and industry multiples.

 * The disappointing sales guidance reflects a combination of an inventory flush at U.S. EV-DO carriers (primarily at Verizon (VZ, $35.24 Perform), but also Sprint (S, $8.71, Perform)) and what we see as normal seasonality. We believe the lull is temporary and look for a solid bounce back in 2Q08 given continued strong 3G demand and lower data service prices. Management remains comfortable with topping $500M in 2008 sales.

 * Gross margin is coming under pressure as mix shifts to HSPA and Europe (1Q08 guidance is 28.0%). Anticipating continued strong growth in Europe, we're resetting our gross margin expectations lower with a 29% target (vs. management's 30% target). That said, a mid year ramp in North America would likely be driven by EV-DO and result in margins bouncing back quicker than we have modeled and potential upside.

 * We believe Novatel's long-term growth drivers are still in place. 3G traction is accelerating and driving strong overall demand, the USB form factor is opening up new use patterns and patterns and remains a strong contributor for Novatel, and Europe is a good avenue for share gains once supply constraints ease. 2H08 upside is possible.

 * Our $20 price target is based on a 15.4x P/E multiple of our 2008 earnings estimate of $1.30. A 15.4x multiple is a small discount to the group average of 17.1x, which we believe is warranted given the near term uncertainty. We remain bullish on the longer term

Exhibit 1
Page 331

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

outlook and believe there is the possibility of 2H08 sales and EPS upside.

A Solid Quarter, But Outlook Disappoints

Novatel delivered a solid 4Q07 with sales of $118.0 million a bit below expectations, but pro forma earnings of $0.40 well above expectations. The results compare to our $122.9 million and $0.35 estimates and the Street's $120.7 million and $0.31. The bottom line was helped by a stronger than expected gross margin of 30.0% (a richer mix of EV-DO), which is above our 29.0% target, and much lower than expected R&D spending ($8.3 million vs. our target of $10.3) as certification expenses were low during the quarter.

A late quarter order for roughly $2 million from a European carrier was pushed into 1Q08 to cause the slight revenue shortfall and has already been recognized in 1Q08. This $2 million order is included in the 1Q08 sales guidance of $110 million, which reflects a 6% QoQ decline. The sequential sales decline is greater than expected and compares to flattish Street expectations of $119.4 million and our previous $116.8 million. While lower in absolute terms, the percentage decline is roughly in line with what we expected to be normal seasonality and our previous expectations of a 5% decline.

The decline reflects a combination of an inventory flush at EV-DO carriers in the U.S., primarily Verizon, but also some Sprint Nextel (we believe the inventory is mainly Pantech) and normal seasonality. While lower than expected the sales guidance is mainly disappointing not in direction, but in comparison to the strong guidance given by top competitor Sierra Wireless (SWIR, $16.70, Outperform). Sierra's strong outlooks reflects continued strong traction at AT&T (T, $34.36, Outperform), a customer Novatel doesn't serve, and general market strength (which Novatel's comment also support). With Novatel holding its primary supplier position at Verizon and a solid position at Sprint, we look for a 2Q08 sales ramp and return to strong growth.

Supply constraints for RF components are also weighing on the company's ability to meet strong European demand and the ability to show upside in this region. This should be mostly resolved by 2Q08 and could allow for some upside to the $110 million 1Q08 guidance, if constraints ease earlier, but more likely upside in 2Q08 and 2H08.

Novatel's gross margin guidance calls for a QoQ decline to 28.0% from 30.0%, reflecting a changed product mix and a heavier contribution of HSPA and European sales. While management expects longer term improvement and remains comfortable with a 30% target, a heavier mix of embedded and Europe going forward could work against this. Anticipating continued strong growth in Europe, we are resetting our gross margin expectations lower with a 29% target. That said, a mid year ramp in North America would likely be driven by EV-DO and result in margins bouncing back quicker than we have modeled and potential earnings upside.

Bottom line – while we expect investors to be disappointed by the 1Q08 guidance, we believe Novatel's long-term growth drivers are still in place. 3G traction is accelerating, the USB form factor is opening up new use patterns and remains a strong contributor for the company, and Europe is a good avenue for share gains once the supply constraints ease. We view the disappointing guidance as a temporary set back and view the likely weakness in the shares as an opportunity for investors to gain exposure to a strong 3G data growth story. We feel management has the tools and ability to deliver results and as market shares settle by mid-year, we expect Novatel emerge with a stronger market position. We reiterate our Outperform rating, but are cutting our price target to $20 from $33 to reflect our lowered earnings expectations and the more cautious earnings multiples currently reflected in our wireless group.

Derivative Implications Novatel's comments suggest the long-term outlook for wireless broadband is positive, which is an encouraging data point for the industry. However, Sierra Wireless has already reported strong results and provided similar encouraging commentary. This has already set expectations for another good year for the industry. We continue to believe that overall market growth is more than enough to drive strong growth for both companies. The key component suppliers in our space leveraged to this market are Qualcomm, which provides most of the basebands used, and Anadigics (ANAD, $8.72, Outperform), one of the key RF suppliers to the industry.

Quarterly Highlights

Key Positives

 * Share gains possible in North America – Novatel believes some of its key carrier customers are moving to consolidate vendors to two suppliers per platform, which opens up the opportunity for long-term share gains. Near term Novatel believes this is causing an inventory flush at Verizon and Sprint (mainly Pantech parts) and slowing its 1Q08 North America sales, but longer term management believes this opens up a larger opportunity for the company in the low end and consumer. Management also believes it can manage the transition without compromising margins.

Exhibit 1
Page 332

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

* Europe ramping – international sales (mostly Europe) increased 52.7% sequentially to $34.2 million and could have been higher as the company is still component constrained in this region. We expect Novatel to continue to gain share in Europe and focus on the new MC950D USB form factor to drive the gains.

* Component constraints easing – Novatel is confident its supply issues (primarily RF) will be fully resolved heading into 2Q08. This is primarily limiting the company's ability to meed demand in Europe and we would not be surprised by upside in that region.

* 2008 outlook unchanged – despite a slower than expected start to 2008, management remains bullish on the company's full year outlook which is unchanged. Novatel still expects to exceed $500 million in sales in 2008 and believes this could be much higher if new initiatives it is working on come through. We're comfortable with the full year outlook given that our checks continue to show strong end user demand, which could grow as carriers embrace lower data prices.

* USB now over 50% of sales – Ovation/USB sales were $63.6 million, up 47.6% QoQ from $43.1 million. USB is a positive contributor to margins and helped drive the 4Q07 upside reported. Novatel has yet to fully benefit from the USB ramp in Europe, which could drive the contribution higher, although margins for the HSPA products sold in Europe aren't as high.

* Two major initiatives planned for 2008 - Novatel is working on two initiatives which could contribute in 2H08. The first revolves around the company's existing products and enhances the portfolio with new software and features (for IT management, security...). The second is more of a departure from current customers and focuses on new mobile platforms for content delivery. We're not building either initiative into our 2008 expectations.

Key Negatives

* Disappointing 1Q08 guidance – management provided lower than expected 1Q08 guidance, calling for sales of $110 million and pro forma EPS of $0.27 (with a gross margin of 28% and operating margin of 11%-12%). This is below consensus of $119.4 million and $0.29 and our previous estimates of $116.8 million and $0.32.

* Gobi uncertainty – Qualcomm (QCOM, $43.37, Outperform) continues to be bullish on its Gobi global mobile Internet solution and reference design. With the first laptops using Gobi expected to ship sometime in late 2Q08 (including solutions from Novatel) it's too early to say if it will impact Novatel's embedded or PC/USB card business, but Gobi does add competitive uncertainty. We have already seen some changes such as Option announcing its support for Gobi and essentially its first move into EV-DO. Areas to watch include price, mix and margins.

* Competition – the PC/USB card and embedded markets remain very competitive. Huawei and other international competitors could become more aggressive in the U.S. market adding price pressure even if they don't win portfolio slots. Ericsson is also making an aggressive push into embedded with the intention to take meaningful share.

* Heavy Dependence on North America – North America accounted for 71% of 4Q07 sales with Verizon, Sprint Nextel and Dell all 10%+ customers.

Valuation

We are lowering our price target to $20 from $33.

Price Target Calculation

Our $20 price target is based on a 15.4x P/E multiple of our 2008 earnings estimate of $1.30. A 15.4x multiple is a small discount to the group average of 17.1x, which we believe is warranted given the near term uncertainty. We remain bullish on the longer term outlook and believe there is the possibility of 2H08 sales and EPS upside.

Risk Factors

Novatel Wireless' shares are subject to the perception of the health of the wireless industry and particularly the adoption of 3G and other next generation technologies. If 3G take up is slower than anticipated, investor perception could suffer. The company's inability to gain market share in international markets or to maintain its strong position in North America may also affect the stock price. Other factors to consider include possible disruption as new technologies enter the market such as WiMAX and the ability to continue to manage to introduce new products in a timely and cost effective manner.

*21 FEBRUARY 2008 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Q4/07 Results -Good Quarter But Guidance Falls Short**

Exhibit 1
Page 333

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

**INVESTMENT OPINION**

Despite weaker-than-expected Q1 guidance, we believe that market fundamentals remain intact. Our target is lowered from US$31.00 to US$24.00 as we move to 2009 EPS estimates and lower our multiple accordingly. The stock is currently trading at a multiple of 10.3x 2008E EPS with US$4.61/share in net cash (33% of stock price). As such, we remain a BUY.

**ANALYS I S**

Q4 sales a little light: Q4 sales were US$118.0 mm, slightly below guidance, our estimate, and consensus (Figure 1), and up 53% Y/Y and 13% Q/Q. A customer shipment delay worth about US$2 mm was the cause for the shortfall. As well, component shortages restricted Novatel from any upside potential, missing out on an estimated US$2 mm in additional revenues. Had Novatel succeeded on both fronts, it would have met or beaten our estimate. As expected, sales of USB products were the key top-line driver, accounting for 54% of sales. EPS well above expectations: GAAP EPS of US$0.34 and adjusted EPS of US$0.40 (excluding stock option expenses) were well ahead of consensus, guidance, and our expectations. In addition to a slightly higher gross margin, the bottom-line differentiating factors were US$1.2 mm in lower opex (primarily S&M and R&D) and a tax benefit. Novatel ended Q4 with US$153 mm in net cash. Contributing to the ending cash balance was $18.1 mm in FCF. Q1 guidance below expectations: Novatel provided Q1 sales guidance of US$110 mm versus our estimate of US$120.9 mm and consensus at US$119.5 mm. The company is witnessing an inventory rebalance in Q1 at some retail locations of its North American carrier customers (Sprint and Verizon), as those carriers flush out some legacy products. Much like Sierra, Novatel is also witnessing supply constraints on key RF components (tied primarily to HSPA products), which is restricting Q1 guidance. The company has also won a supply deal with a North American carrier, we believe Rogers Wireless, which should contribute to Q1. On the bottom line, Novatel is guiding to GAAP EPS of US$0.22 and pro-forma EPS of US$0.27, below consensus (US$0.33) and our estimate (US$0.32). We have revised our Q1/08 and 2008 estimates to reflect company guidance, as well as introducing our 2009 estimates, as shown in Figure 2.

New product introduction could offer upside: The company is planning to introduce new products in mid-2008, and has a couple of large potential orders that may follow. Although vague on details, the new products are part of the company's diversification strategy. They include sleeker designs for existing products, as well as new form factors that have new applications such as MP3, navigation, thin client and digital signage functionalities. While this could offer great opportunity for Novatel, we await further details before evaluating/incorporating the potential of this initiative into our model.

1H/08 opportunity: On the call, Novatel highlighted that North American carriers are looking to consolidate to two vendors for each form factor for each market segment (enterprise/consumer) during 1H/08. These carriers are increasingly frustrated by the rising costs associated with dealing with low quality/cost vendors and the ensuing high degree of product returns. As a highend vendor, Novatel views this consolidation as an opportunity to gain share with these carriers and receive higher volume orders for consumer-oriented products. At present, Novatel offers a retail and enterprise product to Sprint, and a retail product to Verizon.

New market catalyst: On February 19, Verizon introduced a new tiered monthly data plan. The carrier has cut its retail service price to US$39.99/mo for 5 MB of data from US$59.99 previously, while the high-end rate remains unchanged at US$59.99/mo for 5 GB of data. We see this move as creating a pricing war among carriers, leading to price cuts from service providers, and helping accelerate the modem adoption curve, particularly among the consumer market. This should benefit 2008 market sales.

Making headway into Europe: EV-DO products were up about 11% Q/Q, representing 69% of sales, with continued strong demand forUSB Ovation devices as the key revenue driver. GSM-based HSDPA product sales were up 17% Q/Q, representing 31% of total revenues as the company made headway into the European market with its new USB products with the likes of Vodafone, Telefonica, and T-Mobile, taking share from competitor Option, in our opinion. PC Card sales on the other hand were flat Q/Q at about US$31 mm (27% of revenues). We expect PC Card sales to decline, buoyed somewhat by demand for ExpressCards, as the USB form factor is much more popular in the marketplace. As expected, module sales decreased 11% Q/Q from US$22.5 mm (19% of revenues) in Q4. International revenues accounted for 29% of total sales, increasing 26% Q/Q as the company had greater sales in Europe. In the quarter, greater-than-10% customers comprised Verizon, Sprint, and Dell.

Gross margins improve Q/Q: Pro-forma gross margins came in at 30%, 100bps ahead of our estimate and up 20bps sequentially due to a heavier revenue contribution from less price-sensitive North American carriers. Overall, ASPs remained stable. Gross margins are expected to be about 28% in Q1 due to a higher contribution from the price-competitive European market.

Exhibit 1
Page 334

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Valuation: Despite the weaker-than-expected Q1 guidance, we believe that market fundamentals remain intact. As such, we reiterate our BUY recommendation. Our US$24.00 target price is based on 15x 2009 EPS estimates. We have moved our valuation period forward one year (from 2008 to 2009) and accordingly lower our valuation multiple from 22x to 15x to account for the use of estimates two years out. Our new multiple represents a 10% discount to Sierra, which in our view is executing better on its diversification strategy, has a stronger balance sheet, and a tax rate advantage. |
| | | | | | *21 February 2008 JP Morgan - Paul Coster, Sandeep Madhur, Mark Strouse* **Novatel Wireless Mixed 4Q, Weak Guidance; Adj Ests.** NVTL reported mixed 4Q results and issued guidance that fell short of expectations. We believe peak sell-in is occurring within N. America and sales could slump in early 2008. That said, we concede that NVTL's execution has been solid to date, and we are intrigued by the company's new products. * 4Q EPS beat on light revenues. NVTL reported 4Q GAAP EPS of $0.34 ahead of expectations but on weaker than expected sales of $118.0m (Street: $0.31/$120.7m). The company missed its own guidance ($120m) due to shipment delays and component supply constraints. Results were again driven by Ovation products (up 47% q/q), offset by weakness in PC cards (down 11% q/q) and embedded products (down 12% q/q). Gross margin beat our expectation by 100bps (29.9% vs. 28.9%) due to mix. * 1Q Guidance disappoints. NVTL guided for $0.22 GAAP EPS on sales of $110m, far short of expectations (JPMe: $0.31/$118.3m, Street: $0.29/$119.4m). This was mainly attributed to NA carriers flushing excess inventory, in anticipation of reducing their suppliers to 2 vendors per endmarket (enterprise and consumer). Gross margin is expected to dip to 28% due to a heavier mix of EMEA sales. * Could get interesting in 2H08. NVTL plans to introduce new products in 2Q/3Q that better integrate software and hardware and also enable delivery of various content (i.e., GPS, MP3s, Video). Moreover, mgmt noted that FY08 sales could exceed $500m, not factoring in new products, as they refresh existing products with new features. That said, it is too early to determine the opportunities available for NVTL in the new markets it enters. * Maintain Underweight. At an after-market indication of $11.12, NVTL trades at 9.8 times our revised 08 PF EPS estimate of $1.14, a 46% discount to the mean of our coverage universe. Valuation and Rating Analysis Maintain Underweight. At an after-market indication of $11.12, NVTL trades at 9.8 times our revised 08 PF EPS estimate of $1.14, a 46% discount to the mean of our coverage universe. We believe there are too many companies (i.e., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. Risks to Our Rating Factors that could lead the stock to outperform our coverage mean include: * a faster-than-anticipated ramp in embedded module sales with OEM partners; * broader and deeper end-market adoption than originally anticipated, leading to an upward revision of NVTL's addressable market; * market share gains; * new products that expand addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, Gobi, WiMax hybrid); * competitors exit the market leading to improved pricing power; * increased efficiencies in development, manufacturing, certification; * second sourcing production leads to reduced COGS, ahead of expectations; and * the introduction of significantly differentiated product leads to ASP increases and margin improvement. |
| 2/22/2008 | 2,056,742 | $10.84 | 1.40% | 0.41 | *Date: Feb 22 2008  19:12:02 Wire: Washington Service (WSA)* **Souissi Slim S,Vice Pres., Sells 1,607 On 2/20/08 Of NVTL** |
| 2/25/2008 | 1,778,608 | $11.43 | 5.44% | 1.65 | |

Exhibit 1 Page 335

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 2/26/2008 | 1,443,550 | $11.39 | -0.35% | (0.42) | |
| 2/27/2008 | 1,877,316 | $11.61 | 1.93% | 0.54 | |
| 2/28/2008 | 1,208,963 | $10.93 | -5.86% | (1.97) | *28 February 2008 J P Morgan - Paul Coster, Mark Strouse, Sandeep Madhur* |

**NVTL and SWIR - USB Heats Up, But So Does Competition**
Option Wireless (near-peer to NVTL and SWIR) reported 4Q results today. Revenue was driven by increasing demand for USB cards, though competition in the space appears to have intensified as well. We maintain our cautious outlook on the overall industry regarding competitive dynamics and potential demand headwinds in FY08. Maintain Underweight on both NVTL and SWIR.

  * Demand increasing for USB cards. Option did not provide forward revenue guidance but did indicate that they expect USB cards to represent over 50% of sales in FY08, up from 32% in 4Q07 (22% for FY07). We believe that lower priced USB cards may cannibalize PC cards during FY08, as an appealing option for price conscious consumers in the current macroeconomic environment. Margins may suffer as a result, owing to lower price points.

  * …but competition also appears stiff. We believe that Asian competitors (e.g. Huawei and ZTE) will aggressively pursue the US market given their success internationally. Huawei achieved the top market share in European USB shipments due to its partnership with Vodafone. Option expects to have similar market share with NVTL and SWIR for second position within the European market. We believe that ZTE is also competing aggressively.

  * In our view, there are too many competitors in the card market with largely undifferentiated products, continuing to pressure ASPs and margins. We expect y/y growth to continue to slow within the industry (See Figure 1 below), though we acknowledge SWIR's strong execution (higher, and more consistent y/y growth rate) and are intrigued by its opportunities within the M2M space as a result of the AirLink acquisition.
Valuation and Rating Analysis
Maintain Underweight. NVTL trades at 9.7 times our 08 PF EPS estimate of $1.14, a 45% discount to the mean of our coverage universe. We believe there are too many companies (i.e. SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.
Risks to Our Rating
Factors that could lead the stock to outperform our coverage mean include:
  * a faster than anticipated ramp in embedded module sales with OEM partners,
broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market.
  * market share gains
  * new product that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, Gobi, WiMax hybrid)
  * competitors exit the market leading to improved pricing power
  * increased efficiencies in development, manufacturing, certification
  * second sourcing production leads to reduced COGS, ahead of expectations the introduction of significantly differentiated product leads to ASP increases and margin improvement.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 2/29/2008 | 1,160,716 | $10.58 | -3.20% | (0.50) | |
| 3/3/2008 | 1,236,595 | $10.64 | 0.57% | 0.31 | |
| 3/4/2008 | 1,267,909 | $10.58 | -0.56% | (0.30) | |
| 3/5/2008 | 1,137,653 | $10.43 | -1.42% | (0.76) | *March 05, 2008 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body* |

**Novatel Wireless, Inc. - Reducing Valuation Multiple**
Event
  * We are reducing our valuation multiple to 10x.
What It Means
  * Reducing EPS Estimates: We believe recent component shortages relating to some of Novatel's products may have not been handled as well as some other industry players. We believe this may have caused the company some harm in the marketplace.
  * Loosing Market Share in Europe: The company has experienced some softness in end market sales in Europe while market demand

Exhibit 1
Page 336

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

remains strong. This leads us to believe the company could be loosing market share in Europe.
     * Reducing Valuation Multiple: We have reduced our 2008 and 2009 estimates and our valuation multiple for Novatel to 10x from 13x forward P/E one year out (2009E). Even with 45% of the stock in cash, Novatel is projected to experience negative YOY EPS growth in a growing market while Sierra Wireless holds the same proportion of cash per share, its YOY growth is projected to be closer to 35%.

*March 5, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - Attention Value Investors: Positive Takeaways from Travels**
Action
Earlier this week, we had the opportunity to travel with NVTL management. We have come away with several positive takeaways that suggest strong potential upside to its $500M 2008 revenue guidance. Overall, we believe that the weakness in NVTL shares has created an excellent entry point, and NVTL ought to be considered more closely by value investors that might have previously rejected NVTL as a growth stock.
Trading at 7.3x C08 EPS vs. peers at 13.1x and SWIR at 8.8x, and trading at 1.6x book value vs. peers at 2.6x and SWIR at 1.8x, we continue to believe that NVTL is attractively valued, particularly given its upside potential. We reiterate our Market Outperform rating.
Key Details and Summary Perspectives
     * Revenue Upside from Customer Opportunities - As described on its call, NVTL sees the carriers shifting towards fewer numbers of suppliers and focusing on selling two modems for enterprise users and two modems for consumers. Currently, NVTL is selling enterprise-level modems to Sprint, but NVTL is bidding to gain consumer business from Sprint in the next few months, which could be worth ~$5-10M in quarterly revenues. In addition, NVTL sees AT&T potentially reaching out to new suppliers (it currently relies on SWIR and Option) later this year. NVTL has not sold into AT&T for several years, and this could therefore represent upside in the second half. Given NVTL's existing relationship with Sprint, we view a win there as more probable than at AT&T.
     * Revenue Upside from New Product Categories - Management appears excited regarding the opportunity for new, related product categories that could help diversify revenues. While we continue to view this potential cautiously, we note that NVTL has contracts in hand for 4Q07 revenues that are not included in NVTL's $500M revenue guidance, and these contracts should cover the costs of NVTL's investments in these new products.
     * Component Shortage is Concluded - We believe NVTL has now concluded its component shortage. Recall that this shortage affected 4Q07 revenues, and NVTL expected a more modest impact in 1Q08, with excess inventory at Verizon representing the remaining 1Q08 shortfall. While the conclusion of this shortage was expected to occur this quarter, we view this as a positive, as it effectively eliminates the risk that the shortage might drag on for additional quarters.
     * Believe Share Buybacks Imminent - Given the weakness in its price, its cash holdings of $153M per share, and its strong free cash flow yield, we believe that share buybacks are imminent, likely in the amount of $20-40M, which still leaves plenty of room for opportunistic acquisitions.
Details
Potential for Continued Market Growth - NVTL estimates that ~7M cellular modems were sold industry-wide in 2007, while we estimate that 11M (57% growth) will be sold in 2008. This compares to laptop sales estimated by IDC at 109M in 2007, which was 33% over 2006. Penetration for modems therefore remains quite low, particularly if we assume that the replacement rate for cellular modems (which are generally sold on 2-year contracts in the U.S.) is faster than that of laptops.
Company Description
Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 29% of sales were generated internationally and 71% domestically

Exhibit 1
Page 337

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

during 4Q07. NVTL has approximately 319 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

 * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

  1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

  2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

  3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

 * Industry Consolidation a Possibility. Belgium-based Option, facing a recent decline and a smaller market cap than SWIR, could be an acquisition target. An acquisition of Option could help improve operating leverage and competitive pricing pressures.

Price Target Justification

Our $20 price target is based on a P/E multiple of 14x our 2008 non-GAAP EPS estimate of $1.44. excludingoptions expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 15%+ top-line growth and a solid, debt-free balance sheet.

Potential Catalysts

 * CTIA/New Product Launches - The upcoming CTIA conference on April 1 could create an opportunity for NVTL to make new product or customer announcements, while it also might draw increased attention to wireless data, thereby generating new interest in NVTL.

 * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

 * Short Squeeze - The recent decline in NVTL's price appears to have been largely driven by short sellers, pushing NVTL's short interest at ~30% of shares outstanding, and ~7 days to cover. In the event that NVTL beats expectations, these shorts could potentially be forced to cover.

 * Possibility of Acquisition/Merger - NVTL could potentially be involved in industry consolidation. Given Option's recent weakness, it could potentially be purchased at an attractive price. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation within this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, deter new entrants, and reduce operating expenses.

Risks

 * Barriers to Entry are Low and Competition is High - Whle competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

 * Technology Shift to WiMAX - WiMAX is a "4G" wireless technology that promises faster speeds than current EV-DO and HSDPA networks. Sprint has indicated plans to spend $2.5 to $3.0B building a WiMAX network by the end of 2008. While we

Exhibit 1
Page 338

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|------------------|------|
| | | | | | believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2007. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory. |
| | | | | | * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so. |
| 3/6/2008 | 1,633,795 | $10.77 | 3.26% | 1.82 | *Date: Mar 6 2008  7:00:05 Wire: Business Wire (BUS)* **Novatel Wireless Announces $25 Million Share Repurchase Program** SAN DIEGO--(BUSINESS WIRE)--March 06, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that its board of directors approved a share repurchase program that authorizes the Company to purchase up to $25 million in the aggregate of the Company's common stock through September 5, 2008, as market and business conditions warrant. |

"We believe the current share price does not reflect the Company's long-term growth prospects, and we intend to be aggressive in executing this program. This action underscores our confidence in our business and our continued commitment to maximizing value for our shareholders," said Peter Leparulo, executive chairman of Novatel Wireless. "Given the Company's financial strength and cash generation, we believe this share repurchase program is both timely and appropriate as part of the Company's overall capital allocation strategy. We will also consider additional repurchase plans in the future, dependent on market conditions."

The stock purchases may be made from time to time on the open market in compliance with applicable state and federal securities laws. The timing and amounts of any purchases will be based on market conditions and other factors including price, regulatory requirements and capital availability. Repurchases of common stock may also be made under a Rule 10b5-1 plan, which would permit common stock to be repurchased when the Company might otherwise be precluded from doing so under insider trading laws. The program does not require the purchase of any minimum number of shares and may be suspended, modified or discontinued at any time without prior notice.

*Date: Mar 6 2008  22:18:51 Wire: Washington Service (WSA)*
**Novatel Wireless Inc: Souissi Slim S Files To Sell 1,607 Shares**
Form 144 Filed At The Securities And Exchange Commission On 02/26/08
Approximate Date Of Sale: 02/20/08
Souissi Slim S, Vice President, Of One Montgomery Street, San Francisco, Ca 94104, Has Filed To Sell 1,607 Shares Of Novatel Wireless Inc [Nvtl] Through Thomas Weisel Partners Llc. Issuer Phone 858-320-8800

*March 6, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - Meetings With Novatel Management Highlight 2H08 Opportunities**
Conclusion: After hosting Novatel President (and Principal Executive Officer) at a series of investor meetings yesterday in NY, we walk away comfortable with our estimates. Novatel management maintains its guidance for both 1Q08 and the year, and is comfortable with its competitive position. Management looks to new product lines and AT&T's HSPA push (with associated competitive responses by CDMA operators) to possibly push its forecast higher in 2H08. Though a weakening U.S. macro environment may restrain enterprise business spending on wireless data in the short term, longer term we believe the risk reward ratio favors NVTL at the current stock price. Maintain Outperform; still see shares outperforming the market by 50% over next 12 months.

* Current Tone of Business OK. Component Shortages Ease. Management indicated supply constraints have now been largely, if not entirely, alleviated. Given current softening economic conditions – and continuing issues at largest customer Sprint - we expect little upside to the current quarter, though management did reiterate current 1Q08 guidance of $110MM and $0.22.

Exhibit 1
Page 339

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

* 2H Catalysts Include New Products, AT&T, Potential BuyBack. Several opportunities in 2H remain outside of current company guidance of $500MM for FY08. We expect Novatel to introduce one or more new product families (possibly at CTIA) which may be incremental to revenue in late 2008. We expect new products may include wireless content delivery devices (e-book reader/auto applications). Additionally, management is considering a share buyback, which could help address investor concerns about rapidly increasing cash levels.

*March 6, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - $25M Share Buybacks; Other Upside Opportunities Remain**
Action
As we had anticipated in our note published Wednesday, NVTL announced a share buyback program today. We are raising our C08 and C09 EPS estimates by $0.03 and $0.05, respectively, although we believe the full impact could be as much as $0.05 to C08 and $0.09 to C09. Trading at 7.1x C08 EPS vs. peers at 12.9x and SWIR at 9.0x, and trading at 1.6x book value vs. peers at 2.6x and SWIR at 1.9x, we continue to believe that NVTL is attractively valued, particularly given its upside potential. We reiterate our Market Outperform rating.
Key Details and Summary Perspectives
  * NVTL Announces Share Buyback Program - This morning, NVTL announced a plan to buy back up to $25M worth of stock between now and September 5, depending on market conditions. No further details are provided as to the timing of the buybacks. We had expected NVTL to announce a buyback sometime in the near future.
  * Funding is Ample - NVTL currently has $153M in cash, with C08 FCF estimated at $45M. NVTL should therefore be able to fund this buyback while having plenty of cash remaining for opportunistic acquisitions or further buybacks.
  * Changes to Estimates - We believe that the full impact of this buyback could be worth as much as $0.05 to C08 and $0.09 to C09. In the interest of conservatism, however, we are assuming that NVTL only spends $17M on its buyback, resulting in a $0.03 impact to C08 and $0.05 to C09.
  * Other Upside Opportunities Remain - As detailed in our last note, we continue to believe that upside opportunities to NVTL's $500M revenue guidance remain, including opportunities for further penetration into Sprint and new penetration at AT&T, as well as new product categories.
Company Description
Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 29% of sales were generated internationally and 71% domestically during 4Q07. NVTL has approximately 319 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.
Investment Thesis
  * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:
   1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.
   2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

Exhibit 1
Page 340

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | 3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility. |
| | | | | | * Industry Consolidation a Possibility. Belgium-based Option, facing a recent decline and a smaller market cap than SWIR, could be an acquisition target. An acquisition of Option could help improve operating leverage and competitive pricing pressures. |
| | | | | | Price Target Justification |
| | | | | | Our $20 price target is based on a P/E multiple of 14x our 2008 non-GAAP EPS estimate of $1.47. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as NVTL has the potential for 15%+ top-line growth and a solid, debt-free balance sheet. |
| | | | | | Potential Catalysts |
| | | | | | * CTIA/New Product Launches - The upcoming CTIA conference on April 1 could create an opportunity for NVTL to make new product or customer announcements, while it also might draw increased attention to wireless data, thereby generating new interest in NVTL. |
| | | | | | * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL. |
| | | | | | * Short Squeeze - The recent decline in NVTL's price appears to have been largely driven by short sellers, pushing NVTL's short interest at ~30% of shares outstanding, and ~7 days to cover. In the event that NVTL beats expectations, these shorts could potentially be forced to cover. |
| | | | | | * Possibility of Acquisition/Merger - NVTL could potentially be involved in industry consolidation. Given Option's recent weakness, it could potentially be purchased at an attractive price. NVTL could also target or be targeted by SWIR for a merger. We believe that consolidation within this industry would be a positive for all involved, as it would reduce the level of competition, strengthen negotiating power relative to the carriers, deter new entrants, and reduce operating expenses. |
| | | | | | Risks |
| | | | | | * Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing. |
| | | | | | * Technology Shift to WiMAX - WiMAX is a "4G" wireless technology that promises faster speeds than current EV-DO and HSDPA networks. Sprint has indicated plans to spend $2.5 to $3.0B building a WiMAX network by the end of 2008. While we believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2007. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory. |
| | | | | | * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so. |
| 3/7/2008 | 1,199,426 | $10.80 | 0.28% | 0.14 | |
| 3/10/2008 | 1,434,871 | $10.22 | -5.37% | (1.49) | |
| 3/11/2008 | 1,296,813 | $10.70 | 4.70% | 0.51 | |
| 3/12/2008 | 1,198,176 | $9.98 | -6.73% | (2.42) | |

Exhibit 1
Page 341

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 3/13/2008 | 1,798,682 | $9.78 | -2.00% | (1.07) | |
| 3/14/2008 | 2,486,768 | $8.88 | -9.20% | (2.83) | |
| 3/17/2008 | 1,690,745 | $8.65 | -2.59% | (0.56) | |
| 3/18/2008 | 1,664,768 | $9.09 | 5.09% | 0.60 | |

*Date: Mar 18 2008  9:36:01 Wire: Business Wire (BUS)*
**Novatel Wireless Launches Merlin X950D ExpressCard Modem for Rogers Wireless High Speed Data Network - Novatel Expands Carrier Network through Agreement with Rogers Wireless**
SAN DIEGO--(BUSINESS WIRE)--March 18, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, and Rogers Wireless, Canada's largest GSM mobile carrier, today announced an agreement to launch Novatel Wireless broadband modems on Rogers' high speed data network. Under the terms of the agreement, Rogers Wireless will be first to market with the Novatel Wireless Merlin X950D(TM), an ExpressCard offering unprecedented performance, as well as the award winning Ovation MC950D(TM) USB modem.

Optimized for worldwide GSM/HSPA networks, the Ovation MC950D and Merlin X950D are tri-band HSPA and Quad-Band EDGE/GPRS modems designed for maximum performance and durability. Rogers' subscribers can plug these modems into their laptop computers for instant on-the-go mobile broadband access. Customers will enjoy a new level of freedom to check email, search the Web or access important business documents while at home, at the office, or on the road.

With support for significantly faster throughput than legacy mobile data modems, the MC950D and X950D offer speeds that rival those of fixed-line DSL connections. Both modems feature fully integrated antennae, and equalizer support to improve performance in noisy and highly mobile environments.

"By offering the MC950D and X950D, Rogers' will be able to deliver the fastest wireless data speeds available," said Brad Weinert, president of Novatel Wireless. "We are very pleased to expand our carrier network to the Western Hemisphere and proud to be providing our combined customers with the world's most advanced mobile broadband solutions."

The Ovation MC950D and Merlin X950D will be commercially available this summer through a variety of Rogers Communications' direct and business sales channels.

*March 24, 2008 Morgan Joseph - Kevin Dede*
**Novatel Wireless, Inc. - Business Appears on Track; Auspicious New Initiatives Unleashed Shortly; Buy**
Investment Highlights:
 * March quarter sales should be on track. Novatel offered its March quarter guidance of $110.0mm during the third week of February, and based on our discussions with the company's president early last week, we believe the company is tracking toward its target. While we have little coincident evidence to corroborate this claim, robust overall data trends rolling through the fourth quarter stand to substantiate no more than the 7% sequential decline incorporated in our 1Q08 $110.0mm sales estimate. Novatel's new MC950D HSPA USB modem, no longer hamstrung by power amplifier shortages, is seeing strong order rates from key customers Telefonica and Vodafone's German affiliate. Interestingly, the 950D is seeing orders from operators in less developed regions as mobile data usage spreads worldwide. In the U.S., operators appear to be ordering more frequently, but requesting smaller lots due to concerns about inventory levels.
 * The second half may be big—really. Our post-4Q07 report expressed some skepticism with regard to 2H08 prospects, but discussions last week leave us thinking that our FY08 estimates, while 2H weighted, are perhaps conservative. Industry unit USB volume is expected to increase about 50% in 2008, according to ABI's research, while we have factored only 16% sales growth to hit our $500.0mm FY08 estimate—just maintaining share could prove our estimate conservative.
Cementing its position with particular operator customers, Novatel is expected to deliver customized industrial USB modems configured with features and functionality addressing customer requests, which should displace 'low cost' modem suppliers. Novatel is also involved in a sequence of new products that deliver content to various mobile devices. Importantly, Novatel's place in the product development chain includes more than just the modem, and we see the company endearing itself with both new and future customers through the integral development of software and connectivity.
 * Street estimates too conservative. We think Novatel's business model operating targets were poorly communicated on the 4Q07

Exhibit 1
Page 342

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|
| | | | | | conference call (2/20), and many of our sell-side colleagues may have forecast Novatel's operating margin to fall to the 10% range this year. We don't see this conscientious management team accepting business at levels that would depress the company's profitability to that level, especially after delivering an operating margin just 30 basis points shy of 15% last year.<br><br> * Continue to recommend. We reiterate our $18 PT; we believe the Street should be quick to make estimate adjustments after the March quarter earnings call sometime early in May.<br>Stay Tuned — We Believe Good Things to Come<br>We continue to argue that Novatel shares are trading at an unwarranted discount on two main points. First, is the inherent conservatism in the guidance the company offered on the most recent conference call, especially in light of the new products and initiatives Novatel is slated to introduce and is involved with during the year.<br>Novatel's third generation of USB modems should come to market sometime during the September quarter this year. The new products are expected to correlate with expanding demand from the wireless data market; specifically, mobile operators should see growth in segmenting the wireless data market. This evolution has made greater strides in Europe where operators in certain geographies offer as many as three data price plans.<br>In defining the segments, we expect operators to offer differentiated USB modems to correspond with the pricing plans. In this process, we expect Novatel to deliver products meeting specific customer requests and thus be offered with the higher-end data plans. The U.S. market is following the segmented market trend, and Verizon is now offering two data plans. We expect that a new Novatel USB modem, sporting design features specified by Verizon, should come to market sometime during the September quarter. Other operator-specific designs should also be introduced during the course of the year. Another new data product expected from Novatel is a standalone 3G modem with an integrated Wi-Fi access point such that the modem acts as a personal area network 3G gateway empowering an individual's network. This product is slated for introduction during this year as well.<br>Novatel is also involved in wirelessly enabling products for other markets outside the wireless data market. We expect to hear more about specific introductions during the upcoming CTIA show in Las Vegas. That said, there are at least two projects in which Novatel has participated: 1) a content delivery device integrated into an automobile; and 2) a portable content delivery device. Both of these projects diversify Novatel's business, and while the market is nascent this year, each could contribute millions to sales. Our estimates do not include contributions from either of these projects.<br>The second point buttressing our unwarranted low valuation on the shares theory involves current Wall Street expectations. We've made the point that we believe Novatel miscommunicated its business model target for 2008. On this basis, we would expect our sell-side colleagues to adjust earnings estimates higher upon hearing the company's comments on the March quarter results. In addition, we believe Novatel's $25mm stock repurchase, once completed, could add between $0.05 and $0.10 to EPS estimates this year, depending on the number of shares repurchased. Specifically, the business model difference is worth almost $0.30 per share in FY08 EPS. All else being equal, including: 1) $5.0mm in interest income; 2) a 35% tax rate; and 3) using 31mm shares outstanding (post $25mm repurchase of approximately 2.5mm shares) yields EPS of $1.15 on $500.0mm in sales and a 10% operating margin, but yields EPS of $1.42 on a 12.5% operating margin. We would expect Novatel to generate at least a 12.5% operating margin in 2008. On our $1.45 FY08 EPS estimate (includes a 14.0% operating margin), Novatel's shares are trading at 6.2x versus Sierra Wireless' current 2008 P/E multiple of 10.7x—the more than 4 point difference is unwarranted, in our opinion.<br>Price Target<br>Our price target is $18.<br>Valuation Methodology<br>For 2008, we have conservatively, in our view, set sales growth in the 16% range, which should drive double-digit earnings growth. In our opinion, Novatel shares should garner a P/E multiple that falls in line with the group average of 22-24x given Novatel's strong growth and cash generation. However, for conservatism sake, we have accorded a 12x P/E on our $1.45 FY08 EPS estimate to formulate our $18 price target.<br>Risk Factors<br>Risks that may preclude NVTL shares from reaching our price target include:<br> * Slowing customer acceptance of the newer USB form-factor connectivity devices. |

Exhibit 1
Page 343

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | * Rapid change in technology misjudged by Novatel's product introduction strategy. |
| | | | | | * Big-picture wireless ecosystem events such as negative subscriber counts, a push back of new wireless network deployments, or other dynamics that could avalanche upon Novatel's expected sales ramp. |
| 3/19/2008 | 1,903,768 | $9.15 | 0.66% | 0.93 | |
| 3/20/2008 | 1,360,068 | $8.98 | -1.86% | (1.40) | |
| 3/24/2008 | 1,664,168 | $9.98 | 11.14% | 3.18 | |
| 3/25/2008 | 741,459 | $9.99 | 0.10% | (0.21) | |
| 3/26/2008 | 656,745 | $10.03 | 0.40% | 0.29 | |
| 3/27/2008 | 538,943 | $9.96 | -0.70% | 0.22 | *Date: Mar 27 2008  7:30:02 Wire: Business Wire (BUS)* **Novatel Wireless and Autonet Mobile Partner to Provide High Speed Internet for Automobiles - Autonet Mobile TRU Technology Powered by Novatel Wireless E725 Embedded Module Provides High-Speed Internet, Enabling Digital Entertainment Connectivity While on the Move** SAN DIEGO & SAN FRANCISCO--(BUSINESS WIRE)--March 27, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, and Autonet Mobile, the first Internet Service Provider for cars, today announced a partnership to deliver next-generation wireless connectivity for automobiles. Autonet Mobile's patent pending TRU Technology leverages a new cellular data module from Novatel Wireless to deliver an IP Platform specifically designed for cars on the move. The combined solution provides significant performance gains with multiple users connecting to the Internet at the same time, while in the car. The technology enables passengers to easily surf the Web, check email and play games on-line, as well as access personal content using any Wi-Fi enabled device within close proximity to the vehicle. Novatel has also become a design and manufacturing partner working with Autonet Mobile utilizing the Novatel Expedite(R) E725 Express Mini Card Module to miniaturize and deliver an automotive grade Internet connectivity solution in next generation designs. As part of today's news, Novatel Wireless and Autonet Mobile will work with auto manufacturers and after-market OEMs to bring Autonet Mobile's wireless Internet service to the automotive industry. Functioning as an integral part of Autonet Mobile's TRU technology, the E725 embedded module is designed to operate on the latest high-speed EV-DO Rev. A networks throughout North America, achieving fast, wireless broadband connections, regardless of geographic location. The high efficiency, compact, broadband design enables Autonet Mobile to provide its customers with Internet speeds similar to a home DSL line, keeping them connected to work, friends and family while in the car. "Autonet's Mobile IP Platform delivers exciting new wireless content delivery options to the car with a true 3G user experience," said Brad Weinert, president of Novatel Wireless. "This partnership represents a new strategic direction for Novatel Wireless as we move into wireless content delivery devices, and we look forward to a fruitful partnership with Autonet Mobile. By leveraging the latest wireless technology and Novatel Wireless' software development kits and engineering expertise, Autonet Mobile is able to reduce its development cycles, increase time to market and capture the first-mover advantage." "Leveraging advanced wireless technologies and expertise from Novatel will be a major factor in our ability to deliver the highest quality, most reliable Internet service specifically for cars," said Sterling Pratz, CEO of Autonet Mobile. "We look forward to an ongoing partnership as a key driver for our continued success." |
| 3/28/2008 | 457,272 | $9.73 | -2.31% | (0.67) | |
| 3/31/2008 | 734,587 | $9.68 | -0.51% | (0.49) | |
| 4/1/2008 | 1,132,621 | $10.39 | 7.33% | 1.58 | *Date: Apr 1 2008  7:30:03 Wire: Business Wire (BUS)* **Novatel Wireless Launches NovaSpeed Software - Industry-First Network Traffic Prioritization Software Enhances Simultaneous Upload/Download Throughput Speeds of Broadband Modems by up to 400 Percent** CTIA Wireless 2008 Booth #2515 LAS VEGAS--(BUSINESS WIRE)--April 01, 2008 Novatel Wireless, Inc., (Nasdaq:NVTL) a leading provider of wireless broadband |

Exhibit 1
Page 344

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | solutions, today announced the launch of NovaSpeed(TM), a proprietary, patent pending software capable of enhancing the speed and performance of its wireless broadband modems up to 400 percent, while enabling simultaneous upload and download data transfer. |
| | | | | | Novatel Wireless developed NovaSpeed to enhance the speed and performance of its mobile broadband modems through the use of an industry-first network traffic prioritization protocol. By enabling the modem to monitor network conditions and regulate the concurrent uploads and downloads in real time, NovaSpeed enables the user to run multiple applications simultaneously. Depending on channel conditions, lab tests of the software have shown up to a 400 percent increase in throughput speeds when the broadband channel is being used for multiple applications. |
| | | | | | "Simultaneous downloading has become a critical functionality for mobile services and applications whose success depends on the quality of the end user experience, such as those geared towards entertainment," said Sterling Pratz, chief executive officer of Autonet Mobile, a technology partner of Novatel Wireless. "One example is a family with two kids in the car surfing and gaming over the Internet at the same time. You've got to have the bandwidth and IP traffic optimization to support these applications without buffering and choppy video feeds." |
| | | | | | "Streaming video and online gaming are prime examples of bandwidth intensive activities that require efficient management of the cellular link in order to deliver a great experience for the end user," said Brad Weinert, president of Novatel Wireless. "NovaSpeed is a significant advancement in wireless data traffic management technology that reinforces our commitment to innovation and will continue to differentiate our high-speed data products from any others on the market." |
| | | | | | NovaSpeed will ship as a standard feature on all new Novatel Wireless mobile data products and will be available in future firmware upgrades for existing models. |
| 4/2/2008 | 1,149,033 | $10.72 | 3.18% | 1.13 | |
| 4/3/2008 | 878,456 | $10.56 | -1.49% | (0.65) | |
| 4/4/2008 | 1,293,747 | $10.84 | 2.65% | 0.82 | |
| 4/7/2008 | 865,759 | $10.96 | 1.11% | 0.42 | |
| 4/8/2008 | 1,659,585 | $10.78 | -1.64% | (0.48) | |
| 4/9/2008 | 1,796,678 | $10.19 | -5.47% | (1.77) | |
| 4/10/2008 | 3,691,182 | $10.48 | 2.85% | 0.62 | |
| 4/11/2008 | 2,276,125 | $10.02 | -4.39% | (0.93) | |
| 4/14/2008 | 1,241,171 | $10.01 | -0.10% | 0.08 | *April 14, 2008 Oppenheimer & Co. Inc. - George Iwanyc, Ittai Kidron*<br>**Novatel Wireless, Inc. - Downgrading to Perform - Execution Issues Bigger Than We Thought**<br>Summary: We downgrade Novatel to Perform from Outperform as of April 14 and removing our previous $17 price target following the preannouncement of a much weaker than expected 1Q08 ($91M with PF EPS of $0.16-$0.18 vs. guidance of $110 and $0.27). Its previous 1Q08 guidance was already a disappointment and the significant miss shows the execution problem is much larger than we thought. We view Peter Leparulo's immediate appointment as CEO as a positive step in addressing the execution issues, but it will take time to restore credibility. With Novatel in a compromised position to capitalize on what we still see as strong 2008 industry growth prospects, we move to the sidelines. We lower our estimates accordingly.<br> * Execution weighs on 1H08 - management cited a $10M shortfall from a delay in its MC930D launch with a European customer (it's now shipping), lower than expected sales of its MC727 and poor execution at Verizon (VZ, P, $35.34) for the rest of the $19M miss. We believe Novatel miscalculated VZ's need and couldn't turn around quick enough to adjust. The shortfall isn't due to lack of demand, but poor planning with competitors UTStarcom (UTSI-NR) (primary beneficiary) and Sierra Wireless (SWIR, O, $17.59) benefiting at VZ.<br> * Peter Leparulo back as CEO - Novatel's Chairman Mr. Peter Leparulo and former CEO (Jan 03-Nov 06) has been appointed CEO effective immediately. Mr. Leparulo takes full responsibility for daily operations and all strategic decisions, while president Brad Weinert will focus on a tactical recovery. Building the VZ relationship, NVTL's #1 customer, is the top priority for both. We believe the door is open for a recovery, but now in a more competitive environment.<br> * Rebuilding credibility - Novatel is now refocusing efforts on 1) accelerating product development, 2) Tier-1 North America and |

Exhibit 1
Page 345

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Europe carriers, & 3) improving its management structure and internal communication. Mid-year product introductions hold promise, but we don't see a quick regrouping and look to 2H08 before changes have an impact. |
| | | | | | * Buyback could lessen the pain - management and the Board are committed to the $25M buyback, which has $16M remaining. This could lessen the downward pressure and comments suggest the Board is open to raising the buyback. |

*Date: Apr 14 2008  16:30:02 Wire: Business Wire (BUS)*
**Novatel Wireless Reports Preliminary First Quarter 2008 Results - Board Appoints Peter V. Leparulo CEO**
SAN DIEGO--(BUSINESS WIRE)--April 14, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported preliminary financial results for the first quarter ended March 31, 2008 and announced that its board of directors has appointed Peter V. Leparulo, the company's current chairman of the board, as chief executive officer, effective immediately. Mr. Leparulo previously served as the company's CEO from January 2003 to November 2006.
  Revenues for the first quarter are expected to be approximately $91 million, lower than the company's prior guidance of $110 million. GAAP earnings per share are expected to be in the range of $0.13 to $0.15 and non-GAAP EPS is expected to be between $0.16 and $0.18 per share.
  "We are very disappointed with our first quarter results," said Peter Leparulo. "Approximately $10 million of the shortfall was attributable to a delayed launch of the MC930D with a major European carrier customer. Additionally, we had lower than expected sales of our enterprise-class MC727 USB products to one major customer. We are between product launch cycles for our USB devices and demand in the current environment has shifted toward lower end products. We continue to see solid demand for our first generation MCD3000 USB products selling into this market shift, and we expect our second generation USB products to become the low end promotional offering as we introduce our third generation products mid-year."
  "Importantly, we believe that our core market opportunity is attractive and growing and we believe we have the right product introductions to lead the market in innovation in the second half of the year. In addition, we are encouraged by the opportunities for growth in complementary markets, as evidenced by our recently announced products and partnerships. Moving forward, we are refocusing management on internal execution and improving operating results."
  The company will discuss its outlook and guidance when it reports its quarterly results on May 1, 2008.
  Conference Call Information
  Novatel Wireless will host a conference call for analysts and investors to discuss its preliminary first quarter results today at 5:00 p.m. Eastern Time (2:00 p.m. Pacific Time). For parties in the United States and Canada, call (800) 366-3908 to access the conference call. International parties can access the call at (303) 275-2170. A live webcast of the conference call, which will include forward-looking information, will also be accessible from the "Investor Relations" section of the company's website at www.novatelwireless.com. Following the webcast, an archived version will be available on the website for 15 days. A telephonic replay of the conference call will also be available two hours after the call and will run for two days. To hear the replay, parties in the United States and Canada should call (800) 405-2236 and enter passcode 11112833. International parties can access the replay at (303) 590-3000 and should enter passcode 11112833.

*Date: Apr 14 2008  16:36:38 Wire: Briefing.com  Global Menu (BRF)*
**NVTL: Novatel Wireless lowers Q1 rev guidance below consensus, EPS below consensus (10.01 -0.01)**
Co issues downside guidance for Q1 (Mar), sees EPS of $0.16-0.18 vs. $0.22 First Call consensus; sees Q1 (Mar) revs of $91 mln vs. $110.46 mln consensus, lower than co's previous guidance of $110 mln. "Approximately $10 million of the shortfall was attributable to a delayed launch of the MC930D with a major European carrier customer. Additionally, we had lower than expected sales of our enterprise-class MC727 USB products to one major customer."

| 4/15/2008 | 12,639,370 | $7.76 | -22.48% | (8.56) | *Date: Apr 15 2008  7:56:32 Wire: BLOOMBERG News (BN) --Noelle Bazil* |

**Novatel Cut to `Market Perform' at Oppenheimer: NVTL US**
  Princeton, New Jersey, April 15 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``market perform''

Exhibit 1
Page 346

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

from ``outperform'' by analyst George Iwanyc at Oppenheimer & Co.

*Date: Apr 15 2008  9:51:29 Wire: BLOOMBERG News (BN) --Sandro Bottoni*
**Novatel Wireless Cut to `Sector Underperform' at Scotia:NVTL US**
    Princeton, New Jersey, April 15 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``sector underperform'' from ``sector perform'' by analyst Gus Papageorgiou at Scotia Capital. The 12-month price target is $8.50 per share.

*Date: Apr 15 2008  10:38:37 Wire: BLOOMBERG News (BN) --Pam Tocco*
**Novatel Wireless Cut to `Hold' at Morgan Joseph: NVTL US**
    Princeton, New Jersey, April 15 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``hold'' from ``buy'' by analyst Kevin Dede at Morgan Joseph & Co.

*Date: Apr 15 2008  11:17:21 Wire: BLOOMBERG News (BN) --Natalie Gilbert*
**Novatel Wireless Cut to `Sell' at Dundee: NVTL US**
    Princeton, New Jersey, April 15 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``sell'' from ``neutral'' by analyst Arinder Mahal at Dundee Securities Corp. The 12-month price target is $9.50 per share.

*Date: Apr 15 2008  16:06:14 Wire: BLOOMBERG News (BN) - Vivek Shankar*
**Novatel Falls Most in 2 Months as Profit, Sales Trail (Update2) (Updates share price in first, fourth paragraphs.)**
    April 15 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data-access cards for personal computers, fell 22 percent in Nasdaq trading after reporting first-quarter profit and sales that missed its forecasts.
    Net income dropped to between 13 cents and 15 cents a share after a product delay hurt sales, San Diego-based Novatel said yesterday in a preliminary earnings statement. The company had forecast 22 cents in February.
    The introduction of a high-speed wireless modem, ordered by a European customer, was delayed because of technical glitches unrelated to the product, Chief Executive Officer Peter Leparulo said on a conference call. He didn't identify the client. That amounted to a $10 million sales shortfall. Novatel also had fewer orders than expected from another unnamed customer.
    Novatel fell $2.25 to $7.76 at 4 p.m. New York time on the Nasdaq Stock Market, the biggest drop since February. The stock has declined 52 percent this year.
    Sales last quarter were about $91 million, the company said,  down from its earlier prediction of $110 million. Novatel plans to report its complete results on May 1.
    Novatel announced yesterday that Leparulo had become CEO, adding the title to his role as executive chairman. He took over management of day-to-day operations from Brad Weinert, who will continue as president, spokeswoman Julie Cunningham said.

*April 15, 2008 ThinkPanmure - Mike Burton*
**Novatel Wireless NVTL: Pre-Announced A Big Miss; Lowering Estimates And Price Target**
THINK ACTION:
Novatel Wireless pre-announced a substantial miss last night due to the push-out of a new carrier ramp and missed execution in the company's sales and operations. While we believe the company is clearly on its heals and needs to execute to regain Street confidence, it reported that its Cash Flow from Operations remains positive and it holds $4.60 in Net Cash, making its Enterprise Value multiples seem very reasonable with the stock below $10. We are updating our model for the new lowered estimates, maintaining our Buy rating, and lowering our price target from $20 to $10.
KEY POINTS:
New Guidance Well Below Previous Guidance And Street Expectations: NVTL's new Q1 revenue guidance of $91M, GMs of ~27%, and $0.16-0.18 Pro Forma EPS ($0.13-0.15 GAAP EPS) are substantially lower than its previous guidance of $110M, ~28%, and $0.27 ($0.22 GAAP), respectively.

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|---------------------------------------------------------------------------------|

Is Half Of The Miss Really Just A Push-Out? NVTL mentioned that there was an ~$10M "push-out" caused by a "Dashboard Issue" on a new product ramp at one of its European carriers; the implication being that the error was software-related, and, therefore, not NVTL-related. We might be more inclined to just push this $10M ramp into the second quarter, but we are not going to, given current macroeconomics (and resulting IT Manager F.U.D.), and the fact that timing is everything with these ramps—missed execution often equals lost opportunity in a highly competitive environment like Europe where the OEMs pounce on any chance to lower prices and accelerate their own product ramps.

Sales By Geography—Slower Than Expected In North America: Weaker conditions in the United States accounted for the other $10M revenue shortfall. While Sprint held up "ok" for NVTL, the company has been unable to make any traction at AT&T outside of embedded modules, and Verizon Wireless was worse than expected last quarter, following NVTL's loss of a desired promotional spot that benefited NVTL's rivals Sierra Wireless and UTStarcom.

 * Europe Actually A Bright Spot: Besides the Push-Out, NVTL's commentary to us about Europe was that it turned into an area of relative strength; we also note that Telefonica became a >10% customer for the first time. We believe part of this may be due to the very favorable exchange rate (if you are exporting to Europe....)

 * Opportunity In APAC Being Missed/Lost: NVTL management also spoke to us about a very interesting opportunity in APAC that it is currently missing/losing to the competition; we believe that part of the company's planned discussion regarding management/personnel changes may address this lost opportunity.

Repurchase Program Nearly Half Done, Needs To Be Expanded, In Our Opinion: NVTL management mentioned that it had bought back ~$9M of the $25M authorized for repurchase. While the program is likely non-discretionary, we would like to see the company step up its repurchases (and authorize more) as a signal that it is comfortable with its growth prospects. We also believe that management purchases would be viewed quite favorably given management's recent history of buying in the open market at very favorable prices. (Note: The closing price listed at the top of this note is an after-market price.)

VALUATION:

Price Target & Valuation: We have lowered our price target to $10 from $20 based on the lowered outlook and continued multiple contraction. Our new $10 price target is based on a 12.8x multiple of our 2008 EPS estimate of $0.78, and just 12.8x our 2009 EPS estimate, also of $0.78. We believe that a lower target multiple is warranted (our previous target was based off a 14x multiple of 2008, and 15x our 2009 estimate) given the market environment and lowered outlook. On an EV/Sales basis, our $10 price target represents only a 0.48x multiple of our 2008 revenue estimate of $389.1M; since December 31, 2004, NVTL's peak, average, and trough EV/Sales multiples are 6.16x, 1.86x, and 0.22x, respectively (currently 0.41x).

RISKS TO PRICE TARGET:

 * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows, there could be substantial risk to NVTL's growth opportunities.

 * Market Adoption: We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will likely result in slower-than-expected growth for Novatel.

 * Increasing Competition: Increasing competition from other PC card vendors, handset OEMs, and Asian OEMs/ODMs could cause significant pricing and margin for Novatel, and its current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*April 15, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. - NVTL - Downgrading As We Await Improved Execution**
Action

NVTL pre-released negative results for 1Q08, expecting revenues of $91M vs. $110M prior guidance. This follows disappointing guidance given for 1Q08 when reporting its last quarter. We see the market for cellular modem continuing to expand, but we believe that execution issues at NVTL are costing the company market share. At the same time, visibility is limited and management's credibility is in question. For these reasons, we are reluctantly downgrading shares of NVTL from Market Outperform to Market Perform, despite what we see as an attractive market and a low multiple on NVTL shares (even after substantial cuts to our estimates).

Exhibit 1
Page 348

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

We will re-evaluate our opinion once NVTL demonstrates improved execution.

Key Details and Summary Perspectives

  * Pre-Release - See below. NVTL was cash-flow positive in the quarter. Management did not update C08 guidance, but expects to do so when formally reporting 1Q08 earnings on May 1. Sources of the Underperformance - NVTL attributed this quarter's $19M revenue underperformance to two factors: $10M from its delayed launch of the MC930D HSUPA USB modem at a European carrier (O2) due to software-related issues, and the remainder from weaker sales of MC727 EV-DO Rev. A USB modems to a carrier (Verizon), which NVTL attributed to a failure to execute on the sales side. This failure to execute at Verizon was likely an upside opportunity for SWIR. Notably, the component shortage did not contribute to the shortfall, and the weakness did not appear to be at all market-related.

  * NVTL's Position in the Market - Our thinking has been that 7M cellular modems were sold in 2007, and that NVTL sold perhaps ~2.1M of these, at an ASP of roughly $200. Our expectation is that NVTL can sell this many in 2008. On the other hand, we also expect the market to grow to roughly 11M modems in 2008, and therefore NVTL appears to be losing market share against a combination of cost leaders and SWIR, particularly as NVTL has reported a shift in the current environment towards lower-end products. In our opinion, solid execution from both a sales and technology standpoint will be necessary for NVTL to retake its market share.

Details

Changes to Estimates - We are cutting our C08 EPS estimate from $1.47 to $1.12, based on a combination of lower gross margins and a reduction in our revenue estimate from $500M to $449M, or 4.5% growth, though we have scaled back our op-ex assumptions somewhat, based on the assumption that NVTL will control growth in headcount given its current difficulties. We are also reducing C09 EPS from $1.70 to $1.28, based on a reduction in our revenue estimate from $575M to $485M (8% growth) and lower gross margins.

We are reducing our price target from $20 to $11, based on 10x our C08 EPS estimate. Share Buybacks - NVTL announced that it has so far spent $9M repurchasing shares out of $25M on its initial repurchase plan. With $153M in cash at the end of 4Q07 and positive cash generation in 1Q08, NVTL is positioned to continue this buyback program or to expand it.

Clarifying the Management Structure - Peter Leparulo is reassuming the role of CEO. Recall that he had held the CEO title until November 2006, when he stepped down and assumed the role of Executive Chairman, with the goal of hiring a new CEO. This did not materialize, and NVTL eventually assumed a non-traditional management structure, with Leparulo holding the title Executive Chairman and Brad Weinert, formerly the COO and then Acting CEO, holding the title President, but no one holding the title CEO. Our assessment is that, with Leparulo back in the role of CEO, the ambiguity of the previous structure will be eliminated, but we believe Leparulo has remained highly active in managing the company throughout his time as Executive Chairman.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 29% of sales were generated internationally and 71% domestically during 4Q07. NVTL has approximately 319 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

  * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

Exhibit 1
Page 349

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

Price Target Justification

Our $11 price target is based on a P/E multiple of 10x our 2008 non-GAAP EPS estimate of $1.12. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as, despite being in a growing industry, NVTL's visibility is limited, management credibility is in question, and its market share is slipping.

Potential Catalysts

* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

* New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.

Risks

* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

* Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

* Technology Shift to WiMAX - Although its focus has shifted somewhat, Sprint has maintained plans to launch a WiMAX network by the end of 2008. While we believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2007. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory.

*April 15, 2008 Craig-Hallum - Anthony J. Stoss, Ted Baker*
**Novatel Wireless, Inc. NVTL Negatively Pre-announces Q1 on Order Pushout and Weakness at Verizon Wireless. Guidance and New Vertical Opportunities Likely Discussed on May 1st Call. Reducing Estimates and Cutting Price Target to $15. Reiterate BUY Rating.**

INVESTMENT HIGHLIGHTS

* NVTL negatively pre-announced Q1 results after the close last night. Revenues for the first quarter are expected to be approximately $91 million, $19 million lower than the company's prior guidance and our $110 million estimate. Pro Forma EPS is expected to come in between $0.16 and $0.18 compared to our previous estimate of $0.27. We believe that Verizon Wireless was still NVTL's biggest customer (followed by Sprint) during the quarter.

* NVTL blamed the miss on an order push into Q2 from Q1 of $10 million from O2 (U.K. carrier). O2 had problems getting its

Exhibit 1
Page 350

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

dashboard software to work correctly. NVTL mentioned on the call it is currently shipping this order to O2.

   \* Weakness at Verizon Wireless, especially at the enterprise where NVTL is strong, was also a factor as NVTL is caught between upgrade cycles to the next generation USB product. With most of the USB products now looking similar, NVTL needs to speed up its launch plans for its next generation software feature rich products. In the meantime, carriers are opting for the cheapest solutions. We believe NVTL will launch its next generation products with Verizon Wireless in Q308.

   \* New Verticals. We believe NVTL will discuss the opportunities of its new verticals on its May 1st call. We believe the company may size the auto market with its current partner Autonet. Moreover, we believe the company will speak in broad terms about its move into other consumer market verticals with its modem modules into such products as wireless movie download products with large established partners. Investor patience is wearing thin and no hard numbers have been put to these new verticals other than comments from NVTL about them being material to 2H08.

   \* We are reducing our 2008 revenue estimate from $505 million to $441 million and our Pro Forma EPS estimate from $1.40 to $1.00 per share. Our estimate does not assume much from the new verticals. We believe that investors with patience will be rewarded as the company launches its new feature rich USB modems and  demonstrates the market potential in the new verticals. We note the stock is inexpensively priced trading at 8.8x (after market trading) our new lowered 2008 EPS estimate, to say nothing of the $153 million ($4.61/share) in cash on the balance sheet. We reiterate our BUY rating but are lowering our price target to $15 from $21, based on 15x our new 2008 EPS estimate.

PRELIMINARY Q1 RESULTS, ANALYSIS

NVTL negatively pre-announced Q1 results after the close last night. Revenues for the first quarter are expected to be approximately $91 million, $19 million lower than the company's prior guidance and our estimated $110 million. Pro Forma EPS is expected to come in between $0.16 and $0.18 compared to our previous $0.27 estimate. NVTL said the Q1 weakness was caused in part by a $10 million shortfall attributable to the delayed launch of its MC930D with a major European carrier customer. We believe O2 (U.K. carrier) pushed out orders into Q2 after it found a technical problem with its own internal dashboard software not supplied by NVTL. We expect a solid portion of this revenue to return in Q2 as the problem looks to be resolved and NVTL has resumed shipments to O2 already in the current quarter. We note these orders from O2 represent the first NVTL has received from the carrier in roughly two years. NVTL also indicated that its sales into its most important U.S. customer, Verizon Wireless, were weaker than expected. NVTL is the dominant supplier to enterprise customers at Verizon Wireless which was unusually weak in the quarter. NVTL believes that Verizon Wireless turned its attention to its retail channel (stores) and heavily marketed USB modems to this segment. NVTL's products are priced and geared for the enterprise segment and the company has little shelf space at the store level. We believe that two of NVTL's competitors benefited from Verizon Wireless' emphasis on the retail channel. Based on this outcome, we believe NVTL lost market share at Verizon Wireless during Q1. NVTL plans to launch a product geared towards the retail channel in Q308. The company pointed to problems with its sales and product development execution at Verizon Wireless and indicated that overall market demand remained robust.

Furthermore, the company reported that it is not seeing any significant pricing pressure or component constraints in the current market environment. In fact, NVTL reported that business from Sprint was in-line with expectations during the quarter.

As it relates to the weakness in orders at the enterprise level at Verizon Wireless, NVTL indicated that it has experienced lower than expected orders of its "long in the tooth" MC727 USB products. In our view, it appears that NVTL was caught between an upgrade cycle to its next generation USB product expected out in Q308.

In recognition of its failures, NVTL has placed new emphasis on speeding the launch of its new differentiated products, including ones geared for the retail segment, that we believe could rekindle the company's status at Verizon Wireless and with other carriers. We estimate NVTL will launch its next generation products with Verizon in Q308.

In an effort to generate revenue, NVTL also reported a renewed focus on serving new Tier 1 customers. As an example, NVTL is currently talking with AT&T to secure a spot as a supplier to AT&T in the coming months. While NVTL does not expect to ship large volumes of its current products into AT&T, we believe the company is acting in this capacity in an attempt to make inroads with the carrier prior to launching its next generation of products in 2H08.

NVTL estimated that its Q1 gross margin will come in at 27% versus its guidance and our projection of 28% prior to the pre-

Exhibit 1
Page 351

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

announcement. A Q1 gross margin of 27% would mark the lowest level since Q406 and is well below the company's long term target of 30%.

From a geographic standpoint, weakness in NVTL's U.S. business is causing the company's revenue base to become more dependent on the traction it is gaining in Europe. In Q307, domestic sales accounted for 74% of all revenue.

That percentage decreased to 71% in Q407. NVTL now expects domestic Q1 revenue to make up only 65% of its total, with the remainder coming from international customers.

Prior to last night's call, NVTL had been rather upbeat about its position for the full year and had stated that it expected to exceed $500 million in revenue for the year not including any contribution from new verticals. However, the company declined to offer any further guidance during last night's call stating that it would wait until it releases its official quarter results on May 1st. We are unsure if NVTL will decide to include contribution from the new verticals in its guidance on May 1st though investors certainly believe management should. NVTL has not been very forthcoming on the size of the deals they have stated they have signed, other than to indicate that it will be material to 2H08.

Despite the company's reluctance up to this point to put any real teeth to its intimation that it will be entering new vertical markets in 2H08, we believe NVTL will discuss the opportunities in more detail on its May 1st call. We think the company may size the auto market with its current partner Autonet.

We believe the company may have signed a deal with Chrysler and another leading auto manufacturer, with more deals potentially in the works. Moreover, we believe the company will speak in broad terms about its move into other consumer market verticals such as a portable movie download products with large established partners.

Finally, we point out that Peter Leparulo has returned to his position as CEO of NVTL where he will focus on day-to-day functioning of the company as well as strategic decision making. Brad Weinert will continue to serve as the company's president and will direct his attentions to short term tactical operations designed to get the company's products into the market.

We are reducing our 2008 revenue estimate from $505 million to $441 million and our Pro Forma EPS estimate from $1.40 to $1.00 per share. Moreover, we are lowering our gross margin estimate from 29.1% to 28.4% for the year. Our new projections do not assume much from the new verticals. We believe that investors with patience will be rewarded as the company launches its new feature rich USB modems and demonstrates the market potential in the new verticals. We note the stock is inexpensively priced trading at 8.8x (after market trading) our new lowered 2008 EPS estimate, to say nothing of the $153 million ($4.61/share) in cash on the balance sheet. Furthermore, the company indicated that to date it has purchased $9 million worth of stock under its buyback program, leaving another $16 million available to be purchased under the plan. NVTL indicated it may ask the Board to initiate a new buy back once the current buyback is complete.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality, cash rich ($4.61 per share) industry leader for much less than an S&P multiple. We are reiterating our BUY rating but trimming our price target to $15 from $21, which is based on 15x our new pro forma 2008 EPS estimate of $1.00, a multiple we believe is conservative especially considering the company's historical revenue growth.

RISKS

We believe an investment in NVTL involves the following risks.

  * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

  * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

  * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

  * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at

Exhibit 1
Page 352

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*April 15, 2008 Dundee Securities Corp. - Arinder Mahal, Puneet Malhotra (also as: Wake Up Call)*
**Novatel Wireless Inc.- Despite Strong Market Growth Novatel Continues to Disappoint - Downgrading to a SELL**
Event (all figures in US$)
* Novatel Wireless reported preliminary Q1/FY08 with revenues expected to be close to $91MM (down 17% y/y), well below its guidance of $110MM and both Dundee and consensus of $110.5MM. EPS is now expected to be in the range of $0.13 to $0.16
* The company also announced the appointment of Peter Leparulo, the current chairman of the board, as CEO, effective immediately. This is a return to the post for Mr. Leparulo, who served as a CEO from Jan/03 to Nov/06.
Investment Conclusion and Rating
* Novatel's disappointing performance is the result of poor execution on multiple levels -new product launches, sales management, and operations. As a result the company is losing market share at its key customers and despite the continued strong market growth, sales are headed in the other direction.
* With its current products aging (pushed out of key channels) and new products not expected until Q3/FY08 we do not see the situation changing over the short term. Moreover, with the competition increasing at its key customers (Verizon and Sprint) we believe the company may face a tough challenge in regaining lost market share. Novatel's pain is Sierra Wireless' (SW-T, Buy, Target US$26.50) gain (see our note dated April 9, 2008)
* We are lowering our target to US$9.50 from US$17.00 and our rating to SELL from Neutral.
KEY HIGHLIGHTS
Channel Displacement @ Verizon and Delayed Product Launch @ a major European Carrier Drives Lower Revenues
* Sales at its largest customer, Verizon, were lower than expected as Novatel was unable to get the key promotional channel slot for the MC727 USB modem -promotional channel positions are key as these products are aggressively marketed by the carriers and drive the bulk of the volume. The company blamed poor sales execution for not being able to adjust shift towards lower priced products.
* Approximately $10MM of the shortfall in revenues was due to the delayed launch of its HSPA USB modem at a key European carrier. The delay was caused by the carrier not being able to get its own software application (connection manager) ready in time. The company indicated that the issue has been resolved and it has commenced shipments of the product.
Forecasts: As a result of the lower than expected preliminary Q1/08 results plus an increasingly challenging competitive positioning, we are lowering our FY08 estimates to revenues of $437.3MM from $503.8MM and EPS to $0.74 from $1.14. We believe Q2FY08 will be another disappointing quarter for the company as we expect it to continue to lose market share at not only Verizon but also at Sprint (as Sprint is set to launch a competitive product from Sierra Wireless across its channels and is expected to promote the product aggressively.)

*April 15, 2008 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless Pre-Announces Q108: Lowering Estimates**
KEY POINTS:
* Consistent with our channel checks and investor meetings at CTIA, Novatel reported disappointing Q108 preliminary financial results. Management indicated an unfavorable mix away from its products and execution issues resulting in share losses at some customers, a delayed launch of a key European product, and disappointing uptake of its enterprise USB device at Verizon as reasons for the shortfall. Based on disappointing preliminary results, we are lowering our estimates and price target.
* Novatel Wireless reported Q108 preliminary financial results of $0.16-$0.18 pro-forma EPS on revenue of approximately $91M versus our estimates of $0.22 and $112M.
* Management noted approximately $10M of revenue shortfall was due to delayed launch of its MC930D device at a key European customer. However, with technical issues at this carrier resolved, management indicated the device has recently commenced shipping and a portion of the $10M will be realized during Q208.

Exhibit 1
Page 353

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

    \* Consistent with our industry note from CTIA (see our April 7th note entitled Back From Las Vegas: Summary of CTIA Meetings), we believe Sierra Wireless is currently gaining share from Novatel.

    \* In fact, Novatel management indicated sales of Novatel's enterprise focused MC727 USB lost market share to lower-end products as North American macroeconomic headwinds drove consumers towards lower-priced alternatives. While the March quarter is usually down 5 to 10% sequentially for mobile computing suppliers in North America, we believe Novatel's N.A. revenue decreased from roughly $84M in Q407 to less than $60M in Q108.

    \* Novatel announced the appointment of Peter Leparulo, the company's current chairman of the board and former CEO, has returned to the CEO position, effective immediately.

    \* He plans to improve operational results through an increased focus on accelerating product development efforts, bringing next generation products to market faster, and refocusing sales efforts on large North American and European carriers.

    \* Novatel will release complete results on May 1, 2008.

    \* Based on disappointing results, we are lowering our 2008 pro-forma EPS estimate from $1.23 to $0.93 and our 2009 estimate from $1.09 to $0.91.

INVESTMENT RECOMMENDATION:
We maintain our Neutral rating. Our $9 price target, down from $11, is based on the same 10x our 2009 pro-forma EPS estimate, which is below the 12x peer multiple. Due to our assumptions of declining earnings growth, we believe Novatel deserves to trade below the peer group. NVTL shares were off in afterhours trading.

 RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks to our price target include increased competition for core PC card business, success of the Ovation platform versus increasing competition, and the company's ability to maintain its market share with leading carrier partners.

COMPANY DESCRIPTION:
Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*April 15, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - Novatel's 1Q Results Fall Short – Company Faults Execution, Not Market**
Conclusion: Novatel announced a fairly sizable 1Q08 miss last night after the close. Despite strong secular wireless data trends and USB strength, the company reports demand for its products at a major US customer fell behind plan late in the quarter (Verizon we believe). Additionally, technical issues delayed the launch of the Ovation MC 930d at a European customer; that glitch resulted in a $10MM revenue pushout. Novatel did take a positive step by renaming Peter Leparulo as CEO; that move gives the company a more traditional organizational structure and clearer leadership lines.

    \* European Customer Delay, North America Mix Issues Hit 1Q. NVTL now sees 1Q revenue at $91MM versus prior guidance of $110MM; GAAP EPS now in the range of $0.13-0.15 compared to guidance of $0.22. Approximately $10MM of the $19MM miss is attributed to a delayed customer launch of Ovation product in Europe. Additionally, lower sales to a N. American customer (likely VZ) contributed to the miss - likely related to a mix shift to the low end (PCMCIA, express-card) where NVTL is more poorly positioned versus competitors. Our GAAP EPS is reduced to $0.90 for FY08. Novatel did remain cash flow positive in the quarter.

    \* Management Structure Shifts - CEO Role Returns To Leparulo. Novatel named current chairman of the board (and former CEO) Peter Leparulo as the new CEO of the company. Weiner remains as President. We understand that Rob Hadley, long-time head of Sales at Novatel, recently left the company.

    \* 2H08 Recovery Reason to Own Stock. While 1Q08 results were not as strong as guided, we remain positive about the long term for Novatel. Assuming a ~$9 open for NVTL shares, the stock trades at only 10X multiple (5X, net of ~$4.50 shr/cash) in front major product launches and 3G network roll-outs.

*15 April 2008 J.P. Morgan - Paul Coster, Mark Strouse, Sandeep Madhur*
**Novatel Wireless Negative Preannouncement; Adj. Ests**
 NVTL negatively preannounced 1Q results. We are adjusting estimates and maintain our Underweight rating.

Exhibit 1
Page 354

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* NVTL expects 1Q results of $0.13-$0.15 GAAP EPS ($0.16- $0.18 PF) on ~$91m in revenue, below our at-consensus estimate of $0.22 ($0.27 PF) on $109.9m. $10m of the revenue shortfall is associated with a delayed launch of NVTL's MC930D product with a major European carrier (has since begun shipping in 2Q). Additionally, sales of NVTL's enterprise-class MC727 USB products were weaker than expected at another major customer and end-market demand has shifted towards lower ASP products. We are adjusting estimates accordingly.

* Could still get interesting in 2H08. NVTL plans to introduce new products in 2Q/3Q that better integrate software and hardware and enable delivery of various content (i.e. GPS, MP3s, Video). Although full-year guidance could possibly be revised during the 1Q conference call, management has previously noted that FY08 sales could exceed $500m, not factoring in new products, as they refresh existing products with new features. That said, execution must be nearly flawless, in our view, and it is too early to determine the opportunities available for NVTL in the new markets it enters.

* NVTL plans to provide full 1Q results on May 1.

* Maintain Underweight. At an after-market indication of $8.80, NVTL trades at 8.4 times our revised 08 PF EPS estimate of $1.05, a 60% discount to the mean of our coverage universe.

Valuation and Rating Analysis

Maintain Underweight. NVTL trades at 8.4 times our 08 PF EPS estimate of $1.05, a 60% discount to the mean of our coverage universe. We believe there are too many companies (e.g., SWIR, NVTL, Option) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.

Risks to Our Rating

Factors that could lead the stock to outperform our coverage mean include:

* a faster-than-anticipated ramp in embedded module sales with OEM partners;

* broader and deeper end-market adoption than originally anticipated, leading to an upward revision of NVTL's addressable market;

* market share gains;

* new products that expand addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, Gobi, WiMax hybrid);

* competitors exit the market, leading to improved pricing power;

* increased efficiencies in development, manufacturing, certification;

* second sourcing production leads to reduced COGS ahead of expectations; and/or

* the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*15 APRIL 2008 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Lowered Q1/08 Guidance a Result of Internal Issues**
INVESTMENT OPINION
Novatel has lowered Q1 expectations due to company-specific issues. The company expects to regain its momentum in 2H/08. To reflect the near-term poor performance and uncertainty, we are lowering our target price from US$24.00 to US$14.50. Overall, we believe that market fundamentals and demand remain well intact. As such, we remain a BUY.
ANALYS I S
Lowered Q1 sales guidance due to poor execution: For Q1/08, Novatel now expects revenue of about US$91 mm versus previous guidance of US$110 mm, a 17% decrease. Consensus stood at US$110.4 mm, while we were looking for US$110.2 mm. The lowered guidance was due to three company-specific issues. (1) Roughly US$10 mm of the top-line shortfall was due to a delay in shipping its MC930D USB modem to a major U.K. customer due to interface issues on the part of the carrier. Novatel is now shipping the modem to the carrier. The company expects to recoup the revenue shortfall during 2008, starting in Q2. (2) Failure to secure the low-end channel slot with a major North American carrier, Verizon, for its MC727 USB modem as Novatel was late on timing and underestimated the competition. Pantech's new UM150 device took this slot, gaining share at Novatel's expense in the quarter. A favourable slot position was built into previous company guidance. (3) Overall poor sales/operational execution, with enterprise sales at Verizon coming in below internal expectations, although we note that Novatel did have a record quarter with this carrier in this category.

Exhibit 1
Page 355

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Reducing EPS guidance as well: On the bottom line, Novatel is lowering expectations by roughly 37% with GAAP EPS guidance of US$0.13-US$0.15 (versus US$0.22 previously) and pro-forma EPS of US$0.16-US$0.18 (versus US$0.27 previously). We had been looking for adjusted EPS of US$0.28, while consensus stood at US$0.27. The bulk of the EPS decline is gross margin related due to lower volumes and product mix. Novatel expects Q1 gross margins to be roughly 27% versus 28% previously. Of note, pricing in the quarter was as expected, which indicates no change in competitive pressures. |
| | | | | | Novatel also indicated that it was cash flow positive in Q1, while having used US$9 mm of its cash during the last month to buy back its stock, lowering share count by about 900k. We expect Novatel to continue its share buy back in the coming months. The company approved a US$25 mm stock repurchase program back in early March. |
| | | | | | 2H/08 recovery expected: To regain its momentum, Novatel is looking to accelerate product development in an effort to regain first-mover advantages with key North American and European carrier partners. Q4 product rollouts will be accelerated into Q3. At the same time, Novatel plans to streamline management operations, with Chairman Peter Leparulo reassuming CEO duties, which will include managing day-to-day operations and strategic planning. President Brad Weinert will focus on short-term tactical operations to deliver products to channels in a timely manner. |
| | | | | | Lowering estimates: We have lowered our Q1/08 estimates accordingly, namely by decreasing our USB product estimates (Figure 1), as well for all of 2008 and 2009. We note that while Novatel management provided no commentary on full-year 2008 guidance, we now expect 2008 sales to come in below previous guidance of at least US$500 mm. |
| | | | | | Valuation: Despite the lowered Q1 guidance, we believe that market fundamentals remain intact and overall demand is as robust as ever, with reduced monthly data pricing plans from carriers driving market growth. As such, we maintain our BUY recommendation as we anticipate a 2H recovery in Novatel's performance. We are, however, lowering our target price from US$24.00 to US$14.50 based on 10x our lowered 2009 EPS forecast. We have lowered our valuation multiple from 15x to 10x to reflect the company's nearterm underperformance and execution risk. |
| | | | | | Inventory rebalance and component constraints resolved: As expected, the company did witness an inventory rebalance in Q1 at its North American carrier customers (Sprint and Verizon), as those carriers flushed out some legacy products. As well, the RF component supply constraints (tied primarily to HSPA products) that hindered performance over the last six months are now resolved. In the quarter, Verizon (largest customer), Sprint, Dell, and Telefonica were each >10% customers. In particular, on the conference call Novatel indicated that sales at Sprint were inline with internal expectations, further highlighting that the MC727 shortcomings were all tied to Verizon. |
| 4/16/2008 | 3,975,832 | $8.20 | 5.67% | 1.22 | *16 Apr 2008 Datamonitor* |
| | | | | | **Novatel Wireless, Inc. - Latest Company News** |
| | | | | | Novatel and Autonet partner to deliver wireless connectivity for automobiles |
| | | | | | 1-Apr-08 |
| | | | | | Autonet Mobile's patent pending TRU Technology leverages a new cellular data module from Novatel Wireless to deliver an IP Platform specifically designed for cars on the move. The combined solution will provide performance gains with multiple users connecting to the internet at the same time, while in the car. This technology will also enable passengers to surf the web, check email and play games on-line, as well as access personal content using any Wi-Fi enabled device within close proximity to the vehicle. Novatel has also become a design and manufacturing partner working with Autonet Mobile utilizing the Novatel Expedite E725 Express Mini Card Module to miniaturize and deliver an automotive grade internet connectivity solution in next generation designs. Brad Weinert, president of Novatel Wireless, said: "This partnership represents a new strategic direction for Novatel Wireless as we move into wireless content delivery devices, and we look forward to a fruitful partnership with Autonet Mobile. By leveraging the latest wireless technology and Novatel Wireless' software development kits and engineering expertise, Autonet Mobile is able to reduce its development cycles, increase time to market and capture the first-mover advantage." |
| | | | | | Novatel appoints James Ledwith to board of directors |
| | | | | | 28-Jan-08 |
| | | | | | Mr Ledwith brings a wealth of experience in strategic, financial, and organizational planning for high growth companies across a |

Exhibit 1
Page 356

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

variety of industries. He has served as a partner at J.H. Cohn, one of the accounting and consulting firms in the United States.

Mr Ledwith has worked extensively with manufacturing and distribution organizations. He has actively assisted companies in mergers and acquisitions, corporate finance, corporate governance and business consulting. He spent twenty years with a Big Four accounting firm as an audit partner, having completed three years of service in the accounting research department.

James Ledwith is a graduate of the Wharton Graduate Division of the University of Pennsylvania where he earned his Masters of Business Administration, and Babson College. He has been a Certified Public Accountant since 1971 and is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants. He has served on the board of directors for several for-profit and nonprofit companies, and is currently a director of publicly-traded San Diego Trust Bank.

Novatel names senior vice president and CFO

  28-Jan-08

Mr Leddon has served as interim CFO of Novatel Wireless since November, 2007. He has served in executive financial and operational capacities as president, CFO, COO, CAO and vice president  of finance for public and private companies in a variety of manufacturing, distribution, technology and highly entrepreneurial industries.

He brings more than 30 years of successful experience in financial management and financial organizations, with proven expertise in corporate finance, financial planning, control, systems and analysis, accountability, process improvement, financial reporting and internal controls. Having served in numerous senior executive capacities, Mr Leddon also has in-depth experience in overall management, operations, strategic planning and shareholder value maximization.

Prior to joining Novatel Wireless, Mr Leddon spent ten years in professional financial management and consulting with both public and private companies, including Pathway Strategic Partners and Crossroads. He was chief operating officer of manufacturing company Apex Designs, president and chief financial officer of GeoLogistics Americas, an international provider of logistics services, and chief financial officer and chief administrative officer of Daylight Transportation.

Previously, he held CFO and senior-level finance positions in various portfolio companies of Milhous Group, a private equity firm, where he implemented strategic initiatives to penetrate new markets and operational initiatives to increase enterprise value. Prior to Milhous, Mr Leddon was the chief financial officer and corporate secretary of Berry Industries, a geophysical data company. Leddon began his career at US Steel, where he held progressively responsible positions in accounting, internal audit and finance over a ten year period.

Novatel partners with Qualcomm

  29-Nov-07

Novatel announced that its embedded global mobile internet (Gobi) solution for notebook OEMs includes Qualcomm's MDM1000 chipset, associated software and application programming interface (API). It also includes reference design for a software-defined configurable data module supporting both evolution-data optimized (EV-DO) Revision A and high speed packet access (HSPA) and offers full backward compatibility and global positioning system (GPS) functionality.

   "We look forward to expanding our support of more than 60 current embedded OEM platforms by providing Gobi-enabled products in the second half of 2008 as part of our overall embedded product portfolio," said Rob Hadley, senior vice president of worldwide sales and marketing at Novatel.

Mike Concannon, vice president of product management at Qualcomm said: "We look forward to collaborating closely with a variety of industry partners to accelerate the worldwide availability of notebooks with multi-mode Gobi global mobile internet."

The Gobi compatible modules will join Novatel's existing family of modules, including the E860D, the E870D and the E725, which offer integrated wireless capabilities and services such as e-mail active notification, multimedia streaming, video telephony, mobile gaming, corporate network access and web browsing.

In October 2007, Qualcomm launched the Gobi embedded solution for notebooks with features such as high-speed mobile internet and GPS. The Gobi is certified to operate on code division multiple access 2000 EV-DO and universal mobile telecommunications service HSPA networks.The enterprise and consumer notebooks powered by Gobi are expected to be commercially available in the second quarter of 2008.

Exhibit 1
Page 357

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 4/17/2008 | 1,462,812 | $8.24 | 0.49% | 0.22 | |
| 4/18/2008 | 1,406,551 | $8.41 | 2.06% | (0.07) | *April 18, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* |

*SWIR, NVTL, Option March 2008 Quarterly Earnings Preview*
Overview
For all three companies, we see the market continuing to see solid adoption in 2008. We believe that key concerns remain the risk of Qualcomm's Gobi product seeing more widespread adoption and the risk of competitive entry by Asian players such as Huawei and ZTE.
SWIR - We believe NVTL's weakness in 1Q08 likely represents market share gains by SWIR (particularly at Verizon, where poor sales execution cost NVTL a large order). Consequently, we are raising our estimates for SWIR (see description on following page). However, we believe this additional business was likely lower-margin, and most of this outperformance is priced into SWIR shares.
NVTL - Recall that NVTL pre-released negative expectations for 1Q08. We expect NVTL to cut its $500M C08 revenue guidance substantially, but this is already baked in to estimates.
Option - While we do not cover Belgium-based Option, its results come ahead of SWIR's and may offer some additional insight into conditions, although we believe Option is continuing to suffer market share losses at the hands of competitors. Option is also hosting an analyst day the day after reporting earnings.
Key Expectation and Perspectives
Key expectations are below. Complete pre-call variances, models, and a comparative are also attached.
Details
Changes to SWIR Estimates - We have raised our 1Q08 EPS estimate from $0.35 to $0.36, based on an increase in our revenue estimate from $136M to $139M. We are also boosting our C08 EPS estimate from $1.64 to $1.65, based on an increase in our revenue estimate from $593M to $601M, though we are simultaneously taking down our gross margin estimates, as we believe the extra business that SWIR probably won from NVTL was lower-margin. For C09, we are raising our revenue estimate from $701M to $709M, but our EPS estimate is unchanged at $1.91 due to lower gross margins.
About the Verizon Order - Regarding NVTL's missed Verizon order (which we believe SWIR received), we believe that NVTL was working to come to Verizon with premium pricing by offering premium features (i.e., its new NovaSpeed software). However, in this economic environment, carriers are looking for lower-priced, lower-margin products and were unwilling to pay up for these features. NVTL tried negotiating hard, and ended up losing the order to SWIR, who took the lower margin business.
Upside on SWIR May Be Limited - We downgraded shares of NVTL following their disappointing pre-release. SWIR has been demonstrating better execution, and we expect outperformance in 1Q08, particularly relative to guidance. However, beyond this quarter, we question SWIR's potential for additional upside, particularly given the risk of aggressive competitive behavior by NVTL and Option and the risks of a lower-margin pricing environment as carriers target lower-end products for purchase.

| | | | | | |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 4/21/2008 | 1,398,525 | $8.58 | 2.02% | 0.62 | |
| 4/22/2008 | 1,245,735 | $8.67 | 1.05% | 0.70 | |
| 4/23/2008 | 760,969 | $8.51 | -1.85% | (1.10) | *Date: Apr 23 2008  8:00:04 Wire: Business Wire (BUS)* |

**Novatel Wireless to Report First Quarter 2008 Results on Thursday, May 1, 2008**
SAN DIEGO--(BUSINESS WIRE)--April 23, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, announced it will release financial results for the first quarter ended March 31, 2008 shortly after market close on Thursday, May 1, 2008. Novatel will host a conference call and live webcast for analysts and investors at 4:30 p.m. ET that day to discuss first quarter results.
   For parties in the United States and Canada, call (800) 257-7087 to access the conference call. International parties can access the call at (303) 228-2961.
   Novatel Wireless will offer a live webcast of the conference call, which will also include forward-looking information. The webcast will be accessible from the "Investor Relations" section of the company's website at www.novatelwireless.com. The webcast will be archived for a period of 30 days. A telephonic replay of the conference call will also be available two hours after the call and will run

Exhibit 1
Page 358

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|----------------|------------------------------------------------------------------------------|
| | | | | | for two days. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter pass code 11113334. International parties should call 303-590-3000 and enter pass code 11113334. In addition, Novatel Wireless' press release will be accessible from Novatel Wireless' website before the conference call begins. |
| 4/24/2008 | 879,570 | $8.57 | 0.71% | (0.09) | *24 APRIL 2008 Research Capital Corporation - Nick Agostino*<br>**Sierra Wireless Inc.,  Novatel Wireless Inc.**<br>EVENT -OPTION REPORTS STRONG Q1/ 08 TOP LINE RESULTS AND INL INE EARNINGS<br>Sierra and Novatel competitor Option reported this morning. Sales of Euro 76.8M were 16% better than consensus of Euro 66M. EPS of Euro 0.07 was inline with expectations.<br>OPINION -MARKET DEMAND REMAINS ROBUST<br>On its conference call, Option indicated wireless broadband demand continues to expand. The sales outperformance was driven by better than expected volumes despite a 10% decline in ASPs in the quarter --- a positive indicator of market demand. The ASP decline is attributable to a shift in product demand to the lower priced, more popular USB form factor. USB demand to remain strong in 2008/2009 timeframe. We note for both Sierra and Novatel, their sales are already weighted to USBs so this is less of a concern. Option noted it is starting to see a stabilization in ASPs after a long battle with Huawei in the European market. In North America the pricing environment has always been more stable. Novatel recently indicated as such with respect to ASPs in calendar Q1. Nevertheless ASPs is always an area of concern in this industry. With Huawei planning to be more aggressive within the North American market in 2008 and Option's intent to place greater focus on North America, we will continue to monitor the pricing environment. Although we note North American carriers typically put more weight on product performance and pricing. In any event we continue to model a 10-15% annual ASP decline for Sierra and Novatel in line with the historical norm. Volume growth however appears to be more than offsetting price declines. Option also stated it is witnessing a shift away from low cost vendors (likely due to poor performance), back to mid-high end innovative vendors like Sierra, Novatel and Option; also a benefit for ASPs.<br>On Gobi, the Qualcom model is expected to hit the market in 2H/08, with volume growth in late 2008, 2009. Option does not expect the module to have a material impact on the marketplace within the next 9-12 months. Even so, current interest is primarily tied to the U.S. carrier market (Verizon, Sprint and AT&T). As such while we expect some impact on Sierra's and Novatel's module sales in this region, we continue to expect volume growth from European and Asian carriers for its in-house module solutions to offset any North American sales declines. Keep in mind, after much fanfare in 2006 following initial laptop OEM demand, this market has been slower to develop with the external USB form factor proving much more popular. Rapid technology transitions and carrier stickiness are two issues hindering mass market module growth.<br>Overall given a strong market environment we continue to prefer Sierra (BUY, US$32.00 target) over Novatel (BUY, US$14.50) on a relative basis given better execution, channel postioning, stronger balance sheet, tax benefits and an advanced diversification strategy. On an absolute basis, both companies operate in a dynamic, high growth industry with strong market fundamentals (carrier device subsidies and aggressive data pricing plans). |
| 4/25/2008 | 855,218 | $8.80 | 2.68% | 1.00 | |
| 4/28/2008 | 1,279,890 | $8.93 | 1.48% | 0.46 | *28 April 2008 J.P. Morgan - Paul Coster, Sandeep Madhur, Mark Strouse*<br>**Novatel Wireless - 1Q08 Preview; Cutting Estimates**<br>Recently lowered 1Q expectations will probably be met. With the economy slowing, consumers and businesses becoming price sensitive, we believe our 2008 forecast is too aggressive, and we are trimming estimates in advance of earnings. Much hinges on whether NVTL's 1Q challenges were company-specific or representative of deeper issues in this space.<br> * NVTL reports 1Q results on Thursday, May 1 at 4:30PM EST; Dialin: 800-257-7087.<br> * We expect 1Q results to meet with our estimate of $0.15 GAAP EPS ($0.18 PF) on $90.8m in revenue (Street: $0.13/$90.9m). NVTL negatively pre-announced on April 13, citing a delayed launch of its MC930D product and weaker-than-expected sales of its MC727 product. VTL guided for $0.13-0.16 GAAP EPS on ~$91m in sales. We are concerned that wireless operators will also trim channel inventory now. |

Exhibit 1<br>Page 359

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | * We are cutting estimates for 2008 ahead of the call. We believe our growth forecast was too aggressive in the context of a slowing economy and increased price sensitivity for discretionary services. We also expect Asian OEMs to address the U.S. market in 2H08, competing on price.<br><br>* We look for 2Q GAAP EPS of $0.16 on sales of $99.5m (Street: $0.17/$100.1m). We continue to believe the wireless modem market is a commodity business, though we believe there's scope for differentiation around industry-vertical applications. NVTL's history of innovation has been good, so we might become more constructive if the company introduces compelling and differentiated products in 2008.<br><br>* Maintain Underweight. NVTL trades at 10.7 times our revised 08E PF EPS estimate of $0.83, a 47% discount to the mean of our coverage. We believe there are too many companies pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.<br><br>Valuation and Rating Analysis<br>Maintain Underweight. NVTL trades at 10.7 times our revised 08 PF EPS estimate of $0.83, a 60% discount to the mean of our coverage universe. We believe there are too many companies (i.e., SWIR, NVTL, Option, Huawei) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.<br><br>Risks to Our Rating Factors that could lead the stock to outperform our coverage mean include:<br>* a faster-than-anticipated ramp in embedded module sales with OEM partners;<br>* broader and deeper end-market adoption than originally anticipated, leading to an upward revision of NVTL's addressable market;<br>* market share gains;<br>* new product that expands addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, Gobi, WiMax hybrid);<br>* competitors exit the market leading to improved pricing power;<br>* increased efficiencies in development, manufacturing, certification;<br>* second sourcing production leads to reduced COGS, ahead of expectations; or<br>* the introduction of significantly differentiated product leads to ASP increases and margin improvement. |
| 4/29/2008 | 982,552 | $9.03 | 1.12% | 0.33 | *29 APRIL 2008 Research Capital Corporation - Nick Agostino*<br>**Novatel Wireless Inc. - Q1/08 Preview -Lacklustre 1H/08, Anticipate 2H Recovery**<br>INVESTMENT OPINION<br>Novatel Wireless will report Q1/08 results on May 1, after market close. We expect Q1/08 results inline with recently lowered guidance, with a marginal improvement for Q2 outlook. We expect the company to rectify its poor 1H/08 execution and regain its momentum during the 2H of the year. Overall, we believe that market fundamentals and demand remain well intact. As such, we remain a BUY with a US$14.50 target price.<br>ANALYS I S<br>Q1 expectations: We expect the company to report Q1 sales of US$90.0 mm, inline with recently lowered guidance, with adjusted earnings of US$0.17 and GAAP EPS of US$0.14, at the mid-point of current guidance and US$0.01 ahead of consensus (Figure 1). Recall that the company lowered Q1 guidance on April 14 due to poor internal execution. See our note dated April 15 for more details.<br>Losing some share in North American channels: Feedback from recent channel checks (~30 locations):<br>At Verizon, the popular devices were Novatel's USB720 modem and the Pantech UM150, much like in Q4. However, during the quarter, Novatel failed to secure the low-end channel slot with Verizon for its new MC727 USB modem as the company was late on timing and underestimated the competition. This contributed to the Q1 warning. As a result, UTStarcomm/Pantech's UM150 device garnered this slot, with its product now available for free versus US$29.99 for Novatel's USB720 and US$149.99 for its USB727. As a result, we expect Novatel to lose some share in the Verizon channel during Q2. Store traffic in this channel was also reported as steady.<br>At Sprint, our channel checks suggest a fairly even split between Sierra's AC595U (USB) modem and Novatel's USB727 (US$99.99 after rebate) modem, with a slight nudge to Novatel. With the recent availability of Sierra's new Compass 597 USB for US$49.99 |

Exhibit 1<br>Page 360

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | after subsidies, we expect Sierra to gain share in this channel in Q2 at Novatel's expense. Store traffic in this channel was also reported to be steady. |
| | | | | | Expect a marginal uptick in Q2 guidance: Entering into a seasonally stronger quarter relative to Q1, while remaining cognisant of anticipated near-term share losses in North America, we are currently modeling revenues for Q2 of US$100.0 mm, adjusted EPS of US$0.21, and GAAP EPS of US$0.18, while consensus stands at revenues of US$100.4 mm, adjusted EPS of US$0.20, and GAAP EPS of US$0.17. We note that delayed shipment of Novatel's MC950D USB modem to a major U.K. customer, we believe to be O2, due to interface issues on the part of the carrier contributed roughly US$10 mm in revenue shortfall in Q1. Based on our checks, this device is now shipping to O2. The carrier has aggressive pricing offers: free modem with an 18-month £20/month data plan or £199.99 with a rolling 1-month £20/month data plan. As such, we expect Novatel to recoup some of its lost revenue shortfall at O2 starting in Q2. |
| | | | | | This is incorporated in our +10% sequential uptick expectations for Q2. 2H/08 recovery expected: Despite Novatel's recent internal poor performance, we believe that market fundamentals remain intact and overall demand is as robust as ever with reduced monthly data pricing plans from carriers driving market growth. With new streamlined management operations and responsibilities and aggressive plans to accelerate product development during 2H/08 to regain market share, we believe that Novatel is a 2H/08 story pending successful execution on management's part. As such, we reiterate our BUY recommendation and US$14.50 target price based on 10x our 2009 EPS forecast. Our valuation multiple is at the low end of comparable multiples (Figure 2) to reflect the company's near-term underperformance and execution risk. |
| | | | | | Margins to be lower Q/Q in Q1: We expect Q1 gross margins of 27%, inline with the company's recent guidance, with the margin declining Q/Q due to lower volumes and product mix. Of note, Novatel has also indicated that the pricing environment in Q1 was stable, suggesting no change in competitive pressures. This concurs with recent commentary from competitor Option during its Q1/08 results. In addition to a gross margin decline in Q1, we expect operating margins to decline sequentially to about 8% due to rising certification and R&D costs associated with new product introductions in the quarter. We estimate that Novatel ended the quarter with over US$158 mm in net cash, or about US$4.77 per share (about 53% of current share price), including nearly US$8 mm in positive cash flow from operations; directionally inline with company guidance. |
| | | | | | Inventory rebalance and component constraints resolved: As expected, the company did witness an inventory rebalance in Q1 at its North American carrier customers (Sprint and Verizon), as those carriers flushed out some legacy products. As well, the RF component supply constraints (tied primarily to HSPA products) that hindered performance over the last 6 months are now resolved. |
| 4/30/2008 | 1,067,481 | $8.92 | -1.22% | (0.36) | |
| 5/1/2008 | 1,503,980 | $9.14 | 2.47% | 0.02 | *May 1, 2008 Oppenheimer & Co. Inc. - George Iwanyc, Ittai Kidron* **Novatel Wireless, Inc. - Challenges to Continue in 2Q08: Resetting Expectations** Summary: Novatel's reported disappointing 1Q08 results (rev. $91M, EPS $0.17) and guidance suggests that the worst isn't behind the company. At this point the focus is on: 1) accelerating product development; 2) refocusing on tier 1 carriers; and 3) streamlining the management structure. We believe management can follow through on these goals, but it will take time (we look to 4Q08/2009) and money (we're raising OpEx est. despite a significant top line cut) to do so. With Novatel in a compromised near-term position and unable to capitalize on a strong market until its product portfolio is refreshed (2H08) we stay of the sidelines. We reiterate our Perform rating and wait for signs that the execution problems have been resolved. * Disappointing 1Q08. Sales of $91M represents a $19M shortfall from original guidance of $110M. Roughly $10M is from a delay in its MC930D launch with a European carrier (O2) and the rest from lower than expected sales of its MC727 and poor execution at Verizon (VZ, $39.32, P). UTStarcom and Sierra Wireless (SWIR, $19.15, O) have filled the gap at Verizon. * Guidance disappointing as well. 2Q08 rev. and EPS guidance of $85-$90M and $0.13-$0.16 shows that management expects another challenging quarter. The now ramping MC930D is coming along at a measured pace at O2 and Novatel will need to deliver on a product refresh to strengthen its position at Verizon. We're resetting our 2008 and 2009 expectations much lower to account for this product transition. * Focused on a 2H08 product refresh. Novatel has a number of product introductions that can start a 2H08 sales recovery. In June |

Exhibit 1
Page 361

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | |

Novatel will introduce its MC990D USB product for Europe (a 3Q ramp) and then add at least two more USB products in 2H08. The new NovaSpeed software improvement will come in 3Q08 among other products in the Evolution product/Content areas that will follow late in the year.

   * Market remains strong. One positive is that the long-term growth drivers for the overall market are still in place, which should help Novatel regain its footing if it successfully refreshes its portfolio. 3G traction is accelerating and carriers are lowering data service pricing, both of which are driving strong overall demand that should continue into 2009.

Outlook Shows No Quick Fix To 1Q08 Challenges

Novatel delivered a disappointing 1Q08 with sales of $91 million in line with the company's preannouncement, but well below original guidance of $110 million. Pro forma earnings of $0.17 showed the impact of the top line weakness and lower interest income. June quarter guidance shows that the worst isn't behind the company with a sequential decline in both sales and earnings expected in 2Q08. Management is bullish on the 2H08 prospects driven by a 2H08 product refresh, although no formal guidance was given.

Three areas contributed to the miss: 1) a delay in its MC930D launch with a European carrier (we believe O2); 2) lower than expected sales of its MC727 at a U.S. carrier (we believe Verizon); and 3) poor execution (sales and operations), particularly at the end of the quarter. Novatel is now shipping the MC930D to O2, but based on guidance the ramp appears to have been tempered.

In the U.S., we believe Novatel miscalculated Verizon's needs and couldn't turn around quick enough to adjust. The shortfall wasn't due to lack of demand, but poor planning regarding product transitions that are compounded by baseband shifts as Qualcomm (QCOM, $44.36, O) adjusts to injunctions from its legal fight with Broadcom (BRCM, $26.88, O) and provides work arounds. Competitors UTStarcom and Sierra Wireless are benefiting near term. We think the Verizon relationship will take time and work to return to previous levels as Novatel regains its footing with new products later in the year.

Novatel is now refocusing efforts on 1) accelerating product development, 2) tier-1 North America and Europe carriers, and 3) streamlining its management structure and internal communications.

We don't see a quick regrouping and anticipated a sharp OpEx ramp to reload the product portfolio (1 2Q08 launch in June (the MC990D) and several launches in both 3Q and 4Q). We look to 4Q08 and 2009 before the new products and organization changes really have an impact. In the mean time we stay on the sidelines and reiterate our Perform rating as we look for signs of progress.

Derivative Implications

We believe the overall wireless broadband market opportunity remains strong, which is supported by Novatel's comments on general market trends. Encouraging March results and June guidance by Qualcomm and Anadigics (ANAD, Outperform, $11.49), both of which are key suppliers to the industry, also supports this position. We believe Novatel's current challenges opens an opportunity for its competitor Sierra Wireless to gain share in the near term with EV-DO carriers in the U.S.

This is supported by the strong June quarter guidance recently provided by Sierra. Longer term, Novatel has clearly identified one of Sierra's top customers AT&T Wireless (T, Outperform, $39.93) as a customer it would like to add.

Quarterly Highlights

Key Positives

   * Peter Leparulo back as CEO. Novatel's Chairman Mr. Peter Leparulo and former CEO (Jan 03-Nov 06) recently returned as CEO (on 4/14/08). Mr. Leparulo takes full responsibility for daily operations and all strategic decisions, while president Brad Weinert focuses on a tactical recovery.

   * Buyback provides support. Management and the Board are committed to the $25M share buyback program, which has $16M remaining. This could lessen the downward pressure from the disappointing guidance and comments suggest the Board is open to raising the buyback.

   * Embedded strong. Novatel's embedded sales increased 21% QoQ to $26.6M, ahead of company expectations. We believe embedded should remain solid for the company in 2008 driven by Novatel's relationship with Dell. Qualcomm's Gobi (which Dell is open to using) and competition from Ericsson adds some uncertainty to the laptop market, but we don't anticipate much disruption until 2009.

   * Gross margin holding up. Despite the sizable top line miss, Novatel's gross margin of 27.9% was essentially in line with management's original guidance of 28%. We believe industry wide pricing pressures has been manageable and within expected ranges.

Exhibit 1
Page 362

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

2Q08 guidance calls for solid margins of 28%-29%.

Key Negatives

\* No quick fix. Management guided for 2Q08 sales of $85-$90M with pro forma EPS of $0.13-$0.16 (GAAP $0.10-$0.13), well below our previous $100.9M and $0.21 estimates and consensus of $98.8M and $0.16 (GAAP). Clearly the issues impacting 1Q08 will take more than one quarter to work through.

\* International sales down. International sales were down 1% QoQ to $33.8M as a delay in a product launch with a European carrier was partially offset by higher embedded sales. Overall traction with European carriers hasn't developed as we expected due to component constraints and the delayed product launch.

\* Customer concentration high. Novatel remains highly dependent on the U.S. and a few key customers, including Verizon and Sprint (Sprint, $8.02, P). The missed opportunity at Verizon in 1Q08 shows the danger of high concentration and the dramatic shifts that can happen (although this could also happen on the positive side).

\* Gobi Impact Uncertain. Qualcomm continues to be bullish on its Gobi global mobile Internet solution and has indicated that Gobi is on track to see its first commercial laptop shipments by June 2008. It's too early to say how Gobi will impact Novatel's embedded and PC/USB card business, but it does add competitive uncertainty and could limit the company's opportunities in laptops. Five laptop vendors (including market leaders Dell and HP) have announced that they will support Gobi. Several carriers, including Verizon, Vodafone, and T-Mobile International, have done the same. Areas to watch include price, mix and margins, all of which could see pressure.

\* Competition always a threat. The adapter, USB and embedded markets remain very competitive, which could pressure price and margins and possibly lead to share loses. Traditional competitors Sierra Wireless and Option remain threats, Huawei is seeing strong traction in Europe and could become a player in the U.S., Ericsson is aggressively going after embedded business, and several other vendors remain active as well (ZTE, UTStarcom, etc.).

*Date: May 1 2008  16:02:01 Wire: Business Wire (BUS)*

**Novatel Wireless Reports First Quarter 2008 Results**

SAN DIEGO--(BUSINESS WIRE)--May 01, 2008 Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, today reported financial results for the first quarter ended March 31, 2008. Revenues for the first quarter of 2008 were $91.3 million compared to $109.8 million in the prior year period. Net income on a generally accepted accounting principles (GAAP) basis was $4.4 million or $0.14 per diluted share, compared to GAAP net income of $10.1 million or $0.34 per diluted share in the prior year period. GAAP net income includes $1.2 million in stock-based compensation expenses, net of income tax. Excluding these charges, non-GAAP net income was $5.6 million or $0.17 per diluted share, compared to non-GAAP net income of $12.1 million or $0.40 per diluted share for the prior year period.

"The first three months of 2008 were challenging on the heels of a year where revenues grew 97% and we delivered non-GAAP diluted EPS of $1.43 to the bottom line," said Peter V. Leparulo, chairman and CEO, Novatel Wireless. "We believe that the overall market is experiencing considerable growth and we remain intensely focused on accelerating development of our next generation products, which we believe will position us with the best-in-class, highest performing products with the most differentiated features in the market. By focusing on what we do best - bringing innovative broadband internet access products to market well ahead of our competitors - we believe we can quickly regain our leadership position."

"Further, we remain confident in our market opportunity, despite macro-economic peaks and valleys, because the products we deliver enhance productivity and make information access ubiquitous and affordable," Leparulo continued. "We also remain enthusiastic that our continued business development execution will lead to channel expansion and drive additional growth opportunities beyond our core product lines."

Second Quarter 2008 Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release for a description of risks. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

Exhibit 1
Page 363

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

The following table summarizes the Company's financial guidance for the second quarter of 2008, which is based on the Company's current business outlook as of the date of this press release. Non-GAAP earnings per diluted share are based on a projected tax rate of 39% and exclude FAS 123R share-based compensation expenses.

Second Quarter 2008

| | |
|---|---|
| Revenue (in millions) | $85-90 |
| GAAP Earnings Per Share, Diluted | $0.10 - $0.13 |
| Adjustment: | |
| Share-based compensation expense, net of income taxes | 0.03 |
| Non-GAAP Earnings Per Share, Diluted | $0.13 - $0.16 |

Conference Call Information

   Novatel Wireless will host a conference call for analysts and investors to discuss its preliminary first quarter results today at 4:30 p.m. Eastern Time (1:30 p.m. Pacific Time). For parties in the United States and Canada, call (800) 257-7087 to access the conference call. International parties can access the call at (303) 228-2961. A live webcast of the conference call, which will include forward-looking information, will also be accessible from the "Investor Relations" section of the company's website at www.novatelwireless.com. Following the webcast, an archived version will be available on the website for 15 days. A telephonic replay of the conference call will also be available two hours after the call and will run for two days. To hear the replay, parties in the United States and Canada should call (800) 405-2236 and enter passcode 11113334. International parties can access the replay at 303-590-3000 and should enter passcode 11113334.

*Date: May 1 2008  16:53:03 Wire: BLOOMBERG News (BN) -- Kim Vacher-ta*
**Novatel Wireless Sees 2Q Adj EPS 13c-16c vs Analysts 20c (Table)**
   May 1 (Bloomberg Data) -- Novatel Wireless Inc provided its forecast for the second quarter of fiscal 2008.

*Date: May 1 2008  17:24:29 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference NVTL US**
Event Date: 05/01/2008
Company Name: Novatel Wireless
Event Description:Q1 2008 Earnings
Source: Novatel Wireless
MANAGEMENT DISCUSSION SECTION
 Operator:
   Good afternoon, ladies and gentlemen. Thank you so much for standing by.  Welcome to the Novatel Wireless first quarter 2008 conference call. During   today's presentation all parties will be in a listen-only mode. Following the  presentation, the conference will be open for questions. [Operator  Instructions] I'll now turn the conference over to Ms. Julie Cunningham, Vice  President of Investor Relations. Please go ahead.
   Julie Cunningham, Vice President, Investor Relations & Communications:  Good afternoon, everyone and thanks for joining us. The agenda for today's   call is as follows. Peter Leparulo, Chairman and CEO will provide a business   overview; and Kenneth Leddon, Chief Financial Officer will review financial  results.
   As a reminder, this conference call is being broadcast on Thursday, May 1,   2008 over the phone and Internet to all interested parties. Information   shared in this call is effective as of today's date and will not be updated.  During this call, non-GAAP financial measures will be discussed.  Reconciliation's to the most directly comparable GAAP financial measures are   included in our first quarter earnings release which is available on the   Investor Relations page of our website at www.novatelwireless.com. The audio   replay of this call will be archived there for 30 days.
   Today's discussion may include forward-looking statements. These   forward-looking statements are non-historical facts but rather are based on   the company's current expectations and beliefs. The company's actual results   could differ materially. Please refer to our

Exhibit 1
Page 364

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | SEC filings for a detailed   discussion of potential risks. Now I'd like to introduce Peter Leparulo,   Chairman and Chief Executive officer of Novatel Wireless. |

SEC filings for a detailed   discussion of potential risks. Now I'd like to introduce Peter Leparulo,   Chairman and Chief Executive officer of Novatel Wireless.

Peter Leparulo, V. Chairman and Chief Executive Officer:

Thanks Julie, and thanks to all of you for joining us today. As we described   on our April 14th call, the first quarter results were lower than our   expectations. We are in a strong market and there are many significant   opportunities available to the company. And we are disappointed we didn't   deliver on that potential in the first quarter. That being said, we believe   we have a strong plan to return the company to growth and to a performance   level that you as shareholders expect.

To begin, revenue for the first quarter was 91 million. EPS on a GAAP basis   was $0.14 per share and non-GAAP EPS was $0.17 per share. As we described   earlier, revenue was lower-than-anticipated due primarily to three factors.   First, one of our carrier partners in Europe delayed the launch of our MC930D   product into their network. We have already begun shipping these orders in volume in the new quarter.

Secondly, sales of our enterprise class MC727 products were   lower-than-expected at one key customer. However our first-generation MCD3000   product sold well during the first quarter. And lastly, we did not adequately   execute both from an operations basis and with our sales effort, especially   toward the end of the quarter. Nevertheless we believe that the overall   market is experiencing solid growth and our addressable market opportunity   continues to grow. Wireless data has never been more important to wireless   carriers and there is also a new category of devices with a presence of   immediate specific broadband connection greatly improves or altogether   transforms the user experience.

We believe the challenges we face now are primarily within our control. And   we have a plan to return the company to top line and bottom line growth. That   plan includes accelerating our product development efforts to bring   innovative products to market faster. Refocusing our sales effort on the   largest carriers in Europe and North America and streamlining our management   reporting structure and adding to our talent pool at Novatel Wireless to   improve efficiencies and pursue new opportunities.

At its heart, our strategy for the current market is to focus on what we do   best: Bringing innovative broadband Internet access products to market well   ahead of our competitors. We believe if we can execute on this plan, we can   quickly regain our leadership position. To explain how we're going to   accomplish this I'd like to frame the discussion around our three strategic   product areas.

The first strategic product area is our core products. In the past, core   products consisted of PC and Express cards and to a lesser extent embedded   modules. Those products have been largely supplanted by the introduction of   our first and second-generation USB products. In the second half of this   year, we will launch our third generation USB products across multiple   technology standards and customer interest has been high.

We have launch commitments from multiple Tier 1 carriers both in the U.S. and   in Europe. Our third-generation USB family of products capitalizes on the   small size and usability of USB while delivering additional personal   networking capabilities. Clearly we're excited by the rich market potential   of our core product roadmap and we look forward to sharing many more details   when we officially announced those products this summer.

The next strategic product area is what we call our evolution products.   Evolution products will allow us to ship additional differentiated   stand-alone products into our Tier 1 carriers and PC OEM customers. And   already we have commitments to launch from leading carriers. A great example   of the product in this category is NovaSpeed which was introduced in CTIA   last month. NovaSpeed is a software solution that fits deep in the firmware   and is capable of enhancing the speed and performance of wireless broadband   modems up to 400% while enabling simultaneous upload and download data   transfer.

We developed NovaSpeed to enhance the speed and performance of our products   through the use of an industry-first network traffic prioritization protocol.   We believe NovaSpeed is a significant differentiator for carriers and for   Novatel Wireless. And we have filed patents on the core technology. NovaSpeed   will even work on non-Novatel Wireless devices and it is launching initially   on our products in the third quarter with a major carrier. This is the first   of multiple evolution products in development.

The third strategic profit area is wireless content delivery devices. The   first example of this is our innovative application with our partner Autonet.   Autonet will enable passengers to easily surf the web, check e-mail and play   games online as well as access personal content using any Wi-Fi enabled   device within close proximity to the vehicle. This offers a peek into a new   category of devices and products which are enabled by wireless broadband   connection. We have other wireless content delivery products in development

Exhibit 1
Page 365

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

and have secured design wins from major partners.

  Importantly we expect wireless content delivery product to expand our  addressable market opportunity and expand our customer base beyond carriers  and PC OEMs. We expect to see revenues from this product area by the end of  the year. Our growing market continued new product innovation and close  relationship with the world's leading carriers and manufacturers gives us  confidence that we will have Novatel Wireless back in a leadership position  in the second half of this year.

  And now I'd like to turn the call over to Ken to review Q1 results and Q2  guidance.

  Kenneth Leddon, Senior Vice President and Chief Financial Officer:

  Thank you, Peter. Unless specifically noted, all comments about financial  results exclude the impact of share-based compensation expense under FAS  123R. Share-based compensation expense net of taxes was approximately 1.2  million in the first quarter of 2008

  Let's begin with the first quarter results. Revenues for the first quarter  were 91.3 million, a decrease from the 118 million reported last quarter and  from the 109.8 million reported in March quarter a year ago. USB products  accounted for 49.9 million, or 55% of revenue. Embedded products were 26.6  million, or 29% of revenues. Sales of EV-DO products accounted for 55% of  revenues. HSPA products accounted for 45% of revenues.

  During the first quarter we shipped to nine operators and 10 OEMs in 30  countries. Leading customers in the quarter included Verizon, Sprint, Dell,  Telefonica, Vodafone, Panasonic, Sony and Toshiba. We also added a new  carrier, Rogers Wireless in Canada. Rogers launched both the MC950D USB  product and the X950D ExpressCard.

  From a geographic perspective, domestic revenue accounted for approximately  63% of total revenues, and international revenue was 37%.

  On a non-GAAP basis gross margins were approximately 28%, in line with our  guidance.

  The operating margin was 8.6% of revenues lower than our target due to the  lower revenue. Operating expenses were at 17.6 million, or 19.3% of revenues.

  R&D expenses were 8.6 million, or 9.4% of revenues. Delta marketing was 5.2  million, or 5.7% of revenues. G&A was 3.8 million, or 4.2% of revenues.

  EBITDA was 10.5 million. Free cash flow was 8.8 million.  Including the share-based compensation charges of 1.2 million net of taxes,   we reported GAAP net income of approximately 4.4 million for the quarter, or  $0.14 per diluted share. On a non-GAAP basis excluding the noncash  compensation charges, we reported net income of 5.6 million or $0.17 per  diluted share.

  Now I will review some balance sheet highlights. At March 31st, 2008 we had  approximately 146 million or $4.46 per share in cash and investments, with no  debt. Our cash and investments represented a net decrease of approximately  7.1 million from the prior quarter. AR was flat with last quarter at 72.1  million. But DSOs rose to 72 days on lower revenue. Given our customer base,  the quality of our receivables is excellent.

  Inventory increased by 5.3 million in the first quarter to 31.2 million,   which resulted in an annualized inventory turn of 8.5 times per year. The   GAAP to non-GAAP reconciliation included $144,000 in cost of goods sold,   approximately 1.5 million in operating expenses and $452,000 in income taxes.

  Turning to second quarter 2008 guidance, our guidance for the second quarter   of 2008 is as follows. We expect revenues of approximately 85 to 90 million.

  We expect gross margins to be in the range of 28% to 29%. Based on our  current view, we expect GAAP earnings of approximately 10 to $0.13 per  diluted share. And non-GAAP earnings of approximately 13 to $0.16 per diluted  share based on approximately 32 million shares outstanding. As Peter said, we  will be introducing a number of new products and we expect substantial  improvement in the second half of the year. However given our current  challenges we believe it would not be prudent to provide specific financial  guidance for the full year. Now I will turn the call back to Peter.

  Peter V. Leparulo, Chairman and Chief Executive Officer:

  Just a quick note on the status of our $25 million share repurchase program.  As of mid-April, we've purchased approximately $9 million worth of Novatel  Wireless stock. The Board will consider whether to expand this program in the  coming months. In the meantime we plan to be aggressive in purchasing our  stock on the open markets. Now, Brad, Ken and I are happy to answer your

Exhibit 1
Page 366

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

questions.  Operator, you can now open it up for questions.

Q&A

Operator:

Our first question comes from George Iwanyc with Oppenheimer.  Please go ahead.

< Q - George Iwanyc>: Thank you for taking my questions. Peter, can you give us an idea of the type of near term trend you see? The guidance reflects   another decline in sales? How is business at this point?

< A - Peter Leparulo>: Sure. Our core business is strong. But like I   mentioned, we have some execution items that we need to fix. We think we've   taken a lot of strides in several last weeks to address those. But the core   business really is strong. If you look to some of the places that we see the   incremental growth, it really is in getting to operators that we historically   have not had a presence, where in the broader market, there certainly has   been robust growth in those spaces.

< Q - George Iwanyc>: Can you give us an idea then how trends look at Verizon  and Sprint here in North America?

< A - Kenneth Leddon>: Sure. Verizon and Sprint both have obviously in the   broader space, have a keen focus on wireless data revenues and digital   activation, additional usage has gone up for both of them. What we need to do   is to address particularly one of those operators. We need to address them   better going forward. Frankly I think we've taken the steps to do that in   fairly short order and we will see progress along those lines again in fairly   short order towards the end of this quarter, the beginning of the third quarter.

< Q - George Iwanyc>: Okay. Can you give us an idea of what products we should  anticipate in the second half that will allow you to get back into a   leadership position?

< A - Peter Leparulo>: Sure. In our core space what you'll see is along all   product lines in our core space so that's USB; to a lesser extent it's   ExpressCards and modules. You will see next-generation products which -   next-generation products in each of those lines that we believe actually will   generation skip those of our competitors. They'll be the best performing   products on the market, best in class, and they'll be fairly feature rich in   the core space. Towards the end of the year in the content delivery solutions  space that we were talking about you'll also see us commercialize products in  that space and bring them to market towards the end of the year.

Then in the middle category of what we're calling evolution products you'll   see those again launched towards the end of Q3, the beginning of Q4 of this   year. And in that space that'll be coupled with value-added applications and   tied to services as a whole package. That space we believe the products will   be very novel products, which open up additional revenue streams for the   operators and again returning us in that space to more of a greenfield   strategy where we don't believe that we'll see competing products out there.

< Q - George Iwanyc>: Okay. And Embedded looks to continue to be strong for   you. What [inaudible] anticipate there and what type of impact do you expect   Gobi to have?

< A - Peter Leparulo>: Well, let me just talk about Gobi real fast. Gobi is   certainly in the embedded space in the laptop OEM space. Remember there's a   big embedded space that's out there. It remains to be seen I believe in the   laptop OEM space. There's been varied responses to Gobi. Some laptop   manufacturers like what they view as a certain simplification of integration   effort and like the ability to launch on multiple networks. Other laptop   manufacturers are not focused on that, so it doesn't address the entire space. But there's also that in the embedded space there are systems   integrators and vertical markets that our products will focus on those

channels that Gobi really does not address and is not intended to address.

< Q - George Iwanyc>: Okay, one last question. Ken, can you tell us how the   stock option expenses splits out between cost of goods and the OpEx   categories?

< A - Kenneth Leddon>: Talking [inaudible] charges?

< Q - George Iwanyc>: Yes.

< A - Kenneth Leddon>: Sure. The cost of goods sold is 144,000. Operating   expenses about 1.5 million.

< Q - George Iwanyc>: And R&D?

< A - Kenneth Leddon>: The breakdown in operating expenses is about 560 for   R&D, sales and marketing 256, general administrative 658, and the [inaudible]  income taxes 452.

< Q - George Iwanyc>: Thank you.

Exhibit 1
Page 367

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Operator:

All right, thank you. Our next question is from the line of Mike Walkley with Piper Jaffray. Please go ahead.

< Q - Mike Walkley>: Great, thanks. Just a follow-up question on the income statement. Can you tell us what's in the other income line? I'm just not...

< A - Kenneth Leddon>: Primarily the interest earnings on our cash equivalents and investments, and secondly foreign exchange gain of about $0.5 million.

< Q - Mike Walkley>: Okay, that's fine. That's just foreign exchange gain. Great. Thank you. And then in terms of your next-generation products, can you give us any color on - you said you already had some operator interest of those. Any new customers or is it mainly your core base on both U.S. and Europe?

< A - Peter Leparulo>: It's both. Some of them are on the roadmaps of our current customers. Some are frankly on the roadmaps of European operators that we have not addressed in the past with the same level of focus. They've been customers in the past, but we expect to increase the split between us and other vendors among those customers. And then some of the new products as well in the third category are brand new channels with customers outside of the PC OEMs and carrier channels.

< Q - Mike Walkley>: Okay. And then just building on that we knew the evolution of the software solution how should we think about margins on that and also maybe margins for your new products for customers relative to the company gross margin?

< A - Kenneth Leddon>: Sure, on the new products our target is 30% gross margins where we have hardware products that we're launching into the market. I can tell you over and above that the more we have differentiated products that are out there where we have a greenfield approach to the market, the more we become optimistic about enhancements to those gross margins. On the software, yeah, that's somehow remains to be seen. We're actually now putting in place business models for that software as an independent value add decoupled from the hardware, at least from a Novatel hardware platform. So on the last one that is a work in progress; on the other ones they are consistent with our business model.

< Q - Mike Walkley>: Again thank you very much.

Operator:

Thank you. Our next question's from the line of John Bright with Avondale Partners. Please go ahead.

< Q - John Bright>: Thank you. Good afternoon. Peter, help me reconcile these three statements if I've got them right. One when your started your comments today you gave the third reason for the difficulty in the current quarter to the execution at the end of the quarter, can you talk about what the missed opportunities were on that execution, but then reconcile that with the other comment made when you pre- released about the demand shifting toward lower end products, and now the plan looking forward is to sell differentiated products into the market, help me reconcile those three; if you would please?

< A - Peter Leparulo>: John, let me go to a sort of broad brush on how the last quarter evolved, John, because that's the root of what you're getting at. Our quarter's progress very dynamically. We have forecasts, they change. When launches changes we typically have multiple sources of both revenue and sales opportunities. As we get close to - as the quarter progresses, we close those up and often that goes right to the very end of the quarter. And that's a balancing really of SKU availability, build schedules and the product that there is a shifting demand for in that quarter. Unfortunately in last quarter that didn't happen. But all of that really went through the very end of the quarter. And I'm sorry the rationalization of that with new products?

< Q - John Bright>: Yes, the differentiated features that you're expecting then to drive the sales in the future so if you are seeing the market shift to lower end products and that was the case in the past quarter when we look forward to the second half and you bring differentiated features to the new products. I'm looking at it and thinking, okay, why is the market demand going to shift in the second-half one; and two, when I think about the drivers of a lot of the differentiation you brought in the past few years, one being the USB form factor a big shift. Two, bringing - getting ahead from a - an infrastructure build standpoint recall the jump up certainly a jumping in doing UMTS and jumping over that as well. So when I put those two thoughts together I say okay. Why is that going to meet the demand correctly? Why is that the correct plan do you think if the market is shifting to lower end products?

< A - Kenneth Leddon>: Booked, it's really both, John. In the core space in USB, there's been a promotional shift among the operators to bring in consumers. I wouldn't call those low-end products. I would call those consumer channels. Those channels require a couple of different features in their products to address them properly.

Exhibit 1
Page 368

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

So let's take that first category, which is what I would call opening up consumer channels among the operators, that category is highly dependent on rate plans. And as rate plans come down and subscription agreements come down those channels will open up. What we intend to do in that space is migrate over to products which have a low product cost to them, which have consumer features to them. So things like NovaSpeed at one of the highest elements of penetration into the consumer space is keeping the throughput speed up in that space, and thirdly, there's a higher branding content to those products that we have to in conjunction with the carriers that are focused in that direction. So that's in that core space.

But I'll also tell you it is not migrated directly away from the enterprise space, and what we're doing with some additional products is we're putting together a multi-faceted approach to address all aspects of the wireless data space. Those in at the consumer products on - in our core space as those products become more and more ubiquitous and as wireless data, wide-area connectivity becomes more mainstreamed, if you will, in that space.

The second grouping of products, what we're looking to is those are more enterprise solutions. Some of them have consumer solutions because they will be able to connect different devices that have not been in the wireless space before, but some of those applications, you're right, they will address real problems that we see developing in the enterprise space, and we'll go through two different end users. So we're trying to do both, I guess is the way I would rationalize it.

< Q - John Bright>: Okay. Let me then go on the Qualcomm Gobi question as well. I think you talked about Embedded being about 29% of the revenues in the quarter. But then you, when asked about Gobi and the future of it. Qualcomm's talked about it in the latter half of this year, potentially in a greater degree in '09. What percent of laptop OEMs or laptop OEMs are what percentage of your Embedded revenues in the quarter? Because you said that's where Gobi - they're not as focused on that side of the equation, is that right?

< A - Brad Weinert>: Hi, John. This is Brad. On Gobi and on Embedded revenue. Embedded revenue in the quarter was 29% of our business, but that was skewed quite a bit from the fact that our top line revenue didn't come in where we wanted it to so. Embedded was a little bit better than we had forecast, but it's the USB products is coming where we had anticipated them to be, it would have been more in line with the 20% that we've been experiencing going forward. And I think the point that we are trying to make on Gobi is that Gobi certainly is going to have some impact on the mainstream embedded market going forward. I think it's - Qualcomm has certainly targeted certain large laptop OEMs for certain platforms, but we also have identified and are seeing lot of other opportunities for Embedded Modules which are far beyond the mainstream laptop configurations. And, again, our focus is actually shifted to additional opportunities. In fact some of the products we have coming out in the second half of the year are specifically targeted for those opportunities with things like different - without giving away the farm, your different configurations of standard-based modules that will go in to smaller platforms and have additional capabilities.

< Q - John Bright>: Okay. So is it - let me try a different question on Gobi, did you expect Gobi to be incorporated into a USB form factor?

< A - Peter Leparulo>: We are currently - we have not seen anything like that, that requires a different interface, essentially. Ken, go ahead.

< A - Kenneth Leddon>: Let me add to that, John, that are first-generation product actually used a mini card the MCD3000.

< Q - John Bright>: Yes.

< A - Kenneth Leddon>: We thought that was not an effective way of doing a USB device. Number one, it adds additional cost to the product, and number two, it restricts you to the size. And the size of USB is a very big selling point. In Gobi is in a Mini Card Form Factor, so it does not integrate well into a USB stick. It could be a first-to-market strategy for somebody, but they would be two or three generations behind where the rest of us are with USB.

< Q - John Bright>: Got you. Two last ones then, one, AT&T is a big customer that's a not significant customer for Dell, what do you think about the opportunity and what's the potential that AT&T could be become a meaningful customer in the 2008 for Novatel?

< A - Kenneth Leddon>: It is one of our primary focuses, John. And that's - that is the source of a lot of our initiative, and we're putting a lot of emphasis on bringing AT&T into the fold. As you can tell from the results of our competitors, we really have not had a presence. That's a big driver of the growth that we've seen over there. What we will do though as well, John, is what we expect to

Exhibit 1
Page 369

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

do with AT&T is to go in with some of our more differentiated solutions with AT&T and an ecosystem of products in all the categories that we talked about. I would not look to that until the end of the year or beginning of 2009.

< Q - John Bright>: All right. Last one, then on the head count - what was the head count at the end of the quarter, and, Peter, any changes expected in the head count, as we look forward to the rest of the year?

< A - Peter Leparulo>: The head count as of the end of the quarter was 320, and we do not expect the - we do not anticipate that changing significantly.

< Q - John Bright>: Thank you.

Operator:

[Operator instructions]. Samuel Wilson with JMP Securities has the next question. Please go ahead, sir.

< Q - Doug Ireland>: Thank you. This is Doug Ireland for Sam Wilson. I was wondering, one of the things we've been hearing is that there's been an increase in competition from Asian competitors, and I was wondering if you've seen that, especially in the EMEA region, and if that's been putting any pressure on ASP or slots at carriers?

< A - Brad Weinert>: Hey, Doug. This is Brad. We have seen extensive competition in the EMEA region with Huawei in particular, and there are some secondary players there. But I would also say that our strategy to date has been fairly successful. EMEA continues to be a growth market for us, and we have forecasts for continued growth going forward. We've competed against those competitors by innovation, time to market and a variety of carrier-specific solutions.

I'll give you a good example. In EMEA this quarter we'll have three different USB form factors, all at the same level of generation-two, generation-three products shipping to different carriers specific to their requirement. So we found ways to compete. But certainly Europe in particular is extremely competitive, especially in the mainstream, high-volume markets. And I think if you're going to be successful there, you have to differentiate yourself and continue to lead the market or it will quickly become just strictly a pricing issue, which is something we are not going to engage in.

< Q - Doug Ireland>: Great, thank you. And then I was wondering about continuing carrier consolidation. It's something that we were hearing early in the year or late last year - if you've seen any continued effects from that, whether they're positive or negative?

< A - Brad Weinert>: Yes, I think that we have seen that stabilize, and I think that was one of the effects that we're dealing with right now - is the fact that the carriers have limited the number of SKUs and partners that they're going to deal with in a particular marketing genre within a particular timeframe. So the good news is that you get that business, you have substantial revenue. And if you miss it, you have to get back in again, which is one of things that we're dealing with right now. So, yes, I think that that has come to fruition. And I think the strategy is sound because it gives the carrier more leverage and makes the field competitive. What we have to do as a company to address that is to make sure that we execute and we continue to lead in innovation. And if we do that, we'll be in good shape.

< Q - Doug Ireland>: Thank you.

Operator:

All right, thank you. And our next question is coming from the line of Kevin Dede with Morgan Joseph. Please go ahead.

< Q - Kevin Dede>: Good afternoon, gentleman. Thanks for hosting the call. Peter, your core or actually your product discussion didn't include Ovation, which not too long ago seemed to be a pretty big hope for you folks. And I'm kind of wondering what you see going on in that market, that converged communications market in Western Europe.

< A - Peter Leparulo>: Sure. We very much believe in fixed mobile convergence on Ovation going forward, especially in the European market. What we see is not only consolidation with the wire line operators, with the wireless operators, but also competition between fixed-line solutions and mobile solutions. That initiated a little bit in fits and starts a couple of years ago, Kevin. We actually see that coming to bear more going forward, and that again is a market that we will address. But as of now it does not have a lot of traction, but we certainly see convergence taking place. Coupled with things like femtocells and picocell solutions as well in that space, we think we'll even accelerate that further.

< Q - Kevin Dede>: Do you have designs in participating in a femto-type solution?

< A - Peter Leparulo>: As a part of an over - I don't think in terms of an actual base station-type solution. But, yes, we look to and keep our eyes closely on the ecosystem that surrounds that space.

Exhibit 1
Page 370

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

< Q - Kevin Dede>: Would you mind being more specific, too, with regard to the  organizational changes that you're contemplating making in sales in order to,  I guess, prevent some of the missed opportunities that you saw in this past  quarter?

< A - Peter Leparulo>: Yes, I think what we'll do is we will sector our sales   a bit more. We'll have more dedicated focus  on some of our longer-term sales cycles, which end up being six to nine  months. And we'll also supplement sales with further business development  activities for some of those downstream opportunities. But in terms of the  sort of missed opportunities, if you will, that you spoke of, it really will  just be more of an account management focus in anticipating shifts and demand  intra-quarter.

< Q - Kevin Dede>: Will these changes preclude you from opportunistic, I  guess, situations that might come up with regard to maybe some other smaller   carriers that are off the beaten track in developing countries?

< A - Peter Leparulo>: No, I don't think they will. We have fairly good  coverage on emerging countries right now. And as you say, some of those are   opportunistic. We look at ones that will develop into revenue streams. But we  have fairly good coverage on that I believe.

< Q - Kevin Dede>: Can you give us a ballpark on what you think the share   count might be at the end of the June quarter?

< A - Kenneth Leddon>: Yes, we can. This is Ken speaking. We expect it to be   in the neighborhood of 32 million.

< Q - Kevin Dede>: Okay. And I know you addressed the competitive environment,  particularly in Western Europe. And I'm just wondering how you expect those   largely HSPA competitors to influence your decision in attacking business at   AT&T. I would imagine, given some of the pressures that those folks are   putting on ASPs in that market, and I would expect them to force them in  dealing with AT&T - I just was wondering how you planned on being competitive   there and what you think the advantage is that Novatel brings to that   environment.

< A - Brad Weinert>: Hey, Kevin. This is Brad. I'll try to answer that   question for you. Number one, I think that the inverse is what has kind of  gotten us to where we are - that we focused entirely on EMEA and to a degree   probably neglected some of the specific requirements that a partner like AT&T  would require. They are different in the fact that there is different radio  band frequencies, et cetera. In this cost-competitive market, it's difficult   to design a product that works in both markets effectively.  For example, in North America there's different requirements in terms of  diversity antennas on different radio frequencies. So if you design that in a  global sense, you're actually doing yourself a disservice because you're  adding to the cost of a product in Europe.  So what we're actually seeing is that our customers are demanding more  specific required devices specifically for their networks. That makes the  road map more complex, but the idea that they [inaudible] they can address   markets [inaudible] globally is a bit of a misconception. If you want to play  in the competitive market, you can certainly do it at a sacrifice of cost.  The other thing that we're doing specifically as a company is we're getting   back to the leading edge paradigm that we've had going forward. And then our  next-generation products not only are going to be the latest in terms of   design and performance and chipsets, but we also are adding value-added   software features and offering additional capabilities, so I don't think that  our competitors, in particularly, the Asian competitors can offer. And we're   doing that at a very attractive price. So we believe the equation works, time   will tell obviously. But I think that we have a fairly clear understanding of   what we have to do to get some of these major customers. Hope that answered  your question there.

< Q - Kevin Dede>: So, yes. So just let me paraphrase, so in a nutshell what    you're saying is you need a specific product design for the frequencies that   AT&T's focused on, and you need to bring features and functionality that   differentiates you.

< A - Brad Weinert>: Exactly. If you come in with a - with meet two products,   it's not going to be successful in terms of fitting into our business model.  So we need to differentiate ourselves and be competitive at the same time.

< Q - Kevin Dede>: Last question for me, it seems that T-Mobile's launching 3G   in New York today. I'm wondering what your plans might be to address that   operator as a customer?

< A - Kenneth Leddon>: Good question, Kevin They are obviously on our radar   screen as a Tier 1 customer. They do have - we would have to address them in   somewhat of a proprietary way because of the bandwidth, the AWS bandwidth   that they use. But to the extent that they will have a wireless focus, we   have them in our sites, obviously.

< Q - Kevin Dede>: So nothing outside of the ordinary but just the frequency   bands?

< A - Kenneth Leddon>: Yes. For the most part, correct.

Exhibit 1
Page 371

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | < Q - Kevin Dede>: Very good. Thanks for taking the questions, gentlemen. |
| | | | | | < A >: |
| | | | | | Thank you. |
| | | | | | Operator: |
| | | | | | All right. Thank you. There are no further questions. Mr. Leparulo please continue with your closing comments. |
| | | | | | Peter V. Leparulo, Chairman and Chief Executive Officer: |
| | | | | | Great. Well, everybody, thank you very much for being on today's call, and we look forward to seeing you at several of our upcoming investor conferences which will be in May and June. Thanks again. |
| | | | | | Operator: |
| | | | | | All right. Thank you ladies and gentlemen. This does conclude the Novatel Wireless First Quarter 2008 Conference Call. If you would like to listen to a replay of today's conference in its entirety, you could do so by dialing 1-800-405-2236 or 303-590-3000, input the access code 11113334. Those numbers again 1-800-405-2236 or 303-590-3000, input the access code 11113334. [inaudible] would like to thank you very much for your participation today. You may now disconnect. Have a very pleasant rest of your day. |
| 5/2/2008 | 3,020,947 | $8.39 | -8.21% | (3.08) | *Date: May 2 2008 13:39:53 Wire: Briefing.com Global Menu (BRF)*<br>**NVTL: Novatel Wireless downgraded to Accumulate from Buy at ThinkPanmure; tgt $10 (8.41 -0.73)** |
| | | | | | *Date: May 2 2008 13:47:50 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*<br>**Novatel Wireless Cut to `Accumulate' at ThinkPanmure :NVTL US**<br>   Princeton, New Jersey, May 2 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``accumulate'' from ``buy'' by analyst Michael Burton at ThinkPanmure. The price target is $10.00 per share. |
| | | | | | *May 2, 2008 ThinkPanmure - Mike Burton*<br>**Novatel Wireless NVTL: Reducing Estimates, Risk/Reward Looks Balanced; Downgrade To Accumulate**<br>THINK ACTION:<br>Last night, Novatel Wireless reported in line with its pre-announcement (which was a significant downward revision to previous estimates), and guided below Street Consensus views for Q2. While we do not believe the shares have significant downside from the levels the stock is trading at this morning, we do not believe we will see significant upside to our price target without a reacceleration in NVTL's business. Given that our $10 target is less than 20% above current levels, we are lowering our rating from Buy to Accumulate.<br>KEY POINTS:<br>1Q Results In line with Pre-Announcement: On April 14, NVTL pre-announced lower-than-expected results for Q1; the reported results last night were in line with their revised views, with revenues of $91.3M, GMs of 28%, and EPS of $0.17 and $0.14 (Pro Forma and GAAP respectively). Street Consensus estimates were $90.9M and $0.13 GAAP EPS, and we were modeling $90.5M and $0.15 GAAP.<br>One-time $500K+ in Foreign Currency Exchange Gains Aided Results: NVTL benefited from Foreign Currency Exchange Gains that the company mentioned were "about $500,000." After taxes (assuming a 39% tax rate), this benefited EPS by $0.01.<br>Strong Embedded Sales Offset Rapid Declines in USB and PC Card Sales: What was probably the most discouraging sign was that its embedded product sales were the strongest area for the company, with revenues up 21% Q/Q. We calculate that PC Cards declined 54% Q/Q, and USB (aka Ovation) declined 22% Q/Q. This result was discouraging because, in our opinion, the embedded products are destined to see more competition (direct and pricing pressure) when QUALCOMM launches its Gobi solution, expected in the 2H of this year.<br>Inventories up due to push-out: NVTL reported an increase in inventories of $5.3M, which we believe was largely due to the push-out of sales to Q2. We are concerned that this will limit the amount the gross margins can go up next quarter (despite the improving mix), |

Exhibit 1
Page 372

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

and have, therefore, modeled margins to the lower end of NVTL's stated range.

2Q Guidance was Below Estimates: NVTL's 2Qguidance was for revenues of $85-90M and Pro Forma EPS of $0.13-$0.16. This compares to our estimates of $95.3M and $0.15, and Street Consensus of $98.8M and $0.16. Our estimates had assumed that they would see a benefit from the $10M push-out (and NVTL did say they are now shipping volume to that carrier) and otherwise flattish revenues, but it is now clear that their business is declining faster than we had expected and will be down sequentially despite the rolled-forward revenues.

Strategic Vision—Back to Basics: Novatel outlined its vision for how to get the company back to a leading position in the wireless data connectivity market and, most importantly, to growth. We agree with management's direction that it needs to regain its position as being the #1 or #2 provider of new products for leading-edge technologies, and offer software and services that its Asian competitors will have difficulty in matching.

* Tier 1's Versus Emerging Markets: NVTL admitted again that it needs to address AT&T and other Tier 1 opportunities better. To do that, the strategy is not to compete on cost, but instead to have the correct support for the different radio band frequencies these customers are demanding (offer devices that are specifically designed to work on the carriers' networks). As an example, in North America, there are different requirements in terms of receive diversity antennas and different radio frequencies to support than what you would market in emerging markets, these products are typically different, and more costly, than the lower-cost products NVTL needs to sell into the emerging markets.

* Three strategic product portfolios: NVTL outlined its three strategic product portfolios:
  1. Core Products: These are NVTL's existing product lines that include PC Cards, USB sticks (Ovation), and Embedded modules.
  2. Evolution Products: These are new products that the company has created/will create around its core product portfolio. An example of this is the recently-announced Novaspeed software solution that enhances the speed and performance of wireless broadband by enabling simultaneous uploading and downloading.
  3. Wireless Content Delivery Products: NVTL is partnering with manufacturers that are creating devices where mobile broadband greatly improves or completely changes the user experience. The first announced partnership is with Autonet to enable wireless broadband connectivity to automobiles. We believe that other products that fall in this category are devices like the Kindle.

Repurchase Program Nearly Half Done, Needs to be Expanded, In Our Opinion: As NVTL mentioned on April 14 it has bought back ~$9M of the $25M authorized for repurchase. While the program is likely non-discretionary, we would like to see the company step up its repurchases (and authorize more) as a signal that it is comfortable with its growth prospects.

We also believe that management purchases would be viewed quite favorably, given management's recent history of buying in the open market at very favorable prices.

VALUATION:

Price Target & Valuation: We are maintaining our $10 price target as we believe that the company is being conservative with its guidance, which will likely allow for the company to trade at a slightly higher multiple than we had previously modeled. Our $10 price target now represents a 14.9x multiple of our 2008 EPS estimate of $0.67, and 14.7x our 2009 EPS estimate, of $0.68. On an EV/Sales basis, our $10 price target represents only a 0.48 multiple of our 2008 revenue estimate of $375.7M; since 12/31/04, NVTL's peak, average, and trough EV/Sales multiples are 6.16, 1.84x, and 0.28x, respectively (currently 0.37x LTM Sales).

RISKS TO PRICE TARGET:

* 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows, there could be substantial risk to NVTL's growth opportunities.

* Market Adoption: We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will likely result in slower-than-expected growth for Novatel.

* Increasing Competition: Increasing competition from other PC card vendors, handset OEMs, and Asian OEMs/ODMs could cause significant pricing and margin for Novatel, and its current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*May 2, 2008 Morgan Joseph & Co. - Kevin Dede*

Exhibit 1
Page 373

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

**Novatel Wireless, Inc. - March In Line With Pre-release; Displaced Near Term; Hold**
Investment Highlights:
 * March quarter woes carry into June. Last night after the close, Novatel released March quarter sales of $91.3mm and EPS of $0.17, in line with our recent estimate revisions to $91.0mm and $0.16 within our April 15 note. Novatel missed a promotional slot with a major North American carrier, which combined with a delayed product launch with a European carrier to knock sales down from original 1Q08 guidance of $110mm to $91.3mm. Gross margin of 27.9% fell Q-Q from 30.0% on lower overall volumes and a higher percentage of HSPA USB in the sales mix. Last night's PR also presented Novatel's expectations for June quarter sales of $85-90mm, below our initial take of $95.0mm. We suspect the lost slots continue to impede Novatel's performance nearer term.
 * Estimates down. We are lowering our FY08 estimates to $398.8mm and $0.75, from $446.0mm and $1.05, and our FY09 estimates are $475.0mm and $1.15, reflecting 19% sales growth next year, but down from $560.0mm and $1.70. Novatel's core connectivity business should see continued strong growth in concert with the robust industry, and new product introductions could help stabilize market share. However, we expect that competitive offerings in the laptop embedded market could begin to win share in 2009, and we have incorporated only moderated consolidated sales increases as we expect Novatel's $100mm-plus embedded business in 2008 to decline modestly to moderately, offset by continued strength in core connectivity card and modem sales.
 * Initiatives. The high-speed mobile data market continues to evolve and has become increasingly dynamic, which appears to have manifest in shorter product cycles and significant sales swings, as witnessed over the past two quarters. While Novatel's sales strength has faltered in March and is not expected to rebound in June, we believe the company remains a formidable force in the design, manufacture, and sale of products to address this rapidly growing industry, and we suspect new products, slated for September quarter introductions could help swing the sales pendulum back. While coyly not unveiling new features, we understand Novatel's third generation USB modem design addresses particular aspects that each specific operator values, potentially endearing Novatel's product.
 * Waiting for operator acceptance. Despite what would appear to be a low valuation level at the current $9.14 price given the promise of Novatel's new product introductions in early 3Q08, we believe some timing risk remains surrounding full operator acceptance, and choose to remain on the sidelines.

*May 2, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - Guidance Disappoints; Strong Execution Needed**
Action
NVTL released results yesterday, with non-GAAP EPS coming in at $0.17, in line with the highly negative pre-release of $0.16 - $0.18 on 4/14. 2Q08 guidance disappointed already muted expectations, and 2008 guidance was discontinued. We continue to believe that NVTL operates in an attractive and expanding market, but execution issues at NVTL are costing the company market share, while visibility is limited and management's credibility is in question. We therefore reiterate our Market Perform rating.
Key Details and Summary Perspectives
 * Results - See below. Recall that NVTL pre-released on 4/14/08, and it has discontinued C08 guidance. Outlook - NVTL provided a disappointing outlook for 2Q08, as the operational issues that affected it in 1Q continue to spill over. Fundamentally, NVTL is not executing on the sales side amid a shift in carrier demand towards lower-end products, and we believe this has cost it market share relative to SWIR, particularly in North America at Verizon/Sprint. At the same time, NVTL faces the prospect of increased competition in the laptop embedded module category (29% of revenues this quarter, ~20% on average) from Qualcomm's Gobi solution later in 2008.
 * NVTL's Strategy - NVTL proposes to restructure its sales effort and focus on developing differentiated features, with which it aims to maintain a pricing advantage over price leaders such as Huawei, while it also expands into new "green field" product categories. With this strategy in place, NVTL expects to be in a "leadership position" by 2H08, but in our view, very strong execution will be needed to accomplish this, particularly relative to NVTL's recent execution history.
 * "Aggressive" Share Buybacks - NVTL spent $9M repurchasing shares in 1Q08 out of $25M on its initial repurchase plan. With $146M in cash, NVTL is positioned to continue this buyback program or to expand it. The company has stated that it plans to be

Exhibit 1
Page 374

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|--------------------------------------------------------------------------------|

"aggressive" in buying back shares at these levels.

Details

Changes to Estimates - We are cutting our C08 EPS estimate from $1.12 to $0.84, based primarily on a reduction in our revenue estimate from $449M to $401M, or a (7%) decline. We are also reducing C09 EPS from $1.28 to $0.93 based on a reduction in our revenue estimate from $485M to $442M (10% growth).

We are reducing our price target from $11 to $10, based on 12x our C08 EPS estimate. Revenue Breakdown - Top customers this quarter were Verizon, Sprint, and Dell. The technology breakdown was 55% EV-DO, 45% HSPA, while sales by form factor were 55% USB, 29% embedded, and the remaining 16% primarily PC Cards/ExpressCards.

The following chart shows the trend in breakdown between U.S. and International sales. We believe that international sales were disproportionately high this quarter due to the larger proportion of OEM sales and a loss of market share in the U.S. (i.e., at Verizon/Sprint) to SWIR. Note that AT&T is not currently a customer of NVTL and could represent an opportunity going forward.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 37% of sales were generated internationally and 63% domestically during 1Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

* Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

  1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

  2) Increased subsidies on data cards to reduce the up-front cost to customers - This has also been a continuing trend. Prices for data cards are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

  3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

Price Target Justification

Our $10 price target is based on a P/E multiple of 12x our 2008 non-GAAP EPS estimate of $0.84. excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as, despite being in a growing industry, NVTL's visibility is limited, management credibility is in question, and its market share is slipping.

Potential Catalysts

* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

* New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.

Exhibit 1
Page 375

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Risks
* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.
* Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.
* Technology Shift to WiMAX - Although its focus has shifted somewhat, Sprint has maintained plans to launch a WiMAX network by the end of 2008. While we believe NVTL has the capability to build WiMAX products, it was apparently left out of the initial list of vendors. Without winning additional offsetting orders, NVTL therefore risks temporarily losing a large portion of its business with Sprint, which was a 10%+ customer in 2007. This can lead to both decreased sales and the risk of write-offs if demand from Sprint drops suddenly, leaving NVTL with excess inventory.

*May 2, 2008 Craig-Hallum - Anthony J. Stoss*
**Novatel Wireless, Inc. Following Pre-announce, NVTL Guides Q208 Below Consensus - NovaSpeed Enhances Story. Management Predicts Material Pickup in 2H08. Reiterate BUY Rating Given Valuation, New Product Launches and Large Cash Balance.**
INVESTMENT HIGHLIGHTS
* After negatively pre-announcing Q1 results on April 14th, NVTL reported its full Q1 results last night. Revenues for the first quarter were $91.3 million, $19 million lower than the company's prior guidance and our original $110 million estimate. Pro Forma EPS was $0.17 compared to our estimate of $0.16. (We had estimated EPS of $0.27 prior to the pre-released numbers) We believe that Verizon Wireless was still NVTL's biggest customer during the quarter (followed by Sprint).
* NVTL blamed the miss on weakness at Verizon Wireless and an order push into Q2 from Q1 from O2 (U.K. carrier). O2 had problems getting its dashboard software to work correctly. NVTL mentioned on the call it is currently shipping this order to O2.
* Weakness at Verizon Wireless, especially at the enterprise where NVTL is strong, was also a factor as NVTL is caught between upgrade cycles to the next generation USB product. With most of the USB products now looking similar, NVTL needs to speed up its launch plans for its next generation software feature rich products. In the meantime, carriers are opting for the cheapest solutions. We believe NVTL will launch its next generation products with Verizon Wireless in Q308.
* New Verticals. NVTL discussed on a limited basis theopportunities of its new verticals. NVTL gave no hard detail on its partnership with Autonet for Internet access in the auto market. Moreover, the company did not speak in detail about its move into other consumer market verticals with its modem modules. Investor patience is wearing thin and no hard numbers have been put to these new verticals other than comments from NVTL about them being material to 2H08.
* We are reducing our 2008 revenue estimate of $441 million to $390 million and our Pro Forma EPS projection of $1.00 to $0.80 per share. Our estimate does not assume much from the new verticals. We believe that investors with patience will be rewarded as the company launches its new feature rich USB modems and demonstrates the market potential in the new verticals. We note the stock is inexpensively priced trading at 10.3x (after market trading) our new lowered 2008 EPS estimate, to say nothing of the $145 million ($4.46/share) in cash on the balance sheet. We reiterate our BUY rating and our $15 price target, based on roughly 18x our new 2008 EPS estimate.
* NVTL management will be meeting with investors at the Craig-Hallum Institutional Investor Conference in Minneapolis on May 20, 2008.
Q1 RESULTS, ANALYSIS
After negatively pre-announcing Q1 results on April 14th, NVTL reported its full results last night. Revenue for the first quarter was $91.3 million, $19 million lower than the company's prior guidance and our initial estimate of $110 million. Pro Forma EPS was $0.17

Exhibit 1
Page 376

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

compared to our previous $0.16 estimate. We were expecting $0.27 in Pro Forma EPS prior to the April 14th pre-announcement. NVTL said the Q1 weakness was caused in part by a $10 million shortfall attributable to the delayed launch of its MC930D with a major European carrier customer. We believe O2 (U.K. carrier) pushed out orders into Q2 after it found a technical problem with its own internal dashboard software not supplied by NVTL. We expect a solid portion of this revenue (likely $6 million) to return in Q2 as the problem looks to be resolved and NVTL has resumed shipments to O2 already in the current quarter. We note these orders from Q2 represent the first NVTL has received from the carrier in roughly two years.

NVTL also indicated that its sales into its most important U.S. customer, Verizon Wireless, were weaker than expected. NVTL had been the dominant supplier to enterprise customers at Verizon Wireless which was unusually weak in the quarter. NVTL believes that Verizon Wireless turned its attention to its retail channel (stores) and heavily marketed USB modems to this segment. NVTL's products are priced and geared for the enterprise segment and the company has little shelf space at the store level. We believe that two of NVTL's competitors benefited from Verizon Wireless' emphasis on the retail channel. Based on this outcome, we believe NVTL lost market share at Verizon Wireless during Q1. NVTL plans to launch a product geared towards the retail channel in Q308. The company pointed to problems with its sales and product development execution at Verizon Wireless and indicated that overall market demand remained robust.

Furthermore, the company reported that it is not seeing any significant pricing pressure or component constraints in the current market environment.As it relates to the weakness in orders from the enterprise level at Verizon Wireless, NVTL indicated that it has experienced lower than expected orders of its "long in the tooth" MC727 USB products. In our view, it appears that NVTL was caught between an upgrade cycle to its next generation USB product expected out in Q308.

We believe that NVTL's new software; NovaSpeed(TM) will give its products an advantage. NovaSpeed is a proprietary, patent pending software capable of enhancing the speed and performance of its wireless broadband modems up to 400 percent, while enabling simultaneous upload and download data transfer. NovaSpeed speeds up performance of its mobile broadband modems through the use of an industry-first network traffic prioritization protocol. By enabling the modem to monitor network conditions and regulate the concurrent uploads and downloads in real time, NovaSpeed enables the user to run multiple applications simultaneously. Depending on channel conditions, lab tests of the software have shown up to a 400 percent increase in throughput speeds when the broadband channel is being used for multiple applications. We believe that NVTL will launch NovaSpeed in select USB products in Q308.

In recognition of its failures, NVTL has placed new emphasis on speeding the launch of its new differentiated products, including ones geared for the retail segment, that we believe could rekindle the company's status at Verizon Wireless and with other carriers. We estimate NVTL will launch its next generation products with Verizon in Q308.

In an effort to generate revenue, NVTL also reported a renewed focus on serving new Tier 1 customers. As an example, NVTL is currently talking with AT&T to secure a spot as a supplier to AT&T in the coming months. While NVTL does not expect to ship large volumes of its current products into AT&T, we believe the company is acting in this capacity in an attempt to make inroads with the carrier prior to launching its next generation of products in 2H08.

NVTL's Q1 gross margin came in at 27.9% versus its initial guidance and our original projection of 28% prior to the pre-announcement. The company's Q1 gross margin of 27.9% marks the lowest level since Q406 and is well below the company's long term target of 30%.

Operating margin of 8.6% compared to our earlier estimate of 11.2%. In relation to last quarter, operating margin dropped 42% below Q4's level of 15.0%. The company produced $10.5 million in EBITDA and $8.8 million in free cash flow during Q1. NVTL ended the quarter with $145 million in cash or $4.46 in cash per share.

From a geographic standpoint, weakness in NVTL's U.S. business is causing the company's revenue base to become more dependent on the traction it is gaining in Europe. In Q407, domestic sales accounted for 71% of all revenue. That percentage decreased to 55% in Q108 primarily from the weakness at Verizon Wireless.

During the quarter, NVTL shipped to 9 operators and 10 OEMs across 30 countries. Overall, EV-DO sales were 55% of revenue in total while HSDPA sales accounted for 45% of revenue. By product line, the Ovation USB products accounted for 55% of revenue. PC/Express Cards made up another 16% of revenue while embedded products contributed 29% to total revenue.

Exhibit 1
Page 377

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

Prior to its pre-announcement last month, NVTL had been rather upbeat about its position for the full year and had stated that it expected to exceed $500 million in revenue for the year not including any contribution from new verticals. However, the company declined to offer any further guidance during last night's call. NVTL has not been very forthcoming on the size of the deals they have in new verticals which NVTL has stated they have signed, other than to state that it will be material to 2H08.

Looking ahead, NVTL provided disappointing/optimistic revenue guidance of $85-$90 million for Q2, below our estimate and consensus of $100 million. This would equate to a sequential top-line decline of 1-7%. NVTL also provided pro forma EPS guidance in a range of $0.13-0.16, versus our $0.19 projection and the Street's $0.17 estimate.

In addition to its partnership with Autnotet Mobile, we think NVTL is on the verge of launching a new partnership that could create additional revenue 2H2008. In our view, this deal could be for a product designed to wirelessly download movies onto a mobile platform. We have high hopes for this segment and believe it has the opportunity to be very significant to revenues. In addition, the company indicated that such a product line would carry higher than corporate average gross margin, thereby offering improvement to both the top and bottom lines. We expect to see an announcement in the near term.

Finally, we point out that Peter Leparulo has returned to his position as CEO of NVTL where he will focus on day-to-day functioning of the company as well as strategic decision making. Brad Weinert will continue to serve as the company's president and will direct his attentions to short term tactical operations designed to get the company's products into the market.

We are reducing our 2008 revenue estimate from $441 million to $390.3 million and our Pro Forma EPS estimate from $1.00 to $0.80 per share. Moreover, we are lowering our gross margin estimate from 28.4% to 28.1% for the year. Our new projections do not assume much from the new verticals. We believe that investors with patience will be rewarded as the company launches its new feature rich USB modems and demonstrates the market potential in the new verticals. The company indicated that to date it has purchased $9 million worth of stock under its buyback program, leaving another $16 million available to be purchased under the plan. NVTL again indicated it may ask the Board to initiate a new buy back once the current buyback is complete.

STOCK OPPORTUNITY

Despite NVTL's rapid revenue growth, we continue to believe we're still in the early innings of the broadband wireless game and that the company is the class of the industry, though as with any small technology company the road will not always be straight. We think investors have an opportunity to own a high-quality, cash rich ($4.46 per share) industry leader for much less than an S&P multiple. We are reiterating our BUY rating and price target of $15 which is based on 18x our new pro forma 2008 EPS estimate of $0.80, a multiple we believe is conservative especially considering the company's historical revenue growth.

RISKS

We believe an investment in NVTL involves the following risks.

 * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturer, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*May 2, 2008 Dundee Securities Inc. - Arinder Mahal, Puneet Malhotra (also as: Wake Up Call)*
**Novatel Wireless - Q1FY08 In Line - Guides for Lower Q2**
Event (all figures in US$)  * Novatel Wireless reported Q1/FY08 results that were essentially inline with the warning it issued on April 14 and both Dundee and consensus expectations. Revenues came in at $91.3MM (down 17% y/y and 23% q/q) with EPS of $0.14 (vs. $0.34 in Q1/FY07 and Q4FY07).

Exhibit 1
Page 378

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | Investment Conclusion and Rating |

Investment Conclusion and Rating
 * We are lowering our target to US$9.00 from US$9.50 and maintaining our SELL rating. Our valuation is based on 10x our NTM EPS (net of interest income) of $0.46 plus $4.46/share in cash on hand. Its closest competitor Sierra Wireless (SW-T, SWIR-Q, BUY, target price US$26.50) is trading at 10.5x our NTM EPS (net of interest income and $6.00/share in cash on hand). Given the diverging business outlook (Sierra guided for 45% y/y top-line growth for Q2FY08 on the back of 66% in Q1) we believe a higher multiple is not justified until we get visibility into the new products and customers in the pipe for 2HFY08.

Comment
 * As we stated in our note dated April 15, Novatel's disappointing performance is the result of poor execution on multiple levels -new product launches, customer management, and operations. As a result the company is losing market share at its key customers and, despite the continued strong market growth, its fortunes are headed in the other direction. It provided dismal guidance for Q2FY08, with revenues expected to be in the range of $85 to $90MM (down 10% y/y) vs. our expectations of $91MM and consensus of $99MM, and EPS of $0.10 to $0.13 compared to our expectations of $0.10 and consensus of $0.16.
 * All hopes of turning its fortunes around rest on new products slated to be introduced during 2HFY08 and the company is indicating that it has already secured channel positions at major carriers in both North America and Europe. However, visibility remains weak as the company has removed its guidance of FY08 revenues in excess of $500MM.
 * Despite the bullish commentary provided on the call regarding the potential of upcoming products and some of the recent organizational changes, we remain cautious. With the competition intensifying and carriers consolidating the number of vendors they work with in each of their channels, we believe it may take Novatel longer than a couple of quarters to get back in the right direction.
 * Forecast: On the back of a lower guidance for Q2FY08 and continued lack of visibility we are lowering our forecasts for both FY08 and FY09. For FY08 are forecasting revenues and EPS of $390.5MM/$0.59 down from $437.3MM/$0.74 and for FY09E revenues and EPS of $435.4MM/$0.94, down from $485.3MM/$1.02. In the absence of any relief from new products we expect Q2FY08 to another challenging quarter and, therefore, we expect the company to come in at the lower end of its range.
Novatel reported Q1/08 sales of $91.3MM, in line with Dundee and consensus estimates as well as its preliminary announcement. Revenues declined 23% q/q and 17% y/y as the company faced launch delays of its MC980D (HSUPA USB modem) at a key carrier in Europe and experienced lower than expected sales of its MC727 USB modem at its largest customer, Verizon.
 * The hardest hit was the PC cards (includes original PC adapter cards and ExpressCards) segment, declining 41% q/q and 68% y/y to $19.2MM. PC Cards have steadily declined in each quarter from $59MM level in Q1/07. Embedded modules (EM) sales were up 21% q/q and 141% y/y, primarily driven by its PC-OEM business. USB modems generated 50% of the revenues, and sales in the category were up 15% y/y to $45.6MM. However, sequentially these sales dropped 28% due to poor sales execution at its largest customer and delays of launching its HSUPA modem at a key European carrier.
 * Novatel's key customers included Verizon, Sprint, Dell, Telefonica, Vodafone, Sony and Toshiba. The company added Rogers Wireless in Canada to its customer list and exited the quarter shipping to 9 operator and 10 OEM customers.
 * Geographically, domestic revenues declined 31% q/q and 34% y/y as the company was unable to get key promotional channel slot for the MC727 modem at Verizon due to poor sales execution. On the other hand, international revenues increased 46.5% y/y and were flat q/q as Novatel was faced with a delayed launch of its HSUPA USB modem at a key European carrier. Domestic revenues continue to generate bulk of the company's revenues (63%), but these levels have declined (71% in Q4/07 and 79% in Q1/07).
 * Gross margins in the quarter declined 210bps to 27.9% from 30% last quarter and 310bps from 31.1% a year ago, primarily as a result of lower sales of the higher margin MC727.
 * Operating expenses increased 7.4% y/y to $17.6MM but remained flat sequentially. Y/Y increase was primarily due to rising G&A expenses while R&D and S&M also saw nominal increase. As a result of lower top line and GMs coupled with higher OPEX, operating margins declined 8.6% from 15% last quarter and 16.1% in Q1/07.
 * A lower revenue base, declining GMs and higher expenses impacted the bottom-line as EPS fell from $0.34 in both Q1/07 and Q4/07 to $0.14 in the current quarter. EPS was above Dundee and consensus estimate of $0.13 and inline with its preliminary results.
 * Novatel exited the quarter with $146MM in cash or $4.46 per share, down from $153MM last quarter.

Exhibit 1
Page 379

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

*02 May 2008 JP Morgan - Paul Coster, Mark Strouse, Sandeep Madhur*
**Novatel Wireless -1Q08 Review: A Vague Miss; Cutting Ests.**
NVTL's 1Q results were expected to disappoint, but weak 2Q guidance necessitates a patient wait for investors. NVTL believes its new product offerings in 2H should spur demand and win back channel share in North America, but we believe a vague miss and lack of specificity around the new products requires a leap of faith by investors at this time. 2H08 could be a slugfest. We are cutting estimates. Maintain Underweight.
  * As expected, NVTL reported disappointing 1Q results, aligned with the preannouncement issued on April 14th. NVTL reported 1Q EPS of $0.14 on sales of $91.3mm (down 22.6% y/y), slightly ahead of consensus (JPMe $0.15/$90.8mm, Street $0.13/$91.3mm). Conceding weak execution, NVTL appears to have lost market share to SWIR (we think primarily at Sprint) and possibly UTStarcom (at Verizon).
  * Weak guidance for 2Q EPS of $0.10-$0.13 on revenue of $85-$90mm will likely disappoint, falling far short of our own below-consensus expectations ($0.16/$99.5mm). We are cutting estimates through 2008 and issuing first-time 09 estimates. We anticipate declining margins.
  * The turnaround is projected for 2H08, but NVTL is re-entering a crowded field. NVTL believes 3rd generation core products (cards and USBs), "evolution" products and "content delivery solutions" will spur growth, win back share at existing customers, and win new customers. Option and Sierra threaten similar, Huawei appears poised to enter the US GSM market, and Gobi will likely impact the embedded market in that timeframe. We believe NVTL's products need to be highly differentiated and execution excellent for 2H08 growth to get back on track.
  * Maintain Underweight. At an aftermarket price of $8.30, NVTL trades at 12.2 times revised 08 PF EPS estimate of $0.68, a 41% discount to the mean of our coverage. We believe NVTL's earnings are likely to decline.
Valuation and Rating Analysis
Maintain Underweight. At an aftermarket indication of $8.30, NVTL trades at 12.2 times our revised 08 PF EPS estimate of $0.68, a 41% discount to the mean of our coverage universe. We believe there are too many companies (i.e. SWIR, NVTL, Option, Huawei) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. We believe NVTL's earnings are likely to decline and the multiple is high in that context.
Risks to Our Rating
Factors that could lead the stock to outperform our coverage mean include:
  * a faster than anticipated ramp in embedded module sales with OEM partners;
  * broader and deeper end-market adoption than originally anticipated, leading to an upward revision of NVTL's addressable market;
  * market share gains;
  * new products that expand addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, Gobi, WiMax hybrid);
  * competitors exit the market, leading to improved pricing power;
  * increased efficiencies in development, manufacturing, certification; and
  * the introduction of significantly differentiated product leads to ASP increases and margin improvement.

*May 2, 2008 Piper Jaffray & Co. - T. Michael Walkley, Michael A. Sklansky*
**Novatel Wireless Disappointing Results and Guidance**
KEY POINTS:
  * Novatel Wireless announced Q108 results of $0.17 proforma EPS on revenue of $91.3M, in line with April 15 preliminary results of $0.16-$0.18 and $91M. Based on disappointing guidance, we are lowering our estimates and price target.
  * Management indicated unfavorable product mix and execution issues resulting in share losses at some customers, a delayed launch of a key European product, and disappointing uptake of its enterprise USB device at Verizon as reasons for disappointing results.
  * Consistent with our industry note from CTIA (see our April 7 note entitled "Back From Las Vegas: Summary of CTIA Meetings"), we believe Sierra Wireless gained share from Novatel during Q108.
  * In fact, we believe sales of Novatel's enterprise focused MC727 USB lost market share to lower-end products as North American

Exhibit 1
Page 380

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

macroeconomic headwinds drove consumers towards lower-priced alternatives. While the March quarter is usually down 5-10% sequentially for mobile computing suppliers in North America, we believe Novatel's North America revenue decreased from roughly $84M in Q407 to $63M in Q108.

 * Proforma gross margin of 28% in Q108 declined from 30% in Q407 and 31.1% in Q107. We believe the lower Q108 EV-DO Rev A sales in North America led to an increased mix of shipments to the highly competitive, lower-margin EMEA region in Q108.

 * While management has plans to launch products in 2H08 to re-accelerate growth, Novatel provided disappointing Q208 guidance of proforma EPS of $0.13-$0.16 on revenue of $85-$90M versus our $0.23 and $99M estimates.

 * Novatel plans to improve longer-term results through an increased focus on accelerating product development efforts, bringing next generation USB products to market faster (including third generation USB products and greenfield "evolution products" opportunities), and refocusing sales efforts on large European and North American carriers including AT&T.

 * Based on our slower ramp of new product revenue, we are lowering our 2008 proforma EPS estimate from $0.93 to $0.70 and our 2009 pro-forma EPS estimate from $0.91 to $0.79.

INVESTMENT RECOMMENDATION:

We maintain our Neutral rating. Our price target moves from $9 to $8 due to our reduced estimates. Our price target is based on the shares trading at ~10x our 2009E EPS, below the 12x peer multiple. Due to our assumptions of declining earnings growth, we believe Novatel deserves to trade below the peer group.

RISKS TO ACHIEVEMENT OF TARGET PRICE:

Increased competition for core PC card business, success of the Ovation platform versus increasing competition, and the company's ability to maintain its market share with leading carrier partners.

COMPANY DESCRIPTION:

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*2 MAY 2008 Research Capital Corporation - Nick Agostino*

**Novatel Wireless Inc. - Q1/08 Results -Weak 1H/08, Anticipate Improvement in 2H**

INVESTMENT OPINION

Q1/08 was inline with lowered expectations, but Q2 guidance failed to please. Given strong market demand and healthy fundamentals, we anticipate a 2H recovery as new differentiated products are introduced. As such, we maintain our BUY recommendation, but we are lowering our target price from US$14.50 to US$12.00.

ANALYS I S

Q1 sales inline with lowered guidance: Novatel reported Q1 sales of US$91.3 mm, inline with recently lowered guidance, our estimate, and consensus (Figure 1), down 17% Y/Y and 23% Q/Q. As discussed in a previous note, the lowered guidance was due to three company-specific issues: (1) roughly US$10 mm of the top-line shortfall was due to a delay in shipping its MC930D USB modem to a major U.K. customer (O2). Novatel is now shipping to this carrier. (2) Failure to secure the low-end channel slot with a major North American carrier, Verizon, for its MC727 USB modem. (3) Overall poor sales/operational execution. Not surprising, USB product sales lead the top line, accounting for 55% of sales versus 54% in Q4/07.

EPS at mid-point of guidance: GAAP EPS of US$0.14 and adjusted EPS of US$0.17 (excluding stock option expenses) were at the mid-point of recently lowered guidance and inline with our expectations and consensus. Gross margin of 28% was inline with our expectations, declining Q/Q due to a higher contribution from the more price competitive European market and lower overall volumes. Novatel ended Q1 with US$146 mm in net cash (US$4.50/share), including $9.9 mm from FCF and US$9 mm used to buy back the company's stock.

Q2 guidance below expectations: Despite a very healthy macro environment fostered by declining monthly carrier data pricing, Novatel is providing a Q2 sales guidance range of US$85-US$90 mm below our estimate of US$100.0 mm and consensus at US$99.3 mm. Novatel's guidance reinforces our view that the company is losing market share near term, particularly within the key Sprint channel, to Sierra which appears to have the preferred vendor slot with its new Compass 597USB modem. On the bottom line, Novatel is guiding to a GAAP EPS range of US$0.10-US$0.13 and pro-forma EPS of US$0.13- US$0.16, below consensus (US$0.33

Exhibit 1
Page 381

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | adjusted) and our estimate (US$0.21 adjusted). We have revised our Q2/08, 2008, and 2009 estimates lower to reflect company guidance, as shown in Figure 2.<br><br>Refreshing product line to regain momentum: Over the last few years, Novatel demonstrated its clear understanding and vision of the market, being an innovator and market leader with its timely introduction of a UMTS device, a USB device, and more recently talk of product differentiation as a means to separate itself from the competition and stay ahead of the curve. However, in the latter case, the company has been slow to introduce its differentiated, higher-margin feature-rich product offering. With a reshuffled management team and renewed focus, management is hopeful it can turn things around starting in 2H/08. The company expects to accelerate product development (leading to higher near-term R&D spending) and introduce its third-generation USB and module designs in the 2H/08, which will include personal networking capabilities like mobile secure connectivity from Route1 targeted at the enterprise market. The company is also working to launch new applications geared toward the consumer market, such as its NovaSpeed software solution, designed to vastly improve throughput speeds of the modems. Novatel has carrier interest for these new differentiated products, including from new and existing customers. Execution to get these products to market in a timely fashion, and take up, will determine whether it can regain its lost momentum.<br><br>Valuation: While it is not surprising that 1H/08 performance will be weak, we expect Novatel to regain some momentum in the latter part of 2008 as its differentiated products hit the market. As such, we maintain our BUY recommendation, but we are lowering our target price from US$14.50 to US$12.00 based on 10x our new 2009 EPS estimates. The stock is currently trading at 10.3x NTM EPS (Figure 3).<br><br>Lots of ups and downs on the product side: EV-DO product sales were down about 38% Q/Q, representing 55% of sales, due to lower-than-expected revenues from Verizon. GSM-based HSDPA product sales were up 12% Q/Q, representing 45% of total revenues as the company saw steady demand from its European carrier customers, namely Vodafone, Telefonica, and T-Mobile, for its USB products. PC Card sales were down over 50% Q/Q to about US$15 mm (16% of revenues). We expect PC Card sales to decline, buoyed somewhat by demand for ExpressCards as the USB form factor is much more popular in the marketplace. In the quarter, module sales increased 18% to US$26.6 mm (29% of revenues). International revenues were roughly flat in Q1, accounting for 37% of total sales despite the delayed shipment to O2, which would have added an incremental US$10 mm in revenues to the quarter. |
| 5/3/2008 | | Saturday | | | *05/03/2008 New Constructs*<br>**NOVATEL WIRELESS INC (NVTL) - Attractive Risk/Reward Rating**<br>NVTL has an Overall Risk/Reward Rating of Attractive because the stock offers more upside potential than downside risk, in our opinion.<br>Figure 1 summarizes the five factors that drive our Overall Risk/Reward Rating for NVTL. Each factor offers insights into the profitability and valuation of NVTL.<br>Rising EP means that economic EPS are positive, the company's ROIC is greater than WACC, and ROIC is rising.<br>The biggest adjustment that lowers economic EPS and is not captured in Reported EPS is Reported Net Assets.<br>The combination of positive and rising economic EPS with a cheap stock valuation drives a Risk/Reward Rating of Attractive for NVTL.<br>Our Risk/Reward Rating system identifies disconnects between the market's expectations for future cash flows and current cash flows.<br>This report provides a detailed explanation of each diagnostic criterion and each rating for NVTL. Appendix 1 offers an explanation of how our Risk/Reward Rating system works. |
| 5/5/2008 | 1,170,303 | $8.51 | 1.43% | 0.62 | |
| 5/6/2008 | 839,707 | $8.69 | 2.12% | 0.49 | |
| 5/7/2008 | 941,489 | $8.85 | 1.84% | 1.15 | *May 7, 2008 Rapid Ratings*<br>**NOVATEL WIRELESS INC**<br>Financial Health Rating: MODERATE |

Exhibit 1
Page 382

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Current Rating: B1* (78) |
| | | | | | Rating Outlook: Positive |
| | | | | | Stock Recommendation: STRONG BUY |
| | | | | | Share price data as at: May 6, 2008 |
| | | | | | Current Price - USD 8.69 |
| | | | | | 1wk Avg Price - 8.73 |
| | | | | | 52wk high/low - 16.25 / 7.76 |
| 5/8/2008 | 651,248 | $9.01 | 1.81% | 0.45 | |
| 5/9/2008 | 826,295 | $9.09 | 0.89% | 0.33 | |
| 5/12/2008 | 859,386 | $9.29 | 2.20% | 0.24 | *Date: May 12 2008  8:00:06 Wire: Business Wire (BUS)* |
| | | | | | **Novatel to Present at Upcoming JMP Securities and Craig-Hallum Conferences** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--May 12, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband |
| | | | | | access solutions, today announced participation in the following events with the financial community: |
| | | | | | The Seventh Annual JMP Securities Research Conference |
| | | | | | Presentation Date: Wednesday, May 21, 2008 |
| | | | | | Time: 11:30 AM PT |
| | | | | | Presenter: Brad Weinert, president |
| | | | | | Location: The Ritz-Carlton, San Francisco |
| | | | | | The Craig-Hallum 5th Annual Institutional Investor Conference |
| | | | | | Tuesday, May 20, 2008 |
| | | | | | Presenter: Brad Weinert, president |
| | | | | | Location: Radisson Plaza Hotel, Minneapolis, MN |
| 5/13/2008 | 735,996 | $9.34 | 0.54% | 0.05 | *2008-05-13 SEC 10Q Filing* |
| | | | | | **NT 10-Q 1  NOTIFICATION OF LATE FILING** |
| | | | | | NARRATIVE |
| | | | | | State below in reasonable detail why Forms 10-K, 20-F, 11-K, 10-Q, 10-D, N-SAR, N-CSR, or the transition report portion |
| | | | | | thereof, could not be filed within the prescribed time period. |
| | | | | | Novatel Wireless, Inc. (the "Company") was unable to finalize preparation of its financial statements in sufficient time to file |
| | | | | | its Quarterly Report on Form 10-Q for the period ended March 31, 2008 (the "Form 10-Q") by the prescribed due date without |
| | | | | | unreasonable effort and expense. The Company and its Audit Committee undertook an enhanced review of the accounting |
| | | | | | for a specific customer contract, which review was substantially completed today. As a result of such review, the Company |
| | | | | | and its Audit Committee do not expect any change to the accounting under that contract, or to any previously reported |
| | | | | | financial statements or earnings disclosed in the Company's Current Report on Form 8-K filed on May 1, 2008. However, |
| | | | | | he Company has filed this Form 12b-25 for an extension to finalize its Form 10-Q, and expects to file its Form 10-Q on or before |
| | | | | | May 19, 2008, the fifth calendar day following its prescribed due date. |
| 5/14/2008 | 884,268 | $9.13 | -2.25% | (0.92) | |
| 5/15/2008 | 785,144 | $9.45 | 3.50% | 0.80 | |
| 5/16/2008 | 913,082 | $9.17 | -2.96% | (1.11) | *May 16, 2008 BIR Research* |
| | | | | | **Novatel Wireless Inc** |
| | | | | | Channel Trend's Investment Conclusion |
| | | | | | The research team at Channel Trend projects that Novatel will strongly underperform the market over the next 6 to 12 months. Our |
| | | | | | decision reflects a disciplined analysis of the stock's relationship to its projected future price and its estimated fair value. |
| | | | | | Novatel Wireless Inc provides wireless broadband access solutions to the worldwide mobile communications market. The company's |

Exhibit 1
Page 383

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

products include 3G wireless PC card modems, embedded modems, communication software, and fixedmobile convergence solutions, which enable wireless operators to provide secure and highspeed access to Internet and enterprise networks.

Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, EPlus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens.

Weak Recent Relative Performance

Novatel Wireless Inc's performance reflects the fact that it is a small-cap blend stock in the telecom equipment industry. Over the past year the stock has disappointed investors by producing weak relative performance. Its 57% decline trailed 86% of stocks in the BIR Small-Cap Index (similar to the Russell 2000 Index) and 85% of the telecom equipment stocks in that index. Over the same period the company's earnings per share rose 158% and its sales rose 43%.

Earnings Expected To Fall 50%

The company reported March 31 interim earnings of $0.14 versus $0.34 the previous year. The company's latest interim earnings were in line with analysts' expectations. The June interim earnings are expected to decline 57% year-onyear when they are reported around July 14. Novatel's earnings for the year 2008 are projected to decline roughly 50%.

Novatel has an Above Average Risk Profile

Understanding Novatel as an investment means developing a clear picture of its risk profile as well as its reward potential. A risk profile describes the influences on a stock, which explain its particular pattern and level of volatility. Our risk ranks range from low (10%) to high risk (100%), with 50% being the average. Novatel has a risk rank of 70%. Unlike beta, a stock's response to the market's movement, our risk profile incorporates both business risk and investor driven stock variability. A firm's business risk varies with the stability of its revenues, the breadth of its operating divisions, the quality of its working capital and its financial leverage. A stock's variability reflects its weekly price movements over the last 7 years.

19% L-T Growth; Below Average Quality

Novatel's interim price direction and volatility is only partially the result of the company's fundamentals. The strongest external influence is its position in the technology sector and the telecom equipment industry. This area is noted for its above average sensitivity to the business cycle and for the wide swings in its stocks. Company specific influences relate to the variability of Novatel's earnings and the characteristic behavior of investors that own it. We project it will grow with below average persistence and at a long-term rate of 19%. Its overall financial quality is below average versus other firms.

Future Week Performance

Our recommendation on Novatel Wireless is based on an assessment of key valuation and price behavior measures which we believe to be strongly related to the stock's future performance. n this systematic evaluation each of the variables described below was ranked according to its level of attractiveness in Channel Trend's total universe of large-cap and small-cap stocks. These measures have varying weights according to their level of importance. The stock's final rating was determined by totaling the weighted scores of these variables. Conclusions in each of these factor areas are shown to document Channel Trend's disciplined decision making process. The peer group information does not influence the overall rating; it is provided solely for informational purposes.

BASE P/E ASSESSMENT LEVEL - Most Favorable

Values a stock relative to the company's peak earnings per share during the past five years. A lower Base P/E ratio tends to be more attractive. The current Base P/E for Novatel Wireless is 7.6, which is lower than the Base P/E for 90.0% of all covered stocks and lower than 98.4% of stocks in its peer group. The median for all covered stocks is 16.5.

EXPECTED EARNINGS GROWTH RATE – Most Unfavorable

Measures the expected annualized rate of growth in a company's earnings per share from its base earnings level to the forecast earnings 5 years ahead. Stocks of companies with faster earnings growth rates tend to be more attractive. The expected annualized earnings growth rate for Novatel Wireless is 0.7%, which is faster than 10.9% of all covered stocks and faster than 1.5% of stocks in its peer group. The median earnings growth rate for all covered stocks is 8.2%.

CURRENT PRICE vs. FAIR VALUE - Most Favorable

Measures the percentage difference between a stock's current price and its estimated fundamental fair value. Compared to its estimated fair value of $13.97, Novatel Wireless is undervalued by 34.4%, which makes it more attractive than 96.0% of all covered

Exhibit 1
Page 384

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | stocks and more attractive than 100.0% of stocks in its peer group. |
| | | | | | EXPECTED TREND PRICE CHANGE – Most Unfavorable |
| | | | | | Measures the projected change in the trend of a stock's price. Stocks with stronger price trends tend to be more attractive. The trend price for Novatel Wireless is projected to decline by 43.7%, which is more favorable than 2.5% of all covered stocks and more favorable than 0.0% of stocks in its peer group. The median trend price change for all covered stocks is -7.7%. |
| | | | | | POSITION IN PRICE CHANNEL - Favorable |
| | | | | | Measures where a stock is trading within a price volatility-determined price channel, with the stock's current trend price representing the middle, or 50th percentile of the channel. Stocks trading at lower positions in their price channels are more attractive. The current channel percentile for Novatel Wireless is 9.9%, which is more attractive than 88.2% of all covered stocks and more attractive than 95.5% of stocks in its peer group. The median channel percentile for all covered stocks is 61.2%. |
| | | | | | CURRENT PRICE vs. PROJECTED PRICE – Most Unfavorable |
| | | | | | Measures the percentage difference between a stock's current price and its projected price 3 months ahead. A stock's projected price is determined by the change in its trend price and its position in its price channel. Novatel Wireless is currently trading 107.6% above its projected price of $4.42, which makes it more attractive than 1.1% of all covered stocks on this measure and more attractive than 3.0% of stocks in its peer group. |
| 5/19/2008 | 1,957,523 | $9.73 | 6.11% | 2.35 | |
| 5/20/2008 | 753,775 | $9.60 | -1.34% | (0.29) | *2008-05-20 SEC Filings - FORM 8-K* |
| | | | | | **Notice of Delisting or Failure to Satisfy a Continued Listing Rule or Standard; Transfer of Listing.** |
| | | | | | On May 20, 2008, Novatel Wireless, Inc. (the "Company") will notify the Nasdaq Stock Market that it did not timely file its Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2008 with the Securities and Exchange Commission. The Company will also notify the Nasdaq of the matters discussed in Item 8.01 of this Current Report. As a result, the Company is not in compliance with the Nasdaq Marketplace Rule 4310(c)(14) as of May 20, 2008. The Nasdaq requires, among other things, that the Company timely file all required reports with the Securities and Exchange Commission. The Company intends to file its Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2008 as promptly as possible following the resolution of the matters discussed below in Item 8.01 of this Current Report. |
| | | | | | The Company expects that the Nasdaq will notify the Company that the delay in filing the Form 10-Q constitutes noncompliance with the Nasdaq's listing requirements. Upon receipt of such notification, the Company will initiate the appeal process by requesting a hearing before the Nasdaq Listing Qualifications Panel. The Company expects that, pending a decision by the panel, the securities of the Company will remain listed on the Nasdaq. |
| | | | | | Item 8.01 Other Events. |
| | | | | | The Company and its Audit Committee have undertaken an expanded enhanced review of the Company's revenue cut off procedures and internal controls related to certain customer contracts, which review is ongoing. The Company intends to file its Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2008 as promptly as possible following the resolution of the review. |
| 5/21/2008 | 1,125,329 | $9.31 | -3.02% | (0.67) | |
| 5/22/2008 | 670,808 | $9.84 | 5.69% | 1.85 | *May 22, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, CFA* |
| | | | | | **Investor Meetings Reinforce Bright Outlook for Wireless Connectivity** |
| | | | | | * Investor meetings yesterday in San Francisco emphasized the growth prospects for both Sierra Wireless and Novatel Wireless in addressing wireless connectivity that we believe is soon to go far beyond traditional cellular technology and simple data cards. As an example, the imminent combination of Sprint and Clearwire's WiMAX networks necessitates a combined Ev-Do Rev A -WiMAX device for Sprint's network as WiMAX clearly won't be ubiquitous for some time. All told, the 3G connectivity market is growing in excess of 50% per year, and we believe independent third party research firms, now in the process of reassessing longer-term growth expectations, should shortly release new reports speaking to the furious growth of the various dimensions of the |

Exhibit 1
Page 385

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|
| | | | | | data connectivity market, including USB modems, embedded modems, and machine-to-machine. |

  * Business trends. From what we could garner yesterday, it appears recent sales trends remain robust, and each of these companies is tracking to meet June quarter expectations. Beyond that, each made it clear that respective product development programs are on course as well.

  * Software applications and hand-holding. An invariable Wall Street worry centers on the long-term viability of the individual players in this market. Do the highly-efficient, high-volume manufacturing companies force commoditization? Does the market become so large, the world's leading handset OEMs decide that product volume runs are large enough to justify investment? Each of these companies has survived multiple wireless technology evolutions, and in Sierra's case, since 1993. Longevity in its own right should quell concerns. Wireless technology introduction (evolution, i.e. GSM to GPRS to EDGE to UMTS to HSDPA to HSUPA to HSPA+ to LTE, etc.) drives the need for new devices. In addition, the carrier environment infers that a strong run rate of high-margin, data-driven ARPU is the cream of every sale. Differentiation, the ultimate panacea, arises as features are added. Some additional functionality is specified by carrier customers, otherwise competitive necessity is the mother of invention. Similarly, PC OEMs strive to differentiate. Unique features incorporated with wireless integration may play in market segmentation as well as segregate suppliers.

  * The execution powerhouse. Our investment ratings clearly favor Sierra, primarily for the flawless execution of the company's product introduction cycle, the primary driver, we believe, of an individual company's revenue in this hotly competitive, data connectivity device market. Because product introduction cycles come quickly, and Novatel has a solid reputation for innovative designs, we would not completely count it out.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|
| 5/23/2008 | 517,583 | $9.80 | -0.41% | 0.02 | |
| 5/27/2008 | 1,038,604 | $10.20 | 4.08% | 1.01 | *Date: May 27 2008  6:25:02 Wire: Business Wire (BUS)* |

**Novatel Wireless Receives Notice From Nasdaq Due to Late Filing of Form 10-Q**

SAN DIEGO--(BUSINESS WIRE)--May 27, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL) announced today that due to the delay in the filing of its Quarterly Report on Form 10-Q for its quarter ended March 31, 2008, it has received, as expected, a Nasdaq Staff Determination Letter indicating that the Company is not in compliance with the Nasdaq continued listing requirements set forth in Nasdaq Marketplace Rule 4310(c)(14).

  The Company is requesting a hearing before the Nasdaq Listing Qualifications Panel, which will automatically stay the delisting of the Company's common stock pending the Panel's review and determination. Pending a decision by the Panel, the Company's common stock will continue to be traded on The Nasdaq Stock Market.

  As previously announced, the Company has delayed filing its Quarterly Report on Form 10-Q for its quarter ended March 31, 2008 as a result of the self-initiated expanded enhanced review undertaken by the Company and its Audit Committee of the Company's revenue cut off procedures and internal controls related to certain customer contracts, which review is ongoing. The Company intends to file its Quarterly Report on Form 10-Q for its quarter ended March 31, 2008 as soon as practicable after completion of the review.

  There can be no assurance that the Panel will grant the Company's request for an extension that would allow the continued listing of the Company's common stock on The Nasdaq Stock Market until the Company files its Quarterly Report on Form 10-Q for its quarter ended March 31, 2008.

*Date: May 27 2008  6:30:02 Wire: Business Wire (BUS)*

**Novatel Wireless to Present at Upcoming Cowen & Co. and Oppenheimer Conferences**

SAN DIEGO--(BUSINESS WIRE)--May 27, 2008Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced participation in the following events with the financial community:

Cowen and Company 20/20 TMT Conference

Presentation Date: Friday, May 30, 2008

Time: 11:00 AM ET

Presenter: Peter Leparulo, chairman and chief executive officer

Exhibit 1
Page 386

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | Location: The Palace Hotel, New York |
| | | | | | Oppenheimer 2008 Communications & Technology Conference |
| | | | | | Tuesday, June 3, 2008 |
| | | | | | Time: 11:50 AM ET |
| | | | | | Presenter: Peter Leparulo, chairman and chief executive officer |
| | | | | | Location: The Four Seasons Hotel, Boston, MA |
| 5/28/2008 | 1,296,228 | $10.40 | 1.96% | 0.60 | |
| 5/29/2008 | 1,205,584 | $10.22 | -1.73% | (0.97) | |
| 5/30/2008 | 780,572 | $10.31 | 0.88% | 0.09 | |
| 6/2/2008 | 1,167,530 | $10.19 | -1.16% | (0.14) | |
| 6/3/2008 | 3,320,290 | $10.88 | 6.77% | 2.58 | *June 3, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm* |

**Novatel Wireless, Inc. - Novatel Management Eyes 2H08 Opportunity**

Conclusion: Novatel Chairman & CEO Peter Leparulo provided an update on business trends at Cowen's TMT Conference on 5/30, indicating channel inventories are lean with sell-in matching sell through essentially on a 1:1 basis. We find Novatel commentary on pull-in of its component orders as promising though more likely to impact 3Q08 than 2Q08. Reiterate Outperform as catalysts for a 2H08 recovery appear. At 10X F09E EPS, we believe NVTL remains compelling.

 * Channel Velocity Improves. Novatel commented it has begun to pull forward component orders, suggesting to us the company's market share slide should lessen moving forward. In addition, earlier CY08 issues with component availability now appear to have diminished.

 * New Product Cycle Drives 3Q08 Uptick, Stronger 2H08. We believe the introduction of new device form factors and radio configurations will boost the company, especially in the Verizon and Vodafone channels, in 3Q08. Our above consensus 3Q08 EPS is predicated upon an improving mix from these customers in particular.

 * Introducing 2006-2010 Modem and Datacard Market Forecast. Based on company research and channel checks, we believe CY08 demand for 3G USB modems and PC datacards could exceed 27MM units. Current industry consensus currently sits in the 19-20MM range (though Chinese vendors account for much of the upside). Steep share losses seem baked into current consensus; new products should help stem the slide.

 * Stock Net. The company has not updated (initially) disappointing 2Q08 guidance, but we continue to believe the current quarter remains in-line. Reiterate Outperform on catalysts for 2H08 recovery and compelling valuation.

3G USB Modems & PC Datacards: Market Overview

We continue to see very strong overall global mobile subscriber development in three core areas: 1) emerging markets, 2) 3G migration and 3) data-only, mobile broadband subscriptions. We believe industry analysts and OEMs are underestimating the wider mobile space especially with regard to the last area, dataonly mobile subscriptions. Since USB and PC datacards are the key enablers of dataonly subscriptions, we believe they too are being under-counted.

We are introducing Cowen's Global 3G USB & PC Datacard Forecast to more fully outline worldwide demand dynamics in the space. Based on recent commentary from Huawei, we believe the total TAM was ~13MM units in CY07. Channel checks with OEMs and carrier contacts suggest the global market is likely to grow by more than 100% this year, yielding a global TAM of ~27MM units in CY08. We believe consensus (comprised of both industry analyst and device OEM commentary) places CY08 global shipments of 3G USB modems and PC datacards in the range of 19- 20MM units.

We currently forecast a CAGR of 78% for 3G USB modem and PC datacard shipments during the 2006-2010E forecast period. Europe (Western and Eastern) should account for >50% of CY08 3G USB modem and PC datacard demand, consistent with the number of HSPA deployments in the region; North American demand (~5MM in CY08) will again skew in favor of CDMA. We believe the balance of CY08 global demand (~7MM units) comes primarily from developed Asia and the Middle East, skewing heavily toward HSPA.

USB and PC Datacards Are Shipping In Higher Volumes Than Widely Believed  Our above consensus industry roll-up/forecast is a

Exhibit 1
Page 387

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | function of several factors: 1) the aggressive worldwide rollout of HSPA and EV-DO networks; 2) industry attention appears overly focused upon the independent suppliers Option, Sierra Wireless and Novatel; 3) the limited financial transparency of Huawei – the largest vendor in the space; 4) we believe shipments of Tier 2 suppliers (e.g. Kyocera, Pantech, UTStarcom) are underestimated - particularly in CDMA; 5) limited research in the space, given the market's historically small TAM. |

Market Share Trends For USB and Datacard OEMs
Market share trends have been fairly consistent during the past two years, with low cost Asian OEMs taking share from Option (the market leader in 2006), Sierra Wireless and Novatel. We estimate market leader Huawei commands >40% global share on shipments of ~1MM/month. Intense competition in the European HSPA market is driving global ASPs lower, though pricing remains more favorable to OEMs in other geographies. We currently forecast a CAGR of 61% for 3G USB modem and PC datacard revenue during the forecast period, to $US 7.4B in 2010.
We believe our current company financial estimates for Novatel in FY08-09 are worst-case, based on poor execution over the past three quarters. We see the company's share bottoming in 2Q08 and then stabilizing in the 6% range in 2H08 and into 2009. With new Novatel products ramping in 2H08, we believe our current forecasts (below) are sufficiently conservative with room for upside if launches prove successful.
Conclusion
Novatel Chairman & CEO Peter Leparulo provided an update on business trends at Cowen's TMT Conference on 5/30, indicating channel inventories are lean with sellin matching sell through essentially on a 1:1 basis. We find Novatel commentary on pull-in of its component orders as promising, though more likely to impact 3Q08 than 2Q08. Additionally, based on company research and channel checks, we believe CY08 demand for 3G USB modems and PC datacards could exceed 27MM units. Current industry consensus currently sits in the 19-20MM range (Chinese vendors account for much of the upside). Steep share losses seem baked into current consensus; new products should help stem the slide. Reiterate Outperform as catalysts for a 2H08 recovery appear. At 10X F09E EPS, we believe NVTL remains compelling.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 6/4/2008 | 3,061,376 | $11.41 | 4.87% | 1.48 | *Date: Jun 4 2008 7:32:32 Wire: Briefing.com Global Menu (BRF)* **NVTL: Morgan Joseph ups to Buy** |

*June 4, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, CFA*
**Novatel Wireless, Inc. - Verizon Business Expands; Execution Confidence Improves; Upgrade to Buy $13 PT**
 * Investment conference presentations yesterday by both Novatel Wireless and Sierra Wireless included the point that June quarter product sales have remained at solid levels. For this reason, combined with our own industry checks, we continue to believe Novatel is tracking toward our $87.5mm sales estimate for 2Q08.
 * September should speak volumes to a reinvigorated position. Importantly, Novatel is tracking to introduce two new USB modems in 3Q08, one targeted to Sprint and one to Verizon. At yesterday's presentation, Novatel conspicuously made the point that it had won back the promotional slot at Verizon for 3Q. We have seen evidence that suggests Novatel's new Verizon product may incorporate dual air-interface 3G technology, providing for seamless roaming between Verizon and all other Vodafone affiliates, a plus for international travelers. We expect that the new Sprint-focused device should include differentiated design aspects particular to Sprint's demands.
 * Execution. While recent results leave abject bulls wanting, we think, and this is merely conjecture based on the Verizon improvement, that Novatel has righted some of the in-house sales execution issues hindering its performance in 1H08. Our upgrade to Buy is a bet on both the flawless introduction of new products, and more importantly, Novatel's ability to deliver those products as 2H08 sales.
 * Market potential. As some investors either criticize or diminish the ultimate addressable market, we think a quick review provides needed clarity. There are approximately 350mm laptops in use worldwide, and to date, we think there have been fewer than 25mm 3G laptop-facing modems sold pointing to market penetration that hasn't yet reached double-digit percentages. Certainly, we expect ASP pressure, but the volume opportunities remain highly attractive, in our view. Beyond laptops, there are no use shortages for

Exhibit 1
Page 388

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | broadband connectivity. Novatel has discussed its participation in two deals, which should contribute to sales and earnings this year, one with AutoNet and another with an as yet unnamed content delivery device manufacturer. Sierra too, in building its machine-to-machine position, has demonstrated alternative market opportunities. |
| | | | | | * Upgrading to Buy. On the positive comments stemming from recent investor conferences, complemented by our own industry checks, we believe Novatel is tracking to post performance in line with our heady expectations for 2H08. On that basis, we believe it is not unreasonable to assign an 11x multiple (considering the snap-back to growth we expect next year) on our $1.15 2009 EPS estimate to reach our $13 price target. |
| | | | | | *June 4, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, CFA*<br>**Novatel Wireless, Inc. - Verizon Business Expands; Execution Confidence Improves; Upgrade to Buy $13 PT**<br>Investment Highlights:<br>* Investment conference presentations yesterday by both Novatel Wireless and Sierra Wireless included the point that June quarter product sales have remained at solid levels. For this reason, combined with our own industry checks, we continue to believe Novatel is tracking toward our $87.5mm sales estimate for 2Q08.<br>* September should speak volumes to a reinvigorated position. Importantly, Novatel is tracking to introduce two new USB modems in 3Q08, one targeted to Sprint and one to Verizon. At yesterday's presentation, Novatel conspicuously made the point that it had won back the promotional slot at Verizon for 3Q. We have seen evidence that suggests Novatel's new Verizon product may incorporate dual air-interface 3G technology, providing for seamless roaming between Verizon and all other Vodafone affiliates, a plus for international travelers. We expect that the new Sprint-focused device should include differentiated design aspects particular to Sprint's demands.<br>* Execution. While recent results leave abject bulls wanting, we think, and this is merely conjecture based on the Verizon improvement, that Novatel has righted some of the in-house sales execution issues hindering its performance in 1H08. Our upgrade to Buy is a bet on both the flawless introduction of new products, and more importantly, on Novatel's ability to deliver those products as 2H08 sales.<br>* Market potential. As some investors either criticize or diminish the ultimate addressable market, we think a quick review provides needed clarity. There are approximately 350mm laptops in use worldwide, and to date, we think there have been fewer than 25mm 3G laptop-facing modems sold pointing to market penetration that hasn't yet reached double-digit percentages. Certainly, we expect ASP pressure, but the volume opportunities remain highly attractive, in our view. Beyond laptops, there are no use shortages for broadband connectivity. Novatel has discussed its participation in two deals, which should contribute to sales and earnings this year, one with AutoNet and another with an as yet unnamed content delivery device manufacturer. Sierra too, in building its machine-to-machine position, has demonstrated alternative market opportunities.<br>* Upgrading to Buy. On the positive comments stemming from recent investor conferences, complemented by our own industry checks, we believe Novatel is tracking to post performance in line with our heady expectations for 2H08. On that basis, we believe it is not unreasonable to assign an 11x multiple (considering the snap-back to growth we expect next year) on our $1.15 2009 EPS estimate to reach our $13 price target. |
| 6/5/2008 | 1,347,467 | $11.59 | 1.58% | (0.03) | |
| 6/6/2008 | 2,055,832 | $11.94 | 3.02% | 1.92 | |
| 6/9/2008 | 1,526,994 | $11.78 | -1.34% | (0.39) | |
| 6/10/2008 | 1,020,378 | $11.57 | -1.78% | (0.61) | *Date: Jun 10 2008  7:30:02 Wire: Business Wire (BUS)*<br>**Novatel Wireless Ovation U727 USB Modem Wins PC Magazine Editors' Choice Award - Pocket-Sized USB Data Modem with Integrated File Storage Provides  "Highest Average Speeds of any Device Tested"**<br>SAN DIEGO--(BUSINESS WIRE)--June 10, 2008 Novatel Wireless, Inc., (Nasdaq: NVTL), a leading provider of wireless broadband solutions, today announced the Ovation(TM) U727 USB modem has won an Editor's Choice Award from PC Magazine, a distinction |

Exhibit 1
Page 389

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | honoring products and services that rise above similar products in their respective categories. The full article can be seen at http://www.pcmag.com/article2/0,2817,2316928,00.asp |
| | | | | | Optimized for high-speed, EVDO Rev. A Networks, the Ovation U727 plugs directly into a computer's USB port, enabling users to surf the Web, check email and access important business documents with speeds similar to those of a cable or DSL connection. |
| | | | | | Throughout extensive testing of mobile broadband product offerings by PC Magazine analysts, the Ovation U727 consistently provided the fastest average download/uplink speeds, beating out the latest USB modem offerings from competitors. Also receiving high marks in the review was the U727's onboard GPS capability, which leverages both autonomous and assisted GPS and enabled PC Magazine's reviewers to pinpoint their location, even in the "challenging terrain of midtown Manhattan." |
| | | | | | "The great efficiency, reliability and blazing speed of the U727 provides the ultimate tool for connecting to the Internet anytime, anywhere," said Peter Leparulo, CEO of Novatel Wireless. "It's a great honor to be recognized once again by PC Magazine for producing best-in-class mobile data solutions." |
| 6/11/2008 | 864,502 | $11.31 | -2.25% | (0.25) | |
| 6/12/2008 | 924,137 | $11.48 | 1.50% | 0.36 | |
| 6/13/2008 | 609,067 | $11.93 | 3.92% | 0.78 | |
| 6/16/2008 | 869,157 | $11.88 | -0.42% | (0.47) | |
| 6/17/2008 | 512,315 | $11.84 | -0.34% | 0.01 | |
| 6/18/2008 | 667,438 | $11.47 | -3.12% | (0.90) | |
| 6/19/2008 | 815,439 | $11.53 | 0.52% | (0.26) | |
| 6/20/2008 | 709,333 | $11.36 | -1.47% | 0.05 | |
| 6/23/2008 | 750,335 | $11.51 | 1.32% | 0.67 | |
| 6/24/2008 | 1,244,036 | $11.95 | 3.82% | 1.57 | |
| 6/25/2008 | 1,554,686 | $12.32 | 3.10% | 0.68 | *Date: Jun 25 2008  7:30:02 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Completes Interoperability Testing of Its Expedite EU870D Embedded Module on NTT DOCOMO's Network in** |
| | | | | | **Japan** - Novatel Wireless Expands Carrier Network with Addition of NTT DOCOMO |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--June 25, 2008 Novatel(TM) Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, today announced the successful completion of interoperability testing (IOT) for the Expedite(R) EU870D PCI Express Mini Card Embedded Module on NTT DOCOMO's 3G/HSDPA network in Japan. |
| | | | | | Optimized for worldwide GSM/HSPA networks, the Expedite EU870D PCI Express Mini Card Embedded Module is a tri-band HSPA and Quad-Band EDGE/GPRS modem designed for maximum performance and durability. Laptop computer manufacturers can integrate these embedded modules in their designs to offer instant on-the-go mobile broadband access. Customers will enjoy a new level of freedom to check email, search the Web or access important business documents while at home, at the office, or on the road. |
| | | | | | With support for significantly faster throughput than legacy mobile data modems, the Expedite EU870D PCI Express Mini Card Embedded Module offer speeds that rival those of fixed-line DSL connections. |
| | | | | | Features include download speed of up to 7.2Mbps, diversity antennas on 850MHz and 2100MHz and equalizer support to improve performance in noisy and highly mobile environments. The Expedite EU870D PCI ExpressMini Card Embedded Module operates globally on 850, 1900, and 2100 MHz bands on HSDPA and UMTS networks. |
| | | | | | "By completing the interoperability of our Expedite EU870D PCI Express Mini Card Embedded Module, PC OEMS will be able to deliver the fastest wireless data speeds available on the NTT DOCOMO network," said Peter Leparulo, CEO of Novatel Wireless. |
| | | | | | "We are very pleased to expand our carrier network in the Eastern Hemisphere and proud to be providing our combined customers with the world's most advanced mobile broadband solutions." |
| | | | | | The Expedite EU870D PCI Express Mini Card Embedded Module is commercially available through a variety of leading laptop computer manufacturers. |
| 6/26/2008 | 1,471,524 | $11.30 | -8.28% | (2.17) | |

Exhibit 1
Page 390

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 6/27/2008 | 1,700,996 | $11.01 | -2.57% | (0.95) | |
| 6/30/2008 | 1,002,634 | $11.13 | 1.09% | 0.62 | *June 30, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* |

**SWIR & NVTL - Emerging Opportunities & June Channel Checks**
Action
We recently had the opportunity to meet with management of NVTL and an industry source. We also performed channel checks at Verizon, Sprint, and AT&T stores to evaluate their current inventory of modems, and we are presenting the data in this note. Overall, we continue to believe that the market for cellular modems is growing at a rapid pace, benefiting both SWIR and NVTL. Overall, we continue to favor shares of SWIR over NVTL at present due to more consistent execution in the recent past, but with NVTL's management team re-focused, we expect its execution to begin to improve. We also believe that NVTL has emerging opportunities working in its favor, particularly AutoNet's recent agreement with Chrysler and the launch of NVTL's NovaSpeed technology.
Key Details and Summary Perspectives
  * Channel Checks - We discuss these in greater depth on the following page. We are initiating monthly channel checks on carrier retail store inventories, which we believe should offer some insight into patterns of shipments. We believe this month's conclusion is that NVTL is selling into the Verizon channel again, though Kyocera products are well-positioned (perhaps better-positioned) in that channel, while SWIR is well-positioned in Sprint and AT&T.
   * Chrysler's Announcement and the Emergence of Mobile Hotspots - Last week, Chrysler announced that mobile Wi-Fi hotspots will be available in a number of 2009 models. The technology is provided by AutoNet, which is using embedded modules from NVTL. Mobile hotspots are essentially portable Wi-Fi routers that attain an Internet connection via a 3G modem. This eliminates the need to tie a 3G connection to a specific PC, as it allows connections by multiple PCs or other Wi-Fi compatible devices (such as the iPhone or Nintendo DS). Given that embedded Wi-Fi is an ubiquitous feature of laptops, whereas embedded 3G modules still represent a small percentage, this could be a solution that sees more widespread adoption.
While SWIR has not yet announced any specific exposure to automotive embedded hotspots, its acquisition of CradlePoint, announced in April, is also designed to pursue the emerging mobile hotspot segment, selling stand-alone portable Wi-Fi/3G routers.
   * NovaSpeed - A Potential Catalyst for NVTL - At the CTIA conference in April, NVTL announced NovaSpeed, proprietary software designed to optimize performance of its future products, with firmware upgrades for previous models. NVTL cites improvements in performance of "up to 400%" -- clearly it will be interesting to see how the technology performs in the real world. However, we believe that carriers have developed an interest in this technology, and we are not aware of an equivalent technology by any of NVTL's competitors. From this standpoint, NovaSpeed can potentially serve as a differentiator for NVTL that helps defend its price points and allow it to take back share that has been lost in recent quarters.
   * Industry Growth Remains Robust - We continue to believe that the overall market for cellular modems is growing strongly, particularly in terms of units, and that it will continue to grow at a solid pace over the next few years. We are currently estimating that unit shipments grew from 7M in 2006 to 13M in 2007, and that they will grow to 17M (31% growth) in 2008. We expect dollar sales to grow somewhat less than this, however, due to declines in ASPs, and the final share of the market remains an unknown.
Details
   * Background on Channel Checks - Earlier in June, we performed channel checks at 50 stores each for Verizon and Sprint in the top 25 U.S. markets. We also performed channel checks at AT&T stores, but our finding is that SWIR's penetration in that channel is effectively 100%, which limits the value of a detailed check.
   * Breakdown by Proportion of SKUs - We found a total of 8 different SKUs present in both Verizon and Sprint stores. However, Verizon stores averaged 4.6 SKUs per store, while Sprint stores averaged 2.6 SKUs.
The following table adds up all of the SKUs at the different stores, and then breaks them down by manufacturer. The SKUs at Verizon proved to be more diverse in terms of manufacturer, with NVTL having the largest portion. SWIR represented a majority of the SKUs at Sprint.
   * Penetration of Stores by Manufacturer - The following table looks at the presence of the different carriers. What we find here is that NVTL had a presence in almost all of both Verizon and Sprint's stores. Kyocera was in all of Verizon's stores (although, based on the previous table, NVTL had more total SKUs), SWIR was in all of Sprint's stores, but it had a fairly light presence in Verizon stores

Exhibit 1
Page 391

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | (in line with the previous table). |
| | | | | | Penetration of Stores by SKU - The following table offers an overview of penetration by card. The most widely penetrated card was Kyocera's UM150 EV-DO Rev. A USB modem at Verizon, which was at 100% of stores (notably, this product was also free with a 2-year contract, whereas NVTL's USB modems. SWIR's Compass 597 was present at 88% of Sprint stores. |
| | | | | | Gobi a Threat in 2009, but Other Factors Mitigate Its Impact |
| | | | | | Following our meetings with an industry source, we continue to see Qualcomm's Gobi solution as an obstacle to NVTL and SWIR's growth. Recall that Gobi is an embedded module solution for laptops, which competes with embedded products from NVTL and SWIR. In 2007, PC embedded modules represented 16% of revenues for NVTL and 12% for SWIR. We expect Qualcomm to price Gobi aggressively with the intent of ratcheting up adoption, potentially taking share from NVTL and SWIR in embedded modems and bringing down ASPs and margins, beginning in 2009. However, Gobi's impact is limited by two key factors. First, we believe Gobi was launched primarily as a means of competing against WiMAX, a technology that has lost some momentum since then. Second, Qualcomm currently only has three carrier certifications (Verizon, Vodafone, T-Mobile), and its acceptance by a wider group of carriers is in doubt, which ultimately limits its value. |
| | | | | | North American Entry of Huawei Remains a Looming Threat |
| | | | | | We continue to believe that the competitive entry of Huawei is a looming threat for NVTL and SWIR. Speculation continues to persist that Huawei is looking to sell a stake in its mobile devices division (which includes cellular modems) in order to gain a partner that will help it expand into the North American market. The current speculation is that Huawei is looking to receive bids by June 23. Huawei has had considerable success in Europe, taking share from Belgium-based Option, and the concern is that, once they break into the U.S. market, which represents 60%+ of sales for NVTL and SWIR, they will be able to take share and negatively impact ASPs. |
| 7/1/2008 | 1,162,526 | $10.98 | -1.35% | (0.72) | |
| 7/2/2008 | 961,619 | $10.68 | -2.73% | (0.40) | |
| 7/3/2008 | 843,713 | $10.52 | -1.50% | (0.55) | |
| 7/7/2008 | 1,132,017 | $10.68 | 1.52% | 0.53 | *Date: Jul 7 2008  7:30:01 Wire: Business Wire (BUS)*<br>**Novatel Wireless' Next Generation MC950D HSUPA USB Mobile Data Modem Available from Vodacom South Africa -  Ovation MC950D Combines Innovative Design with 3G Mobile Broadband Technology to Keep Vodacom SA Customers Connected**<br>JOHANNESBURG, South Africa & SAN DIEGO--(BUSINESS WIRE)--July 07, 2008 Novatel Wireless(TM) Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced the launch of the Ovation(TM) MC950D USB Modem on Vodacom South Africa's network. The award winning MC950D is a HSPA mobile broadband modem that plugs easily into a computer's USB port, providing upload and downlink speeds that meet or exceed traditional home DSL and cable modems.<br>  Optimized for HSPA worldwide networks, the Ovation MC950D is a tri-band HSUPA/HSDPA and quad band EDGE/GPRS modem designed to be extremely durable and fit comfortably in any pocket. For use in the home, at the office or on the road, the MC950D will provide Vodacom customers with instant on-the-go mobile broadband access to surf the Web, check email, access important business documents and much more.<br>  "Vodacom continues to set the pace in wireless broadband technologies and services in South Africa. With HSUPA available country-wide, wherever the Vodacom network offers 3G coverage, our customers now have access to the fastest down- and upload speeds available, offering them a true broadband experience," says Pieter Uys, COO of Vodacom Group<br>  With support for 7.2 Mbps downlink speeds and 2.1 Mbps uplink upon launch, the MC950D offers notably faster speeds than legacy mobile data modems. These speed increases allow all Vodacom customers to share large data files and leverage new wireless data applications on the go.<br>  The Ovation MC950D packs a variety of features into its miniature form factor, including fully integrated diversity antennae, receiver diversity and equalizer support to improve performance in weak signal areas. Vodafone dashboard software is pre-installed on the device, significantly improving the user's out-of-box experience byeliminating the need to install drivers from a CD.<br>  "Vodacom's HSPA Network is the ideal platform to support Novatel's next generation mobile data devices," said Peter Leparulo, CEO of Novatel Wireless. "Novatel is very pleased to work with Vodacom in providing our combined customers with the world's |

Exhibit 1<br>Page 392

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|  |  |  |  |  | most advanced mobile broadband solutions."<br>The Ovation MC950D is commercially available through Vodacom approved dealers and Vodacom Business' sales channels. |
| 7/8/2008 | 640,640 | $10.84 | 1.50% | (0.18) | *Date: Jul 8 2008  7:30:02 Wire: Business Wire (BUS)*<br>**Bell Launches Exclusive Novatel Wireless U727 USB Modem 2-In-1 Modem and Storage Device Runs on Bell Mobility's Fast Mobile Data Network**<br>TORONTO--(BUSINESS WIRE)--July 08, 2008 Bell today launched the exclusive Novatel Wireless(TM) U727 USB modem, the first mobile data device available in Canada that features a USB key design with a removable memory slot. The U727 also doubles as a data storage device, capable of housing a MicroSD card(1) with up to 8 GB of memory.<br>   Wireless modems provide high-speed access to the Internet, email, network applications and corporate VPNs, without requiring any wires, cables or phone jacks. An alternative to relying on vulnerable public Wi-Fi hotspots, the U727, operating on Bell's high speed mobile network, allows clients to remain connected on the go, while maintaining a high level of security. The network supports peak upload speeds of up to 1.8 megabits per second (Mbps) and peak download speeds of up to 3.1 Mbps.<br>   "The Novatel Wireless U727 is the newest and most compact addition to Bell's extensive wireless connection card line-up," said Adel Bazerghi, Vice President, Products for Bell Mobility. "Clients will enjoy the simplicity of using the device to access the Internet and the convenience of its memory slot."<br>   The Novatel Wireless U727 stores documents, presentations, multimedia files and more. With dimensions of 70 mm by 25 mm, it is only slightly longer than a standard memory stick. Compatible with Windows(R) XP(TM), Windows(R) Vista(TM) and Macintosh(R) operating systems, the U727 integrates Mobile Connect Basic software, allowing clients to easily install and configure their connections and toreview and manage their usage.<br>   "Mobile professionals require not only remote access to online corporate resources, but also the ability to store and transport important data on the fly," said Peter Leparulo, CEO of Novatel Wireless. "Based on extensive feedback from enterprise customers worldwide, Novatel Wireless designed the U727 as the ultimate USB device for the mobile worker."<br>   Bell offers a variety of data plans for wireless modems, for every type of use. For more information, please visit: bell.ca/connectioncardplans.<br>   The Novatel Wireless U727 USB modem is available for as little as $99.95 on a three-year contract. For details, please visit bell.ca/wirelessmodem.<br>   (1) Available for purchase separately |
| 7/9/2008 | 602,016 | $10.32 | -4.80% | (1.09) | |
| 7/10/2008 | 1,325,912 | $10.00 | -3.10% | (1.52) | |
| 7/11/2008 | 1,274,736 | $9.99 | -0.10% | 0.14 | *11 JULY 2008 Research Capital Corporation - Nick Agostino*<br>**Sierra Wireless Inc.; Novatel Wireless Inc.**<br>Event - Option Warns On Q2/08 Expectations<br>Sierra and Novatel competitor Option warned on Q2/08 results this morning. Company expects Q2 sales in the range of Euro 60-62M, 16% (mid-point) below consensus (1 estimate) due to continuing price pressure in Europe from Asian competitors.<br>OPINION -MARKET DEMAND REMAINS ROBUST<br>Today's news marks the sixth straight quarter that Option has lowered expectations. Key reasons cited are continuing pricing pressure in Europe from Asian competitors (Huawei) and lower than expected sales from 2 customer accounts (company specific). Despite the warning market demand remains robust with Option acknowledging it had its highest ever quarterly volume of units shipped, primarily for USB modems.<br>It is no surprise that Huawei has been using irrational pricing in Europe to gain share, much to the detriment of Option. Huawei is now the #1 global vendor of cellular modems, followed by Sierra and Novatel, with a roughly 35% market share. But the company is in the midst of selling its handset division (which includes modems and wireless Internet cards) to a private equity firm (contenders include Bain Capital, Kohlberg Kravis Roberts, Silver Lake, Goldman Sachs, TPG, Carlyle Group and Blackstone). We anticipate that |

Exhibit 1
Page 393

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | with the division in the hands of private equity investors, we will see a transition to price rationalization. This would be a benefit to all competitors in the cellular modem market. In our view Huawei had been using its handset division as a loss leader to win more attractive wireless infrastructure contracts. |
| | | | | | Overall we recommend investors build/add to a position in Sierra (BUY, US$28.00 target) and Novatel (BUY, US$12.00 target) on a any share price weakness. The stocks currently trade at 8.5x (Sierra) and 11.2x (Novatel) forward EPS with ~45% of the current share price in net cash for each company. On a relative basis we prefer Sierra over Novatel given better execution, channel positioning, stronger balance sheet, tax benefits and an advanced diversification strategy. |
| 7/14/2008 | 611,282 | $9.84 | -1.50% | (0.28) | *July 14, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* |

**SWIR & NVTL - July Channel Checks**

Action

We recently completed our second monthly set of channel checks for cellular modems at Verizon, Sprint, and AT&T stores. Collectively, we believe these carriers represent 30-40% of revenues for NVTL and SWIR. Our conclusion is that NVTL continues to compete with UTStarcom and Kyocera for the Verizon channel, with a secondary presence in Sprint. SWIR, on the other hand, retains a stronger position at Sprint and is effectively the sole supplier to AT&T for the moment. As NVTL continues to struggle to regain its competitive position, we continue to favor SWIR shares over NVTL at this time. However, we also recognize that looking forward, market share in this industry tends to shift back, and we will continue to monitor the channels for this.

Key Details and Summary Perspectives

° Channel Checks - We performed checks at 50 Verizon and 50 Sprint stores, while contacting a smaller number of AT&T stores due to SWIR's continuing lock on that channel. Our specific goal has been to take stock of the inventory of cellular modems at these stores, in order to get a sense of where orders are going. The checks have also given us an opportunity to hear qualitative commentary from retail store staff. We provide a detailed overview of the conclusions from these checks on the following page.

° Verizon: NVTL Continues to Compete for Share with UTStarcom - At Verizon, NVTL is continuing to compete with UTStarcom (NASDAQ: UTSI) for share. Store staff were nearly universally recommending the UM150 device, and Verizon also appears to have lined up UTSI's UM175 as its next USB modem, and we expect them to arrive in stores over the next few weeks. NVTL's USB727 modem is priced at a level that effectively shut out the retail consumer (priced at $150, vs. $30 for NVTL's USB720 and UTSI's UM150), though it may be having more success in the enterprise channel.

° Sprint: SWIR Retains the Upper Hand - In the Sprint channel, SWIR remains the favored vendor, with its Compass 597 retaining the favored position. Interestingly, Sprint also appears to be continuing to keep SWIR's last-generation, Aircard 595U in stock (and charging the same price as for the newer and smaller Compass 597). NVTL's U727 remains present at just over half of stores and carries a higher price tag, which probably limits its impact, at least at the retail level.

° AT&T: Paring Back on Non-USB, But Option Keeps Its Foot in the Door - While we called a number of AT&T stores, we continue to find that SWIR is the sole vendor to the overwhelming majority of stores. In fact, at a number of stores, SWIR's USB modems were the only products available -- no PC cards or ExpressCards were stocked, and the stores did not express a need to restock them. However, we did find that at a few locations, Option had sold new HSUPA PC Cards. Option is hurting, and we remain a concerned that Option may adopt price aggressive behavior to get its USB modems on the shelves.

° USB Hedging Out Other Form Factors - As time goes on, we increasingly see that store staff are discouraging customers from purchasing modems in the PC card and ExpressCard form factors, instead directing customers overwhelmingly towards USB modems. We believe this simplifies inventory management and may also cut down on the number of returns, as customers are not always sure which card slot their laptop supports. From this standpoint, we believe that the focus should be on USB modems when evaluating the results of these checks.

Details

° Background on Channel Checks - Last week, we performed channel checks at 50 stores each for Verizon and Sprint in the top 25 U.S. markets. We also performed channel checks at AT&T stores, but our finding is that SWIR's penetration of that channel is effectively 100%, with minimal competition, which limits the value added by a detailed check.

Exhibit 1
Page 394

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Penetration of Stores by Manufacturer - The following table looks at the presence of the different carriers. What we find here is that NVTL had a presence in almost all of Verizon's stores and in the vast majority of Sprint stores (though its presence shrunk). UTStarcom was in all of Verizon's stores in both months, while SWIR was in all of Sprint's stores both months, but it had a fairly light (and declining) presence in Verizon stores.

Proportion of USB SKUs by Manufacturer - The following table counts up all of the USB SKUs at different stores and divides up the share by manufacturer. In July, we counted a total of 110 different USB SKUs at 50 Verizon stores, or an average of 2.2 SKUs per store, compared to 127 different SKUs, or 2.5 per store, in June. At Sprint, the numbers were 90 USB SKUs in July, or 1.8 per store, compared to 84 in June, or 1.7 per store.

Verizon: Detailed SKU Overview - The following table is a detailed overview of all of the SKUs at Verizon and their penetration within the stores we surveyed. UTStarcom retains a solid position in this channel, although Verizon stores continue to stock two different NVTL USB modems: the 720 and 727.

However, Verizon's website is offering the UTStarcom's UM175 USB modem, and stores expect to begin stocking it within the next few weeks, presumably leading to two different UTStarcom USB modems within the channel as well. Interestingly, while the website and many stores both report the pricing of NVTL's USB720 and UTStarcom's UM150 as $29.99, a number of stores were offering them for free with a rebate.

Also worth noting: Verizon is unique among the major U.S. carriers in that it retains four different vendors: both Sprint and AT&T only have two.

Sprint: Detailed SKU Overview - SWIR maintained the stronger position at Sprint channels, with its Compass 597 the modem most frequently recommended by sales reps. Moreover, SWIR's USB modems were both priced lower than NVTL's one USB modem in the channel. Sprint appears to be taking an increasingly USB-centric strategy in that stores did not replace their dwindling stocks of PC card and ExpressCard modems, or even as they increased distribution of SWIR's USB modems. One curiosity is that penetration of SWIR's older Aircard 595U modem appeared to increase meaningfully. This could potentially be a case where SWIR was able to send a shipment of excess inventory to Sprint (perhaps at a reduced price), or it could be a quirk of the survey.

*July 14, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, CFA, James R. Moore*
**Novatel Wireless, Inc.; Sierra Wireless, Inc. - Data Trends Remain Robust; Two Device Suppliers Should Benefit**
Recent share price action not indicative of fundamentals. Shares of both Novatel and especially Sierra have seen considerable pressure: Novatel shares are down from a recent high of $12.64 at the end of June, and Sierra shares are down from about $20 after posting 1Q08 results. Aside from the macro environment, the price declines imply poor news coming in both companies' 2Q08 reports-frankly, we have no indication of any problem. Our sources indicate that 3G data connectivity sales have remained robust through 2Q, and more importantly, we think there is good news to come in 2H08.

n Sierra first. By our checks, Wall Street's consensus sales estimate of $154mm appears attainable. In each of the past two quarters, Sierra's results have exceeded sales expectations, and we believe we should see another quarter of strong results given the company's prominence at key customers: Sprint, AT&T, and Telstra. Sierra is translating recent strong sales to cash even while increasing its R&D expenses, and added more than $12mm to its coffers last quarter. September Street sales estimates call for $157mm, up only about 2% Q-Q, most likely reflecting a concern that Sierra's PC OEM embedded business, running at about $16-20mm per quarter over the recent few quarters, could see competitive pressure from Qualcomm's Gobi and Ericsson's HSPA module. Despite this influence, we believe overall data trends remain strong enough to prove both our and Street expectations for 3Q08 overly conservative, and as a result, we would expect to see Sierra's September guidance ahead of current expectations; however, current price action appears to anticipate poor June results and low expectations.

n Movement of Novatel shares slightly different. Unlike Sierra's, Novatel's shares have bounced since its last report, despite posting two weak sequential quarters. Novatel has clearly voiced its return to Verizon's data promotional slot, which we expect should become visibly clear in retail locations within the next month. Also, we believe suggestions regarding Huawei's winning a position at Verizon are certainly false given that Huawei has not received FCC approval for a CDMA-based device. Roughly four months are needed between FCC approval and reaching market, assuming success with the carrier. Huawei, despite bringing the lowest-priced product to

Exhibit 1
Page 395

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | AT&T, was unsuccessful in securing a berth there, indicating that service and features are critical parts of the selling equation. Street expectations incorporate about an 11% sequential increase in sales between June and September-we believe this is overly conservative. Valuations at low end of trading range. From a valuation perspective, in light of the overall strength of the industry, both Sierra and Novatel shares are trading at the lower end of historical P/E-based ranges on out-year estimates. Neither company carries debt, and both have substantial cash positions. Specifically, Sierra has roughly $6.00 per share in cash, and Novatel about $3.35 per share. On the Street consensus 2009 EPS estimate of $1.60, Sierra shares are trading at 9x versus 8x on our $1.80 2009 earnings per share estimate. Traditionally, the shares have commanded P/E multiples in the 20-30x range, so the 17x multiple on our 2009 EPS estimate supporting our $30 price target is not unreasonable, in our view, from a historical perspective. Obviously, in the current macro economic environment, multiples have collapsed substantially, and we are currently reviewing our target multiples. Novatel shares are trading at about 13x the Street's consensus earnings estimate of $0.77 for 2009 versus 9x our $1.15 2009 earnings per share estimate. Our price target of $13 is based on 11x our 2009 earnings per share estimate, which we believe is easily attainable; we also expect to see Street estimates increase to a level closer to ours as sales re-accelerate in 2H08. Given the large cash balances at both companies, EV/Sales ratios are especially depressed in the current valuation environment and based on our 2009 sales estimates, the two companies are trading at parity at 0.4x. |
| 7/15/2008 | 1,296,116 | $10.09 | 2.54% | 0.84 | |
| 7/16/2008 | 849,950 | $10.80 | 7.04% | 1.63 | |
| 7/17/2008 | 708,533 | $10.84 | 0.37% | (0.28) | |
| 7/18/2008 | 724,700 | $10.71 | -1.20% | (0.14) | |
| 7/21/2008 | 679,675 | $10.51 | -1.87% | (0.72) | *July 21, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* **SWIR, NVTL, and Option 2Q08 Earnings Preview** Overview For all three companies, we see the market continuing to see solid adoption in 2008. We believe that key concerns remain the risk of Qualcomm's Gobi product seeing more widespread adoption and the risk of additional competition from Asian players such as Huawei and ZTE. We believe that SWIR continued to hold onto strong positions at Sprint and AT&T during the quarter, while NVTL re-entered the Verizon channel (with competition from UTStarcom) and retained a secondary position at Sprint, and therefore we expect solid top-line performance from both companies relative to expectations. Looking forward, we believe that NVTL may be able to strengthen its positions at Verizon and Sprint, based on the strength of its NovaSpeed solution. Meanwhile, we continue to see the risk that Option takes an increasingly price-aggressive posture as it works to regain traction. The greatest threat would be to SWIR, where a sale of Option's USB modems into AT&T would threaten SWIR's near-total control of that channel. Lastly, note that for SWIR, the 2H08 consensus numbers might be mixed, as some analysts may not have taken down their numbers following the cancellation of the CradlePoint acquisition. |
| 7/22/2008 | 1,191,949 | $10.51 | 0.00% | (0.38) | |
| 7/23/2008 | 1,077,341 | $10.33 | -1.71% | (0.98) | |
| 7/24/2008 | 1,949,774 | $9.66 | -6.49% | (1.90) | *24 July 2008 J.P. Morgan - Paul Coster, Sandeep Madhur, Mark Strouse* **Novatel Wireless - SWIR 2Q Read-Through: Negative for NVTL - ALERT** SWIR's guidance calls for slowing sales heading into 3Q owing to market share loss to low-cost embedded solutions (Gobi, Sony Ericsson), and slowing end-market demand for PC adapter solutions (sell-through slowing). We believe Gobi, WiMax and embedded LTE solutions will tend toward a $25 price point very quickly, putting considerable pressure on both SWIR and NVTL ASPs and margins for the indefinite future. * We believe the near-term headwinds are not company-specific and can be assumed as applicable to Novatel too, * We believe SWIR's outlook applies in equal measure to Novatel, putting our 3Q NVTL forecast at risk, in our view. The risk to NVTL revenues could be mitigated somewhat by the firm's pending product introductions, but it could also be amplified by a lesser |

Exhibit 1
Page 396

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | exposure to attractive vertical OEM markets where differentiation is possible. |
| 7/25/2008 | 1,134,192 | $9.37 | -3.00% | (1.58) | |
| 7/26/2008 | | Saturday | | | *07/26/2008 New Constructs* |

**NOVATEL WIRELESS INC (NVTL) - Attractive Risk/Reward Rating NVTL has an Overall Risk/Reward Rating of Attractive because the stock offers more upside potential than downside risk, in our opinion.**

Figure 1 summarizes the five factors that drive our Overall Risk/Reward Rating for NVTL. Each factor offers insights into the profitability and valuation of NVTL.

Rising EP means that economic EPS are positive, the company's ROIC is greater than WACC, and ROIC is rising.

The biggest adjustment that lowers economic EPS and is not captured in Reported EPS is Reported Net Assets.

The combination of positive and rising economic EPS with a cheap stock valuation drives a Risk/Reward Rating of Attractive for NVTL. Our Risk/Reward Rating system identifies disconnects between the market's expectations for future cash flows and current cash flows.

This report provides a detailed explanation of each diagnostic criterion and each rating for NVTL. Appendix 1 offers an explanation of how our Risk/Reward Rating system works.

Economic vs Reported Earnings

Why Economic Earnings Matter

Economic earnings are almost always meaningfully different than GAAP earnings. We believe economic earnings provide a truer measure of profitability and shareholder value creation than offered by GAAP earnings. Investors should beware investing in companies that report profits meaningfully different than their economic profits.

Figure 2 highlights the differences between the reported and economic earnings for NVTL. Rising EP means the company earned a ROIC greater than its WACC during the last Fiscal Year.

During the last Fiscal Year, the biggest driver of the difference between reported and economic EPS is Reported Net Assets. See Appendix 2 for a line item by line item reconciliation of Net Income to Economic Earnings.

Economic earnings and return on capital metrics are significantly more accurate when as-reported financial statements have been adjusted to reverse accounting distortions. The majority of the data required to reverse accounting distortions is available only in the Notes to the Financial Statements, which we analyze rigorously. Our core competency is gathering and analyzing all relevant financial data (from Financial Statements and the Notes) so that we can deliver earnings analyses that best represent the true profitability of businesses. See Figure 4 for a list of the adjustments we make to a company's reported GAAP profits in order to reverse accounting distortions and arrive at a better measure of a firm's profits.

How We Measure Economic Earnings

Figure 4: Economic Profit Margin: Return on Invested Capital Versus Weighted Average Cost of Capital

COMPANY SNAPSHOT

The metrics we use to measure the economic performance of companies are Economic Profit Margin and Economic Earnings. The Economic Profit Margin for a company equals its Return on Invested Capital (ROIC) minus its Weighted-Average Cost of Capital (WACC). The Economic Earnings of a company equal its Economic Profit Margin multiplied by its Invested Capital. Economic Earnings per Share equal Economic Earnings divided by Basic Shares Outstanding. ROIC equals Net Operating Profit After Tax (NOPAT) divided by Invested Capital.

We believe our measures of economic performance are substantially more accurate than accounting metrics because we make adjustments for all the issues listed in Figure 3.

Free Cash Flow Yield

Rigorous back-testing shows that stocks with a Free Cash Flow Yield averaging at least 10% over a minimum of 2 years significantly out-performed both the S&P 500 and a survivor-bias-adjusted index. For more detail on Free Cash Flow Yield and our backtesting, see our report "Cash Is King," which was published November 30th, 2004.

Using Free-Cash-Flow Yields to pick stocks is not a new strategy. However, our strategy yields superior results because we use a

Exhibit 1
Page 397

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

better measure of Free Cash Flow (FCF), in our opinion. In the same way our economic EPS are better measures of profitability than reported EPS, our measure of FCF is better than traditional accounting-based FCF. We measure Free Cash Flow by subtracting the change in Invested Capital from NOPAT.

Figure 5 shows NVTL's FCF Yield over the past several years. NVTL's current 2-year Average FCF Yield is 5.

Free Cash Flow Yield equals unlevered FCF divided by enterprise value. The level of FCF does not always reflect the health of a business or its prospects. For example, a large amount of FCF can be a sign that a company has limited investment opportunities and, hence, limited growth prospects. On the other hand, negative FCF can be an attractive indication that a company has more investment opportunities than it can fund with cash from operations. Zero FCF could mean that the company generates just enough cash to internally fund its growth opportunities.

Price-to-EBV Per Share

Figure 6 shows the differences between the stock market price and Economic Book Value (EBV) per share of NVTL. These differences reflect the portion of the stock price that is entirely dependent on future cash flow growth. When stock prices are much higher than EBVs, the market predicts the economic profitability (as distinct from accounting profitability) of the company will meaningfully increase. When stock prices are much lower than EBVs, the market predicts the economic profitability of the company will meaningfully decrease. If the stock price equals the EBV, the market predicts the company's economic profitability will not change.

EBV measures the no-growth value of the company based on the current economic cash flows generated by the business. It is also known as the "pre-strategy value" of the company because it ignores the value attributable to future cash flows, which are, in theory, what business strategies should aim to improve.

The Formula for EBV is: (NOPAT / WACC) + Excess Cash - Debt (incl. Operating Leases) - Value of Outstanding Stock Options - Minority Interests -/+ Under/Over-Funded Pensions. EBV per share equals EBV divided by basic shares outstanding.

Quantifying Market Expectations

We believe this stock has an Attractive Risk/Reward Rating because there is a relatively small difference between the expected financial performance implied by its market price and the companys historical performance.

Figure 7 compares the future performance required to justify the company's stock market price to its historical performance. Specifically, Figure 7 shows: to justify the current stock price of 9.37, NVTL must grow revenues at ($0.00) and maintain a 0.1% Economic Profit Margin for 9 years.

Historically, NVTL has generated Revenue Growth of ($0.00), ($0.00), and 0.0% and Economic Profit Margins of 88.8%, 63.0%, and 0.0% over the past 5, 3 and 1 year(s). For the future, the market expects NVTL will achieve Revenue Growth of ($0.00) and Economic Profit Margins of 0.1% for 9 years.

GAP measures the number of years implied by the stock price over which the company must maintain an edge over its current and future competitors. Specifically, GAP measures the number of years a company will earn returns on invested capital greater than its cost of capital on new investments. The law of competition dictates that a company can only grow its economic profits for the finite period over which it can maintain a competitive advantage.

The Market-implied GAP of the S&P 500 is 20 years. For the Russell 1000, it is 23 years. NVTL has a GAP of 9 years, which is much less than the indices. Based on this criterion, NVTL has a much greater chance of seeing price appreciation versus the indices.

Our Overall Rating is Attractive. Other criteria (per pages above) in our rating system also indicate NVTL is an Attractive investment. GAP analysis comes from our dynamic discounted cash flow model, a multi-stage DCF model that values companies across multiple forecast horizons. Each forecast horizon (i.e., Growth AppreciationPeriod - GAP), assumes the company cannot grow profits beyond the GAP period. Our model exclusively uses no-growth terminal value assumptions for calculating the value of the stock for each GAP.

The forecast drivers for our DCF model are: (1) Revenue Growth; (2) NOPBT Margin, (i.e. EBIT Margin with Adjustments*), (3) Cash Tax Rate, (4) Incremental Net Working and Fixed Capital needs. See Appendix 8 for the forecasts that drive our DCF model for this company.

Our MaxVal models value stocks based on the present value of expected free cash flows, with that free cash flow measured according

Exhibit 1
Page 398

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | to our economic (as distinct from conventional accounting) methodology. MaxVal subscribers forecast economic free cash flow by assigning estimates to three value drivers: |
| | | | | | 1) Compounded over the indicated time frame. |
| | | | | | 2) The Return On Invested Capital minus the weighted-average cost of capital. |
| | | | | | 3) Number of years the company can earn a positive Economic Profit Margin on incremental investments, i.e. the number of years it can create economic value. |
| | | | | | An alternative way to conceptualize the three value drivers is: |
| | | | | | 1. "How fast will the company grow?" |
| | | | | | 2. "How profitable will the company be?" |
| | | | | | 3. "For how many years will the company grow economic profits or create incremental value?" |
| 7/28/2008 | 834,003 | $9.27 | -1.07% | 0.12 | |
| 7/29/2008 | 762,632 | $9.60 | 3.56% | 0.54 | |
| 7/30/2008 | 723,354 | $9.84 | 2.50% | 0.73 | |
| 7/31/2008 | 629,518 | $9.35 | -4.98% | (1.87) | *Date: Jul 31 2008  17:20:01 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless to Report Preliminary Second Quarter Results August 19, 2008** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--July 31, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that it will release preliminary financial data for the second quarter ended June 30, 2008 shortly after market close on Tuesday, August 19, 2008. Novatel will host a conference call and live webcast for analysts and investors at 5:00 p.m. ET that day. |
| | | | | | For parties in the United States and Canada, call (800) 240-2134 to access the conference call. International parties can access the call at (303) 275-2170. |
| | | | | | Novatel Wireless will offer a live webcast of the conference call, which will also include forward-looking information. The webcast will be accessible from the "Investor Relations" section of the company's website at www.novatelwireless.com. The webcast will be archived for a period of 30 days. A telephonic replay of the conference call will also be available two hours after the call and will run for two days. |
| 8/1/2008 | 726,089 | $9.54 | 2.03% | 0.87 | |
| 8/4/2008 | 375,233 | $9.50 | -0.42% | 0.10 | |
| 8/5/2008 | 532,368 | $9.72 | 2.32% | (0.03) | |
| 8/6/2008 | 723,342 | $9.96 | 2.47% | 0.49 | *Date: Aug 6 2008  7:30:01 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Awarded Patent for Message Delivery System to Communicate with Multimode Mobile Internet Devices** |
| | | | | | Novatel Wireless Innovation Enables Implementation of Cost Effective Solutions for End-to-End Wireless Internet Services |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--August 06, 2008 Novatel Wireless,(TM) Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced it has been issued United States Patent No. 7,392,039 titled, "Complete message delivery to multi-mode communication device." The patent provides customers with a simple and innovative technology to communicate with wireless Internet devices via a notification message that orders the device to connect to a server and download specific content and information. This technology will be an essential component of ongoing research involving secure remote management of mobile Internet devices. |
| | | | | | Mobile Internet Devices have been designed with the capability to download content wirelessly from a server so consumers are able to access email or enjoy digital music, audiobooks and movies without needing to sync with a PC. The technology behind this patent will significantly increase the efficiency with which these devices communicate with remote servers via wireless networks, thereby increasing battery life for the device and reducing network usage and bandwidth consumption for the operators. |
| | | | | | Novatel Wireless' chief technology officer, Dr. Slim Souissi and his team of researchers developed the unprecedented technology. The award of this patent further highlights the strong commitment of Novatel Wireless to research and development (R&D) and maintaining its position as a key industry innovator, as illustrated by an intellectual property portfolio with over 30 issued patents. |

Exhibit 1
Page 399

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | "Novatel Wireless is committed to innovative thinking and has always placed an emphasis on wireless R&D activities," said Peter Leparulo, CEO of Novatel Wireless. "This novel technology demonstrates our continued market leadership and dedication to expanding our rich portfolio of intellectual property."<br><br>For more information about Novatel Wireless, please visit www.novatelwireless.com. |
| 8/7/2008 | 827,268 | $9.80 | -1.61% | (0.39) | *Date: Aug 7 2008  8:19:04 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*<br>**Novatel Wireless Cut to `Equalweight' at First Analysis**<br>Princeton, New Jersey, Aug. 7 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``equalweight'' from ``overweight'' by analyst Scott Pope at First Analysis Corp.<br><br>*Date: Aug 7 2008  8:50:36 Wire: Briefing.com  Global Menu (BRF)*<br>**NVTL: First Analysis Sec cuts to Equal-Weight**<br><br>*Date: Aug 7 2008  16:59:01 Wire: Business Wire (BUS)*<br>**NASDAQ Grants Novatel Wireless Request for Continued Listing**<br>SAN DIEGO--(BUSINESS WIRE)--August 07, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that the NASDAQ Listing Qualifications Panel has granted the Company's request for continued listing on NASDAQ through October 17, 2008, by which date the Company must file its Form 10-Q for the period ending March 31, 2008 with the Securities and Exchange Commission. The Company is committed to regaining compliance with all NASDAQ listing requirements as soon as possible. |
| 8/8/2008 | 1,388,032 | $9.11 | -7.04% | (3.41) | |
| 8/11/2008 | 914,579 | $9.29 | 1.98% | 0.35 | |
| 8/12/2008 | 839,732 | $9.16 | -1.40% | (0.48) | *12 August 2008 J.P. Morgan  - Paul Coster, Sandeep Madhur, Mark Strouse*<br>**Novatel Wireless - 2Q08 Preview; Modest Expectations**<br>We expect NVTL to report weak results and issue conservative guidance owing to increased competition from embedded solutions in the form of Gobi and Ericsson modules. Moreover, we believe growth in PC cards could decelerate as the consumer and enterprise spending slows. Maintain Underweight.<br>* NVTL reports 2Q results on Tuesday, Aug. 19 at 5PM EST; Dial-in: 800-240-2134.<br>* We expect NVTL to report 2Q results of $0.10 GAAP EPS on sales of $86.8m (down 11% y/y), below consensus estimates of $0.11 on sales of $87.7m. We look for gross margins of 27.3% and PF operating margins of 5.7%.<br>* We look for 3Q GAAP EPS of $0.14 on sales of $95.2m, (Street: $0.15 / $97.1m), implying 9% q/q growth into the seasonally strong second half in which NVTL should benefit from new product introductions. However, there's plenty of risk to our 2H forecasts, including a rapid migration to embedded laptop solutions (Ericsson, Foxconn), a potential entry of Huawei into the N.American market, and slowing enterprise and consumer spending, which could slow pull-through demand in the channel.<br>* Maintain Underweight. NVTL is trading at 16.6 times our 09 PF EPS estimate of $0.56, an 8% discount to the mean of our coverage. We believe there are too many companies pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates.<br>Valuation and Rating Analysis<br>Maintain Underweight. NVTL is trading at 16.6 times our 09 PF EPS estimate of $0.56, an 8% discount to the mean of our coverage universe. We believe there are too many companies (i.e. SWIR, NVTL, Option, Huawei) pursuing the market with undifferentiated products, likely leading to ommoditization and margin pressure, especially as growth moderates. We believe NVTL's earnings are likely to decline and the multiple is high in that context.<br>Risks to Our Rating<br>Factors that could lead the stock to outperform our coverage mean include: |

Exhibit 1
Page 400

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | * a faster than anticipated ramp in embedded module sales with OEM partners |
| | | | | | * broader and deeper end-market adoption than originally anticipated leading to an upward revision of NVTL's addressable market |
| | | | | | * market share gains |
| | | | | | * new product that expand addressable market or accelerate existing upgrade cycles (e.g. RevB, LTE, Gobi, WiMax hybrid) |
| | | | | | * competitors exit the market leading to improved pricing power |
| | | | | | * increased efficiencies in development, manufacturing, certification |
| | | | | | * the introduction of significantly differentiated product leads to ASP increases and margin improvement |
| 8/13/2008 | 906,440 | $9.15 | -0.11% | (0.08) | |
| 8/14/2008 | 379,536 | $9.24 | 0.98% | (0.00) | |
| 8/15/2008 | 765,259 | $9.15 | -0.97% | (0.42) | *Date: Aug 15 2008 8:30:02 Wire: Business Wire (BUS)* |

**Novatel Wireless Receives Notice from Nasdaq Due to Late Filing of Form 10-Q**
SAN DIEGO--(BUSINESS WIRE)--August 15, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL) announced today that due to the delay in the filing of its Quarterly Report on Form 10-Q for its quarter ended June 30, 2008, it has received, as expected, a Nasdaq Staff Determination Letter indicating that the Company is not in compliance with the Nasdaq continued listing requirements set forth in Nasdaq Marketplace Rule 4310(c)(14).
   The Company delayed filing its Quarterly Report on Form 10-Q for the quarters ended March 31st and June 30, 2008 as a result of the self-initiated expanded review undertaken by the Company and its Audit Committee of the Company's revenue cut off procedures, internal controls and accounting related to certain customer contracts, which review is ongoing. On July 17, 2008, the Company met with the NASDAQ Listing Qualifications Panel to request an extension of its conditional listing. The Panel subsequently granted an extension to its conditional listing until October 17, 2008. The Company intends to file its Quarterly Reports on Form 10-Q as soon as practicable after completion of the review.

*August 15, 2008 BIR Research*
**Novatel Wireless Inc**
Columbine Capital's Investment Conclusion
The Columbine research team projects that Novatel will perform in line with the market over the next 6 to 12 months. The team has ranked it Neutral and recommends that investors maintain any existing position, but do not add to it.
Novatel Wireless Inc provides wireless broadband access solutions to the worldwide mobile communications market. The company's products include 3G wireless PC card modems, embedded modems, communication software, and fixedmobile convergence solutions, which enable wireless operators to provide secure and highspeed access to Internet and enterprise networks.
Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, EPlus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens.
Weak Recent Relative Performance
Novatel Wireless Inc's performance reflects the fact that it is a small-cap blend stock in the telecom equipment industry. Over the past year the stock has disappointed investors by producing weak relative performance. Its 56% decline trailed 86% of stocks in the BIR Small-Cap Index (similar to the Russell 2000 Index) and 85% of the telecom equipment stocks in that index. Over the same period the company's earnings per share rose 158% and its sales rose 43%.
Earnings Expected To Fall 50%
The company reported March 31 interim earnings of $0.14 versus $0.34 the previous year. The company's latest interim earnings were in line with analysts' expectations. The June interim earnings are expected to decline 57% year-onyear when they are reported around August 25. Novatel's earnings for the year 2008 are projected to decline roughly 50%.
Novatel has an Above Average Risk Profile
Understanding Novatel as an investment means developing a clear picture of its risk profile as well as its reward potential. A risk profile describes the influences on a stock, which explain its particular pattern and level of volatility. Our risk ranks range from low

Exhibit 1
Page 401

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | (10%) to high risk (100%), with 50% being the average. Novatel has a risk rank of 70%. Unlike beta, a stock's response to the market's movement, our risk profile incorporates both business risk and investor driven stock variability. A firm's business risk varies with the stability of its revenues, the breadth of its operating divisions, the quality of its working capital and its financial leverage. A stock's variability reflects its weekly price movements over the last 7 years. |

19% L-T Growth; Below Average Quality

Novatel's interim price direction and volatility is only partially the result of the company's fundamentals. The strongest external influence is its position in the technology sector and the telecom equipment industry. This area is noted for its above average sensitivity to the business cycle and for the wide swings in its stocks.

Company specific influences relate to the variability of Novatel's earnings and the characteristic behavior of investors that own it. We project it will grow with below average persistence and at a long-term rate of 19%. Its overall financial quality is below average versus other firms.

Median Return Expected

Columbine evaluated Novatel by comparing the company to its peers on a series of individual analytical tools that represent proven measures of a firm's business value, its long-term growth characteristics, and the behavior of its investors. These criteria are the building blocks we use to construct our decisions. The particular measures reported are some of those that Columbine's historical studies show to have the greatest impact on this company's future market performance. We present the individual measures in order of their significance to our recommendation. The conclusions from each of the criteria are synthesized into an overall ranking of Novatel's return potential relative to the rest of the market according to an analytic framework that is specific to this economic sector. This disciplined, consistent evaluation process has a proven track record of investment success.

Recommendation Decision: Hold

Based on its current status on all the criteria for this sector, Columbine ranks Novatel Neutral and recommends that investors maintain any existing position, but do not add to it.

Price Action is Unattractive

The Columbine methodology likes to see confirmation from relative strength when buying in any sector. As long as other measures are in accord, these companies should continue to perform well over the next year. The Columbine measure makes a risk-adjusted comparison of a stock's performance with that of the market. Over the past twelve months Novatel has experienced a price change of -56%, versus the market's return of -10%.

Estimate Revisions are Neutral

In this sector companies that are the subject of increasingly improving earnings forecasts tend to find favor with investors. We evaluate recent changes in Wall Street analysts' estimates of a company's future earnings on three different metrics. Over the past sixty days the changes in the estimates of Novatel's future EPS have been about the same as the median company.

Recent Earnings were Neutral

Exceeding Wall Street's earnings expectations (a positive "surprise") suggests that prospects for the company may be even better than expected. Falling short of the expectation (a negative "disappointment") is often punished by investors. Novatel's EPS announcement for the latest quarter is too old to be meaningfully compared with the consensus expectation.

Cash Flow is Very Attractive

Positive cash flow gives a company funds for internal expansion, acquisitions, dividend payments, etc. Our evaluation looks at a company's cash flow over the past four quarters. Stocks favored by this measure have the highest cash flow available for their price. Novatel, with a price-to-cash flow ratio of 6.8 is much better than the median company.

Recent EPS Change is Very Unattractive

Many investors in this sector react strongly to shortterm changes in company earnings. We relate a company's change in EPS over the last quarter to its current stock price. This measure favors companies that have produced recent advances in earnings at reasonable stock prices. Over the last quarter, Novatel's earnings declined by $3.83, much worse than the median company on this measure.

Reported Earnings Yield is Very Attractive

Undervalued companies, with relatively high earnings for their market price, represent profit opportunities in this sector. We compute

Exhibit 1
Page 402

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | an earnings yield by dividing the company's most recent four quarters of reported earnings by its current stock price. With an earnings yield of 11.0%, we consider Novatel to be greatly under-valued on this measure. |
| | | | | | Forecast Earnings Yield is Attractive |
| | | | | | The expected return (in earnings per share) for the purchase price of a company's stock is one of the most basic measures of a firm's intrinsic value. By comparing the consensus earnings estimates from Wall Street's analysts with the current stock price we can focus our evaluation on the firm's potential earning power. This is the most important valuation measure in this sector. At its current price of $9.15, we consider Novatel slightly under-valued. |
| | | | | | Telecom Equipment Industry |
| | | | | | Jun. 12, 2008 -- Best Independent Research – The telecom equipment industry comprises manufacturers of routers, switches, fiber optics, and other network equipment used by telecom service providers. The sector also includes mobile device makers who reach consumers through distribution outlets or tie up with service providers. The industry is highly cyclical, and sales of new devices depend on prices, the season, and broader economic conditions. The prospects of network-laying firms hinge on penny pinching carriers who typically try to have their networks deployed at the lowest possible cost. The industry is highly capital intensive, and players often spend large sums of money to bet big on new technology. Such initiatives are usually risky as any technology that is rejected in the open market turns out to be a dead investment. |
| | | | | | Modest Growth in Recent Quarter |
| | | | | | In the most recent quarter, the industry recorded high-single-digit sales growth driven by the fiber optic segment. Though the holiday season is long gone, the demand for LCD screens was robust and fiber companies made merry. Carriers deploying new networks or upgrading existing ones helped networking firms stage a good show. Telecom chipmakers too fared well. Most wireless telcos, except Motorola, performed well. Makers of wireless radio and communication phones registered lowsingle- digit sales growth. However, while gross margins stayed flat, operating margins edged up. Many firms improved profits and a few recovered losses. |
| | | | | | 'Open Access' Gaining Ground |
| | | | | | The telecom industry is embracing change in a big way. Until recently, customers couldn't just pick up a phone and download a software of their choice onto the instrument. However, going by the latest trends in the industry, these barriers are steadily being dismantled, which goes to prove that the customer is indeed king. Verizon will soon open its networks to provide customers access to all sorts of technological devices, and not just telephones. Chipmaker Qualcomm too has done its bit to promulgate this concept of 'open access' by designing a chip that can run on both GSM and CDMA networks. The chip allows the consumer to switch between service providers while retaining the same device. The idea of 'open access' germinated when Google launched an open operating system called the Android. |
| | | | | | Consolidation Gaining Momentum |
| | | | | | It's boom time for LCD TV makers. According to estimates, LCD screens will account for 50% of total TV sales this year. This promises tremendous growth prospects given that LCD monitors make up just 8% of the 1.9 billion screens worldwide. At the original equipment manufacturers' end, Apple is releasing the much-awaited 3G model of the iPhone at prices lower than that of the iPod Touch, which has been in the market for some time. The new iPhone will hit the shelves in 70 countries, but it has to compete with various touch-screen models that have flooded the market lately. With Nokia and Samsung gaining market share every quarter and Apple spreading its roots in the telecom industry, beleaguered Motorola, which made losses in the latest quarter, has finally bitten the bullet. It is being split into two independent publicly traded companies — the Mobile Device segment and the Broadband and Mobility division. With realignments such as this, consolidations are steadily becoming an industry norm. For instance, fiber optics firms, Finisar and Optium, are combining to take on market leader JDS Uniphase. |
| | | | | | More Players Join the Game |
| | | | | | With an increasing number of countries holding spectrum auctions, new players are foraying into unexplored areas. For instance, Qualcomm, predominantly a chipmaker, has bagged spectral frequencies in the U.S. and the U.K. It plans to join hands with other communication experts to develop new wireless technologies. |
| 8/18/2008 | 1,303,552 | $8.92 | -2.51% | (0.58) | *Date: Aug 18 2008  9:38:52 Wire: Briefing.com  Global Menu (BRF)* |

Exhibit 1
Page 403

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

**NVTL: Novatel Wireless: Hearing downgraded to Market Perform at Avondale (8.65 -0.48)**

*Date: Aug 18 2008  11:02:04 Wire: BLOOMBERG News (BN) --Sybil Chahbandour*
**Novatel Cut to `Market Underperform' at Avondale: NVTL US**
    Princeton, New Jersey, Aug. 18 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``market underperform'' from ``market perform'' by analyst John Bright at Avondale Partners LLC. The price target is $8.00 per share.

*August 18, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - Downgrade to MU on Accounting & Fundamental Concerns**
Action
As NVTL's accounting review continues to persist, we are increasingly concerned about uncertainty this generates in the name. We are also cutting our estimates based on the likely G&A costs from ongoing auditing and legal expenses. While NVTL has seen positives from the Verizon re-entry and Dell's new laptop launches, it also continues to face emerging competitive risks from Qualcomm, Ericsson, and Huawei. Trading at 12.9x our C08 EPS estimate vs. peers at 15.1x, we are downgrading shares of NVTL from Market Perform to Market Underperform and cutting our price target from $10 to $8.
Key Details and Summary Perspectives
  *  NVTL's Accounting Issues - NVTL has been facing accounting issues for the past several months, leading to an in-depth audit of its historical financials. Our understanding is that the audit was initiated in response to a concern flagged by someone internal to NVTL's finance department. These issues have prevented NVTL from filing its 1Q08 10-Q (although NVTL was able to provide unaudited results), and NVTL is planning to report "preliminary" 2Q08 results tomorrow. NVTL has said that these issues pertain to "revenue cut off procedures, internal controls, and accounting related to certain customer contracts."
  *  Consequences of the Review: Uncertainty & G&A - We do not expect this accounting review to show that NVTL's cash position is meaningfully worse than previously reported. However, as it continues to persist, speculation is mounting that this is proving to be a sustained and lengthy review, generating uncertainty in the name. In terms of a fundamental impact, we are now forecasting higher G&A for NVTL going forward, driven by the costs of auditors and lawyers. We detail the changes to our estimates on the following page.
  *  NVTL's Competitive Position: Mixed Data Points - NVTL appears to have improved its fundamental position somewhat from 1Q, having re-entered the Verizon channel, while its largest embedded customer, Dell, has recently launched a series of new laptops with hopes of revitalizing its market share. The greatest fundamental concern that NVTL faces is the competitive entry of Qualcomm and Ericsson on the embedded module front, which has already negatively impacted competitor SWIR's outlook. At the same time, NVTL faces the risk of China-based Huawei pushing successfully into the U.S. market, particularly as Huawei reportedly has been seeking partners via a minority equity stake to help strengthen its U.S. position.
Details
Changes to Estimates - We are cutting our C08 EPS estimate from $0.84 to $0.71 and our C09 estimate from $0.93 to $0.87, based on higher G&A expenses (we are forecasting for G&A to increase 10% in C08 and 7% in C09) and decreases to our revenue estimates from $401M to $384M for 2008 and from $442M to $434M for 2009. The changes to our revenue estimates are based on our concerns from increased competition and macroeconomic pressure. We are reducing our price target from $10 to $8, based on 11x our C08 EPS estimate.
Channel Checks Show Little Change in August - During the first week of August, we conducted our monthly channel checks at a total of 110 stores among Verizon, Sprint, and AT&T. Our findings showed little change from July results, except that UTStarcom launched its UM175 USB modem in the Verizon channel, while it continues to also sell its UM150. Both NVTL's USB727 and UTStarcom's UM150 are free with a two-year contract. We found that Verizon store reps continued to generally recommend the UM150 over NVTL's USB727. NVTL continues to sell into Sprint, but SWIR's Compass 597 remains the favored product within that channel.
Company Description

Exhibit 1
Page 404

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 37% of sales were generated internationally and 63% domestically during 1Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

* Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

  1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

  2) Increased subsidies on modems to reduce the up-front cost to customers - This has also been a continuing trend. Prices for modems are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

  3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

Price Target Justification

Our $8 price target is based on a P/E multiple of 11x our 2008 non-GAAP EPS estimate of $0.71 excluding options expense (see attached valuation for comparables). We believe this multiple is warranted as, despite being in a growing industry, NVTL has accounting and competitive uncertainties on the horizon.

Potential Catalysts

* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

* New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.

Risks

* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to this weakness with more aggressive pricing.

* Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

Exhibit 1
Page 405

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Accounting Review - NVTL is currently in the process of an extended accounting review. This generates uncertainty in the shares, and it could potentially generate additional expenses and legal liability.

*August 18, 2008 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body*
**Novatel Wireless, Inc. - Q2/08 Preview**
Event
* Novatel Wireless is scheduled to report its second quarter results on August 19 after the close. Dial-in for the 5:00 p.m. ET conference call at 800-240-2134 or 303-275-2170.
What It Means
* Expecting in line quarter: Our US$89 million revenue and US$0.11 EPS estimates are in line with both consensus and guidance. We expect gross margins of 27.3% down from 31.4% a year ago.
* Q3 expectations: For Q3/08 guidance we expect US$93 million in revenue versus consensus at US$97 million and an EPS of US$0.17 slightly ahead of the US$0.15 consensus.
* Reiterating 3-SU rating: Overall market dynamics remain strong, with Novatel's execution missteps we would advice investors to look at other ways to profit from this growth. With Novatel trading at a P/E of 13.4x we prefer Sierra Wireless as we believe it remains the leader in a likely consolidating sector.
Q2/08: Industry strong, Novatel struggles
* Q2 expectations in line: On its first quarter conference call, Novatel suggested that its main challenges are within its control and plans to refocus its sales efforts. Overall we are expecting Q2 to show a continued YOY decline in revenue (9%) and a significant contraction in EPS (55%) as the company struggles to regain its footing with major customers. Exhibit 1 outlines our detailed expectations for the second quarter relative to prior periods, consensus, and guidance. In terms of product mix, we expect USB sales to expand slightly to 56% from the 54% share of total sales last quarter while PC/Express sales should remain roughly flat at 17% vs. 16% share of sales in Q1/08. At the same time, the embedded products group should see a decline in the PC OEM segment offset by other vertical OEM customer growth, resulting in a 26% share of total sales compared to roughly 29% last quarter.
Q3 guidance - expecting YOY decline: Novatel plans to launch its third generation USB products in the second half of 2008 which should stimulate sales, specifically in North America and possibly Europe. We believe the company may see some success in the near term with either Verizon or Sprint. Currently Verizon is offering Novatel's second generation USB727 modem at no cost (with a contract) matching its other USB offering, the UM150 from Pantech. Although these efforts may help boost sales volumes for Novatel, we still see a YOY revenue decline of more than 11% and a 40% cut in net earnings for its Q3/08. Exhibit 2 outlines our Q3/08 estimates as well as consensus.
* Ericsson & Gobi could add further pressure: On Thursday, Ericsson, at its Technology Forum in Boston, suggested that by 2011, 50% of all notebooks sold will be equipped with an embedded mobile broadband modem. IDC forecasts 200 million notebooks will sold in 2011. In addition, Ericsson continues to see these embedded solutions becoming more affordable and highlighted its design wins with three of the top five notebook vendors, confirming what we believe to be aggressive pricing by the telecom vendor in its push to gain market share. While we expect overall healthy mobile broadband subscription growth, in the PC Embedded modem segment we expect Ericsson and Qualcomm (with its Gobi offering) to continue to put pressure on the weaker players and take away business.
Valuation: Novatel currently trades at a P/E multiple of 13.4x and holds an estimated 43% of the shares' market value in cash. As the company continues to have execution challenges and struggles to maintain market share, we reiterate our 3-Sector Underperform rating. We believe Sierra Wireless remains a more attractive investment as the leader in a likely consolidating sector while benefiting from the same industry fundamentals.

*August 18, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, CFA, James R. Moore*
**Novatel Wireless, Inc. - USB Sales Should Expand; Verizon Promo Slot**
Helps; Buy

Exhibit 1
Page 406

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | Investment Highlights: |

Investment Highlights:

  * Set to report tomorrow. Novatel Wireless is scheduled to report 2Q08 results on Tuesday, August 19, after the close, and we believe results should surpass our revenue and EPS estimates of $87.5mm and $0.13, primarily because Verizon's promotional activity for the U727 USB modem started about two weeks prior to the end of the June quarter. The Verizon promotional slot could account for about 120,000 units per month vs. about 8,000-10,000 units otherwise.

  * Addressable market. Lately, it appears prevalent Wall Street thinking regarding the portable modem market is perversely negative; however, from our contrarian, yet optimistic perspective, growth of USB modem sales should continue, while we still expect to see declines in the PCMCIA card and the newer Express Card standard. From what we understand, the newer standard has not found laptop OEMs' favor.

However, we believe the USB remains an attractive device for a number of reasons, including its namesake 'universal' appeal to a myriad of electronic devices, including desktop computers, routers, and other devices in 3G connectivity. Perhaps more importantly, network operators should continue to push these devices as the USB helps the operator maintain its relationship with the subscriber, allowing for other service and device sales. We are also seeing data service contract segmentation and price declines, which broadens the market. Finally, we estimate that the existing 300mm worldwide laptop market is at a relatively low 10-15% penetration level, including the 21mm modems sold last year. The overall modem market, including embedded, is expected to grow at a CAGR of 46% to nearly 200mm units in 2013, according to ABI. We think the leaders in this space should be able to participate in the growth.

  * SEC filings. We've commented in prior notes that Novatel's ex-CFO left and recruited Novatel's leading accounting officers, leaving a temporary, albeit painful accounting practice familiarity void at Novatel, which we suspect is quickly being filled by new, highly competent and seasoned executives, such as the new CFO, Ken Leddon. We imagine that the timing, not the amount, of revenue recognized, is under examination, and expect Novatel to have its filings in order shortly.

  * Good quarters coming. We expect to see results that should positively surprise over the next few quarters, especially in light of pervasively unfavorable expectations. As per the following comparable valuation table, Novatel shares are trading below the average of its peer group across all broad valuation measures.

*18 AUGUST 2008 Research Capital Corporat - NICK AGOSTINO*
**Novatel Wireless Inc. - Q2/08 Expectations -Looking For Inline Results**
EVENT -Q2/08 PREVIEW
Novatel Wireless is scheduled to report prel iminary Q2/08 resul ts on August 19, after markets close. We are looking for sales of US$87.6 mm, GAAP EPS of US$0.11, and adjusted earnings of US$0.14, roughly inline with consensus and within the company's guidance range (Figure 1). A conference cal l wi ll be hosted at 5:00 PM ET; dial-in number is 800-240-2134 or 303-275-2170.
IMPACT -FOCUS WILL BE ON GUIDANCE
With no warning from the company, unlike in Q1, we are comfortable that the company will report resul ts inline with guidance. That said, we believe that investor focus will be on Q3 guidance as a sign the company is progressing in reversing its1H internal underperformance.

We, along with consensus, expect the company to provide Q3 guidance suggesting an uptick in performance relative to Q2. Better-thanexpected guidance could be a positive catalyst for the shares. Overall, we believe that market fundamentals remain intact and overall demand is as robust as ever, with reduced monthly data pricing plans from carriers driving market growth. With aggressive plans to accelerate product development during 2H/08 to regain market share, we believe that Novatel is a 2H/08 story pending successful execution on management's part.
VALUATION -TRADING AT A 2-YEAR TROUGH MULTIPLE
We value Novatel Wireless shares based on 10x our 2009 EPS estimates to arrive at a target price of US$12.00. The stock is currently trading at 7.6x TTM EPS, roughly inl ine with itskey pure-play competitors Sierra and Option (Figure 2). The stock is currently trading at a 2-year trough mul tiple. As of Q1/08, Novatel has US$4.46 in net cash per share, which equates to 49% of the current share price.
RECOMMENDATION -BUY FOR A 2H PERFORMANCE IMPROVEMENT
While 1H/08 performance is expected to be lacklustre, we expect Novatel to regain some momentum in the latter part of 2008 as its

Exhibit 1
Page 407

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | anticipated di fferentiated products hit the market. As such, we maintain a BUY recommendation. |

VALUATION CATALYSTS -NEW PRODUCTS COULD LEAD THE WAY

The launch of new di fferentiated devices (either feature-rich or for new cel lular standards such as LTE, Rev. C, or Wi-Max) into the marketplace could be a catalyst for share gains and price appreciation. Other catalysts include new OEM design wins, better-than-expected guidance, and reduced carrier monthly service pricing. Near-term headwinds include economic concerns impacting spending.

ANALYSIS -LOOKING FOR INLINE RESULTS

Q2 expectations: We expect Novatel to report prel iminary Q2 sales of US$87.6 mm, at the mid-point of company guidance and inline with consensus. On the bottom l ine, we are looking for GAAP EPS of US$0.11 and adjusted earnings of US$0.14, both inl ine with consensus and within the company's guidance range.

Operating margins to be lower Q/Q in Q2: We expect Q2 gross margins of 28%, cautiously at the low end of company guidance, and flat Q/Q. Beyond that, we expect operating margins to decl ine sequentially to about 8% due to rising R&D costs associated with new product introductions for 2H/08. We estimate that Novatel ended the quarter with over US$136 mm in net cash, including nearly US$5 mm in positive cash flow from operations (excluding working capital ). Q2 cash balance wi ll also depend in part to the company's activity in buying back itsstock. At last report, Novatel spent US$9 mm (US$25 mm authorized) for buybacks.

Estimate Q2 share loss in North American channels, could reverse in Q3 at Verizon: Feedback from recent channel checks (~30 locations):

At Verizon, the popular devices were Pantech/UTStarcom's UM150 (avai lable for free) and Novatel's UM720, the latter in the retail channels, much l ike in Q1. As such, we do not believe that Novatel made any share gains in this channel during the quarter. However, Novatel's new USB727 is replacing itsUSB720 and has been given a preferred retai l channel slot along side the UM150 (both avai lable for free after rebate), and now has the opportunity for some share/volume gains during 2H/08. This could be reflected in Q3/08 guidance. Of note, overall demand in this channel remained strong sequential ly. We expect Sierra to rol lout its Compass 597 USB at Verizon in 2H/08, which depending on itspricing and channel positioning could be a headwind for both Novatel and Pantech/UTStarcom.

At Sprint, our channel checks suggest a fairly even split between Sierra's new Compass 597 USB modem (US$49.99 after rebate) and Novatel 's USB727 (US$99.99 after rebate) modem, with a sl ight nudge to Sierra. The Compass 597 USB, having been introduced in early Apri l , is quickly becoming the most recommended modem in the channel given its attractive price point. As such, we expect Sierra to continue gaining share in this channel, l ikely at Novatel 's expense.

Novatel expects Q2 sales from this channel to be flat Q/Q. Overall demand in this channel was reported to be strong and steady.

Looking for a better 2H: Despite anticipated near-term share losses in North America in Q2 (reflected in the guidance for the quarter), for Q3 we are currently model ing revenues of US$100.2 mm, adjusted EPS of US$0.20, and GAAP EPS of US$0.16 on the assumption Novatel gains some share back at Verizon with its new preferred channel slot. Our estimates, much like consensus, suggest an uptick/recovery in Novatel's performance fol lowing 1H operational underperformance, despite entering into a historical ly seasonal ly weaker quarter (Q3). We note, however, with economic IT equipment spending concerns in the market, as suggested by competitor Sierra Wireless, our guidance could prove to be a little aggressive relative to consensus of revenues of US$97.1 mm, adjusted EPS of US$0.18, and GAAP EPS of US$0.15. The key point, however, is that di rectionally guidance is expected to be up Q/Q. New Qualcomm Gobi and Ericsson modules will likely be a damper on Q3 module sales, much like that suggested by Sierra. We have considered this in our modeling.

| 8/19/2008 | 1,468,611 | $8.40 | -5.83% | (1.84) | *Date: Aug 19 2008  16:02:01 Wire: Business Wire (BUS)* |

**Novatel Wireless Reports Preliminary Second Quarter 2008 Results**

SAN DIEGO--(BUSINESS WIRE)--August 19, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today reported preliminary financial results for the second quarter ended June 30, 2008. As discussed below, these preliminary results are subject to change as a result of the previously announced review by our Audit Committee of the Company's revenue cut-off procedures, internal control and accounting related to certain customer contracts.

  Revenues for the second quarter of 2008 are expected to be approximately $89.8 million compared to $97.4 million in the second

Exhibit 1
Page 408

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

quarter of the prior year. Net income on a generally accepted accounting principles (GAAP) basis is expected to be approximately $25,000, or $0.00 per diluted share, compared to GAAP net income of $8.0 million, or $0.25 per diluted share, in the prior year period. As a result of the ongoing accounting review, second quarter results include $3.4 million of revenues that were previously disclosed as part of the Company's first quarter financial results announced on May 1, 2008. This revenue adjustment increased estimated GAAP net income in the second quarter of 2008 by $131,000.

GAAP net income for the second quarter of 2008 is expected to include $1.5 million in stock-based compensation expenses on a pre-tax basis, or $0.03 per diluted share. GAAP net income for the prior year period included $2.5 million in stock-based compensation expenses on a pre-tax basis, or $0.06 per diluted share. Excluding FAS 123R stock-based compensation charges, second quarter 2008 non-GAAP net income is expected to be $1.0 million, or $0.03 per diluted share, compared to non-GAAP net income of $9.8 million, or $0.31 per diluted share, for the prior year period. Second quarter GAAP and non-GAAP results, on a pre-tax basis, include: an inventory valuation write-down of $1.7 million in cost of goods sold; a bad debt reserve of $900,000 in G&A and fees and expenses related to outside professionals in connection with the accounting review of $2.6 million in G&A.

"In a more challenging macro-environment, we are focused on three goals: solidifying our relationship with key carrier customers, introducing new differentiated products and diversifying our market opportunity," said Peter V. Leparulo, chairman and CEO of Novatel Wireless. "Over the next few quarters, we expect to introduce more next-generation products than at any time in our company history. Our product roadmap encompasses multiple new core products and evolutionary products which include differentiated software offerings and stand-alone mobility solutions to enable end-to-end services and applications. We have also partnered with two non-carrier customers that will expand our embedded product offering outside of the traditional laptop form factor into new content delivery devices for mainstream consumer markets. We expect these initiatives to position the Company to return to top-line and bottom-line sequential growth in the fourth quarter," added Mr. Leparulo.

Third Quarter 2008 Business Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release for a description of risks and the section titled "Preliminary Results Subject to Change" for further disclosures. Please see the Company's quarterly and annual reports on file with the Securities and Exchange Commission (SEC) for a more detailed description of risk factors.

| | |
|---|---|
| Third Quarter 2008 | |
| Revenue (in millions) | $80.0-$85.0 |
| GAAP Earnings Per Share, Diluted | $(0.03)-$0.00 |
| Adjustment: | |
| Share-based compensation expense, net of income taxes | $0.03-$0.03 |
| Non-GAAP Earnings Per Share, Diluted, before expenses | |
| incurred in ongoing accounting review | $0.00-$0.03 |

Review Update

As previously announced, the Audit Committee of the Company's board of directors is conducting an expanded review into the Company's revenue cut-off procedures, internal control and accounting related to certain customer contracts. During the course of the review to date, six transactions have undergone further accounting review, principally as to whether these shipments were recognized as revenue in the appropriate quarter. These shipments involved aggregate revenues of $9.1 million and pre-tax income of $1.1 million. As discussed above, the review has resulted in a preliminary determination to move approximately $3.4 million of revenues from the first quarter to the second quarter of 2008.

As previously noted, the accounting review is ongoing and may identify other issues. The Audit Committee review may, among other things, result in additional revenue moving between quarters or years. To date, no determination has been made as to whether a restatement of our 2007 audited financial statements will be required. Upon completion of the Audit Committee review, a decision will be made as to whether a restatement is required. Following the completion of this review, we will finalize our financial statements for the first and second quarters. The fees and expenses billed through June 30, 2008 by outside professionals in connection with the review are approximately $2.6 million, on a pre-tax basis.

Exhibit 1
Page 409

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

"We are continuing to work closely with our independent auditors," said Kenneth Leddon, chief financial officer for Novatel Wireless. "The Audit Committee review is primarily focused on the timing of certain revenue and related income and could result in revenue and income moving from one quarter or year to another. Although this process has taken us longer and is more expensive than we initially expected, it is important to commit the time and resources required to ensure a thorough and comprehensive review and implement appropriate remedial measures."

The Company continues to be committed to resolving the issues raised in connection with the Audit Committee review and regaining compliance with all NASDAQ listing requirements, as soon as possible.

Preliminary Results Subject to Change

The Company's financial results for the second quarter of 2008, as well as previously announced financial results for the first quarter of 2008 should be considered preliminary due to the ongoing accounting review described above. For this reason, the Company has not filed its Form 10-Q for the first and second quarters of 2008. The preliminary financial results for the first and second quarters of 2008 are subject to change to reflect any adjustments resulting from the accounting review, which could be material. Additionally, the Company's first and second quarter results may be adjusted for changes in quarter-end accounting estimates, including estimates of inventory, accounts receivable and other items, resulting from better information about these items available at the time the Form 10-Qs are filed.

Conference Call Information

Novatel Wireless will host a conference call for analysts and investors today to discuss its preliminary second quarter results at 5:00 p.m. Eastern Time (2:00 p.m. Pacific Time). For parties in the United States and Canada, call (800) 240-2134 to access the conference call. International parties can access the call at (303) 275-2170.

Novatel Wireless will offer a live webcast of the conference call, which will also include forward-looking information. The webcast will be accessible from the "Investor Relations" section of the company's website at www.novatelwireless.com. The webcast will be archived for a period of 30 days. A telephonic replay of the conference call will also be available two hours after the call and will run for two days. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter pass code 11118056. International parties should call 303-590-3000 and enter pass code 11118056. In addition, Novatel Wireless' press release will be accessible from Novatel Wireless' website before the conference call begins.

*August 19, 2008 Oppenheimer & Co - George Iwanyc, Ittai Kidron*
**Novatel Wireless, Inc.- A Tough Transition - Look to 2009 For a Recovery**
SUMMARY
Novatel reported a mixed 2Q08 ($89.8M & $0.03) and gave disappointing guidance calling for a QoQ decline in sales/EPS. NVTL is clearly still suffering from its earlier execution issues and the recovery is being held back by a product refresh and acceptance delays, the ongoing audit, and the challenging economy. With another transition ahead for its embedded business we expect a bumpy ride into 2009. That said, we believe the recovery strategy is sound (carrier & new product focus) and that the long-term opportunity for external USB solutions is still good as carriers look to drive data adoption. We reiterate our Perform rating and cut our estimates to reflect the embedded risk. Stay on the sidelines for now.
KEY POINTS
n Guidance disappoints. 3Q08 guidance of $80M-$85 in sales and EPS of $0.00-$0.03 is well below expectations.The miss primarily reflects product delays and caution around the challenging economy. The softness could extend into 4Q08 if embedded for laptops sees a tougher transition than currently expected.
n Embedded in transition. NVTL looks for non-laptop embedded sales to start to ramp in 4Q08 and help offset expected declines in laptop sales. We're cautious and have lowered our estimates. We look for a bumpy '09 transition given NVTL's lack of experience outside of laptops and the wild card nature of the apps (cars, gaming...).
n Gross margin pressured. NVTL's gross margin fell to a disappointing 24.1% and 3Q08 guidance is for another drop to 22% (lowest since 1Q06) due to an aging and unfavorable product mix. We see 3Q08 as the low point, but don't anticipate a quick recovery to the 30% long-term target level as competition remains heavy.

Exhibit 1
Page 410

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

n Bottom line. We expect near-term pressure for the shares given the disappointing guidance, but believe the recovery strategy is sound as growth prospects are good for NVTL's core USB products. We look to 2009 before NVTL can put its plan in motion to overcome its recent execution issues.

Outlook Disappoints

Novatel delivered mixed preliminary 2Q08 results with sales of $89.8M better than expected, but pro forma earnings of $0.03 well below expectations as auditing expenses hurt the bottom line. Gross margin was also disappointing at a low 24.1% due to a product gap and unfavorable product mix. Due to an ongoing accounting audit, reported results were not final and considered preliminary. If the $2.6 million of 2Q08 auditing expenses were removed earnings would have been essentially in line with consensus. Other one time events weighing on 2Q08 GAAP results were an inventory valuation write-down of $1.7M and a bad debt reserve of $900,000. With expectations already low given the low bar set for June, management provided disappointing September guidance calling for a sequential decline in sales to $80-$85M and pro forma earnings of $0.00-$0.03 versus consensus of $96.5M and $0.15.

Novatel is clearly in the middle of a difficult product transition that is complicated by the ongoing audit (which is taking management's time), challenging economy and as Novatel's embedded business comes under pressure by Qualcomm's Gobi platform and other competitors. Management outlined three areas of focus to address these issues: 1) strengthening key carrier relationships (first priority is Verizon, where the relationship has improved), 2) launching new differentiated evolutionary products (several new products expected in 4Q08), and 3) extending into new market opportunities such as content delivery solutions (4Q08 and 2009).

We see a sound recovery strategy and good long-term growth potential (over 2-4 years) as carrier commentary remains bullish on data adoption and penetration rates remain low, but for the rest of 2008 we see an uphill battle given the 3Q08 product gap and rising competition. We now look to 2009 before Novatel can overcome its recent execution issues and the new products and strategic changes have the time needed to impact the top line and gross margin. In the mean time, we stay on the sidelines and reiterate our Perform rating as we look for signs of progress.

Novatel was able to provide some more clarity regarding its accounting issues. Six transactions are being reviewed further mainly due to issues regarding the timing of revenue recognition of shipments.

The shipments in question total $9.1M in sales and pre-tax income of $1.1M. As a result of its review, a preliminary decision has been made to move $3.4M of sales from 1Q08 to 2Q08, although a restatement of 1Q08 preliminary results wont occur until the audit is complete. The review is ongoing and has been longer and more costly than expected. We note that other adjustments and restatements are possible pending Novatel's finalized review and could impact 2007 results.

Derivative Implications

Novatel's comments on general market trends are consistent with those provided by top competitor Sierra Wireless when it reported results in July. Both Novatel and Sierra wireless are seeing a transition in their embedded business, which is coming from new competitors embracing Qualcomm's Gobi platform (EV-DO/HSPA) and as Ericsson (ERIC-Not Rated, $10.34) makes a push with its HSPA solution (and not at the expense of each other). However, the embedded market is currently too small to have a material impact on Qualcomm's or Ericsson's results. Looking beyond embedded, overall 3G wireless/broadband demand is solid and a positive for Qualcomm. Longer term, Novatel has clearly identified one of Sierra's top customers AT&T Wireless as a customer it would like to add.

Quarterly Highlights

Key Positives

* Embedded strong (for now). Novatel's embedded sales increased 9.3% QoQ to $29.0M, which continues to be driven by laptops and Dell (DELL-Not Rated, $24.44). While Gobi is a risk, management's comments suggest a dramatic drop off in laptop sales is unlikely in 2008 and that overall embedded (laptop and new non laptop business) could account for 25%-30% of 2009 sales. We would look for sales at the lower end of the 2009 range, but in any case a complete loss of embedded sales is unlikely.

* Embracing new areas. Management is aggressively exploring new areas to offset the expected pressure in embedded for laptops. Those include value added services/software (leveraging Novatel's enterprise reach) and a move into non-laptop embedded solutions (where current sales are less than   < $1M). The Autonet partnership (automobile Internet solutions) is expected to add material 4Q08 sales and new application areas (navigation, gaming, entertainment...) could be incremental in 2009. M&A is also a possibility with

Exhibit 1
Page 411

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

management continuing to explore complementary areas. n International sales increase. International sales increased slightly to $34.1 million and management's comments suggest that as Novatel's product refresh completes (with many carrying carrier specific packaging) the opportunity could improve further. Telefonica (TEF-Not Rated, $72.24) and Vodafone (VOD-Not Rated, $25.44) are Novatel's key customers and from a regional perspective Spain, Germany, Italy, and UK are doing well.
  * Buyback. Comments suggest that the Board is open to more buyback activity and could approve a new plan.
Key Negatives
  * Disappointing guidance. Management guided for 3Q08 sales of $80-$85M with pro forma EPS of $0.00-$0.03, well below our previous $97.8M and $0.19 estimates and consensus of $96.6M and $0.15. Clearly the issues impacting 1Q08 and 2Q08 will take more time to work through and could extend into 4Q08 if embedded for laptops sees a sharper drop off than currently expected.
  * Embedded in transition. While management is hopeful that non laptop embedded sales will start to ramp in 4Q08, there is material risk that Gobi, which is seeing acceptance across a wide number of laptop vendors, and Ericsson, which remains aggressive, could drive a faster than expected decline in Novatel's embedded sales. Areas to watch include price, mix and margins, all of which could see pressure.
  * Gross margin down. Novatel's gross margin fell to 24.1% from 27.9% as an aging and unfavorable product mix weighed on results. And given new product acceptance delays, gross margin is expected to decline further in 3Q08 to a disappointing 22%. The long term target of 30% is off in the distance and would take a meaningful change in the company's mix and a product refresh (lowering cost) to reach.
  * U.S. sales down. U.S. sales declined 3.2% QoQ to $55.7M as Novatel didn't return to Verizon's high volume promotional spot until after the quarter ended. Product transitions will keep this area under pressure in 3Q08, but a renewed position and Verizon and new products does provide hope for 4Q08.
  * Customer concentration high. Novatel remains highly dependent on the U.S. and a few key customers, including Verizon (Novatel's #1 customer), Sprint and Dell. The missed opportunity at Verizon in 1H08 shows the danger of high concentration and the dramatic shifts that can happen.
  * Competition. In addition to the new competition coming from Gobi and Ericsson in embedded, the adapter and USB markets also remain very competitive. This could pressure price and margins and possibly lead to share losses outside of embedded. The main threats remain Novatel, Option (OPTI.BR-Not Rated, $10.34) and Huawei, but the list goes deeper.

*Date: Aug 19 2008  18:04:11 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference NVTL US**
Event Date: 08/19/2008
Company Name: Novatel Wireless
Event Description:Q2 2008 Earnings Call
Source: Novatel Wireless
MANAGEMENT DISCUSSION SECTION
  Operator:
  Good afternoon, ladies and gentlemen. Thank you for standing by. Welcome to  the Novatel Wireless Second Quarter 2008 Conference Call. During today's  presentation, all parties will be in a listen-only mode. Following the  presentation, the conference will be opened for questions. [Operator  Instructions]. This conference is being recorded today August 19, 2008. I will now like to turn the conference over to Julie Cunningham, Vice  President, Investor Relations and Communications. Please go ahead ma'am.
  Julie C. Cunningham, Vice President, Investor Relations and Communications:
  Good afternoon everyone and thanks for joining us. The agenda for today's  call is as follows. Peter Leparulo, Chairman and CEO, will provide an  overview of the second quarter of 2008; and Ken Leddon, Chief Financial  Officer, will review our preliminary financial results for the second  quarter. Also joining us on the call is Brad Weinert, our President. As a reminder, this conference call is being broadcast today on August 19,  2008, over the phone and Internet to all interested parties. The information  shared in this call is effective only as of today's date and will not be  updated.

Exhibit 1
Page 412

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

During this call, non-GAAP financial measures will be discussed.  Reconciliations to the most directly comparable GAAP financial measures are  included in our preliminary second quarter earnings release which is  available on the Investor Relations page of our website at  www.novatelwireless.com. The audio replay of this call will be archived there for 30 days.

Today's discussion contains forward-looking statements including our  preliminary financial results for the second quarter and our outlook for the  third quarter of 2008. These forward looking statements are not historical  facts, but rather are based on the Company's current expectations and  beliefs. The company's actual results could differ materially. Please refer  to our SEC filings for a detailed discussion of potential risk. Additionally, as previously announced, the Company's actual results may differ materially  as a result of the outcome of an ongoing accounting review as described in  more detail in our preliminary earnings release.

Now, I'd like to introduce Peter Leparulo, Chairman and CEO of Novatel  Wireless.

Peter V. Leparulo, Chairman and Chief Executive Officer:

Thanks, Julie, and thanks to all of you for joining us today. As Julie  stated, we are providing preliminary financial results for the second quarter of 2008. These preliminary results are subject to change as a result of the  Audit Committee's ongoing review of the Company's revenue cut-off procedures, internal control, and accounting for certain customer contracts. With that in mind, revenues for the second quarter of 2008 are expected to be approximately 89.8 million. Earnings per share on a GAAP basis for the second quarter of 2008 is expected to be approximately breakeven, significantly  impacted by the cost of the Audit Committee's ongoing accounting review. Our  preliminary second quarter results include approximately 3.4 million of  revenue and approximately 131,000 of pre-tax net income that was previously  included in our first quarter results, which were announced on May 1, 2008.

Non-GAAP EPS which excludes stock-based compensation is expected to be  approximately $0.03 per shares. Second quarter results on a pre-tax basis  include; an inventory valuation write-down of 1.7 million in cost of goods  sold, a bad debt reserve of 900,000 in G&A, and fees and expenses related to  outside professionals in connection with the accounting review of 2.6 million in G&A. The non-GAAP EPS impact of these items totals approximately $0.11 per share. Today, I'd first like to give you a brief update on the status of the ongoing review by our Audit Committee. After that I'll walk you through some of our  key initiatives which we believe will lead us to return to growth in the  fourth quarter. As previously announced, the Audit Committee is conducting an expanded review into the Company's revenue cut-off procedures, internal  controls, and accounting related to certain customer contracts. During the  course of the review to-date six transactions have undergone further  accounting review principally as to whether revenue from these shipments was  recognized in the appropriate quarter. These shipments involved aggregate  revenues of 9.1 million and pre-tax income of 1.1 million. The review has  resulted in a preliminary determination to move approximately3.4 million of  revenues from the first quarter to the second quarter of 2008. I do want to  reiterate that the accounting review is ongoing and may identify other  issues.

To-date no determination has been made as to whether a restatement of our  2007 audited financial statements will be required. Upon completion of the  Audit Committee's review, a decision will be made as to whether a restatement is required. Following the completion of this review, we will finalize our  financial statements for the first and second quarters of 2008. Finally, I'd  like to remind you that the accounting review is being conducted by our Audit Committee with the assistance of outside advisors. We are not, therefore, in  a position to respond to questions regarding the status of this review beyond what is contained in the preliminary earnings release and our prepared  remarks.

And now, let's turn back to discussing our business. Our preliminary second  quarter results and our current outlook for the third quarter do reflect the  transition in our business as we introduce new products and open new markets  for our technology. We believe our market continues to grow but we have seen  a more cautious approach by many carriers which may reflect some normal  summer seasonality along with the impact of current macro economic environment factors.

In this environment we are focused on three immediate goals. First, we are  looking to solidify our existing customer relationships and introduce new  products into our core market; second, we are introducing a number of new,  differentiated, evolutionary products; and third, we are focused on expanding our addressable market opportunity by introducing innovative mobile content  delivery devices. We do believe we are making solid progress toward each of  these goals, but we do not expect to see significant benefits from these  programs until the fourth quarter.

Our third quarter outlook is being impacted by our next-generation products  launching in Q4, which is later than expected, due to regulatory technical  issues, not specific to Novatel Wireless. Another more modest factor  impacting our outlook has been the

Exhibit 1
Page 413

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

transition of our embedded business. Over  time we expect our embedded business to move away from traditional laptop  customers towards other content-specific devices and new customers as many of our current laptop customers will move to alternative platforms, such as  Qualcomm's Gobi. Our role in supporting the Gobi platform is still being  developed and maybe significant but is not currently factored into our  long-term outlook. We are still experiencing significant order flow from  customers such as Dell as they require the customization and support Novatel Wireless can offer for a wider range of carriers than others currently  support.

  Moving forward, we are first focused on our position in our core market. As  you may have seen, we won back a key promotional slot at Verizon that went  live in mid-July with our MC727 USB product. Verizon is our largest customer, and we continue to work closely with them on both our current products and  future initiatives. Additionally, in the second quarter we successfully  completed interoperability testing for the Expedite EU870D on NTT DOCOMO's 3G network in Japan. We also announced the availability of Ovation MC930D on  O2's network in the U.K. We launched the Ovation MC950D on Vodacom's network  in South Africa, and we announced that Bell Canada was introducing the U727  across its network in Canada.

  To serve our core market, our biggest focus is on accelerating the  development of all products to the greatest extent possible. Moving forward  we are currently embarking on our most aggressive product launch cycle in  Novatel's history. We expect to launch a significant number of new products  by year end including our third-generation of USB products which will be  launched across multiple technologies and form factors with our largest North American customers in the fourth quarter. We are also launching our next-generation embedded module specifically for content delivery devices in  Q4. We expect these product introductions to significantly improve our  competitive and market position by the end of this year.

 Our second focus is on the next generation of evolutionary products. These  include both software offerings for our core products and differentiated  standalone products that will provide end-to-end wireless application  solutions, broaden the reach of WAN technology, and enhance the broadband  network. Evolution products will allow us to ship additional products into  our Tier-1 carrier and OEM customers. One example of a product in this  category is NovaSpeed which we announced at CTIA and has now launched with a  major North American carrier.

Our third strategic focus is expanding our addressable market with mobile  content device - delivery devices. The first example of this is our  innovative application with our partner Autonet Mobile. Autonet will enable  passengers to easily surf the web, check mail, and play games online, as well  as access personal content using any WiFi-enabled device within close  proximity of the vehicle. Chrysler recently announced that it will be  offering its UConnect product, which is powered by Autonet Mobile, in next  year's Chrysler, Dodge, and Jeep models. We expect to begin shipments to  Autonet in late Q3. Additionally, we're also working with a major retailer  on a next-generation wireless content delivery device that we currently expect  to start shipping in the fourth quarter.

  Because these two non-carrier customers - between these two non-carrier  customers, we expect to see a material contribution to revenues in the fourth  quarter and are working closely with potential partners on a new category of  products and devices, which are enabled by wireless broadband connection.

 Overall, we think this category can be a strong growth vehicle for us in 2009  and beyond.

  To summarize, we are currently in a transition period as we work hard to roll  out the next generation of products and solidify our relationships with key  strategic partners. We are winning business and customers and we expect our  initiatives to return the Company to solid growth in the fourth quarter.

  And now, I'd like to turn the call over to Ken who will give a financial  review.

  Kenneth Leddon, Senior Vice President and Chief Financial Officer:

  Thank you, Peter. Before I provide the second quarter preliminary results and  third quarter guidance, I'd like to add to what Peter said earlier regarding  the accounting review. Pending the completion of this review, our preliminary  results for the first and second quarters of 2008 remain subject to change to  reflect any adjustments resulting from the review which could be material.  Additionally, our first and second quarter results may be adjusted for  changes in quarter-ending accounting estimates, including estimates of  inventory, accounts receivable, and other items, resulting from better  information about these items that will be available at the time the Form  10-Qs are filed. We continue to work diligently with our auditors to finalize  our financial statements for the first and second quarters as soon as  possible after the review is completed. The professional fees and expenses  related to the review that were incurred through June 30, 2008, totaled  approximately $2.6 million on a pre-tax basis, significantly above our  initial expectations.

Exhibit 1
Page  414

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Turning now to preliminary second quarter results. Unless specifically noted   all comments about our financial results exclude the impact of share-based compensation expense under FAS-123R. Share-based compensation expense  net-of-taxes was approximately $1 million in the second quarter of 2008. We  currently expect to report revenues for the second quarter of 89.8 million, which compares to 97.4 million reported in June - in the June quarter a year  ago. As a result of the preliminary conclusions from the review, these second  quarter revenues include approximately 3.4 million that was previously  included in our first quarter results announced on May 1.

Now, let me provide a few key metrics associated with our second quarter  sales. USB products are expected to be approximately $48.2 million or 54% of  revenues. Embedded products are expected to be approximately 29 million or  32% of revenues. PC and PC and ExpressCards are expected to be approximately  12.5 million or 14% of revenues. EV-DO products are expected to account for 57% of our revenues, HSPA products are expected to account for 43% of  revenues. During the second quarter, we shipped to nine operators and 10 OEMs in 24 countries. Leading customers in the quarter included Verizon, Sprint, Dell, Telefonica, Vodafone, Panasonic, Sony and Toshiba From a geographic perspective, domestic revenue is expected to be  approximately 62% of total revenues and international revenue is expected to  be 38%. On a non-GAAP basis, gross margins are expected to be approximately 24% and include an inventory valuation charge of 1.7 million on a pre-tax  basis or $0.04 per diluted share for data cards. The non-GAAP gross margin  impact of this charge is approximately 2%.

Operating margin is expected to be approximately $800,000 or 1% of revenues.  Operating expenses are expected to be approximately 20.9 million or 23% of  revenues. R&D expenses are expected to be 8.8 million or 9.8% of revenues.

Sales and marketing expenses are expected to be 4.8 million or 5.3% of  revenues. G&A expenses are expected to be 7.3 million or 8.1% of revenues. This includes $2.6 million related to the ongoing accounting review and a bad debt charge of $900,000. On a non-GAAP basis, excluding non-cash compensation charges, we expect net income of approximately $1 million or approximately $0.03 per diluted share. EBITDA is expected to be approximately 3.6 million.  Free cash flow, defined as EBITDA less capital expenditures, is expected to be  approximately $1 million. Including the share-based compensation charges of $980,000 net-of-taxes, we expect GAAP net income to be approximately  $25,000 for the quarter or approximately breakeven.

Now, I will review some balance sheet highlights. At June 30, 2008, we had  approximately 135.2 million in cash and investments with no debt. Our cash  and investments represent a net decrease of approximately 10.7 million from  the prior quarter. The reduced cash balance reflects the impact of the $25  million stock repurchase program that was announced on March 6, 2008.  The program has been completed. AR is expected to be approximately 66.7 million,  a decrease of approximately 2.9 million from last quarter. DSOs are expected  to decrease to 62 days. Inventory is expected to be 37.7 million in the  second quarter as compared to 33.5 million in the first quarter, which  results in an annual - in annualized inventory turns of approximately 6.9  times per year.

Prior to covering third quarter guidance, I want to remind you that the  accounting review was ongoing and the final results of the review could  result in additional revenue moving from one quarter - moving from quarter to quarter. In addition, third quarter guidance remains subject to change as a  result of the accounting review as well.

With that, our guidance for the third quarter of 2008 is as follows: We  expect revenues of approximately 80 to 85 million. We expect gross margins to be approximately 22%. This decrease is primarily due to the sale of legacy  products. We expect gross margins to improve in Q4 with the introduction of  several new products. Based on our current view, we expect GAAP results to  range from breakeven to a loss of $0.03 per diluted share, excluding  approximately 1.2 to $1.5 million of expenses associated with our ongoing  accounting review. We expect non-GAAP results to be in the range of breakeven to $0.03 per diluted share based on approximately 31 million shares  outstanding.

Now I will turn the call back to Peter.

Peter V. Leparulo, Chairman and Chief Executive Officer:

Thanks, Ken. Although this has been a challenging period for Novatel, we are  confident in our path forward and believe it is validated by the design wins, commitments, and level of enthusiasm from our partners for our  next-generation products. We do look forward to demonstrating our progress  over the next few quarters with you.

And now, Ken, Brad, and I are happy to answer your questions. As a reminder,  we will not be able to respond to questions regarding the ongoing Audit  Committee review but operator please open up line for questions.

Q&A

Exhibit 1
Page 415

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Operator:

Thank you. We will now begin the question and answer session. [Operator Instructions]. Our first question comes from the line of George Iwanyc from Oppenheimer. Please go ahead.

< Q - George Iwanyc>: Thank you for taking my questions. When you look at your guidance, can you give us an idea of how the gross margin is breaking down between the various categories and where you're seeing the biggest pressure?

< A - Peter Leparulo>: Well, we actually don't break gross margins down by either product or category, other than generally. And what we talked about in the past is that embedded gross margins, albeit with lower selling expenses, do tend to have lower gross margins, and the other higher content technology products are higher gross margin products. But, the real impact, gross margins are always dependent - very much dependent on mix and are subject to quarterly fluctuations. Where we stand right now is that we are between product cycles. The biggest effort and initiative that we are undertaking is to roll next-generation products out with our operator customers. Those products will have higher gross margins associated with them pretty much across the board, mostly because they're next generation and because we believe that they will be more highly-differentiated products. So, in some way, I would say it's dependent on product mix and it really is the end of the life cycle of our current products that we are going through the beginning stages of an upgrade cycle, which were the most impactful on gross margins.

< Q - George Iwanyc>: So with all the new product activity that you're going through right now, how should R&D trend next quarter and then in the fourth quarter? Is it increasing and then decreasing and do you see the same type of trend with sales and marketing expenses?

< A - Kenneth Leddon>: This is Ken speaking, George. Thanks for the question.

In the third and fourth quarters we do see an increase in the R&D expenditures as we bring the new products online and sales and marketing will grow as the market grows due to commissions and compensation-related issues due to the growth and new products coming online.

< Q - George Iwanyc>: Okay. And then one more question on the guidance. The decrease that you're looking for, is that coming primarily from embeddeds during the drop-off or is it just the new product transition? And following up on that, how do you see embedded trending over the next, let's say, 12 months?

< A - Peter Leparulo>: There's a - there is some softness - I'll take the first part of this, there is some softness in the market, which is somewhat due to seasonality in the summer especially in Europe. So there are those macro elements. But principally, our guidance reflects the move to new product launches to drive sales in Q4, which will have higher gross margins associated with them. Until - because we're in between those product cycles, that's the principal driver of our guidance. Moving forward, we are rolling out a lot of products in all of our markets over the next several months and several quarters, including evolutionary products as well as mobile content devices, and we expect that during this transition - as we transition forward to that, we'll see the results in Q4 on that. And I'll turn the embedded over to Brad, actually to comment on that.

< A - Brad Weinert>: Yes, George. This is Brad and just to finish up on that. On the embedded side, we certainly are still seeing robust demand across our existing customer base, although we do expect - anticipate some of our laptop OEM customers to migrate to alternate chipsets and alternate modules going forward. However, we are seeing an increase also in additional new opportunities across what we call content-specific appliances and vertical markets. So, we're replacing some drop-off where we might be seeing a laptop OEM with a new customer. So, the overall demand for OEM is actually very robust and as we mentioned also in the script, we are going to be introducing a new module as well. So, there are product life cycle changes happening across the board including in the embedded space right now.

< Q - George Iwanyc>: Okay, and Brad just following up on that, have you seen any of your embedded customers on the laptop side start to embrace Gobi and is this something that will impact mix in the next two quarters?

< A - Brad Weinert>: Yes, George, I think the Gobi is being embraced unilaterally at this point at varying levels within a given customer, but certainly I'm not aware of any OEM that does not have plans to use Gobi in certain platforms. But we also see other modules being used there as well. So we're seeing more of a differentiation between platforms based on what the applications are. So certainly the laptop platforms that are truly geared towards a global roaming solution are going - are migrating towards Gobi but a lot of the ones that are being used more in a nomadic application are using Novatel modules or other modules. So there is changes

Exhibit 1
Page 416

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

happening. It's really - it depends on laptop OEM to laptop OEM. With that being said, we certainly are - and have declared ourselves to be - and are very much involved with the Gobi program. We do see opportunities there as well going forward with both sales of hardware as well as potential software and other solutions to some of our customers.

    < Q - George Iwanyc>: Thank you.

Operator:

Thank you. Our next question comes from the line of Matthew Hoffman from Cowen and Company. Go ahead.

    < Q - Matthew Hoffman>: Hey and good afternoon, gentlemen. First, Peter, could you add a bit more color on the new product status? I think you indicated there was a regulatory issue that was creating a bit of a product flip here from 3Q to 4Q but maybe indicated it was outside of your control now. You're not suggesting that it's more on the chipset side but more on the appliance side of the equation there?

    < A - Peter Leparulo>: Matt, what it really is, we framed it in terms of regulatory technical. What it really is that, it certainly is external to Novatel as you say. There are fixed elements of both certification and regulatory approval that are - that overlap and have continuum to them and have interlocking elements, and that's really what - that is one of the principal drivers of it. That does manifest itself in things like protracted firmware development and as you go through that. But it's really the - look, we've done everything under the sun to pull in the development of these new products. But what we're running into is the fixed parts of the entire development and certification cycle that really can't be shortened.

    < Q - Matthew Hoffman>: Okay, what's your level of conviction that these issues do get resolved here in 3Q or in time for 4Q sales of the new products?

    < A - Peter Leparulo>: Good question. There's always an active dynamics on this as you go through the last elements of certification. But based on what we've seen, having launched many, many products over years, is that we are confident that we will get these into the market in the fourth quarter. We - I can tell you, we already have launch commitments on these products from principal customers. So not only we but others are counting on us doing it as well.

    < Q - Matthew Hoffman>: All right. Another question here looking forward, looks like G&A was maybe a 0.07 to $0.10 hit in the second quarter. Obviously, the profit's a little light here in the 3Q guidance also. And I think Ken gave some pretty specific numbers there. That 7.3 G&A for 3Q, is that - really a lot of that is the accounting review, maybe 3 or $4 million worth and are you pretty sure that that's the right number, it may not go higher, it may go lower, what's - what are the pushes and pulls on that number? Thanks.

    < A - Kenneth Leddon>: Matthew, this is Ken. On the G&A, as we said in the press release, I believe, there's 2.6 million in Q2 that is - that impacted the G&A and then the $900,000 on a bad debt reserve that we had to take on, on an account that aged-out on us is really what caused the G&A to go up. But other than that, G&A was pretty stable compared to prior periods. And in the future we don't expect a large growth in G&A in the short run, but there will be, we believe, additional charges as we finish the accounting review that we've estimated at 1.2 to about 1.5 million in Q3.

    < Q - Matthew Hoffman>: Okay, last question. Inventory in the channel, Peter, I think you indicated some seasonal softness out there right now. Your inventory is up just a bit. Are you worried about Huawei product or somebody else out there in the channel with too much just may be slowing things down in Europe? Thanks.

    < A - Peter Leparulo>: Well channel channel inventory we still see as, like the operators are very good at doing, as selling matching sell through. So the channel inventory is something that we certainly watch, but I wouldn't put that in a category of concern. Our inventory levels, what they really are, Matt, is we - they're related to the launch in the first quarter of NovaSpeed. So we had a buildup in inventory in anticipation of that launch, which is reflected in the June 30 inventory number. I don't have the exact number but we can get it to you after the call. But certainly a sizable portion of that has already been shipped in the first month of this quarter.

    < Q - Matthew Hoffman>: Great, Thank you guys.

    < A - Peter Leparulo>: Thanks.

Operator:

Thank you. The next question comes from the line of Samuel Wilson from JMP Securities. Please go ahead.

    < Q - Samuel Wilson>: Good afternoon. So, first question, on Q1 if you take the revenue numbers back out, what would a non-

Exhibit 1
Page 417

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

GAAP EPS have been for Q1,   sort of what's the new non-GAAP EPS for Q1?

< A - Kenneth Leddon>: If we had not moved the numbers out?

< Q - Samuel Wilson>: No, no, post moving the numbers out, after you move the  numbers out, what's the new EPS for the first quarter?

< A - Kenneth Leddon>: We're not reporting on Q1 at this time. We really want  to wait for the accounting review to be completed Sam, once we're convinced  that there are no further issues in Q1. But so far, no large changes. But  again, we would really like for us to complete the review and put our Q1  files so we can give you good solid numbers for Q1.

< Q - Samuel Wilson>: Okay. Secondly, on the embedded business, if you just  look out one year, two years on the laptop OEM business, on the laptop  computer business, should we start to think about modeling this down to zero  over time?

< A - Brad Weinert>: Well, Sam, I think in terms of Novatel's perspective, no, I don't think that would be a good thing to do. I think that what you will  see, however - and this is Brad talking by the way, is that our revenue may  become less dependent on hardware and more dependent on value-added services  and solutions and software that would fit on top of that. We see that particular portion of the OEM business morphing more into - I don't want to  classify it as services, it's more of a combination of value-added services  and software and some opportunistic hardware plays.

But certainly, the way this is going over - when we get to LTE, and we have a very stable long-term platform for the laptop manufacturers, we should expect to see a de facto standard for modules which will go across all the  platforms. And at that point certainly our position has been that we're going to be playing in that market, but probably not in the way we're playing in it today. So, I wouldn't model - you could model our existing modules sales the  way they are today probably down to zero by the time LTE comes out, as it  applies to laptops. But again that is such a small portion of the overall OEM business as well.

< Q - Samuel Wilson>: Right. I just want to make sure that we sort of get on  the right wavelength here.

< A - Brad Weinert>: Yeah, absolutely, it's the right way of thinking about it specific to laptops.

< Q - Samuel Wilson>: Yeah, specifically just on laptops. And then lastly,  just some more comments on the international business. You talked a fair  amount about domestic U.S. business and your new slide of Verizon and those  things. You've had some sales in your international business over the last  year. Can you just give us sort of a color update, any particular region that did better, worse than expected etcetera?

< A - Brad Weinert>: Sure Sam. We have very strong positions still at  Telefonica. That would be our leading vendor or carrier in Europe and  certainly strong sales in certain Vodafone OpCos. We are seeing a very  competitive environment, where product lifecycle is having a lot of impact.

In fact, one of the big impacts to us is the product lifecycles that were -  changes that we're going through right now. Certainly with the competitive  pressures from the likes of ZTE and Huawei, it's created more of an  opportunistic type of environment where we have to play with value-added and  high-end solutions, as opposed to going after mass market solutions.

We are also seeing some opportunities that develop in the developing  countries, the Eastern Bloc countries. However, I would say that we're  approaching those with a bit of caution, as the networks are not fully  deployed yet. There needs to be more long-term business development type  operations than they are true sales opportunities at this point.

But in general we are seeing strong demand across the board in the  traditional countries of Europe. So Spain, Germany, Italy, UK obviously,  markets are doing very well. And we are selling as a differentiated solution, not trying to go head-to-head with the major Asian competitors over there.

< Q - Samuel Wilson>: Got it. And my last question. Specifically on your  guidance for the third quarter, is there some sense here that you see, at  least based on your discussions with carriers, that U.S. consumer, U.S. back  to school is more subdued than in the past? The credit crisis or whatever,  the macroeconomic conditions are such that people are less willing to buy new products?

< A - Peter Leparulo>: We've - I guess I would couch that in terms of we have  seen more caution by the operators.

< Q - Samuel Wilson>: Got it. Perfect, thank you so much.

< A - Peter Leparulo>: Thank you.

Operator:

Our next question comes from the line of Kevin Dede from Morgan Joseph.  Please go ahead.

Exhibit 1
Page 418

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< Q - Kevin Dede>: Hi. Peter, if you had to take a shot at the 80 to 85 expected in September, could you give us an idea on what the mix might look like?

< A - Peter Leparulo>: Product mix among form factors?

< Q - Kevin Dede>: Well, yeah, I mean as you usually describe it, right, between embedded and cards?

< A - Peter Leparulo>: Sure. I would expect it, that probably - in Q3 I would probably expect it to be somewhat similar to Q2, maybe a little bit more USB.

I'm actually trying to see if we can get something closer to that for you. But it looks like by technology that it would be a bit more EVDO. Where I am looking at in technology is 70% EVDO and about 30% HSPA. And then in terms of form factor I would anticipate the form factor to be pretty much the same, a little bit more USB, relatively constant embedded. And then PC and ExpressCards to be going down to the extent that they are supplanted by USB devices.

< Q - Kevin Dede>: So, the inventory write was on the PC ExpressCard side or the PCMCIA?

< A - Peter Leparulo>: The inventory was the HSPA Express.

< Q - Kevin Dede>: Okay.

< A - Peter Leparulo>: Now what's really happening is the Express is being supplanted by USB at a fairly rapid pace.

< Q - Kevin Dede>: Okay. Then I am still a little confused on the - what's restraining your new product introduction? I mean. I understand it's not on your side, but I guess, and you're doing everything you can to get them out but I'm not sure exactly what's entailed. Is it a regulatory review or a carrier review?

< A - Brad Weinert>: Hey Kevin, this is Brad. Let me try to add a little bit of color to what Peter already said, because there is multiple issues here. It's not one product, we have several products that we're trying to get out at the end of Q4. So there are - as Peter alluded to, there certain parts of the cycle which cannot be shortened. So when you are going to, for example, and I'm not saying this is the exact issue, but SEC approval can take 8 to 14 weeks. And there's not a lot of stuff that you can do to move that. And that's tied to certain events having to happen ahead of that. So when you get into some of these things and the schedule starts to move to the right a little bit you get into these fixed areas that we really don't have any control over. So, that's kind of what we are alluding to there.

We've also had a couple of customers that have slightly delayed the launch of their platforms as well. So, it's a mix of things that are happening here, but most of them have to do with regulatory certification issues. For example, the Verizon certification cycle is a fixed amount of time. There's not much you can do to change the amount of time it takes to get through that.

So once you get into it, you have a fairly - usually within a few days you have got a reasonable expectation of when you're going to get it to ship at one end. So as other things move to the right and you enter these periods of time, it becomes something you can't effect, is what we're alluding to here.

< Q - Kevin Dede>: Okay. And is the plan still to address specific carriers with products that meet their needs specifically?

< A - Brad Weinert>: Absolutely.

< Q - Kevin Dede>: Okay. So, it's not really a change in what's being asked for?

< A - Brad Weinert>: No, we will have specific products for Sprint, specific products for Verizon, specific products for Telefonica, Vodafone...

< A - Peter Leparulo>: In fact, our next generation products are probably the highest branding content that we've ever done before.

< Q - Kevin Dede>: Okay. And do you think that will be enough to put your gross margin closer to sort of historical ranges versus what you are expecting in the third quarter, and what you expect, or expect in the second quarter too?

< A - Peter Leparulo>: We are certainly not satisfied in any way, shape or form with gross margins in the third quarter. Moving forward, I guess I would say like this, the more differentiated, the more branded our products, the more optimistic we are about gross margin improvement. And I think in our prepared remarks what we tried to convey was that those are the products that we are launching in Q4 and in subsequent quarters, are higher technology-based products, higher branded products and more differentiated products. And that always makes us more enthusiastic that we can move towards our long-term business model on the gross margin side.

Exhibit 1
Page 419

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | |

< Q - Kevin Dede>: Okay. Can you talk a little bit about the pricing  environment on USB?

< A - Peter Leparulo>: Yeah. The pricing environment on USB, USB itself is  competitive. The ASPs on USB are competitive, but they've always been competitive. We are having an exaggerated impact, which is impacting gross  margins, because of the stage of the life cycle. So, if you do a trajectory,  the ASPs falloff at the end of a life cycle as you migrate into next  generation. The cost, however, typically on USB is lower. Our products have  already been fully cost reduced the more legacy they are. So that gets us on  the COGS side as well, which we believe is a quarterly fluctuation in the  third quarter.

 But even our next generation USB products, we believe will have gross margin  improvement because they will have lower product costs associated with them  than our current USB products. So the gross margin improvement, despite ASP,  will come from the associated product cost advantage we believe we'll have.

< Q - Kevin Dede>: Okay. Can you sort of relate that, the pricing dynamic to  may be just sort of an abstract measure of units in the first quarter versus  the second quarter?

< A - Peter Leparulo>: Well, I'm not sure I could do that in real time right  now. But if you give us a chance, I think we can get back to you on that...

< A - Brad Weinert>: Yes, we could do that and I think that what you would see is, if you looked at ASP reduction, which is really what you're trying to get to, I think that we're still seeing a fairly predictable quarter-to-quarter  ASP cost reduction. But I think what you are seeing here is that we've gotten to the end of our ability to reduce the product cost. So you're looking at  something like 727 product, which has been on the market now for about 14 or  15 months. We have gotten to about as far as we can get in terms of product  cost out of manufacturing.

 So, it's important that we move to the next generation chipsets and new  designs so that we can go back to doing really, really strong cost reductions quarter over quarter to maintain the sort of ASP reduction that we need to be able to get back up into the gross margins that we are all - we all like much better than where we're at right now.

 So we can certainly - I don't think we have the number in front of us right  now, but it wouldn't be real shocking. I think what you are really seeing is  that the product cost has not changed much in the last couple of quarters.  ASP continues to come down at a fairly predictable rate, but we're at the end of the product life cycle in terms of being able to reduce the overall bottom cost of the product is what's happening.

< Q - Kevin Dede>: Okay. Last question for me. Can you relate that ASP decline to the technology cycle? I mean if we have to wait until the introduction of  LTE before you see I guess a change and complete product makeover, then  should we expect to continue to see this type of erosion?

< A - Peter Leparulo>: We don't believe so. We believe that it will - within  the technology, there are efficiencies in the products and optimization of  the product even within the same standards before you get to next generation  standard.

< Q - Kevin Dede>: Okay. All right gentlemen, thanks so much.

< A - Peter Leparulo>: Thank you.

 Operator:

 Thank you. Our next question comes from the line of Anthony Stoss of Craig  Hallum Capital. Please go ahead.

< Q - Anthony Stoss>: Can you comment on, in the past you have said you target gross margins in a range of 28 to 30%. Have we down shifted? Is there a new  range or can you give us a sense of what that might be on a go forward basis? And I have got a couple of follow-ups.

< A - Brad Weinert>: Tony, this is Brad. No, we have not changed our target.  We believe this is a bit of an aberration caused by, like we said product  life cycle issues, but we have not changed our - and we think with our  product mix that we certainly can have that target going forward as our  product mix changes to next generation products.

< Q - Anthony Stoss>: Okay. You mentioned that one of your current customers  is deploying NovaSpeed. Can you give us a sense of how many more might be  deploying, how many different customers might be deploying by the end of this year?

< A - Brad Weinert>: Yeah, by the end of this year, we have pretty much an  exclusive arrangement with this particular customer through the end of the  year. And then we intend starting into the very beginning of '09 we expect  this to be deployed in an non-exclusive arrangement with several carriers,  both in Europe and in North America. Right now it's being deployed with a  North

Exhibit 1
Page 420

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

American carrier exclusively through the end of the year.

    < Q - Anthony Stoss>: Okay. Peter or Brad I guess, could you guys talk about  if you think you're losing share, if there's any kind of share shift? If so,  with what accounts?

    < A - Peter Leparulo>: It's difficult to talk about individual accounts. I  think in some places we're in the lead. We have to take that lead into other  operators with next generation products. So, there is an ebb and flow to it.  And Tony, I would hesitate to talk about individual accounts on that. But  suffice it to say, in some we're in the lead, and others they are certainly  key customers that, if we are not in the lead, we expect to work to get to  the lead position again.

    < Q - Anthony Stoss>: Okay. Also, Peter, can you talk about what kind of  controls you are putting in place on the accounting side? Are we beefing up  staff? Were we understaffed? Help us understand why we are so off kilt on Q1  and Q2, and what kind of assurances investors might have for Q3, Q4 or  whatever that something is not going to pop-up again?

    < A - Peter Leparulo>: Sure. Like we said, these involve principally revenue  cut-off procedures relating to the timing of revenue. We have not seen any  significant issue about the validity of any revenue. So, because they involve revenue cut-off procedures, we are putting in place really controls at the  end of the quarter to make sure that the items related to deliveries at the  end of the quarter tick and tie. I mean they get fairly technical, Tony in terms of what the actual controls  will be. But suffice it to say that there has not been any control that has  been recommended by any outside advisor that we do not intend to implement,  if we haven't already, in the next several months.

    < A - Kenneth Leddon>: Yeah, this is Ken speaking Tony. Yeah, we can't really  talk about the results of the review yet, and what remediations there may be.  But there will be a full report at the end of the - at the conclusion of the  review, and we will be glad to share that with you then.

    < Q - Anthony Stoss>: Peter, also, could you comment about - if you had to  cast a view into 2009, in terms of mix, what percentage of your overall  revenue do you think embedded might be kind of as a whole for 2009, ballpark?

    < A - Peter Leparulo>: 2009 embedded....

    < Q - Anthony Stoss>: If we're running 30% now, what is it overall blend for  '09?

    < A - Peter Leparulo>: If you factor in the Gobi impact with an offset of  additional vertical markets in the embedded space together with the offset of mobile internet devices, I would probably put it somewhere at 25 to 30% for  '09.

    < Q - Anthony Stoss>: Okay. Then a couple of housekeeping questions, last two,  what was the head count at the end of June?

    < A - Kenneth Leddon>: It's low 300s Tony.

    < Q - Anthony Stoss>: Okay.

    < A - Kenneth Leddon>: About 320.

    < Q - Anthony Stoss>: Peter, you completed your share buyback. I am just  wondering if you had any thoughts on reloading that, or if you could give us  the number of shares you bought back in the quarter?

    < A - Peter Leparulo>: The Board would certainly consider that. And I believe they would do it once we get through this entire process, consider it with  financials on file. In terms of the number of shares that were bought back, I think what we - the weighted back into that is, to give you the number of  shares outstanding now.

    < A - Kenneth Leddon>: It's about 2.5.

    < A - Peter Leparulo>: 2.5.

    < A - Kenneth Leddon>: Approximately.

    < Q - Anthony Stoss>: Bought back?

    < A - Peter Leparulo>: Approximately 2.5, Tony.

    < Q - Anthony Stoss>: Okay. Thank you.

    < A - Peter Leparulo>: Thank you.

    < A - Kenneth Leddon>: Thank you.

Operator:

Thank you. We have time for one final question; it comes from the line John  Bright from Avondale Partners. Please go ahead.

    < Q - John Bright>: Thank you, good afternoon. Peter, on the embedded question versus the new products, what do you think

Exhibit 1
Page 421

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

that transition period is going to look like? Are we going to see a trough on embedded maybe in the first  quarter, as the new products start ramping in the first quarter? How should  we be think about that as it relates to your 25 to 30% answer to the previous question?

< A - Peter Leparulo>: I think what you'll see is you'll see a couple of  things happening, John. Part of it on the embedded is already happening on  some platforms. And then other platforms where there is more of a focus on  differentiation and customization, those are the ones that have the most  prolonged life. So as Brad suggested before, those platforms where the ease  of integration and the ability to be on multiple networks, albeit perhaps at  a higher product cost, are important to a laptop environment. Those are the  ones that are taking place first.  But as you can see, there are offsetting elements to those, both in the  short-term and there is we believe offsetting elements as we enter into the  embedded through mobile content delivery devices, as well as the embedded  through systems integrators and outside of the high-volume laptop PC OEMs. So  there is an active dynamic between the two of those - between all of those.  Go ahead, Brad.

< A - Brad Weinert>: John just one thing I wanted to add to that, this is  Brad. There's not - it's not a black and white cut-off. You should just  realize that, for example with Dell, we will be supporting certain platforms  throughout 2009 that they have elected not to upgrade to different chipsets.  And the same as some of the others. So it's not a cut-off where one day you  are shipping, and the next day you're not. What you'll see is more of a  gradual morphing from one module to another. So we have kind of built this in  to our strategy to go out and find replacement customers and continue to grow the OEM business. We don't see a steep drop-off and then slow inclines back  up. We really just see a change in the mixture between customers like Dell  and Toshiba and customers like Autonet and our retail customers and others.  And I wouldn't downplay that we see significant opportunities even playing within the Gobi environment as well.

< Q - John Bright>: How would you hope the respective gross margin profiles  would look like versus embedded in the new product categories?

< A - Brad Weinert>: Well we're seeing, it's really interesting, because in  the customers that are lower volumes, the hundreds of thousands of units type of volumes instead of the millions of units. We are seeing gross margins that are more in line with what we'd typically see with our - more of our  commercial products going to carriers. So you have typically in the, higher  20s and low 30s.  It really depends on how much support and software and value-added we're  going out to. Where you tend to see the most gross margin pressure is where  it becomes less and less of a services business and more of just a hardware  type of a platform. So, it's a mix, but we do actually like the smaller  customer. We certainly get more margin out of the smaller customers than we  do with large customers.

< Q - John Bright>: And on the - just then to the inventory write-down in the  quarter, is this something that's just going to be a piece of the business  looking forward, or is it going to be possible to prevent that in the future  in the next transition, product transition?

< A - Brad Weinert>: Well we try to anticipate it as much as we can. Of  course, we have to basically forecast demand to then forecast the inventory  requirements that we purchase from our contract manufacturers. So, I think  when we get a surprise - when our customers' forecasting is not as accurate  as what we would like, we end up in an overstocked situation. I think, but  with the rapid acceleration of the acceptance of USB product as compared to  the ExpressCards, I think we all got kind of caught by surprise how fast that  form factor took over the marketplace, and left us with a higher than what we had hoped, or what we had planned for inventories in the ExpressCard  category.  Again, I think it's due to the change of the technology and the form factor  in the marketplace that was very accelerated. That kind of caught us by  surprise. So hopefully this won't happen again. And we keep our eye on it.  And these things happen quickly. Our customers come to us with feedback. It's very rapid and kind of surprising sometimes.

< Q - John Bright>: Last question, can you categorize the bad debt type of  customer that got overextended?

< A - Kenneth Leddon>: Yeah, what that was, that was a - we have an  international distributor customer that aged over in our aging, and required  us to take a look at that account and reserve it out of conservatism. We're  still working closely with the customer to facilitate a highest possible  recovery on the account. We're still very hopeful that we will preserve the  account and a lot of the recovery in the AR.

< Q - John Bright>: Thank you.

Exhibit 1
Page 422

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------|
| | | | | | < A - Brad Weinert>: Thanks John. |
| | | | | | Operator: |
| | | | | | Thank you. And at this time, I would like to turn the call back over to Peter Leparulo for any closing remarks. |
| | | | | | Peter V. Leparulo, Chairman and Chief Executive Officer: |
| | | | | | Thanks operator. And again everybody thanks very much for being on today's  call. And, we very much look forward to updating you on our progress over  this quarter and in the future. Operator, thanks very much. |
| | | | | | Operator: |
| | | | | | Ladies and gentlemen, that does conclude the Novatel Wireless second quarter  2008 conference call. If you would like to listen to a replay of today's  conference, please dial 303-590-3000 or 800-405-2236 with an access code of  11113056. And those numbers are 303-590-3000 or 800-405-2236 with an access  code of 11113056. Thank you for your participation. You may now disconnect. |
| 8/20/2008 | 7,230,885 | $6.29 | -25.12% | (9.47) | *Date: Aug 20 2008  6:55:19 Wire: Briefing.com  Global Menu (BRF)* |
| | | | | | **NVTL: Piper Jaffray cuts to Sell** |
| | | | | | *Date: Aug 20 2008  7:27:26 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* |
| | | | | | **Novatel Wireless Cut to `Sell' at Piper Jaffray : NVTL US** |
| | | | | | Princeton, New Jersey, Aug. 20 (Bloomberg Data) -- Novatel Wireless Inc.(NVTL US) was downgraded to ``sell'' from ``neutral'' by analyst T Michae lWalkley at Piper Jaffray. The price target is $6.00 per share. |
| | | | | | Date: Aug 20 2008  8:37:04 Wire: Briefing.com  Global Menu (BRF) |
| | | | | | NVTL: Morgan Joseph cuts to Hold |
| | | | | | *Date: Aug 20 2008  8:37:08 Wire: Briefing.com  Global Menu (BRF)* |
| | | | | | **NVTL: Novatel Wireless downgraded to Hold at Morgan Joseph (8.40)** |
| | | | | | Morgan Joseph downgrades NVTL to Hold from Buy based on account of the weaker 3Q outlook outlined in last night's call. The firm says trends in 3G connectivity and continued adoption remain robust; however in 2009, Novatel must contend with drastically compressing USB ASPs and continued pressure from lower price module manufacturers. |
| | | | | | *Date: Aug 20 2008  8:37:55 Wire: BLOOMBERG News (BN) --Sybil Chahbandour* |
| | | | | | **Novatel Wireless Cut to `Hold' at Morgan Joseph: NVTL US** |
| | | | | | Princeton, New Jersey, Aug. 20 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was downgraded to ``hold'' from ``buy'' by analyst Kevin Dede at Morgan Joseph & Co. |
| | | | | | *Date: Aug 20 2008  17:08:08 Wire: BLOOMBERG News (BN)  -  Michael J. Moore* |
| | | | | | **Novatel Wireless Falls 25%; Profit Trails Estimates (Update1)    (Updates shares in fourth paragraph.)** |
| | | | | | Aug. 20 (Bloomberg) -- Novatel Wireless Inc., the maker of wireless data-access cards for personal computers, fell the most in almost six years in Nasdaq trading after reporting preliminary second-quarter profit that missed some analysts' estimates. |
| | | | | | Net income dropped to $25,000, or break even on a per-share basis, from $8 million, or 25 cents, a year earlier, the San Diego-based company said in a statement yesterday. |
| | | | | | ``We are currently in a transition period as we work hard to roll out the next generation of products,'' Chief Executive Officer Peter V. Leparulo said yesterday during a conference call. ``We expect our initiatives to return the company to solid growth in the fourth quarter.'' |
| | | | | | Novatel dropped $2.11, or 25 percent, to $6.29 by 4:29 p.m. New York time in Nasdaq Stock Market composite trading, the biggest drop since October 2002. The shares, which have lost 61 percent this year, fell to their lowest point since January 2004. |
| | | | | | Excluding some stock-based compensation costs, Novatel said it would have earned 3 cents a share, trailing the average 14-cent estimate of eight analysts surveyed by Bloomberg. |

Exhibit 1
Page 423

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

Second-quarter revenue decreased 7.8 percent to $89.8 million from a year earlier.

An accounting review by an internal committee and outside consultants cost $2.6 million. Because of the review, the company said the preliminary results may be subject to change.

*August 20, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc NVTL - Accounting, Fundamental Pressures Weigh on Outlook**
Action
NVTL reported preliminary 2Q08 results and 3Q08 guidance that meaningfully disappointed expectations. As anticipated in our downgrade note on Monday, the ongoing accounting review is driving up NVTL's SG&A expenses, and it is proving to be a source of uncertainty. Meanwhile, the competitive environment, particularly the entry of Qualcomm and Ericsson into the embedded market, seems to be affecting NVTL's top-line outlook, together with macroeconomic pressures. While we believe there is room for further growth in demand for NVTL's USB modems, and the company is actively working to develop new products to drive growth, we believe that NVTL continues to face fundamental pressure and accounting uncertainty. Trading at 15.6x our C09 EPS estimate vs. peers at 12.9x, we reiterate our Market Underperform rating.
Key Details and Summary Perspectives
 * Preliminary Results - See below. A variance, comparative, and preliminary model are attached. 2Q08 Disappoints - Sales were on the low end of expectations, and gross margins were lower than expected, though this was partially (though not fully) attributable to an inventory write-down. SG&A was also higher than expected, due primarily to $2.6M in expenses related to the audit.
 * Gobi Clouds 3Q08 Outlook - In 3Q08, NVTL is expecting further pressure on its sales from the macroeconomic environment and the entry of Qualcomm's Gobi embedded module solution. As anticipated, Qualcomm's muscle and aggressive pricing are driving substantial contraction in NVTL's laptop embedded module business (16% of 2007 sales and an unusually high 32% in 2Q08).
 * Product Transition - NVTL is expecting unusually low 22% gross margins in 3Q08 as it flushes its inventory of ExpressCards. USB modems have effectively taken over the marketplace, leaving other form factors obsolete (ExpressCards and PC cards). NVTL is also trying to transition its embedded module business away from laptops and towards "evolutionary" products, which we understand to be non-laptop products that include an embedded NVTL module (for example, AutoNet's solution for embedding a dual 3G/Wi-Fi router in cars).
Details
Changes to Estimates - Following this quarter's results and guidance, we are cutting our C08 EPS estimate from $0.71 to $0.34 and our C09 estimate from $0.87 to $0.54, based primarily on decreases in our revenue estimates from $384M to $355M for 2008 and from $434M to $372M for 2009. We are reducing our price target from $8 to $7, based on 14x our C08 EPS estimate or about 1.1x book value.
Accounting Review Ongoing - The accounting review remains ongoing, and NVTL has not been able to comment on when it might come to a conclusion. This quarter, as a result of the review, NVTL shifted $3.4M in sales from 1Q08 to 2Q08. However, NVTL has said that these sales only contributed $0.1M to net income, meaning that these must have been very low margin sales (perhaps to Verizon Wireless in order to re-enter that channel).
This movement of revenues complicates the issue of determining what 1Q08 results truly looked like, and it means that prior expectations for 2Q are not apples-to-apples. We have put forth our best effort at developing a comparable variance, and we now consider our model "preliminary" until the full impact of the accounting review is determined.
Company Description
Novatel Wireless was founded in 1996 as a spin-off from NovAtel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

Exhibit 1
Page 424

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

About 37% of sales were generated internationally and 63% domestically during 1Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

* Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

  1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

  2) Increased subsidies on modems to reduce the up-front cost to customers - This has also been a continuing trend. Prices for modems are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

  3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

Price Target Justification

Our $7 price target is based on a P/E multiple of 14x our 2009 non-GAAP EPS estimate of $0.54 excluding options expense (see attached valuation for comparables), or 1.1x current book value. We believe this multiple is warranted as, despite being in a growing industry, NVTL has accounting and competitive uncertainties on the horizon.

Potential Catalysts

* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

* New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.

Risks

* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist(capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

* Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of anunexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

* Accounting Review - NVTL is currently in the process of an extended accounting review. This generates uncertainty in the shares, and it could potentially generate additional expenses and legal liability.

*August 20, 2008 Craig-Hallum - Anthony J. Stoss*
**Novatel Wireless, Inc. Q2 Results Mixed, Weak Q3 Guidance Leads to Mgmt Credibility Problem, Accounting Issues Persist.**
Lowering Estimates Significantly, Cutting Rating to Accumulate and Lowering Price Target to $10.
INVESTMENT HIGHLIGHTS

Exhibit 1
Page 425

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Preliminary Q2 Results Mixed. NVTL posted Q2 revenue of $89.8 million (aided by $3.4 million pushed from Q1 into Q2), which came in at the high end of the company's guided range of $85-90 million. Revenue beat our estimate of $87.0 million and the Street's $87.9 million. However, reported pro forma EPS of $0.03 (which included $0.11 in charges from $5.2 million in total charges) fell well short of the company's guidance of $0.13-0.16 and the Street's and our $0.15 estimate.

* New Verticals Should Impact Q4. We think NVTL has been designed into the new version of Amazon's Kindle, which is likely to hit in time for the holiday season. The first Kindle was met with immense popularity and we believe the second version will be as well. Therefore, we think this opportunity will have a meaningful impact on Q408 revenues for the company and is one of only a few bright spots.

* Significantly Weak Q3 Guidance. NVTL offered weak Q3 guidance as a result of new product regulatory issues not related to NVTL, calling for revenues in the range of $80-85 million and pro forma EPS of $0.00- 0.03. Revenue guidance fell well below our $97.0 million estimate and the Street's $97.9 million, and Pro Forma EPS was considerably below the Street's and our $0.19 estimate.

* Continued Accounting Issues Start to Raise Concern. NVTL continues to work through accounting issues in regards to revenue cut-off procedures, internal controls, and accounting related to certain customer accounts. As a result of this, the company has not filed their Q108 and Q208 10-Qs. While we don't believe significant changes to revenue will be made, the extra accounting and legal costs are beginning to be a concern.

* Management Credibility Becoming a Question. Q3 guidance was significantly below the Street's and our expectations. We had numerous conversations with management during the June quarter in which they were very upbeat on the 2H08 outlook, including Q3. Since we believe management honestly felt the back half of the year was going to be strong, the poor guidance starts to bring into question their forecasting ability.

* Slashing 2008 Estimates, Introducing 2009 Estimates, Cutting Rating to Accumulate and Lowering Price Target. We are slashing 2008 estimates, as laid out to the left, to account for the significantly weak guidance for Q3 and accounting related expenses. Also laid out to the left are our newly introduced 2009 estimates. While we are very disappointed with the Q3 outlook, we believe there might be some opportunity in Q4 as new verticals start to play a bigger role. However, the continued delays in these possible catalysts are causing us to cut our rating to ACCUMULATE, and lower our price target to $10, which based on roughly 16x our newly introduced 2009 EPS estimate.

PRELIMINARY Q2 RESULTS, ANALYSIS

NVTL reported preliminary Q2 results last night, posting revenue of $89.8 million, which fell at the high end of the company's guided range of $85-90 million. The quarter was aided by $3.4 million from a change in revenue recognition that pushed $3.4 million into Q2 from Q1. The company also took charges totaling $5.2 million in the quarter which reduced Pro Forma EPS by 11 cents. Revenue beat our estimate of $87.0 million and the Street's $87.9 million. Reported pro forma EPS for Q2 was $0.03 (excluding charges would have been $0.14 per share), which was greatly below the company's guidance of $0.13-0.16, as well as the Street's and our $0.15 estimate. Included in the results were an inventory write-down of $1.7 million in cost of goods sold, a bad debt reserve of $900,000 in G&A, and a $2.6 million G&A expense related to the accounting review.

NVTL's Q2 pro forma gross margin came in at about 26%, slightly up from Q1, but still under our projection of 28.0%. However, the company reiterated their gross margin target of 28-30%, which they believe is achievable in Q4.

NVTL's Q2 operating margin was approximately 1.0%, compared to our estimate of 7.3%. The company ended the quarter with $135.2 million in cash and marketable securities, translating to $4.29 per share.

During the June quarter, NVTL shipped to 9 operators and 10 OEMs, spanning 24 countries. Overall, EV-DO sales were 57% of revenue and HSPA sales accounted for 43%. By product line, USB products comprised 54% of revenue, embedded products contributed 32%, and PC and Express Cards made up the final 14%.

From a geographic standpoint, NVTL's U.S. business accounted for 62% of revenues, up from 55% in Q1. The increase in the company's domestic business was largely attributed to revenues from Verizon Wireless getting back on track. As previously announced, NVTL won back a promotional slot at Verizon. Verizon, NVTL's largest customer, is currently the exclusive North American carrier of NVTL's NovaSpeed™ product through the rest of 2008. However, we think AT&T (which we believe NVTL has

Exhibit 1
Page 426

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

landed its first agreement with the carrier) will begin shipping NovaSpeed™ based modems starting in Q109, along with other MSOs in Europe and North America. We believe that AT&T can become and major customer with NVTL in 2009.

On the call, management continued to state that they aren't yet seeing a meaningful impact from Qualcomm's Gobi. Still, they acknowledge that it will likely cause pressure in the future on the notebook side, and in preparation for this, the company is trying to expand its products into new verticals. One such attempt is the company's partnership with Autonet Mobile, a provider of internet service for cars. Chrysler has already announced that their UConnect feature, which is powered by Autonet, will be available in next year's Chrysler, Dodge, and Jeep models. NVTL expects to begin shipments to Autonet in late Q3, but we don't believe it will have a significant impact on the company's Q3 revenues.

The one bright spot we got from the call was that NVTL expects to be in a retail customer's content delivery device shipping in Q4. We think this will be the new version of Amazon's Kindle, which is likely to hit in time for the holiday season. The first Kindle (x-mas 2007) was wildly popular, and Amazon was unable to meet the entire initial demand. We believe they don't want this scenario repeated this holiday season and look for them to have an adequate supply on hand. As a result, we think this opportunity will have a meaningful impact on Q408 revenues. However, we are not fully modeling the potential positive impact this could have for the quarter. In addition, NVTL has previously indicated that such a product line would carry higher than corporate average gross margins, thereby offering improvement to both the top and bottom lines.

On the call, management continued to discuss the accounting issues they are trying to work through. These issues are in regards to revenue cut-off procedures, internal controls, and accounting related to certain customer accounts. Because of the internal audit, NVTL has been unable to file its Q108 and Q208 10-Qs. While we don't believe significant changes to revenue will be made, the extra accounting and legal costs that are being compiled are beginning to raise concern. We also think it is one more thing that reflects poorly on management.

Looking ahead, NVTL provided extremely weak guidance for the September quarter, calling for revenue in the range of $80-85 million and pro forma EPS between $0.00-0.03. Besides the exclusion of stock-based compensation, pro forma projections also do not include expenses related to the ongoing accounting review which management expects to be in the $1.2 million to $1.5 million range. Revenue guidance came in significantly below our Q3 estimate of $97.0 million and the Street's $97.9 million. The company's EPS range also fell well shy of the $0.15 the Street and we were projecting. On top of this, management expects gross margin for Q3 to be 22%, well below our 28% estimate based on having to keep selling legacy products due to the new product being held up in regulatory review beyond NVTL's control.

Management attributed the poor Q3 guidance to new product introduction hold ups based on FCC review of new QCOM chipset. This includes product launches that have now been pushed out later in Q308 than anticipated by some customers, as well as regulatory and certification issues that are being worked through by the FCC. The latter relates to the patent ruling won by Broadcom over QCOM. Our understanding, based on conversations with NVTL, is that the FCC is taking its time to certify the new QCOM chipset inlight of the patent decision as well as other new product certifications the FCC is now mandating. Therefore, the company must wait until the Qualcomm chipset is cleared. In addition, NVTL's chip must undergo stringent environmental tests before shipping. It is our belief that product approval will occur within the next few weeks.

While we can acknowledge that product delays and transitions occurred here and there, we feel management should have been better able to foresee this. We had numerous conversations with management during the June quarter in which they were very upbeat on the 2H08 outlook, including Q3. Since we believe management honestly felt the back half of the year was going to be strong, the poor guidance starts to bring into question their forecasting ability and credibility with the street. In light of this, as well as the weak guidance, we are slashing our 2008 revenue estimates.

While we are obviously disappointed with the projections for Q3, we believe Q4 still holds the story. We think that the company's expansion into new verticals, especially the new Kindle, could provide meaningful opportunities. However, we see few catalysts before the December quarter and think investors would be best suited waiting on the sidelines.

ESTIMATE CHANGES

Based on the NVTL's poor Q3 guidance and the continued delay in possible revenue catalysts, we are cutting our Q3 and FY08 estimates. Our new revenue estimate for the September quarter drops from $97.0 million to $81.0 million. Our new pro forma EPS

Exhibit 1
Page 427

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

estimate is ($0.01), down from $0.19. We are also dropping our gross margin estimate from our original 28% projection to the 22% that the company has guided for.

For FY08, our prior estimates of $390.3 million and EPS of $0.80 decline to $348.8 million and $0.19, respectively. With this new revenue estimate, we now are anticipating a revenue decline of almost 19% from 2007. We are also introducing 2009 estimates, projecting revenue of $400.0 million and pro forma EPS of $0.63. While this currently represents top-line growth of 14.7%, we think there is possible upside to this number if new verticals and products start ramping in Q4 as the company expects. However, we believe it prudent to wait before modeling more aggressively given the lack of visibility.

STOCK OPPORTUNITY

We believe NVTL provides investors a way to play the rapidly expanding and dynamic mobile connectivity space. While we still think we're in the early innings of the broadband wireless game, it is a game where NVTL is the star. Yet, as with any small technology company the road will not always be straight, and we believe at times patience must be exercised by investors. We think this is one of those times. While we believe there could be meaningful catalysts in the last quarter of this year, we are cutting our rating to ACCUMULATE and lowering our price target to $10, which is based on approximately 16x our newly introduced pro forma 2009 EPS estimate of $0.63.

RISKS

We believe an investment in NVTL involves the following risks. Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

 * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturers, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*August 20, 2008 Dundee Securities Corp. - Arinder Mahal, Puneet Malhotra*
**Novatel Wireless - Q2FY08 - Disappointments Continue - Maintaining Sell**
No Encouraging Signs - Maintaining SELL Rating
Novatel delivered dismal results highlighted by top line declines, substantial contraction in GMs, and additional operating expenses wiping out the bottom line. The main cause of this is poor product transition further compounded by softening market demand. We see the situation getting worse before it gets better - likely not until start of the New Year.
We are lowering our target to US$7.50 from US$9.00 based on our lowered forecasts (see table on next page).
 * Legacy Products Kill Another Quarter: Revenues declined 8% to $89.8MM, mainly because of softening demand at both Verizon and Sprint and a heavy dependence on low-priced legacy products. As a result GMs remained under pressure, dropping another 200bps from the previous quarter to 26% (net of inventory write-down) and well below its target of 28% to 30%. EPS for the quarter was nil as inventory write-downs and additional G&A expenses wiped out profitability, net of these extraordinary items EPS came in at $0.11 vs. our estimate of $0.10.  * Accounting Review Puts Additional Pressure: Self initiated review of its revenue recognition policies thus far has uncovered $3.4MM of revenues that were inappropriately recognized in Q1FY08 (moved into Q2FY08). The review is still ongoing and may identify additional issues. In addition to the added uncertainty, the costs associated with the review are starting to add up - $2.6MM in Q2FY08 with another $1.2MM to $1.5MM expected in Q3FY08. As a result of this review the company has delayed the filing of its 10Q for both Q1/Q2FY08.
 * Q3 Outlook Gets Worse: Guidance calls for another disappointing quarter with revenues in the range of $80 to $85MM (down 15% y/y) and EPS in the range of loss of $(0.03) and nil - well below our expectations of $97MM/$0.12. We note that the company will

Exhibit 1
Page 428

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

once again rely heavily on well aged products that are exposed to accelerated price declines with no flexibility to cut costs - adding further risk to GMs.

   * Q4 Turnaround Predicated on Timely Launch of New Products & Traction at Key Customers: Management is confident that it will turn its business fortunes around starting in Q4FY08 as the company prepares to launch at least five new products. We believe it will launch two new USB modems with Verizon, and one with Sprint. Although the company maintains these products are highly differentiated and thus will command a higher price, we believe the biggest benefit will be on the cost side as the newer design integrates lower cost components - should help on GMs. However, we are cautious in terms the company's ability to regain the lost market share at Sprint and, to lesser extent, at Verizon. Sierra Wireless has entrenched itself at Sprint by dislodging Novatel, while Verizon may be reluctant to depend on the company to the same level it has in the past given Novatel's recent track record.

FINANCIAL HIGHLIGHTS & FORECASTS

Novatel reported preliminary Q2/08 revenues of $89.8MM (down 7.8% y/y) and break even EPS vs. consensus of $87.8MM/$0.11 and our estimate of $85.2MM/$0.10.

   * Top line was positively impacted by $3.4MM as revenues previously recorded in Q1/08 were pushed to the current quarter as a result of the ongoing accounting review. EPS included one-time charges of $1.7MM due to inventory write-downs, bad debt reserve of $900K and fees related to its self-initiated accounting review of $2.6MM - net of this EPS would have been $0.11.

USB modems dominate the product mix at the expense of PC-Cards while EMs remain steady

   * USB modems contributed 54% towards the top line (vs. 50% in Q1/08) or $48.2MM, up 33.8% y/y and 5.8% q/q. Novatel won back its key channel slot at Verizon with the MC727 USB modem after losing it due to poor sales execution last quarter and commenced shipments of its other USB modems to key customers including 02 UK (MC950D), Vodacom South Africa (MC950D) and Bell Canada (MC727). Key carrier customers in the quarter were Verizon, Sprint, Telefonica (all 10% +) and Vodafone. Both Verizon and Sprint accounted for well over 40% in revenues.

   * USB growth however came on the back of another quarter of decline for PC cards - down 74.7% y/y and 34.7% q/q. This is the fourth straight quarter of y/y decline for the segment as this form factor continues to be displaced by the more popular USB modem.

   * Embedded Modules (EM) remained a key driver of growth - up 148% y/y and 10% q/q as PC-OEM customers Dell, Sony, Toshiba and Panasonic continued to contribute significantly towards the top line. However, going forward we do not expect this type of growth as some of its customers transition to competitor's modules.

One-time costs compress GMs while Opex surges on audit fees

   * Gross Margins of 24.1% were down 750bps y/y and 380bps q/q as a result of an inventory write-down of $1.7MM (impacting GMs by 190bps) and heavy dependence on sales of lower margin legacy products. The company expects to improve GMs by lower component cost through the introduction five new products over the next couple of quarter.

   * Operating expenses ballooned to $20.9MM (up 21.4% y/y and 18.4% q/q) as the company incurred audit fees of $2.6MM in connection with its self-initiated accounting review and $900K from bad debt provisions. As a result, G&A expenses were up 141% y/y and 89% sequentially leading to a decline in operating margins to 0.9% vs. 14% last year and 8.6% last quarter. Management expects to continue to incur costs related to its internal audit review of $1.2-$1.5MM in Q3/08.

   * Novatel exited Q2/08 with a cash and cash equivalent balance of $135.2MM, down from $145.9MM last quarter as the completed a $10.7MM stock repurchase initiative. The company continues to maintain a strong balance sheet with no debt.

*August 20, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, CFA, James R. Moore*
**Novatel Wireless, Inc. - Downside of Product Cycle; Outlook & Story Change for Worse; Downgrade to Hold**
Investment Highlights:

   * Sales beat, but outlook sours. Novatel Wireless reported 2Q08 sales of $89.8mm and EPS of $0.14 (ex. all charges) vs. our estimates of $87.5mm and $0.13 last night. Gross margin fell to 26.0% (excluding $1.7mm inventory write-down) vs. 27.9% in 1Q (1Q08 and 2Q08 results are subject to change under the continued accounting review), on account of pricing pressure as the U727 has entered the later stages of its product cycle. Operating expenses of $17.4mm were down vs. $17.6mm in 1Q excluding the $2.6mm accounting review and $900,000 bad debt charge.

Exhibit 1
Page 429

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Estimates and rating down. On account of the weaker 3Q outlook outlined in last night's call, our new 2008 estimates now stand at $350.3mm and $0.41 and 2009 at $360.0mm and $0.45. We are reducing our rating to Hold.

* Profitability whipsaws on product cycle. Prior to last night's report, expectations had included the benefit of new, operator-specific USB modems for each of Novatel's key accounts to supplement 3Q08 sales, but alas, it appears that as hard as Novatel tried to push introduction ahead, these new products are now expected to launch in 4Q.

Meanwhile, in winning back the promotional slot at Verizon, it appears that Novatel is suffering extreme price compression. Indications of the expected sales mix for 3Q leaves us thinking that pricing pressure in Europe for HSPA USB modems is equally bad, if not worse. The historical offset to this extreme pricing pressure has been the introduction of new wireless air-interface technology by operators, which is not broadly expected until LTE; however, Novatel's management believes it can continue to bring innovative technology to market within the constraints of HSPA and Ev-Do Rev A.

* Longer-term. Trends in 3G connectivity and continued adoption remain robust; however in 2009, Novatel must contend with drastically compressing USB ASPs and continued pressure from lower price module manufacturers.

* Sequential growth returns in 4Q, but is it sustainable? We are inclined to believe it is not, despite the expected increase in USB unit volume sales, and as such, we are forced to wait until tactical implementation of Novatel's growth strategy becomes more tangible. We have severely reduced our 2009 sales forecast, and again are seeking refuge on the sidelines and downgrading the shares to Hold from Buy.

In-Line Quarter After Broad Array of Charges

Yesterday, Novatel reported preliminary results of June quarter in the face of the company's ongoing accounting review. The company reported sales of $89.8 million, beating our $87.5 million estimate and up from $87.9 million in 1Q08. However, we note that 2Q08 included $3.4 million of revenue that was previously reported in the company's 1Q08 results, the adjustment for which we have included in these figures.

Non-GAAP EPS of $0.14 were in-line with our estimate of $0.13 excluding several extraordinary operating charges, including a $1.7 million inventory write down for unsaleable PC Express cards, $2.5 million expense related to the accounting review, and a $900,000 bad debt charge related to a European distributor. Due to sequential accounting inconsistencies, a revenue comparison by product-type is not valid, however sales of EVDO products were reported as strong in the June quarter and are expected to show strength again in 3Q08.

Non-GAAP gross margins fell by 190 basis points to 26.0% in 2Q08 versus 27.9% in 1Q08 and our 27.5% estimate. The $3.4 million revenue shift was very low margin product and probably had net affect of making March gross margins higher and closer to the run rate of 2007. Weaker gross margins during the June quarter were also due to a continued shift toward lower-margin legacy products and what we imagine was greater pricing pressure on the U727. Non-GAAP gross margins exclude the $1.7 million charge writing down the HSPA PC Express cards which have been replaced at a faster-than-expected rate by the USB form factor.

Non-GAAP operating expenses were flat sequentially in 2Q08 at $17.4 million from $17.6 million (-1% sequentially) and were less than our $18.2 million estimate. The non-GAAP operating expenses exclude $2.6 million for the company's ongoing accounting review and a $900,000 reserve set aside as a bad debt expense under G&A. Thus, operating income was $6.0 million versus $7.8 million (-23% sequentially) in 1Q08 and our $5.9 million estimate.

On the balance sheet, Novatel ended the quarter with $126.4 million in cash or $4.01 per share and no debt. We think the $4.01 in cash forms a reasonable floor, and we expect the company to return to generating operating cash later this year. Cash and investments decreased from $140.8 million in the March quarter given that the $25 million stock repurchase program announced in March is now complete.

Severe reduction in estimates. We are reducing our 2008 estimates on the late introduction of new products expected in the September quarter, and our estimates now stand at $350.3 million and $0.41, down from $398.8 million and $0.75. These estimates reflect the information Novatel released last night with the caveat that both the March quarter and the June quarter remain under accounting review. The company hopes to have the process completed shortly, but upon the completion, could have further adjustments to the numbers displayed in this report. In light of those adjustments, we reduced March quarterly sales by $3.4 million as noted in Novatel's press release, but because we don't have the sales change effect on the balance of the income statement from a non-GAAP perspective,

Exhibit 1
Page 430

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

we're forced to estimate that there was a negligible change to EPS in 1Q08, and for our reporting purposes, left Novatel's gross margin unchanged in March at 27.9%. In addition, we excluded a cumulative charge of $5.2 million from June's results, which had the added effect of adding about $0.11 in EPS on a non-GAAP basis assuming a 40% tax rate.

For the September quarter, Novatel offered guidance of $80-85 million, far below our previous September sales forecast of $105 million. We had assumed that new products at key customers Sprint and Verizon would bolster sales compounded by the promotional slot at Verizon and alternative module customers AutoNet and a large retail establishment for use in its content reading device. In fact, we believed our previous 3Q08 estimate was conservative. In conjunction with the sales expectation, Novatel expects gross margin to slide to 22% in 3Q08 versus the 26% (ex charge) gross margin reported in June.

Longer-term: replacing module and USB business. Our 2009 estimates fall to $360.0 million and $0.45 for very different reasons than the changes in our 2008 estimates. Novatel is in an awkward position of slowly losing about 25% of sales derived from its laptop OEM business, and while we expect the embedded portion of the mix to remain consistent next year, the laptop portion should fall off substantially. On the USB side, without the benefit of a new air-interface, product cycles are driven on feature additions and the new Qualcomm chipsets, where we expect to see a few new chipset revisions next year.

Lowering rating to Hold. On account of the low sales growth scenario we see developing in 2009, we are no longer compelled to recommend the shares. Nearer-term, we see extended new product introduction risk that was plainly clear in last night's June quarter report, but more importantly, Novatel's growth prospects beyond the current $350 million annual revenue run rate are suspect for some good reasons, including: 1) the lack of new air-interface technology upgrades that could further propel mobile data adoption via significantly lower service contract pricing, and more importantly, present the opportunity for nimble data device manufacturers like Novatel to ride the front of the adoption wave; 2) low cost manufacturers, such as CMOTECH and Huawei, continue to force severe pricing pressure in the data device market, which is difficult to offset without the introduction of less expensive chipsets, and we don't see a rapid chipset upgrade cycle through next year; and 3) Novatel must cycle out laptop embedded revenues with new sales to alternative product manufacturers, such as AutoNet, but it is not clearly obvious how that business along those lines or with other content display devices can fully replace the module sales to key customers Dell and Toshiba in 2008, which total approximately $100 million. In addition, we had expected the company's polished product introduction experience would bolster near-term revenue, but in light of yesterday's report have again lost confidence, especially considering the longer-term trend.

From a valuation standpoint, Novatel shares traded down to the $7.00 level in the aftermarket last night, which represents more than 15x our new $0.45 2009 EPS estimate and a P/E multiple higher than one fairly accorded in light of the company's oscillating performance this year.

*20 August 2008 J.P. Morgan - Paul Coster, Sandeep Madhur, Mark Strouse*
**Novatel Wireless 2Q Miss, Weak Guidance; Cutting Ests.**
NVTL's 2Q preliminary results missed expectations owing to audit review costs and faster-than-anticipated erosion of the PC card business. NVTL also issued weak guidance, as it transitions to next-generation products in 4Q. We  remain cautious of competitive threats (Gobi, Huawei) and overall enterprise spending as the economy slows. Maintain Underweight.
 * 2Q miss mainly due to audit costs, inventory write-down. NVTL reported $0.00 GAAP EPS on sales of $89.8m, (JPMe: $0.10 / $86.8m, Street: $0.11 /  $87.7m). Sales included $3.4m of 1Q revs transferred to 2Q as part of the audit review. Gross margin of 24.0% missed our estimate of 27.3% due to an inventory write-down of $1.7m. Meanwhile, operating margin was negatively impacted by $2.6m of costs associated with the audit review.
 * Weak 3Q guidance owing to new product delays. NVTL guided for GAAP EPS of $0.03 loss - $0.00 on sales of $80-85m, (JPMe: $0.14 / $95.2m, Street: $0.15 / $96.8m). This was mainly due to certification delays in new product launches (external factors, not a NVTL problem) and expected share loss in the embedded space to Gobi.
 * Cutting ests. With Gobi launching in 3Q and Huawei making a push into the US market, we believe NVTL (and its peers) will face significant  price-based competition. While NVTL should be able to overcome this with new differentiated products, end-market demand could slow if businesses and consumers cut back spending. Hence, our FY08 estimates go to $0.34 / $368.4m (from $0.68 / $376.3m), while our FY09 numbers go to $0.38 / $372.7m (previously $0.56 / $384.4m).

Exhibit 1
Page 431

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

    \* Maintain Underweight. At an aftermarket indication of $7.00, NVTL is trading at 18.4 times our revised 09 PF EPS estimate of $0.38, a 3% premium to the mean of our coverage.

USB and Embedded modules offset PC Card weakness. USB modems accounted for 54% of 2Q08 revenues (up from 37% in 2Q07). On the other hand, PC cards declined to 14% of revenues (down from 51% in the year-ago quarter) as consumers migrated to the USB form factor faster than expected (see Figure 1). Embedded modules made up the remaining 32% of revenues, up from 12% a year ago.

Valuation and Rating Analysis

Maintain Underweight. At an aftermarket indication of $7.00, NVTL is trading at 18.4 times our revised 09 PF EPS estimate of $0.38, a 3% premium to the mean of our coverage universe. We believe there are too many companies (i.e., SWIR, NVTL, Option, Huawei) pursuing the market with undifferentiated products, likely leading to commoditization and margin pressure, especially as growth moderates. We believe NVTL's earnings are likely to decline and the multiple is high in that context.

Risks to Our Rating

Factors that could lead the stock to outperform our coverage mean include:

    \* a faster-than-anticipated ramp in embedded module sales with OEM partners

    \* broader and deeper end-market adoption than originally anticipated, leading to an upward revision of NVTL's addressable market

    \* market share gains

    \* new products that expand addressable market or accelerate existing upgrade cycles (e.g., RevB, LTE, Gobi, WiMax hybrid)

competitors exit the market, leading to improved pricing power

    \* increased efficiencies in development, manufacturing, certification

    \* the introduction of significantly differentiated product leads to ASP increases and margin improvement

*August 20, 2008 Piper Jaffray & Co.- T. Michael Walkley, Charles John*

**Novatel Wireless - Disappointing Results, Downgrading To Sell**

KEY POINTS:

    \* Novatel Wireless announced disappointing Q208 results and guided to a weaker Q308. Based on intensifying competition in several of its key markets, continued transition of its product portfolio, and lack of near-term catalysts, we are downgrading to Sell and lowering our price target from $8.00 to $6.00.

    \* Novatel reported revenue of roughly $89.8M, inline with our sales estimate but reported proforma EPS of $0.03 versus our $0.15 estimate. We believe the weak bottom-line was primarily driven by a one-time charge of roughly $3.5M related to $2.5M in charges for an ongoing internal accounting review and $900K in bad debt expenses. Excluding these charges, pro-forma EPS would have been $0.14.

    \* However, pro-forma gross margin of 24% in Q208 declined from 28% in Q108 and 31.6% in Q207. Management indicated an unfavorable product mix, execution issues and delays in higher margin products due to changes in FCC related regulation were reasons for disappointing margins.

    \* Excluding the one-time charge of $3.5M, Novatel reported operating income of roughly 4.8% versus our 6.5% estimate. We believe operating margins will remain under pressure as management continues to invest in its next generation of products and incurs additional expenses resulting from the ongoing accounting review. As such, we are lowering our operating margin assumptions for 2008 from roughly 7.6% to 3.6%.

    \* While management has plans to launch new products in 2H08 to re-accelerate growth, Novatel provided disappointing Q308 guidance of pro-forma EPS of $0.00-$0.03 on revenue of $80-$85M versus our $0.15 and $92M estimates.

    \* Novatel plans to improve longer-term results through an increased focus on accelerating product development efforts, bringing next generation products to market faster, and refocusing sales efforts on large European and North American carriers including AT&T.

    \* While the next generation products could potentially gain traction in Q408 and 2009, Qualcomm and Ericsson are taking share from Novatel's embedded solutions division and we believe Novatel will need to offset this revenue decline by entering additional vertical markets in the embedded space. As such, we are lowering our 2008 revenue estimates from roughly $377M to $362M.

    \* Based on higher expenses due to its ongoing accounting review, slower ramp of new product revenue and intensifying competition,

Exhibit 1
Page 432

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

we are lowering our 2008 pro-forma EPS estimate from $0.70 to $0.35 and our 2009 pro-forma estimate from $0.79 to $0.58.

INVESTMENT RECOMMENDATION:

We are downgrading to a Sell rating and lowering our price target to $6.00, which is based on the shares trading at the same 10x our lowered 2009 EPS estimate. Due to our assumptions of declining earnings growth, we believe Novatel deserves to trade below the peer group multiple of 12x.

RISKS TO ACHIEVEMENT OF TARGET PRICE:

Risks: easing competition for the core PC card business, successful development of new products with stronger margins, and the company's ability to maintain its market share with leading carrier partners.

COMPANY DESCRIPTION:

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*August 20, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - Prelim 2Q08 Results Overshadowed By Audit; Product Transition Extends Further**
Conclusion: Weaker gross margins and elevated inventory highlight a disappointing 2Q08 report from Novatel Wireless. An ongoing accounting review is also hurting profitability. While we remain optimistic about NVTL's long-term potential and new product possibilities, the reality is 3Q08, not 2Q08, is likely to mark the low point for the company's results in C08. We maintain our Outperform rating with the shares trading just over book value, but note investor uncertainty will likely remain high throughout 3Q - or until visibility improves.

 * 2Q08 Shy of Expectations. NVTL met our top line expectations, excluding $3.4MM reclassified from 1Q08, posting revenue of $86.4MM. Pro forma EPS of $0.03, however, was well short of consensus, hurt by $2.6MM in incremental G&A tied to the accounting review and gross margins that dropped to 24%. Inventory increased to 50 days, though the company indicates it moved through most of the excess in July.

 * Accounting Inquiry Continues. NVTL indicates the ongoing audit of its revenue recognition procedures has been both more costly and taken longer to complete than expected. The sums involved, approximately ~$9.1MM in six transactions (of which at least $3.4MM has been moved from 1Q08 into 2Q08), will result in historical results being restated, though overall changes still look to be relatively modest.

 * 3Q08 Outlook Challenging, Estimates Reduced. Guidance for 3Q08 of $80-85MM and pro forma EPS $0.00-0.03 sit significantly below consensus and our prior estimates of $93.9MM and $0.21. We note the EPS guidance includes at least a nickel of expense related to the revenue audit.

NVTL's balance sheet provides significant ballast for the company right now, with $135MM in cash and no debt. Book value is approximately $6.50/share.

*August 20, 2008 ThinkPanmure - Mike Burton*
**Wireless Components and Enabling Tech. Novatel Wireless**
NVTL: Disappointing Results And Guidance; Reduce Estimates, Price Target To $8
THINK ACTION:
Novatel Wireless reported its 2Q08 preliminary financial results (pending an audit on revenue recognition). The revenues were down, as expected, but gross margins were a big surprise. NVTL believes it is going through a transition phase and expects new product launches later this year to meaningfully impact Q4. We have lowered our estimates going forward to reflect the reduced guidance and to take a more-cautious forward outlook given the company's struggles. We are lowering our 12-month price target to $8 and maintaining our Accumulate rating.
KEY POINTS:
Lower 2Q Revenues In Line With Estimates: NVTL reported preliminary 2Q08 revenues of $89.8M, down 2% Q/Q and 8% Y/Y, which were in the $85-90M guidance range given by the company. However, it includes revenues of $3.4M from Q1 because of the ongoing accounting review. NVTL noted that the impact of the ongoing accounting audit may move previous revenues between

Exhibit 1
Page 433

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

quarters or years.

Gross Margins And Earnings Take A Hit: NVTL's gross margins slid down to 24.1% from 27.9% last quarter, a drop of more than 370 basis points. Pro Forma and GAAP EPS of $0.03 and $0.00, respectively, were much lower than the Street estimates of $0.15 and $0.11 and our estimates of $0.17 and $0.13, respectively. Earnings were impacted by the lower gross margins and $0.11 of one-time costs—an inventory valuation write-down of $1.7M, accounting review expenses of $2.6M, and a bad debt reserve of $900,000.

Inventories Were Up Again: Inventories were up by $6.5M, and account receivables were down by $5.4M, which we believe was the result of cancellations and/or a slowing of orders. While it is clear that management intends to flush the inventories in Q3, we are concerned that higher inventory levels might still limit margin appreciation going into Q4 and have, therefore, modeled only a partial improvement.

High Degree of Optimism For New Product Launches: Management's commentary stressed a lot of faith on its new product launches, which it expects to improve GMs. We agree with anagement that a good differentiated product line is essential for the company to improve its GMs back to the historical levels, and we are optimistic that the new launches will outweigh the current headwinds over time.

NVTL's 3Q Guidance: NVTL has guided Q3 revenues in the $80-85M range, and GAAP and Non-GAAP earnings in the ($0.03)-$0.00 and $0.00-0.03 ranges, respectively. In Q3, the company expects gross margins to be approximately 22%, driven lower by a reduction in inventories and end-of-life product pricing. NVTL is expected to launch several new products, but will have to wait until the end of the year for those products to show some positive effects on its income statement, in our opinion.

Our Estimates: We are updating our estimates. We are estimating $81.8M of revenues and Pro Forma EPS of $0.01 next quarter. We expect gross margin to be 22% next quarter and 25% in 4Q08. We believe that the new product launches in Q4 could even take GM to 26%; however, in light of the current economic outlook and NVTL's travails, we prefer going with a more-conservative take. We estimate revenues for CY08 and CY09 to be $351.1M and $358.2M, with Pro Forma EPS of $0.31 and $0.37, respectively.

VALUATION:

Price Target And Valuation: We are lowering our price target to $8 from $10. Our $8 price target is based on a 25.8x multiple of our 2008 EPS estimate of $0.31, and 21.6x our 2009 EPS estimate of $0.37. While our target P/E multiples may seem high, NVTL has $4.28 in cash share, so on an EV/EBITDA basis our $8 price target is only 5.4x our 2009 EBITDA estimate of $23M (assumes $11M in Dep/Amort, and includes the $5M impact from stock Comp.). On an EV/Sales basis, our $8 price target represents only a 0.34 and 0.35 multiple of our 2008 and 2009 revenues, respectively, in line with it EV/Sales multiple prior to the report yesterday (Exhibit 1).

RISKS TO PRICE TARGET:

 * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows, there could be substantial risk to NVTL's growth opportunities.

 * Market Adoption: We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will likely result in slower-than-expected growth for Novatel.

 * Increasing Competition: Increasing competition from other PC card vendors, handset OEMs, and Asian OEMs/ODMs could cause significant pricing and margin for Novatel, and its current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*August 20, 2008 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body*
**Novatel Wireless, Inc. - Q2/08 Results - Novatel Continues to Struggle**
Event
 * Novatel reported preliminary Q2/08 results last night.
What It Means
 * Another weak quarter: Revenues for Q2 came in at US$89.8M roughly 1.5% ahead of our expectations and 2.2% above consensus. EPS of US$0.05, on the other hand, was 56% below our and the streets US$0.11 estimate.
 * Q3 guidance plagued by product delays: The company expects revenue for next quarter to decline further to between US$80 and

Exhibit 1
Page 434

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | US$85M and EPS between negative US$0.03 and US$0.00. Revenue guidance was below our US$93M estimate and the street's US$97M while EPS was also less that our US$0.17 and the street's US$0.15. |

    * Rivals eating Novatel's lunch: The company's aging product portfolio is making it harder for it to profitably compete in the marketplace. In the meantime, delays in launching its next generation of products and its ongoing accounting review are giving its rivals a Usain Bolt-like lead. We continue to reiterate our 3-Sector Underperform rating for the Company

Q2 Results - Novatel Continues to Struggle

    * Q2 results impacted by weak gross margins: Although Q2 revenues were boosted by shifting US$3.4 million from the first quarter to the second quarter, as a result of the company's ongoing accounting review, the real story is reflected in the weakening gross margins. A big part of the 640 bp YOY decline in gross margins to the 24.0% level is the Novatel's MC727 USB modem promotion with its largest customer, Verizon. In mid-July, the carrier started offering the device for free with a 24 month contract, matching its UM150 USB offering from Pantech. During the quarter, Novatel also took a US$1.7 million inventory write-down and a US$0.9 million bad debt charge. Exhibit 1 outlines the results for the quarter and shows year-over-year and sequential comparisons. The PC Cards segment declined roughly 75% YOY while USB products contributed US$48.2M or 54% of sales for the quarter and grew by 34% YOY. OEM sales also grew to US$29M or 32% of Q2 revenues. From a technology perspective, EVDO products contributed 57% of total sales while HSPA accounted for the other 43% in the quarter. In addition to Verizon, top customers for Q2 included Sprint, Dell, Telefonica, Vodafone, Panasonic, Sony and Toshiba. Roughly 62% of total revenues came from domestic markets while international contributed 38% for the quarter.

    * Q3 guidance reduced due to product delays: Management highlighted a further deterioration in its Q3 guidance. It now expects revenue to be in the range of US$80M to US$85M roughly 11% below our US$93 million and 15% below the street's US$97 million estimate. Diluted EPS is expected to be between negative US$0.03 and US$0.00 on a GAAP basis, significantly below our US$0.17 and the consensus estimate of US$0.15.

Exhibit 2 shows our revised numbers.

    * Novatel in an extended transition period: The company acknowledged its challenges were mainly due to its aging legacy portfolio combined with delays in getting its next generation offering to the market fast enough. Novatel also suggested that the delays in the regulatory and certification process are mainly out of the company's control. It now expects to launch its third generation USB products with its largest North American customers, including Verizon in the fourth quarter. We also expect the usual pricing pressure to continue to push Novatel into the high-end market as it becomes more and more challenging for the company to profitably compete with its better positioned rivals in the mass market product segments. In Europe, we see most of the intense competition coming from the Asian vendors - ZTE and Huawei, as they push to gain market share. In the embedded space, we expect Ericsson and Qualcomm's Gobi offering to take market share in the PC OEM segment although Novatel expects to gain some low margin business from Gobi solution integration with a limited number of its customers. As we have noted previously, our discussions with carriers continue to indicate healthy adoption of mobile broadband in various regions around the world including North America and Europe.

We believe the issues Novatel is facing are largely company specific and affected by the its product mix, timing, as well as its execution missteps.

    * Valuation and recommendation: Based on our revised financials, Novatel is now trading at a rich 25x next-12 month P/E multiple. Although the company maintains roughly 45% of its share value in net cash, we would advise investors to look elsewhere for better growth prospects. Novatel's main competitor, Sierra Wireless is currently trading at a relatively attractive 9.5x P/E multiple, maintains more cash per share and provides a more attractive investment as the leader in a likely consolidating industry. We reiterate our 3-Sector Underperform rating on Novatel.

*20 AUGUST 2008 Research Capital Corporation - Nick Agostino*
**Novatel Wireless Inc. - Q2/08 Results -Mixed Quarter; Poor Guidance**
EVENT - Q2/08 Results
Novatel Wireless reported preliminary Q2/08 resul ts yesterday. Sales of US$89.8 mm were better than expected. Unfortunately, a lower gross margin and higher G&A expenses associated with an accounting review and bad debt provisions ate into profitabil ity.

Exhibit 1
Page 435

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | GAAP EPS was US$0.00; adjusted EPS was US$0.09 (Figure 1). |

GAAP EPS was US$0.00; adjusted EPS was US$0.09 (Figure 1).

IMPACT -ACCOUNTING REVIEW AND PRODUCT DELAYS SHIFT POTENTIAL RECOVERY ONE QUARTER OUT

The overall macro envi ronment remains sol id despite cautious tones, with noted strong channel sell through and heal thy channel inventory levels. This lead to a better-than-expected Q2 top line. Unfortunately, Novatel is caught up in an accounting review to examine past revenue recognition practices; this in turn is eating into profits. With a delayed product transition, much to our disappointment, and further accounting reviews, Q3 does not promise to be the turning point. Novatel , however, is hopeful that it can put the review to rest in Q3 and undergo a slew of next-generation product introductions by Q4, one quarter later than anticipated. As such, the story is moving from a 2H/08 momentum play to early 2009. Our new estimates are in Figure 2.

VALUATION -LOWERING TARGET PRICE FROM US$12.00 TO US$8.00 We now value Novatel Wireless shares based on 8.5x our new 2009 EPS estimates to arrive at a target price of US$8.00. The stock is currently trading at 14.2x NTM EPS, whi le itsbetter performing peer Sierra Wireless trades at 8.3x (Figure 3). Our new valuation multiple approaches Novatel's 2-year trough mul tiple of 7x-8x. As of Q2/08, Novatel has US$4.29 in net cash per share, which equates to 51% of the current share price.

RECOMMENDATION -MOVING FROM BUY TO HOLD

After having deal t with an internal sales department disarray and dealing with a distracting accounting review, not to mention a quarter delay in getting itsanticipated differentiated products out to market, we are moving to a HOLD until we see signs that management has a handle on its operations.

VALUATION CATALYSTS -NEW PRODUCTS COULD LEAD THE WAY

The launch of new di fferentiated devices (either feature-rich or for new cel lular standards such as LTE, Rev. C, or Wi-Max) into the market place could be a catalyst for share gains and price appreciation. Other catalysts include new OEM design wins and reduced carrier monthly service pricing. Near-term headwinds include economic concerns impacting IT and consumer spending.

ANALYSIS -BETTER-THAN-EXPECTED Q2 SALES MASKED BY POOR PROFITABILITY AND GUIDANCE Q2 sales ahead of expectations: Novatel reported prel iminary Q2 sales of US$89.8 mm, ahead of our estimate and consensus, and at the top end of company guidance. Revenues were both down Q/Q and Y/Y. Q2 sales also include US$3.4 mm in revenues that due to the accounting recognition were deemed to have been incorrectly recognized in Q1. Not surprisingly, USB product sales lead the top line, accounting for 54% of sales and coming in at $48.2 mm for the quarter; roughly a 3% decline Q/Q. Module sales of US$29.0 mm increased 10% Q/Q to represent 32% of total sales, whi le ExpressCard sales declined by 15% to US$12.5 mm and accounted for 14% of sales. Modules sales remain robust despite the entrance of Qualcomm's Gobi and Ericsson. EV-DO product sales were up 2% Q/Q, representing 57% of sales, despite a share loss at one of itslarger customers, Sprint, to Sierra's Compass USB. GSM-based HSDPA product sales were down 6% Q/Q, representing 43% of total revenues, although the company did see steady demand from itsEuropean carrier customers, namely Vodafone and Telefonica. International revenues were relatively flat in Q2, accounting for 38% of total sales.

Gross margins below expectations: On a GAAP basis, Novatel reported gross margins of 24%. However, adjusting for a $1.7 mm inventory writedown related to legacy HSPA ExpressCards, gross margins for the quarter were 26%, 200bps below our estimate and guidance of 28%-29%. Bui lt into that guidance, the company had expected to launch nextgeneration devices late in Q2. Al though Novatel suggests that ASP pressures remain unchanged, the company did indicate that it has exhausted itsnear-term product cost reduction opportunities on itspopular USB727 and some modules. Novatel is looking to a di fferentiated product suite, coming out in Q4, as an opportunity to bolster gross margins.

Long term, it stil l expects gross margins in the range of 28%-30%.

Higher G&A expenses: The on-going accounting review resul ted in a US$2.6 mm G&A expense. As well , Novatel recognized a US$900k bad debt expense provision in the quarter. As a resul t of the combined US$3.5 mm in expenses, Q2 expenditures of US$20.9 mm were US$2.1 mm higher than our estimate of US$18.8 mm. Accounting charges are expected to persist into Q3 in the range of US$1.2-US$1.5 mm.

As a result, EPS misses estimates: Novatel reported GAAP EPS of US$0.00, which includes US$131k in net income from Q1. Adjusting for the inventory write-down and stock option expenses, adjusted EPS was US$0.09, below our estimate, guidance, and consensus by about US$0.05. However, i f we exclude the bad debt provision and the accounting review expenses, Q2 EPS would

Exhibit 1
Page 436

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | have been US$0.20. We highl ight this to demonstrate that profitabil ity is not as bad as suggested by Q2 resul ts. Novatel ended Q2 with US$135 mm in net cash (US$4.29/share) including $1.0 mm from FCF and after using an additional US$16 mm to complete itsUS$25 mm share buy back program (2.5 mi ll ion shares repurchased). |
| | | | | | Once again, guidance below expectations -taking a haircut to estimates: Novatel is providing a Q3 sales guidance range of US$80-US$85 mm, below our estimate and consensus. The company attributes itslower guidance to seasonality (Europe) and a product transition period, with next-generation device rollouts schedule for Q4, one quarter later than expected due to changing regulatory certification procedures. We are disappointed by the product delay. In addition, much l ike with Sierra, carriers are taking a cautious stance with their orders (placing more frequent, smal ler orders) due to the uncertain economic envi ronment and a near-term focus to better manage cash and working capital (inventory) positions. |
| | | | | | Gross margins are expected to be about 22% as the company expects a larger contribution from legacy products ahead of Q4. On the bottom line, Novatel is guiding to a GAAP EPS range of US$(0.03) to US$0.00 and pro-forma EPS of US$0.00- US$0.03, wel l below consensus and our estimate. In addition, EPS wi ll be negatively impacted by an additional US$1.2- US$1.5 mm accounting review charge, which should shave off an additional US$0.005 in EPS. The company is hopeful that it can complete itsreview in Q3, stemming further charges. Novatel expects a top and bottomline recovery in Q4 through new product introductions and an increased shi ft into non-PC OEM customers, including contributions from two non-carrier customers. We have revised our Q3/08, 2008, and 2009 estimates lower to reflect company guidance. |
| 8/21/2008 | 2,224,412 | $6.32 | 0.48% | 0.22 | |
| 8/22/2008 | 1,259,083 | $6.27 | -0.79% | (0.78) | |
| 8/25/2008 | 1,194,927 | $6.16 | -1.75% | (0.12) | |
| 8/26/2008 | 773,094 | $6.25 | 1.46% | 0.52 | *Date: Aug 26 2008  7:30:01 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Launches Wireless Ovation MC950D USB Modem with Fido** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--August 26, 2008 Novatel Wireless(TM), Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, and Fido, Canada's 3rd largest wireless provider, today announced the launch award-winning Novatel Wireless MC950D broadband USB modem. |
| | | | | | The Ovation(TM) MC950D is a global tri-band HSPA/UMTS and quad band EDGE/GPRS modem designed to be extremely portable and convenient to use. Fido subscribers are able to insert this modem into their laptop or desktop computers for instant plug-and-play broadband Internet access. Customers will be free to check their email, download important files or enjoy digital music, pictures and video virtually anywhere they happen to be. |
| | | | | | With connection manager software included on the MC950D's internal memory, there is no need to install drivers from a CD. This compact modem features an integrated antenna allowing for maximum performance even in weak signal areas. The MC950D provides a full mobile broadband experience, with download speeds of 7.2 Mbps and upload speeds of upto 2.1Mbps. |
| | | | | | "With the MC950D now available for their subscribers, Fido will be able to provide the best mobile data products and fastest speeds available in Canada," said Brad Weinert, president of Novatel Wireless. "We are excited to expand our HSPA carrier network in North America." |
| 8/27/2008 | 739,383 | $6.25 | 0.00% | (0.32) | |
| 8/28/2008 | 579,981 | $6.25 | 0.00% | (0.43) | |
| 8/29/2008 | 443,517 | $6.23 | -0.32% | 0.35 | |
| 9/2/2008 | 588,223 | $6.15 | -1.28% | (0.32) | |
| 9/3/2008 | 561,833 | $6.20 | 0.81% | 0.43 | |
| 9/4/2008 | 957,060 | $6.18 | -0.32% | 0.75 | |
| 9/5/2008 | 837,839 | $6.22 | 0.65% | 0.21 | |
| 9/8/2008 | 543,092 | $6.19 | -0.48% | (0.43) | |
| 9/9/2008 | 906,567 | $6.10 | -1.45% | 0.17 | *Date: Sep 9 2008  7:30:01 Wire: Business Wire (BUS)* |

Exhibit 1
Page 437

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

**Novatel Wireless MC990D USB Modem Earns PTCRB Certification -  Ovation MC990D HSPA USB Modem Approved by CTIA for North American and European Networks**
CTIA WIRELESS I.T. & Entertainment 2008
Booth #1131
SAN FRANCISCO--(BUSINESS WIRE)--September 09, 2008 Novatel Wireless(TM) Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced that its Ovation(TM) MC990D USB Modem has received PTCRB (Personal Communication System Type Certification Review Board) certification for use in the North American and European market. PTCRB certification is the final regulatory approval a GSM cellular communication product must meet in order to be used in North America and on select European networks including Vodafone.

 Optimized for European HSPA networks, the Ovation MC990D is a USB modem capable of providing global Internet connectivity virtually anywhere in the world, with multiple frequency band operation on HSPA, WCDMA, EDGE and GPRS networks. This CTIA industry association approval ensures that the Ovation MC990D satisfies the requirements of the American variants of the GSM/GPRS network standard. PTCRB certification ensures that the device is compliant with the appropriate technological standards, regulatory requirements (FCC and/or IC), as well as North American and European operator requirements.

 "Achieving PTCRB certification is a major technical hurdle, which validates the quality, design and performance of the MC990D," said Peter Leparulo, Chairman and CEO of Novatel Wireless. "With this approval, Novatel Wireless customers can trust the modem to work reliably on North American and European networks."

 With support for 7.2 Mbps downlink speeds and 5.76 Mbps uplink, the MC990D offers users unprecedented performance and an assortment of innovative features in a convenient USB modem form factor. The Ovation MC990D is now commercially available through a variety of tier-one operator customers.

*Date: Sep 9 2008  7:30:02 Wire: Business Wire (BUS)*
**Novatel Wireless Deploys NovaCore Software Developers Kit  Available through New Online Developers' Lounge - Developers' Lounge and Upgraded SDK Enable Development of Connection Managers and Applications Capable of Communicating with Novatel Modems**
CTIA WIRELESS I.T. & Entertainment 2008
Booth #1131
SAN FRANCISCO--(BUSINESS WIRE)--September 09, 2008 Novatel Wireless(TM) Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, today announced the release of NovaCore(TM), a new software developer kit (SDK) designed to promote the development of additional value-added applications and services for Novatel Wireless devices.

 Novatel Wireless engineered NovaCore to enable the development of specialized software applications including location based services (LBS), connectivity management, device personalization, local time management, roaming, data protection, multiple device support and a variety of additional interfaces. NovaCore facilitates concurrent application access and increased stability over previous SDK editions, with less development complexity for new products and a reduced memory footprint.

 The new NovaCore SDK is Web 2.0 ready. Its unique design lets a software developer write an application once that will run on Windows, Mac and Linux, extending their marketing reach and simplifying development projects. It is one of the few industry SDKs that supports both EVDO and HSPA 3G connections, accomplished through one application programming interface (API). NovaCore is also backwards compatible with the Novatel Phoenix SDK, easing the transition for legacy applications. The new SDK includes enhanced documentation and sample code to streamline development and significantly speed up time to market for the applications developed.

 Trellia Networks, Inc., is the first developer to use the NovaCore SDK with its Trellia Mobility Platform, which provides seamless mobility to the enterprise. "The combined platform of Novatel's hardware and new NovaCore SDK proved to be instrumental in the rapid development of our latest enterprise mobility software solutions," said Giovanni Forte, CEO of Trellia Networks. "The ability to move quickly from concept to implementation gives us a significant advantage in this highly competitive space."

 As part of today's news, Novatel announced the availability of the Developers' Lounge, a Web-based suite of tools where software

Exhibit 1
Page 438

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | developers can access the SDK and a monitored support forum to post questions and find answers from both Novatel engineers and the development community. Developers will be able to download additional applications and source code and make their applications available for download from the site. |
| | | | | | "The upgrades delivered in the new NovaCore SDK will allow for unlimited possibilities in the development of new software applications and services for the Novatel platform," said Brad Weinert, president of Novatel Wireless. "This deployment reinforces our commitment to innovation and collaboration in developing the world's most advanced mobile broadband solutions." |
| | | | | | Date: Sep 10 2008  7:30:02 Wire: Business Wire (BUS) |
| | | | | | Novatel Wireless' Embedded Module Enables Autonet Mobile's Internet Service in Chrysler LLC Vehicles |
| | | | | | CTIA WIRELESS I.T. & Entertainment 2008 |
| | | | | | Booth #1131 |
| | | | | | SAN FRANCISCO--(BUSINESS WIRE)--September 10, 2008 Novatel Wireless,(TM) Inc., (Nasdaq:NVTL) a leading provider of wireless broadband solutions, today announced its Expedite(R) E725 Express Mini Card Module is embedded in Autonet Mobile's Internet service for Chrysler LLC's uconnect web. |
| | | | | | Autonet Mobile, the first Internet provider for vehicles, supplies Chrysler LLC with uconnect web, the first WiFi entertainment system product designed specifically for cars. Driving digital lifestyle and content to families on the road, uconnect web is available for all Chrysler, Jeep(R) and Dodge vehicles as a dealer-installed Mopar(R) accessory at more than 3,700 U.S. dealerships. |
| | | | | | Autonet Mobile's patent pending TRU Technology utilizes the Novatel Wireless Expedite E725 Express Mini Card Module to create a WiFi hot spot specifically designed for moving vehicles. TRU Technology allows passengers to experience high-speed connectivity in the car just like they would at home or in the office. |
| | | | | | "Autonet Mobile utilizes a Novatel Wireless embedded module to provide an optimized cellular connection that enables multiple passengers to enjoy Internet activities such as gaming or watching videos," said Peter Leparulo, CEO of Novatel Wireless. "We are pleased to partner with Autonet Mobile and see great opportunity for these types of media-specific broadband deployments." |
| | | | | | Americans are now living an Internet lifestyle and look to have access in their homes, offices and while on the move. There are more than 180 million homes connected to the Internet with an average of 2.4 cars per household. Today's WiFi device market has grown to more than 250 million devices sold and has an expected growth rate of more than 11 percent year over year. |
| | | | | | "Mopar's uconnect web is changing the way American families stay connected while on the road," said Sunil Lahoti, senior manager, Mopar marketing and brand strategy Chrysler, LLC. |
| | | | | | "Today, 40 percent of all new SUVs and station wagons are equipped with multimedia devices, yet they do not support the connected lifestyle of the Internet, e-mail and online gaming," said Sterling Pratz, CEO of Autonet Mobile. "By incorporating Novatel Wireless' innovative wireless technologies, Autonet Mobile is uniquely positioned to help Chrysler LLC deliver the next evolution of the automotive industry." |
| 9/10/2008 | 944,773 | $6.37 | 4.43% | 1.33 | *September 10, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* |
| | | | | | **SWIR/NVTL - Gobi Expands, Competitive Pressure Grows** |
| | | | | | Action |
| | | | | | This morning, Qualcomm announced that its Gobi embedded module has obtained certification on AT&T's network. This greatly expands Gobi's reach and dispels concerns that additional carriers would be reluctant to adopt Gobi. It further increases the threat that Gobi represents to SWIR and NVTL, both from the standpoint of laptop embedded module sales (16% of 2007 sales for NVTL, 12% for SWIR), and the threat that embedded modules will cannibalize sales of USB modems, which represent the majority of sales for SWIR and NVTL. Along with Huawei, we believe that Gobi is among the two greatest competitive threats faced by these companies, and this morning's announcement strengthens that threat, though we have already lowered estimates a great deal based on Gobi. We also believe that the economic cycle is weighing on the wireless industry and will continue to pressure sales for SWIR and NVTL. However, we continue to believe these companies participate in a market that is showing strong secular unit growth, and with SWIR/NVTL trading at 1.3x/0.9x tangible book respectively, downside may be limited. |
| | | | | | Key Details and Summary Perspectives |

Exhibit 1
Page 439

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Background on Gobi - Gobi is Qualcomm's embedded module solution for laptops that provides 3G Internet connectivity over cellular networks. It is a dual-mode module, capable of using either GSM-based (AT&T, T-Mobile) or CDMA-based (Verizon, Sprint) technology, the two leading cellular technology standards. Historically, laptop OEMs have used embedded modules provided by companies such as NVTL and SWIR that use a single technology and are tied to a specific carrier. With Gobi, Qualcomm's objectives have been to standardize the technology and bring down costs so that all carriers use the same module.

* Gobi Obtains AT&T Certification - Qualcomm announced this morning that AT&T has certified Qualcomm's Gobi embedded module solution for use on its network. Moreover, AT&T has said that it plans to launch "ambitious marketing programs to support the rollout of Gobi-enabled notebooks and services." Gobi is now certified on three of the four largest U.S. carriers (AT&T, Verizon, and T-Mobile), with Sprint the last remaining holdout. It is also certified on Vodafone, Europe's largest carrier.

* Importance of the AT&T Win - The AT&T win is a critical one for Gobi, as it greatly expands its credibility and the promise that it will reach many more carriers. Gobi was initially backed by Verizon Wireless (CDMA-based) and Vodafone (GSM-based, with 45% ownership of Verizon Wireless), with the thought that a dual-mode (CDMA/GSM) module would allow users to roam between their two networks. It was also backed by T-Mobile USA, the smallest of the major carriers, and the one therefore most open to changes that upset the status quo (e.g., its strong support of Google's Android mobile OS). However, the thought was that many other carriers would be reluctant to move away from a model that tied subscribers to their network via proprietary embedded modules. Moreover, NVTL and SWIR have traditionally argued that obtaining carrier approvals is one of their core competencies and an important barrier to entry in the industry. With the acceptance of AT&T, the largest U.S. carrier, Qualcomm has broken through these barriers and demonstrated that Gobi's reach will indeed be broad. While Sprint may continue to hold out, given its support for WiMAX technology via the new Clearwire JV, AT&T's acceptance increases the pressure on Sprint to accept Gobi as well.

Details

* Laptop OEM Announcements - Concurrent with the AT&T win, Qualcomm also announced that it will be available on Panasonic's (historical NVTL customer) full line of Toughbook notebooks, and that HP's (historical SWIR customer) notebooks were certified for use with Gobi on AT&T's network. HP and Panasonic had already previously announced support for Gobi, and these announcements expand their support. Moreover, we believe that approval by laptop OEMs is a lesser barrier to entry for Gobi than carrier certification. Given that Gobi offers OEMs lower price points and increased standardization, we believe that they will naturally gravitate towards Gobi as long as it has sufficient carrier reach.

* Gobi and Forward Estimates - Based on the threat of Gobi as posed in both SWIR and NVTL's 2Q08 earnings calls, we reduced our estimates substantially, and we do not see the need to reduce them further at this time -- rather, this represents a headline negative that confirms the concerns that Gobi is mounting a major competitive challenge. For SWIR, we show overall embedded module sales (roughly 60% of which are notebook embedded modules) declining 30% y/y in 2009 after being flat in 3Q08 and down 20% y/y in 4Q08. For NVTL, we do not break out embedded module sales specifically, but we show overall sales only increasing 5% y/y, even after very easy comps for most of 2008. In particular, we believe that SWIR might have had forewarning of AT&T acceptance in its warnings about the embedded module business, given that AT&T is its largest customer.

* Embedded Modules vs. USB Modems - The rise of Gobi has engendered further discussion of the embedded module form factor. When embedded modules were first entering the market in late 2006/early 2007, the thought was that, given their elegance and simplicity, they would rapidly replace external adapters. This had been the case with Wi-Fi, which formerly required an external adapter but is now standard in nearly all new laptops. However, while embedded modules succeeded in taking some of the market, their growth quickly moderated. We believe that this was a result of two key factors. First, because they were not standardized, they essentially required new owners of laptops to commit to a carrier at the time of laptop purchase. Second, upgrading the module is impractical for those that are not technology professionals, and 2006/2007 represented a period of rapid progression in cellular data technologies. Gobi promises to bring down price points and offer a module that could be included in most new laptops, with the user choosing a carrier at a later date, and having the option to switch carriers after the contract expires.

Moreover, upgrades have become less important for the moment, as the carriers have stabilized on EV-DO Rev. A technology on the CDMA side and HSPA technology on the GSM side. While we expect external adapters to remain an important part of the market for at least the next few years, these changes might allow Gobi to expand the market share of embedded modules at the expense of

Exhibit 1
Page 440

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | external adapters. |

    * SWIR's M2M Announcements - As the CTIA IT & Entertainment show takes place in San Francisco, a number of other announcements came out today. SWIR announced the addition of new features to its AirLink M2M (machine-to-machine) products, using ALEOS-branded embedded intelligence that allows these devices to deliver new types of real-time status updates when the modems are embedded in a vehicle.

SWIR has been pursuing acquisitions in the fragmented M2M market as a venue for further diversification of its business. SWIR also announced that CalAmp (NASDAQ: CAMP) will embed SWIR modules in its meter-reading M2M products. We believe that both of these announcements are incremental positives that strengthen SWIR's M2M initiative.

    * NVTL's Autonet Announcement - NVTL announced that its embedded modules are included in Autonet's solution for Chrysler, which is a dual 3G modem/Wi-Fi router, which obtains Internet access via a cellular modem and then provides Internet access to other devices by serving as a mobile Wi-Fi hotspot -- the idea being that a wider range of devices are compatible with Wi-Fi (and also that Wi-Fi has lower power requirements). NVTL had previously announced that its embedded modules were included in Autonet's solution, and both companies had hinted at a forthcoming win with a major auto manufacturer. Therefore, this announcement is an incremental positive in that it confirms the win.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 9/11/2008 | 818,983 | $6.14 | -3.61% | (1.80) | |
| 9/12/2008 | 329,094 | $6.10 | -0.65% | (0.35) | |
| 9/15/2008 | 318,315 | $5.86 | -3.93% | (0.48) | |
| 9/16/2008 | 763,855 | $5.89 | 0.51% | (0.25) | |
| 9/17/2008 | 1,307,487 | $5.85 | -0.68% | 1.13 | |

*Date: Sep 17 2008  6:00:01 Wire: Business Wire (BUS)*
**Zacks Bull and Bear of the Day Highlights: Abbott Labs, Novatel Wireless, RLI Corporation, Micros Systems and Fushi Copperweld**
CHICAGO--(BUSINESS WIRE)--September 17, 2008 Zacks Equity Research highlights Abbott Laboratories (NYSE: ABT) as the Bull of the Day and Novatel Wireless (Nasdaq: NVTL) as the Bear of the Day.

  Bear of the Day: Novatel Wireless (Nasdaq: NVTL)

  Novatel Wireless, a leading provider of wireless data access cards and embedded solutions, reported challenges associated with business execution, delays in next-generation product shipment due to technical issues, and reduced financial resources due to an audit committee's ongoing accounting review.

  We believe these factors will continue to impact the company throughout the remainder of this fiscal year. Novatel did not provide any specific time frame or visibility for when improved opportunities from its new products can be derived. In addition, the market for wireless data access equipment has recently become more competitive as several large vendors launched innovative products with attractive pricing.

  Novatel's second quarter 2008 preliminary earnings results were significantly below our estimates. We downgrade our recommendation to a Sell as we assess appropriate signs for improved conditions.

*Date: Sep 17 2008  8:00:02 Wire: Business Wire (BUS)*
**Telefonica Moviles Espana Introduces Novatel Wireless Ovation MC990D HSPA Global USB Mobile Data Modem - Pocket-Sized HSPA Modem Integrates MicroSD Storage with USB Form Factor to Provide the Ultimate USB Device for World Travelers**
MADRID, Spain & SAN DIEGO--(BUSINESS WIRE)--September 17, 2008 Telefonica Moviles Espana and Novatel(TM) Wireless Inc. (Nasdaq:NVTL), a leading provider of wireless broadband solutions, today announced the launch of the Ovation(TM) MC990D USB Modem, capable of providing Internet connectivity virtually anywhere in the world, with multiple frequency band operation on HSPA, UMTS, EDGE and GPRS networks. The MC990D delivers unprecedented performance with upload and downlink speeds that meet or exceed traditional DSL and cable modems.

  Exclusive to Telefonica Moviles Espana, the Ovation MC990D is a global modem designed to provide peak download speeds of 7.2 Mbps and peak upload speeds of 5.76 Mbps with forthcoming firmware upgrades. These high speeds allow Telefonica's corporate and retail customers to share large data files and leverage new wireless data applications on the go. Featuring integrated file storage

Exhibit 1
Page 441

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

capability via MicroSD and an extremely streamlined form factor (70 x 25 x 13.5 mm), the modems fit comfortably in a pocket, enabling the user to securely check email, download rich multimedia content and remain connected to their friends, family, and coworkers.

   "When offered reasonable prices and flexible plans, Telefonica customers will consistently opt to select premium-grade HSPA mobile data devices with advanced features, such as those from Novatel Wireless," said Luis Ezcurra, Terminals and Multimedia Director of Telefonica Moviles Espana. "With the introduction of the MC990D, Telefonica customers can rest assured that they will have secure and reliable high-speed Internet access whether at home, in the office or traveling abroad."

   The Ovation MC990D features fully integrated diversity antennae, receiver diversity and equalizer support to improve performance in high network traffic environments. The MC990D ships with escritorio movistar connection manager software preinstalled on the modem's on-board memory, featuring auto-install for Windows and Mac operating systems and a Dual USB Y-cable to provide increased power when using the modem in weak signal areas.

   "As HSPA Networks proliferate across the globe, international business travelers and everyday Internet users are looking for connectivity solutions that will support their highly mobile lifestyles," said Peter Leparulo, CEO of Novatel Wireless. "Novatel is very pleased to work with Telefonica to deliver the MC990D. Following the great commercial success of the MC950D launch with over 200,000 units sold in Spain, we're confident that the MC990D will generate significant revenue for both Novatel Wireless and Telefonica."

*Date: Sep 17 2008  8:03:04 Wire: Business Wire (BUS)*
**Novatel Wireless Announces Completion of Independent Accounting Review -  Concludes No Restatement Required**
SAN DIEGO--(BUSINESS WIRE)--September 17, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that the Audit Committee of its Board of Directors, together with its independent counsel and accountants, has completed its accounting review, that no restatement of the Company's financial statements is required, and that no material weaknesses are expected to be reported in the Company's Form 10Q filings for the first and second quarters of 2008. The Company had delayed its Form 10-Q filings for the first and second quarters of 2008 pending completion of the Audit Committee review. These Form 10-Q filings will now be made as soon as practicable.

   In addition, the Audit Committee has also concluded that there was no misconduct by the Novatel Wireless senior management team in regards to the accounting issues reviewed. The Audit Committee has made recommendations to enhance the Company's revenue cut-off policies and procedures, and for additional training on the new policies and procedures. The Company has already put in place many of these recommendations and is proceeding on the remainder, and will provide regular updates to the Audit Committee.

   "We are pleased that the Audit Committee and independent review team have completed their review and we expect to file our 10-Qs as soon as possible," said Peter Leparulo, chairman and CEO of Novatel Wireless. "With this matter now behind us, we can improve our focus on returning to revenue growth and accomplishing our three goals of solidifying our relationship with key carrier customers, introducing new differentiated products and diversifying our market opportunity."

   Initially announced in May 2008, the Audit Committee's review focused on the Company's revenue cut-off procedures, internal control and accounting related to certain customer contracts for which revenues were recognized in fiscal years 2007 and 2008. In August 2008, the Audit Committee announced that it, together with its independent counsel and accountants, had identified six transactions for further accounting review, principally as to whether these shipments were recognized as revenue in the appropriate quarter.

   As previously announced in August 2008, the review resulted in a determination to move approximately $3.4 million of revenues and associated expenses from the first quarter to the second quarter of 2008. The Audit Committee and independent review team also reviewed additional transactions, and it was concluded that no additional revenue is required to be moved between quarters or years. As adjusted, revenues for the fiscal quarter ended March 31, 2008 were $87.9 million, compared to $91.3 million as previously announced.

   Once the Form 10-Q filings for the first and second quarters of 2008 are made, Novatel Wireless will promptly notify the NASDAQ

Exhibit 1
Page 442

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Hearings Panel and request that the Panel determine that the Company is in compliance with the requirements for continued listing on the NASDAQ Global Select Market. There can be no assurance that the Panel will grant this request.

*Date: Sep 17 2008  10:34:43 Wire: BLOOMBERG News (BN) --Natalie Hernandez*
**Novatel Wireless Raised to `Market Perform' at Avondale:NVTL US**
   Princeton, New Jersey, Sept. 17 (Bloomberg Data) -- Novatel Wireless Inc. (NVTL US) was raised to ``market perform" from ``market underperform" by analyst John Bright at Avondale Partners LLC. The price target is $7.00 per share.

*September 17, 2008 Cowen and Company - Matthew Hoffman, Jennifer Baxter, Bryan Prohm*
**Novatel Wireless, Inc. - Quick Take: Accounting Review Yields No Restatement**
Completes Internal Audit, No Restatement Needed – Novatel Wireless announced earlier today it had completed its independent accounting review. The company found that no restatement of the company's financial statements will be required. Additionally, no misconduct by management was found.
Filings Expected Shortly – Novatel expects to post quarterly filings for 1Q08 and 2Q08 as soon as practicable. Such filings would make the company again compliant with Nasdaq listing requirements.
Stock Net: We believe Novatel shares trade at a discount to book value (which we estimate is $6.50/share) in part due to prior concerns relative to the restatement. The reduction of restatement risk should, on balance, help to remove a major overhang from the stock. We continue to see Novatel shares as attractive to longterm investors looking for exposure to the growing PC datacard market.

*September 17, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera*
**Novatel Wireless, Inc. NVTL - Upgrade to Market Perform on Valuation & Risk/Reward**
Action
We downgraded shares of NVTL to Market Underperform on 8/18/08, citing uncertainty and expenses related to its ongoing accounting review, combined with continued competitive pressures. Since that time, NVTL shares have declined (36%), compared to a (7%) decline in the S&P 500 and a (6%) decline in the Russell 2000. With $6.47 per share in tangible book value and $4.29 per share in net cash at the end of 2Q08, we believe that NVTL's upside potential exceeds its downside at these levels. Trading at 0.9x book value and 10.9x C09 EPS vs. peers at 2.8x and 11.1x, respectively, we are upgrading shares of NVTL from Market Underperform to Market Perform, while we reiterate our $7 price target.
Key Details and Summary Perspectives
 * A Look at NVTL's Balance Sheet - NVTL has $6.51 per share in book value, of which $6.47 is tangible. The following table breaks down this value in per share terms, and makes conservative assumptions about the value of NVTL's inventories and PP&E to arrive at an estimate of NVTL's liquidation value of $4.76 per share, or about $1 downside from current levels. While NVTL faces an accounting review, we believe it is improbable that any accounting changes will meaningfully affect NVTL's relevant balance sheet accounts, and particularly its cash position.
Upside Potential - Despite the risks to its business, NVTL continues to generate cash, and while we expect a negative cash flow in 3Q08, we expect this to return to positives for 4Q08 and 2009. If NVTL is able to take back some of the market share it has lost, or expand its market share, perhaps by selling into AT&T, it could deliver substantial upside to current estimates. Even the conclusion of the accounting review could be a positive catalyst for shares. Lastly, consistent performance, in line with expectations, might be enough for the stock to drift towards a valuation of 1.0x book value or more.
Details
No Changes to Estimates - We are not changing any estimates at this time, and we are reiterating our $7 price target. However, we are publishing individual quarterly EPS estimates for 2009 for the first time (we had previously only provided an annual estimate).
Company Description
Novatel Wireless was founded in 1996 as a spin-off from Novatel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular

Exhibit 1
Page 443

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 37% of sales were generated internationally and 63% domestically during 1Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary,  Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

 * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

  1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

  2) Increased subsidies on modems to reduce the up-front cost to customers - This has also been a continuing trend. Prices for modems are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

  3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

Price Target Justification

Our $7 price target is based on a P/E multiple of 14x our 2009 non-GAAP EPS estimate of $0.54 excluding options expense (see attached valuation for comparables), or 1.1x current book value. We believe this multiple

is warranted as, despite being in a growing industry, NVTL has accounting and competitive uncertainties on

the horizon.

Potential Catalysts

 * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

 * New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.

Risks

 * Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

 * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.

 * Accounting Review - NVTL is currently in the process of an extended accounting review. This generates uncertainty in the shares, and it could potentially generate additional expenses and legal liability.

Exhibit 1
Page 444

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | *17 SEPTEMBER 2008 Research Capital Corporation - Nick Agostino*<br>**Novatel Wireless Inc.**<br>EVENT -NOVATEL COMPLETES ACCOUNTING REVIEW; LAUNCHES LATEST OVATION MODEM WITH TELEFONICA MOVILES<br>Novatel Wireless announced this morning that they have completed their independent account ing review and no restatement or material weakness is expected to be reported in their 10-Q fi l ing for Q1/08 and Q2/08, which had been delayed pending the review. The company expects these statements to be fi led as soon as possible. Novatel also announced this morning the launch of their latest Ovat ion modem (MC990D) into an existing carrier partner , Telefonica Moviles Espana. However , as this is an existing customer launch rather than a new channel win, we are leaving our est imates unchanged. We remain a HOLD with an US$8.00 target pr ice.<br>OPINION -ACCOUNTING REVIEW OVERHANG REMOVED<br>Novatel 's independent account ing review, initiated in May 2008, has been completed. The account ing review had focused on revenue cut -off procedures and other internal cont rols. As par t of the review, $3.4 mm in revenue previously recognized in Q1/08 was moved to Q2/08 due to t iming recognition. This was al ready disclosed to the market on the Q2 conference call . With the completion of the account ing review, the company will f i le itsQ1/08 and Q2/08 10-Q f il ings as soon as possible and not ify the NASDAQ exchange to ensure they are in good standing to remain l isted on the exchange. We do not foresee any issues regarding their l isting status.<br>Last night , a shareholder group f i led a class act ion lawsuit against Novatel Wireless claiming misleading statements sur rounding the account ing review and company guidance. We note that the review was a revenue recognition t iming issue and not about whether there were false or inval id cont racts. With the audit commit tee review concluded and no restatement/material weaknesses identi fied, we believe the lawsuit is without merit.<br>Novatel also announced this morning that they have launched their latest Ovation modem, the MC990D with an exist ing customer, Telefonica Moviles Espana. They are the leading car rier in the Spanish-Portugese market with nearly 5 mi ll ion data and internet customers and near ly 22 mil l ion cel lular customers. We expect the major ity of shipments to begin subsequent to Q3 quar ter –end (September ) and as such factor into Q4 company guidance. Whi le this is not a new customer, it is nonetheless posit ive to see Novatel launch new products within itscarrier channels. As we have noted in the past , the company is in the midst of a product transit ion which has affected results dur ing 2008. As Novatel continues to rol lout new products to new/exist ing customers, the timing risk associated with the product t ransit ion lightens and we gain more comfor t in our forecast.<br>We believe that today's announcements are a positive step forward for Novatel dur ing a per iod in which the company and its stock has faced pressure f rom competitors, a slowing economy and a lengthy product transit ion. With the account ing review complete, management can now focus more of their attent ion on the operat ions. We maintain our HOLD recommendation as we need to see signs management is successful ly orchest rat ing a turnaround before we would suggest investors buy the stock. |
| 9/18/2008 | 1,733,586 | $6.20 | 5.98% | 0.76 | |
| 9/19/2008 | 1,391,908 | $6.62 | 6.77% | 1.45 | *Date: Sep 19 2008  12:00:01 Wire: Business Wire (BUS)*<br>**Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against Novatel Wireless, Inc.**<br>SAN DIEGO--(BUSINESS WIRE)--September 19, 2008 Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/novatelinc/) today announced that a class action has been commenced in the United States District Court for the Southern District of California on behalf of purchasers of Novatel Wireless, Inc. ("Novatel") (NASDAQ:NVTL) common stock during the period between February 5, 2007 and August 19, 2008 (the "Class Period").<br>  If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from September 16, 2008. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/novatelinc/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. |

Exhibit 1
Page 445

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | The complaint charges Novatel and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Novatel is a provider of wireless broadband access solutions for the worldwide mobile communications market. |
| | | | | | The complaint alleges that during the Class Period, defendants misrepresented Novatel's financial performance. Specifically, defendants failed to disclose that the Company was recognizing revenue in violation of its own revenue cut-off procedures and Generally Accepted Accounting Principles, thus rendering the Company's publicly reported financial results materially false. The defendants also repeatedly misrepresented the status of an internal accounting review by the Company's Audit Committee. On May 13, 2008, defendants  represented that the Company was unable to file its Form 10-Q with the SEC on time because of a review of a single customer contract which they represented was "substantially completed today." Over three months later, on August 19, 2008, defendants admitted that the review was still ongoing, that it involved at least six transactions representing $9.1 million in revenue, and that when the review was completed a decision would be made as to whether a restatement would be required. As a result of these disclosures, Novatel's stock price dropped from $8.40 to $6.29 the next day, a 25% decline. |
| | | | | | Plaintiff seeks to recover damages on behalf of all purchasers of Novatel common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud. |
| 9/22/2008 | 619,826 | $6.31 | -4.68% | (0.59) | |
| 9/23/2008 | 746,423 | $6.18 | -2.06% | (0.49) | *Date: Sep 23 2008  7:30:01 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Receives FCC Certification for Next-Generation USB Micro Modem** |
| | | | | | SAN DIEGO--(BUSINESS WIRE)--September 23, 2008 Novatel Wireless(TM), Inc. (Nasdaq: NVTL), a leading provider of wireless broadband solutions, today announced it has received Federal Communications Commission (FCC) certification for a new wireless data micro modem that holds the distinction of being the world's smallest USB modem. |
| | | | | | Optimized for EVDO Rev. A networks in North America, the third generation modem is designed to provide high speed Internet connectivity for any device with a Type-A USB port including notebooks, desktops, tablet PCs and PDAs. The modem features integrated file storage capabilities via MicroSD and will ship enabled with onboard GPS capabilities. |
| | | | | | "We are very pleased to have received regulatory approval for our next-generation USB micro modem offering, as we reach another milestone in introducing new products into our core market," said Peter Leparulo, chairman and CEO of Novatel Wireless. |
| | | | | | This latest addition to the Novatel Wireless product portfolio is expected to be available in Q4 through Novatel Wireless's tier-one operator customers. |
| 9/24/2008 | 897,903 | $6.13 | -0.81% | (0.40) | |
| 9/25/2008 | 819,509 | $6.44 | 5.06% | 1.39 | |
| 9/26/2008 | 571,718 | $6.29 | -2.33% | (0.89) | |
| 9/29/2008 | 619,784 | $5.98 | -4.93% | 0.78 | |
| 9/30/2008 | 555,477 | $6.06 | 1.34% | (1.17) | |
| 10/1/2008 | 1,110,589 | $6.33 | 4.46% | 1.90 | |
| 10/2/2008 | 582,980 | $6.10 | -3.63% | (0.11) | |
| 10/3/2008 | 1,279,065 | $6.17 | 1.15% | 0.79 | |
| 10/6/2008 | 758,277 | $5.92 | -4.05% | (0.30) | |
| 10/7/2008 | 566,568 | $5.48 | -7.43% | (1.13) | |
| 10/8/2008 | 689,729 | $5.43 | -0.91% | (0.16) | |
| 10/9/2008 | 876,826 | $5.11 | -5.89% | (0.66) | |
| 10/10/2008 | 1,043,653 | $5.27 | 3.13% | 1.02 | |
| 10/13/2008 | 977,600 | $5.60 | 6.26% | (1.20) | |
| 10/14/2008 | 581,536 | $5.11 | -8.75% | (2.29) | |
| 10/15/2008 | 471,972 | $4.75 | -7.05% | (0.20) | |

Exhibit 1
Page 446

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 10/16/2008 | 830,938 | $4.82 | 1.47% | (1.13) | |
| 10/17/2008 | 782,237 | $4.56 | -5.39% | (1.96) | *October 17, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* |

**SWIR, NVTL, and Option Earnings Preview**
Overview
Industry:
 1) Expect economic slowdown to affect adoption of cellular modems, particularly as laptop sales slow from both consumer and business sides.
 2) Huawei and other Asian competitors remain at risk, but Huawei has backed down on its initiative to obtain U.S. capital for its devices business in an effort to break into the U.S., citing capital markets weakness.
 3) Qualcomm's Gobi remains a threat, but given the existing laptop base, even if it proves highly successful, it will take some time for it to begin to meaningfully affect USB modem sales.
NVTL vs. SWIR - NVTL and SWIR are both trading at about 1.2x cash, but SWIR has delivered much stronger operating performance in recent quarters, and it also has the more diversified business model, with its rugged modem and M2M product lines. However, NVTL also has more room to outperform expectations and take back market share, whereas SWIR has more at risk in terms of losing market share. We believe Option's new USB modem in the AT&T channel could be a source of near-term margin erosion, given AT&T's importance to SWIR (consistently 20%+ of revenues, we estimate).

| | | | | | |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 10/20/2008 | 507,231 | $4.66 | 2.19% | (0.26) | *Date: Oct 20 2008  6:30:01 Wire: Business Wire (BUS)* |

**Novatel Wireless Requests Extension from Nasdaq to File First Quarter Form 10-Q**
 SAN DIEGO -- October 20, 2008  Novatel Wireless, Inc. (NASDAQ:NVTL), a leading provider of wireless broadband access solutions, today announced that it has requested that the NASDAQ Listing Qualifications Panel (the "Panel") extend the date by which
 the Company must file its Form 10-Q for the quarter ended March 31, 2008, through November 17, 2008, and continue the listing of the Company's securities on The NASDAQ Global Select Market pending the Company's return to compliance with NASDAQ's filing requirement.
 As disclosed by press release dated August 7, 2008 and in accordance with the terms of the Panel's earlier decision, the Company was required to file the Form 10-Q for the quarter ended March 31, 2008 with the Securities and Exchange Commission by October 17, 2008. The Company's securities will remain listed on The NASDAQ Global Select Market pending consideration of the Company's request by the Panel.

| | | | | | |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| 10/21/2008 | 483,833 | $4.52 | -3.00% | 0.03 | *Date: Oct 21 2008  6:30:02 Wire: Business Wire (BUS)* |

**Novatel Wireless Receives Extension From Nasdaq to File Form 10-Qs**
 SAN DIEGO -- October 21, 2008  Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that the NASDAQ Listing Qualifications Panel (the "Panel") granted the Company's request for an extension of the deadline previously established by the Panel for the Company to file its Quarterly Report on Form 10-Q for the period ended March 31, 2008. The Panel's determination to grant the Company's extension request was subject to the condition that the Company files its Form 10-Q for the quarter ended March 31, 2008 on or before November 17, 2008 and its Form 10-Q for the quarter ended June 30, 2008 on or before December 1, 2008. The Company anticipates that it will file the Forms 10-Q on or before these new deadlines.

21 October 2008 J.P. Morgan - Paul Coster, Sandeep Madhur, Mark Strouse
Novatel Wireless: NVTL - Trimming CY08-09 Ests., Introducing CY10 Ests.
 * We are trimming our CY08-09 estimates for NVTL, reflecting our view that enterprise and consumer spending on wireless data modems and related services will slow relative to prior expectations, in the context of an economic down-cycle. We are introducing CY10 estimates that assume reaccelerating unit growth offset by margin deterioration owing to intensifying competition.

Exhibit 1
Page 447

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Maintain Underweight rating. |
| | | | | | * We are trimming 4Q08 estimates in anticipation of slowing sales of wireless modems into both enterprise and consumer channels. We expect the seasonal ramp to be muted owing to the wireless operators managing down channel inventory. We also believe there are risks of higher audit and legal fees as NVTL resolves current filing issues. We are now looking for 4Q08 PF EPS of $0.04 on sales of $85.6 million, below consensus. |
| | | | | | * We are trimming 2009 estimates to reflect our view that the economic down cycle will negatively impact sales through mid-CY09 and that competitive pressures will intensify thereafter as new entrants ramp embedded production at lower ASPs – depressing gross margins by 100p y/y. We also believe there's risk that operating expenses are inflated by audit and legal costs. We are looking for CY09 PF EPS of ($0.03) on sales of $316.9mm (down 8.6% y/y), below consensus. |
| | | | | | * We are introducing 2010 estimates that assume cyclical rebound in unit shipments offset by continued deterioration in ASPs and gross margins. We look for CY10 PF EPS of ($0.13) on sales of $308.3m. |
| | | | | | * Maintain Underweight rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash burn is possible in late CY10. We are introducing a December 2009 price target of $4.00, based on CY09 year-end cash/share of $3.65. We expect NVTL to underperform the mean of our coverage near term. |
| | | | | | Price Target and Rating Analysis |
| | | | | | Maintain Underweight rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash burn is possible in late CY10. We are introducing a December 2009 price target of $4.00, based on CY09 year-end cash/share of $3.65. We expect NVTL to underperform the mean of our coverage near term. |
| | | | | | Risks to Our Price Target and Rating |
| | | | | | Our price target is at risk from changes to the economic outlook, the adoption curve relating to wireless data modems, the competitive landscape in the wireless data market, product cycles, and a change in the trading multiples for the stocks we have under coverage. Our price target for NVTL could prove overly pessimistic if: |
| | | | | | * Broader and deeper end-market adoption than originally anticipated leads to an upward revision of NVTL's addressable market; |
| | | | | | * NVTL increases its market share or competitors exit the market, leading to improved pricing power; |
| | | | | | * NVTL achieves increased efficiencies in development, manufacturing, and certification; and/or |
| | | | | | * Introduction of significantly differentiated products lead to ASP increases and margin improvement. |
| 10/22/2008 | 328,546 | $4.40 | -2.65% | 0.34 | *October 23, 2008 Morgan Joseph & Co. Inc. - Kevin Dede, James R. Moore* |
| | | | | | **Novatel Wireless, Inc. - Data Trends Strong But New Deals Seem Stagnant; Reducing Estimates; Hold** |
| | | | | | Investment Highlights: |
| | | | | | * Diversified revenue delayed? Based on our checks, it appears that for the majority of the September quarter, data device sales remained at strong unit volume levels seen through the first half of the year. As such, we don't expect Novatel's 3Q sales to be far off our $82.5mm mark; however, we don't expect a strong snapback to the triple-digit million run rates of last year in 4Q either. Two supplemental deals Novatel hoped would boost sales and margins now might not offer the help once expected this year, as one appears delayed on product introduction reasons, the other may not become as meaningful as it may be seen as an unnecessary luxury in the currently tough economy. As such, we are reducing our estimates following this rationale coupled with the pervasive industry trend of compressed USB pricing and the negative economic environment that's intimidated enterprise and consumer customers alike. Despite this negativity, we still expect Novatel USB sales to keep pace with its major competitor on account of the company's strong position with both Sprint and Verizon and the new products expected there. |
| | | | | | * Estimate changes and keeping our hands out of the cookie jar. Our new 2008 Novatel estimates stand at $345.3 million (down 20% year over year) and $0.37, reduced from $350.3 million and $0.41; and 2009E now stands at $320.0 million (down 10% year over year) and $0.25, reduced from $360.0 million and $0.45, primarily on account of the decline expected in Novatel's embedded business, which could drive more than $100 million in 2008 sales, but perhaps only half that amount next year as Dell works with competing module vendors. |
| | | | | | Because our outlook for Novatel is less than rosy, we have elected to remain on the sidelines. The stock, however, now trading at |

Exhibit 1
Page 448

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | $4.40 per share, is only slightly above the company's cash balance of $4.01 per share. Despite this apparent sweet treat, we are inclined to see how well Novatel's new ventures compensate for the expected decline in embedded laptop business. |
| | | | | | * Housekeeping issues. Novatel is expected to report its 3Q results in early November. At the time this was sent to press, the company has yet to complete the formal filings of restated 1Q and 2Q results. We had thought that might happen in conjunction with the upcoming earnings report, but would not want investors to count on that. |
| 10/23/2008 | 476,523 | $4.16 | -5.45% | (1.88) | |
| 10/24/2008 | 545,714 | $4.15 | -0.24% | 0.79 | |
| 10/27/2008 | 404,694 | $4.36 | 5.06% | 2.69 | |
| 10/28/2008 | 608,215 | $4.48 | 2.75% | (1.84) | |
| 10/29/2008 | 410,516 | $4.86 | 8.48% | 2.95 | |
| 10/30/2008 | 269,025 | $5.07 | 4.32% | 0.81 | *30 OCTOBER 2008 Research Capital Corporation - Nick Agostino* **Sierra Wireless Inc.; Novatel Wireless Inc.** EVENT -OPTION REPORTS Q3 / 0 8 RESULTS Sierra and Novatel compet itor Option reported Q3/08 resul ts today. Option repor ted sales of Euro 60.3M (~US$90.9M) , adjusted EPS of Euro 0.00 and GAAP EPS loss of Euro 0.07 (~US$0.11) . This compares with Sierra who repor ted Q3/08 sales of US$136.8M, adjusted EPS of US$0.28 and GAAP EPS of US$0.23. We reiterate our BUY recommendat ion and US$14.50/C$16.50 pr ice target for Sierra based on 10x C2009 EPS and remain a HOLD with a US$8.00 target pr ice for Novatel based on 8.5x C2009 EPS. OPINION -DEMAND REMAINS STEADY; PRICING STABILIZING Option saw 15% quarterly shipment volume growth in Q3/08, its highest quar terly volume shipments ever recorded, which we believe speaks to the overall market demand. However , continued pr icing pressure in Europe f rom Huawei hindered revenue growth. Option stated that heading into Q4, they see pr icing stabilizing to normal rates, suggesting less pressure f rom Huawei and are optimist ic for revenue growth. Sier ra, which generates the majority of its revenues f rom North America, is already benefiting from a stable pricing environment, as this region is less price competitive. Option stated on their conference call that they are not seeing any market slowdown due to the economy, with the enterprise market in par ticular remaining stable. Whi le Option did not provide guidance for Q4, they indicated that the quar ter looks ' reasonably' good. Histor ical ly, the market has grown at 35%-40% YoY. Even in a near – term market slowdown, Option suggests growth rates of 15%-20% could still be real istic (we are current ly modeling 2009 growth of 6% for Sierra and 19% for Novatel ) . Subsequent to quar ter -end, Option launched its new Quicksilver USB modem into the AT&T channel (Sier ra's largest customer ). Quicksi lver uses an unproven Icera Livanto chipset (opposed to Qualcomm), which we ant icipate comes at a higher component cost given lower volumes; however software upgradeabi lity may of fer longer - term gross margin benefit. We est imate that Option real ized ~Euro 7M (~US$10.5M) f rom the AT&T channel vs. our estimate for Sierra of US$45-50M dur ing Q3. We believe that both companies benef ited f rom AT&T amidst itsrecord quar ter for Internet connect ivity devices. Although neither Sier ra/Option repor ted any share loss/gain with AT&T, we will cont inue to monitor the channel for any compet it ive shif ts. With potent ial ly higher near - term component costs for Option, we do not expect them to be aggressive on pr icing to gain share at AT&T, unl ike itspast history. Timing and execut ion will be the key for both Sierra and Option with respect to channel posit ioning within AT&T. On the cal l, Option also high lighted that product development was moving more towards HSPA+ (peak download speeds of 21Mbps) . Option is working with Qualcomm and Ericsson, whi le Sierra is working with Telst ra and Er icsson. With Telst ra (Aust ral ia), Vodafone(Europe) and AT&T (U.S. ) expected to lead network upgrades, we see this as an advantage for Sierra in next generat ion device upgrades given their st rong relationship with both AT&T and Telst ra. |
| 10/31/2008 | 1,092,305 | $5.21 | 2.76% | 0.57 | |
| 11/3/2008 | 586,755 | $5.55 | 6.53% | 2.27 | |

Exhibit 1
Page 449

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| 11/4/2008 | 414,145 | $5.37 | -3.24% | (2.19) | |
| 11/5/2008 | 540,919 | $5.14 | -4.28% | (0.04) | |
| 11/6/2008 | 583,847 | $5.00 | -2.72% | 0.19 | |
| 11/7/2008 | 429,631 | $5.32 | 6.40% | 1.61 | |
| 11/10/2008 | 337,171 | $5.37 | 0.94% | 0.83 | |

*Date: Nov 10 2008  7:30:03 Wire: Business Wire (BUS)*

**Novatel Wireless Launches Ovation MC760 Micro Modem - Micro-sized EVDO Rev. A USB Modem Provides Integrated File Storage with  Enhanced Speed and Performance**

  SAN DIEGO -- November 10, 2008  Novatel Wireless, Inc. (NASDAQ: NVTL), a leading provider of wireless broadband solutions, today announced the continued evolution of its USB  product line with the introduction of the Ovation^TM MC760 Micro Modem. The

  MC760 is the world's smallest EVDO Rev. A USB modem, weighing less than an  ounce and measuring just over two inches long.

  The MC760 supports all computing devices equipped with Type A USB ports,  including most desktops, notebooks and PDAs, to provide instant mobile broadband access anywhere a cellular signal is available. With out of the box support for a variety of operating systems, including Windows^® (Vista, XP, 2000), Mac^® and Linux, the MC760 enables users to surf the  Internet, check email and access important business documents with speeds faster than most cable or DSL connections.

  With numerous standard features, including on-board GPS, the MC760's durable design includes an integrated microSD^TM slot, capable of storing up to 8GB of files, videos or music with the use of a hot-swappable SD storage card (sold separately). The USB760 features an advanced internal dual band antenna system that includes diversity for enhanced performance on network fringe areas. The MC760 also features a service status LED indicator that displays the device's connection status. Mobilink^TM Lite Connection Manager Software is included to simplify set-up and navigation through the MC760's vast feature set.

  "The launch of the MC760 reinforces our commitment to deliver the most advanced mobile broadband solutions for our customers," said Peter Leparulo, chairman and CEO, Novatel Wireless. "The MC760 is perfect for those seeking an extremely light, compact, plug-and-play USB modem to accompany their mobile lifestyle."

  Pricing and Availability

  The Ovation MC760 will be commercially available this quarter through a variety of Novatel Wireless's tier-one operator customers.

*Date: Nov 10 2008  17:39:01 Wire: Business Wire (BUS)*

**Novatel Wireless Files First and Second Quarter Forms 10-Q**

  SAN DIEGO -- November 10, 2008 Novatel Wireless, Inc. (Nasdaq:NVTL), a leading provider of wireless broadband access solutions, today announced that it has filed the Company's Forms 10-Q for the quarters ended March 31, 2008 and June 30, 2008. As previously announced, these filings had been delayed due to a review by the Company's Audit Committee of the Company's revenue cut-off procedures, internal control and accounting related to certain customer contracts.

  Subsequent to the Company's announcement on September 17, 2008 that the accounting review had been completed, management finalized an evaluation of the effectiveness of the design and operation of the Company's disclosure controls and procedures as of March 31, 2008. That evaluation identified a material weakness in internal control over financial reporting related to revenue recognition cutoff for non-standard and  modified sales transactions. Additional information regarding the material weakness and the remedial measures being implemented to address this weakness are included in the Forms 10-Q filed earlier today.

  The Company is committed to becoming current with its SEC filings as promptly as practicable. Management intends to schedule a conference call for analysts and investors promptly after the Company files its Form 10-Q for the period ended September 30, 2008.

*November 10, 2008 Dundee Securities Corporation - Arinder S Mahal Puneet Malhotra*

**Dropping Coverage**

As part of the realignment of our research efforts we are dropping coverage of the following companies effective immediately:
  * Novatel Wireless Inc. (NVTL-Q, Sell, Target US$7.50)
  * March Networks Inc. (MN-T, Sell, Target $5.00)

Exhibit 1
Page 450

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | * Redline Communications Inc. (RDL-T, Neutral, No Target) |
| | | | | | * Kaboose Inc. (KAB-T, Neutral, Target $1.05) |
| | | | | | Our previous ratings, target prices and estimates should no longer be relied upon. |
| 11/11/2008 | 366,286 | $5.09 | -5.21% | (1.36) | |
| 11/12/2008 | 434,190 | $4.70 | -7.66% | (1.40) | *12 November 2008 J.P. Morgan - Paul Coster, Sandeep Madhur, Mark Strouse* |

**Novatel Wireless: NVTL - Prelim 3Q Results Miss, Awaiting 10-Q – ALERT**

* NVTL's preliminary 3Q08 results miss. In the 8-K released today, NVTL reported preliminary results of $2.4m operating loss on sales of $78.4m, missing sales expectations (JPMe: $80.1m, Street: $82.4m). The company also expects preliminary operating loss of $2.4m for the quarter, ahead of our $3.0m loss estimate. The company is expected to release its final 3Q results on or before Nov. 17.

* Commentary suggests weak end-market partially offset by operating expense controls. Although operating income declined yoy, the commentary included in the filing suggests it was related to weaker gross margins. If this is true, since its operating income estimate beat ours, we believe NVTL put in place strict operating expense controls to rightsize for the current environment and overcome audit review costs.

* Underweight thesis unchanged. We still believe NVTL (and its peers) are in a price-based competitive market, which faces the fundamental risk of being replaced by embedded alternatives (i.e., Qualcomm or Ericsson modules). We believe the current economic uncertainty only exacerbates the secular problems of the industry.

* Separately we note that Foxconn is already shipping Gobi modules, likely to be incorporated into HP, Dell, Lenovo, and Panasonic laptops, for use on T-Mobile, Verizon, Vodafone and Telfonica networks.

*2008-11-12 NT 10-Q*
**Other Information**
The Registrant presently expects to report results of operations for the three and nine month periods ended September 30, 2008, as follows:

| | Three Months Ended Sept. 30 | | Nine Months Ended Sept. 30 | |
|---|---|---|---|---|
| | 2008* | 2007 | 2008* | 2007 |
| Revenue | $ 78,398 | $ 104,616 | $ 255,858 | $ 311,891 |
| Operating income (loss) | $ (2,440 ) | $ 12,596 | $ 553 | $ 38,987 |

(in thousands, except per share data)
* Preliminary results, subject to change.

The expected declines in the Company's results of operations for the three and nine month periods ended September 30, 2008 as compared to the same periods in 2007 are attributable primarily to a decrease in sales for the Company's EV-DO products and an increase in cost of revenue as a percentage of revenue resulting from the rate of decrease in the average per unit selling prices for products exceeding the rate of decrease in the average per unit cost of revenues. Additionally, the Company's results of operations were lower as a result of the professional fees and expenses associated with the recently completed accounting review by the Company's audit committee as noted above. We are not presently able to estimate net income for the three months ended September 30, 2008, because we are finalizing our tax provision for this period.

| 11/13/2008 | 264,878 | $5.12 | 8.94% | 1.35 | *13 NOVEMBER 2008 Research Capital Corporat ion - Nick Agostino* |

**Novatel Wireless  Inc. - EVENT -NOVATEL WARNS ON Q3 / 0 8 RESULTS**
Novatel Wireless pre-announced its Q3 results last night . The company expects Q3 sales of US$78.4M, below guidance of US$80-85M, consensus of US$82.4M and our est imate of US$84.4M. Operat ing income is now expected to come in at a loss of US$(2.4)M versus impl ied guidance in posit ive ter r itory and our estimate of US$3.4M. ASP decl ines and a decrease in EV-DO sales are cited as reasons, al though based on carrier feedback we believe Novatel lost share to Sierra at $pr int to dr ive the shor tfal l . We are lower ing our pr ice target on this news to US$5.00 based on 8x 2009E EPS f rom US$8.00, but maintain our HOLD recommendation.
OPINION -PRODUCT DELAYS DRIVING SHARE LOSS IN CHANNELS

Exhibit 1
Page 451

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | The company stated it witnessed a decl ine in EV-DO modem sales dur ing Q3 and equally important , pressure on its ASPs. With EVDO carrier vendors Ver izon and Spr int , two key customers for Novatel , both repor t ing st rong/ increasing demand for modems, as such we do not believe the EV-DO sales decline at Novatel is due to tapering indust ry demand but rather a company-specif ic issue. We heard simi lar commentary from GSM-based (HSDPA) car r iers AT&T and Vodafone, both highl ight ing the st rong demand for the product . In part icular AT&T had record unit modem sales. As wel l both compet itors Sierra and Option indicated in their respect ive Q3 conference calls normal ity or a return to normal ity on ASP pr icing t rends, which is equally sat isfying for the indust ry in general. We believe however with Novatel having product delay issues for its next general ion modems, we believe the company lost some share at EV-DO car rier Spr int where its top modem (Ovation U727) retails for US$79.99 af ter - rebate versus a lower pr ice point of US$49.99 for Sier ra's Compass USB 597. At Ver izon, the other Nor th Amer ican EV-DO car r ier, Novatel is actual ly the lowest pr iced modem in the channel at US$29.99 after - rebate. |
| | | | | | On the back of the Q3 warning we have lowered our 2008 and 2009 estimates. Our adjusted EPS moves to US$0.62 f rom US$0.96; GAAP EPS moves to US$0.49 f rom US$0.83. Our 8x SG&A valuation mul tiple is within the company's historic t rough range of 7x-8x. Our new target is US$5.00. We maintain our HOLD recommendat ion as we need to see signs management is successful ly orchestrating a turnaround before we would suggest investors buy the stock. |
| 11/14/2008 | 306,848 | $4.55 | -11.13% | (2.74) | *November 14, 2008 - BIR Research* |

11/14/2008 — **Novatel Wireless Inc**

Columbine Capital's Investment Conclusion

The Columbine research team projects that Novatel will perform in line with the market over the next 6 to 12 months. The team has ranked it Neutral and recommends that investors maintain any existing position, but do not add to it.

Novatel Wireless Inc provides wireless broadband access solutions to the worldwide mobile communications market. The company's products include 3G wireless PC card modems, embedded modems, communication software, and fixedmobile convergence solutions, which enable wireless operators to provide secure and highspeed access to Internet and enterprise networks.

Additionally, it provides software engineering, integration and design services to customers. The firm's customers include Amena, Cingular, EPlus, KPN, O2, Telefonica, Vodafone, SprintPCS and Siemens.

Weak Recent Relative Performance

Novatel Wireless Inc's performance reflects the fact that it is a small-cap blend stock in the telecom equipment industry. Over the past year the stock has disappointed investors by producing weak relative performance. Its 72% decline trailed 75% of stocks in the BIR Small-Cap Index (similar to the Russell 2000 Index) and 71% of the telecom equipment stocks in that index. Over the same period the company's earnings per share rose 10% and its sales rose 18%.

Earnings Expected To Fall 84%

The company reported June 30 interim earnings of $0.03 versus $0.25 the previous year. The company's latest interim earnings were below analysts' expectations. The September interim earnings are expected to decline from a profit to a loss when they are reported around November 24. Novatel's earnings for the year 2008 are projected to decline roughly 84%.

Novatel has an Above Average Risk Profile

Understanding Novatel as an investment means developing a clear picture of its risk profile as well as its reward potential. A risk profile describes the influences on a stock, which explain its particular pattern and level of volatility. Our risk ranks range from low (10%) to high risk (100%), with 50% being the average. Novatel has a risk rank of 70%.

Unlike beta, a stock's response to the market's movement, our risk profile incorporates both business risk and investor driven stock variability.

A firm's business risk varies with the stability of its revenues, the breadth of its operating divisions, the quality of its working capital and its financial leverage. A stock's variability reflects its weekly price movements over the last 7 years.

20% L-T Growth; Below Average Quality

Novatel's interim price direction and volatility is only partially the result of the company's fundamentals. The strongest external influence is its position in the technology sector and the telecom equipment industry. This area is noted for its above average sensitivity

Exhibit 1
Page 452

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

to the business cycle and for the wide swings in its stocks.

Company specific influences relate to the variability of Novatel's earnings and the characteristic behavior of investors that own it. We project it will grow with below average persistence and at a long-term rate of 20%. Its overall financial quality is below average versus other firms.

Median Return Expected

Columbine evaluated Novatel by comparing the company to its peers on a series of individual analytical tools that represent proven measures of a firm's business value, its long-term growth characteristics, and the behavior of its investors. These criteria are the building blocks we use to construct our decisions. The particular measures reported below are some of those that Columbine's historical studies show to have the greatest impact on this company's future market performance. We present the individual measures in order of their significance to our recommendation. The conclusions from each of the criteria are synthesized into an overall ranking of Novatel's return potential relative to the rest of the market according to an analytic framework that is specific to this economic sector. This disciplined, consistent evaluation process has a proven track record of investment success.

Recommendation Decision: Hold

Based on its current status on all the criteria for this sector, Columbine ranks Novatel Neutral and recommends that investors maintain any existing position, but do not add to it.

Price Action is Unattractive

The Columbine methodology likes to see confirmation from relative strength when buying in any sector. As long as other measures are in accord, these companies should continue to perform well over the next year. The Columbine measure makes a risk-adjusted comparison of a stock's performance with that of the market. Over the past twelve months Novatel has experienced a price change of -72%, versus the market's return of -40%.

Estimate Revisions are Attractive

In this sector companies that are the subject of increasingly improving earnings forecasts tend to find favor with investors. We evaluate recent changes in Wall Street analysts' estimates of a company's future earnings on three different metrics. Over the past sixty days the changes in the estimates of Novatel's future EPS have been slightly better than the median company.

Recent Earnings were Neutral

Exceeding Wall Street's earnings expectations (a positive "surprise") suggests that prospects for the company may be even better than expected. Falling short of the expectation (a negative "disappointment") is often punished by investors. Novatel's EPS announcement for the latest quarter is too old to be meaningfully compared with the consensus expectation.

Cash Flow is Attractive

Positive cash flow gives a company funds for internal expansion, acquisitions, dividend payments, etc. Our evaluation looks at a company's cash flow over the past four quarters. Stocks favored by this measure have the highest cash flow available for their price. Novatel, with a price-to-cash flow ratio of 4.1 is slightly better than the median company.

Recent EPS Change is Very Unattractive

Many investors in this sector react strongly to shortterm changes in company earnings. We relate a company's change in EPS over the last quarter to its current stock price. This measure favors companies that have produced recent advances in earnings at reasonable stock prices. Over the last quarter, Novatel's earnings declined by $5.64, much worse than the median company on this measure.

Reported Earnings Yield is Attractive

Undervalued companies, with relatively high earnings for their market price, represent profit opportunities in this sector. We compute an earnings yield by dividing the company's most recent four quarters of reported earnings by its current stock price. With an earnings yield of 16.7%, we consider Novatel to be slightly under-valued on this measure.

Forecast Earnings Yield is Unattractive

The expected return (in earnings per share) for the purchase price of a company's stock is one of the most basic measures of a firm's intrinsic value. By comparing the consensus earnings estimates from Wall Street's analysts with the current stock price we can focus our valuation on the firm's potential earning power. This is the most important valuation measure in this sector. At its current price of $4.55, we consider Novatel slightly over-valued.

Exhibit 1
Page 453

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | Telecom Equipment Industry |

Telecom Equipment Industry

The telecom equipment industry comprises manufacturers of routers, switches, fiber optics, and other network equipment used by telecom service providers. The sector also includes mobile device makers who reach consumers through distribution outlets or tie up with service providers. The industry is highly cyclical, and sales of new devices depend on prices, the season, and broader economic conditions. The prospects of network-laying firms hinge on penny pinching carriers who typically try to have their networks deployed at the lowest possible cost.

The industry is highly capital intensive, and players often spend large sums of money to bet big on new technology. Such initiatives are usually risky as any technology that is rejected in the open market turns out to be a dead investment.

Fiber Optic and Networking Firms Shine

In the recent quarter, the industry recorded midsingle- digit sales growth driven by the fiber optic segment. Fiber optic companies' revenues witnessed low-teen growth as behemoths like Verizon and AT&T lay fiber networks for customers trying to take on cable companies. Carriers replacing their legacy networks with an all IP-based one boosted networking firms' top lines by low double digits. Piggybacking on new chips for the many smartphones in the market and on royalty payments, telecom chipmakers staged a good show. Revenues at wireless giants Nokia and Ericsson inched up but tumbled at Motorola, which has started work on its operational split-up. Makers of wireless radio and communication phones experienced flat sales.

Average gross margins stayed flat, and operating margins edged up. Many firms improved profits and a few recovered losses or minimized them.

Equipment Sales Intact

According to a Gartner report, smartphone sales made up roughly 11% of the 303 million mobile phones sold in the second quarter of 2008. This represents a 16% year-over-year growth in the sales of the high-end devices compared to the 12% increase in the overall sales of mobile phones.

Although the equipment replacement rate and total sales growth have slowed down since 2007, the very fact that phone sales grew despite the economic downturn is significant. Even as the retail industry is struggling in the face of consumers tightening their purse strings, telecom equipment makers, encouraged by robust sales, have been launching new models. The idea of a mobile phone being a luxury good is long passé. Consumers are chucking their older models for newer ones with better features and speed support. Alongside, even frugal customers who have cut down spending on expensive apparels are investing on better accessories, including handheld devices, to remain presentable.

Fiber Fanfare

Fiber optic companies are doing a roaring trade. With video and audio streaming sites driving up bandwidth usage, Internet service providers are increasingly turning to fiber. According to an industry forecast by Cisco, IP traffic has been doubling every two years. To put this in perspective, the 2007 traffic of just the top five U.S. sites – YouTube, Xbox 360 Movies, MySpace, iTunes, and Yahoo! – exceeded the country's total Internet traffic in 2000. Demand for fiber has also been boosted by carriers and cable companies, who are constantly tussling with each other to provide IPTV services.

Having seen an extended period of high prices, the optical industry has long been waiting for a big-ticket merger so that the number of players in the market reduces. Last quarter, Finisar and Optium decided to merge. Following suit, Opnext announced its acquisition of StrataLight Communications this quarter.

Pricing Competition Intensifying

The equipment industry expects to see several M&A deals as well as severe pricing competition for some quarters to come.

| 11/17/2008 | 336,435 | $4.42 | -2.86% | (0.46) | *Date: Nov 17 2008  4:03:11 Wire: NASDAQ/SIAC Financial Status Indicator (FSI)* |

*Date: Nov 17 2008  4:03:11 Wire: NASDAQ/SIAC Financial Status Indicator (FSI)*
  **\*Financial Status Alert (Delinquent): NVTL (NASDAQ)**
Delinquent: Issuer missed regulatory filing deadline.

*Date: Nov 17 2008  16:49:01 Wire: Business Wire (BUS)*
  **Novatel Wireless Files Third Quarter Form 10-Q, Schedules Earnings Conference Call for November 20, 2008**

Exhibit 1
Page 454

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | SAN DIEGO -- November 17, 2008 Novatel Wireless, Inc. (NASDAQ:NVTL), a leading provider of wireless broadband access solutions, today announced that the Company has filed its Form 10-Q for the three and nine months ended September 30, 2008 with the SEC. The Company is now current with all of its periodic SEC reports. |

As anticipated, on November 12, 2008, the Company received a NASDAQ Staff Determination Letter indicating that the Company did not comply with NASDAQ's filing requirement as set forth in Marketplace Rule 4310(c)(14) due to the delayed third quarter Form 10-Q. Based upon today's filing of the third quarter Form 10-Q, the Company believes it satisfies all requirements for continued listing on NASDAQ; however, it awaits formal confirmation of its compliance from NASDAQ, which is anticipated shortly.

The Company will host a conference call and live webcast for analysts and investors at 5:00 p.m. EST on Thursday, November 20, 2008. During the call, management will discuss the Company's results for the third quarter and the outlook for future periods. Parties in the United States and Canada, may call 800-240-4186 to access the conference call. International parties can access the call at 303-262-2163.

Novatel Wireless will offer a live webcast of the conference call, which will include forward-looking information. The webcast will be accessible from the "Investor Relations" section of the Company's website at www.novatelwireless.com. The webcast will be archived for a period of 30 days. A telephonic replay of the conference call will also be available for two days beginning two hours after the call. To hear the replay, parties in the United States and Canada should call 800-405-2236 and enter pass code 11121462. International parties should call 303-590-3000 and enter pass code 11121462.

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | |
|------|-----------------|---------------|----------|-----------------|--|
| 11/18/2008 | 358,416 | $4.46 | 0.90% | 0.24 | *18 November 2008 J.P. Morgan - Paul Coster, Mark Strouse, Sandeep Madhur* |

**Novatel Wireless: NVTL - 3Q08 Results: Adjusting Estimates**

NVTL reported 3Q results last night, with which the company is current with its filings again. In advance of segment information being published, our assessment is provisional. EPS came in slightly ahead of our expectations on slightly light revenue, implying good operating expense discipline. That said, there's no escaping the 25% y/y sales decline and the lowest gross margins in five years. We believe revenue and margin will continue to deteriorate through mid CY09, at least. Maintain Underweight Rating.

* Good Expense Control. NVTL reported a 3Q08 GAAP EPS loss of $0.03 on sales of $78.4 million, aligning with consensus expectations on lower than expected revenues (JPMe $0.04 EPS loss/$80.1mm, Street $0.03 loss/$82.4mm. Revenue declined 25% y/y and gross margins of 21.3% were the lowest we've seen in five years. The company beat our EPS expectations by reining in expenses.

* The 3Q08 conference call is scheduled for November 20th at 5:00p..

* We are adjusting estimates; reducing revenues and gross margins, but also reducing operating expense levels going forward. We believe NVTL faces increasing competition (Huawei and ZTE), substitution by embedded Gobi and LTE chipset solutions, and a cyclical headwind in CY09. The company is, however, well funded for the down-turn.

* Maintain Underweight Rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash-burn is possible in late CY10. We are maintaining our December 2009 Price Target of $4.00, based on a CY09 year-end cash/share of $4.09. We expect NVTL to under-perform the mean of our coverage, near-termNVTL reported 3Q results last night, with which the company is current with its filings again. In advance of segment information being published, our assessment is provisional. EPS came in slightly ahead of our expectations on slightly light revenue, implying good operating expense discipline. That said, there's no escaping the 25% y/y sales decline and the lowest gross margins in five years. We believe revenue and margin will continue to deteriorate through mid CY09, at least. Maintain Underweight Rating.

* Good Expense Control. NVTL reported a 3Q08 GAAP EPS loss of $0.03 on sales of $78.4 million, aligning with consensus expectations on lowerthan expected revenues (JPMe $0.04 EPS loss/$80.1mm, Street $0.03 loss/$82.4mm. Revenue declined 25% y/y and gross margins of 21.3% were the lowest we've seen in five years. The company beat our EPS expectations by reining in expenses.

* The 3Q08 conference call is scheduled for November 20th at 5:00p..

* We are adjusting estimates; reducing revenues and gross margins, but also reducing operating expense levels going forward. We believe NVTL faces increasing competition (Huawei and ZTE), substitution by embedded Gobi and LTE chipset solutions, and a cyclical headwind in CY09. The company is, however, well funded for the down-turn.

* Maintain Underweight Rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash-burn is

Exhibit 1
Page 455

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|
| | | | | | possible in late CY10. We are maintaining our December 2009 Price Target of $4.00, based on a CY09 year-end cash/share of $4.09. We expect NVTL to under-perform the mean of our coverage, near-term Price Target and Rating Analysis Maintain Underweight Rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash-burn is possible in late CY10. We are introducing a December 2009 Price Target of $4.00, based on a CY09 year-end cash/share of $4.09. We expect NVTL to under-perform the mean of our coverage, near-term. Risks to Our Price Target and Rating Our price target is at risk from changes to the economic outlook, the adoption curve relating to wireless data modems, the competitive landscape in the wireless data market, product cycles, and a change in the trading multiples for the stocks we have under coverage. Our price target for NVTL could prove overly pessimistic if: * Broader and deeper end-market adoption than originally anticipated leads to an upward revision of NVTL's addressable market * NVTL increases its market share or competitors exit the market leading to improved pricing power * NVTL achieves increased efficiencies in development, manufacturing, and certification * Introduction of significantly differentiated products lead to ASP increases and margin improvement |
| 11/19/2008 | 334,650 | $3.91 | -12.33% | (2.74) | *November 19, 2008 Avondale Partners  - John F. Bright, Thomas M. Kucera* **Novatel Wireless, Inc. - NVTL - 3Q08 Revenues Weak; Conference Call on Thursday** Action NVTL filed its 10-Q earlier this week and plans to host a conference call this Thursday, November 20, at 5pm ET. This should conclude the delays that NVTL has faced as a result of its completed accounting review. 3Q08 revenues and gross margins were below expectations, while operating expenses were better than expected. We are awaiting that conference call for further insight into the business, but overall, we remain cautious on NVTL's prospects for driving additional growth in a difficult macroeconomic environment where competition remains a potent threat. Therefore, while NVTL shares are trading at approximately cash value, we maintain our Market Perform rating at this time. Key Details and Summary Perspectives * Results - See the table below. A complete variance and comparative are also attached. Note that the non-GAAP EPS number for the quarter is subject to change -- we do not currently know the level of elevated legal expenses involved, which we and management had been adjusting out of our prior estimate. We are currently not adjusting out any SG&A. Sales Weak - Sales were weaker than expected. While NVTL did not provide a detailed explanation, based on SWIR's results, we suspect the core cause was a macro slowdown in sales of modems, combined with declining embedded module sales due to competition from Qualcomm's Gobi solution. * Operating Expenses Better Than Expected - NVTL's expenses were generally lower than expected. We had been anticipating a significant level of SG&A from legal expenses, but SG&A actually ticked down from last quarter. NVTL appears to be taking a disciplined approach to expenses given the pressure that sales are under. * Not Publishing Model or Estimates - We are awaiting NVTL's earnings call on Thursday before publishing a model or estimates. We expect NVTL to offer 4Q08 guidance on the call and provide additional insight into the state of the business. Company Description Novatel Wireless was founded in 1996 as a spin-off from Novatel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone. About 37% of sales were generated internationally and 63% domestically during 1Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan. |

Exhibit 1
Page 456

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Investment Thesis |

Investment Thesis
 * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:
 1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.
 2) Increased subsidies on modems to reduce the up-front cost to customers - This has also been a continuing trend. Prices for modems are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.
 3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.
Price Target Justification
Our price target is currently under review, awaiting further details on the state of the business from the 3Q08 earnings call.
Potential Catalysts
 * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.
 * New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.
Risks
 * Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.
 * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so.
 * Accounting Review - NVTL is currently in the process of an extended accounting review. This generates uncertainty in the shares, and it could potentially generate additional expenses and legal liability.

| 11/20/2008 | 540,389 | $3.58 | -8.44% | (1.72) | *Date: Nov 20 2008 16:05:01 Wire: Business Wire (BUS)* |

**Novatel Wireless to Host Third Quarter Earnings Conference Call Today**
 SAN DIEGO -- November 20, 2008 Novatel Wireless, Inc. (Nasdaq: NVTL), a leading provider of wireless broadband access solutions, will host a conference call today to review its financial results for the third quarter ended September 30, 2008 and discuss management's outlook for the fourth quarter of 2008.
 As reported in the Company's quarterly report on Form 10-Q filed on November 17, 2008, revenues for the third quarter of 2008 were approximately $78.4 million compared to $104.6 million in the third quarter of the prior year. GAAP net loss was approximately $1.0 million, or $0.03 per diluted share, including $1.4 million in stock-based compensation expenses, net of taxes. These results compare to GAAP net income of $9.2 million, or $0.28 per diluted share, in the prior year period. Excluding FAS 123R stock-based

Exhibit 1
Page 457

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

compensation charges, third quarter 2008 non-GAAP net income was $307,000, or $0.01 per diluted share, compared to non-GAAP net income of $10.3 million, or $0.31 per diluted share, for the prior year period. Third quarter GAAP and non-GAAP results, on a pre-tax basis, include approximately $1.3 million of G&A fees and expenses related to outside professionals in connection with the previously announced accounting review.

"Current economic conditions have led operators to shorten order times and reduce initial stocking orders for new products impacting our visibility for the fourth quarter," said Peter V. Leparulo, chairman and CEO of Novatel Wireless. "At the same time, we continue to see solid demand from the majority of our core customers. We are encouraged by their response to our new product pipeline which we believe will have a positive impact on our 2009 results. During the third quarter, we executed on our product introduction plans in Europe and met the required milestones that will set the stage for fourth quarter product launches with major customers in North America. Going forward, we will continue to stay the course with our core products and bring to market a whole new category of devices in early 2009 that will change the way people work and stay connected. We believe these initiatives will make Novatel Wireless a much stronger company in 2009 and beyond," added Mr. Leparulo.

Fourth Quarter 2008 Business Outlook

The following statements are forward-looking and actual results may differ materially. Please see the section titled, "Cautionary Note Regarding Forward-Looking Statements" at the end of this press release. A more detailed description of these risk factors is included in the reports filed by the Company with the Securities and Exchange Commission (SEC).

The following table summarizes the Company's financial guidance for the fourth quarter of 2008, which is based on the Company's current business outlook as of the date of this press release. Non-GAAP earnings per diluted share are based on a projected tax rate of 40% and exclude FAS 123R share-based compensation expenses.

*Date: Nov 20 2008 17:54:14 Wire: Bloomberg Transcripts (BT)*
**Novatel Wireless Earnings Teleconference NVTL US**
Event Date: 11/20/2008
Company Name: Novatel Wireless
Event Description:Q3 2008 Earnings Call
Source: Novatel Wireless
MANAGEMENT DISCUSSION SECTION

Operator:

Good afternoon, ladies and gentlemen. Thank you for standing by. Welcome to the Novatel Wireless Third Quarter 2008 Conference Call. During today's presentation, all parties will be in a listen-only mode. Following the presentation, the conference will be opened for questions. [Operator Instructions]. This conference call is being recorded today Thursday, November 20, of 2008.

I will now like to turn the conference over to Julie Cunningham, Vice President of Investor Relations. Please go ahead.

Julie C. Cunningham, Vice President, Investor Relations and Communications:

Good afternoon everyone and thanks for joining us. The agenda for today's call is as follows. Peter Leparulo, Chairman and CEO, will provide the third quarter overview; and Ken Leddon, Chief Financial Officer, will review the financial results.

As a reminder, this conference call is being broadcast on Thursday November 20, 2008, over the phone and the Internet to all interested parties. The information shared in this call is effective as of today's date and will not be updated.

During this call, non-GAAP financial measures will be discussed. Reconciliations to most directly comparable GAAP financial measures are included in our third quarter earnings release, which is available on the Investor Relations page of our website at www.novatelwireless.com. The audio replay of this call will be archived there for 30 days. Today's discussion may contain forward-looking statements. These forward looking statements are not historical facts, but rather are based on the company's current expectations and beliefs. Company's actual results may differ materially. Please refer to our SEC filings for a detailed discussion of potential risk. Now, I'd like to introduce Peter Leparulo, Chairman and Chief Executive Officer of Novatel Wireless.

Peter V. Leparulo, Chairman and Chief Executive Officer:

Thanks all of you for joining us today. Revenues for the third quarter of 2008 were 78.4 million, which was slightly below our

Exhibit 1
Page 458

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

guidance with net income of $0.01 per diluted share on a non-GAAP basis and a net loss of $0.03 per share on a GAAP basis. GAAP results included approximately 1.3 million in expenses related to the Audit Committee's accounting review of the company's revenue cut-off procedures, internal control, and accounting for certain customer contracts.

We are pleased that the review is completed and that we have filed all of our 10-Qs. We are waiting confirmation from NASDAQ, that we are now fully compliant with its marketplace rules.

Looking ahead, there is no question that the economic slowdown is causing uncertainty and disruption in our industry. The economic environment remains challenging, particularly in consumer markets. At the same time, we are encouraged by overall broadband data trends. In our market, data growth has been the bright spot in the industry and operators have aggressively promoted data products. While we are cautious about the near-term environment, there are a number of recent developments and initiatives at Novatel Wireless, which has given us confidence that we enter 2009 with the industry-leading product portfolio.

First, broadband mobility have become increasingly important to carriers. Second, the launch of innovative new products such as our third-generation USB modem demonstrates that our product upgrade cycle is well underway. Third, we believe that our revolutionary new solutions platform will leapfrog our competitors and provide new revenue opportunities. And fourth, our embedded solutions for laptops will continue through 2009. And we believe we can expand our embedded business with content delivery products. The investment we made in R&D is now coming to fruition, yielding a number of new products that we believe will return Novatel Wireless to its product leadership position.

We recently introduced the MC760, our third-generation EV-DO USB modem for North American markets and shipments to Verizon and Sprint have already begun. At just over two inches long and weighing less than an ounce, our MC760 features an advanced internal dual band antenna system that includes diversity for enhanced platform performance in fringe coverage areas.

Initial feedback from our carrier customers has been encouraging. However, initial stocking orders for all new products have been more conservative in light of the current economy. In addition, many carriers have shortened their lead time for reordering products, making it more difficult to capture this demand within a tight timeframe.

Our operations team is focused on executing, but we remain constrained by lead times on purchasing components in the near-term. With the past 12 months, we have been putting into place the building blocks for revenue sharing and software licensing models that will enable us to move beyond being a hardware supplier to becoming an end-to-end solutions provider with differentiated products. Some visible steps included the introduction of our NovaCore SDK and NovaSpeed enabling technology.

Next month, we will be announcing a new product category that goes beyond traditional USB and existing router-based broadband access devices and incorporates our vision of the future of mainstream personal Internet connectivity.

This intelligent solutions platform will enable mobile WiFi connectivity to multiple devices using either a WiFi connection or a USB connection on the move or at home. Additionally, this family of products provides a richer environment to host applications or managed user content on the go. As operators move more content services to broadband users, we believe we can support them by offering a family of solutions which can scale to meet their needs and provide new models for expanding their business.

Our solutions platforms are already on several major carrier roadmaps and we are working with leading development partners to enrich our application offerings for both enterprise and consumer markets. We believe operators will benefit from being able to make mobile a new wave of devices, by gaming and playstation terminals and cameras and offer new services such as content delivery and applications. We think this will be a win-win for our customers and we believe these platforms will provide incremental revenue opportunities beyond our current core product line. We are excited about this new product category and we look forward to providing more details in the coming weeks, along with our development partners.

We have also been encouraged by recent developments in the embedded market. We were recently awarded the Embedded EV-DO business for the next-generation of laptops, one of the world's largest laptop manufacturers which should extend our business with its customer through 2009.

Clearly the laptop manufacturers are dealing with many changes in their business, along with the introduction of Gobi. At the same time, we are seeing interest from many of the players in the industry and continuing to have Novatel Wireless' long-term involvement in the laptop ecosystem. It's somewhat premature to discuss how our role will develop over time given the rapid changes in this business, but we believe we are well positioned.

Exhibit 1
Page 459

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Our content delivery products will start to contribute to revenue in Q4, so we hit tempered near-term expectations in this market due to economic concerns and customer product delays. Earlier this month, we were pleased to see our partner, Autonet Mobile join with Delphi, a $20 billion global supplier of auto electronic systems to develop next-generation Telematics platforms that we hope to participate in. These types of partnerships are important for moving the technology into their mainstream and we think the timing of the announcement during a steep downturn in auto sales shows that the industry will continue to support these initiatives as they look for new sources of revenues.

To summarize, while we think it is prudent to be cautious on our near-term outlook, we believe Novatel Wireless will be better positioned from a product perspective as we enter 2009.

Now, I would like to turn the call over to Ken who will provide some details on the financials.

Kenneth Leddon, Senior Vice President and Chief Financial Officer:

Thank you, Peter. Unless specifically noted, my comments about our financial results will exclude the impact of share-based compensation expense under FAS 123R. Share-based compensation expense net of taxes was approximately 1.4 million in the third quarter of 2008. Let's begin with the third quarter results.

Revenues for the quarter were 78.4 million, a decrease from the 104.6 million reported in the prior year period. Revenues by product category are as follows. USB products accounted for 57 million or 73%. Embedded products were 17.1 million or 22% and PC Cards and ExpressCards were 3.9 million or 5% of revenues. Revenues by technology, EV-DO products were 62% and HSPA products were 38%. From a geographic perspective, domestic revenue accounted for approximately 62% of total revenue and international revenue was 38%.

During the third quarter, we shipped to 8 operators and 12 OEMs in 25 countries. Leading customers in the quarter included Dell, Panasonic, Sony, Sprint, Telefnica, Toshiba, Verizon and Vodafone. On a non-GAAP basis, gross margins were 21.4% slightly lower than we anticipated due to lower sales, product mix and foreign currency effects.

Operating expenses were 22.5% of revenues. R&D expenses were 8.6 million or 11% of revenue. Sales and marketing was 4 million or 5.1% of revenue. G&A was 5 million or 6.4% of revenue. This includes approximately 1.3 million related to the accounting review which is now complete. EBITDA was 1.9 million. Free cash flow was a net use of 963,000.

Including the share-based compensation charges of 1.4 million net of taxes, we reported a GAAP net loss of one million 1,046,000 million for the quarter or $0.03 per diluted share. On a non-GAAP basis, excluding the non-cash compensation charges, we reported a net income of 307,000 or $0.01 per diluted share.

Now, I will review some balance sheet highlights. At September 30, 2008, we had cash and investments of approximately 143 million or $4.73 per share with no debt. Our cash and investments represented a net increase of approximately 8.3 million from the prior quarter, due primarily to a reduction in our working capital investment in accounts receivable and inventories. Accounts receivable was down from last quarter at 44.1 million and DSOs were down to 60 days. Given our customer base, the quality of our receivables is excellent. Inventory decreased by 5 million in the third quarter to 30.4 million, which resulted in annualized inventory turns of 7.7 times per year.

Now, turning to fourth quarter 2008 guidance, we are entering into an uncertain quarter and are cautious, given general economic concerns, especially the potential impact on a couple of our key customers. Additionally, carriers are ordering with shorter lead times and we are seeing initial stocking orders at lower levels than we have seen in the past.

Given these factors, our guidance in the fourth quarter of 2008 is as follows: We expect revenues in the range of 60 to $70 million. We expect gross margins in the range of 22 and 23%. Based on our current view, we expect a GAAP net loss in the range of 0.06 to $0.03 per diluted share and non-GAAP earnings to be in the range of a net loss of $0.01 to a net income of $0.02 per diluted share based on approximately 30.4 million shares outstanding.

Now, I would turn the call back to Peter.

Peter V. Leparulo, Chairman and Chief Executive Officer:

Despite significant economic headwinds, we are focused on bringing innovative products to market that will better position us for the longer term. But we are disappointed with our recent results, we are focusing on execution and introducing new products and we believe Novatel Wireless will be a stronger company in 2009.

Exhibit 1
Page 460

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

And now Ken, Brad and I will answer your questions. Operator, please open it up for questions.

Q&A

Operator:

Thank you, Sir. Ladies and gentlemen, we will now begin the question and answer session. [Operator Instructions]. And our first question comes from the line of George Iwanyc with Oppenheimer. Please go ahead.

< Q - George Iwanyc>: Thank you for taking my questions. Peter when you look at the fourth quarter guidance, is this weakness pretty broad based or one or two customers accounting for the majority of the down revenue?

< A - Peter Leparulo>: It's fairly targeted. It's among select customers really in two ways is how it's sandwiched. In part it's that the forecast of a couple of select customers really changed in the middle of the quarter mostly due to their in turn caution on the economy. And secondly, for new product introductions which again we are really on the leading edge of many new products that we've spent seven, eight months developing. On those new product introductions what we are seeing again among a couple of select operators is a lower level of initial stocking orders that in a cautionary way they intend to more closely balance sell-in versus anticipated forecasted sell-through given the macroeconomic environment.

< Q - George Iwanyc>: So now, do they look at the broadband products in a different way at this point or are they still committed to it, they just aren't purchasing at this point?

< A - Peter Leparulo>: Well, that's a good question. What we - this is why there is a little bit - there is a duality to it, because the promotional efforts among the operators are among the highest that we've seen. Very robust in terms of both rate plans and marketing, and yet there is this caution obviously in terms of inventory levels with the operators and their ordering patterns.

So, we are seeing both. We are seeing wireless data being a beacon light for additional revenues among the operators with very aggressive promotional efforts. And at the same time, we've seen the ordering pattern to become more disciplined.

< Q - George Iwanyc>: With the ordering patterns being disciplined, do you believe there is a chance that you could see flat seasonality into the beginning part of 2009 or even a new product ramp that may actually create some growth in the first quarter of next year?

< A - Peter Leparulo>: Well, we are in a bit of a micro climate right now we believe, and - with some limited visibility, so it's difficult to say. I think one of the keys is greater acceptance of our new product introductions among the operators, which is what we are executing to. And then the underlying market growth; hopefully our new products will align more closely with whatever that underlying market growth is. But we do have somewhat limited visibility right now looking towards 2009.

< Q - George Iwanyc>: And one final question, you mentioned some component issues, is that having any impact on the fourth quarter guidance or is that more just something that you are managing, but it's not really impacting the top-line?

< A - Peter Leparulo>: It is having an impact. In the supply chain we are having - we do see an impact in our ability to deliver against our sales pipeline with individual components.

< Q - George Iwanyc>: Right.

< A - Peter Leparulo>: We obviously are managing that on a daily basis with lead times and parts on hand and parts on order and dual sourcing, but the components are having an impact as well.

< Q - George Iwanyc>: Is that something you think you will be through by the end of this quarter or is it something that could last a little bit longer?

< A - Peter Leparulo>: We believe that we will be through that by the end of this quarter. There will be a part of it is, there have been changes in the mix intra-quarter. So the lead time and the planning required was done on a bit more of a microscopic level than it has been in other quarters and because of that intra-quarter mix that's what's caused some of the shuffle on it. So we expect for most long lead time components to be able to level that out and then in turn be able to level out the factory and be through this by the beginning of 2009.

< Q - George Iwanyc>: Thank you very much.

Operator:

Thank you. You next question comes from the line of Mike Walkley with Piper Jaffray. Please go ahead.

< Q - Mike Walkley>: Great, thank you. I was wondering if you could just provide anymore color on the inventory adjustment,

Exhibit 1
Page 461

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

are you giving any  indication on the slowing of sell-through also given the tough macro, or is  it more just specific to those carriers' inventory levels at their hubs?

    < A - Kenneth Leddon>: This is Ken speaking Mike, thanks for the question. The inventory write downs were really very specific in scope and primarily  related to HSPA ExpressCards, that market has dropped off dramatically as the market has transformed to other form factors such as USB.

    < Q - Mike Walkley>: Okay, great. That's helpful. But in terms of the overall  pace of sell-through of your product on the USB side you're still seeing that  hold up pretty well?

    < A - Kenneth Leddon>: USB has continued to take greater and greater market  share for us and greater and greater part of our product mix.

    < Q - Mike Walkley>: Okay, great. And then on terms of just helping us in  modeling for the next quarter, would your mix expect to be similar in Q4 to  the mix you just gave us for Q3 on the product mix?

    < A - Kenneth Leddon>: Yes, I believe it'd be very similar.

    < Q - Mike Walkley>: Okay, great. And then embedded in your guidance I know  you don't give cash flow guidance, but very strong receivable collection this quarter, would you expect to use a little more working capital in Q4 as you  shuffle to catch up on some this inventory or would you - we expect kind of  breakeven cash flow along with your breakeven guidance?

    < A - Kenneth Leddon>: With the guidance that we're giving we do expect some  use of cash in the next quarters. Working capital, we are watching closely  and monitoring very closely, as we said earlier the demand has shifted from  one product to another; in some cases that kind of caught us by surprise in a couple of instances. But collections have been very strong and I think our payables are in good shape and the inventories have come down from prior  quarter. So we are very successful in managing the intake that we need of the certain products that we are - we've got an order to meet the current revenue targets. I think we can manage the working capital so that the use of cash is pretty minimal, somewhere between 1 and $3 million, something to that effect.

    < Q - Mike Walkley>: Okay, thank you. And then just one last question, I'll  pass it on, given the tough competitive environment, can you just update us  maybe on what are you seeing in terms of ASPs globally and any changes in the competitive landscape?

    < A - Peter Leparulo>: Sure. In our core space, there is always ASP pressure  in that space and it has existed in certain areas among certain products, we  actually believe that it's stabilized the ASP pressure across some products.  The - we get - the more we are able to get new products out the more  optimistic we are about ASP preservation and in fact gross margin enhancement on new products. But the ASP pressure on the current products, I guess to  summarize it, we have seen the same pressure but we also believe that it has

stabilized.

    < Q - Mike Walkley>: Thank you, and best of luck.

    < A - Peter Leparulo>: Thanks.

 Operator:

   Thank you. Your next question comes from the line of Matthew Hoffman with  Cowen & Co. Please go ahead.

    < Q - Matt Hoffman>: Okay guys. First of all, nice job on the balance sheet  management in a pretty tough environment out there. Peter, you had some  pretty encouraging comments on the embedded front, I guess the revenue was  down pretty sharply here sequentially. But it sounded like maybe Dell or one  of your other PC OEMs, maybe it was Panasonic, I know you probably are going to be reluctant to tell us who, but can you give us more color on what's  happening there in the embedded? How you got into the next generation, where  Gobi was not able to win business I think is the main thing I'd like to walk  away with, was it technology, was it regional issue, any sort of color there  would be helpful? Thanks.

    < A - Peter Leparulo>: Sure. As you know Matt, Gobi addresses those platforms  where it's important to do worldwide launches, where it's important to do  single integration efforts. That doesn't necessarily resonate with all the PC OEMs. Some of the Tier-1 PC OEMs it does, others it's not as important to.  What we are seeing is, we are seeing a bit of a delay in Gobi in how that's  getting deployed. But, maybe more importantly, we are seeing that in places  where single-mode technology is more important, Gobi is not required. We are  seeing places where targeted operators that Gobi isn't certified on, where  Gobi is - loses some of its value proposition. It's basically revolving  around technology for us, technology and geographic region.

Exhibit 1
Page 462

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

< Q - Matt Hoffman>: Okay. So [inaudible] mobile platform has been a little  bit more focused on the HSPA opportunity in Western Europe. Can we assume  that maybe this is other regions the HSPA is focused where you are starting  to see some traction with, or seeing continued traction in embedded?

< A - Peter Leparulo>: It's a - it's - EVDO is also where we are seeing  traction in embedded where it's a not a multi-mode product.

< Q - Matt Hoffman>: Okay. So, it's just single mode in general, okay. So Ken, couple of questions for you, you looked at the top customers in the quarter,  which one of those were 10% customers?

< A - Kenneth Leddon>: 10% customers would be Dell, Telefnica, [inaudible],  Verizon and I believe Sprint.

< Q - Matt Hoffman>: Okay. And another question for you on the mix between,  you've got breakeven with gross margins going up here on the guidance on a  much lower revenue base. Can you talk to us about the SG&A or the R&D, where  do you have more flexibility in terms of cutting the absolute dollars so that you are getting to that breakeven, you cutting back more on marketing at this  point or is it on the R&D front?

< A - Kenneth Leddon>: It's going to be more on the R&D front at this point,  that's where the volume spending intends to be more volatile than in G&A  exclusive of the internal review that we just went through. Again, we are  going through a pretty intensive new product introduction period right now,  so there may be some period of investment here while we roll up the new  portfolio of products into 2009.

< Q - Matt Hoffman>: Okay. And one last question, actually I'm going to ask  Mike's question again, I'm not sure I heard the answer - sell-through of data cards, do you feel like the correction you are seeing right now is both  sell-in and sell through, or is this really - and so it's crossed beyond just the inventory correction or they want to carry less inventory? Is  sell-through also well below expectations at this point?

< A - Brad Weinert>: Hey, Matt this is Brad, I'll answer that one. We actually - the sell-through looks fine this quarter, it's more a conservative approach to ordering that we are seeing, with shorter lead times and smaller POs. But  the indications that we have had so far, going into the busiest part of the  quarter as you know is that sell-through is okay in Q4. It's really more of a conservative approach and how much inventory they want to take out of the  quarter at this point and a wait-and-see attitude.

< Q - Matt Hoffman>: Thank you, Brad. Thanks gentlemen.

Operator:

Thank you. Your next question comes from the line of John Bright with  Avondale Partners. Please go ahead.

< Q - John Bright>: Thank you, good afternoon. Peter, you talked about a new  product category to be announced, what's your timeframe on when you think  this might be meaningful? Is this going to be something that's going to move  the needle in 2009, and maybe just directionally give us some thought process on what the margins might look like on this product line?

< A - Peter Leparulo>: Sure. Let me give you a little bit of a backdrop on  that John. One of the things that we are trying to do here is expand our  addressable market beyond our core space. And what we are attempting to is  expand that addressable market into segments which are more defensible than  our core space and into segments which are geared towards higher growth going forward.

In terms of 2009, we expect to be launching - this is a family of products  which we expect to be launching in Europe and North America, iteratively  throughout the first half of 2009. Now, I've got to caution, this is what  we'd call an evolutionary product line. And so, it's - even the best laid  plans on forecasting are pretty heavily reliant on downstream marketing  estimates. But, we do believe it will contribute to revenue in 2009. And on  the gross margin side, there are really two elements to it. They are higher  gross margin products, but what we've talked about is that these tie together devices with hosted services, with server authentication if you will, qualifying it through a server. So there are higher gross margins and we also expect that we will hopefully be putting the building blocks in place for a  recurring revenue stream after the initial launch of these, and we get some  penetration into different enterprise and consumer segments.

< Q - John Bright>: And there any reason you're launching these next month versus, for instance, today?

< A - Peter Leparulo>: So, what we talked about was that we were going to  announce them next month or give more information about them next month. They will not be launched until 2009. They've been under development for quite  some time and we want to make sure that we get traction into the right  places, into the right distribution channels as we go forward. But they have  - they are a

Exhibit 1
Page 463

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

longer life development product family.

    < Q - John Bright>: Okay. Peter, there has been discussion, you brought up Gobi, it was discussed before. Maybe you can share your thinking on how you think or you see given your view point how the embedded market is going to play out as we look forward into '09 and beyond '09 and how Novatel is going to - what kind of involvement you foresee Novatel to have in that beyond '09?

    < A - Peter Leparulo>: Sure. We believe, John, that we will have embedded business in the Tier-1 PC OEMs throughout 2009, into the end of 2009. We do nevertheless expect that there will be some erosion in the Tier-1 PC OEMs for - on a technology basis as well as on a geographic basis. And some of the OEMs, the Tier-1s launch selected platforms with Gobi and other competing modules inside it.

 Frankly, we haven't focused on that as too big a growth area for ourselves going forward. And also remember the embedded business is more than the Tier-1 PC OEMs. There are vertical devices that those opportunities are coming forward to us now as we go into 2009. But on the Tier-1 PC OEMs, the high-volume PC OEMs, I think what we will see is, we will see some platforms and some erosion in that segment overall for everybody as those platforms launch with competing products.

    < Q - John Bright>: Okay. And then my last question, Peter for you. You haven't done much on the M&A side. You certainly have the envious position, for many companies, of having cash. What's your thinking on that front or are you going to continue to move forward with internal development?

    < A - Peter Leparulo>: We are always looking at opportunities on the M&A side. We've done this in a much more discipline way over the past several months. But, frankly John, we are fairly selective. We do think that we have the luxury and a lot of flexibility given our balance sheet for capital allocation. The things that we've looked at, is we've looked at M&A opportunities in our core business and in related businesses as well. But we want these to be accretive to the top and bottom line. But we want them to expand our addressable market consistent with our long-term strategy. What we have not looked at are the things that you see more and more out there which are the niche hardware plays that in our view are low growth. So, we look at this but we look it in a way that is fairly selective.

    < Q - John Bright>: Thank you.

 Operator:

 Thank you. Next question comes from the line of Anthony Stoss with Craig Hallum. Please go ahead.

    < Q - Anthony Stoss>: Hi, there guys. I got a couple of questions. First off, Peter, if you wouldn't mind chatting on gross margins, your guidance is quite a bit lower than I'd call it your peer group. I'm just curious what's going on and when you think your gross margin's going to start to move back towards that corporate average, 28 to 30%?

    < A - Peter Leparulo>: Sure. So, let me begin with gross margins, Tony, just generally. As you know they are very dependent on mix and there are going to be quarter fluctuations as different products ebb and flow into the operators. Directionally, the more new products that we bring to market with greater differentiation, the more optimistic we are about gross margins going forward. We have been hit with FX on gross margins that I don't want to underestimate which was fairly significant and we also have been hit somewhat in being in between product cycles over the last couple of quarters, which I also don't want to underestimate. So that's the current snapshot of gross margins.

 Going forward on gross margins, obviously our financial results have somewhat changed our model. The first goal that we have here, that we are focused on is reversing that momentum and improving our overall margin structure on all line items in our P&L. The next step as you say is, as fast as we possibly can, return to our historical gross margin levels. It's difficult to put a timeframe on it, if you will just indulge us for a bit, when we look at the uptake of our new products and when we see the leveling out, if you will, of the launches of our new products so that we can optimize their gross margins right after launch.

    < Q - Anthony Stoss>: Okay. Also Peter, if you don't mind commenting about, if you feel you are losing share anywhere [inaudible] on the USB side. Are still holding the same levels that you believe you had before?

    < A - Peter Leparulo>: I'd say - I'd say it's uneven. There are operators because of the legacy products that we've had, where we can do better and where we think that the new products will return our share and enhance our share around those. Share around individual operators really does ebb and flow depending on what promotional efforts are put behind different products. What we do believe is that, our card product portfolio that we are on the leading edge of launching, will return us to a generation skipping

Exhibit 1
Page 464

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

portfolio, which is the most competitive in - among our peer group. So, we believe that that will resonate and reflect itself from greater market shares. As well we do best with market share, Tony, when we have a portfolio of products around each operator, and that's what we are working to as well; is to have multiple products around each operator and that also increases our market share overall on every individual product within that operator.

< Q - Anthony Stoss>: Okay. Peter, you just completed a $25 million share buyback, stock's trading below cash value, yet we haven't heard anything about another re-up of the share buyback, which would be accretive. I'd like to hear your views why we haven't heard anything about that and is that your plan just down the road?

< A - Peter Leparulo>: This - the Board does look at this Tony as - in an overall context of capital allocation. When you look at the share buyback, M&A possibilities as well as cash preservation, frankly in this market cash preservation is something that probably takes some predominance in people's minds. But we look at this on an ongoing basis at every Board meeting and in between.

< Q - Anthony Stoss>: Okay. Two more questions if I may. If you won't mind helping us understand what percent you're booked to your current guidance in the quarter, what you expect kind of turns to be remainder of the quarter?

< A - Peter Leparulo>: I'm sorry, say that again Tony?

< Q - Anthony Stoss>: The percent that you're booked to your 60 to $70 million guidance for Q4. Are you 80% booked to that number or 100% booked to that number? Also, maybe it would be helpful to tell us kind of order patterns, are they still coming in weekly or how are your customers behaving?

< A - Peter Leparulo>: Well, we don't publicly talk about backlog in any given quarter. I think this quarter is - it's - there's going to be a little back-endedness to this quarter, but we're pretty comfortable with the order flow that we've seen.

< Q - Anthony Stoss>: Okay. And then, if things continue to deteriorate, what can you do in terms of cost cuts, is there - I'd love to hear what your head count is this quarter versus last and any views on what you can tweak without cutting into fat?

< A - Peter Leparulo>: Sure. We are obviously monitoring this very carefully as a group and when I say careful, I mean a couple of things. I mean, I believe we're still - we can still generate cash as well as keep a robust development effort on our product portfolio which is very important to us to do. So we're very focused on cash generation consistent with our OpEx spending. When I say careful, I also mean that we're investing in products that are customer driven. So, we are not doing skunkworks projects, we are doing things that are most - for the most part overwhelmingly tied to customers.

 We are also balancing, Tony, that - our long-term strategic goals. The market is still growing. We will get through this cycle. The penetration rates of WAN adoption are still low and when we get to this cycle, we want to continue to have the most robust product portfolio so that we can capture the growth that's out there. So, it's something that we are looking at on a very frequent basis and those are the balances that we are striking. And Ken, do you have...?

< A - Kenneth Leddon>: Yes, the head count this quarter is pretty much flat with last quarter. We are right around 330 to 333 employees.

< Q - Anthony Stoss>: Okay, great. Thank you.

 Operator:

 Thank you. [Operator Instructions]. Our next question comes from the line of Paul Coster with JPMorgan. Please go ahead.

< Q - Paul Coster>: Thank you. Peter, in your prepared remarks, you talked of the weakness being primarily coming from the consumer segment at the moment on the enterprise side, how are you able to determine that, is it the nature of the channel or is it more granular reporting by your channel partners? And then I've got a quick follow-up.

< A - Peter Leparulo>: It's basically what we know for the most part, Paul, we are able to work with our - the marketing groups of our channel partners to determine which channels our products are in; whether they are going into enterprise channels or consumer channels to third-party retail. So, we've been keeping our eye on that, that's where we are able to differentiate what we are seeing in terms of channel inventory levels.

< Q - Paul Coster>: Okay. I know this is much more difficult, but are you able to determine which of the enterprise, maybe the industry verticals are still holding up and which you're most worried about in terms of end market demand?

< A - Peter Leparulo>: That is - that's a level of granularity that we have - that we don't get information to unfortunately.

< Q - Paul Coster>: Yeah, okay. Thank you very much.

Exhibit 1
Page 465

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | Operator: |
| | | | | | Thank you. And there are no further questions. Mr. Leparulo, I will turn it over to you for closing comments. |
| | | | | | Peter V. Leparulo, Chairman and Chief Executive Officer: |
| | | | | | Again, everybody thank you very much for being on today's call. And we will update you over our progress throughout the next quarter. Thanks very much. Bye-bye. |
| | | | | | Operator: |
| | | | | | Thank you. Ladies and gentlemen that will conclude today's teleconference. We do thank you again for your participation. And at this time, you may disconnect. Have a nice day. |
| 11/21/2008 | 653,186 | $3.52 | -1.68% | (2.21) | *Date: Nov 21 2008 7:40:16 Wire: Briefing.com Global Menu (BRF)* |

**NVTL: Piper Jaffray ups to Neutral**

*November 21, 2008 Oppenheimer & Co - George Iwanyc, Ittai Kidron*

**Novatel Wireless, Inc. - Tough Outlook, but Balance Sheet Remains Solid**

SUMMARY

Novatel reported 3Q08 sales of $78.4M and pro forma EPS of $0.01. We believe the sales miss was a combination of share losses at Sprint, an aging product line and the poor economy, which is also leading NVTL to provide disappointing 4Q08 guidance of $60M-$70M in sales. We believe Verizon was in line and should continue to be solid with the new USB760 now ramping. 4Q08 and '09 will clearly be challenging, with gross margins at a 3-year low, the economy weighing on carrier orders, and a tough competitive environment. We're adjusting our model accordingly. That said, the shares are now trading below cash, which should limit further downside and provide some support. We reiterate our Perform rating.

KEY POINTS

* Guidance disappoints. 4Q08 guidance of $60M-$70M in sales and EPS of -$0.01 to $0.02 is well below expectations. The outlook primarily reflects cautious order patterns by carriers due to the challenging economy (but interest in broadband connectivity remains strong and sell through is stable). Product mix and component issues are also having an impact.

* Under pressure. NVTL's gross margin fell to a disappointing 21.5%, slightly below 3Q08 guidance for 22%, and was hurt by an aging product mix and fx. We don't anticipate a quick recovery given the challenging economy, but new product launches (USB760 Micro Modem at VZ/S, MC990D in Europe) should provide some relief in 1Q09.

* Cash up QoQ. Novatel's total cash and investments position at the end of 3Q08 was $143.5M, up $8.3M QoQ, with management showing good attention to the balance sheet. Inventory and accounts receivable levels were both down meaningfully and we don't anticipate a cash burn even with the tough economy.

* Bottom line. NVTL is now trading below cash, which should limit downside and provide some support despite the challenging outlook. But given the triple threat of the poor economy with no visibility, more cautious carrier order patterns, and a tough competitive environment, we remain on the sidelines and reiterate our Perform rating.

* We view NVTL, as a stock trading under $5, as speculative and appropriate for risk-tolerant investors.

Quarterly Highlights

Key Positives

Balance sheet. Novatel's total cash and investments position at the end of 3Q08 was $143.5M, up $8.3M QoQ, as Novatel did a good job executing on inventory and accounts receivable management. Inventories declined $7.3M and accounts receivables declined $22.6M QoQ. Inventory turns improved from 7.3x to 8.2x and DSOs were cut to 50.7 days from 66.8 days. We highlight that the shares are trading below book ($6.56 per share ) and cash per share ($4.72 per share), which could provide some level of support even with the challenging outlook.

New USB products already ramping at VZ and S. Novatel introduced its latest EV-DO USB device, the USB760 Micro Modem, which is already being sold to both Verizon and Sprint Nextel. Order levels are lower than past new product ramps due to the economy, but the products' small form factor improves Novatel's competitiveness and the carriers' interest in the platform is good.

Exhibit 1
Page 466

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|
| | | | | | Novatel is also ramping its new HSPA USB product, the MC990D, for the European market with Telefonica. The new product ramp could help provide a lift to margins as they hit volume. |

New product areas to help diversify sales. Management continues to be positive on Novatel's prospects in new product areas. Those include value-added services/software (leveraging Novatel's enterprise reach) and a move into non-laptop embedded solutions (where current sales are less than  < $1M). The Autonet partnership (automobile Internet solutions) is still expected to add some 4Q08 sales (although this is being hit by the automobile market slump), and a new solution platform (addressing application areas like navigation, gaming, entertainment...) could be incremental in 2009.

More color on the new platform is expected to be announced before the end of the year.

Broadband still important. While carriers have clearly tempered their order patterns to adjust for the economy, we believe their interest in broadband and data adoption remains strong. This should support interest in Novatel's core USB products throughout the next several years (especially now that the new small form factor USB products are ready) and help the company get through this economic downturn. We note that penetration rates for USB modems to the installed base of laptops is small (  < 5%), while the need for connectivity grows.

Accounting audit done. Novatel's accounting audit is now completed with the company having filed its Form 10Q's for 1Q08-3Q08. This has been a distraction for much of the year. With the audit now out of the way, management can refocus on staying ahead of product transitions, developing the new product lines in complementary areas, and managing costs in the tough economic and competition environment.

Embedded down, but not completely out. Novatel's embedded sales decreased 32.1% QoQ to $17.1M, which reflects the first first real impact of competition from Ericsson and Qualcomm's Gobi solution. While management has deemphasized its focus on laptops, it noted a win at a top tier laptop OEM (a current customer, possibly DELL) for EV-DO devices. The win is for 2009 models and should provide some stability to sales next year (although we would still look for incremental declines).

Management is also hopeful that non laptop embedded sales will contribute more in 2009.

Key Negatives

3Q08 miss likely due to Sprint. We believe the 3Q08 top line miss is a combination of lost share at Sprint Nextel to Sierra Wireless and the challenging economy. We believe demand at the company's No. 1 customer Verizon was in line with expectations.

Disappointing guidance. Management guided for 4Q08 sales of $60-$70M with pro forma earnings ranging from a loss of $0.01 to earnings of $0.02 per share, well below consensus of $88.6M and $0.07. The execution issues hurting the first three quarters of 2008 are now being hit by economic headwinds, leaving the company in a difficult spot with no visibility into 2009. Carriers have reduced their stocking order levels and are taking a wait-and-see approach given the economy.

Embedded in transition. Even with the new EV-DO win and the possibility of a non laptop embedded ramp, we remain cautious on trends in embedded. There is material risk that Gobi, which is seeing acceptance across a wide number of laptop vendors, and Ericsson, which remains aggressive, could drive a faster than expected decline in Novatel's embedded sales. As we've already noted, embedded dropped a sharp 32.1% QoQ to $17.1M in 3Q08 (down $11.9M QoQ).

Gross margin down. Novatel's gross margin fell to 21.5% from 24.1% in 2Q08 and 27.9% in 1Q08. An aging product portfolio, negative foreign exchange impact, as well as new product acceptance delays all weighed on gross margin during the quarter. Management guided for a 22%-23% gross margin in 4Q08, showing only slight improvement. New products should help provide more of a lift in 1Q09. A return to historical levels around 30% is off in the distance and would take a meaningful change in the company's mix and a product refresh (lowering cost and introducing new products) to reach.

Customer concentration high. Novatel remains highly dependent on the U.S. and a few key customers, including Verizon (Novatel's #1 customer), Sprint, and Dell (Telefonica was also a 10% customer in 3Q08). The missed opportunity at Verizon in 1H08 and current softness as Sprint Nextel shows the danger of high concentration and the dramatic shifts that can happen.

Competition. In addition to the new competition coming from Qualcomm's Gobi and Ericsson in embedded, the adapter and USB markets also remain very competitive. This could pressure price and margins and possibly lead to share losses outside of embedded. The main threats remain Sierra Wireless, Option and Huawei, but the list goes deeper.

Exhibit 1
Page 467

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Economic uncertainty. The global economy remains unsettled, and Novatel, like its competitors, could see its prospects weaken further in a prolonged downturn. We also note that Novatel's sales are closely tied to North American carriers (62% of sales from North America), which leaves it more susceptible to an incremental slowdown in this region.

Derivative Implications

Novatel's results and outlook reflect the economic headwinds facing most companies in our space, compounded by the additional pressures in its embedded business (due to Qualcomm's Gobi solutions and Ericsson's push) and lost share at Sprint Nextel. We believe Sierra Wireless is gaining the share at Sprint Nextel, although it did miss a chance at incremental share gains at Verizon last quarter. Overall, Sierra is weathering the economic difficulties better than Novatel at this point. Anadigics has historically had the most exposure to Sierra and Novatel within our group and has already provided disappointing guidance for the December quarter reflecting both the challenging environment and share loss.

*November 21, 2008 Cowen and Company - Matthew Hoffman, Bryan Prohm*
**Novatel Wireless, Inc.- Mixed 3Q08 Results and Outlook; Filings Now Up To Date**
Conclusion: Novatel has now reported full results for 3Q08, including non- GAAP reconciliation. 3Q08 revenue was $78.4MM, below guidance of $80-85MM and non-GAAP EPS of $0.01 was at the lower end of guidance. Non-GAAP gross margins were 21%, also just short of guidance. 4Q08 outlook for revenue and EPS was lower, not surprisingly, and our estimates are again reduced. On the positive side, gross margins were guided up q/q and the company is now current with its SEC filings. Trading below cash and still OCF positive, we see NVTL as having limited downside risk. We expect new products to help the stock gain traction over the next few quarters.
 * Filings Now Current. Novatel is now current with its SEC reporting. The 10-Q filing delays were the result of an accounting review of revenue recognition in earlier periods. The sequence of events around the 3Q08 results has also been a bit unusual; the company's GAAP results were presented in filings that appeared several days before its 11/20 call.
 * Model Updated; 4Q Outlook Better Than Feared. We are reducing F4Q08 non-GAAP EPS to $0.00 from $0.15 and FY09 to $0.20 from $0.79 on the 3Q08 results and outlook. The 4Q08 outlook reflects lower embedded and PC express card sales, especially. Competitive USB pricing pressures appear to be more muted given guidance of a sequential GM increase.
 * Stock Net. Post-restatement, some uncertainty has been removed from the name, though NVTL shares continue to trade well below book value (and cash per share). The discount to book is most likely due to investor concern that small vendors may lack the scale to avoid an erosion in the company's capital base in a tough C09 environment. We continue to believe NVTL shares are attractive for long-term investors looking for exposure to the still-healthy datacard space. The company indicates datacard sell-thru remains solid. We introduce F10E EPS at $0.30.

*November 21, 2008 Craig-Hallum - Anthony J. Stoss*
**Novatel Wireless, Inc. - Mixed Results and Weak Guidance Illustrative of Current Environment. While No Near-Term Catalysts, Trading Below Cash Value Provides Some Stability. Maintaining Accumulate Rating But Cutting Estimates and Lowering Price Target to $7.**
INVESTMENT HIGHLIGHTS
 * Q3 Results Mixed. NVTL posted Q3 revenue of $78.4 million, which fell below the company's guided range of $80-85 million. Revenue was also below our $81.0 million estimate and the Street's $82.4 million. Reported pro forma EPS of $0.01 was within the company's guidance of $0.00-0.03. The Street was looking for $0.01, while we had been modeling for a loss of $0.01.
 * New Products and Verticals. NVTL expects to launch a new family of products in North America and Europe during 1H09 which are expected to carry higher gross margins. We expect these products to be impactful on Q109 revenue. Additionally, we think these new products are not exclusively focused on the hardware, but extend to the software as well.
 * Weak Q4 Guidance. NVTL offered Q4 guidance calling for revenue in the range of $60-70 million and pro forma EPS in the range of a loss of $0.01 to $0.02. Revenue guidance fell well below our $90.0 million estimate and the Street's $88.6 million. Pro forma EPS also was significantly short of our $0.10 estimate and the Street's $0.11.

Exhibit 1
Page 468

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

* Accounting Issues Put to Rest. On November 10, NVTL filed 10-Qs for the March and June quarters, ending the evaluation of the company's revenue cut-off procedures, internal control and accounting related to certain customer contracts. While the evaluation identified a material weakness, the company is now current with all of their filings.

* Trading Below Cash Value. The stock is currently trading below cash per share of $4.72. While we would suggest near-term investors wait until catalysts can be ascertained, we think the current price provides long-term investors with an attractive risk/reward opportunity.

* Maintaining Accumulate Rating But Cutting Estimates and Price Target. The lack of visibility that has been created by the macro environment and the continued delays in possible catalysts have caused us to cut our estimates as laid out to the left. Though the stock is trading below cash per share, we would encourage near-term investors to wait for catalysts to emerge. We are maintaining our ACCUMULATE rating, but lowering our price target to $7, which is based on roughly 0.7x our revised FY09 revenue estimate of $287.0 million.

Q3 RESULTS, ANALYSIS

NVTL reported Q3 results last night, posting revenue of $78.4 million, which fell below the company's guided range of $80-85 million (down 12.5% QOQ and 25.1% YOY). Revenue also was below our $81.0 million estimate and the Street's $82.4 million. Reported pro forma EPS for Q3 was $0.01, which was within the company's guidance of $0.00-0.03. The Street was looking for $0.01, while we had been modeling for a loss of $0.01.

NVTL's Q3 pro forma gross margin came in at about 21.5%, down from Q2's 27.3% and below our projection of 22.0%. Gross margin in the quarter was negatively impacted by foreign exchange rates. Headcount in Q3 was flat from Q2 at approximately 300-330. During the September quarter, NVTL shipped to 8 operators and 12 OEMs, spanning 25 countries. EV-DO sales were 62% of revenue (57% in Q2) and HSPA sales accounted for 38% (43% in Q2). By product line, USB products comprised 73% of revenue, embedded products contributed 22%, and PC and express cards made up the final 5%. From a geographic standpoint, NVTL's U.S. business accounted for 62% (62% in Q2) and international revenue was 38% (38% in Q2). 10% customers during Q3 were: Dell, Telefónica, Verizon and Sprint.

On the call, management again addressed Qualcomm's Gobi platform. The company doesn't expect Gobito have a large impact in markets where single mode technology is the prevalent technology used. While NVTL believes they will continue to have embedded business with tier 1 OEMs through FY09, management acknowledged that the company will see some deterioration as OEMs launch with Gobi. On Qualcom's recent earnings call, it said that Acer, Dell, HP, Lenovo and Panasonic have announced plans to use Gobi, with several models already available for purchase. The September quarter also saw AT&T certify Gobi notebooks for their network. NVTL is planning to announce a new product family next month, and expects to launch these products in North America and Europe during 1H09. These products are expected to carry higher gross margins and we expect them to be impactful on Q109 revenue. Additionally, we think these new products are not exclusively focused on the hardware, but extend to the software as well.

On November 10, NVTL filed 10-Qs for the March and June quarters, ending the evaluation of the company's revenue cut-off procedures, internal control and accounting related to certain customer contracts. The evaluation identified a material weakness in internal control over financial reporting related to revenue recognition cutoff for non-standard and modified sales transactions. The company's monitoring controls did not identify and adequately respond to changing risks facing the organization during the March quarter, including changes in key personnel, an increase in sales activity through international distributor channels and other changes in the business environment. As a result, necessary enhancements to the company's internal control over financial reporting were not made to sufficiently mitigate these risks. However with the filings, NVTL is now current with all of its previous delinquent filings. Meanwhile, NVTL's balance sheet continues to remain a point of strength. The company exited the quarter with $143.5 million in cash (an increase from Q2's total of $135.2 million), translating to $4.72 in cash per share. DSOs decreased to 51 days from 68 days in the June quarter. The company reported a book value per share of $6.56. During Q3, NVTL repurchased an additional $4.6 million of the company's stock (at an average price of $10.34), completing the $25 million share repurchase program that was approved back in March. Given that the current environment has created renewed emphasis on cash preservation, we don't think the company will attempt another buyback in the near term. Along these same lines, we don't believe the company will pursue any major acquisitions in the upcoming quarters. We think the company will use $1-3 million in cash in Q4.

Exhibit 1
Page 469

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

Looking ahead, NVTL provided guidance for the December quarter, calling for revenue in the range of $60-70 million and pro forma EPS to be between a loss of $0.01 and $0.02. Revenue guidance came in well below our Q4 estimate of $90.0 million and the Street's $88.6 million. The company's EPS range also fell significantly short of our $0.10 estimate and the Street's $0.11. Additionally, management expects gross margin for Q4 to be in the range of 22-23%, compared to our previous estimate of 25%. The company attributed the weak guidance to operators' shortened order times and reduced initial stocking orders for new products.

We continue to believe that NVTL's expansion into new verticals will provide long-term opportunities, but think the challenging macro environment has deteriorated visibility and is set to create headwinds for the company in the coming quarters. Because of this, we are reducing our estimates and lowering our price target to $7, and suggest near-term investors wait until meaningful catalysts can be identified. However with this being said, NVTL is currently trading below its cash value, which could provide long-term investors with an attractive risk/reward opportunity.

ESTIMATE CHANGES

Based on NVTL's guidance and the continued challenging macro environment, we are cutting our Q4 estimates. Our new revenue estimate for the December quarter is $60.0 million, down from $90.0 million. Our previous pro forma EPS estimate of $0.10 declines to a loss of $0.04. We are also dropping our gross margin estimate from our original 25.0% projection to 22.0%.

Looking at FY09, we are cutting our previous revenue estimate of $400.0 million to $287.0 million. With our new revenue estimate we are projecting the company's top-line to decline 9.1%, down from our original projection for growth of 14.7%. Our prior pro forma EPS estimate of $0.63 drops to $0.14.

STOCK OPPORTUNITY

We believe NVTL provides investors a way to play the rapidly expanding and dynamic mobile connectivity space. While we still think we're in the early innings of the broadband wireless game, it is a game where NVTL is the star. Yet, as with any small technology company the road will not always be straight, and we believe at times patience must be exercised by investors. We think this is one of those times. We think the challenging macro environment has deteriorated visibility and is set to create headwinds for the company in the coming quarters. We suggest near-term investors wait until meaningful catalysts can be identified. Accordingly, we are maintaining our ACCUMULATE rating, but lowering our price target to $7, which is based on approximately 0.7x our revised FY09 revenue estimate of $287.0 million.

RISKS

We believe an investment in NVTL involves the following risks.

 * Technology/Competition. The wireless industry is characterized by rapid change and NVTL will need to offer technology that is in demand by its customers. Moreover, competitors may develop more cost-effective solutions.

 * Customers. NVTL is dependent on several key customers in the near-term to hit business targets. Any shortfall in business from these customers could affect quarterly performance. The signing of new carrier agreements will continue to diversify the company's dependence on few customers.

 * Pricing Pressure. As with most technologies, as more advanced products come to market, legacy products sometimes experience pricing pressure. NVTL operates in a fast-moving area and may fall victim to pricing pressure which may impact results.

 * Manufacturing. NVTL will be largely dependent on its design efforts as well as its manufacturers, LG and IAC, to offer products at an attractive price. The company's ability to source components and improve gross margins will be the key to its long term success. Component shortages could affect results.

*21 November 2008 J.P. Morgan - Paul Coster, Mark Strouse, Sandeep Madhur*
**Novatel Wireless: NVTL - 3Q Review: Weak Guidance, Trimming Estimates**
NVTL's segment level information revealed faster-than-anticipated declines in the PC card and Embedded product lines, offset by resilience in the USB segment. NVTL is doing a good job of managing the cash cycle, but 4Q guidance points to a significant slowdown, which we believe will carry over to 2009. We're cutting estimates; maintain Underweight Rating.

 * Good Expense Control. NVTL reported a 3Q08 GAAP EPS loss of $0.03 on sales of $78.4 million, aligning with consensus expectations on lowerthan expected revenues (JPMe $0.04 EPS loss/$80.1mm, Street $0.03 loss/$82.4mm). Revenue declined 25% y/y

Exhibit 1
Page 470

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

and gross margins of 21.3% were the lowest we've seen in five years. The company beat our EPS expectations by reining in expenses. Embedded revenues declined 32% y/y, PC Card revenues decline 89% y/y, USBs grew 33% y/y.

 * 4Q08 guidance may disappoint. NVTL is looking for a 4Q GAAP EPS loss of between $(0.06) and $(0.03) on sales of $60-$70mm, well below prior expectations (JPMe $0.02 loss/$78.2mm, Street $0.05/$85.0mm). The company has decent visibility into sell-in so we are adjusting to align with guidance. Carriers are keeping channel inventory tight; we don't expect that to change heading into CY09.

 * We are cutting CY09-CY10 estimates again. We are assuming that the precipitous y/y decline in embedded and PC card sales is the beginning of a trend, caused by competitive chipset-based solutions coming to market. NVTL continues to innovate and seek paths to differentiate, but we are unwilling to give credit until we see results. That said, NVTL is well-funded for the down-turn and can continue investing in R&D.

 * Maintain Underweight Rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash-burn is possible in CY10. We are maintaining our December 2009 Price Target of $4.00, based on a CY09 year-end cash/share of ~$4.00. We expect NVTL to under-perform the mean of our coverage, near-term

Price Target and Rating Analysis

Maintain Underweight Rating. NVTL is trading near cash, but we believe revenue and earnings are in decline and cash-burn is possible in late CY10. We are introducing a December 2009 Price Target of $4.00, based on a CY09 year-end cash/share of ~$4.00. We expect NVTL to under-perform the mean of our coverage, near-term.

Risks to Our Price Target and Rating

Our price target is at risk from changes to the economic outlook, the adoption curve relating to wireless data modems, the competitive landscape in the wireless data market, product cycles, and a change in the trading multiples for the stocks we have under coverage. Our price target for NVTL could prove overly pessimistic if:

 * Broader and deeper end-market adoption than originally anticipated leads to an upward revision of NVTL's addressable market
 * NVTL increases its market share or competitors exit the market leading to improved pricing power
 * NVTL achieves increased efficiencies in development, manufacturing, and certification
 * Introduction of significantly differentiated products lead to ASP increases and margin improvement

*21 November 2008 Research Capital Corporation  - Nick Agostino*
**Novatel Wireless Inc. - Q3/08 Results – Inline With Lowered Expectations But Guidance Disappoints Once Again**
Key Risks
A slowdown in demand for wireless Internet access, increased competition, limited component supplies, adoption of alternative technologies and foreign exchange are all factors that could materially affect the share price.
Corporate Profile
Novatel Wireless Inc. (www.novatelwireless.com) is a leading provider of wireless broadband access solutions. The company offers a broad range of high quality, 3G wireless PC card modems, embedded modems, ruggedized modems and communication software to wireless network operators, distributors, OEMs and vertical markets worldwide.
EVENT – Q3/08 RESULTS
Novatel Wireless held a conference call to discuss its Q3 resul ts last night. Sales of US$78.4 mm were inline wi th the company's recently lowered expectations. Adjusted EPS of US$0.01 was wi thin original guidance of US$0.00-US$0.03, while GAAP EPS loss of US$(0.03) was at the low end of original guidance of US$(0.03) to US$0.00. Q4 guidance unfortunately once again disappoints.
IMPACT – SHARE LOSS IMPACTED Q3; 2H/09 STORY
Lost market share in Q3 due to a prolonged product transition and a distracting accounting review impacted both top and bottom-l ine resul ts.  While carriers have highlighted the overal l macro envi ronment remains intact wi th noted strong channel sell through in Q3, Novatel is guiding to a decline in Q4 revenue as a resul t of prior product delays leading to missed opportuni ties at key carriers. The company is hoping that a refreshed product portfolio and new al ternative revenue sources wi l l begin to show resul ts in 2009. However, we remain cautious and need to see management show better execution before we become optimistic. This has now become a 2H/09 story. Our new estimates are in Figure 2.

Exhibit 1
Page 471

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                 |               |          |                 | VALUATION – ALTHOUGH LOOKS ATTRACTIVE, BE CAUTIOUS |

VALUATION – ALTHOUGH LOOKS ATTRACTIVE, BE CAUTIOUS

We have lowered our price target from US$5.00 to US$4.50 based on a trough multiple of 6.0x 2009 EPS (previously 8.5x) and adding back our 2009 forecast of $4.03 of net cash/share.

RECOMMENDATION – REMAINS A HOLD

2008 has been a challenging year for Novatel . The company has had to deal wi th missed product launches and a distracting accounting review which has led to share losses in some channels. As such, we need to see signs that management is successful ly orchestrating a turnaround before we would suggest investors buy the stock. We remain a HOLD.

VALUATION CATALYSTS – NEW PRODUCTS OR TAKE-OUT

The launch of new di fferentiated devices into the market place could be a catalyst for price appreciation, as well as new OEM design wins and reduced carrier monthly service pricing. Near-term headwinds include economic concerns impacting IT and consumer spending. Furthermore, we bel ieve a take-out of the company is a possibi li ty. Likely sui tors include Huawei , who could benefit from Novatel 's CDMA portfol io and its North American presence, two desi red features for Huawei .

ANALYSIS

Q3 sales inline with lowered expectations: Novatel reported Q3 sales of US$78.4 mm, inl ine wi th our lowered estimate, but below original guidance of US$80-US$85 mm (Figure 1). Revenues were both down Q/Q and Y/Y. A product transition period, ASP declines, and a decrease in EV-DO/HSPA sales are cited as reasons. With EV-DO, carrier vendors Verizon and Sprint, two key customers for Novatel, both reporting strong/increasing demand for modems, we do not bel ieve the EV-DO sales decl ine at Novatel is due to tapering industry demand, but rather a company-specific issue. We heard similar commentary from GSM-based (HSDPA) carriers AT&T and Vodafone, both highlighting the strong demand for the product.

In this regard, we bel ieve that Novatel lost share in North America (at Sprint) to Sierra and in Europe (at Vodafone) to Option as Huawei is becoming less price aggressive in the latter region. As well , both competi tors Sierra and Option indicated in thei r respective Q3 conference cal ls normal ity or a return to normal i ty on ASP pricing trends, which is equally satisfying for the industry in general . The ASP weakness is a reflection of a legacy product offering and an exhaustion of near-term product cost reduction opportunities. Not surprisingly USB product sales lead the top line, accounting for 73% of sales, coming in at US$57 mm for the quarter; roughly a 15% increase Q/Q. Module sales of US$17 mm decreased 35% Q/Q to represent 22% of total sales, whi le ExpressCard sales decl ined by 73% to US$3.9 mm and accounted for 5% of sales. While module sales decl ined sequential ly, Novatel has recently proven to the market that i t can compete wi th Qualcomm's Gobi in this space, having landed a major laptop customer (we bel ieve to be Dell ) to supply its EV-DO modules for the North American market for 2009. EV-DO product sales represented 62% of sales, wi th GSM-based HSDPA product sales accounting for 38% of total revenues. International revenues remained flat as a percentage of total revenue in Q3 at 38%.

Gross margins inline: On a GAAP basis, Novatel reported gross margins of 21.4%. However adjusting for a $335k inventory wri tedown related to legacy HSPA ExpressCards and stock-based compensation, gross margins for the quarter were 21.9%, inline wi th our estimate and guidance. We highl ight that gross margins are down material ly Q/Q due to an abnormal contribution from legacy product sales and a negative impact from foreign exchange. As Novatel refreshes its product portfolio, we expect margins to begin ticking back up starting in Q4/08.

Lower-than-expected opex: Despite the lower top l ine, operating expenses of US$17.6 mm (US$20.9 mm in Q2) came in roughly US$1.2 mm lower than expected, wi th the beneficial differences arising in S&M and R&D. The on-going accounting review resulted in a US$1.3 mm G&A expense (US$1.2-US$1.5 mm guidance) in the quarter. This review is now complete and we do not expect any expenses related to this in Q4. Potential ly offsetting some of this are possible legal expenses to defend two class-action lawsui ts against the company associated wi th i ts accounting review. We have factored this into our forward expense model ing.

EPS mixed: Novatel reported a GAAP EPS loss of US$(0.03), which is at the low end of the company's original guidance due to i ts lower sales real ization. Adjusting for the inventory wri te-down and stock option expenses, adjusted EPS was US$0.01, wi thin our estimate, consensus, and even original guidance. Novatel ended Q3 wi th US$143 mm in net cash (US$4.72/share) including US$14 mm in gains from working capi tal (A/R and inventory gains more that offsetting decl ine in A/P). During Q3, Novatel used an addi tional US$4.6 mm to complete i ts US$25 mm share buy-back program (2.4 mm shares repurchased). The company ended the quarter

Exhibit 1
Page 472

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

with US$178 mm in working capital, which combined wi th i ts net cash posi tion leaves Novatel wel l financed to weather the current economic storm.

Guidance below expectations – cutting estimates: Novatel is providing a Q4 sales guidance range of US$60-US$70 mm, below our estimate and consensus, and reflects a 17% Q/Q revenue decl ine (mid-point) versus ~3% growth for competi tor Sierra. Al though Q4 marks the beginning of a new product cycle for Novatel , the guidance reflects a cautionary stance from carriers wi th thei r orders (placing more frequent, smal ler orders) due to the uncertain economic envi ronment and a near-term focus to better manage cash and working capital (inventory) posi tions; as wel l, Q4 guidance reflects the deferral of the company's retai l content delivery contract. Gross margins are expected to be about 22%-23%, wi th the new di fferentiated product suite having a slightly positive impact despi te stabi lizing ASPs in general . Novatel anticipates a possible decl ine in i ts R&D expenses as nearly all new product certi fications are complete. On the bottom line, Novatel is guiding to a GAAP EPS loss US$(0.06)-US$(0.03) and pro-forma EPS of US$(0.01)- US$0.02, below consensus and our estimate. The company is guiding to a higher than normal tax rate of 40%, likely to continue going forward, which is eating into its profi tabil ity. However, the bottom line should benefit from a lower share count, which has decl ined 10% since Q4/07 to 30.4 mm due to the share buy-back. We have reduced our Q4/08, 2008, and 2009 estimates to reflect company guidance (Figure 2) and to reflect our increasingly conservative stance on expectations.

*November 21, 2008 Piper Jaffray & Co. - T. Michael Walkley, Charles John, CFA*
**Novatel Wireless - Slight Miss, But Strong Balance Sheet: Upgrade to Neutral**
KEY POINTS:

* Novatel Wireless announced Q308 results below our expectations and guided to a weaker Q408. Given the continued transition of its product portfolio and Novatel's carrier customers reducing inventory levels, we are lowering our price target from $6 to $4. However, based on current valuation levels, we are upgrading to Neutral.

* Novatel reported revenue of roughly $78.4M, lower than our $83.4M estimate. However, due to cost controls, proforma EPS of $0.01 was inline with our estimate.

* Pro-forma gross margin of 21.5% in Q308 declined from 24.1% in Q208 and 29.8% in Q307. Management indicated an unfavorable product mix, lower level of sales, and unfavorable foreign currency were the primary reasons for disappointing margins.

* Management indicated it remained on track with its 2H08 product launches. However, management indicated its carrier customers are reducing lead times and lowering inventory levels, resulting in disappointing Q408 guidance of pro-forma EPS of ($0.01)-$0.02 on revenue of $60-$70M versus our $0.13 and $97M estimates.

* Novatel plans to improve longer-term results through an increased focus on accelerating product development efforts, bringing next generation products to market faster, and refocusing sales efforts on large European and North American carriers. However, given the uncertain macro, we have adjusted our 2009 estimates to reflect slower sales trends similar to the Q408 guidance.

* While Novatel announced an embedded module design win with a tier 1 PC OEM, we believe Qualcomm and Ericsson continue to take share from Novatel's embedded solutions division. We believe this division is stabilizing and could post some growth in 2009 if Novatel is successful in entering additional vertical markets.

* Based on increasing caution among Novatel's carrier customers, a slower ramp of new product revenue and intensifying competition, we are lowering our 2008 pro-forma EPS estimate from $0.35 to $0.23 and our 2009 pro-forma estimate from $0.58 to $0.19.

INVESTMENT RECOMMENDATION:
We are upgrading to a Neutral rating primarily due to shares trading below cash levels. Our lowered price target of $4 is based on our estimate of cash levels at roughly $4 per share exiting 2009. Given our expectations of an increase in working capital requirements in 2009, we anticipate a modest use of cash in 2009. Our previous price target was based on 10x FY09E pro-forma EPS.

RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risks include competition for the core PC card business, successful development of new products with stronger margins, and the company's ability to maintain its market share with leading carrier partners.

COMPANY DESCRIPTION:

Exhibit 1
Page 473

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|------|------|------|------|------|

Novatel Wireless is a leading provider of Wide-Area Network data communications access solutions.

*November 21, 2008 Scotia Capital - Gus Papageorgiou, Philip Bassil, Jason Body*
**Weak Q3 Results - Guides to 45% YOY Decline in Q4 Revenues**
Event
 * Novatel reported Q3 2008 results last night.
What It Means
 * Weak Q3 results. Revenues for Q3 came in at US$78.4M roughly 2.9% below our expectations and 4.9% below consensus. EPS came in at negative US$0.03 below our expectation of negative US$0.02 and in line with the Streets estimate of negative US$0.03.
 * Q4 guidance disappoints. The company expects revenue for next quarter to decline further to between US$60 and US$70M and EPS between negative US$0.01 and US$0.02. Revenue guidance was below our US$94M estimate and the Street's US$89M while EPS was also less that our US$0.16 and the Street's US$0.07.
 * Novatel losing market share. Novatel's legacy product portfolio is making it difficult for the company to profitably compete in the space. Although Novatel maintains a strong cash balance, we believe Sierra Wireless is better positioned to gain market share. We reiterate our 3-Sector Underperform rating on Novatel.
Q3/08 Results - Weaker gross margins and declining market share
 * Weak Q3/08 revenues and gross margins: Exhibit 1 outlines the results for the quarter. Overall revenues were down 25.1% year over year and were 2.9% and 4.9% below our and the Street's expectations. USB products contributed 73% of total revenues for the third quarter compared to 41% in the same period last year. The majority of the decline came from PC Card products which contributed 5 % of revenues for Q3/08, down from 35% in Q3/07. OEM sales made up the remaining 22% of revenues for the quarter, down from 24% last year. From a technology perspective, EVDO products made up 62% of Q3/08 revenues and HSPA made up the remaining 38%. Top customer for the quarter included Sprint, Verizon, Telefonica, Vodafone, Dell, Panasonic, Toshiba, and Sony. Gross margin experienced further pressures in the quarter due to an unfavourable currency impact (38% of sales in the quarter were in Euros) and Novatel's legacy product portfolio, mainly at Sprint.
 * Q4 guidance - below expectation:
Management guided to further deterioration in its business for Q4. It expects revenue to be in the range of US$60 million to US$70 million, roughly 31% below our US$94 million and 27% below the Street's US$89 million estimate. Diluted EPS is expected to be between negative US$0.06 and negative US$0.03 on a GAAP basis, significantly below our US$0.16 and the consensus estimate of US$0.07. Exhibit 2 shows our revised numbers.
Novatel losing market share: We believe the company's legacy products at Sprint and its lack of presence with AT&T are costing the company significant market share. While Novatel has seen success with Verizon, its main competitor Sierra Wireless has dominated the AT&T channel. This, combined with what we believe is more intense competition in the Vodafone channel in Europe, will likely continue to reduce Novatel's market share in the near-term. Novatel hopes to revamp its product portfolio and regain traction in the second half of 2009. As carriers continue to aggressively launch marketing campaigns promoting these data card products, we believe adoption rates will continue to present growth opportunities for the leading vendor in the space. We believe the issues Novatel is facing are largely company specific and affected by its product mix, timing as well as its execution.
Valuation and recommendation: Although, Novatel currently maintains US$4.11 per share in net cash, we believe companies with better growth prospects exist in the space. We would advise investors to look at Novatel's main competitor, Sierra Wireless, which we believe continues to gain market share, grow its cash position and is currently trading at an attractive 7.3x P/E multiple, maintains 96% of its share price in cash, and provides a more attractive investment as the leader in the space. We reiterate our 3-Sector Underperform rating on Novatel.

*November 21, 2008 ThinkEquity - Mike Burton*
**Novatel Wireless NVTL: Disappointing Results And Dismal Outlook; Stock Trading Below Cash**
THINK ACTION:

Exhibit 1
Page 474

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
|      |                |               |          |                 |                                                                              |

Novatel Wireless officially reported its disappointing 3Q08 financial results (the 10Q was actually filed on the 17th, which missed the top-line guidance, and the bottom line was at the low end), and provided a weak outlook for Q4. We have lowered our estimates going forward to reflect the reduced guidance and to take a more-cautious forward outlook given the current headwinds. We are lowering our 12-month price target to $5 and maintaining our Accumulate rating.

KEY POINTS:

Revenues Below Guidance, Bottom Line At Lower End: NVTL reported 3Q08 revenues of $78.4M, down 13% Q/Q and 25% Y/Y, missing the lower end of the $80-85M guidance provided by the company. On a GAAP basis, NVTL reported a loss of $0.03 per diluted share, which was at the lower end of the company's guidance of ($0.03)–0.00. However, it did include expenses of $1.3M pertaining to the accounting review process, which is now complete.

Margins Down Significantly: NVTL's pro forma gross margins went down to 21.5% from 26% in 2Q08, and were lower than the 22% guidance provided. We believe that, given the customers' reluctance in stocking of new products as seen with their recently launched products, gross margins may not see major improvements in the near term.

Good Balance Sheet Management Improves Cash Positions: Receivables were down to $44.1M from $66.6M in 2Q08. Inventories also decreased to $30.4M from $37.4M in 2Q08. NVTL's good management of its balance sheet resulted in approximately $8.3M of cash generation over the previous quarter. NVTL's Q4 Guidance: NVTL has guided Q4 revenues in the $60-70M range, and GAAP and non-GAAP earnings in the ($0.06)-(0.03) and ($0.01)-0.02 ranges, respectively. In Q4, the company expects gross margins to be approximately 22-23%. Beyond the macro-malaise, we believe that part of the weak guidance is due to shipments to Sprint being softer than originally anticipated, impacted by a slower ramp from some supply chain hiccups, and exacerbated by the unfavorable impact on HSPA sales to Europe caused by the rise of the dollar.

Estimate Changes: We are updating our estimates for the lowered guidance. We are now estimating $64.5M of revenues and pro forma EPS of ($0.01) next quarter. We expect pro forma gross margin to be 22.2% next quarter and 22.1% in 2009. We estimate revenues for CY08 and CY09 to be $324.0M and $254.3M, with pro forma EPS of $0.20 and ($0.16), respectively. We are estimating that NVTL will burn approximately $15M in cash in 2009 and will have $4.07 net cash per share exiting 2009, with an estimated diluted share count of 32.6M. For the coming quarter, we expect Embedded Sales to be relatively flat on a Q/Q basis, as NVTL will likely lose some major accounts to Gobi, but should see a ramp of sales into other non-notebook applications such as gaming devices and electronic readers.

VALUATION:

 * Price Target And Valuation: We are lowering our price target to $5 from $8. Our $5 price target is based on a 0.12x EV/Sales multiple with estimated 2009 sales of $254.3M and net cash per share of $4.07 at the end of 2009. This is well below historical EV/Sales multiples and its nearest competitor's (Sierra Wireless) current multiple according to Reuters Fundamentals (Exhibit 1).

RISKS TO PRICE TARGET:

 * 3G Network Implementation: The expected growth of NVTL is based upon the implementation and adoption of high-speed 3G networks. If carrier implementation slows, there could be substantial risk to NVTL's growth opportunities. Market Adoption: We believe that the higher-speed 3G networks should accelerate user adoption of PC cards, but any slowdown in user adoption will likely result in slower-than-expected growth for Novatel.

 * Increasing Competition: Increasing competition from other PC card vendors, handset OEMs, and Asian OEMs/ODMs could cause significant pricing and margin for Novatel, and its current lead in the market can be quickly eroded as new vendors come to market with new products that leverage 3G networks.

*21 NOVEMBER 2008 Research Capital Corporation - Nick Agostino*
**Q3/08 Results -Inline With Lowered Expectations But Guidance Disappoints Once Again**
EVENT -Q3/08 RESULTS
Novatel Wireless held a conference call to discuss its Q3 resul ts last night. Sales of US$78.4 mm were inline with the company's recently lowered expectations. Adjusted EPS of US$0.01 was within original guidance of US$0.00-US$0.03, while GAAP EPS loss of US$(0.03) was at the low end of original guidance of US$(0.03) to US$0.00. Q4 guidance unfortunately once again disappoints.

Exhibit 1
Page 475

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

IMPACT -SHARE LOSS IMPACTED Q3; 2H/09 STORY

Lost market share in Q3 due to a prolonged product transition and a distracting accounting review impacted both top and bottomline resul ts. While carriers have highlighted the overall macro envi ronment remains intact with noted strong channel sell through in Q3, Novatel is guiding to a decline in Q4 revenue as a resul t of prior product delays leading to missed opportunities at key carriers. The company is hoping that a refreshed product portfolio and new al ternative revenue sources will begin to show resul ts in Q3. However, we remain cautious and need to see management show better execution before we become optimistic. This has now become a 2H/09 story. Our new estimates are in Figure 2.

VALUATION -ALTHOUGH LOOKS ATTRACTIVE, BE CAUTIOUS

We have lowered our price target from US$5.00 to US$4.50 based on a trough multiple of 6.0x 2009 EPS (previously 8.5x) and adding back our 2009 forecast of $4.03 of net cash/share.

RECOMMENDATION -REMAINS A HOLD

2008 has been a challenging year for Novatel . The company has had to deal with missed product launches and a distracting accounting review which has led to share losses in some channels. As such, we need to see signs that management is successful ly orchestrating a turnaround before we would suggest investors buy the stock. We remain a HOLD.

VALUATION CATALYSTS -NEW PRODUCTS OR TAKE-OUT

The launch of new di fferentiated devices into the market place could be a catalyst for price appreciation, as well as new OEM design wins and reduced carrier monthly service pricing. Near-term headwinds include economic downturns impacting IT and consumer spending. Furthermore, we believe a take-out of the company is a possibi lity. Likely suitors include Huawei , who could benefit from Novatel 's CDMA portfolio and its North American presence, two desi red features for Huawei .

ANALYSIS

Q3 sales inline with lowered expectations: Novatel reported Q3 sales of US$78.4 mm, in line with our lowered estimate, but below original guidance of US$80-US$85 mm (Figure 1). Revenues were both down Q/Q and Y/Y. A product transition period, ASP declines, and a decrease in EV-DO/HSPA sales are cited as reasons. With EV-DO, carrier vendors Verizon and Sprint, two key customers for Novatel, both reporting strong/increasing demand for modems, we do not believe the EV-DO sales decl ine at Novatel is due to tapering industry demand, but rather a company-specific issue. We heard similar commentary from GSM-based (HSDPA) carriers AT&T and Vodafone, both highlighting the strong demand for the product.

In this regard, we believe that Novatel lost share in North America (at Sprint) to Sierra and in Europe (at Vodafone) to Option as Huawei is becoming less price aggressive in the latter region. As well , both competitors Sierra and Option indicated in their respective Q3 conference cal ls normal ity or a return to normal ity on ASP pricing trends, which is equally satisfying for the industry in general . The ASP weakness is a reflection of a legacy product offering and an exhaustion of near-term product cost reduction opportunities. Not surprisingly USB product sales lead the top line, accounting for 73% of sales, coming in at US$57 mm for the quarter; roughly a 15% increase Q/Q. Module sales of US$17 mm decreased 35% Q/Q to represent 22% of total sales, whi le ExpressCard sales decl ined by 73% to US$3.9 mm and accounted for 5% of sales. While module sales declined sequentially, Novatel has recently proven to the market that it can compete with Qualcomm's Gobi in this space, having landed a major laptop customer (we believe to be Dell ) to supply its EV-DO modules for the North American market for 2009. EV-DO product sales represented 62% of sales, with GSM-based HSDPA product sales accounting for 38% of total revenues. International revenues remained flat as a percentage of total revenue in Q3 at 38%.

Gross margins inline: On a GAAP basis, Novatel reported gross margins of 21.4%. However adjusting for a $335k inventory writedown related to legacy HSPA ExpressCards and stock-based compensation, gross margins for the quarter were 21.9%, inline with our estimate and guidance. We highl ight that gross margins are down material ly Q/Q due to an abnormal decline from legacy product sales and a negative impact from foreign exchange. As Novatel refreshes its product portfolio, we expect margins to begin ticking back up starting in Q4/08.

Lower-than-expected opex: Despite the lower top l ine, operating expenses of US$17.6 mm (US$20.9 mm in Q2) came in roughly US$1.2 mm lower than expected, with the beneficial differences arising in S&M and R&D. The on-going accounting review resulted in a US$1.3 mm G&A expense (US$1.2-US$1.5 mm guidance) in the quarter. This review is now complete and we do not expect any

Exhibit 1
Page 476

Novatel Wireless Securities Litigation

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|
| | | | | | expenses related to this in Q4. Potential ly offsetting some of this are possible legal expenses to defend two class-action lawsuits against the company associated with its accounting review. We have factored this into our forward expense model ing. EPS mixed: Novatel reported a GAAP EPS loss of US$(0.03), which is at the low end of the company's original guidance due to its lower sales real ization. Adjusting for the inventory write-down and stock option expenses, adjusted EPS was US$0.01, within our estimate, consensus, and even original guidance. Novatel ended Q3 with US$143 mm in net cash (US$4.72/share) including US$14 mm in gains from working capital (A/R and inventory gains more that offsetting decl ine in A/P). During Q3, Novatel used an additional US$4.6 mm to complete its US$25 mm share buy-back program (2.4 mm shares bought). The company ended the quarter with US$178 mm in working capital, which combined with its net cash position leaves Novatel wel l financed to weather the current economic storm. |
| | | | | | Guidance below expectations -cutting estimates: Novatel is providing a Q4 sales guidance range of US$60-US$70 mm, below our estimate and consensus, and reflects a 17% Q/Q revenue decl ine (mid-point) versus ~3% growth for competitor Sierra. Al though Q4 marks the beginning of a new product cycle for Novatel , the guidance reflects a cautionary stance from carriers with their orders (placing more frequent, smal ler orders) due to the uncertain economic envi ronment and a near-term focus to better manage cash and working capital (inventory) positions; as wel l, Q4 guidance reflects the deferral of the company's retai l content delivery contract. Gross margins are expected to be about 22%-23%, with the new di fferentiated product suite having a slightly positive impact despite stabi lizing ASPs in general . Novatel anticipates a possible decl ine in its R&D expenses as nearly all new product certi fications are complete. On the bottom line, Novatel is guiding to a GAAP EPS loss US$(0.06)-US$(0.03) and pro-forma EPS of US$(0.01)-US$0.02, below consensus and our estimate. The company is guiding to a higher than normal tax rate of 40%, likely to continue going forward, which is eating into its profitabil ity. However, the bottom line should benefit from a lower share count, which has decl ined 10% since Q4/07 to 30.4 mm due to the share buy-back. We have reduced our Q4/08, 2008, and 2009 estimates to reflect company guidance (Figure 2) and to reflect our increasingly conservative stance on expectations. |
| 11/24/2008 | 525,604 | $3.34 | -5.11% | (3.83) | *Date: Nov 24 2008  8:30:01 Wire: Business Wire (BUS)* |
| | | | | | **Novatel Wireless Compliant with NASDAQ Listing Requirements** |
| | | | | | SAN DIEGO -- November 24, 2008 Novatel Wireless, Inc. (NASDAQ:NVTL), a leading provider of wireless broadband access solutions, today announced that it has received formal  notice from The NASDAQ Stock Market LLC confirming that the Company has regained compliance with all requirements for continued listing on NASDAQ. |
| | | | | | Accordingly, the Company's securities will continue to be listed on The NASDAQ Global Select Market. |
| | | | | | *November 24, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera.* |
| | | | | | **Novatel Wireless, Inc. NVTL - Working on a Strategy for Challenging Times** |
| | | | | | Action |
| | | | | | After filing its 3Q08 10-Q last week, NVTL held a conference call to discuss results and provided guidance for 4Q08. While the outlook is poor, expectations were already quite low. Fundamentally, we believe that NVTL is strategically challenged as it fights against mounting competition from Qualcomm's Gobi solution and a weakening economic environment. While NVTL shares are trading at approximately cash value, NVTL faces the risk of cash burn, particularly if a few lost orders result in a precipitous revenue drop. We therefore maintain our Market Perform rating while cutting our price target from $7 to $4.75. |
| | | | | | Key Details and Summary Perspectives |
| | | | | | * Results - See the table below. A complete variance and comparative are also attached. |
| | | | | | Strategic Challenges - We have spent time observing Qualcomm's positioning on Gobi, and we continue to see Qualcomm as treating Gobi as a serious initiative designed to make laptop cellular modem access ubiquitous. While the near-term pressure from Gobi has been on NVTL's embedded sales (16% of sales in 2007), Qualcomm's stated goal is to cut prices and grow the market for embedded modules. The concern is that this will naturally decrease the size of the after-market for cellular modems. At the same time, NVTL continues to face pressure from existing competitors and the threat of pressure from new entrants. |
| | | | | | * Searching for New Product Categories - NVTL is partly in search of a strategy that allows it to re-attain growth, or at least offset |

Exhibit 1
Page 477

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|------------------------------------------------------------------------------|

the losses in its core business. Its agreement with AutoNet to provide a mobile Wi-Fi router for cars, powered by a NVTL module, is one example of this strategy. NVTL also mentioned a new product category, to be described in greater detail later this quarter, with the hope of generating a recurring revenue stream. Ultimately, we believe that new product categories will be necessary for NVTL to attain growth over the long term, but we are cautious on the potential for any of NVTL's initiatives thus far.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from Novatel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 38% of sales were generated internationally and 62% domestically during 3Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

\* Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

  1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV and billboard advertising, including a Super Bowl ad by Sprint.

  2) Increased subsidies on modems to reduce the up-front cost to customers - This has also been a continuing trend. Prices for modems are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005.

  3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility.

Price Target Justification

Our $4.75 price target is based on NVTL's net cash position, with the potential for further cash generation offset by the potential for cash burn.

Potential Catalysts

\* Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL.

\* New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off.

Risks

\* Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing.

\* Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides

Exhibit 1
Page 478

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so. |
| | | | | | * Accounting Review - NVTL is currently in the process of an extended accounting review. This generates uncertainty in the shares, and it could potentially generate additional expenses and legal liability. |
| 11/25/2008 | 356,953 | $3.62 | 8.38% | 3.20 | |
| 11/26/2008 | 702,109 | $3.87 | 6.91% | 1.15 | |
| 11/28/2008 | 219,470 | $3.83 | -1.03% | (0.52) | |
| 12/1/2008 | 639,540 | $3.73 | -2.61% | 1.59 | |
| 12/2/2008 | 709,928 | $3.58 | -4.02% | (2.65) | |
| 12/3/2008 | 699,637 | $3.42 | -4.47% | (2.59) | |
| 12/4/2008 | 763,084 | $3.08 | -9.94% | (2.85) | |
| 12/5/2008 | 621,155 | $3.15 | 2.27% | (0.52) | |
| 12/8/2008 | 474,406 | $3.26 | 3.49% | 0.02 | *December 8, 2008 Morgan Joseph & Co. Inc. - David B. Kestenbaum* **Novatel Wireless, Inc.- Discontinuing Research Coverage Due to Analyst's Departure** Investment Highlights: * We are discontinuing research coverage of Novatel Wireless, Inc. due to the analyst's departure. * The final rating that appeared on our last note, published on October 23, 2008, was Hold. Our final rating and financial estimates should not be relied upon going forward |
| 12/9/2008 | 253,381 | $3.12 | -4.29% | (1.21) | |
| 12/10/2008 | 240,824 | $3.15 | 0.96% | (0.05) | *10 December 2008 Research Capital Corporation - Nick Agostino* **EVENT -RESIGNATION OF PRESIDENT** Novatel Wireless announced that Brad Weinart has resigned f rom his post as President of the company effective immediately. Mr . Weinar t had joined Novatel in 2003 and in addit ion to being the President of the company, has also served t ime as Chief Operat ing Off icer . A successor has not been named as of yet. His depar ture however does not impact our out look for the company. We remain a HOLD with a US$4.50 price target based on 6x our 2009 EPS estimate + net cash/share. OPINION -WITH COMPANY SUFFERING THROUGH POOR EXECUTION AND LOST MARKET SHARE, RESIGNATION NOT A SURPRISE Dur ing his tenure, Mr. Weinar t made several key cont r ibut ions to Novatel Wi reless, specif ical ly within the company's embedded modules unit, and more recent ly as COO responsible for day- to-day operations. Having been, in our view, over looked for the vacated CEO posit ion which was eventually f i lled by the former CEO and cur rent Chai rman, Peter Leparulo, may have been a t ipping point in Mr . Weinar t's decision to leave the company. Also, with Novatel suffer ing through a per iod of lost market share due to, in our opinion, poor execut ion in del iver ing new products to market in a t imely fashion to gain prefer red channel position, we believe a management shakeup may have been war ranted. As such, we are not surprised by today's announcement and are hopeful that a change in day-to-day operational management can help lead a turnaround for Novatel. |
| 12/11/2008 | 345,485 | $2.89 | -8.25% | (2.06) | |
| 12/12/2008 | 394,656 | $3.11 | 7.61% | 2.13 | |
| 12/15/2008 | 740,756 | $2.86 | -8.04% | (2.44) | *December 15, 2008 Avondale Partners - John F. Bright, Thomas M. Kucera* **Novatel Wireless, Inc. NVTL - Management Changes & New Product** Action Earlier this week, NVTL announced that its President, Brad Weinert, has resigned. This resignation is not surprising, and it does not affect our long-term thesis on this name. Near-term, however, it may portend forthcoming negative news -- specifically, a lost order in |

Exhibit 1
Page 479

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|------|-----------------|---------------|----------|-----------------|-------------------------------------------------------------------------------|

4Q. NVTL also announced a new product this week, its "MiFi" pocket-sized 3G/Wi-Fi router. While this category may have potential, we regard it as a very early-stage emerging product that is unlikely to have a meaningful revenue impact in 2009. Overall, while NVTL shares are trading at a significant discount to cash, we believe that the risk of cash burn has grown amid economic weakness and the concern regarding lost orders. We therefore maintain our Market Perform rating.

Key Details and Summary Perspectives

  * Departure of Brad Weinert - NVTL announced on December 10th that its President, Brad Weinert, has resigned. We suspect that the departure was not voluntary. Recall that Weinert served as COO until Peter Leparulo announced in October 2006 that he would step down as CEO and instead take the role of Executive Chairman while retaining a focus on long-term strategic issues. Weinert was then given the position of interim CEO. The board then began a search for a new CEO. This proved unsuccessful and Weinert was instead named President in October 2007, while Leparulo retained the title of Executive Chairman, thus the company had a non-traditional management structure with no CEO. This proved untenable, and in April 2008, Leparulo re-assumed the title of CEO after NVTL lost a major order (we think from Verizon), though Weinert retained the title of President. At that point, the eventuality of Weinert's departure appeared inevitable.

  * Timing of the Announcement - Recall that Leparulo's return to the company coincided with a major miss in 1Q08 due to a lost order from Verizon and a delayed product to be shipped to UK carrier O2. From this standpoint, Weinert's departure may presage another negative quarter that has been attributed to weak execution.

  * New Product - NVTL's new MiFi product is effectively a pocket-sized Wi-Fi router that uses a cellular modem for an Internet connection. The idea is that someone could carry it around and use it to provide an Internet connection for a whole group of laptops or other devices, initially targeting enterprise applications where a group of workers are in a remote location. This is an emerging product category, and we expect demand to develop very slowly. It is another example of NVTL's efforts to develop new categories that diversify its business.

Details

Concerns of Cash Burn - While NVTL's deep discount to cash may be tempting from a certain deep value standpoint, we are cautious. We expect NVTL to burn cash over the next three quarters, resulting in $4.43 per share in net cash by the end of 2Q09. Perhaps the greatest risk is that NVTL will choose to spend a major component of its cash on an acquisition designed to diversify the business, as competitor SWIR recently did.

Thus, while NVTL's liquidation value may meaningfully exceed its share price, we do not anticipate a liquidation in the near term, which creates the risk that NVTL's liquidation value could plummet.

Company Description

Novatel Wireless was founded in 1996 as a spin-off from Novatel Communications, a publicly traded Canadian based maker of GPS products. Headquartered in San Diego, NVTL went public in November of 2000. The company designs and manufactures cellular modems in three primary form factors: PC data cards, USB modems, and embedded modules. NVTL distributes and sells its products through wireless operators, original equipment manufacturers (OEMs) and value-added resellers (VARs) in Europe, North America, Asia Pacific, Middle East and Latin America. The bulk of its sales are to wireless carriers and we believe of some of its largest customers are Sprint, Verizon, Orange, and Vodafone.

About 38% of sales were generated internationally and 62% domestically during 3Q08. NVTL has approximately 320 employees and maintains its research and development office in Calgary, Alberta, Canada. Manufacturing of NVTL's products is outsourced to LG Innotek in South Korea and IAC in Taiwan.

Investment Thesis

  * Carriers Have Strong Incentives to Push Adoption and Capture Share. Wireless carriers face an environment of declining voice ARPU (average revenue per user) and are reliant upon data ARPU to drive growth, particularly as voice penetration approaches saturation levels. As adoption of mobile data increases, consumers are likely to form habits and be more resistant to change. Carriers therefore have strong incentives to push adoption of modems in order to lock in market share at this early stage vs. Wi-Fi. We expect the competitive environment for data access is likely to intensify, with carriers employing three key tactics:

   1) Increased spending on marketing campaigns - This began in 2006, with full-page ads running in national newspapers, as well as TV

Exhibit 1
Page 480

**Novatel Wireless Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic (1) | Selected Press Releases, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | and billboard advertising, including a Super Bowl ad by Sprint. |
| | | | | | 2) Increased subsidies on modems to reduce the up-front cost to customers - This has also been a continuing trend. Prices for modems are now frequently in the $0 to $50 range at the top three carriers, while they ranged from $150 to $250 at the start of 2005. |
| | | | | | 3) Reduce the monthly costs of data plans - From 2005 to 2006, monthly costs for unlimited data plans dropped from $80 to $60, but they have remained frozen at this level for some time. However, particularly as carrier price competition heats up, we see further cuts as a distinct possibility. |
| | | | | | Price Target Justification |
| | | | | | Our $4.75 price target is based on NVTL's net cash position, with the potential for further cash generation offset by the potential for cash burn. |
| | | | | | Potential Catalysts |
| | | | | | * Operators Announce Rate Cuts for Data Plans - So far, carriers have aggressively marketed cellular modems with heavy advertising and increased subsidies. However, the carriers have so far worked hard to maintain the recurring revenue stream from their wireless data plans, priced at $60 in the U.S. More recently, however, price competition among carriers appears to have begun heating up for voice plans. If the carriers begin cutting the pricing of their modem data plans, we believe this could generate upside for NVTL. |
| | | | | | * New Product Verticals - NVTL has recently launched a Wi-Fi/3G product for automobiles in a partnership with AutoNet. NVTL has hinted at launches of additional products that could represent upside to its guidance. These launches are particularly compelling if, as in the case of AutoNet, NVTL's partner bears the downside risk of the investment if the product does not take off. |
| | | | | | Risks |
| | | | | | * Barriers to Entry are Low and Competition is High - While competitive barriers to entry do exist (capital, technology, distribution channels, wireless carrier relationships and certification processes), they are not insurmountable. Handset manufacturers are particularly well-positioned to develop PC cards, and the market could begin to interest them more as it grows larger. In addition, international competitors such as Huawei could expand into the North American market, while Belgium-based Option may respond to its weakness with more aggressive pricing. |
| | | | | | * Book-and-Ship Business Model - NVTL and its competitors operate under a book-and-ship business model, which provides relatively low visibility into future performance, with the possibility of an unexpected drop in demand if carriers begin to build up inventory. In addition, carriers are able to quickly switch up their suppliers or take on additional suppliers if they see an advantage to doing so. |
| | | | | | * Accounting Review - NVTL is currently in the process of an extended accounting review. This generates uncertainty in the shares, and it could potentially generate additional expenses and legal liability. |
| 12/16/2008 | 864,732 | $3.45 | 20.63% | 6.02 | |
| 12/17/2008 | 1,235,384 | $3.71 | 7.54% | 2.93 | |
| 12/18/2008 | 609,886 | $3.93 | 5.93% | 2.64 | |
| 12/19/2008 | 928,157 | $4.05 | 3.05% | 0.84 | |
| 12/22/2008 | 426,254 | $4.00 | -1.23% | 0.07 | |
| 12/23/2008 | 383,226 | $4.16 | 4.00% | 1.63 | |
| 12/24/2008 | 151,695 | $4.08 | -1.92% | (0.85) | |
| 12/26/2008 | 637,572 | $4.28 | 4.90% | 1.65 | |
| 12/29/2008 | 425,371 | $4.24 | -0.93% | (0.03) | |
| 12/30/2008 | 462,116 | $4.20 | -0.94% | (1.20) | |
| 12/31/2008 | 555,376 | $4.64 | 10.48% | 3.33 | |

(1) Regression using NASDAQ Composite: beta=0.79; standard deviation=2.7%; r-squared=6.4%; t-statistic=4.2, control period on year prior to Class Period

Exhibit 1
Page 481

# Exhibit E

Exhibit 1
Page 482

**Novatel Wireless Securities Litigation**
Market Makers for Novatel from February 2007 through November 2008

| # | ID | Name | Volume (1) |
|---|-----|------|-----------|
| 1 | LEHM | BARCLAYS CAPITAL INC. | 38.162MLN |
| 2 | UBSS | UBS SECURITIES LLC. | 36.427MLN |
| 3 | CHLM | CRAIG-HALLUM CAPITAL GROUP LLC | 36.129MLN |
| 4 | NITE | KNIGHT EQUITY MARKETS, L.P. | 29.844MLN |
| 5 | GSCO | GOLDMAN SACHS | 25.814MLN |
| 6 | FBCO | CREDIT SUISSE FIRST BOSTON LLC | 24.913MLN |
| 7 | CDRG | CITADEL DERIVATIVES GROUP LLC | 22.971MLN |
| 8 | MSCO | MORGAN STANLEY & CO., INCORPOR | 21.826MLN |
| 9 | SBSH | CITIGROUP GLOBAL MARKETS INC. | 21.769MLN |
| 10 | MLCO | MERRILL LYNCH | 21.133MLN |
| 11 | JPMS | J.P. MORGAN SECURITIES INC. | 19.062MLN |
| 12 | RBCM | RBC CAPITAL MARKETS | 14.447MLN |
| 13 | BOFA | BANC OF AMERICA SECURITIES LLC | 12.89MLN |
| 14 | BEST | BEAR, STEARNS & CO. INC. | 12.162MLN |
| 15 | DBAB | DEUTSCHE BANK SECURITIES INC. | 10.201MLN |
| 16 | COWN | COWEN & CO., LLC | 7.326MLN |
| 17 | ETRD | E*TRADE CAPITAL MKTS LLC | 7.224MLN |
| 18 | NFSC | NATIONAL FINANCIAL SERVICES LL | 6.388MLN |
| 19 | MADF | BERNARD L. MADOFF | 6.223MLN |
| 20 | LIMB | LIME BROKERAGE LLC | 5.26MLN |
| 21 | JEFF | JEFFERIES & COMPANY, INC. | 4.863MLN |
| 22 | PERT | PERSHING TRADING COMPANY L.P. | 3.589MLN |
| 23 | AUTO | AUTOMATED TRADING DESK FINANCI | 3.537MLN |
| 24 | CANT | CANTOR FITZGERALD & CO. | 3.523MLN |
| 25 | OPCO | OPPENHEIMER & CO. INC. | 3.446MLN |
| 26 | SUSQ | SUSQUEHANNA CAPITAL GROUP | 3.185MLN |
| 27 | TWPT | THOMAS WEISEL PARTNERS LLC | 3.011MLN |
| 28 | WEED | WEEDEN & CO.L.P. | 2.41MLN |
| 29 | PIPR | PIPER JAFFRAY & CO. | 2.307MLN |
| 30 | JSSF | JMP SECURITIES LLC | 2.013MLN |
| 31 | HDSN | HUDSON SECURITIES | 1.142MLN |
| 32 | AVON | AVONDALE PARTNERS, LLC | 1.139MLN |
| 33 | MERI | MERRIMAN CURHAN FORD & CO. | 1.09MLN |
| 34 | NATL | NATIONAL SECURITIES CORP. | 1.043MLN |
| 35 | WCHV | WACHOVIA CAPITAL MARKETS, LLC | 1.007MLN |
| 36 | CIBC | CIBC WORLD MARKETS CORPORATION | 864,064 |
| 37 | TMBR | TIMBER HILL LLC | 728,282 |
| 38 | BERN | SANFORD C. BERNSTEIN AND CO. I | 628,748 |
| 39 | NEED | NEEDHAM AND CO. | 625,062 |
| 40 | KING | C. L. KING & ASSOCIATES, INC. | 455,610 |
| 41 | WDSB | HELFANT GROUP, INC. | 454,444 |
| 42 | MAXM | MAXIM GROUP, LLC | 454,035 |
| 43 | RHCO | SUNTRUST CAPITAL MARKETS, INC. | 355,492 |
| 44 | ADAM | Canacord Adams | 260,741 |
| 45 | FBRC | FRIEDMAN, BILLINGS, RAMSEY & C | 248,782 |
| 46 | STFL | STIFEL NICOLAUS | 227,470 |
| 47 | GROW | PACIFIC GROWTH EQUITIES, LLC | 220,346 |
| 48 | THNK | THINKEQUITY PARTNERS LLC | 218,192 |

Exhibit 1
Page 483

**Novatel Wireless Securities Litigation**

Market Makers for Novatel from February 2007 through November 2008

| # | ID | Name | Volume (1) |
|---|-----|------|-----------|
| 49 | SUFI | SUSQUEHANNA FINANCIAL GROUP, I | 170,509 |
| 50 | RAJA | RAYMOND JAMES AND ASSOCIATES I | 158,026 |
| 51 | DOMS | DOMESTIC SECURITIES, INC. | 125,617 |
| 52 | GARC | GARBAN CORPORATES LLC | 97,600 |
| 53 | BMOC | BMO CAPITAL MARKETS | 67,396 |
| 54 | BARD | ROBERT W. BAIRD & CO. INCORPOR | 45,500 |
| 55 | FRAN | WM. V. FRANKEL & CO., INCORPOR | 43,782 |
| 56 | HDLY | J J B HILLIARD W L LYONS | 32,517 |
| 57 | JPTC | J.P. TURNER AND COMPANY L.L.C. | 24,887 |
| 58 | PRUS | PRUDENTIAL EQUITY GROUP, INC. | 7,303 |
| 59 | LIME | LIME BROKERAGE LLC | 4,500 |

(1) Source: Bloomberg

Exhibit 1
Page 484

# Exhibit F

Exhibit 1
Page 485

<HELP> for explanation.                                               Equity **SI**
Hit <MENU> to return to graph, <PAGE> to continue
NVTL US Equity      95) Sector Analysis    96) Update Schedule        Page 2/4  Short Interest
Date 01/01/07  - 11/30/08    Display Avg Volume   Display Price

| | Short Interest | 4,178,040 | SI Ratio | 9.34 | % Float | 13.84 |
| | Change In SI | -278,965 | Change in SIR | -1.86 | Change in % Float | -0.92 |

| Date | Short Interest | Close | Avg Daily Vol | Short Int Ratio |
|---|---|---|---|---|
| 11/28/2008 | 4,178,040 | 3.83 | 447,468 | 9.34 |
| 11/14/2008 | 4,457,005 | 4.55 | 398,048 | 11.20 |
| 10/31/2008 | 5,472,463 | 5.21 | 561,988 | 9.74 |
| 10/15/2008 | 6,752,269 | 4.75 | 686,597 | 9.83 |
| 09/30/2008 | 8,341,346 | 6.06 | 931,569 | 8.95 |
| 09/15/2008 | 10,323,962 | 5.86 | 713,991 | 14.46 |
| 08/29/2008 | 10,763,776 | 6.23 | 1.72 M | 6.24 |
| 08/15/2008 | 10,622,065 | 9.15 | 770,306 | 13.79 |
| 07/31/2008 | 11,101,305 | 9.35 | 940,135 | 11.81 |
| 07/15/2008 | 12,717,469 | 10.09 | 985,337 | 12.91 |
| 06/30/2008 | 12,332,788 | 11.13 | 1.03 M | 11.95 |
| 06/13/2008 | 11,560,144 | 11.93 | 1.59 M | 7.27 |
| 05/30/2008 | 9,878,418 | 10.31 | 1.03 M | 9.62 |
| 05/15/2008 | 9,477,770 | 9.45 | 1.11 M | 8.53 |
| 04/30/2008 | 10,061,924 | 8.92 | 1.39 M | 7.23 |
| 04/15/2008 | 10,499,419 | 7.76 | 2.62 M | 4.00 |
| 03/31/2008 | 8,303,726 | 9.68 | 1.15 M | 7.22 |
| 03/14/2008 | 8,471,503 | 8.88 | 1.49 M | 5.68 |

Exhibit 1
Page 486

<HELP> for explanation.                                            Equity **S I**
Screen Printed
NVTL US Equity      95) Sector Analysis   96) Update Schedule        Page 3/4  Short Interest
Date 01/01/07  - 11/30/08    Display Avg Volume  Display Price

| | | | |
|---|---|---|---|
| Short Interest | 4,178,040 | SI Ratio | 9.34 | % Float | 13.84 |
| Change In SI | -278,965 | Change in SIR | -1.86 | Change in % Float | -0.92 |

| Date | Short Interest | Close | Avg Daily Vol | Short Int Ratio |
|---|---|---|---|---|
| 02/29/2008 | 8,567,725 | 10.58 | 2.66 M | 3.22 |
| 02/15/2008 | 8,893,386 | 13.35 | 917,094 | 9.70 |
| 01/31/2008 | 8,925,102 | 16.00 | 390,308 | 10.02 |
| 01/15/2008 | 9,303,452 | 15.18 | 1.20 M | 7.76 |
| 12/31/2007 | 9,310,848 | 16.20 | 574,721 | 16.20 |
| 12/14/2007 | 9,859,404 | 16.93 | 882,084 | 11.18 |
| 11/30/2007 | 9,482,304 | 15.54 | 1.30 M | 7.31 |
| 11/15/2007 | 9,940,922 | 16.51 | 2.72 M | 3.65 |
| 10/31/2007 | 8,205,057 | 26.00 | 1.44 M | 5.71 |
| 10/15/2007 | 7,895,944 | 25.80 | 1.16 M | 6.81 |
| 09/28/2007 | 8,316,721 | 22.65 | 1.01 M | 8.25 |
| 09/14/2007 | 9,177,753 | 23.23 | 745,108 | 12.32 |
| 08/15/2007 | 8,657,012 | 21.15 | 2.01 M | 4.30 |
| 07/13/2007 | 7,251,835 | 27.75 | 1.16 M | 6.23 |
| 06/15/2007 | 8,368,865 | 24.98 | 1.50 M | 5.57 |
| 05/15/2007 | 7,276,656 | 19.24 | 1.49 M | 4.88 |
| 04/13/2007 | 5,942,802 | 17.43 | 1.48 M | 4.01 |
| 03/15/2007 | 6,838,672 | 14.58 | 1.15 M | 5.97 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000    U.S. 1 212 318 2000      Copyright 2009 Bloomberg Finance L.P.
SN 164304 H191-937-0 11-Dec-2009 21:24:09

Exhibit 1
Page 487

<HELP> for explanation.                                              Equity S I
Screen Printed
NVTL US Equity        95) Sector Analysis    96) Update Schedule         Page 4/4  Short Interest
Date 01/01/07  -  11/30/08   ☞Display Avg Volume  ☞Display Price
      Short Interest      4,178,040      SI Ratio          9.34        % Float          13.84
      Change In SI        -278,965   Change in SIR        -1.86   Change in % Float    -0.92

| Date | Short Interest | Close | Avg Daily Vol | Short Int Ratio |
|------|----------------|-------|---------------|-----------------|
| 02/15/2007 | 5,473,991 | 12.29 | 1.22 M | 4.50 |
| 01/12/2007 | 4,487,803 | 10.82 | 705,964 | 6.36 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2009 Bloomberg Finance L.P.
                                                              SN 164304 H191-937-0 11-Dec-2009 21:24:14

Exhibit 1
Page 488

# Exhibit G

Exhibit 1
Page 489

**Novatel Wireless Securities Litigation**

Quarterly Share Ownership for Reporting Institutions

| Investor Name | 31-Mar-07 | 30-Jun-07 | 30-Sep-07 | 31-Dec-07 | 31-Mar-08 | 30-Jun-08 | 30-Sep-08 |
|---|---|---|---|---|---|---|---|
| 300 NORTH CAPITAL, LLC | 571,383 | 270,123 | 483,773 | 315,733 | 320,033 | 0 | 0 |
| AAD CAPITAL MANAGEMENT, L.P. | 0 | 0 | 0 | 0 | 0 | 650,000 | 700,000 |
| ABERDEEN ASSET MANAGERS LTD. | 0 | 0 | 0 | 1,000 | 1,851 | 3,801 | 0 |
| ABSOLUTE RETURN CAPITAL, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 21,500 |
| ACADIAN ASSET MANAGEMENT LLC | 0 | 0 | 0 | 208,200 | 0 | 249,900 | 830,975 |
| ADVANCED INVT PARTNERS, LLC | 27,631 | 0 | 81,959 | 0 | 0 | 0 | 0 |
| AH LISANTI CAPITAL GR, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALESCO ADVR LLC | 0 | 0 | 15,000 | 15,000 | 0 | 0 | 0 |
| ALGERT COLDIRON INVESTORS L.L. | 0 | 0 | 21,720 | 53,100 | 38,940 | 18,200 | 0 |
| ALLIANZ DRESDNER ASSET MGMT AM | 520,900 | 359,600 | 200,608 | 0 | 0 | 0 | 0 |
| ALLSTATE INSURANCE COMPANY | 0 | 8,900 | 0 | 0 | 0 | 0 | 0 |
| ALYDAR PARTNERS, LLC | 0 | 0 | 0 | 0 | 0 | 800,000 | 0 |
| AMERICAN CENT INVESTMENT MGMT. | 565,629 | 482,597 | 195,950 | 0 | 0 | 0 | 0 |
| AMERICAN INTL GROUP INC | 97,147 | 85,015 | 30,647 | 67,710 | 27,679 | 28,706 | 28,762 |
| AMVESCAP PLC LONDON | 237,400 | 460,401 | 500,092 | 158,701 | 85,928 | 85 | 85 |
| AQR CAPITAL MANAGEMENT, LLC | 22,700 | 0 | 0 | 58,100 | 57,900 | 53,500 | 23,300 |
| ARONSON + JOHNSON + ORTIZ L.P. | 257,800 | 476,800 | 355,800 | 22,500 | 0 | 0 | 0 |
| ARROWSTREET CAPITAL, L.P. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARTIS CAPITAL MANAGEMENT L.P. | 2,414,268 | 0 | 0 | 141,076 | 0 | 0 | 25,401 |
| ASHFIELD CAPITAL PARTNERS, LLC | 0 | 0 | 12,614 | 102,009 | 0 | 0 | 0 |
| ASPECT CAPITAL LIMITED | 0 | 0 | 0 | 13,700 | 20,700 | 0 | 0 |
| ASSET MGMT GROUP OF BK OF HI | 0 | 0 | 13,100 | 12,300 | 0 | 0 | 0 |
| AXA FINANCIAL, INC. | 24,720 | 34,620 | 246,014 | 179,861 | 149,272 | 26,510 | 26,510 |
| AXIAL CAPITAL MGMT, L.L.C. | 0 | 0 | 500,000 | 1,484,027 | 0 | 0 | 0 |
| BAIRD INVESTMENT MANAGEMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BALYASNY ASSET MANAGEMENT LP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BAM CAPITAL, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BANK LEU AG | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BANK OF AMERICA CORPORATION | 99,367 | 183,640 | 229,312 | 199,493 | 378,398 | 123,433 | 117,615 |
| BANKMONT FINANCIAL CORP | 0 | 0 | 0 | 33,505 | 34,562 | 28,930 | 165,837 |
| BARCLAYS BANK PLC | 1,479,249 | 2,031,768 | 2,161,813 | 2,057,867 | 2,168,862 | 2,132,805 | 2,580,049 |
| BATTERYMARCH FINL MGMT, INC. | 0 | 0 | 0 | 0 | 485,550 | 0 | 0 |
| BEAR, STEARNS & CO. INC. | 3,800 | 80 | 4,522 | 115 | 27,163 | 0 | 0 |
| BECKER CAPITAL MGMT, INC. | 0 | 0 | 0 | 0 | 666,525 | 246,701 | 238,556 |
| BERNARD L. MADOFF INV SECS | 20,592 | 0 | 0 | 0 | 0 | 0 | 0 |
| BJURMAN, BARRY & ASSOCIATES | 0 | 0 | 252,930 | 223,995 | 0 | 0 | 0 |
| BLACK MESA CAPITAL LLC | 26,829 | 91,708 | 0 | 0 | 0 | 0 | 0 |
| BLACK RIVER ASSET MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLACKROCK ADVISORS, LLC | 208 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLACKROCK INC | 0 | 0 | 2,300 | 1,160 | 0 | 0 | 0 |
| BLACKROCK INVESTMENT MGMT, LLC | 126,869 | 140,960 | 146,360 | 127,477 | 127,227 | 88,817 | 90,117 |
| BLACKROCK INVT MGMT (UK) LTD. | 0 | 0 | 0 | 0 | 2,360 | 2,560 | 0 |
| BLACKROCK JAPAN CO., LTD. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BNP PARIBAS ARBITRAGE SA | 0 | 0 | 0 | 40,000 | 0 | 0 | 48,343 |
| BNP PARIBAS SECURITIES CORP | 93,328 | 0 | 0 | 0 | 0 | 0 | 0 |
| BNY MELLON ASSET MANAGEMENT | 5,398 | 4,739 | 977 | 0 | 0 | 0 | 0 |
| BOGLE INVESTMENT MGMT, L.P. | 0 | 0 | 28,267 | 0 | 47,450 | 0 | 0 |
| BOWLING PORTFOLIO MGMT LLC | 0 | 0 | 0 | 0 | 19,048 | 0 | 0 |
| BRANDYWINE GBL INV MGMT, LLC | 0 | 0 | 0 | 0 | 1,800 | 2,300 | 2,300 |
| BRIDGEWAY CAPITAL MGMT, INC. | 0 | 0 | 108,300 | 301,800 | 138,800 | 0 | 0 |
| BRIGHTFIELD CAPITAL MGMT LLC | 230,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| BROWN INVESTMENT ADVISORY INC. | 0 | 70,070 | 121,470 | 154,170 | 263,670 | 270,320 | 141,620 |
| BUCKHEAD CAPITAL MGMT, L.L.C. | 1,350,685 | 1,253,115 | 758,600 | 1,585,325 | 1,782,375 | 2,495,453 | 2,761,758 |
| BURNHAM ASSET MANAGEMENT CORP | 0 | 0 | 0 | 9,680 | 0 | 0 | 15,300 |
| C. M. BIDWELL & ASSOC, LTD. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CADENCE CAPITAL MGMT, LLC | 0 | 0 | 0 | 162,390 | 0 | 0 | 0 |
| CALAMOS PTNR LLC | 0 | 0 | 60,000 | 0 | 0 | 0 | 0 |
| CALIFORNIA PUBLIC EMP RET SYS | 159,700 | 159,700 | 159,700 | 111,400 | 83,060 | 1,000 | 24,140 |
| CANADA PENS PLAN INVESTMENT BD | 0 | 14,000 | 44,400 | 44,400 | 33,600 | 0 | 0 |
| CAPITAL GUARDIAN TRUST COMPANY | 729,100 | 267,400 | 255,000 | 383,300 | 309,000 | 307,700 | 277,300 |
| CAPITAL ONE FINANCIAL CORP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CAPSTONE ASSET MANAGEMENT CO | 0 | 9,330 | 0 | 0 | 10,890 | 0 | 0 |
| CARDINAL CAPITAL MGMT, L.L.C. | 0 | 606,540 | 1,007,060 | 1,296,020 | 2,144,540 | 2,031,670 | 1,703,720 |
| CASTLEARK MANAGEMENT, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CATAPULT CAPITAL MGMT LLC | 0 | 0 | 0 | 0 | 0 | 140,000 | 0 |
| CAXTON ASSOCIATES LP | 399,809 | 560,031 | 0 | 0 | 0 | 0 | 0 |
| CCM PARTNERS, LP | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| CGNU PLC (UK) | 42,000 | 35,000 | 0 | 0 | 0 | 0 | 0 |
| CHARLES SCHWAB INVT MGMT, INC. | 0 | 755 | 755 | 755 | 0 | 0 | 0 |
| CHICAGO EQUITY PARTNERS, LLC | 0 | 0 | 36,475 | 82,550 | 0 | 0 | 0 |

Exhibit 1
Page 490

**Novatel Wireless Securities Litigation**

Quarterly Share Ownership for Reporting Institutions

| Investor Name | 31-Mar-07 | 30-Jun-07 | 30-Sep-07 | 31-Dec-07 | 31-Mar-08 | 30-Jun-08 | 30-Sep-08 |
|---|---|---|---|---|---|---|---|
| CHILTON INVESTMENT CO, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CHRONIM INVESTMENTS INC. | 0 | 0 | 0 | 0 | 900 | 900 | 1,000 |
| CIBC GBL ASSET MANAGEMENT INC. | 1,837 | 1,837 | 0 | 0 | 0 | 0 | 0 |
| CIBC WORLD MARKETS CORP. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CITADEL INVESTMENT GRP, L.L.C. | 36,521 | 125,240 | 104,723 | 0 | 0 | 1,666 | 1,288 |
| CITIGROUP INC | 29,451 | 104,438 | 53,075 | 28,700 | 2,658 | 8,806 | 30,741 |
| CITIZENS BK WEALTH MGMT, N.A. | 0 | 131 | 142 | 362 | 0 | 0 | 0 |
| CLARIVEST ASSET MANAGEMENT LLC | 0 | 0 | 0 | 16,200 | 5,700 | 0 | 0 |
| CLAYMORE ADVISORS, LLC | 0 | 2,771 | 42,228 | 73,842 | 72,123 | 65,937 | 54,777 |
| CLINTON GROUP, INC. | 0 | 0 | 0 | 0 | 0 | 38,584 | 0 |
| COATUE MANAGEMENT, LLC | 0 | 0 | 0 | 0 | 0 | 740,001 | 740,001 |
| COBALT CAPITAL MGMT, INC. | 0 | 0 | 50,000 | 50,000 | 100,000 | 0 | 0 |
| COLLEGE RETIRE EQUITIES | 424,712 | 405,539 | 374,359 | 381,759 | 298,906 | 251,966 | 235,854 |
| COMERICA INC | 27,772 | 55,684 | 25,951 | 26,277 | 26,888 | 26,864 | 29,933 |
| COPPER ROCK CAPITAL PTNR LLC | 0 | 1,059,463 | 664,758 | 0 | 0 | 0 | 0 |
| CORTINA ASSET MGMT L.L.C. | 662,110 | 370,940 | 232,948 | 0 | 0 | 0 | 0 |
| CR INTRINSIC INVESTORS, L.L.C. | 0 | 15,000 | 0 | 0 | 0 | 0 | 0 |
| CREDIT AGRICOLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CREDIT SUISSE ASSET MGMT LLC(U | 0 | 87,300 | 102,800 | 102,800 | 12,420 | 33,559 | 32,559 |
| CREDIT SUISSE SECS (USA) LLC | 131,643 | 167,260 | 60,660 | 144,589 | 230,696 | 86,179 | 60,667 |
| CTC FUND MANAGEMENT, L.L.C. | 0 | 0 | 0 | 11,600 | 21,800 | 0 | 0 |
| D. E. SHAW & CO., L.P. | 0 | 0 | 24,873 | 304,340 | 97,323 | 0 | 102,908 |
| D.A. DAVIDSON & CO. | 0 | 5,747 | 530 | 805 | 0 | 0 | 0 |
| DEERE & COMPANY | 36,081 | 27,511 | 0 | 48,681 | 0 | 96,518 | 139,818 |
| DELAWARE MANAGEMENT CO | 41,900 | 65,300 | 67,400 | 42,800 | 0 | 0 | 0 |
| DENVER INVESTMENT ADVR LLC | 309,847 | 274,912 | 368,290 | 1,004,752 | 1,089,613 | 353,112 | 343,657 |
| DEUTSCHE BK AKTIENGESELLSCHAFT | 331,842 | 954,501 | 588,085 | 372,983 | 481,447 | 360,209 | 342,499 |
| DIAMONDBACK CAP MGMT, L.L.C. | 11,000 | 0 | 92,000 | 0 | 0 | 0 | 0 |
| DIGILOG CONSTELLATION LLC | 0 | 0 | 0 | 0 | 20,500 | 0 | 0 |
| DIKER MANAGEMENT, LLC | 223,131 | 0 | 0 | 0 | 0 | 0 | 0 |
| DIMENSIONAL FUND ADVISORS, LP | 677,896 | 700,396 | 705,732 | 716,048 | 715,348 | 701,361 | 726,905 |
| DORSEY, WRIGHT & ASSOC, INC. | 0 | 0 | 43 | 0 | 0 | 0 | 0 |
| DRESDNER BANK AG | 0 | 2,100 | 0 | 0 | 0 | 0 | 0 |
| DRIEHAUS CAPITAL MGMT, LLC | 0 | 158,771 | 0 | 0 | 0 | 0 | 0 |
| DUNCAN-HURST CAP MGMT, L.P. | 135,310 | 280,050 | 46,822 | 0 | 0 | 0 | 0 |
| DUPONT CAPITAL MANAGEMENT CORP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DYNAMIC CAPITAL MANAGEMENT LLC | 0 | 0 | 13,300 | 0 | 66,597 | 0 | 0 |
| ELLINGTON MGMT GROUP, L.L.C. | 53,800 | 0 | 0 | 0 | 20,000 | 24,800 | 0 |
| EMERALD ADVISERS, INC. | 589,233 | 875,533 | 909,327 | 814,491 | 964,565 | 0 | 0 |
| EMERALD MUT FD ADVISERS TRUST | 201,288 | 301,288 | 311,394 | 286,944 | 345,441 | 0 | 0 |
| EMPIRE CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EMPLOYEES RETIREMENT SYS OF TX | 87,700 | 62,900 | 46,700 | 0 | 0 | 0 | 0 |
| ENDEX CAPITAL MANAGEMENT, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ENVESTNET ASSET MGMT, INC. | 0 | 0 | 0 | 0 | 90,617 | 0 | 0 |
| ESSEX INVESTMENT MGMT CO, LLC | 60,510 | 60,510 | 0 | 0 | 27,482 | 0 | 0 |
| FAN ASSET MANAGEMENT LLC | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 |
| FEDERATED INVESTORS, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FIDELITY MANAGEMENT & RESEARCH | 0 | 0 | 83,900 | 48,500 | 1,600 | 0 | 0 |
| FIFTH THIRD SECURITIES, INC. | 0 | 0 | 2,314 | 1,961 | 3,686 | 3,532 | 3,340 |
| FIRST QUADRANT L.P. | 0 | 0 | 0 | 0 | 3,700 | 0 | 0 |
| FIRST TRUST ADVR L.P. | 0 | 0 | 0 | 63,287 | 105,923 | 130,521 | 135,356 |
| FIRST WILSHIRE SECS MGMT, INC. | 0 | 0 | 0 | 0 | 317,031 | 652,854 | 655,194 |
| FLORIDA STATE BD ADMINISTRATIO | 90,300 | 70,800 | 39,280 | 40,180 | 40,380 | 45,280 | 49,880 |
| FORT WA INVT ADVISORS, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FORTIS INVESTMENTS (US) | 0 | 0 | 0 | 127,143 | 0 | 0 | 0 |
| FRED ALGER MANAGEMENT, INC. | 0 | 0 | 0 | 1,760,379 | 0 | 0 | 0 |
| FRIESS ASSOCIATES LLC | 0 | 0 | 1,608,100 | 1,650,900 | 0 | 0 | 0 |
| FRONTPOINT PTNR L.L.C. | 0 | 0 | 0 | 23,080 | 0 | 0 | 0 |
| FULLER& THALER ASSET MGMT INC. | 790,800 | 662,100 | 540,800 | 534,500 | 0 | 0 | 0 |
| GAGNON SECURITIES LLC | 36,915 | 0 | 0 | 0 | 39,535 | 116,765 | 0 |
| GALLEON MANAGEMENT, L.P. | 0 | 0 | 0 | 0 | 0 | 0 | 40,000 |
| GARTMORE GLOBAL ASSET MGMT LTD | 0 | 2,079 | 0 | 0 | 0 | 0 | 0 |
| GARTMORE MUT FD CAPITAL TRUST | 34,550 | 0 | 0 | 0 | 83,154 | 104,504 | 109,604 |
| GBL STRAT FINANCIAL INC. | 20,000 | 20,000 | 20,000 | 9,800 | 9,800 | 9,800 | 0 |
| GEDULD E E | 0 | 0 | 0 | 17,500 | 10,000 | 0 | 0 |
| GEEWAX, TERKER & COMPANY | 0 | 6,600 | 6,600 | 0 | 0 | 0 | 0 |
| GEODE CAPITAL MGMT, L.L.C. | 52,058 | 65,524 | 73,500 | 73,913 | 72,457 | 72,956 | 81,031 |
| GLENMEDE TRUST COMPANY, N.A. | 0 | 19,725 | 19,725 | 0 | 0 | 0 | 33,329 |
| GLENVIEW CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GLOBEFLEX CAPITAL, L.P. | 250,100 | 250,100 | 313,679 | 337,479 | 337,479 | 334,679 | 439,597 |

Exhibit 1
Page 491

**Novatel Wireless Securities Litigation**

Quarterly Share Ownership for Reporting Institutions

| Investor Name | 31-Mar-07 | 30-Jun-07 | 30-Sep-07 | 31-Dec-07 | 31-Mar-08 | 30-Jun-08 | 30-Sep-08 |
|---|---|---|---|---|---|---|---|
| GMT CAPITAL CORP. | 0 | 0 | 0 | 0 | 0 | 55,000 | 129,600 |
| GOLDMAN SACHS & COMPANY | 265,086 | 3,727,519 | 3,953,220 | 3,179,983 | 1,779,502 | 737,028 | 1,097,584 |
| GOULD INVESTMENT PARTNERS, LLC | 0 | 44,200 | 0 | 0 | 0 | 0 | 0 |
| GRAHAM CAPITAL MGMT, L.P. | 0 | 7,928 | 0 | 0 | 0 | 0 | 0 |
| GRANTHAM MAYO VAN OTTERLOO&CO. | 0 | 0 | 19,700 | 178,900 | 0 | 0 | 0 |
| GREAT-WEST LIFE & ANNTY INS CO | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GRT CAPITAL PARTNERS, L.L.C. | 0 | 0 | 13,100 | 0 | 0 | 0 | 0 |
| GRUBER&MCBAINE CAP MGMT L.L.C. | 1,108,400 | 388,000 | 262,650 | 241,150 | 300,000 | 100,000 | 0 |
| GSA CAPITAL PARTNERS, L.L.P. | 0 | 9,129 | 37,954 | 85,680 | 75,453 | 32,978 | 0 |
| HANSEATIC MGMT SERVICES, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HARTFORD INVESTMENT MGMT CO | 7,888 | 221,648 | 196,558 | 167,908 | 7,257 | 6,957 | 13,067 |
| HARVEST CAPITAL STRAT LLC | 0 | 0 | 0 | 0 | 23,199 | 0 | 0 |
| HARVEY PARTNERS, LLC | 0 | 0 | 0 | 0 | 0 | 382,500 | 0 |
| HIGHBRIDGE CAPITAL MGMT, LLC | 271,981 | 687,886 | 76,086 | 0 | 324,225 | 0 | 0 |
| HIRTLE CALLAGHAN & CO. INC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HITE CAPITAL MANAGEMENT, LLC | 2,700 | 0 | 533 | 1,300 | 2,100 | 0 | 0 |
| HITE FUSION FUND, LLC | 0 | 1,803 | 2,697 | 0 | 5,686 | 5,187 | 2,469 |
| HOOVER INVESTMENT MGMT CO LLC | 116,700 | 0 | 0 | 0 | 0 | 0 | 0 |
| HOWE BARNES CAPITAL MGMT, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HSBC HOLDINGS PLC | 0 | 116,400 | 226,400 | 226,400 | 226,400 | 20,000 | 0 |
| ING GROEP N.V. | 0 | 0 | 0 | 0 | 0 | 0 | 55,200 |
| ING INVESTMENT MANAGEMENT CO. | 0 | 16,800 | 35,000 | 0 | 0 | 0 | 0 |
| ING INVESTMENT MGMT CO. (NY) | 0 | 52,880 | 89,680 | 187,130 | 179,880 | 168,380 | 177,730 |
| INSIGHT CAP RES & MGMT, INC. | 0 | 1,034,927 | 144,973 | 0 | 0 | 0 | 0 |
| J. & W. SELIGMAN & CO., INC. | 0 | 0 | 0 | 0 | 101,500 | 110,200 | 124,700 |
| J.P MORGAN CHASE & CO. | 114,846 | 250,474 | 274,383 | 329,983 | 332,823 | 325,418 | 337,531 |
| JACOBS LEVY EQUITY MGMT, INC. | 0 | 0 | 0 | 0 | 0 | 438,126 | 453,426 |
| JANE STR HOLDING, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JDN CAPITAL MANAGEMENT | 0 | 0 | 0 | 0 | 24,600 | 10,000 | 81,034 |
| JLF ASSET MANAGEMENT, L.L.C. | 0 | 0 | 760,741 | 0 | 0 | 0 | 0 |
| JOHNSON INVT COUNSEL, INC. | 0 | 8,260 | 0 | 16,360 | 16,360 | 0 | 0 |
| KENNEDY CAPITAL MGMT, INC. | 384,950 | 802,369 | 413,812 | 344,100 | 243,600 | 0 | 0 |
| KENTUCKY TEACH RETIREMENT SYS | 11,200 | 12,700 | 26,500 | 26,500 | 17,300 | 17,300 | 17,300 |
| KESTREL INVESTMENT MGMT CORP. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KEYBANK NATIONAL ASSOCIATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KINGDON CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 550,000 | 0 |
| KNIGHT CAPITAL CORPORATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LABRANCHE STRUCTURED PRODUCTS | 56,729 | 27,386 | 0 | 0 | 0 | 0 | 0 |
| LAZARD CAPITAL MARKETS LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LEGG MASON INC | 397 | 35,697 | 1,395,562 | 0 | 0 | 0 | 0 |
| LEHMAN BROTHERS INC. | 61,217 | 208,962 | 50,532 | 54,269 | 20,380 | 30,670 | 0 |
| LIBERTY MUTUAL INS CO | 15,700 | 41,800 | 31,900 | 35,900 | 40,900 | 50,900 | 50,900 |
| LOCH CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LOTSOFF CAPITAL MANAGEMENT | 23,400 | 19,400 | 6,700 | 0 | 0 | 11,200 | 0 |
| LSV ASSET MANAGEMENT | 0 | 0 | 0 | 0 | 0 | 8,300 | 8,300 |
| LYZ CAPITAL ADVR LLC | 0 | 0 | 0 | 0 | 0 | 14,700 | 36,494 |
| MACQUARIE INVESTMENT MGMT LTD. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MADISON SQUARE INVESTORS LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MAN INVESTMENTS, LTD. | 0 | 0 | 0 | 14,550 | 0 | 0 | 0 |
| MANAGED ACCT ADVR LLC | 0 | 0 | 13,452 | 19,446 | 53,803 | 49,723 | 56,920 |
| MANLEY ASSET MANAGEMENT, L.P. | 0 | 48,100 | 0 | 0 | 0 | 0 | 31,000 |
| MARCO INVESTMENT MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 370 |
| MARSHALL & ILSLEY CORP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MARSHALL WACE NORTH AMER, L.P. | 0 | 0 | 0 | 5,556 | 0 | 0 | 0 |
| MARTINGALE ASSET MGMT, L.P. | 0 | 17,620 | 85,770 | 309,266 | 200,989 | 0 | 22,220 |
| MASON STR ADVISORS, LLC | 0 | 0 | 0 | 0 | 1,268 | 1,355 | 1,493 |
| MATHEMATICA CAP MGMT, L.L.C. | 12,576 | 6,709 | 0 | 223 | 0 | 0 | 0 |
| MAVERICK CAPITAL, LTD. | 0 | 0 | 3,009,551 | 0 | 0 | 0 | 0 |
| MCGLINN CAPITAL MGMT, INC. | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 |
| MCKINLEY CAPITAL MGMT, LLC | 0 | 0 | 350,165 | 546,465 | 0 | 0 | 0 |
| MELLON BANK NA | 172,102 | 247,781 | 458,110 | 708,787 | 714,271 | 421,341 | 478,465 |
| MENTA CAPITAL, L.L.C. | 0 | 0 | 0 | 15,800 | 0 | 0 | 0 |
| MERRILL LYNCH & CO INC | 83,877 | 22,482 | 41,493 | 178,278 | 1,362 | 54,452 | 7,912 |
| METROPOLITAN LIFE INS CO. (US) | 16,190 | 20,437 | 20,437 | 25,989 | 28,034 | 28,034 | 28,034 |
| MFC GLOBAL INVT MGMT (US), LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MFC GLOBAL INVT MGMT USA LTD | 14,934 | 12,652 | 12,831 | 12,627 | 12,326 | 15,199 | 15,199 |
| MILLENNIUM MANAGEMENT, L.L.C. | 290,079 | 19,928 | 39,550 | 0 | 175,816 | 60,000 | 21,396 |
| MSDW & COMPANY | 0 | 24,041 | 34,649 | 726,509 | 283,699 | 332,096 | 91,206 |
| MUNDER CAPITAL MANAGEMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NATCAN INVESTMENT MGMT INC. | 0 | 0 | 0 | 0 | 0 | 806,000 | 0 |

Exhibit 1
Page 492

**Novatel Wireless Securities Litigation**

Quarterly Share Ownership for Reporting Institutions

| Investor Name | 31-Mar-07 | 30-Jun-07 | 30-Sep-07 | 31-Dec-07 | 31-Mar-08 | 30-Jun-08 | 30-Sep-08 |
|---|---|---|---|---|---|---|---|
| NATIONAL CITY CORPORATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NAVELLIER & ASSOCIATES INC. | 0 | 170,708 | 169,243 | 150,042 | 0 | 0 | 0 |
| NEW YORK LIFE INVT MGMT, LLC | 0 | 16,633 | 14,303 | 9,135 | 46,084 | 0 | 0 |
| NEW YORK STATE COMMON RET SYS | 48,950 | 127,050 | 205,950 | 167,750 | 469,817 | 523,117 | 190,978 |
| NEW YORK STATE TEACH  RET SYS | 303,500 | 278,100 | 281,900 | 335,100 | 302,300 | 298,300 | 170,600 |
| NISA INVT ADVISORS, L.L.C. | 0 | 0 | 0 | 11,000 | 0 | 0 | 0 |
| NORGES BANK | 0 | 151 | 3,065 | 22,106 | 30,804 | 30,804 | 30,804 |
| NORTHERN TRUST COMPANY OF CT | 61,200 | 189,900 | 250,765 | 274,400 | 356,450 | 357,550 | 328,750 |
| NORTHERN TRUST CORP | 297,336 | 285,045 | 292,430 | 359,572 | 416,255 | 470,681 | 502,616 |
| NORTHWESTERN INVT MGMT CO. | 0 | 0 | 39 | 0 | 0 | 0 | 0 |
| NUMERIC INVESTORS LLC | 0 | 36,587 | 0 | 199,403 | 0 | 0 | 0 |
| O SHAUGHNESSY ASSET MGMT, LLC | 0 | 0 | 0 | 0 | 0 | 52,992 | 74,616 |
| OAK GROUP, INC. | 0 | 0 | 1,600 | 0 | 0 | 0 | 0 |
| OAK HILL PLATINUM PTNR | 0 | 33,600 | 0 | 0 | 0 | 0 | 0 |
| OBERWEIS ASSET MGMT, INC. | 807,300 | 1,542,579 | 1,451,938 | 809,433 | 0 | 0 | 0 |
| OHIO PUBLIC EMP RETIREMENT SYS | 112,580 | 153,386 | 158,591 | 91,091 | 47,391 | 42,969 | 42,969 |
| OLD LANE, L.P. | 0 | 0 | 2,900 | 0 | 0 | 0 | 0 |
| OPPENHEIMER ASSET MANAGEMENT | 499,840 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPPENHEIMERFUNDS, INC. | 170,400 | 201,400 | 381,107 | 351,890 | 257,500 | 400 | 600 |
| OSPREY PTNR INVT MGMT, LLC | 0 | 0 | 0 | 0 | 0 | 68,400 | 0 |
| OXFORD ASSET MGMT, L.L.P. | 0 | 0 | 0 | 0 | 0 | 68,649 | 0 |
| PADCO ADVR II, INC | 1,910 | 2,200 | 310 | 1,240 | 692 | 1,133 | 667 |
| PADCO ADVR INC | 5,640 | 8,540 | 1,960 | 3,560 | 3,308 | 3,155 | 1,670 |
| PALMYRA CAP ADVISORS, L.L.C. | 271,945 | 98,275 | 99,488 | 180,333 | 185,793 | 0 | 0 |
| PARADIGM ASSET MGMT CO, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PARALLAX FUND, L.P. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PARAMETRIC PORTFOLIO ASSOC LLC | 14,558 | 66,652 | 79,679 | 51,687 | 0 | 0 | 0 |
| PEAK 6 CAPITAL MANAGEMENT, LLC | 0 | 1,645 | 162,256 | 1,618 | 28 | 371 | 9,050 |
| PECONIC PARTNERS, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PENINSULA CAPITAL MGMT, INC. | 100,100 | 0 | 0 | 0 | 0 | 0 | 0 |
| PENNSYLVANIA PUBLIC SCH EMP RE | 128,560 | 141,460 | 132,514 | 122,200 | 109,960 | 0 | 0 |
| PERGAMON ADVISORS, L.P. | 0 | 0 | 0 | 0 | 0 | 0 | 61,161 |
| PERIMETER CAPITAL MGMT, LLC | 104,073 | 50,924 | 42,116 | 0 | 0 | 0 | 0 |
| PHOENIX/ZWEIG ADVISERS LLC | 0 | 16,000 | 0 | 0 | 0 | 0 | 0 |
| PILOT ADVISORS, L.P. | 0 | 0 | 0 | 269,500 | 816,000 | 13,900 | 0 |
| PIONEER INVESTMENT MGMT, INC. | 0 | 0 | 0 | 0 | 0 | 737,274 | 0 |
| PIPER JAFFRAY & CO. | 0 | 0 | 0 | 0 | 0 | 600 | 0 |
| PLATTE RIVER CAPITAL, LLC | 0 | 0 | 0 | 0 | 0 | 79,250 | 0 |
| PNC FINL SERVICES GROUP INC | 0 | 400 | 28,102 | 2,560 | 0 | 0 | 0 |
| POLYGON INVESTMENT PTNR LLP | 0 | 0 | 33,037 | 0 | 0 | 0 | 0 |
| POWERSHARES CAPITAL MGMT LLC | 558 | 29,988 | 0 | 0 | 0 | 0 | 0 |
| PRESCOTT GRP CAPITAL MGMT LLC | 0 | 110,000 | 0 | 0 | 0 | 0 | 0 |
| PRINCIPAL FINANCIAL GROUP INC | 71,991 | 78,467 | 88,644 | 90,853 | 92,151 | 95,604 | 98,882 |
| PROFUND ADVR LLC | 10,105 | 14,674 | 12,421 | 11,352 | 10,546 | 0 | 32,709 |
| PROSHARE ADVR LLC | 0 | 0 | 0 | 0 | 0 | 0 | 11,321 |
| PRUDENTIAL INSUR CO OF AMERICA | 398,650 | 321,251 | 199,851 | 128,794 | 223,486 | 60,284 | 60,184 |
| PSP INVESTMENTS | 230,500 | 119,000 | 0 | 0 | 0 | 0 | 0 |
| PUBLIC EMP  RETIREMENT ASSN CO | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 | 61,600 |
| PUNCH & ASSOC INVT MGMT, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PUTNAM INVESTMENT MGMT, L.L.C. | 0 | 0 | 190,803 | 788,866 | 1,889,020 | 2,127,060 | 2,149,338 |
| QUANTLAB CAPITAL MGMT, LTD. | 47 | 0 | 0 | 0 | 0 | 43 | 0 |
| QUEST INVESTMENT MGMT, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| QVT FINANCIAL LP | 0 | 0 | 0 | 0 | 0 | 41,459 | 0 |
| RAFFERTY ASSET MANAGEMENT LLC | 780 | 8,204 | 11,044 | 919 | 0 | 0 | 0 |
| RAMSEY QUANTITATIVE SYSTEMS IN | 76,400 | 48,700 | 0 | 0 | 0 | 0 | 0 |
| RBC ASSET MANAGEMENT, INC. | 49,900 | 32,700 | 0 | 0 | 0 | 0 | 0 |
| RBC CAPITAL MARKETS | 0 | 0 | 0 | 12,135 | 0 | 0 | 0 |
| RBC CAPITAL MARKETS (US) | 6,440 | 8,627 | 8,494 | 10,006 | 14,194 | 13,747 | 13,735 |
| RBC CAPITAL MARKETS ARBITRAGE | 400 | 165 | 400 | 0 | 622 | 0 | 0 |
| RBC DOMINION SECURITIES, INC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RBC PRIVATE COUNSEL INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| REDSTONE INVESTMENT MGMT, LP | 0 | 0 | 0 | 255,500 | 0 | 0 | 0 |
| REDWOOD INVESTMENTS, LLC | 0 | 0 | 74,595 | 140,130 | 0 | 0 | 0 |
| REGIONS FINANCIAL CORP | 0 | 0 | 0 | 11,955 | 0 | 0 | 0 |
| RENAISSANCE TECHNOLOGIES CORP. | 100,500 | 585,464 | 14,000 | 55,300 | 0 | 0 | 0 |
| RESEARCH AFFILIATES, LLC | 0 | 0 | 0 | 0 | 0 | 14,518 | 17,922 |
| RHUMBLINE ADVISERS LTD. PTNR | 19,046 | 28,779 | 31,379 | 33,879 | 34,479 | 37,479 | 36,979 |
| RICE HALL JAMES & ASSOC, LLC | 194,531 | 0 | 0 | 0 | 0 | 0 | 0 |
| RIDGECREST INVT MGMT, L.L.C. | 0 | 50,000 | 35,000 | 0 | 0 | 0 | 0 |
| RIVERSIDE ADVR | 0 | 0 | 0 | 0 | 0 | 0 | 219,000 |

Exhibit 1
Page  493

Novatel Wireless Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| Investor Name | 31-Mar-07 | 30-Jun-07 | 30-Sep-07 | 31-Dec-07 | 31-Mar-08 | 30-Jun-08 | 30-Sep-08 |
|---|---|---|---|---|---|---|---|
| RIVERSOURCE INVESTMENTS, LLC | 58,178 | 65,384 | 130,330 | 138,427 | 115,479 | 45,710 | 44,129 |
| RODNEY SQUARE MANAGEMENT CORP. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ROXBURY CAPITAL MGMT, L.L.C. | 0 | 132,300 | 571,290 | 1,191,581 | 670,073 | 288,340 | 0 |
| ROYAL BANK OF CANADA | 0 | 0 | 0 | 0 | 0 | 1,069 | 1,069 |
| ROYCE & ASSOCIATES, LLC | 0 | 0 | 0 | 764,500 | 2,114,000 | 3,149,300 | 3,325,700 |
| RUDMAN ERROL M | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| S.A.C. CAPITAL ADVISORS, LP | 84,821 | 129,913 | 77,910 | 108,694 | 82,500 | 100,000 | 0 |
| S.B. CARR INVESTMENTS, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SATELLITE ASSET MGMT, L.P. | 0 | 55,000 | 0 | 130,100 | 0 | 0 | 0 |
| SCHRODER INV MGMT GROUP | 0 | 0 | 0 | 0 | 0 | 0 | 113,300 |
| SECURITY GLOBAL INVESTORS, LLC | 409,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| SENTRY INVESTMENT MGMT, INC. | 0 | 0 | 0 | 0 | 200,000 | 530,000 | 0 |
| SG AMERICAS SECURITIES, LLC | 0 | 47,604 | 0 | 0 | 15,361 | 0 | 0 |
| SMITH ASSET MGMT GROUP, L.P. | 679,165 | 693,780 | 709,445 | 1,092,355 | 0 | 0 | 0 |
| SOMERSET CAPITAL ADVISERS LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SONAR CAPITAL MANAGEMENT, LLC | 3,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| SPARK, L.P. | 463,700 | 429,800 | 0 | 0 | 0 | 0 | 0 |
| SPARTA ASSET MANAGEMENT, LLC | 0 | 0 | 0 | 0 | 295,797 | 0 | 0 |
| SPIDERROCK TRADING LLC | 0 | 0 | 0 | 0 | 0 | 741 | 0 |
| STAFFORD ASSET MANAGEMENT LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STATE OF WI INVESTMENT BOARD | 10,157 | 0 | 0 | 0 | 0 | 0 | 0 |
| STATE STR CORPORATION | 497,186 | 732,764 | 1,036,510 | 1,458,881 | 1,222,208 | 870,567 | 821,346 |
| STATE TEACH RETIREMENT SYS OH | 139,500 | 71,100 | 108,100 | 125,100 | 58,300 | 0 | 46,000 |
| STEVENS FIRST PRINCIPLES INV A | 0 | 0 | 629 | 0 | 0 | 0 | 0 |
| STG CAPITAL MANAGEMENT, L.P. | 0 | 0 | 190,000 | 0 | 0 | 835,816 | 0 |
| STICHTING PGGM PENSIOENFONDS | 0 | 5,446 | 0 | 0 | 0 | 0 | 0 |
| STIFEL NICOLAUS INVT ADVR | 0 | 0 | 0 | 0 | 0 | 96,708 | 92,869 |
| STONERIDGE INVT PARTNERS, LLC | 0 | 0 | 164,250 | 220,145 | 0 | 0 | 0 |
| STRATEGIC INVT MANAGEMENT INTL | 0 | 0 | 0 | 3,429 | 7,668 | 0 | 0 |
| STRATIX ASSET MANAGEMENT, L.P. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| STRAUS CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUMMIT INVESTMENT PTNR | 0 | 2,070 | 2,070 | 2,070 | 2,483 | 2,483 | 2,483 |
| SUSQUEHANNA INTL GROUP, LLP | 0 | 12,700 | 0 | 0 | 0 | 0 | 36,557 |
| SWISS RE FINL PRODUCTS CORP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SYMPHONY ASSET MANAGEMENT LLC | 554,222 | 703,183 | 431,479 | 0 | 0 | 0 | 0 |
| SYSTEMATIC FINL MGMT, L.P. | 0 | 205,400 | 374,500 | 259,500 | 258,000 | 0 | 0 |
| T. ROWE PRICE ASSOCIATES, INC. | 0 | 0 | 0 | 10,150 | 10,150 | 11,450 | 15,750 |
| TD ASSET MANAGEMENT INC. | 0 | 25,376 | 0 | 0 | 0 | 0 | 0 |
| TD OPTIONS, LLC | 0 | 1,539 | 400 | 227 | 0 | 0 | 0 |
| TEACHER RETIREMENT SYS OF TX | 576,000 | 216,100 | 165,600 | 0 | 0 | 0 | 0 |
| TELLURIDE ASSET MGMT, LLC | 0 | 0 | 0 | 12,546 | 0 | 0 | 0 |
| TESSERACT CAPITAL LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TEWKSBURY CAPITAL MGMT LTD. | 34,848 | 13,319 | 0 | 0 | 0 | 0 | 0 |
| TEXAS PERMANENT SCHOOL FUND | 44,007 | 44,411 | 46,367 | 46,048 | 46,048 | 44,658 | 44,743 |
| THALES FUND MANAGEMENT, LLC | 0 | 0 | 50,000 | 0 | 0 | 0 | 0 |
| THOMPSON SIEGEL & WALMSLEY LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| THOMSON HORSTMANN& BRYANT INC. | 131,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| THRIVENT FINL FOR LUTHERANS | 24,000 | 23,300 | 24,600 | 23,900 | 23,100 | 22,800 | 21,400 |
| TRACER CAPITAL MGMT, L.P. | 0 | 0 | 0 | 0 | 0 | 0 | 149,899 |
| TRADEWORX INC. | 71,365 | 0 | 23,100 | 0 | 64,299 | 61,956 | 0 |
| TRANSAMERICA INVT MGMT, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 18,500 |
| TRELLUS MANAGEMENT CO, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TURNER INVT PARTNERS, INC. | 0 | 0 | 191,300 | 0 | 0 | 0 | 0 |
| TWO SIGMA INVESTMENTS, LLC | 109,100 | 0 | 0 | 0 | 0 | 0 | 0 |
| U.S. BANCORP | 3,965 | 7,158 | 10,445 | 14,913 | 9,683 | 3,505 | 2,650 |
| UBS O CONNOR, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UBS SECURITIES LLC | 31 | 29,457 | 135,773 | 5,366 | 19,439 | 184,807 | 120,637 |
| UNIONBANCAL | 0 | 0 | 0 | 10,000 | 10,000 | 10,000 | 0 |
| VANGUARD GROUP, INC. | 804,245 | 862,763 | 936,864 | 1,301,899 | 1,597,450 | 1,137,820 | 1,264,592 |
| VERITABLE, LP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VIRGINIA RETIREMENT SYS | 186,700 | 123,500 | 115,000 | 163,500 | 218,100 | 179,600 | 109,700 |
| VTL ASSOCIATES LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WACHOVIA CORPORATION | 0 | 21,197 | 38,206 | 95,582 | 57,868 | 54,205 | 0 |
| WADDELL & REED INVT MGMT CO | 0 | 0 | 0 | 0 | 0 | 0 | 200,000 |
| WALL STR ASSOCIATES, LLC | 146,000 | 0 | 50,000 | 0 | 0 | 0 | 0 |
| WASATCH ADVISORS, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WCM INVESTMENT MGMT, INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WEALTH ADVR OF CINCINNATI LLC | 0 | 0 | 0 | 0 | 0 | 49 | 49 |
| WEDBUSH MORGAN SECS, INC. | 0 | 0 | 0 | 0 | 23,290 | 38,268 | 34,438 |
| WEINTRAUB CAPITAL MGMT, LLC | 0 | 0 | 300,000 | 0 | 0 | 0 | 0 |

Exhibit 1
Page 494

**Novatel Wireless Securities Litigation**

Quarterly Share Ownership for Reporting Institutions

| Investor Name | 31-Mar-07 | 30-Jun-07 | 30-Sep-07 | 31-Dec-07 | 31-Mar-08 | 30-Jun-08 | 30-Sep-08 |
|---|---|---|---|---|---|---|---|
| WEISS MULTI-STRAT ADVISERS LLC | 11,800 | 14,200 | 0 | 0 | 0 | 298,700 | 0 |
| WELCH CAPITAL PARTNERS, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WELLINGTON MANAGEMENT CO, LLP | 1,972,500 | 1,077,800 | 1,018,318 | 1,295,532 | 3,985,501 | 3,753,617 | 4,436,017 |
| WELLS FARGO & (NORWEST CORP) | 43,342 | 102,846 | 34,633 | 33,641 | 1,547,602 | 2,122,880 | 663,755 |
| WENTWORTH HAUSER& VIOLICH INC. | 1,104,100 | 666,000 | 429,950 | 566,750 | 1,292,300 | 1,583,600 | 1,229,500 |
| WESTCLIFF CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WESTPORT RESOURCES MGMT, INC. | 2,000 | 1,500 | 1,500 | 1,500 | 500 | 500 | 500 |
| WEXFORD CAPITAL LLC | 0 | 0 | 0 | 14,700 | 0 | 0 | 0 |
| WHALE ROCK CAPITAL MGMT, LLC | 368,197 | 299,086 | 0 | 287,850 | 0 | 0 | 0 |
| WHITE PINE CAPITAL, L.L.C. | 0 | 0 | 0 | 0 | 0 | 432,425 | 557,150 |
| WILSHIRE ASSOC INC | 1,800 | 50 | 2,050 | 550 | 7,150 | 550 | 48,525 |
| WORLD ASSET MANAGEMENT, INC. | 13,582 | 13,477 | 13,266 | 12,762 | 12,331 | 11,677 | 10,765 |
| WS CAPITAL LLC | 0 | 0 | 0 | 0 | 0 | 389,800 | 0 |
| WS VENTURES MANAGEMENT LP | 0 | 0 | 0 | 0 | 0 | 108,000 | 0 |
| ZACKS INVESTMENT MGMT, INC. | 195,221 | 279 | 251 | 163 | 116 | 0 | 0 |
| ZEBRA CAPITAL MGMT, L.L.C. | 0 | 0 | 0 | 0 | 599 | 13,611 | 57,113 |
| Total: | 30,779,943 | 34,755,016 | 39,634,405 | 40,816,543 | 39,669,760 | 40,394,839 | 35,139,463 |

Source: Thomson Financials

Exhibit 1
Page 495

# Exhibit H

Exhibit 1
Page 496

**Novatel Securities Litigation**

**Novatel Regression**

SUMMARY OUTPUT

| Regression Statistics | |
|---|---:|
| Adjusted R Square | 6.24% |
| Standard Error | 2.69% |
| Observations | 252 |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% |
|---|---:|---:|---:|---:|---:|---:|
| Intercept | 0.00182 | 0.00169 | 1.07257 | 0.28450 | (0.00152) | 0.00515 |
| NASDAQ Composite | 0.78842 | 0.18737 | 4.20788 | 0.00004 | 0.41940 | 1.15744 |

Control Period: February 27, 2006 through February 27, 2007

Exhibit 1
Page 497

# Exhibit I

Exhibit 1
Page 498



Exhibit 1
Page 499