# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN BACKE, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>  vs.<br><br>NOVATEL WIRELESS, INC., et al.,<br><br>                          Defendants. | **CASE NO. 08-CV-01689-H (RBB)**<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER** |

On February 10, 2010, Defendants filed Objections to Magistrate Judge's January 27, 2010 Order regarding Plaintiff's motion to compel. (Doc. No. 137.) Plaintiff filed a response in opposition to the Objections on February 16, 2010. (Doc. No. 143.) The Court held a hearing on the matter on February 17, 2010, at 10:00 a.m. Douglas R. Britton and Cody Miller of Coughlin Stoia Geller Rudman & Robbins LLP appeared on behalf of Plaintiff. Travis Biffar of Jones Day appeared on behalf of Defendants.

The District Judge may reconsider a ruling by a Magistrate Judge on any non-dispositive pretrial matter if it "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). After a careful consideration of the parties' arguments and papers, and after reviewing the transcript of the hearing before the Magistrate Judge, the Court concludes that Defendants failed to meet the legal standard to set aside the Magistrate Judge's Order. Accordingly, the Court upholds Magistrate Judge Brooks's January 27, 2010 Order.

1  Parties are directed to comply with the Magistrate Judge's Order, and to participate in the
2  telephonic conference before the Magistrate Judge scheduled for February 26, 2010.
3  **IT IS SO ORDERED.**
4  DATED: February 17, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT