ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
ERIC I. NIEHAUS (239023)
COTY R. MILLER (255703)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
ericn@rgrdlaw.com
cmiller@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN BACKE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NOVATEL WIRELESS, INC., et al.,<br><br>　　　　　　　Defendants. | Lead Case No. 08-CV-01689-H(RBB)<br><br>(**Consolidated**)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION<br><br>DATE:　　April 26, 2010<br>TIME:　　10:30 a.m.<br>PLACE:　Courtroom 13<br>　　　　　The Honorable Marilyn L. Huff |

**EXHIBITS 1, 13, 20, 21**

**REDACTED**

516111_2

I, DOUGLAS R. BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | NOV-E-0035517-20 [filed under seal]; |
| Exhibit 2: | NOV-E-0038694-97; |
| Exhibit 3: | NOV-E-0217383; |
| Exhibit 4: | NOV-E-0188259-61; |
| Exhibit 5: | NOV005299-301; |
| Exhibit 6: | NOV-E-0148347; |
| Exhibit 7: | NOV-E-0398002-05; |
| Exhibit 8: | NOV 000001-28; |
| Exhibit 9: | *In re Petco Corp. Sec. Litig.*, Master File No. 05-CV-0823-H(RBB), Order Certifying the Class, and Appointing a Class Representative and Class Counsel (S.D. Cal. Apr. 19, 2007); |
| Exhibit 10: | JMP Securities LLC July 20, 2007 analyst report, Stoss Deposition Exhibit 4; |
| Exhibit 11: | Excerpts from the deposition transcript of Anthony Stoss, taken February 19, 2010; |
| Exhibit 12: | NOV-E-0418301-03; |
| Exhibit 13: | NOV-E-0188834 [filed under seal]; |
| Exhibit 14: | NOV-E-0500854-57; |
| Exhibit 15: | NOV-E-0440040-44; |
| Exhibit 16: | NOV-E-0368784-816; |
| Exhibit 17: | NOV-E-0170949-53; |
| Exhibit 18: | New York State Bar Committee on Professional Ethics, Opinion 824 – 7/2/08; |
| Exhibit 19: | 29 Los Angeles Lawyer 52 (Sept. 2006) – Los Angeles County Bar Association Ethics Opinion, Formal Opinion No. 517; |

| | | |
|---|---|---|
| Exhibit 20: | Excerpts from the deposition transcript of Michael Dunleavy, taken February 26, 2010 [partially filed under seal]; |
| Exhibit 21: | Excerpts from the deposition transcript of Daniel Patrick Murphy, taken February 16, 2010 [partially filed under seal]; |
| Exhibit 22: | Lead Plaintiffs' Novatel Wireless Stock Trades; |
| Exhibit 23: | Craig-Hallum Capital Group July 20, 2007 analyst report, Stoss Deposition Exhibit 3; |
| Exhibit 24: | NOV-E-0579457-58; and |
| Exhibit 25: | NOV-E-0217462. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 9, 2010, at San Diego, California.

                                                                s/ DOUGLAS R. BRITTON
                                                                  DOUGLAS R. BRITTON

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I hereby certify that on April 9, 2010, an unredacted version of the foregoing was sent via overnight delivery to Travis Biffar, Jones Day, 3161 Michelson Drive, Suite 800, Irvine, California 92612.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2010.

    s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:dougb@rgrdlaw.com

# Mailing Information for a Case 3:08-cv-01689-H -RBB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis Biffar**
  tbiffar@jonesday.com,fswallace@jonesday.com

- **Robert S Brewer , Jr**
  rsbrewer@jonesday.com,pwalter@jonesday.com

- **Douglas R Britton**
  DougB@rgrdlaw.com,jillk@rgrdlaw.com,ldeem@rgrdlaw.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com,dhotnog@holzerlaw.com

- **Michael M Goldberg**
  mgoldberg@glancylaw.com,info@glancylaw.com

- **Sabrina S. Kim**
  skim@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Eric Landau**
  elandau@jonesday.com,kamarkwick@jonesday.com

- **Coty Rae Miller**
  cmiller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew P Montgomery**
  e_file_sd@rgrdlaw.com

- **Eric I Niehaus**
  EricN@rgrdlaw.com,e_file_sd@rgrdlaw.com,ericniehaus@hotmail.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Cary D Sullivan**
  carysullivan@jonesday.com,kamarkwick@jonesday.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Patricia J. Villareal
Jones Day
2727 North Harwood Street
Dallas, TX 75201
```

- 4 -

# TABLE OF CONTENTS FOR EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 1. | NOV-E-0035517-20 | 7 |
| 2. | NOV-E-0038694-97 [filed under seal] | 11 |
| 3. | NOV-E-0217383; | 15 |
| 4. | NOV-E-0188259-61 | 16 |
| 5. | NOV005299-301 | 19 |
| 6. | NOV-E-0148347 | 22 |
| 7. | NOV-E-0398002-05 | 23 |
| 8. | NOV 000001-28 | 27 |
| 9. | *In re Petco Corp. Sec. Litig.*, Master File No. 05-CV-0823-H(RBB), Order Certifying the Class, and Appointing a Class Representative and Class Counsel (S.D. Cal. Apr. 19, 2007) | 55 |
| 10. | JMP Securities LLC July 20, 2007 analyst report, Stoss Deposition Exhibit 4 | 57 |
| 11. | Excerpts from the deposition transcript of Anthony Stoss, taken February 19, 2010 | 62 |
| 12. | NOV-E-0418301-03 | 70 |
| 13. | NOV-E-0188834 [filed under seal] | 73 |
| 14. | NOV-E-0500854-57 | 74 |
| 15. | NOV-E-0440040-44 | 78 |
| 16. | NOV-E-0368784-816 | 83 |
| 17. | NOV-E-0170949-53 | 116 |
| 18. | New York State Bar Committee on Professional Ethics, Opinion 824 – 7/2/08 | 121 |
| 19. | 29 Los Angeles Lawyer 52 (Sept. 2006) – Los Angeles County Bar Association Ethics Opinion, Formal Opinion No. 517 | 123 |
| 20. | Excerpts from the deposition transcript of Michael Dunleavy, taken February 26, 2010 [partially filed under seal] | 127 |
| 21. | Excerpts from the deposition transcript of Daniel Patrick Murphy, taken February 16, 2010 [partially filed under seal] | 141 |

| Exhibit | Description | Page |
|---|---|---|
| 22. | Lead Plaintiffs' Novatel Wireless Stock Trades | 153 |
| 23. | Craig-Hallum Capital Group July 20, 2007 analyst report, Stoss Deposition Exhibit 3 | 201 |
| 24. | NOV-E-0579457-58 | 205 |
| 25. | NOV-E-0217462 | 207 |