**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAUREEN BACKE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>NOVATEL WIRELESS, INC., et al.,<br><br>  Defendants. | **CASE NO. 08-CV-01689-H (RBB)**<br><br>**ORDER SUBMITTING DEFENDANTS'** ***EX PARTE*** **APPLICATIONS**<br><br>[Doc. Nos. 167, 169 & 171.] |

On January 11, 2010, Lead Plaintiffs Plumbers & Pipefitters' Local 562 Pension Fund and Western Pennsylvania Electrical Employees Pension Fund filed a motion to certify a class pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure. (Doc. No. 121.) The Court set a hearing on the matter for April 26, 2010. On April 25, 2010, without leave of Court and on the eve of the hearing, Defendants filed an *ex parte* application for leave to file a sur-reply in opposition to Lead Plaintiffs' motion for class certification. (Doc. No. 167.) Attached to the ex parte application was a proposed sur-reply, as well as a rebuttal declaration of Defendants' expert. (Id., Exs. A & B.) The Court held a hearing on Plaintiffs' motion for class certification on April 26, 2010. The Court submitted the matter, and granted Plaintiffs leave to file a response to Defendants' sur-reply on or before May 10, 2010.

On April 26, 2010, after the Court hearing, Defendants filed another *ex parte* application for additional briefing. (Doc. No. 169.) On the same day, Plaintiffs filed a

1  response in opposition to Defendants' *ex parte* application. (Doc. No. 170.) On April 30,
2  2010, without leave of Court, Defendants filed yet another *ex parte* application, requesting an
3  evidentiary hearing to assess expert testimony on Rule 23 issues. (Doc. No. 171.) On May
4  3, 2010, Plaintiffs filed their response in opposition. (Doc. No. 172.)

5      The Court, pursuant to its discretion under the Local Civil Rule 7.1(d), submits the
6  matter on the parties' papers. No reply is authorized absent further order of the Court.

7  **IT IS SO ORDERED.**

8  DATED: May 3, 2010

10  _____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT