Robert S. Brewer, Jr. (State Bar No. 65294)
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:     (858) 314-1200
Facsimile:      (858) 314-1150

Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Eric Landau (State Bar No. 138849)
elandau@jonesday.com
Travis Biffar (State Bar No. 217593)
tbiffar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539

Attorneys for defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NOVATEL WIRELESS SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 08-CV-01689-H (RBB)<br>(Consolidated with No. 08-CV-01714-H (RBB))<br><br>CLASS ACTION<br><br>**DECLARATION OF TRAVIS BIFFAR IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF M. TODD HENDERSON**<br><br>Date: March 21, 2011<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br>Judge: The Honorable Marilyn L. Huff |

I, Travis Biffar, declare as follows:

1. I am an attorney associated with the law firm of Jones Day, counsel for defendants Novatel Wireless, Inc., Peter V. Leparulo, George B. Weinert, Robert M. Hadley, Slim S. Souissi, and Catherine F. Ratcliffe. I submit this declaration in support of defendants' motion to exclude the expert report and testimony of M. Todd Henderson. I know the facts stated herein to be true based upon my own personal knowledge or upon my review of the records and files maintained by Jones Day in the regular course of its representation of defendants. If called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the December 13, 2010 expert report of M. Todd Henderson.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of the January 28, 2011 deposition M. Todd Henderson.

4. Attached hereto as Exhibit C is a true and correct copy of an article entitled "Strategic Disclosure of 10b5-1 Trading Plans" by M. Todd Henderson, Alan D. Jagolinzer, and Karl A. Muller, III.

5. Attached hereto as Exhibit D is a true and correct copy of the United States Securities and Exchange Commission's ("SEC") Division of Corporation Finance Manual of Publicly Available Telephone Interpretations (May 2001), available at http://www.sec.gov/interps/telephone/phonesupplement4.htm.

6. Attached hereto as Exhibit E is a true and correct copy of the SEC's Final Rule: Selective Disclosure and Insider Trading, Release Nos. 33-7881, 34-43154, IC-24599, available at http//www.sec.gov/rules/final/33-7881.htm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 15, 2011 at Irvine, California.

                                             */s/ Travis Biffar*
                                             Travis Biffar

IRI-16855v1

# TABLE OF CONTENTS FOR EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A. | Expert Report of M. Todd Henderson, executed on December 13, 2010. | 2 |
| B. | Excerpts from the deposition transcript of M. Todd Henderson taken on January 28, 2011. | 55 |
| C. | Article entitled "Strategic Disclosure of 10b5-1 Trading Plans" by M. Todd Henderson, Alan D. Jagolinzer and Karl A. Muller, III. | 108 |
| D. | United States Securities and Exchange Commission's ("SEC") Division of Corporation Finance Manual of Publicly Available Telephone Interpretations (May 2001), available at http://www.sec.gov/interps/telephone/phonesupplement4.htm. | 158 |
| E. | SEC's Final Rule: Selective Disclosure and Insider Trading, Release Nos. 33-7881, 34-43154, IC-24599, available at http//www.sec.gov/rules/final/33-7881.htm. | 174 |