Robert S. Brewer, Jr. (State Bar No. 65294)
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:     (858) 314-1200
Facsimile:      (858) 314-1150

Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Eric Landau (State Bar No. 138849)
elandau@jonesday.com
Travis Biffar (State Bar No. 217593)
tbiffar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539

Attorneys for defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re NOVATEL WIRELESS SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 08-CV-01689-H (RBB) (Consolidated with No. 08-CV-01714-H (RBB))<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT D. PAUL REGAN**<br><br>Date:   March 21, 2011<br>Time:  10:30 a.m.<br>Place:  Courtroom 13<br>Judge: The Honorable Marilyn L. Huff |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above entitled court located at 940 Front Street, San Diego, California 92101, defendants Novatel Wireless, Inc. ("Novatel"), Peter V. Leparulo, George B. Weinert, Robert M. Hadley, Slim S. Souissi and Catherine F. Ratcliffe will, and hereby do, move this Court for an order excluding certain opinions and testimony of D. Paul Regan with respect to Novatel's accounting.

This motion is made on the grounds that Mr. Regan's opinions are unreliable and irrelevant and thus inadmissible under the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Travis Biffar and exhibits thereto, all pleadings and papers on file in this matter, and such other evidence as may be presented to the Court at or before the hearing on this motion.

February 15, 2011 

Respectfully submitted,

Jones Day

By: /s/Travis Biffar
    Travis Biffar

Attorneys for defendants

IRI-17015v1

NOTICE OF MOTION AND MOTION
TO EXCLUDE EXPERT TESTIMONY
08-CV-1689-H (RBB)

1